1  Name: Oluwamuyiwa Awodiya
2  Address: 15005 Dahlia Dr.
   Bowie, MD 20721
3  Phone Number: (240) 602-1836
4  E-mail Address: drmuyiwa.a@gmail.com
5  *Pro Se*

FILED by ⊠ D.C.

MAR 26 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA – MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Oluwamuyiwa Awodiya )  Case Number: 0:18-cv-60482-KMM
                    )
           Plaintiff, ) **MOTION FOR PERMISSION FOR**
                    ) **ELECTRONIC CASE FILING**
vs.                 )
Ross University School of Medicine ) Judge Lurana S. Snow
                    )
          Defendant. )

As the (*Plaintiff/Defendant*) __Plaintiff__ in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.

2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.

3. I have regular access to the technical requirements necessary to e-file successfully:

   ☑ A computer with internet access;
   ☑ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   ☑ A scanner to convert documents that are only in paper format into electronic files;
   ☑ A printer or copier to create required paper copies such as chambers copies;
   ☑ A word-processing program to create documents; and
   ☑ A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

Date: 3/16/2018                Signature: *[signed] Muyiwa Awodiya*



Oluwamuyiwa Awodiya
15005 Dahlia Dr.
Bowie, MD 20721

Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue, Room 8N09
Miami, FL 33128

3312881805 C075

USMS
INSPECTED   RECEIVED

MAR 24 2018
12:26 PM