Name: Oluwamuyiwa Awodiya

Address: 15005 Dahlia Dr.

Bowie, MD 20721

Phone Number: (240) 602-1836

E-mail Address: drmuyiwa.a@gmail.com

*Pro Se*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Oluwamuyiwa Awodiya | Case Number: 0:18-cv-60482-KMM |
| | ) |
| | ) **[PROPOSED] ORDER GRANTING** |
| | ) **MOTION FOR PERMISSION FOR** |
| Plaintiff, | ) **ELECTRONIC CASE FILING** |
| | ) |
| vs. | ) DATE: |
| | ) TIME: |
| Ross University School of Medicine | ) COURTROOM: |
| | ) JUDGE: |
| | ) |
| Defendant. | ) |

The Court has considered the Motion for Permission for Electronic Case Filing.  Finding that good cause exists, the Motion is GRANTED.


IT IS SO ORDERED.


DATED: _____        _____

                                                    United States District/Magistrate Judge