## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 18-CV-60482-KMM

Plaintiff:
**OLUWAMUYIWA AWODIYA,**

vs.

Defendant:
**ROSS UNIVERSITY SCHOOL OF MEDICINE,**

For:
Oluwamuyiwa Awodiya
15005 Dahlia Drive
Bowie, MD 20721

FILED by _____ D.C.
MAR 2 9 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

Received by Professional Process Servers on the 16th day of March, 2018 at 9:00 am to be served on **ROSS UNIVERSITY SCHOOL OF MEDICINE, 2300 SW 145TH AVE., MIRAMAR, FL 33027**.

I, Katherine Font, being duly sworn, depose and say that on the **21st day of March, 2018** at **1:06 pm**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET and COMPLAINT FOR A CIVIL CASE** with the date and hour of service endorsed thereon by me, to: **KELLY TESSELAR** as **DIRECTOR OF STUDENT SERVICES** for **ROSS UNIVERSITY SCHOOL OF MEDICINE** at the address of: **2300 SW 145TH AVE., MIRAMAR, FL 33027**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** BASED ON INQUIRY TO INDIVIDUAL SERVED, THE DEFENDANT IS NOT IN THE UNITED STATES MILITARY.

**Description** of Person Served: Age: 40s, Sex: F, Race/Skin Color: WHITE, Height: 5'5, Weight: 140, Hair: RED, Glasses: N

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Sheriff Appointed Process Server in the county in which this defendant/witness was served and have no interest in the above action. Pursuant to FS 92.525(2), no notary is required.

Subscribed and Sworn to before me on the 22nd day of March, 2018 by the affiant who is personally known to me.

NOTARY PUBLIC

C. NUNEZ
MY COMMISSION # FF 111935
EXPIRES: May 4, 2018
Bonded Thru Budget Notary Services

**Katherine Font**
SPS#920

**Professional Process Servers
& Investigators, Inc.**
1749 N.E. 26th Street, Suite A
Wilton Manors, FL 33305
(954) 566-2523

Our Job Serial Number: FIS-2018004615

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2p

AO 440 (Rev. 06/12) Summons in a Civil Action

Military Status Based Upon Inquiry ___ is, ___ is NOT,
Served, Defendant In The Military Service Of The U.S.

OBTAIN DESCRIPTION

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Oluwamuyiwa Awodiya )
 )
 )
 )
_____ )
*Plaintiff(s)* )
v. )
 )
Ross University School of Medicine )
 )
 )
_____ )
*Defendant(s)* )

DIRECTOR OF STUDENT SERVICES
Served KELLY TESSELAR
w fem, 40's, 5'5, 140lbs, red hair
Date: 3/21/18  Time: 1:01pm

By _____ KP #920 _____

Civil Action No.

18-cv-60482-KMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ross University School of Medicine
2300 SW 145th Ave. Miramar, FL 33027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Oluwamuyiwa Awodiya
15005 Dahlia Drive, Bowie, MD 20721

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  Mar 8, 2018

K

Steven M. Larimore
Clerk of Court

SUMMONS

s/ Ketly Pierre
Deputy Clerk
U.S. District Courts

4615

Oluwamuyiwa Awodiya
15005 Dahlia Dr.
Bowie, MD 20721

Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue, Room 8N09
Miami, FL 33128

PRIORITY® MAIL★

FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT™

APPLY PRIORITY MAIL POSTAGE HERE

USMS INSPECTED

USPS TRACKING NUMBER

9505 5110 0422 8086 2202 60

Expected Delivery Day: 03/29/2018

1006
33128

U.S. POSTAGE PAID
UPPER MARLBORO, MD
MAR 27 '18
AMOUNT
$6.70
R2305K140858-12

EP14H July 2013 Outer Dimension: 10 x 5