AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 18-CU-60482-KMM

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Ross Univ. School of Medicine on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named person as follows: Janet Sofras, Ross Universty Medical School on *(date)* 3/23/18 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/23/18

_____
Server's signature

M. Norwood
*Printed name and title*

299 E. Broward, Bld, Ft. Laud. FL 33301
*Server's address*

Additional information regarding attempted service, etc.: