**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 0:18-CV-60482-KMM**

OLUWAMUYIWA AWODIYA,

    Plaintiff,

  v.

ROSS UNIVERSITY SCHOOL OF MEDICINE,

    Defendant.

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Ross University School of Medicine, School of Veterinary Medicine Limited ("Defendant"), by its attorneys and pursuant to Federal Rule of Civil Procedure 6(b)(1), hereby files this motion for an extension of the time to answer or otherwise respond to Plaintiff Oluwamuyiwa Awodiya's Complaint. In support of its Motion, Defendant states as follows:

1. Plaintiff served Defendant with his Complaint on March 23, 2018. As such, the current deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint is April 13, 2018. (Dkt. No. 16.)

2. Defendant is in the process of preparing its response to Plaintiff's Complaint. However, Defendant needs additional time to investigate the claims and defenses raised and implicated by the Complaint, and prepare its response.

3. As such, Defendant requests a two-week extension of time to answer or otherwise respond to Plaintiff's Complaint, up to and including April 27, 2018.

4. Defendant's counsel represents that this Motion is made in good faith and not for the purpose of delay. Moreover, Defendant respectfully submits that granting this request will not prejudice the parties.

WHEREFORE, Defendant respectfully requests that the Court grant it an extension of time to answer or otherwise respond to Plaintiff's Complaint up to and including April 27, 2018. A proposed Order is attached for this Court's consideration.

## Local Rule 7.1(a)(3) Certification

In accordance with Local Rule 7.1(a)(3), Defendant's counsel has conferred with the Plaintiff regarding this Motion and Plaintiff has consented to a two-week extension.

3

DATED:  April 6, 2018                                  Respectfully submitted,

                                              SEYFARTH SHAW LLP


                                        By:/s/ *Christina F. Meddin*
                                              Christina F. Meddin

SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, GA  30309-3958
Telephone:     (404) 885-1500
Facsimile:     (404) 892-7056

Attorneys for Defendant
Ross University School of Medicine,
School of Veterinary Medicine Limited

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 0:18-CV-60482-KMM

OLUWAMUYIWA AWODIYA,

    Plaintiff,

  v.

ROSS UNIVERSITY SCHOOL OF MEDICINE,

    Defendant.

## CERTIFICATE OF SERVICE

I certify that on April 6, 2018, I electronically filed DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT using the CM/ECF system and sent a copy via U.S. Mail to the following individual:

> Oluwamuyiwa Awodiya
> 15005 Dahlia Dr.
> Bowie, Maryland 20721

                                By: */s/ Christina F. Meddin*_____
                                    Christina F. Meddin
                                    Attorney for Defendant