**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 0:18-CV-60482-KMM**

OLUWAMUYIWA AWODIYA,

    Plaintiff,

  v.

ROSS UNIVERSITY SCHOOL OF MEDICINE,

    Defendant.

## ORDER

Before the Court is Defendant's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint. Upon due consideration, and for the reasons set forth therein, the Motion is hereby **GRANTED**. Defendant has through and including April 27, 2018 to answer or otherwise respond to Plaintiff's Complaint.

IT IS SO ORDERED this _____ day of _____, 2018.

_____
UNITED STATES JUDGE