UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 0:18-CV-60482-KMM

OLUWAMUYIWA AWODIYA,

        Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF MEDICINE,

        Defendant.

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Ross University School of Medicine, School of Veterinary Medicine Limited ("Defendant"), by and through its attorneys, hereby states that Defendant is a wholly-owned subsidiary of Adtalem Global Education Inc. ("Adtalem"), a publicly traded company with no parent corporation, and that BlackRock, Inc., a publicly traded company, has a 10.5% ownership interest in Adtalem.

DATED:  April 6, 2018                  Respectfully submitted,

                                          SEYFARTH SHAW LLP

                                          By:/s/ Christina F. Meddin
                                               Christina F. Meddin

SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, GA  30309-3958
Telephone:     (404) 885-1500
Facsimile:      (404) 892-7056

Attorneys for Defendant
ROSS UNIVERSITY SCHOOL OF MEDICINE

45680587v.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 0:18-CV-60482-KMM

OLUWAMUYIWA AWODIYA,

    Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF MEDICINE,

    Defendant.

## CERTIFICATE OF SERVICE

I certify that on April 6, 2018, I electronically filed DEFENDANT'S CORPORATE DISCLOSURE STATEMENT using the CM/ECF system and sent a copy via U.S. Mail to the following:

    Oluwamuyiwa Awodiya
    15005 Dahlia Dr.
    Bowie, Maryland  20721

By: */s/ Christina F. Meddin*_____
    Christina F. Meddin
    Attorney for Defendant