UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60482-CIV-MOORE

Oluwamuyiwa Awodiya,

        Plaintiff,

v.

Ross University School of Medicine,

        Defendant.

---

## NOTICE OF RECUSAL

The undersigned judge, to whom the above-styled cause has been assigned, hereby recuses herself and refers the case to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455 and Internal Operating Procedure 2.16.00 for the Southern District of Florida.

DATED at Fort Lauderdale, Florida, this 9th day of April, 2018.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to Magistrate Judge Barry S. Seltzer .

Copies of this Notice shall be served on all pending parties of record in accordance with CM/ECF Administrative Procedures.

By Order of Court this 9th day of April, 2018.

STEVEN M. LARIMORE
Clerk of Court

A. Noble

By: Deputy Clerk

Copies to:

K. Michael Moore, Chief United States District Judge
Lurana S. Snow, United States Magistrate Judge

Barry S. Seltzer , United States Magistrate Judge
Mr. Edward Sieber, Statistical Analyst (MIA)
All Counsel and/or Pro Se Parties