UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60482-CIV-MOORE/SELTZER

OLUWAMUYIWA AWODIYA,

    Plaintiff,

vs.

ROSS UNIVERSITY SCHOOL OF MEDICINE,

    Defendant.
_____/

## ORDER SETTING DISCOVERY PROCEDURE

**THIS CAUSE** is before the Court on referral [DE 20] upon the Clerk's reassignment. To ensure an expeditious and just discovery process going forward, the Court **ORDERS** as follows:

    1.    <u>Pre-hearing Communication</u>: If a discovery dispute arises, the parties must confer either in person or via telephone in a genuine effort to resolve their disputes before seeking Court intervention.

    2.    All discovery disputes shall be presented by written motion.  Hearings will only be scheduled if the Court deems necessary.  All discovery motions shall comply with the Federal Rules of Civil Procedure and the Local Rules for the Southern District of Florida, including Local Rules 7.1(a)(3) (pre-filing conference of counsel) and 26.1(g) (timing, contents and page limits for discovery motions).

    3.    The Court may <u>sua sponte</u> enter an order expediting the response time to a discovery motion.  The Court may also order that no reply memorandum will be filed without further order of the Court.

4. The Magistrate Judge cannot grant relief that would extend beyond the discovery deadline; all requests to extend the discovery deadline must be made to the presiding District Judge.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 10th day of April 2018.

*/s/ Barry S. Seltzer*
BARRY S. SELTZER
United States Magistrate Judge

Copies furnished counsel via CM/ECF