UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 0:18-CV-60482-KMM

OLUWAMUYIWA AWODIYA,

    Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF MEDICINE,

    Defendant.

**DEFENDANT'S PARTIALLY UNOPPOSED
MOTION FOR EXTENSION OF TIME TO ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant Ross University School of Medicine, School of Veterinary Medicine Limited ("Defendant"), by its attorneys and pursuant to Federal Rule of Civil Procedure 6(b)(1), hereby files this motion for an extension of the time to answer or otherwise respond to Plaintiff Oluwamuyiwa Awodiya's Amended Complaint. In support of its Motion, Defendant states as follows:

1. Plaintiff served the original Complaint on or about March 23, 2018.

2. After discussing the matter with Plaintiff on April 5, 2018, and obtaining his consent to the motion, Defendant, on April 6, 2018, filed a motion for an extension of time until April 27, 2018, to respond to the Complaint. (Dkt. No. 17.)

3. Later that same evening, on April 6, 2018, Plaintiff informed Defendant that he planned to file an Amended Complaint.

4. On April 9, 2018, the Court granted Defendant's motion for an extension of time to respond to the original Complaint. (Dkt. No. 19.)

5. Plaintiff served Defendant with his Amended Complaint on April 10, 2018. By rule, Defendant's response to the Amended Complaint is due April 27, 2018, the date established by the Court's prior order.

6. The Amended Complaint contains 95 paragraphs of allegations and sets forth eight causes of action (including multiple causes of action not alleged in the original Complaint). The Amended Complaint is materially different from the original Complaint and will require a different response. Defendant needs additional time to investigate the claims and defenses raised and implicated by the Amended Complaint and to prepare its response.

7. Defendant requests a three-week extension of time, through and including May 18, 2018, to answer or otherwise respond to Plaintiff's Amended Complaint.

8. Defendant's counsel represents that this Motion is made in good faith and not for the purpose of delay. Moreover, Defendant respectfully submits that granting this request will not prejudice the parties in any way.

WHEREFORE, Defendant respectfully requests that the Court grant it an extension of time to answer or otherwise respond to Plaintiff's Amended Complaint up to and including May 18, 2018. A proposed Order is attached for this Court's consideration.

## Local Rule 7.1(a)(3) Certification

In accordance with Local Rule 7.1(a)(3), Defendant's counsel has conferred with the Plaintiff regarding this Motion, and Plaintiff has consented to an extension of time for Defendant to respond to Plaintiff's Amended Complaint, but only through and including May 7, 2018.

DATED:  April 12, 2018                                  Respectfully submitted,

                                                        SEYFARTH SHAW LLP


                                                        By:/s/ *Christina F. Meddin*
                                                            Christina F. Meddin

SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, GA  30309-3958
Telephone:     (404) 885-1500
Facsimile:      (404) 892-7056

Attorneys for Defendant
Ross University School of Medicine,
School of Veterinary Medicine Limited

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 0:18-CV-60482-KMM

OLUWAMUYIWA AWODIYA,

    Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF MEDICINE,

    Defendant.

## CERTIFICATE OF SERVICE

I certify that on April 12, 2018, I electronically filed DEFENDANT'S PARTIALLY UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT using the CM/ECF system and sent a copy via U.S. Mail to the following individual:

    Oluwamuyiwa Awodiya
    15005 Dahlia Dr.
    Bowie, Maryland  20721

    By: */s/ Christina F. Meddin*_____
        Christina F. Meddin
        Attorney for Defendant