UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 0:18-CV-60482-KMM

OLUWAMUYIWA AWODIYA,

    Plaintiff,

  v.

ROSS UNIVERSITY SCHOOL OF MEDICINE,

    Defendant.

## ORDER

Before the Court is Defendant's Partially Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Amended Complaint. Upon due consideration, and for the reasons set forth therein, the Motion is hereby **GRANTED**. Defendant has through and including May 18, 2018 to answer or otherwise respond to Plaintiff's Amended Complaint.

IT IS SO ORDERED this ____ day of _____, 2018.

_____
UNITED STATES JUDGE

45757603v.1