# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED by PG D.C.

APR 18 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

|  |  |
|---|---|
| OLUWAMUYIWA AWODIYA,<br>*Plaintiff,*<br>-v-<br>ROSS UNIVERSITY SCHOOL OF MEDICINE,<br>*Defendant,* | Case No.  0:18-cv-60482-KMM |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S PARTIALLY UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Plaintiff Oluwamuyiwa Awodiya ("Plaintiff") files this Response to the Motion for Extension of Time to Answer or Otherwise Respond to the Amended Complaint [Dkt. No. 23] filed by Defendant Ross University School of Medicine School ("RUSM"). In support of this Response, Plaintiff states as follows:

1. Plaintiff served the original Complaint on March 21, 2018. [Dkt. No. 15]. The answer for this Complaint was due on April 11, 2018.

2. Plaintiff gave consent to RUSM's first request for a 16-day extension to respond to the Complaint.

3. On April 6, 2018, Plaintiff informed Defendant that he planned to file an Amended Complaint.

4. On April 9, 2018, the Court granted Defendant's motion for an extension of time to respond to the original Complaint. [Dkt. No. 19.]

5. Plaintiff served Defendant with his Amended Complaint on April 10, 2018. [Dkt. No. 21.]

6. The Amended Complaint only added three causes of actions to the original Complaint. Those three causes of actions are based on the same general set of facts stated in the original Complaint.

7. Plaintiff has consented to another extension of time for Defendant to respond to Plaintiff's Amended Complaint, but only through and including May 7, 2018.

8. Plaintiff request that the Defendant's second extension only be considered through and including May 7, 2018, to answer or otherwise respond to Plaintiff's Amended Complaint.

9. With May 7, 2018 consideration, Plaintiff has already consented to a total of 47 days to allow Defendant to respond; including the 27 days consented to respond to the Amended Complaint.

**WHEREFORE**, Plaintiff respectfully requests that the Court deny Defendant's Motion for Extension of Time to Answer or Otherwise Respond to the Amended Complaint. Plaintiff further requests that the extension, for the Defendant to answer or respond to the Amended Complaint, to not exceed May 7, 2018. An amended proposed Order is attached for this Court's consideration.

DATED this 12th day of April, 2018:             Respectfully submitted,

                                                 By: Oluwamuyiwa Awodiya, *pro se* litigant
                                                              15005 Dahlia Dr.
                                                              Bowie, MD 20721
                                                              (240) 602-1836
                                                           Plaintiff, in Proper Person

## CERTIFICATE OF SERVICE

I do hereby certify that on this 13th day of April, 2018, I have caused a true and correct copy of the foregoing by mailing a copy to the Court, where the Court's CM/ECF system will send notification to the following:

>Christina Meddin
>Seyfarth Shaw LLP
>1075 Peachtree Street NE
>Suite 2500
>Atlanta, GA 30309
>404-888-1886
>cmeddin@seyfarth.com

_____
By: Oluwamuyiwa Awodiya, *pro se* litigant

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| OLUWAMUYIWA AWODIYA,<br>*Plaintiff,*<br><br>-v-<br><br>ROSS UNIVERSITY SCHOOL OF MEDICINE,<br>*Defendant,* | Case No.  0:18-cv-60482-KMM |

## **ORDER**

Before the Court is Defendant's Partially Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Amended Complaint. Upon due consideration, and for the reasons set forth therein, the Motion is hereby **GRANTED**. Defendant has through and including May 7, 2018 to answer or otherwise respond to Plaintiff's Amended Complaint.


IT IS SO ORDERED this _____ day of _____, 2018.


_____
UNITED STATES JUDGE



**USMS INSPECTED   RECEIVED**

APR 17 2018
12:21 PM

Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue, Room 8N09
Miami, FL 33128

Oluwamuyiwa Awodiya
15005 Dahlia Dr.
Bowie, MD 20721