UNITED STATES DISTRICT COURT
for the
Southern District of Florida

|  |  |
|---|---|
| OLUWAMUYIWA AWODIYA,<br>*Plaintiff,*<br><br>-v-<br><br>ROSS UNIVERSITY SCHOOL OF MEDICINE,<br>*Defendant,* | Case No.   0:18-cv-60482-KMM |

## PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE

Pursuant to Rule 201 of the Federal Rules of Evidence, Plaintiff OLUWAMUYIWA AWODIYA ("Plaintiff") hereby respectfully requests that the Court take judicial notice of facts from each of the sources listed below.

Under Rule 201(c)(2) courts shall take judicial notice of adjudicative facts if requested by a party and supplied with the necessary information. "The court may judicially notice a fact that is not subject to reasonable dispute because it (1) is generally known within the trial court's territorial jurisdiction or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

For the reasons set forth above, Defendants respectfully request this Court to take judicial notice of the following facts:

1. That the U.S. Department of Education's published *Foreign School Participant Responsibilities* establishes that **foreign schools** approved to participate in the William D. Ford Federal Direct Loan (Direct Loan) Program enter into a binding legal agreement with the U.S. Department of Education and therefore must follow **all U.S. regulations** covering federal student

aid programs. "Foreign schools approved to participate in the Federal Family Education Loan (FFEL) Program or the William D. Ford Federal Direct Loan (Direct Loan) Program enter into a binding legal agreement and fiduciary relationship with the U.S. Department of Education (the Department), and therefore must… Follow all U.S. regulations covering federal student aid programs." Exhibit 2. *Foreign School Participant Responsibilities* available at https://ifap.ed.gov/ForeignSchoolInfo/attachments/FSEligParticipantRespon.pdf.

2. That defendant ROSS UNIVERSITY SCHOOL OF MEDICINE ("RUSM") has acknowledged on its website that the Americans with Disability Act is applicable to RUSM in Dominica and that RUSM will comply with the ADA in Dominica. RUSM's website states "It is the policy and practice of the University to **comply** with the Americans with Disabilities Act as **applicable** and practical **in Dominica**. No qualified individual with a disability will be denied access to or participation in services, programs, or activities of Ross University School of Medicine." (Emphasis added). Exhibit 1 at 4. RUSM *Policy on Nondiscrimination* printed from https://medical.rossu.edu/admissions/admissions-requirements.html.

3. That Florida Administrative Code 6E-2.004(11)(b)(2) establishes that the academic catalog, of schools licensed under the provision of Florida's Chapter 6E, is a **contractual obligation** of the school to the student. "The catalog shall constitute a contractual obligation of the school to the student and shall be the official statement of the school's policies, programs, services, and charges and fees." Florida Administrative Code 6E-2.004(11)(b)(2). Exhibit 3 at 13. Also available at https://www.flrules.org/gateway/ruleno.asp?id=6E-2.004&Section=0.

**WHEREFORE**, Plaintiff respectfully requests that the Court take judicial notice of the above-described matters. A proposed Order is attached for this Court's consideration.

DATED this 16th day of April, 2018:                                    Respectfully submitted,

*[signature]*

By: Oluwamuyiwa Awodiya, *pro se litigant*
15005 Dahlia Dr.
Bowie, MD 20721
(240) 602-1836
Plaintiff, in Proper Person

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 17th day of April, 2018, I have caused a true and correct copy of the foregoing by mailing a copy to the Court, where the Court's CM/ECF system will send notification to the following:

>Christina Meddin
>Seyfarth Shaw LLP
>1075 Peachtree Street NE
>Suite 2500
>Atlanta, GA 30309
>404-888-1886
>cmeddin@seyfarth.com

By: Oluwamuyiwa Awodiya, *pro se* litigant