# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

|  |  |
|---|---|
| OLUWAMUYIWA AWODIYA,<br>*Plaintiff,*<br><br>-v-<br><br>ROSS UNIVERSITY SCHOOL OF MEDICINE,<br>*Defendant,* | Case No.   0:18-cv-60482-KMM |

## ORDER

Before the Court is Plaintiff's Request for Judicial Notice. Good cause appearing, IT IS HEREBY ORDERED that Plaintiff's Request for Judicial Notice is **GRANTED**. IT IS SO ORDERED that this Court shall take judicial notice of the following:

1. Fact from Exhibit 2, that the U.S. Department of Education's published *Foreign School Participant Responsibilities* establishes that foreign schools approved to participate in the William D. Ford Federal Direct Loan (Direct Loan) Program enter into a binding legal agreement with the U.S. Department of Education and therefore must follow all U.S. regulations covering federal student aid programs.

2. Fact from Exhibit 1, that defendant ROSS UNIVERSITY SCHOOL OF MEDICINE ("RUSM") has acknowledged on its website that the Americans with Disability Act is applicable to RUSM in Dominica and that RUSM will comply with the ADA in Dominica.

3. Fact from Exhibit 3, that Florida Administrative Code 6E-2.004(11)(b)(2) establishes that the academic catalog, of schools licensed under the provision of Florida's Chapter 6E, is a contractual obligation of the school to the student.

IT IS SO ORDERED this ____ day of _____, 2018.

_____
UNITED STATES JUDGE

**PRESS FIRMLY TO SEAL**

**PRIORITY MAIL POSTAGE REQUIRED**

**PRIORITY ★ MAIL ★**

UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:

FROM:
Oluwamuyiwa Awodiya
15005 Dahlia Dr
Bowie, MD 20721

TO:
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue, Room 8N09
Miami, FL 33128

Retail

GE PAID

2-Day ®

C075

UMBER



1523 58

Label 228, March 2016   FOR DOMESTIC AND INTERNATIONAL USE

EP14F July 2013
OD: 12.5 x 9.5

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE



UNITED STATES POSTAL SERVICE®