**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 0:18-CV-60482-KMM**

OLUWAMUYIWA AWODIYA,

        Plaintiff,

    v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE,

        Defendant.

---

## CONSENT MOTION TO STAY DEADLINES AND REFERRAL TO MEDIATION

Defendant Ross University School of Medicine, School of Veterinary Medicine Limited ("Defendant"), with the consent of Plaintiff Oluwamuyiwa Awodiya ("Plaintiff"), hereby submits the following motion to stay early case deadlines and request that this Court refer the matter to mediation.

1.    Plaintiff filed his Complaint against Defendant in the United States District Court for the Southern District of Florida on March 8, 2018.  Plaintiff served the original Complaint on or about March 23, 2018.  On April 10, 2018, prior to the deadline for Defendant to submit its response to Plaintiff's Complaint, Plaintiff served an Amended Complaint.

2.    On April 12, 2018, Defendant filed a motion for extension of time to respond to Plaintiff's Amended Complaint, through May 18, 2018.  On April 13, 2018, the Court granted Defendant's motion for extension.  (Dkt. No. 24.)  As such, Defendant's current deadline to answer or otherwise respond to Plaintiff's Complaint is May 18, 2018.

3.    Further, the parties' current deadline to hold a scheduling conference is May 7, 2018.

4.      Plaintiff (who is *pro se*) and counsel for Defendant have been engaged in settlement discussions and hold the mutual belief that this case can be resolved during an early mediation.   The parties also agree that a mediation before a Magistrate Judge would be particularly likely to help them resolve this particular matter.

5.      Although the parties wish to schedule a mediation in short order, the parties respectfully request that this Court stay all deadlines in this case pending the mediation's outcome.

6.      Good cause exists for this request because the parties, with the Court's assistance, wish to pursue an early mediation.

7.      Accordingly, the parties request that the Court enter an order referring this case to a Magistrate Judge for mediation and staying early case deadlines pending such mediation.   For the Court's convenience, Defendant has included a proposed order with this filing.


DATED:  April 24, 2018                              Respectfully submitted,

                                                    SEYFARTH SHAW LLP


                                                    By:/s/ *Christina F. Meddin*
                                                         Christina F. Meddin

SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, GA  30309-3958
Telephone:     (404) 885-1500
Facsimile:     (404) 892-7056

Attorneys for Defendant
Ross University School of Medicine, School of
Veterinary Medicine Limited

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 0:18-CV-60482-KMM**

OLUWAMUYIWA AWODIYA,

        Plaintiff,

    v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE,

        Defendant.

_____

**<u>CERTIFICATE OF SERVICE</u>**

    I certify that on April 24, 2018, I electronically filed CONSENT MOTION TO STAY

DEADLINES AND REFERRAL TO MEDIATION using the CM/ECF system and sent a copy

via U.S. Mail to the following individual:

        Oluwamuyiwa Awodiya
        15005 Dahlia Dr.
        Bowie, Maryland  20721

    By:   */s/ Christina F. Meddin*_____
        Christina F. Meddin
        Attorney for Defendant