**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 0:18-CV-60482-KMM**

OLUWAMUYIWA AWODIYA,

    Plaintiff,

  v.

ROSS UNIVERSITY SCHOOL OF MEDICINE,

    Defendant.

**[PROPOSED] ORDER**

The Court has before it for consideration Defendant's consent motion for referral to mediation and for a stay of early case deadlines pending the completion of the requested mediation. After reviewing Defendant's submission, the Court finds that mediation before a Magistrate Judge of this Court would be conducive to the resolution of this action. Therefore, the Court hereby **GRANTS** the Defendant's motion and **REFERS** this matter to mediation before Magistrate Judge _____. The parties are **DIRECTED** to provide the Magistrate Judge with proposed dates and any other information requested by the Magistrate Judge. The Court hereby **STAYS** all early case deadlines pending mediation. If the matter is not resolved during mediation, Defendant must answer or otherwise respond to Plaintiff's Amended Complaint and Plaintiff's Request for Judicial Notice no later than 21 days from the date of mediation.

    SO ORDERED,

 

Hon. _____
United States District Court