**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 0:18-CV-60482-KMM**

OLUWAMUYIWA AWODIYA,

      Plaintiff,

  v.

ROSS UNIVERSITY SCHOOL OF MEDICINE,

      Defendant.

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Brian M. Stolzenbach of the law firm of Seyfarth Shaw LLP, 233 South Wacker Drive, Suite 8000, Chicago, Illinois 60601, Telephone (312) 460-5000, for purposes of appearance as co-counsel on behalf of ROSS UNIVERSITY SCHOOL OF MEDICINE, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Brian M. Stolzenbach to receive electronic filings in this case, and in support thereof states as follows:

    1.    Brian M. Stolzenbach is not admitted to practice in the Southern District of Florida.  He is a member in good standing of the Illinois Bar (Illinois Bar No. 6273113), the United States Supreme Court, the United States Court of Appeals for the District of Columbia, Third, Seventh, Eighth, Ninth, and Tenth Circuits, and multiple United States District Courts, including the United States District Court for the Northern District of Illinois (including the Trial Bar).

2. Movant, Christina F. Meddin, Esquire, of the law firm of Seyfarth Shaw LLP, 1075 Peachtree Street, N.E., Suite 2500, Atlanta, Georgia 30309; Telephone (404) 888-1886, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and Plaintiff may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Brian M. Stolzenbach has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Brian M. Stolzenbach, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Brian M. Stolzenbach at email address: bstolzenbach@seyfarth.com.

WHEREFORE, Christina F. Meddin, moves this Court to enter an Order for Brian M. Stolzenbach o appear before this Court on behalf of Defendant Ross University School of Medicine for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Brian M. Stolzenbach.

Date: May 8, 2018                                                                  Respectfully submitted,

                                                  *s/ Christina F. Meddin*
                                                  Christina F. Meddin
                                                  Florida Bar No. 120489
                                                  cmeddin@seyfarth.com
                                                  SEYFARTH SHAW LLP
                                                  1075 Peachtree Street, N.E.
                                                  Suite 2500
                                                  Atlanta, Georgia 30309
                                                  Telephone: (404) 888-1886
                                                  Facsimile:  (404) 892-7056

                                                  *Counsel for Defendant*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 0:18-CV-60482-KMM**

OLUWAMUYIWA AWODIYA,

    Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF MEDICINE,

    Defendant.

## CERTIFICATION OF BRIAN M. STOLZENBACH

Brian M. Stolzenbach, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Illinois Bar (Illinois Bar No. 6273113), the United States Supreme Court, the United States Court of Appeals for the District of Columbia, Third, Seventh, Eighth, Ninth, and Tenth Circuits, and multiple United States District Courts, including the United States District Court for the Northern District of Illinois (including the Trial Bar).

                                                Brian M. Stolzenbach

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO: 0:18-CV-60482-KMM

OLUWAMUYIWA AWODIYA,

     Plaintiff,

  v.

ROSS UNIVERSITY SCHOOL OF MEDICINE,

     Defendant.

### CERTIFICATE OF SERVICE

I certify that on May 8, 2018, I filed MOTION TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of this filing to all counsel of record.

                                        *s/ Christina F. Meddin*
                                        Counsel for Defendant