**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 0:18-CV-60482-KMM**

OLUWAMUYIWA AWODIYA,

    Plaintiff,

  v.

ROSS UNIVERSITY SCHOOL OF MEDICINE,

    Defendant.

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Brian M. Stolzenbach, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the Motion), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.

This Court having considered the Motion and all other relevant factors, it is hereby ORDERED AND ADJUDGED that: the Motion is GRANTED.  Uma Chandrasekaran may appear and participate in this action on behalf of Defendant Ross University School of Medicine. The Clerk shall provide electronic notification of all electronic filings to Uma Chandrasekaran at bstolzenbach@seyfarth.com.

SO ORDERED this ____ day of _____ 2018.

_____
United States District Judge