FILED by mp D.C.

MAY 09 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| OLUWAMUYIWA AWODIYA,<br>*Plaintiff,*<br><br>-v-<br><br>ROSS UNIVERSITY SCHOOL OF MEDICINE,<br>*Defendant.* | Case No.   0:18-cv-60482-KMM |

## MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Plaintiff, OLUWAMUYIWA AWODIYA, in proper person, files this Motion for Leave to File Second Amended Complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure and respectfully requests that the Court allow Plaintiff to file his Second Amended Complaint against Defendant ROSS UNIVERSITY SCHOOL OF MEDICINE ("Defendant" or "RUSM").

1.  Rule 15(a) of the Federal Rules of Civil Procedure permits the amendments of pleadings before trial. Rule 15(a)(2) provides that a district court "should freely give leave" to amend a pleading "when justice so requires." FED. R. CIV. P. 15(a)(2). The Supreme Court has clarified that "this mandate [set forth in Rule 15(a)(2)] is to be heeded." *Foman v. Davis*, 371 U.S. 178, 182 (1962). "In the absence of any apparent or declared reason—such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc.—the leave sought should, as the rules require, be 'freely given.'" *Id.*

1

2. Plaintiff seeks to amend his complaint with: Addition of facts for fraudulent inducement at paragraph 29 through paragraph 37; Addition of fraudulent inducement cause of action at paragraph 97 through paragraph 104; Addition of injunctive Reliefs for ADA cause of action at paragraph 57; Addition of punitive damages at page 20; Minor corrections of grammar and clarification of a few sentences for previously existing facts, and; Removal of 14 CFR § 1251.103 violation.

3. This case is still in its infancy and Plaintiff submits that he has not unduly delayed in seeking to amend his complaint and that his proposed amended complaint would not prejudice Defendant, as the basis for his previously existing stated claims remains the same. In addition to the current extension for Defendant's responsive pleadings, as we discussed, Defendant will have extra time to amend any pleadings approximately one month after the current deadline for its responsive pleading.

For these reasons, Plaintiff respectfully requests that the Court grant this motion and grant him leave to file his Second Amended Complaint. The proposed Second Amended Complaint is attached for this Court's consideration.

DATED this 6th day of May, 2018:                                    Respectfully submitted,

_____
By: Oluwamuyiwa Awodiya, *pro se* litigant
15005 Dahlia Dr.
Bowie, MD 20721
(240) 602-1836
Plaintiff, in Proper Person

## CERTIFICATE OF CONFERENCE

I hereby certify that on May 6, 2018, I emailed a copy of the proposed second amended complaint to Christina Meddin, counsel for Defendant. Ms. Meddin and I held our scheduling conference on May 3, 2018; during this conference I expressed my intent to file a second amended complaint. She responded by saying that I have the right to do so. It is unclear as to whether that was a clear statement of consent. Therefore, as of the date of this Motion, it is presumed that Defendant is opposed to the relief sought.

By: Oluwamuyiwa Awodiya, *pro se* litigant

## CERTIFICATE OF SERVICE

I do hereby certify that on this 8th day of May, 2018, I have caused a true and correct copy of the foregoing by mailing a copy to the Court, where the Court's CM/ECF system will send notification to the following:

> Christina Meddin
> Seyfarth Shaw LLP
> 1075 Peachtree Street NE
> Suite 2500
> Atlanta, GA 30309
> 404-888-1886
> cmeddin@seyfarth.com

By: Oluwamuyiwa Awodiya, *pro se* litigant

FROM:
Oluwamuyiwa Awodiya
15005 Dahlia Dr.
Bowie, MD 20721

USMS MUST SERVE!
BY

TO:
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue, Room 8N09
Miami, FL 33128

US POSTAGE PAID
$6.70

PRIORITY MAIL 2-Day®

Origin: 20716
Destination: 33128
0 Lb 6.30 Oz
May 07, 18

Expected Delivery Day: 05/09/2018

USPS TRACKING NUMBER
9505 5105 6956 8127 2333 81