UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 0:18-CV-60482-KMM

OLUWAMUYIWA AWODIYA,

    Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF MEDICINE,

    Defendant.

## JOINT SCHEDULING REPORT

Pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure, Rule 16.1(b)(2) of the Local Rules of the United States District Court for the Southern District of Florida, and this Court's Pretrial Order, Plaintiff, OLUWAMUYIWA AWODIYA ("Plaintiff"), and Defendant, ROSS UNIVERSITY SCHOOL OF MEDICINE ("Defendant"), hereby file this Joint Scheduling Report and accompanying Joint Proposed Scheduling Order:

**(1)　The likelihood of settlement**

Plaintiff and counsel for Defendant have been engaged in settlement discussions and hold the mutual belief that this case can be resolved during an early mediation. The parties also agree that a mediation before a Magistrate Judge would be particularly likely to help them resolve this particular matter.

**(2)　The likelihood of appearance in the action of additional parties**

At this time, the Parties do not anticipate the appearance of additional parties.

**(3)** **Proposed limits on the time:**

    **(i)** To join other parties and to amend the pleadings: **June 18, 2018**

    **(ii)** To file and hear motions: **December 3, 2018**

    **(iii)** To complete discovery: **October 29, 2018**

**(4)** **Proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses, and the number and timing of motions for summary judgment or partial summary judgment**

At this time, the Parties do not have any proposals for the simplification of issues. The Parties shall continue to discuss proposals for the formulation and simplification of issues. The Parties will endeavor to streamline the case to the fullest extent possible.

Plaintiff anticipates filing a motion for summary judgment or partial summary judgment. He anticipates doing so before the close of the discovery period to the extent that he does not believe additional discovery would have a bearing on the motion but otherwise would anticipate doing so after the close of discovery.

Defendant anticipates filing a motion for summary judgment. It anticipates doing so before the close of the discovery period to the extent that it does not believe additional discovery would have a bearing on the motion but otherwise would anticipate doing so after the close of discovery.

**(5)** **The necessity or desirability of amendments to the pleadings**

At this time, the parties do not anticipate amendments to the pleadings beyond the proposed Second Amended Complaint, for which Plaintiff has moved for leave to file.

**(6)** **The possibility of obtaining admissions of fact and of documents, electronically stored information or things which will avoid unnecessary proof, stipulations regarding authenticity of documents, electronically stored information or things, and the need for advance rulings from the Court on admissibility of evidence**

At this time, it is unknown whether admissions of fact may be obtained, whether authenticity of documents will be an issue, or whether the Parties will need advance rulings from the Court as to certain evidentiary matters. The Parties will endeavor to resolve as many evidentiary issues as possible by means of admissions and stipulations.

**(7)    Suggestions for the avoidance of unnecessary proof and of cumulative evidence**

The Parties have no suggestions at this time, but will discuss this issue following the applicable discovery cut-off date and before the status conference.

**(8)    Suggestions on the advisability of referring matters to a Magistrate Judge or master**

The Parties do not object to the referral of discovery matters to the Magistrate Judge and, as noted above, request a referral for purposes of a settlement conference/mediation, but they object to referring any other matters, such as dispositive motions and/or trial, to the Magistrate Judge.

**(9)    A preliminary estimate of the time required for trial**

At this time, the Parties estimate that a trial in this matter will take approximately 3 to 5 days.

**(10)   Requested date or dates for conferences before trial, a final pretrial conference, and trial**

The Plaintiff requests that the final pretrial conference be held on or about **February 2019,** and that trial in this matter be set for on or after the two-week trial calendar beginning **March 2019.**

The Defendant requests that the final pretrial conference be held on or about **April 2019**, and that trial in this matter be set for on or after the two-week trial calendar beginning **May 2019**.

### (11) <u>Any other information that might be helpful to the Court in setting the case for status or pre-trial conference</u>

Counsel for Defendant has an arbitration currently scheduled for the weeks of October 15 and 22, 2018, and family vacation scheduled for the week of March 25, 2019. Consequently, counsel for Defendant respectfully requests that the Court set the dispositive motion deadline and any trial-related dates in accordance with the requests outlined above or at alternative dates that do not conflict with the foregoing.

### CERTIFICATE OF GOOD FAITH CONFERENCE

On May 3, 2018, Defendant's counsel and Plaintiff conferred to (1) determine the appropriate case management track for this action; and (2) develop a case management plan which sets deadlines in compliance with this Court's Order requiring the parties to confer and file a Joint Scheduling Report, in good faith.

Dated: May 14, 2018

Respectfully submitted,

*/s/ Oluwamuyiwa Awodiya*
Oluwamuyiwa Awodiya
15005 Dahlia Dr.
Bowie, Maryland 20721
E-mail: DRmuyiwa.a@gmail.com
Telephone: (240) 602-1836

*Pro Se Plaintiff*

*/s/ Christina F. Meddin*
Christina F. Meddin, Esq.
Florida Bar No. 120489
E-mail: cmeddin@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309-3958
Telephone: (404) 885-1500
Facsimile: (404) 892-7056

Brian M. Stolzenbach
(Admitted *pro hac vice*)
E-mail: bstolzenbach@seyfarth.com
SEYFARTH SHAW LLP
233 S. Wacker Drive
Suite 8000
Chicago, Illinois  60606-6448
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000
*Counsel for Defendant*