**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 0:18-CV-60482-KMM**

OLUWAMUYIWA AWODIYA,

    Plaintiff,

  v.

ROSS UNIVERSITY SCHOOL OF MEDICINE,

    Defendant.

**PROPOSED SCHEDULING ORDER SETTING CIVIL**
**TRIAL DATE AND PRETRIAL SCHEDULE**

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on _____, 2019. The **Calendar Call** will be held at _____ a.m. on _____, 2019. A **Status Conference** will be held at _____. on _____, 2019. The Parties agree that this case should be assigned to the Standard Track. The Parties shall adhere to the following schedule:

| # | Task | Date |
|---|---|---|
| 1. | Parties shall exchange initial disclosures by | 05/31/2018 |
| 2. | Joinder of any additional parties, motion to amend the complaint, and motions for class certification by | 06/18/2018 |
| 3. | Parties shall exchange expert witness summaries and reports by | 07/20/2018 |
| 4. | Parties shall exchange written lists containing the names and addresses of all witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify by | 04/05/2019 |
| 5. | Parties exchange rebuttal expert witness summaries and reports by | 08/20/2018 |
| 6. | All discovery, including expert discovery shall be completed by | 10/29/2018 |
| 7. | A mediator must be selected by | 06/04/2018 |

| | | |
|---|---|---|
| **8.** | All summary judgment, *Daubert*, and other dispositive motions must be filed by | **12/3/2018** |
| **9.** | Mediation shall be completed by | **10/29/2018** |
| **10.** | All Pretrial Motions and Memoranda of Law must be filed by | **04/05/2019** |
| **11.** | Joint Pretrial Stipulation must be filed by | **04/05/2019** |
| **12.** | Proposed jury instructions and/or proposed filings of fact and conclusions of law must be filed by | **05/03/2019** |
| **13.** | Deposition designations must be filed by | **05/03/2019** |
| **14.** | Defendant's Proposed Beginning of Trial Period | **May 2019** |
| **15.** | Plaintiff's Proposed Beginning of Trial Period | **March 2019** |

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of _____ 2018.

                                                CHIEF JUDGE K. MICHAEL MOORE
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:
*Counsel of record*