**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 0:18-CV-60482-KMM**

OLUWAMUYIWA AWODIYA,

      Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF MEDICINE,

      Defendant.

## NOTICE OF MEDIATOR SELECTION

Pursuant to the Court's May 14, 2018 Order of Referral to Mediation (Dkt. No. 38), the parties give notice that they have agreed to participate in a mediation with Mediator Leslie W. Langbein.

Respectfully submitted this 29th day of May, 2018.

*/s/ Oluwamuyiwa Awodiya*
Oluwamuyiwa Awodiya
15005 Dahlia Dr.
Bowie, Maryland  20721
E-mail: drmuyiwa.a@gmail.com

*Pro Se Plaintiff*

*/s/ Christina F. Meddin*
Christina F. Meddin, Esq.
Florida Bar No. 120489
E-mail: cmeddin@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309-3958
Telephone: (404) 881-5467
Facsimile: (404) 724-1667

Brian Stolzenbach
Email: bstolzenbach@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois  60606-6448
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000

*Counsel for Defendant*

46568705v.1