## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## CASE NO: 0:18-CV-60482-KMM

OLUWAMUYIWA AWODIYA,

        Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE,

        Defendant.

## NOTICE OF MEDIATOR SELECTION

Pursuant to the Court's May 14, 2018 Order of Referral to Mediation (Dkt. No. 38), the

parties give notice that they have agreed to participate in a mediation with Mediator Leslie W.

Langbein.

Respectfully submitted this 31st day of May, 2018.

| | |
|---|---|
| */s/ Oluwamuyiwa Awodiya* | */s/ Christina F. Meddin* |
| Oluwamuyiwa Awodiya | Christina F. Meddin, Esq. |
| 15005 Dahlia Dr. | Florida Bar No. 120489 |
| Bowie, Maryland  20721 | E-mail: cmeddin@seyfarth.com |
| E-mail: drmuyiwa.a@gmail.com | SEYFARTH SHAW LLP |
| | 1075 Peachtree Street, N.E. |
| | Suite 2500 |
| *Pro Se Plaintiff* | Atlanta, Georgia 30309-3958 |
| | Telephone: (404) 881-5467 |
| | Facsimile: (404) 724-1667 |
| | |
| | Brian Stolzenbach |
| | Email: bstolzenbach@seyfarth.com |
| | SEYFARTH SHAW LLP |
| | 233 South Wacker Drive, Suite 8000 |
| | Chicago, Illinois  60606-6448 |
| | Telephone:  (312) 460-5000 |
| | Facsimile:  (312) 460-7000 |
| | |
| | *Counsel for Defendant* |