

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

|  |  |
|---|---|
| OLUWAMUYIWA AWODIYA, <br> *Plaintiff,* <br><br> -v- <br><br> ROSS UNIVERSITY SCHOOL OF MEDICINE, <br> *Defendant.* | Case No.   0:18-cv-60482-KMM <br><br> Hon. Chief Judge: K. Michael Moore <br> Magistrate Judge: Barry S. Seltzer |

## CONSENT MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

Plaintiff, OLUWAMUYIWA AWODIYA, in proper person, files this Consent Motion for Leave to File Third Amended Complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure and respectfully requests that the Court allow Plaintiff to file his Third Amended Complaint against Defendant ROSS UNIVERSITY SCHOOL OF MEDICINE ("Defendant" or "RUSM").

1. Rule 15(a) of the Federal Rules of Civil Procedure permits the amendments of pleadings before trial. Rule 15(a)(2) provides that a district court "should freely give leave" to amend a pleading "when justice so requires." FED. R. CIV. P. 15(a)(2). The Supreme Court has clarified that "this mandate [set forth in Rule 15(a)(2)] is to be heeded." *Foman v. Davis*, 371 U.S. 178, 182 (1962). "In the absence of any apparent or declared reason—such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc.—the leave sought should, as the rules require, be 'freely given.'" *Id.*

1

2. Plaintiff seeks to amend his complaint with the following:

   a. Updated case caption and Defendant's name to correctly include the rest of its name, from simply, Ross University School of Medicine to Ross University School of Medicine, School of Veterinary Medicine Limited.

   b. Specified fraudulent inducement claim to plead and notify Defendant of both 'false statement' and 'omission of fact.'

   c. Pleaded what fact was omitted and pleaded what fact was false.

   d. Pleaded § 760.08, Fla. Stat. (2018) in the alternative to the Florida Administrative Code.

   e. Added Negligent Misrepresentation in the Inducement as the 9th cause of action.

   f. Added Breach of Fiduciary Duty as the 10th cause of action.

   g. Changed the multiple counts of Breach of Contract into "subcounts."

   h. Changed third cause of action from 34 C.F.R. § 104.44(a) to "34 C.F.R. § 104.4, et seq."

3. Plaintiff submits that he has not unduly delayed in seeking to amend his complaint and that his proposed third amended complaint would not prejudice Defendant.

4. Defendant filed its first responsive pleading on May 29, 2018, the current deadline to amend pleadings is July 13, 2018.

For these reasons, Plaintiff respectfully requests that the Court grant this motion and grant him leave to file his Third Amended Complaint. The proposed Third Amended Complaint is attached for this Court's consideration.

DATED this 9th day of July, 2018:                                     Respectfully submitted,

_____
By: Oluwamuyiwa Awodiya, *pro se* litigant
15005 Dahlia Dr.
Bowie, MD 20721
(240) 602-1836
Plaintiff, in Proper Person

## CERTIFICATE OF CONFERENCE

I hereby certify that on July 8, 2018, I emailed a copy of the proposed Third Amended Complaint to Defendant's counsel of record. On July 9, 2018, Defendant's counsel emailed Plaintiff that RUSM will not oppose the relief sought in this motion.

_____
By: Oluwamuyiwa Awodiya, *pro se* litigant

## CERTIFICATE OF SERVICE

I do hereby certify that on this 9th day of July, 2018, I have caused a true and correct copy of the foregoing by mailing a copy to the Court, where the Court's CM/ECF system will send notification to the following:

Christina Meddin
Seyfarth Shaw LLP
1075 Peachtree Street NE, Suite 2500
Atlanta, GA 30309
404-888-1886
cmeddin@seyfarth.com

Brian M. Stolzenbach
Seyfarth, Shaw, LLP
233 South Wacker Drive, Suite 8000
Chicago, IL 60601
312-460-5000
Email: bstolzenbach@seyfarth.com

_____
By: Oluwamuyiwa Awodiya, *pro se* litigant

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
POSTAGE REQUIRED

PI

UNITED STATES POSTAL SERVICE.

Retail

P

US POSTAGE PAID
$6.70

Origin: 20716
Destination: 33128
0 Lb 13.20 Oz
Jul 09, 18
2309370716-06

1006

PRIORITY MAIL 2-Day ®

Expected Delivery Day: 07/11/2018

C075

USPS TRACKING NUMBER

9505 5105 6958 8190 1750 81

WHEN U
A CUS
LABEL

FROM:

PRIORITY®
★ MAIL ★

UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:
Oluwamuyiwa Awodiya
15805 Dahlia Dr.
Bowie, MD 20721

USMS ... BY

TO:
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue, Room 8N09
Miami, FL 33128

Label 228, March 2016

FOR DOMESTIC AND INTERNATIONAL USE

PS00001000014

EP14F July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE®

