UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:  0:18-cv-60482-MOORE-SELTZER

OLUWAMUYIWA AWODIYA,

    Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF MEDICINE, SCHOOL OF VETERINARY MEDICINE LIMITED,

    Defendant.

## STIPULATION FOR SUBSTITUTION OF COUNSEL

The undersigned counsel stipulate and agree that Christina Forte Meddin, Esq., Brian Stolzenbach, Esq., and the law firm of Seyfarth Shaw LLP, hereby withdraw as counsel of record for defendant Ross University School of Medicine, School of Veterinary Medicine Limited ("Ross University"), and that Michael C. Marsh, Esq., Ryan Roman, Esq., and the law firm of Akerman LLP are hereby substituted as counsel of record for Ross University in this proceeding. All correspondence, pleadings, notices and other filings shall be forwarded to Michael C. Marsh, Esq. (michael.marsh@akerman.com) and Ryan Roman, Esq. (ryan.roman@akerman.com), Akerman LLP, 98 Southeast 7th Street, Suite 1100, Miami, Florida 33131.  Christina Forte Meddin, Esq., Brian Stolzenbach, Esq., and the law firm of Seyfarth Shaw LLP, are hereby relieved of all further representation of Ross University in this matter.

45903356;2

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  July 30, 2018 | **AKERMAN LLP**<br>98 Southeast Seventh Street Suite 1100<br>Miami, FL 33131<br>Telephone:  305-374-5600<br>Facsimile:  305-374-5095<br><br>By: *s/Michael C. Marsh*_____<br>    Michael C. Marsh<br>    michael.marsh@akerman.com<br>    Ryan Roman<br>    ryan.roman@akerman.com<br>    AKERMAN LLP<br>    98 Southeast Seventh Street Suite 1100<br>    Miami, FL 33131<br>    Telephone:  305-374-5600<br>    Facsimile:  305-374-5095 |
| Dated:  July 30, 2018 | By: *s/Brian Stolzenbach*_____<br>    Christina Forte Meddin<br>    cmeddin@seyfarth.com<br>    SEYFARTH SHAW LLP<br>    1075 Peachtree Street, N.E., Suite 2500<br>    Atlanta, GA 30309-3958<br>    Telephone: (404) 885-1500<br>    Facsimile: (404) 892-7056<br><br>    Brian Stolzenbach<br>    bstolzenbach@seyfarth.com<br>    SEYFARTH SHAW LLP<br>    233 South Wacker Drive, Suite 8000<br>    Chicago, Illinois 60606-6448<br>    Telephone: (312) 460-5000<br>    Facsimile: (312) 460-7000<br><br>    Attorneys for Defendant |

- 3 -

## CONSENT TO SUBSTITUTION

The undersigned hereby acknowledges that defendant Ross University School of Medicine, School of Veterinary Medicine Limited consents to the foregoing Stipulation for Substitution of Counsel.

ROSS UNIVERSITY SCHOOL OF MEDICINE

_____
Name:
Title: Deputy General Counsel
Date: 7/30/18

- 4 -

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 30, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that a true and correct copy of the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

s/*Ryan Roman*
Ryan Roman
