UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 0:18-cv-60482-MOORE-SELTZER

OLUWAMUYIWA AWODIYA,

    Plaintiff,

  v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

    Defendant.

## ORDER APPROVING STIPULATION FOR SUBSTITUTION OF COUNSEL

THIS CAUSE came before the Court upon the Stipulation for Substitution of Counsel filed on behalf of defendant Ross University School of Medicine, School of Veterinary Medicine Limited ("Ross University"). The Court being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Michael C. Marsh, Esq., Ryan Roman, Esq. and the law firm of Akerman LLP shall be substituted as counsel of record for Ross University, and Christina Forte Meddin, Esq., Brian Stolzenbach, Esq., and the law firm of Seyfarth Shaw LLP is hereby relieved of all further responsibility for representing Ross University in this cause. All correspondence, pleadings, notices and other filings shall be forwarded to Michael C. Marsh, Esq. (michael.marsh@akerman.com) and Ryan Roman, Esq. (ryan.roman@akerman.com), Akerman LLP, 98 Southeast 7th Street, Suite 1100, Miami, Florida 33131.

DONE AND ORDERED in Chambers in the District Court, Southern District of Florida, this _____ day of _____, 2018.

 

_____
UNITED STATES DISTRICT JUDGE

45904326;1

<u>Conformed copies to:</u>
All Counsel of Record

45904326;1