# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

OLUWAMUYIWA AWODIYA,   CASE NO. 0:18-cv-60482-KMM-BSS

    Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

    Defendant.
_____/

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER OR OTHERWISE RESPOND TO THIRD AMENDED COMPLAINT

Defendant Ross University School of Medicine, School of Veterinary Medicine Limited ("Ross University" or "Defendant") respectfully requests a brief extension of time, through and including August 13, 2018, to move, answer or otherwise respond to the Third Amended Complaint filed by plaintiff Oluwamuyiwa Awodiya ("Plaintiff"). Plaintiff does not oppose the requested extension of time.

In support of this unopposed motion for extension of time (the "Motion"), Defendant states as follows:

1. Plaintiff filed his Third Amended Complaint on July 16, 2018.

2. Ross University's deadline to move, answer or otherwise respond to the Third Amended Complaint is currently July 30, 2018.

3. Ross University seeks a brief extension of time, through and including August 13, 2018, to move, answer or otherwise respond to the Third Amended Complaint. This extension is requested due to the recent appearance of undersigned counsel in this action, pursuant to a Stipulation of

Substitution of Counsel dated July 30, 2018.  Successor counsel requires a brief extension so that it may review the record and prepare a response to the Third Amended Complaint.

4. This request is made in good faith and will not prejudice the parties in any way.

5. Plaintiff states that he does not oppose the extension requested herein.

WHEREFORE, defendant Ross University School of Medicine, School of Veterinary Medicine Limited respectfully requests that the Court grant this unopposed Motion, enter an Order allowing Ross University School of Medicine, School of Veterinary Medicine Limited an extension of time, through and including August 13, 2018, to move, answer or otherwise respond to the Third Amended Complaint, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: July 30, 2018

**AKERMAN LLP**
Three Brickell City Centre
98 Southeast Seventh Street
Suite 1100
Miami, Florida 33131
Telephone: (305) 374-5600
Facsimile:  (305) 374-5095

By: *s/ Michael C. Marsh*_____
Michael C. Marsh
Florida Bar No. 0072796
michael.marsh@akerman.com
simone.tobie@akerman.com
Ryan Roman
Florida Bar. No. 0025509
ryan.roman@akerman.com
dorothy.matheis@akerman.com
Octavia M. Green
Florida Bar No. 119179
octavia.green@akerman.com
simone.tobie@akerman.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF on this 30th of July 2018 to:

Oluwamuyiwa Awodiya
15005 Dahlia Drive
Bowie, Maryland 20721
Telephone: (240) 602-1836
Email: Drmuyiwa@gmail.com

                                                *s/Ryan Roman*
                                                Ryan Roman