# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

OLUWAMUYIWA AWODIYA,  CASE NO. 0:18-cv-60482-KMM-BSS

    Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

    Defendant.
_____/

## [PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER OR OTHERWISE RESPOND TO THIRD AMENDED COMPLAINT

THIS CAUSE coming before the Court upon the Unopposed Motion for Extension of Time to Respond to the Third Amended Complaint (the "Motion") filed by defendant Ross University School of Medicine, School of Veterinary Medicine (the "Defendant"), and the Court having reviewed the Motion, and being otherwise fully advised in the premises, hereby ORDERS AND ADJUDGES that:

1. The Motion is GRANTED.

2. Defendant shall have up to and including August 13, 2018 to move, answer or otherwise respond to Plaintiff's Third Amended Complaint.

DONE and ORDERED in Chambers in Miami, Florida, this ___ day of July 2018.

_____
HONORABLE K. MICHAEL MOORE
DISTRICT COURT CHIEF JUDGE

Copies to all counsel of record

45939501;2