UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

OLUWAMUYIWA AWODIYA,            CASE NO. 0:18-cv-60482-KMM-BSS

    Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

    Defendant.
_____/

## JOINT MOTION FOR SETTLEMENT CONFERENCE IN LIEU OF PRIVATE MEDIATION

Plaintiff Oluwamuyiwa Awodiya and defendant Ross University School of Medicine, School of Veterinary Medicine Limited (together, the "Parties") respectfully request that they be permitted to attend a settlement conference before a Magistrate Judge of this Court in lieu of attendance at mediation before a private mediator. The Parties believe that a settlement conference will be more likely to lead to a resolution of this matter and is therefore preferred.

In support of this joint motion, the Parties state as follows:

1. On or about May 14, 2018, the Court entered its Paperless Order of Referral to Mediation [ECF No. 38], in which the Court directed the Parties to agree upon a mediator.

2. On May 29, 2018, the Parties submitted their notice of selection of a private mediator [ECF No. 41], which was corrected due to a filing error on May 31, 2018 [ECF No. 43].

3. Plaintiff filed his Third Amended Complaint on July 16, 2018 [ECF No. 47].

4. On July 30, 2018, undersigned counsel for defendant substituted in for prior counsel in this action [ECF No. 48].

5. The Parties believe that assignment to a Magistrate Judge of this Court will be conducive to a productive settlement conference in this action.

6. Pursuant to Rule 1 of the Magistrate Judge Rules of this Court, a Magistrate Judge is authorized to conduct settlement conferences.

WHEREFORE, plaintiff Oluwamuyiwa Awodiya and defendant Ross University School of Medicine, School of Veterinary Medicine Limited respectfully request that the Court grant this joint motion, enter an Order striking the prior notice of mediator selection [ECF Nos. 41 & 43] and assigning this matter for a settlement conference before a Magistrate Judge, and grant such other and further relief as the Court deems just and proper.

| | |
|---|---|
| Dated: August 7, 2018 | Respectfully submitted, |
| Oluwamuyiwa Awodiya<br>15005 Dahlia Drive<br>Bowie, Maryland 20721<br>Telephone: (240) 602-1836 | **AKERMAN LLP**<br>Three Brickell City Centre<br>98 Southeast Seventh Street<br>Suite 1100<br>Miami, Florida 33131<br>Telephone: (305) 374-5600<br>Facsimile:  (305) 374-5095 |
| By: *s/ Oluwamuyiwa Awodiya*_____<br>Oluwamuyiwa Awodiya (*pro se*)<br>drmuyiwa.a@gmail.com | By: *s/ Michael C. Marsh*_____<br>Michael C. Marsh<br>Florida Bar No. 0072796<br>michael.marsh@akerman.com<br>simone.tobie@akerman.com<br>Ryan Roman<br>Florida Bar. No. 0025509<br>ryan.roman@akerman.com<br>dorothy.matheis@akerman.com<br>Octavia M. Green<br>Florida Bar No. 119179<br>octavia.green@akerman.com<br>simone.tobie@akerman.com |