# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| OLUWAMUYIWA AWODIYA,<br>*Plaintiff,*<br><br>-v-<br><br>ROSS UNIVERSITY SCHOOL OF MEDICINE, SCHOOL OF VETERINARY MEDICINE LIMITED<br>*Defendant.* | Case No. 0:18-cv-60482-KMM<br><br>Hon. Chief Judge: K. Michael Moore<br>Magistrate Judge: Barry S. Seltzer |

FILED by ✓ ✗ D.C.

AUG 1 0 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS FOR SUMMARY JUDGMENT AND STATEMENT OF MATERIAL FACTS

Plaintiff, Oluwamuyiwa Awodiya, in proper person, files this Motion for Leave to Exceed Page Limits for Summary Judgment and Statement of Material Facts because the nature of Plaintiff's motion and the number of claims at issue requires a memorandum and facts in excess of the current page limits.

To adequately move for summary judgment, Plaintiff needs to set forth material facts and the law supporting each element of Ross University School of Medicine, School of Veterinary Medicine Limited's ("RUSM" or "Defendant") discrimination by failure to reasonably accommodate his disabilities, breach of fiduciary duty, breach of contract, fraudulent inducement/omission and negligent misrepresentation. In addition to these claims, Plaintiff will also set forth material facts and law to strike one or more of Defendant's affirmative defenses. Therefore, Plaintiff's motion for summary judgment will require a memorandum exceeding the 20-page limitation.

Defendant has already produced over 400 bates labeled pages of documents. Plaintiff's statement of material facts is in most part derived from at least 100 pages of these documents. Therefore, Plaintiff's statement of material facts will require this filing to exceed the 10-page limitation.

Accordingly, Plaintiff respectfully request for leave (1) to exceed the summary judgment memorandum 20-page limitation, but totaling 35 pages or less; and (2) to exceed the statement of material facts 10-page limitation, but totaling 25 pages or less. Plaintiff does not make this request to burden the Court, but so that justice may be done.

Defendant is *unopposed* to the relief sought in this Motion, so long as it has the equivalent number of pages to respond Plaintiff's summary judgment and statement of material facts.

DATED this 8th day of August, 2018:	Respectfully submitted,

By: Oluwamuyiwa Awodiya, *pro se litigant*
15005 Dahlia Dr.
Bowie, MD 20721
(240) 602-1836
Plaintiff, in Proper Person

## CERTIFICATE OF CONFERENCE

I hereby certify that on August 6, 2018, Defendant's counsel emailed Plaintiff that RUSM will not oppose the relief sought in this motion.

_____
By: Oluwamuyiwa Awodiya, *pro se* litigant

## CERTIFICATE OF SERVICE

I do hereby certify that on this 8th day of August, 2018, I have caused a true and correct copy of the foregoing by mailing a copy to the Court, where the Court's CM/ECF system will send notification to the following:

> Ryan Roman
> Akerman Senterfitt
> Suntrust International Center
> 1 SE 3rd Avenue
> 25th Floor
> Miami, FL 33131-1714
> 305-374-5600
> Fax: 305-374-5095
> Email: ryan.roman@akerman.com

_____
By: Oluwamuyiwa Awodiya, *pro se* litigant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

OLUWAMUYIWA AWODIYA,  CASE NO. 0:18-cv-60482-KMM

    Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

    Defendant.

_____/

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED
MOTION FOR LEAVE TO EXCEED PAGE LIMITS FOR
<u>SUMMARY JUDGMENT AND STATEMENT OF MATERIAL FACTS</u>**

THIS CAUSE coming before the Court upon the Unopposed Motion for Leave to Exceed Page Limits for Summary Judgment and Statement of Material Facts (the "Motion") filed by plaintiff Oluwamuyiwa Awodiya (the "Plaintiff"), and the Court having reviewed the Motion, and being otherwise fully advised in the premises, hereby ORDERS AND ADJUDGES that:

    1.    The Motion is GRANTED.

    2.    Plaintiff shall have up to a 35-page memorandum for his motion for summary judgment.

    3.    Plaintiff shall have up to 25 pages for his statement of material facts in support of his motion for summary judgment.

    4.    Defendant, Ross University School of Medicine, School of Veterinary Medicine Limited, shall have up to the same number of pages to respond.

1

2

DONE and ORDERED in Chambers in Miami, Florida, this ___ day of August 2018.

_____
HONORABLE K. MICHAEL MOORE
DISTRICT COURT CHIEF JUDGE

Copies to all counsel of record

PRIORITY MAIL ★

DATE OF DELIVERY SPECIFIED*
USPS TRACKING™ INCLUDED*
PICKUP AVAILABLE
* Domestic only
INSURANCE INCLUDED*
USED INTERNATIONALLY, A CUSTOMS DECLARATION MAY BE REQUIRED.

5105 6957 8220 1946 56

Expected Delivery Day: 08/10/2018
TRACKING NUMBER

PRIORITY MAIL ★

1006
33128

AMOUNT
$6.70
R2303S103654-03

FROM:
Iluwamuyiwa Awodiya
15005 Dahlia Dr.
Bowie, MD 20721

TO:
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue, Room 8009
Miami, FL 33128

Label 228, March 2016
FOR DOMESTIC AND INTERNATIONAL USE

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE


UNITED STATES POSTAL SERVICE®

Case 0:18-cv-60482-RKA   Document 56   Entered on FLSD Docket 08/10/2018   Page 7 of 7



