UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60482-CIV-MOORE/SELTZER

OLUWAMUYIWA AWODIYA,

    Plaintiff,

vs.

ROSS UNIVERSITY SCHOOL OF MEDICINE,

    Defendant.

_____/

## ORDER SETTING SETTLEMENT CONFERENCE

**THIS CAUSE** has come before the Court upon the Order of Referral [DE 54] referring the case to the undersigned for a settlement conference. The parties having conferred and presented dates of availability, it is hereby

**ORDERED AND ADJUDGED** that a SETTLEMENT CONFERENCE in this matter is scheduled to be held before the undersigned commencing at **9:30 a.m., Monday, October 1, 2018**, in the United States Courthouse, **299 E. Broward Boulevard, Fort Lauderdale, Florida, Courtroom 110**.

The undersigned now issues the following additional instructions:

1.    The Settlement Conference shall be attended by all parties, corporate representatives and their counsel of record. Each side shall have a party representative present with full authority to negotiate and finalize any settlement agreement reached. Failure of a party representative with full and final authority to make and accept offers of settlement to attend this Settlement Conference may result in the undersigned's <u>sua sponte</u> recommendation that sanctions be entered against the offending party.

2.    In the event that a monetary settlement would be payable from proceeds of

an insurance policy, a claims professional/representative(s) from the party's insurer with full and final authority to authorize payment to settle the matter up to the full limits of the party's policy(s) or the most recent demand, whichever is lower, shall also be present.

3. **The parties shall each submit a brief Confidential Settlement Statement** outlining the outstanding issues, the party's position, the results of any settlement negotiations previously held, and any other information that may be helpful. The confidential statements shall be submitted via email to seltzer@flsd.uscourts.gov on or before **SEPTEMBER 24, 2018.**

4. The Settlement Conference will not be continued absent a written motion and a showing of compelling circumstances.

5. Telephonic attendance will not be considered without prior permission and unless extraordinary circumstances exist.

6. In the event this matter settles prior to the scheduled Settlement Conference, the parties shall immediately advise the undersigned's chambers. Written confirmation of a settlement that is signed by all parties shall also be sent to chambers at seltzer@flsd.uscourts.gov.

7. The Settlement Conference shall be conducted without a court reporter and will not be recorded. All representations and statements made at the Settlement Conference shall remain confidential.

8. The parties are notified that the Court does not provide interpreter services in civil cases. In the event that a party or corporate representative does not speak fluent English, that party must arrange for the attendance of an interpreter.

9. The parties are further advised that all electronic devices, including cell phones and laptop computers, with limited exceptions, are prohibited from being brought into the Federal Courthouse. The court security desk will not hold electronic devices. Counsel are responsible for informing their clients of the Court's electronic device policy.

10. Sanctions may be imposed for failure to follow any of the requirements of this Order.

11. Please be advised that all persons, including parties, counsel, and interpreters must bring government-issued photo identification to enter the building. Building security may refuse entrance to any person without proper identification. Parking is not permitted on courthouse grounds.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 17th day of September 2018.

BARRY S. SELTZER
United States Magistrate Judge

Copies furnished counsel via CM/ECF