# UNITED STATES DISTRICT COURT

### for the
### Southern District of Florida

|  |  |
|---|---|
| OLUWAMUYIWA AWODIYA,<br><br>*Plaintiff,*<br><br>-v-<br><br>ROSS UNIVERSITY SCHOOL OF<br>MEDICINE, SCHOOL OF<br>VETERINARY MEDICINE LIMITED<br><br>*Defendant.* | Case No.   0:18-cv-60482-KMM<br><br>Hon. Chief Judge: K. Michael Moore<br>Magistrate Judge: Barry S. Seltzer |

FILED by _JAO_ D.C.

AUG 1 9 2018

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

## DECLARATION OF OLUWAMUYIWA AWODIYA

### IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

1.    I, Oluwamuyiwa Awodiya, am the plaintiff in this case. I make this declaration from my personal knowledge of the facts stated herein. I am over 18 and competent to testify to the matters set forth herein in a court of law.

## BACKGROUND

2.    I was a student at Ross University School of Medicine ("RUSM"). I was admitted into RUSM on April 21, 2014. I started my first semester at RUSM in May 2014.

3.    I suffer from mental impairments. I have an attention impairment that was diagnosed as Attention Deficit Disorder Without Mention of Hyperactivity ("ADHD").

4.    I also suffer from another mental impairment involving extreme anxiety.

5.    My anxiety results from my diagnosed anxiety disorder, 'Anxiety State, Unspecified' ("Anxiety Disorder") as well as from my diagnosed Obsessive Compulsive Disorder ("OCD").

6.      My mental impairments negatively affect my ability to learn, concentrate, think, complete exams and assignments on a timely basis, and limits my ability to stay on task.

7.      I have had symptoms of my mental impairments for at least seven years.

8.      I am able to meet the technical standards set forth by RUSM with or without reasonable accommodations.

9.      I successfully completed all five semesters required to take the NBME Comprehensive Basic Sciences Examination ("NBME CBSE" or "COMP").

10.     I am able to complete exams on a timely basis if I have extending testing time to complete them.

### **BEFORE WINTER BREAK**

**A.     December 8, 2015**

11.     I was in extreme emotional distress about failing my fifth semester by one point.

12.     I told McMillan Cuffy ("Mr. Cuffy") that I needed more time on the two exams that I did poorly on.

**B.     December 9, 2015**

13.     I told Dr. Davendra Sharma ("Dr. Sharma") and Mr. Cuffy that I was treated unfairly because I had trouble finishing the exams on time which caused me to fail by one point. I also told them that I want to change my grade by retaking the exams since I did not have enough time to finish my exams.

14.     Mr. Cuffy and Dr. Sharma told me that I may have an attention problem.

15.     I also told them that I wanted to speak to the Dean about changing my grade since my attention problem affected my ability to finish my exams on time.

16.     I asked Mr. Cuffy and Dr. Sharma if they could tell RUSM administration that I may have an attention problem.

2

17.    They said they would agree to tell RUSM administration if I signed a Release of Information Consent Agreement.

18.    I then signed the Release of Information Consent Agreement so that Mr. Cuffy, Dr. Sharma, and the rest of the Counseling Center could speak on my behalf about receiving accommodations.

**C.      December 10, 2015**

19.    When I met with Dr. Bryan Hayse ("Dr. Hayse"), I asked him if I could retake any of the exams because I need more time answering questions.

20.    I told Dr. Hayse that I have extreme difficulty paying attention during exams.

21.    Dr. Hayse responded that he could accommodate me for future exams but not for exams that I had already taken because RUSM does not allow students to retake exams for my semester.

22.    Dr. Hayse then told me that he would call Mr. Cuffy so that I could receive accommodations for future exams.

**D.      December 13, 2015**

23.    I told Mr. Cuffy that I was depressed that I had exhausted all avenues to retake my exams with extended time so that I could have the chance to get my grade changed.

24.    At the end of my meeting with Mr. Cuffy, I told Mr. Cuffy that I have accepted that I just must come back in January to repeat my fifth semester with accommodations.

**E.      December 14, 2015**

25.    I told Dr. Sharma that since I am still on the island, I want to continue the process for receiving extended testing time for when I come back in January to repeat my fifth semester.

26.    Dr. Sharma informed me that because of my impaired ability to finish exams on time, I may have ADHD.

3

27.     Then Dr. Sharma started the ADHD screening process on me.

**F.      December 15, 2015**

28.     Dr. Sharma also gave me a CAARS assessment as a part of the ADHD screening process.

29.     I was still in so much emotional distress after I couldn't get accommodations and failing by one point, that I wrote the wrong year on the top of my first CAARS assessment. I put my correct birthdate and age, and the correct month and day of that current day (December 15th), but I mistakenly put the wrong year (2016) instead of the correct year (2015).

## DURING WINTER BREAK

**G.      December 31, 2015**

30.     After I left Dominica for the winter break, I was at home in Maryland.

31.     I told my private health care provider of my attention problems. They assessed me and documented my ADHD with a diagnostic exam called the Conners CPT3 assessment.

## AFTER WINTER BREAK

**H.      January 11, 2016**

32.     When I gave RUSM the results of my ADHD assessment, I asked Mr. Cuffy and Dr. Sharma for extended testing time for my exams including my upcoming NBME CBSE attempts.

33.     Dr. Sharma and Mr. Cuffy denied my request and informed me that they wanted to continue running their own diagnostic tests for my attention impairment.

34.     RUSM made me take the CAARS assessment for the second time.

35.     They also scheduled me to take another diagnostic assessment called the TOVA.

36.     I told Mr. Cuffy that I do not want to try new medication because I was scared of how it might affect me. I further told Mr. Cuffy that extended testing time would probably be enough to help with my attention impairment.

**I.     January 18, 2016**

37.     During my meeting with Mr. Cuffy, he told me that I had an attention impairment and diagnosed me with ADHD.

38.     Mr. Cuffy advised me that medication for my attention impairment could help.

39.     I denied stating that I had strong reservations about using new medication.

40.     Mr. Cuffy then told me that if I change my mind and decide later on to try ADHD medication that I should email Dr. Sharma about trying the medication.

41.     While still in my meeting with Mr. Cuffy, Mr. Cuffy called Matthew Stewart-Fulton's ("Mr. Stewart-Fulton") office.

42.     In front of me, while still in the meeting, Mr. Cuffy told Mr. Stewart-Fulton's office that I was coming to receive accommodations.

43.     Before I left my meeting with Mr. Cuffy, I asked him if there was anything I needed to take to Mr. Stewart-Fulton. Mr. Cuffy responded that that the signed Release of Information Consent Agreement was all that was necessary since my ADHD was diagnosed by the school. Mr. Cuffy further explained to me that this form allowed him [Mr. Cuffy] and Dr. Sharma to provide Mr. Stewart-Fulton with all the information relevant to get ADHD accommodations.

44.     After my meeting with Mr. Cuffy, I went to my meeting with Mr. Stewart-Fulton.

45.     During my meeting with Mr. Stewart-Fulton, I told him that I needed extended testing time for my exams especially for my upcoming NBME CBSE attempts.

46.     I also told Mr. Stewart-Fulton that I had only recently been diagnosed with ADHD, but that I have always displayed symptoms of ADHD for years, even before I knew that it was the result of a mental impairment.

47.     I further told Mr. Stewart-Fulton that he can confirm my ADHD diagnosis and get all the relevant information for my accommodations from Dr. Sharma and Mr. Cuffy.

48.     In the same meeting, without any attempt to contact anyone regarding my ADHD, Mr. Stewart-Fulton told me that I would not be able to get accommodations. Mr. Stewart-Fulton gave me multiple reasons as to why test accommodations were not possible for me (which I believed until year 2018).

49.     Mr. Stewart-Fulton told me that my diagnosis was too recent, and that I would have needed to have been diagnosed years ago. Mr. Stewart-Fulton also told me that my request did not matter anyway because NBME, not RUSM, determines whether I can get accommodations for my NBME CBSE attempts. He additionally told me that people who apply for accommodations must do so at least 6 months in advance and that the process could take almost a year to complete.

50.     After my meeting with Mr. Stewart-Fulton and my failed attempts to get extended testing time, I believed I had no other option but to send an email to Dr. Sharma explaining that I still had my reservations about taking medication for ADHD, but that I was willing to give it a try.

**J.      February 12, 2016**

51.     I met with Dr. Sharma to discuss with him that my ADHD is affecting my exams.

52.     I told Dr. Sharma that I did not feel right for the last mini [first exam of the semester] and was feeling anxious before the scores were released because I need more time to answer all of the questions.

53.     I also told Dr. Sharma that I felt better after I found out that I passed the exam.

**K.     February 17, 2016**

54.     I told Mr. Cuffy that I need help with anxiety affecting my exams. I also told Mr. Cuffy that I had anxiety the morning of my exam but still got a passing score around 75%.

55.     Mr. Cuffy told me that I have an anxiety disorder.

**L.     March 11, 2016**

56.     During my meeting with Dr. Sharma, I told Dr. Sharma that I keep running out of time to read all of the questions and answers for my exams.

57.     I also told Dr. Sharma that I still passed my exams, but I still need more time.

58.     Dr. Sharma prescribed me more Ritalin to help with my ADHD.

59.     Dr. Sharma also told me that my Anxiety Disorder is also be affecting my exams.

60.     I then met with Mr. Cuffy because of the difficulties I was having with my second exam of the semester.

61.     I told Mr. Cuffy that I just circled random answers without thinking about the questions to avoid leaving them blank because I need more time to be able to read all the questions for my exams.

**M.     April 5, 2016**

62.     I told Dr. Sharma that I was in my last semester, that I will be leaving the island and that I would be going back home to Maryland for the NBME CBSE if I didn't pass on my first attempt.

**N.     April 19, 2016**

63.     I told Dr. Sharma that I was preparing for the NBME CBSE, that only my first attempt will be in Dominica and that the rest of my attempts will be in Maryland.

**BREACH OF CONTRACT**

7

64.     After Dean Owen decided to dismiss me, I took and passed the USMLE Step 1 ("Step 1") licensing exam without RUSM.

65.     I tried to use my passing Step 1 score to transfer to other medical schools, but they refused to consider me because my transcript from RUSM stated that I was dismissed.

66.     Even the school that sponsored me to take Step 1, disqualified me for transfer into its school after it received my transcript.

67.     In February 2018, I called RUSM and asked if I could be reinstated. I told the school that I was dismissed for failing to pass the NBME CBSE but further explained that I have a passing Step 1 score.

68.     The school told me that students who are dismissed have the opportunity to appeal if the dismissal was not rendered final by the Dean.

69.     After my call with the school, I checked the RUSM Student Handbook to see if my dismissal was final. Relying on the terms of the Student Handbook, I thought I had one more chance to appeal. Therefore, I sent an email to Dean Owen asking to be reinstated since I have a passing Step 1 score.

70.     The next day, the school declined to even consider my appeal to be reinstated. RUSM said this was because I used all my options for appeal when the Dean made my dismissal final.

## **BREACH OF FIDUCIARY DUTY**

71.     I told RUSM's Counseling Center, in confidence, about my mental impairments affecting my exams and my need for accommodations.

72.     RUSM assured me that the information that I disclosed about my mental impairments was confidential and would only be used to get academic accommodations.

73.    I trusted RUSM's Counseling Center, including Mr. Cuffy and Dr. Sharma to provide my confidential information to RUSM Administration regarding academic accommodations.

## FRAUDULENT INDUCEMENT/NEGLIGENT MISREPRESENTATION

74.    Before I enrolled into RUSM, I was a prospective student.

75.    Since at least year 2012, up until I enrolled into RUSM, I was searching for medical schools that I could enroll into.

76.    While searching for medical schools, I would go to their websites to read their admission requirements.

77.    I used many factors to compare which school to attend.

78.    When I was considering enrolling into RUSM, I had serious concerns about attending a medical school outside of the United States of America.

79.    One important factor to me was if I would still have an equal opportunity to complete the medical program in any event that I get hurt, become disabled, or learn of a disability in another country.

80.    During my search, I had very little to no knowledge about any disability laws.

81.    When I read the Admission Requirements section of RUSM's website, I was excited to read that RUSM posted that it would comply with the Americans with Disabilities Act as applicable and practical in Dominica and that no qualified individual with a disability will be denied access to or participation in services, programs, or activities of RUSM.

82.    I relied on RUSM's statement about the American with Disabilities Act ("ADA") when I enrolled and when I applied to RUSM.

83.     When I relied on RUSM's statement about the Americans with Disabilities Act, I knew very little about the Americans with Disabilities Act. All I knew was that it was some type of law that protects disabled students. I didn't know that the Americans with Disabilities Act had different 'Titles' and that none of those Titles applied to students in Dominica.

84.     As I relied on RUSM's Americans with Disabilities Act statement, I trusted that RUSM would do everything, I thought it was legally obligated to do, in accordance with the Americans with Disabilities Act in Dominica.

85.     RUSM never told me that the Americans with Disabilities Act did not apply to students in Dominica.

86.     I would have never left the United States of America to enroll at RUSM if it had told me that the Americans with Disabilities Act does not protect students in Dominica.

## **EXHIBITS**

87.     Attached as Exhibit P-01 is a true and correct copy of McMillan Cuffy's Counseling Note Dated 12-08-2015.

88.     Attached as Exhibit P-02 is a true and correct copy of Davendra Sharma's Counseling Note Dated 12-09-2015.

89.     Attached as Exhibit P-03 is a true and correct copy of Plaintiff's and RUSM's Release of Information Consent Agreement.

90.     Attached as Exhibit P-04 is a true and correct copy of McMillian Cuffy's Counseling Note Dated 12-10-2015.

91.     Attached as Exhibit P-05 is a true and correct copy of McMillan Cuffy's Counseling Note Dated 12-13-2015.

92.     Attached as Exhibit P-06 is a true and correct copy of Davendra Sharma's Counseling Note Dated 12-14-2015.

93.     Attached as Exhibit P-07 is a true and correct copy of Plaintiff's First CAARS Assessment in December 2015.

94.     Attached as Exhibit P-08 is a true and correct copy of Plaintiff's Conners CPT3 Results.

95.     Attached as Exhibit P-10 is a true and correct copy of Plaintiff's Second CAARS Assessment in January 2016.

96.     Attached as Exhibit P-11 is a true and correct copy of McMillan Cuffy's Counseling Note Dated 1-18-2016.

97.     Attached as Exhibit P-12 is a true and correct copy of McMillan Cuffy's Referral Form Dated 1-18-2016.

98.     Attached as Exhibit P-13 is a true and correct copy of Plaintiff's January 18, 2016 email sent to Dr. Sharma.

99.     Attached as Exhibit P-14 is a true and correct copy of Davendra Sharma's Counseling Note Dated 2-12-2016.

100.     Attached as Exhibit P-15 is a true and correct copy of McMillan Cuffy's Counseling Note Dated 2-17-2016.

101.     Attached as Exhibit P-16 is a true and correct copy of Davendra Sharma's Counseling Note Dated 3-11-2016.

102.     Attached as Exhibit P-17 is a true and correct copy of McMillan Cuffy's Counseling Note Dated 3-11-2016.

11

103.     Attached as Exhibit P-18 is a true and correct copy of Davendra Sharma's Counseling Note Dated 4-05-2016.

104.     Attached as Exhibit P-19 is a true and correct copy of Davendra Sharma's Counseling Note Dated 4-19-2016.

105.     Attached as Exhibit P-20 is a true and correct copy of Plaintiff's Appeal Form to the Promotion Committee.

106.     Attached as Exhibit P-21 is a true and correct copy of Plaintiff's medical record sent to RUSM Promotions Committee.

107.     Attached as Exhibit P-22 is a true and correct copy of Promotions Committee June 1, 2017 letter sent to Plaintiff.

108.     Attached as Exhibit P-23 is a true and correct copy of Plaintiff's psychiatrist and psychotherapist June 12, 2017 email to Dean Owen.

109.     Attached as Exhibit P-24 is a true and correct copy of RUSM's June 13, 2017 email confirmation receipt of Plaintiff's appeal letter to Dean Owen.

110.     Attached as Exhibit P-25 is a true and correct copy of Plaintiff's June 13, 2017 appeal letter emailed to Dean Owen.

111.     Attached as Exhibit P-26 is a true and correct copy of Dean Owen's June 29, 2017 letter of final grievance decision.

112.     Attached as Exhibit P-27 is a true and correct copy of Defendant's Response to Plaintiff's First Set of Requests for Admission.

113.     Attached as Exhibit P-28 is a true and correct copy of Defendant's Response to Plaintiff's Second Set of Request for Admission.

114.    Attached as Exhibit P-29 is a true and correct copy of RUSM's employee profiles webpage, medical.rossu.edu/md-program/faculty.html.

115.    Attached as Exhibit P-30 is a true and correct copy of Plaintiff's NBME CBSE score of 67 in August 2016.

116.    Attached as Exhibit P-31 are true and correct copies of excerpts from the Ross University School of Medicine Academic Catalog 2015-2016, VOL. 7.

117.    Attached as Exhibit P-32 are true and correct copies of excerpts from the January 1, 2016 RUSM Student Handbook.

118.    Attached as Exhibit P-33 is a true and correct copy of Plaintiff's transfer eligibility from St. George's University School of Medicine.

119.    Attached as Exhibit P-34 is a true and correct copy of RUSM's internal email on February 21, 2018.

120.    Attached as Exhibit P-35 is a true and correct copy of Plaintiff's February 20, 2018 email to the Dean for Reinstatement.

121.    Attached as Exhibit P-36 is a true and correct copy of RUSM's February 21, 2018 email to Plaintiff declining reinstatement request.

122.    Attached as Exhibit P-37 is a true and correct copy of RUSM's Admissions Requirements section of its website as it appeared on October 31, 2012, obtained on June 3, 2018 from https://web.archive.org/web/20121031221133/http:/www.rossu.edu/medical-school/admissions/getstarted.cfm.

123.    Attached as Exhibit P-38 are true and correct copy of excerpts from Adtalem's 2012 Annual Report, accessed from http://investors.adtalem.com/annual-reports.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 15th day of August, 2018:                    Respectfully submitted,

By: Oluwamuyiwa Awodiya, *pro se litigant*
15005 Dahlia Dr.
Bowie, MD 20721
(240) 602-1836
Plaintiff, in Proper Person

14

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that on this 15th day of August, 2018, I have caused a true and correct copy of the foregoing by mailing a copy to the Court, where the Court's CM/ECF system will send notification to the following:

> Ryan Roman
> Akerman Senterfitt
> Suntrust International Center
> 1 SE 3rd Avenue
> 25th Floor
> Miami, FL 33131-1714
> 305-374-5600
> Fax: 305-374-5095
> Email: ryan.roman@akerman.com

By: Oluwamuyiwa Awodiya, *pro se* litigant

**Name:** Oluwamuyiwa O Awodiya (M)    **DOB:** ▮▮▮▮    **Student ID:** ▮▮▮▮▮

**Diagnosis:**

---

**RUSM Counseling Center**
**P.O. Box 266**
**Roseau, DM 11111**
**(767)255-6553**

Oluwamuyiwa O Awodiya (M)                    Note Date: 12/08/2015 08:44 AM
[5597]
Pt. Phone:                   DOB: ▮▮▮▮▮ (Age 23)

**Summary of note:** Client admitted to thoughts of self harm but denied being suicidal or having a plan. He was seen by the consulting psychiatrist.  Safety plan signed. Follow up appointments set up with the psychiatrist and counselor. Client to check in daily.
**Allergies:** No Entry
**Current Medications:** No Entry
**Semester:** Semester 1, Semester 5

**Progress:**
## Suicide Assessment

**Risk Factors: Suicidal behavior**
Do you have a history of suicide ideations?  No
Do you have a history of suicide attempts?  No
Are you having any self-harm issues presently?  Yes
Are you having any suicidal ideations presently?  No
Have you had any aborted suicide attempts? No

**Current/past psychiatric disorders:**
Do you have any feelings of depressed/sad mood? Yes
Do you have any feelings of anxiety/panic Yes
Do you have a history of psychosis (auditory/visual hallucinations/delusions) No
Do you use alcohol or any other substance? No
Have you tried to cut down your alcohol/substance use?
Do you feel guilty about your alcohol/substance use?
Do you feel angry when people talk to you about your alcohol/substance use?
Do you feel that you need to have alcohol/substance to start your day?
Cluster B personality disorders & conduct disorders
Do you have difficulty controlling your anger? No
Do you experience significant mood changes?No
Do you plan ahead, or do you make decisions on the spot? plan ahead
Do you feel strong urges to do things that are hard to resist? No

**Key symptoms**
Do you have sleep difficulties?Yes Initial & middle insomnia
Have you lost interest in activities that you previously enjoyed? Yes
Have you felt down, depressed or hopeless recently? Yes

**Family history:**
Does anyone in your family have a history of suicide attempts? No
Does anyone in your family have a history of psychiatric disorder? No

**Precipitants/stressors/interpersonal**

# Exhibit
# P-01

1 of 3

**Name:** Oluwamuyiwa O Awodiya (M)   **DOB:** ▓▓▓▓▓   **Student ID:** ▓▓▓▓▓▓

**Diagnosis:**

Do you have any current stressors? Yes Academics, relationship
Do you have a mental health/psychiatric diagnosis? No
Are you presently using any psychotropic medication? No
Are you presently experiencing any psychosocial issues? Yes relationship issues
do you have a history of any form of abuse or assault? No
Have you experienced any traumatic events? No
Have you recently had a significant change in your treatment (provider, medication, recent hospitalization)? No
Have you experienced any significant loss? No  except for his girlfriend
Are you experiencing any guilt feelings? No
Have you had a change in your treatment? (inpatient discharge, provider, treatment type or medication change) No

**Misc. Factors**
Do you have access to firearms?  No
Internal: ability to cope with stress, religious beliefs, frutration tolerance
External: responsibility to children or pets, + therapeutic relationships, social supports

**Suicide Inquiry**
Ideation: Obtain information regarding frequency, intensity, duration, impact in last 48 hours, past month and worst ever. This morning he reported having intense  frightening thoughts of harming himself which went on for about 45 mins. These thoughts are as a result of a call that he received from Student Affairs informing him that he failed he was one point shy of the mps for his class.  he did very well on the NBME exam with a grade of 80% but did poorly on at least 2 of his minis which resulted in his over all gade being 65% whereas the mps for semester 5C was 66%.
Do you have a history of suicide ideations?  Yes He admitted having similar thoughts around mini 1 of this semester when he found out that his girlfriend was being unfaithful.
Are you having any self-harm ideations presently?  Yes
Are you having any suicidal ideations presently?  No
Behaviors:  None
Plan:  None
Do you have a history of suicide attempts?  No
Have you had any aborted suicide attempts? No
Intent: Extent to which patient expects to carry out the plan:  NO plan, Degree of ambivalence regarding plan:  He does not have a plan, Reasons to live:  The life that I want, being a doctor and to have a loving wife & kids.
Do you have or have you ever engaged in any self-injurious behaviors?  No

**Risk level/Intervention**
Assessment of risk level based on clinical judgment:  Client contemplated harming himself but does not have a plan.
Reassessment as patient or environmental circumstances change.


**Assessment:**
1)Academic or Educational Problem - V62.3
2)Adjustment Disorders - With mixed anxiety and depressed mood - 309.28


**Plan:**
Counseling Crisis (V62.3)
*Referral Orders:* Referral To Psychiatry (V62.3)

Signed by: McMillan Cuffy on Dec/08/2015 10:50 AM

This document has been signed electronically.

RUSM 000139

| **Name:** | Oluwamuyiwa O Awodiya (M) | **DOB:** | ▌▌▌▌ | **Student ID:** | ▌▌▌▌▌ |

**Diagnosis:**

---

**RUSM Counseling Center**
**P.O. Box 266**
**Roseau, DM 11111**
**(767)255-6553**

Oluwamuyiwa O Awodiya (M)                                    Note Date: 12/09/2015 04:29 PM
[5597]
Pt. Phone:                          DOB: ▌▌▌▌ (Age 23)

**Summary of note:** Academic or Educational Problem, Adjustment Disorders - With mixed anxiety and depressed mood
**Allergies:** No Entry
**Current Medications:** Diclofenac Sodium 75mg Delayed-Release Tablet, Losartan Potassium 25mg Tablet
**Semester:** Semester 1, Semester 5

**Progress:**
Saw Mr. Cuffy after he received a faliling grade for semester 5 and felt hopeless entertaining thoughts of ending his life.

I was called in to see him by Mr Cuffy

He admitted to feeling very sad about the failure.

He did not have a clear intent to self harm but felt the thoughts kept coming back to him about not living.

Felt he was treated unfairly because he failed by one point

No past repeats.

Additional stressors.

Poor relationship with his mother with whom he lives and feels she is closer to his sister but does not give him any emotional support.

Has abetter relationship with his father, who is separated from patient's mother.

Sister at Ross but they have a poor relationhsip as she does not understand him

He had a "relationship break up" this semester because the girl who has passed and is leaving had three affairs including one where he saw her going with a male student to his place to sleep over. When he had confronted her she said that she was going to go with the other student to spend the night.

He seems ambivalent about her as he says she does not understand why she does what she did.

He wanted to speak to the Dean about changing his grade.

He was advised to speak to the chair of promotions and student services.

At the end of the session yesterday he claimed to not have any intent to harm himself.

**Exhibit P-02**

1 of 3

This document has been signed electronically.

RUSM 000125

| **Name:** | Oluwamuyiwa O Awodiya (M) | **DOB:** | ▮▮▮▮ | **Student ID:** | ▮▮▮▮ |

**Diagnosis:**

---

Did not want his mother involved.

Was feeling sad but not severely depressed

Was not psychotic.

Was not suicidal or homicidal.

Came for follow with the counselor and myself today:

Is trying to see if he can have his grade changed. EMt with student affairs

Also will write to appeal for promotion.

Tried to get his mother on the phone and left a message for her to call

Called Ryan Didier to see if we can gt him out earlier

MSE

He feels lonely

Denies wanting to harm himself but does not like the thoughts of sadness.

Feels sad about what has happened.

Claims Mum is supporitve and wants him to appeal. Makes him feel btter but she does not want him to repeat.

no delusions

No hallucinations

Mood seems better at the end of our session which Mr Cuffy sat in.

  *- Entered by Davendra Sharma on Dec-09-2015 04:29 PM*

**Assessment:**
1)Academic or Educational Problem - V62.3
2)Adjustment Disorders - With mixed anxiety and depressed mood - 309.28

Still adjusting to the reality of his failure
  *- Entered by Davendra Sharma on Dec-09-2015 04:29 PM*

**Plan:**
to follow up daily

Spoke to Ryan about getting his Liat flight changed to Saturday to get him home

Left message for mother to call me on my cell or the counselor.

Need to talk to her with Miwa to let her know of the plan for him to repeat the semester.

2 of 3

This document has been signed electronically.

RUSM 000126



# ROSS UNIVERSITY

**Department of Behavioral Sciences – Counseling Center**          222 24 55

**Consent to Release Confidential Information**

| RELEASE OF INFORMATION CONSENT |
|---|

☐ **Introduction**:

By signing this form, you are authorizing the Ross University School of Medicine's (RUSM) Counseling Center to release otherwise confidential psychological information to one or more people whom you designate. Please read carefully. If you have any questions about signing this document and/or would like a copy of this form, please ask and we will provide you this information. Please understand that you may end this Agreement at any time.

☐ **I authorize the RUSM Counseling Center to: (Check all that pertain)**

☒ Discuss otherwise confidential information pertaining to my treatment
☐ Transmit a copy of my otherwise confidential health record
☐ Transmit a letter or treatment summary containing my otherwise confidential information

☐ **I authorize the release of the information specified above to:**
                    RUSM Administration
To:
**Street Address:**
**City, State and Zip Code:**

☐ **This information is released for the following purpose(s):**

☒ To facilitate treatment planning
☒ To provide information relevant to academic accommodations and/or medical leave of absence
☐ Other:

☐ **If you have authorized us to discuss confidential information, specify the period during which we may communicate with the person(s) listed above, by checking the appropriate box below:**

☒ I authorize ongoing communication unless I revoke this consent.
☐ I authorize communication only until _____ (specify date).

☐ **Other restrictions or limitations on information to be released:**
**Specify:**
☒ No other limitations.

☐ **Statement of Acknowledgement**:

I understand that I do not have to agree to release confidential information, and that I may withdraw this consent at any time except insofar as action has already been taken in reliance thereupon. A facsimile of this form will be regarded as valid as the original.

| Muyina Awodiya | Oluwamuyiwa Awodiya | 12/9/15 |
|---|---|---|
| Signature of Client | Client Printed Name | Date |
| | McMillan Guty, M.Sc. | 12/9/15 |
| Signature of Counselor | Counselor Printed Name | Date |

**Exhibit P-03**

RUSM 000168

**Name:** Oluwamuyiwa O Awodiya (M)  **DOB:** ▮▮▮▮  **Student ID:** ▮▮▮▮

**Diagnosis:**

---

**RUSM Counseling Center**
**P.O. Box 266**
**Roseau, DM 11111**
**(767)255-6553**

Oluwamuyiwa O Awodiya (M)                          Note Date: 12/10/2015 09:27 AM
[5597]
Pt. Phone:                    DOB: ▮▮▮▮   (Age 23)

**Summary of note:** At 4:00 p.m, client was seen again with the consulting psychiatrist.  He was prescribed meds and part of his plan was to get him back home sooner than his scheduled 12/19/15 flight.  Dr. Sharma engaged Mr. Didier to assist with flight arrangements to get
**Allergies:** No Entry
**Current Medications:** No Entry
**Semester:** Semester 5

**Intake:**

**Subjective:**

**Objective:**

## Counseling Crisis Note

Contact start time:
Contact end time:

Referral Source:

Presenting Concerns:   Client returned to office after talking to Dr. Hayes in Student Affairs regarding his academic situation.  I subsequently received an email from Dr. Hayes requesting that we talk at some point re: the client.  After the meeting with Dr. Hayes, the client was very disappointed but stable.

Self harm/Suicide/Homicide Screen:  self harm ideation present

Treatment/Interventions: Supportive-Expressive Psychotherapy, cognitive coping techniques, feeling identification, safety planning, support, comments Using a CBT appraoch

Impressions/recommendations:  adjustment disorder with mixed emotions.

**Assessment:**
1)Academic or Educational Problem - V62.3
2)Adjustment Disorders - With mixed anxiety and depressed mood - 309.28

**Plan:**
Counseling Crisis (V62.3)

Signed by: McMillan Cuffy on Dec/10/2015 09:27 AM

*Locked by: McMillan Cuffy on Dec/10/2015 09:27 AM*

**Exhibit**
**P-04**

1 of 2

This document has been signed electronically.

**Name:** Oluwamuyiwa O **DOB:**     **Student ID:**
Awodiya (M)

**Diagnosis:**

**RUSM Counseling Center**
**P.O. Box 266**
**Roseau, DM 11111**
**(767)255-6553**

Oluwamuyiwa O Awodiya (M)          Note Date: 12/13/2015 03:28 PM
[5597]
Pt. Phone:      DOB:     (Age 23)

**Summary of note:** Academic or Educational Problem, Persistent Depressive Disorder (Dysthymia)
**Allergies:** No Entry
**Current Medications:** No Entry
**Semester:** Semester 5

**Progress:**
**Followup**

Progress since last session: less severe symptoms

Session content: Client was seen on Friday for a follow up visit. His mom made flight reservations for him on LIAT to fly back on Sunday 12/13/15 but the hold on the ticket expired. He has agreed to stay on the island until his original flight on 12/19/12. However, he is stable and doing well. He denied having thoughts of harming himself. After exhausting all avenues of getting his grades changed, he is at the point where he is accepting to come back here in January to repeat semester 5.

Clinical assessment: Minor depessive episode.

Overall Impression: stable
Appearance: casual
Attention and Concentration: good
Interpersonal: cooperative
Mood: depressed
Affect: sad
Thought process: normal
Judgment: fair

Suicide/self-harm risk: no risk
Insight: adequate
Reaction to session: cooperative
Additional Comments: Client will continue checking in with counseling on a daily basisi until he leaves the island.

**Assessment:**
1)Academic or Educational Problem - V62.3
2)Persistent Depressive Disorder (Dysthymia) - 300.4

**Exhibit**
**P-05**

1 of 2

This document has been signed electronically.

**Name:** Oluwamuyiwa O Awodiya (M)   **DOB:** ▮▮▮▮   **Student ID:** ▮▮▮▮

**Diagnosis:**

**Plan:**
Counseling 20 - 30 Minutes (V62.3)

Signed by: McMillan Cuffy on Dec/13/2015 03:28 PM

*Locked by: McMillan Cuffy on Dec/13/2015 03:28 PM*

This document has been signed electronically.

RUSM 000146

**Name:** Oluwamuyiwa O Awodiya (M)  **DOB:** [redacted]   **Student ID:** [redacted]

**Diagnosis:**

---

**RUSM Counseling Center**
**P.O. Box 266**
**Roseau, DM 11111**
**(767)255-6553**

Oluwamuyiwa O Awodiya (M)                        Note Date: 12/14/2015 01:23 PM
[5597]
Pt. Phone:                    DOB: [redacted]  (Age 23)

**Summary of note:** Academic or Educational Problem, Persistent Depressive Disorder (Dysthymia)
**Allergies:** No Entry
**Current Medications:** Diclofenac Sodium 75mg Delayed-Release Tablet, Losartan Potassium 25mg
Tablet
**Semester:** Semester 5

**Progress:**
Feeling a bit down today.

Not suicidal

Felt sad after former gf promised him a day and then said she was too busy. He was hopeful that they
would have a physical relationship and felt let down.

Feels lonely and wishes he could go home

Agreed to try welbutrin and will review tomorow.
 - *Entered by Davendra Sharma on Dec-14-2015 01:23 PM*

**Assessment:**
1)Academic or Educational Problem - V62.3
2)Persistent Depressive Disorder (Dysthymia) - 300.4

Stable though slightly depressed
 - *Entered by Davendra Sharma on Dec-14-2015 01:23 PM*

**Plan:**
Add welbutrin 150 mg as a trial for ADHD screening
 - *Entered by Davendra Sharma on Dec-14-2015 01:23 PM*
Signed by: Davendra Sharma on Dec/14/2015 01:23 PM

*Locked by: Davendra Sharma on Dec/14/2015 01:23 PM*

**Exhibit
P-06**

1 of 1

This document has been signed electronically.

# CAARS–Self-Report: Long Version (CAARS–S:L)

by C. K. Conners, Ph.D., D. Erhardt, Ph.D., & E. P. Sparrow, M.A.

**Client ID:** Oluwamuyiwa Arodiya   **Gender:** M F

**Birthdate:** ▮ / ▮   **Age:** 23   **Today's Date:** 12 / 15 / 16

**Instructions:** Listed below are items concerning behaviors or problems sometimes experienced by adults. Read each item carefully and decide how much or how frequently each item describes you recently. Indicate your response for each item by circling the number that corresponds to your choice. Use the following scale: 0 = Not at all, never; 1 = Just a little, once in a while; 2 = Pretty much, often; and 3 = Very much, very frequently.

| | Not at all, never | Just a little, once in a while | Pretty much, often | Very much, very frequently |
|---|---|---|---|---|
| 1. I like to be doing active things. | ⓪ | 1 | 2 | 3 |
| 2. I lose things necessary for tasks or activities (e.g., to-do lists, pencils, books, or tools). | 0 | 1 | ② | 3 |
| 3. I don't plan ahead. | 0 | ① | 2 | 3 |
| 4. I blurt out things. | 0 | 1 | ② | 3 |
| 5. I am a risk-taker or a daredevil. | 0 | 1 | ② | 3 |
| 6. I get down on myself. | 0 | 1 | 2 | ③ |
| 7. I don't finish things I start. | 0 | 1 | 2 | ③ |
| 8. I am easily frustrated. | 0 | 1 | 2 | ③ |
| 9. I talk too much. | 0 | 1 | ② | 3 |
| 10. I am always on the go, as if driven by a motor. | ⓪ | 1 | ② | 3 |
| 11. I'm disorganized. | ⓪ | 1 | 2 | 3 |
| 12. I say things without thinking. | ⓪ | 1 | 2 | 3 |
| 13. It's hard for me to stay in one place very long. | 0 | 1 | ② | 3 |
| 14. I have trouble doing leisure activities quietly. | 0 | ① | 2 | 3 |
| 15. I'm not sure of myself. | 0 | 1 | 2 | ③ |
| 16. It's hard for me to keep track of several things at once. | 0 | 1 | 2 | ③ |
| 17. I'm always moving even when I should be still. | 0 | 1 | 2 | ③ |
| 18. I forget to remember things. | 0 | 1 | 2 | ③ |
| 19. I have a short fuse/hot temper. | 0 | 1 | 2 | ③ |
| 20. I'm bored easily. | 0 | 1 | ② | 3 |
| 21. I leave my seat when I am not supposed to. | ⓪ | 1 | 2 | 3 |
| 22. I have trouble waiting in line or taking turns with others. | ⓪ | 1 | 2 | 3 |
| 23. I still throw tantrums. | ⓪ | 1 | 2 | 3 |
| 24. I have trouble keeping my attention focused when working. | 0 | 1 | 2 | ③ |
| 25. I suck out fast paced, exciting activities. | 0 | 1 | 2 | ③ |
| 26. I avoid new challenges because I lack faith in my abilities. | ⓪ | 1 | 2 | 3 |
| 27. I feel restless inside even if I am sitting still. | 0 | 1 | 2 | ③ |
| 28. Things I hear or see distract me from what I'm doing. | 0 | 1 | 2 | ③ |
| 29. I am forgetful in my daily activities. | 0 | 1 | ② | 3 |
| 30. Many things set me off easily. | 0 | ① | 2 | 3 |
| 31. I dislike quiet, introspective activities. | 0 | 1 | 2 | ③ |
| 32. I lose things that I need. | ⓪ | ① | 2 | 3 |
| 33. I have trouble listening to what other people are saying. | ⓪ | 1 | ② | 3 |

*Items continued on back page...*

**Exhibit P-07**

MHS

RUSM 000117

# CAARS–Self-Report: Long Version (CAARS–S:L)
### by C. K. Conners, Ph.D., D. Erhardt, Ph.D., & E. P. Sparrow, M.A.

| | Not at all, never | Just a little, once in a while | Pretty much, often | Very much, very frequently |
|---|---|---|---|---|
| 34. I am an underachiever. | 0 | 1 | 2 | 3 |
| 35. I interrupt others when talking. | 0 | 1 | 2 | 3 |
| 36. I change plans/jobs in midstream. | 0 | 1 | 2 | 3 |
| 37. I act okay on the outside, but inside I'm unsure of myself. | 0 | 1 | 2 | 3 |
| 38. I am always on the go. | 0 | 1 | 2 | 3 |
| 39. I make comments/remarks that I wish I could take back. | 0 | 1 | 2 | 3 |
| 40. I can't get things done unless there's an absolute deadline. | 0 | 1 | 2 | 3 |
| 41. I fidget (with my hands or feet) or squirm in my seat. | 0 | 1 | 2 | 3 |
| 42. I make careless mistakes or have trouble paying close attention to detail. | 0 | 1 | 2 | 3 |
| 43. I step on people's toes without meaning to. | 0 | 1 | 2 | 3 |
| 44. I have trouble getting started on a task. | 0 | 1 | 2 | 3 |
| 45. I intrude on others' activities. | 0 | 1 | 2 | 3 |
| 46. It takes a great deal of effort for me to sit still. | 0 | 1 | 2 | 3 |
| 47. My moods are unpredictable. | 0 | 1 | 2 | 3 |
| 48. I don't like homework or job activities where I have to think a lot. | 0 | 1 | 2 | 3 |
| 49. I'm absent-minded in daily activities. | 0 | 1 | 2 | 3 |
| 50. I am restless or overactive. | 0 | 1 | 2 | 3 |
| 51. I depend on others to keep my life in order and attend to the details. | 0 | 1 | 2 | 3 |
| 52. I annoy other people without meaning to. | 0 | 1 | 2 | 3 |
| 53. Sometimes my attention narrows so much that I'm oblivious to everything else; other times it's so broad that everything distracts me. | 0 | 1 | 2 | 3 |
| 54. I tend to squirm or fidget. | 0 | 1 | 2 | 3 |
| 55. I can't keep my mind on something unless it's really interesting. | 0 | 1 | 2 | 3 |
| 56. I wish I had greater confidence in my abilities. | 0 | 1 | 2 | 3 |
| 57. I can't sit still for very long. | 0 | 1 | 2 | 3 |
| 58. I give answers to questions before the questions have been completed. | 0 | 1 | 2 | 3 |
| 59. I like to be up and on the go rather than being in one place. | 0 | 1 | 2 | 3 |
| 60. I have trouble finishing job tasks or schoolwork. | 0 | 1 | 2 | 3 |
| 61. I am irritable. | 0 | 1 | 2 | 3 |
| 62. I interrupt others when they are working or playing. | 0 | 1 | 2 | 3 |
| 63. My past failures make it hard for me to believe in myself. | 0 | 1 | 2 | 3 |
| 64. I am distracted when things are going on around me. | 0 | 1 | 2 | 3 |
| 65. I have problems organizing my tasks and activities. | 0 | 1 | 2 | 3 |
| 66. I misjudge how long it takes to do something or go somewhere. | 0 | 1 | 2 | 3 |

MHS  Copyright © 1999, Multi-Health Systems Inc. All rights reserved. In the U.S.A., P.O. Box 950, North Tonawanda, NY 14120-0950, (800) 456-3003. In Canada, 3770 Victoria Park Ave., Toronto, ON M2H 3M6, (800) 268-6011. International, +1-416-492-2627. Fax, +1-416-492-3343 or (888) 540-4484.

THIS FORM CONTAINS A COPY PROTECTION FEATURE TO PREVENT UNAUTHORIZED REPRODUCTION. TO OBTAIN PERMISSION TO COPY

RUSM 000118

# CAARS–Self-Report: Long Version (CAARS–S:L)
by C. K. Conners, Ph.D., D. Erhardt, Ph.D., & E. P. Sparrow, Ph.D.



Client ID: Oluwamuyiwa Awodiya                    Gender: M F

Birthdate: _____  Age: 23  Today's Date: 12/15/16   Name: _____

**Instructions:** Transfer circled numbers into unshaded boxes across each row, as indicated on either side of the scoring grid. Each circled number will be copied once or twice.

RUSM 000119

MHS



CAARS–Self-Report: Long Version (CAARS–S:L) – Profile For Males

RUSM 000120



# CONNERS CPT3
## Continuous Performance Test 3rd Edition

C. Keith Conners, Ph.D.

# Assessment Report

| | |
|---|---|
| **Name/ID:** | Oluwamuyiw Awodiya / ▮▮▮▮ |
| **Age:** | 23 |
| **Gender:** | Male |
| **Birth Date:** | ▮▮▮▮ |
| **Administration Date:** | December 31, 2015 |
| **Normative Option:** | Gender Specific norms |
| **Input Device:** | Keyboard |
| **Assessor's Name:** | DR Mauricio |
| **Medication/Notes:** | |

This Assessment Report is intended for use by qualified assessors only, and is not to be shown or presented to the respondent or any other unqualified individuals or used as the sole basis for clinical diagnosis or intervention. Administrators are cautioned against drawing unsupported interpretations. To obtain a comprehensive view of the individual, information from this report should be combined with information gathered from other psychometric measures, interviews, observations, and available records. This report is based on an algorithm that produces the most common interpretations of the obtained scores. Additional interpretive information is found in the *Conners CPT 3 Manual* (published by MHS).



Copyright © 2014 Multi-Health Systems Inc. All rights reserved.
P.O. Box 950, North Tonawanda, NY 14120-0950
3770 Victoria Park Ave., Toronto, ON M2H 3M6

**Exhibit P-08**



**≋MHS**

This section provides an overview of Oluwamuyiw's Conners CPT 3 scores.



| Variable Type | Measure | T-score | Guideline | Interpretation |
|---|---|---|---|---|
| Detectability | | 70 | | Pronounced difficulty differentiating targets from non-targets. |
| Error Type | | 66 | | High rate of missed targets. |
| | | 68 | | High rate of incorrect responses to non-targets. |
| | | 90 | | Very high rate of random, repetitive, or anticipatory responses. |
| Reaction Time Statistics | | 42 | | Slightly Fast mean response speed. |
| | | 78 | | Very high inconsistency in reaction times. |
| | | 90 | | Very high variability in reaction time consistency. |
| | HRT Block Change | 19 | Low | Showed a good ability to sustain or increase response speed in later blocks. |
| | HRT ISI Change | 49 | Average | Average change in response speed at longer ISIs. |

Summary: Relative to the normative sample, Oluwamuyiw was less able to differentiate targets from non-targets, made more omission errors, made more commission errors, made more perseverative errors, responded faster, displayed less consistency in response speed and displayed more variability in response speed.

Overall, Oluwamuyiw has a total of 7 atypical T-scores, which is associated with a very high likelihood of having a disorder characterized by attention deficits, such as ADHD. Note that other psychological and/or neurological conditions with symptoms of impaired attention can also lead to atypical scores on the Conners CPT 3.

Oluwamuyiw's profile of scores and response pattern indicates that he may have issues related to:
- Inattentiveness (Strong Indication)  • Impulsivity (Strong Indication)

Copyright © 2014 Multi-Health Systems Inc. All rights reserved.

3

12/31/2015
Conners CPT 3 Report: Oluwamuyiw Awodiya

**RUSM 000122**

**MHS**

This section summarizes Oluwamuyiw's scores on the impulsivity measures and provides information about how he compares to the normative group. Indicators of impulsivity on the Conners CPT 3 include a faster than normal Hit Reaction Time (HRT) in addition to a higher than average rate of Commissions and/or Perseverations.



HRT is the mean response speed of correct responses for the whole administration. Oluwamuyiw's T-score is 42 and falls in the A Little Fast range. This result means that his response speed was faster than the normative group's response speed. A faster than normal HRT is often related to impulsivity. This result, coupled with his elevated score(s) on Commissions and Perserverations (see below), indicates that Oluwamuyiw had trouble responding to the stimuli in a controlled manner.

Commissions are made when responses are given to non-targets. Oluwamuyiw's T-score is 68 and falls in the Elevated range. This result means that he responded to a higher percentage of non-targets when compared to the normative group. Commission errors may be related to impulsivity and/or inattentiveness. The combination of Oluwamuyiw's fast response times (see HRT, above) and high commission errors is an indicator of impulsivity.

Perseverations are random or anticipatory responses. Oluwamuyiw's T-score is 90 and falls in the Very Elevated range. This result means that he made many more perseverative errors when compared to the normative group. Because Oluwamuyiw's response speed (see HRT, above) was A Little Fast, his perseverations are likely caused by impulsivity.

Oluwamuyiw's scores on these measures strongly suggest that he may have problems with impulsivity.

Copyright © 2014 Multi-Health Systems Inc. All rights reserved.

5

RUSM 000123



This section summarizes Oluwamuyiw's scores on the vigilance measures. Vigilance relates to the respondent's performance at varying levels of stimulus frequency (inter-stimulus intervals; ISIs), and is defined by the respondent's ability to maintain performance level even when the task rate is slow. This construct is captured by changes in the respondent's Hit Reaction Times (HRT), as indicated by the variable HRT ISI Change, as well as the observed pattern of Omissions and Commissions at various ISIs.

### Hit Reaction Time by ISI



|  | 1-second ISI | 2-second ISI | 4-second ISI |
|---|---|---|---|
| ■ HRT (ms) | 288 | 406 | 331 |
| ⊥ HRT SD (ms) | 115 | 335 | 69 |

### HRT ISI Change



| T-score | 49 |
|---|---|
| Guideline | Average |

Note. ms = milliseconds; SD = Standard Deviation.

### Omissions by ISI



|  | 1-second ISI | 2-second ISI | 4-second ISI |
|---|---|---|---|
| ○ Omissions (%) | 5 | 8 | 3 |

### Commissions by ISI



|  | 1-second ISI | 2-second ISI | 4-second ISI |
|---|---|---|---|
| ● Commissions (%) | 76 | 67 | 46 |

Note. No statistically significant differences were found in error rates between ISIs.

HRT ISI Change indicates the change in mean response speed at various ISIs. Oluwamuyiw's T-score is 49 and falls in the Average range. This result means that he had an average reduction in response speeds at longer ISIs. There was no statistically significant increase in error rates across all three ISI levels. Oluwamuyiw's profile of scores on these measures does not indicate a problem with maintaining vigilance at varying levels of stimulus frequency.

**Name:** Oluwamuyiwa O Awodiya (M)    **DOB:**      **Student ID:**

**Diagnosis:**

---

**RUSM Counseling Center**
**P.O. Box 266**
**Roseau, DM 11111**
**(767)255-6553**

Oluwamuyiwa O Awodiya (M)             Note Date: 01/11/2016 11:10 AM
[5597]
Pt. Phone:        DOB:      (Age 23)

**Summary of note:** see client in one wk
**Allergies:** No Entry
**Current Medications:** No Entry
**Semester:** Semester 5

**Progress:**
**Followup**

Session content: Client is stable and doing well. He reported that he is on buproprion and doing very well. Client was assessed in the U.S. for ADHD; he provided us with a copy of the results which are scanned in his file. He is scheduled to take the TOVA next week. He was advised to do an EKG and is also scheduled to see the psychiatrist next week.

Clinical assessment: Academic problems; repeating semester 5.

Overall Impression: stable
Appearance: appropriate
Attention and Concentration: good
Interpersonal: cooperative
Mood: normal/stable
Affect: bright
Thought process: normal
Judgment: good

Suicide/self-harm risk: no risk
Insight: good
Reaction to session: active/eager

**Assessment:**
1)Academic or Educational Problem - V62.3

**Plan:**
Counseling 1 Hour (V62.3)
*Referral Orders:* Referral To Medical Clinic (V62.3)

Signed by: McMillan Cuffy on Jan/11/2016 11:10 AM

**Exhibit P-09**

1 of 2

This document has been signed electronically.

# CAARS–Self-Report: Long Version (CAARS–S:L)

by C. K. Conners, Ph.D., D. Erhardt, Ph.D., & E. P. Sparrow, M.A.

**Client ID:** Oluwamuyiwa Anadiya     **Gender:** M  F

**Birthdate:** ____     **Age:** 23     **Today's Date:** 1/11/2016

Instructions: Listed below are items concerning behaviors or problems sometimes experienced by adults. Read each item carefully and decide how much or how frequently each item describes you recently. Indicate your response for each item by circling the number that corresponds to your choice. Use the following scale: 0 = Not at all, never; 1 = Just a little, once in a while; 2 = Pretty much, often; and 3 = Very much, very frequently.

| | Not at all, never | Just a little, once in a while | Pretty much, often | Very much, very frequently |
|---|---|---|---|---|
| 1. I like to be doing active things. | 0 | 1 | 2 | 3 |
| 2. I have trouble necessary for tasks or activities (e.g., to-do lists, pencils, books, or tools). | 0 | 1 | 2 | 3 |
| 3. I don't plan ahead. | 0 | 1 | 2 | 3 |
| 4. I blurt out things. | 0 | 1 | 2 | 3 |
| 5. I am a risk-taker or a daredevil. | 0 | 1 | 2 | 3 |
| 6. I get down on myself. | 0 | 1 | 2 | 3 |
| 7. I don't finish things I start. | 0 | 1 | 2 | 3 |
| 8. I am easily frustrated. | 0 | 1 | 2 | 3 |
| 9. I talk too much. | 0 | 1 | 2 | 3 |
| 10. I am always on the go, as if driven by a motor. | 0 | 1 | 2 | 3 |
| 11. I'm disorganized. | 0 | 1 | 2 | 3 |
| 12. I say things without thinking. | 0 | 1 | 2 | 3 |
| 13. It's hard for me to stay in one place very long. | 0 | 1 | 2 | 3 |
| 14. I have trouble doing leisure activities quietly. | 0 | 1 | 2 | 3 |
| 15. I'm not sure of myself. | 0 | 1 | 2 | 3 |
| 16. It's hard for me to keep track of several things at once. | 0 | 1 | 2 | 3 |
| 17. I'm always moving even when I should be still. | 0 | 1 | 2 | 3 |
| 18. I forget to remember things. | 0 | 1 | 2 | 3 |
| 19. I have a short fuse/hot temper. | 0 | 1 | 2 | 3 |
| 20. I'm bored easily. | 0 | 1 | 2 | 3 |
| 21. I leave my seat when I am not supposed to. | 0 | 1 | 2 | 3 |
| 22. I have trouble waiting in line or taking turns with others. | 0 | 1 | 2 | 3 |
| 23. I still throw tantrums. | 0 | 1 | 2 | 3 |
| 24. I have trouble keeping my attention focused when working. | 0 | 1 | 2 | 3 |
| 25. I seek out fast paced, exciting activities. | 0 | 1 | 2 | 3 |
| 26. I avoid new challenges because I lack faith in my abilities. | 0 | 1 | 2 | 3 |
| 27. I feel restless inside even if I am sitting still. | 0 | 1 | 2 | 3 |
| 28. Things I hear or see distract me from what I'm doing. | 0 | 1 | 2 | 3 |
| 29. I am forgetful in my daily activities. | 0 | 1 | 2 | 3 |
| 30. Many things set me off easily. | 0 | 1 | 2 | 3 |
| 31. I dislike quiet, introspective activities. | 0 | 1 | 2 | 3 |
| 32. I lose things that I need. | 0 | 1 | 2 | 3 |
| 33. I have trouble listening to what other people are saying. | 0 | 1 | 2 | 3 |

*Items continued on back page...*

**Exhibit P-10**

MHS

# CAARS–Self-Report: Long Version (CAARS–S:L)

### by C. K. Conners, Ph.D., D. Erhardt, Ph.D., & E. P. Sparrow, M.A.

| | Not at all, never | Just a little, once in a while | Pretty much, often | Very much, very frequently |
|---|---|---|---|---|
| 34. I am an underachiever. | 0 | 1 | 2 | 3 |
| 35. I interrupt others when talking. | 0 | 1 | 2 | 3 |
| 36. I change plans/jobs in midstream. | 0 | 1 | 2 | 3 |
| 37. I act okay on the outside, but inside I'm unsure of myself. | 0 | 1 | 2 | 3 |
| 38. I am always on the go. | 0 | 1 | 2 | 3 |
| 39. I make comments/remarks that I wish I could take back. | 0 | 1 | 2 | 3 |
| 40. I can't get things done unless there's an absolute deadline. | 0 | 1 | 2 | 3 |
| 41. I fidget (with my hands or feet) or squirm in my seat. | 0 | 1 | 2 | 3 |
| 42. I make careless mistakes or have trouble paying close attention to detail. | 0 | 1 | 2 | 3 |
| 43. I step on people's toes without meaning to. | 0 | 1 | 2 | 3 |
| 44. I have trouble getting started on a task. | 0 | 1 | 2 | 3 |
| 45. I intrude on others' activities. | 0 | 1 | 2 | 3 |
| 46. It takes a great deal of effort for me to sit still. | 0 | 1 | 2 | 3 |
| 47. My moods are unpredictable. | 0 | 1 | 2 | 3 |
| 48. I don't like homework or job activities where I have to think a lot. | 0 | 1 | 2 | 3 |
| 49. I'm absent-minded in daily activities. | 0 | 1 | 2 | 3 |
| 50. I am restless or overactive. | 0 | 1 | 2 | 3 |
| 51. I depend on others to keep my life in order and attend to the details. | 0 | 1 | 2 | 3 |
| 52. I annoy other people without meaning to. | 0 | 1 | 2 | 3 |
| 53. Sometimes my attention narrows so much that I'm oblivious to everything else; other times it's so broad that everything distracts me. | 0 | 1 | 2 | 3 |
| 54. I tend to squirm or fidget. | 0 | 1 | 2 | 3 |
| 55. I can't keep my mind on something unless it's really interesting. | 0 | 1 | 2 | 3 |
| 56. I wish I had greater confidence in my abilities. | 0 | 1 | 2 | 3 |
| 57. I can't sit still for very long. | 0 | 1 | 2 | 3 |
| 58. I give answers to questions before the questions have been completed. | 0 | 1 | 2 | 3 |
| 59. I like to be up and on the go rather than being in one place. | 0 | 1 | 2 | 3 |
| 60. I have trouble finishing job tasks or schoolwork. | 0 | 1 | 2 | 3 |
| 61. I am irritable. | 0 | 1 | 2 | 3 |
| 62. I interrupt others when they are working or playing. | 0 | 1 | 2 | 3 |
| 63. My past failures make it hard for me to believe in myself. | 0 | 1 | 2 | 3 |
| 64. I am distracted when things are going on around me. | 0 | 1 | 2 | 3 |
| 65. I have problems organizing my tasks and activities. | 0 | 1 | 2 | 3 |
| 66. I misjudge how long it takes to do something or go somewhere. | 0 | 1 | 2 | 3 |

MHS   Copyright © 1999, Multi-Health Systems Inc. All rights reserved. In the U.S.A., P.O. Box 950, North Tonawanda, NY 14120-0950, (800) 456-3003. In Canada, 3770 Victoria Park Ave., Toronto, ON M2H 3M6, (800) 268-6011. International, +1-416-492-2627 Fax, +1-416-492-3343 or (888) 540-4484.

THIS FORM CONTAINS A COPY PROTECTION FEATURE. TO PREVENT UNAUTHORIZED REPRODUCTION, TO OBTAIN PERMISSION TO...

RUSM 000114

# CAARS–Self-Report: Long Version (CAARS–S:L)

by C. K. Conners, Ph.D., D. Erhardt, Ph.D., & E. P. Sparrow, Ph.D.



RUSM 000115



RUSM 000116

**Name:** Oluwamuyiwa O Awodiya (M)  **DOB:** ▮▮▮▮  **Student ID:** ▮▮▮▮

**Diagnosis:**

---

**RUSM Counseling Center**
**P.O. Box 266**
**Roseau, DM 11111**
**(767)255-6553**

Oluwamuyiwa O Awodiya (M)                    Note Date: 01/18/2016 11:18 AM
[5597]
Pt. Phone:                    DOB: ▮▮▮▮  (Age 23)

**Summary of note:** Attention Deficit Disorder Without Mention Of Hyperactivity
**Allergies:** No Entry
**Current Medications:** Ambien 5mg Tablet, Wellbutrin XL 300mg Extended-Release Tablet
**Semester:** Semester 5

**Progress:**
**Followup**

Session content: The TOVA was administered. The results are not within normal limits and the overall pattern of performance suggests an attention problem, including ADHD.  The CAARS was also administered.  The results indicated ADHD predominantly Inattentive presentation.

Clinical assessment: ADHD predominantly Inattentive presention without hyperactivity

**Assessment:**
1)Attention Deficit Disorder Without Mention Of Hyperactivity - F90.9, 314.00

**Plan:**
Counseling 1 Hour (F90.9)
**Referral Orders:** Referral To Psychiatry (F90.9)

Signed by: McMillan Cuffy on Jan/18/2016 11:18 AM

*Locked by: McMillan Cuffy on Jan/18/2016 11:18 AM*

**Exhibit**
**P-11**

1 of 1

This document has been signed electronically.

RUSM 000149

**Name:** Oluwamuyiwa O Awodiya (M) **DOB:** ▮▮▮▮ **Student ID:** ▮▮▮▮

**Diagnosis:** Attention Deficit Disorder Without Mention Of Hyperactivity

## Referral Form

Patient Name                     Awodiya, Oluwamuyiwa O

Referral to                      psychiatrist
Diagnosis                        ADHD predominantly inattentive presention without mention of
                                 hyperactivity.
Reason for referral              Medication management
CAPS Reason for referral         assistance with treatment planning - see comments below for specific
                                 issues
Referring provider

Additional information

Signed by: McMillan Cuffy on Jan-18-2016 at 03:05 PM
*Locked by: McMillan Cuffy on Jan-18-2016 at 03:05 PM*

**Exhibit P-12**

1 of 1

## Sooner Treatment

### Awodiya, Oluwamuyiwa

Mon 1/18/2016 8:22 PM

Sent Items

To:Sharma, Davendra <DSharma@RossU.edu>;

Hello Dr. Shama,

I have done all the test that you and Mr. Cuffy suggested that I do. Mr. Cuffy thinks that I should start treatment for the ADHD.

My appointment with you isn't until next week Thursday, and that is getting relatively close to my mini. I already have my reservations about the treatment but I am willing to give it a try.

The only thing that I wish we could change is if we could try the medication sooner instead of waiting until late next week because I don't know how this treatment will affect me and I think it would be better for me to try it this week giving me ample time adjust and evaluate the effects before my 1st mini.

So if it is possible to start the trial this week, that would be greatly appreciated. But if you cannot fit me in this week than I will just wait for my appointment on January 28th that Ms. Kelly had already scheduled for me.

Thank you and enjoy the rest of week.

Best regards,
Oluwamuyiwa Awodiya



**Exhibit P-13**

**Name:** Oluwamuyiwa O Awodiya (M)   **DOB:** ▮▮▮▮▮   **Student ID:** ▮▮▮▮

**Diagnosis:**

---

**RUSM Counseling Center**
**P.O. Box 266**
**Roseau, DM 11111**
**(767)255-6553**

Oluwamuyiwa O Awodiya (M)                    Note Date: 02/12/2016 02:45 PM
[5597]
Pt. Phone:              **DOB:** ▮▮▮▮▮ (Age 23)

**Summary of note:** Attention Deficit Disorder Without Mention Of Hyperactivity
**Allergies:** No Entry
**Current Medications:** Ambien 5mg Tablet, Wellbutrin XL 300mg Extended-Release Tablet, Diclofenac Sodium 75mg Delayed-Release Tablet, Losartan Potassium 25mg Tablet
**Semester:** Semester 5

**Progress:**
Did not feel right for the last mini

Mood was not good. Tuesday am.

and the week before on Thursday.

Results was good.

Doubled his score. Had a high 70 and passed all of the disciplines.

Was feeling anxious.

Joined basketball team.

Will play in the intramural basket ball

Also does yoga for an hour.

Feels better now.

Has a new gf who is at All Saints. Semester 2nd year.

She is coming over to visit him.
 - *Entered by Davendra Sharma on Feb-12-2016 02:45 PM*

**Assessment:**
1)Attention Deficit Disorder Without Mention Of Hyperactivity - F90.9, 314.00

Doing well
 - *Entered by Davendra Sharma on Feb-12-2016 02:45 PM*

**Plan:**
*RX:* Ritalin 10mg Tablet (F90.9) Take 1 Tablet  As Directed Qty 90. No Refills.

ritalin 15 mg tid

**Exhibit P-14**

This document has been signed electronically.

1 of 2

RUSM 000130

**Name:**   Oluwamuyiwa O   **DOB:**   ▮▮▮▮▮▮   **Student ID:** ▮▮▮▮▮▮
Awodiya (M)

**Diagnosis:**

---

welbutrin 150 mg
 *- Entered by Davendra Sharma on Feb-12-2016 02:45 PM*
Signed by: Davendra Sharma on Feb/12/2016 02:45 PM

*Locked by: Davendra Sharma on Feb/12/2016 02:45 PM*

This document has been signed electronically.

RUSM 000131

**Name:** Oluwamuyiwa O Awodiya (M)    **DOB:** ▇▇▇▇    **Student ID:** ▇▇▇▇

**Diagnosis:**

---

**RUSM Counseling Center**
**P.O. Box 266**
**Roseau, DM 11111**
**(767)255-6553**

Oluwamuyiwa O Awodiya (M)                    Note Date: 02/17/2016 11:24 AM
[5597]
Pt. Phone:                    DOB: ▇▇▇▇ (Age 23)

**Summary of note:** Anxiety State, Unspecified, Relationship Distress With Spouse or Intimate Partner
**Allergies:** No Entry
**Current Medications:** Ritalin 10mg Tablet, Ambien 5mg Tablet, Wellbutrin XL 300mg Extended-Release Tablet
**Semester:** Semester 5

**Progress:**
**Followup**

Session content: Client came in half an hour late for his appointment.  He however settled for a half hour session. He reported that he did well on his mini 1 exam even though his anxiety spiked the morning of the exam.  He got 75%. He reported that his anxiety on that day (02/09/2016) was because of this same girl he was seeing last semester who promised to check up on him before the exam but did not call. He admitted that he was disappointed.

Clinical assessment: Anxiety

**Assessment:**
1)Anxiety State, Unspecified - F41.9, 300.00
2)Relationship Distress With Spouse or Intimate Partner - V61.10

**Plan:**
Counseling 1 Hour (F41.9)

Signed by: McMillan Cuffy on Feb/17/2016 11:24 AM

*Locked by: McMillan Cuffy on Feb/17/2016 11:24 AM*

**Exhibit P-15**

1 of 1

This document has been signed electronically.

**Name:**  Oluwamuyiwa O   **DOB:**       **Student ID:**
Awodiya (M)

**Diagnosis:**

---

**RUSM Counseling Center**
**P.O. Box 266**
**Roseau, DM 11111**
**(767)255-6553**

Oluwamuyiwa O Awodiya (M)                    Note Date: 03/11/2016 09:05 AM
[5597]
Pt. Phone:                  DOB:        (Age 23)

**Summary of note:** Anxiety State, Unspecified, Relationship Distress With Spouse or Intimate Partner
**Allergies:** No Entry
**Current Medications:** Ritalin 10mg Tablet, Ambien 5mg Tablet, Wellbutrin XL 300mg Extended-Release
Tablet, Diclofenac Sodium 75mg Delayed-Release Tablet, Losartan Potassium 25mg Tablet
**Semester:** Semester 5

**Progress:**
Despit running out of time passed his exams

Stopped his relationship with his facebook friend

Still talking to the All Saints girl

She visits his apratment

Seems to like him.Feels it has no future.

Mother is fine and is supportive

MSE

Mood is fine

*- Entered by Davendra Sharma on Mar-11-2016 09:05 AM*

**Assessment:**
1)Anxiety State, Unspecified - F41.9, 300.00
2)Relationship Distress With Spouse or Intimate Partner - V61.10

Stable
*- Entered by Davendra Sharma on Mar-11-2016 09:05 AM*

**Plan:**
*RX:* Ritalin 10mg Tablet (F41.9) Take 1 Tablet  As Directed Qty 90. No Refills.
Ritalin 5mg Tablet (F41.9) Take 1 Tablet  As Directed Qty 90. No Refills.

He has welbutrin 300 mg

For ritalin 15 mg tid
*- Entered by Davendra Sharma on Mar-11-2016 09:05 AM*

**Exhibit**
**P-16**

1 of 2

This document has been signed electronically.

**Name:** Oluwamuyiwa O Awodiya (M)  **DOB:**  **Student ID:**

**Diagnosis:**

---

**RUSM Counseling Center**
P.O. Box 266
Roseau, DM 11111
(767)255-6553

Oluwamuyiwa O Awodiya (M)  Note Date: 03/11/2016 02:27 PM
[5597]
Pt. Phone:  DOB:  (Age 23)

**Summary of note:** Academic or Educational Problem, Other Problem Related to Psychosocial Circumstances
**Allergies:** No Entry
**Current Medications:** Ritalin 5mg Tablet, Ritalin 10mg Tablet, Ambien 5mg Tablet, Wellbutrin XL 300mg Extended-Release Tablet
**Semester:** Semester 5

**Progress:**
**Followup**

Session content: Client reported that although he passed, he did not do as well on mini 2. He said that towards the end of the exam he lost his momentum and just circle questions without really thinking of the answers. He further reported that he blocked off his Ex on FB but was hoping that she would reach out and inquire why he took her off his list of friends her but she did not. He further admitted that he has had the urge to go back and befriend her but did not because it would be too awkward and was not prepared to have this conversation why he blocked her off his fb. He admitted during the session that having female friends as part of his social network/support system is very important to him and makes him functional and the opposite is true for him; that when he does not have female friends he does not perform at his best. He requested two more sessions before the semester ends.

Clinical assessment: Academic difficulty

**Assessment:**
1)Academic or Educational Problem - V62.3
2)Other Problem Related to Psychosocial Circumstances - V62.89

**Plan:**
Counseling 1 Hour (V62.3)

Signed by: McMillan Cuffy on Mar/11/2016 02:27 PM

*Locked by: McMillan Cuffy on Mar/11/2016 02:27 PM*

**Exhibit P-17**

1 of 1

This document has been signed electronically.

**Name:** Oluwamuyiwa O Awodiya (M)   **DOB:** ▮▮▮▮▮   **Student ID:** ▮▮▮▮▮

**Diagnosis:**

---

**RUSM Counseling Center**
**P.O. Box 266**
**Roseau, DM 11111**
**(767)255-6553**

Oluwamuyiwa O Awodiya (M)                    Note Date: 04/05/2016 02:14 PM
[5597]
Pt. Phone:                    DOB: ▮▮▮▮▮ (Age 23)

**Summary of note:** Relationship Distress With Spouse or Intimate Partner
**Allergies:** No Entry
**Current Medications:** Ritalin 5mg Tablet, Ritalin 10mg Tablet, Ambien 5mg Tablet, Wellbutrin XL 300mg Extended-Release Tablet, Diclofenac Sodium 75mg Delayed-Release Tablet, Losartan Potassium 25mg Tablet
**Semester:** Semester 5

**Progress:**
Has done well

Mood is great

Ex is on island and he feels hate. No harmful thoughts

Academics going very well

Will review one more time before he leaves island

Mum is doing ok
*- Entered by Davendra Sharma on Apr-05-2016 02:14 PM*

**Assessment:**
1)Relationship Distress With Spouse or Intimate Partner - V61.10

**Plan:**
*RX:* Ritalin 10mg Tablet (V61.10) Take 1 Tablet  As Directed Qty 90. No Refills.
Ritalin 5mg Tablet (V61.10) Take 1 Tablet  As Directed Qty 90. No Refills.
Ambien 5mg Tablet (V61.10) Take 1 Tablet  As Directed Qty 30. No Refills.

Continue with his tmt

He has enough welbutrin until his next  visit before he leaves for home.
*- Entered by Davendra Sharma on Apr-05-2016 02:14 PM*
Signed by: Davendra Sharma on Apr/05/2016 02:14 PM

*Locked by: Davendra Sharma on Apr/05/2016 02:14 PM*

**Exhibit**
**P-18**

1 of 1

This document has been signed electronically.

RUSM 000129

**Name:** Oluwamuyiwa O    **DOB:**      **Student ID:**
Awodiya (M)

**Diagnosis:**

---

**RUSM Counseling Center**
**P.O. Box 266**
**Roseau, DM 11111**
**(767)255-6553**

Oluwamuyiwa O Awodiya (M)      Note Date: 04/19/2016 03:27 PM
[5597]
Pt. Phone:      DOB:    (Age 23)

**Summary of note:** Relationship Distress With Spouse or Intimate Partner
**Allergies:** No Entry
**Current Medications:** Ambien 5mg Tablet, Ritalin 5mg Tablet, Ritalin 10mg Tablet, Wellbutrin XL
300mg Extended-Release Tablet, Diclofenac Sodium 75mg Delayed-Release Tablet, Losartan Potassium
25mg Tablet
**Semester:** Semester 5

**Progress:**
Finished

Preparing for the Com

Made good progress

needs to take his medications

Will be followed up by his PCP in Maryland
 *- Entered by Davendra Sharma on Apr-19-2016 03:27 PM*

**Assessment:**
1)Relationship Distress With Spouse or Intimate Partner - V61.10

Has done well
 *- Entered by Davendra Sharma on Apr-19-2016 03:27 PM*

**Plan:**
Ritalin 15 mg tid

Discharge from tmt.
 *- Entered by Davendra Sharma on Apr-19-2016 03:27 PM*
Signed by: Davendra Sharma on Apr/19/2016 03:27 PM

*Locked by: Davendra Sharma on Apr/19/2016 03:27 PM*

**Exhibit**
**P-19**

1 of 1

This document has been signed electronically.



**ROSS UNIVERSITY**
SCHOOL OF MEDICINE

# Academic Dismissal Appeal

Students dismissed for failing to meet the standards of academic progress may appeal the dismissal by submitting this form and supporting documents to PromotionAppeals@RossU.edu and the Office of the Registrar (Registrar@RossU.edu ) within 15 calendar days of the date on the dismissal notification letter. Appeals are considered only when it is clearly established in a concise written statement by the appealing party. Please refer to the RUSM Student Handbook for additional information regarding the appeals process.

## SECTION A: STUDENT INFORMATION

Name: Oluwamuyiwa Awodiya _____ Student ID#: ▇▇▇▇▇

Email Address: oluwamuyiwaawodiya _____ @rossu.edu Phone Number: 2406021836 _____

## SECTION B: LEVEL OF APPEAL

To whom are you directing your appeal?

✓ Student Promotions Committee          ✓ Dean (after Promotions Committee appeal)

## SECTION C: REASON FOR APPEAL

Check the reason (s) you were dismissed;

___ Failure of any course or semester after two attempts;
___ Failure of a remedial course;
___ Failure to achieve a cumulative GPA of 2.00 or above;
✓ Failure to pass the NBME CBSE in three or more attempts;
___ Failure to pass the USMLE Step 1 or Step 2 CK or CS in six (6) attempts;
___ Failure to pass any SCE in four (4) attempts;
___ Failure of two clinical clerkships (including IMF);
___ Failure of a clinical clerkship where a grade of R was awarded for the same clerkship;
___ Failure to abide by RUSM policies;
___ Student demonstrates the inability to meet the RUSM's technical standards;
___ Failure to meet the conditions of reinstatement on appeal; or
___ Failure to complete all required degree requirements within seven (7) years of matriculation or as otherwise noted on reacceptance or reinstatement.

SECTION D: WRITTEN STATEMENT clearly and concisely explain the circumstances that led to your dismissal below. Please explain how you have adequately identified and resolved the issues that resulted in poor academic performance or breach of professional standards. Provide an overview of how your circumstances have changes or will be different so that you can continue to make satisfactory academic progress and/or professional progress toward completing your academic program if you are permitted to continue your coursework and/or clinical training. Supplemental documentation may be added but is rarely necessary. Please note any documentation submitted after the appeal deadline will not be accepted.

*Appeal statements should not exceed 300 words.

Hello promotion committee. I had a version that could not meet the 300 word limit so this version that I am officially submitting is the condensed version. I sincerely hope it will suffice.

In the big picture of things, my COMP score was increasing to where I failed by 1 point. This was in June 2016.

# Exhibit P-20

In August 2016, I began a prescribed medication called Claravis (isotretinoin) also known as Accutane. Some greatly stressed side effects of this medication, especially to people susceptible to behavioral health issues, are "depressed mood, trouble concentrating, sleep problems, crying spells, aggression or agitation, changes in behavior, hallucinations, thoughts of suicide or hurting yourself."

Over the next 6 months I experienced a significant decline in my mental performance and very erratic emotional and behavior changes because of the medication side effects in combination with my susceptibility to anxiety and depression.

In March 2017 (3 weeks before my COMP exam) I was diagnosed with "adjustment disorder with mixed anxiety and depressed mood." Basically, a lot of focus shifted to getting myself back to baseline.

A couple weeks later (1 week before COMP) I was instructed to immediately stop taking isotretinoin.

In April 2017 I was diagnosed with Obsessive Compulsive Disorder and trichotillomania (I pull my eyelashes out to decrease my anxiety).

In mid-April 2017 I began cognitive behavioral therapy (CBT). After about 3 CBT sessions, my UWorld scores went from an average of 58.6% (10 exams ~400 questions) to 73.4% (10 exams ~400 questions) and every day I am improving. In summary, I will likely pass any future exam, specifically COMP with a full-on attack of my OCD, anxiety, and depression with the continuing cognitive behavioral therapy as well as with the cessation and withdrawal of isotretinoin and its side effects.

**FOR OFFICE USE ONLY**

Appeal Decision:     ☐   Granted

                     ☐   Denied

_____Date:_____

Senior Associate Dean of Academic and Student Affairs Signature

RUSM 000052

## Oluwamuyiw O Awodiya
Summary of Care, generated on Apr. 20, 2017

### Patient Demographics - Male, born ▮▮▮▮

| Patient Address | Communication | Language | Race / Ethnicity |
|---|---|---|---|
| 15005 DAHLIA DRIVE<br>BOWIE, MD 20721 | 240-602-1836 (Home)<br>240-602-1836 (Work)<br>240-602-1836 (Mobile)<br>drmuyiwa.a@gmail.com<br>muyiwafly@gmail.com | English - Spoken (Preferred)<br>English - Written (Preferred) | Black or African American / Not Hispanic or Latino |

### Note from Kaiser Permanente Mid-Atlantic
This document contains information that was shared with Oluwamuyiw O Awodiya. It may not contain the entire record from Kaiser Permanente Mid-Atlantic.

### Encounter Details

| Date | Type | Department | Care Team |
|---|---|---|---|
| 04/18/2017 | Office Visit | PSYCHOTHE-ADLT LARGO<br>1221 MERCANTILE LN<br>LARGO, MD 20774<br>301-618-5500 | Unterman, Denise H (L.C.S.W.), L.C.S.W.<br>1221 MERCANTILE LN<br>LARGO, MD 20774<br>301-618-5500 |

### Allergies - as of this encounter
No Known Allergies

### Medications - as of this encounter

| Prescription | Sig. | Disp. | Start Date | End Date | Status |
|---|---|---|---|---|---|
| Mometasone 0.1 % Top Oint | Apply to itchy areas twice a day | 120 | 12/30/2014 | | Active |
| Losartan 25 mg Oral Tab | Take 1 tablet by mouth daily | 90 | 07/29/2016 | 07/29/2017 | Active |
| ISOtretinoin (CLARAVIS) 30 mg Oral Cap | Take 1 capsule by mouth 2 times a day for 30 days | 60 | 08/01/2016 | 08/01/2017 | Active |
| ISOtretinoin (MYORISAN) 40 mg Oral Cap | Take 1 capsule by mouth 2 times a day for 30 days | 60 | 08/12/2016 | 08/12/2017 | Active |
| buPROPion 300 mg Oral 24hr SR Tab | Take 1 tablet by mouth daily | 90 | 08/25/2016 | 08/25/2017 | Active |
| DEXTROAMPHETAMINE-AMPHETAMINE 15 mg Oral Tab | Take 1 tablet by mouth 2 times a day | 60 | 04/18/2017 | 05/28/2017 | Active |

### Active Problems - as of this encounter

| Problem | Noted Date |
|---|---|
| ADHD | 03/07/2016 |
| ADJUSTMENT DISORDER W MIXED ANXIETY AND DEPRESSED MOOD | 03/07/2017 |

### Immunizations - as of this encounter

| Name | Dates Previously Given | Next Due |
|---|---|---|
| INFs pres free 3yrs-adult (FLUARIX Quadrivalent) (Influenza, split virus) | 09/03/2015 | |

### Social History - as of this encounter
Information not available to this user

### Last Filed Vital Signs - in this encounter
Not on file

**Exhibit P-21**

RUSM 000054

Patient Health Summary of Oluwamuyiw Awodiya (page 2 of 3)

## Instructions - in this encounter

Patient Instructions - Unterman, Denise H (L.C.S.W.), L.C.S.W. - 04/18/2017 3:45 PM EDT
Formatting of this note may be different from the original.
Thank you for choosing Kaiser-Permanente for your health care!

If you are not able to keep an appointment, please try to cancel within 24 hours or as soon as you know by calling the Behavioral Health Access unit at 1-866-530-8778.

If you need to contact your Largo IOP Psychotherapist, she is Denise Unterman, LCSW-C (301) 386-6807

Accessing Assistance: For urgent behavioral health assistance call 1-866-530-8778 (available 24/7).

Crisis/Suicide Prevention: In a life threatening emergency, such as having uncontrollable thoughts about killing yourself and you are unsure of your safety, please call 911 or go to the nearest emergency room, or ask a friend or family member to help you do these things. Call the toll-free, 24-hour hotline of the National Suicide Prevention Lifeline at 1-800-273-8255 or TTY: 1-800-799-4889 to talk to a trained counselor. If you are in a crisis, make sure that you are not left alone. If you are having suicidal thoughts and you are unsure of the significance or if you can control them, please call Kaiser Permanente Urgent Care phone line at 1-800-677-1112.

Choose a Healthful Lifestyle:
· Try to engage in some type of physical activity for at least 30 minutes a day on
most days of the week to release tension/stress and boost your mood. Walking,
dancing, organized sports, and gardening are
just a few ways to stay active.
· Eat a nutritious diet that includes plenty of fruits,
vegetables, and whole grains. Limit sugar and fats.
· Limit caffeine, which may disturb regular sleep patterns.
· Limit or avoid alcohol; it is a depressant, causes sleep disruption and interacts with medications (over the counter and prescription)
· Sleep: try for 8 hours a day. Limit looking at omputer/cell phone/TV screens for 1 hour before bed, keep your sleep space quiet, cool and dark, use your bed for sleep and sex only, start winding down for sleep an hour before you want to be asleep, so your body and mind get prepared. Try to make and keep a regular bed time and pre-sleep routine.
· Regularly use relaxation skills such as
meditation and guided imagery to manage stress. You can download recordings of relaxation exercises and meditations for free at www.kp.org/mindbody

Use Healthy Coping Techniques when you are feeling upset:
· Write or journal about what you're thinking and feeling or your day.
· Read
· Positive self talk
· Challenge the negative thoughts you are having
· Play or listen to music
· Get out into nature (a park, a beach)
· Do some physical activity
· Find a quiet and calming place and spend some time there
· Relaxation/Soothing activities (take a warm bath, play with a pet, meditate or do a relaxation exercise, get a massage, etc)
· Do deep breathing exercises. There are a lot of breathing and relaxation exercise recordings and videos available on iTunes, YouTube, etc.
· Spend time with/talk to a supportive person
· Distract yourself from what you are thinking or how you are feeling (go shopping, clean your home or car, watch TV, go to a movie, play a video game)

ALL OF YOUR FUTURE Kasier Permanente APPOINTMENTS:
Future Appointments
Date Time Provider Department Center
6/2/2017 3:00 PM Unterman, Denise H (L.C.S.W.), L.C.S.W. PST LA LARGO

## Plan of Treatment - as of this encounter

| Health Maintenance | Due Date | Last Done | Comments |
|---|---|---|---|
| FLU VACCINE (#1) | 09/01/2016 | 09/03/2015 | |

## Results - in this encounter

Not on file

## Visit Diagnoses - in this encounter

| Diagnosis |
|---|
| TRICHOTILLOMANIA - Primary |
| OBSESSIVE COMPULSIVE DISORDER |

**Ross University**
**School of Medicine**

Office of the Registrar
2300 SW. 145ᵗʰ Ave., Suite 200
Miramar, FL. 33027
Phone 754-208-4591
Fax 732-509-4820
Registrar@RossU.edu



**ROSS UNIVERSITY**
SCHOOL OF MEDICINE

June 1, 2017

Oluwamuyiwa Awodiya
15005 Dahlia Drive
Bowie, MD 201721

Dear Oluwamuyiwa:

The Ross University School of Medicine Student Promotions Committee – Foundations of Medicine Sub-committee has reviewed your letter of appeal and academic history. After careful consideration, I regret to inform you the academic dismissal on April 13, 2017, is upheld.

If additional information has become available or if you believe university procedure wasn't followed, you may appeal this decision by submitting an appeal to the Dean. Appeal letters must state the reason for the appeal and be emailed to Dean Owen at PromotionAppeals@RossU.edu within 15 calendar days of the date on this notification letter, June 16, 2017. The Dean or his designee will make a final decision on each appeal within 15 calendar days of the Dean's receipt of the written appeal. Please refer to the RUSM Student Handbook for additional information regarding the appeals process.

Please be advised that if you are a recipient of federal student loans, RUSM must inform your lender(s) that you have not attended RUSM since the last day you attended classes. The impact of your status on your federal student loans will depend on your specific situation, applicable regulations and the terms and conditions of your loan(s). Please visit www.studentloans.gov to complete your exit interview as required by federal regulations.

Should you have questions or need additional assistance, please contact the Office of the Registrar at Registrar@RossU.edu.

Sincerely,

Niels Larsen, PhD
Professor, Department of Physiology and Biochemistry
Chair, Student Promotions Committee-Foundations of Medicine Sub-committee

cc:    Academic & Student Affairs
       Academic & Student Operations
       Student Finance
       Registrar

**Exhibit**
**P-22**

RUSM 000070

---------------- Original Message ----------------

From: [denise.h.unterman@kp.org]

Sent: 6/12/2017 1:47 PM

To: promotionappeals@rossu.edu

Subject: Oluwanuyiw Awodiya, Student I.D <span style="background:black">████</span>

William F. Owen, M.D.

Dean, Ross University Medical School

Dear Dean Owen:

We are writing on behalf of Oluwanuyiw Awodiya, a student in your program.

We have been treating Mr. Awodiya for the past several months for ADHD

and Obsessive Compulsive Disorder.  He has had symptoms of the latter for

the past 4-6 years but did not understand the nature of the diagnosis

until recently.  We believe that the anxiety and checking rituals inherent

to this condition have been adversely affecting his academic performance

in medical school.  Mr. Awodiya is currently in CBT therapy and is

acquiring strategies for managing his symptoms.  He is considering

psychotropic medication, as well.  He is very engaged in and committed to

treatment, dedicated to the pursuit of a career in medicine, and we hope

that his high level of motivation will be considered in the appeal

process.

Sincerely,

Denise H. Unterman, LCSW-C

Adult Psychotherapist

Earl John Mauricio, M.D.

Adult Psychiatrist

**Exhibit
P-23**

RUSM 000059

# Question Received: SubjectAppeal Dismissal Case #02149780

### Student Services <studentservices@rossu.edu>

Tue 6/13/2017 9:57 AM

To: Awodiya, Oluwamuyiwa <OluwamuyiwaAwodiya@students.rossu.edu>;

Thank you for your inquiry.

Your question for Case #02149780 has been received.

Case Details:
    Status: New
    Subject: Appeal Dismissal
    Department: Registrar
    Department Email: PromotionAppeals@rossu.edu
    Category 1: Promotion Appeals
    Category 2: General
    Date Created: 6/13/2017
    Last Updated: 6/13/2017

-----------------------------------------------------------------

Dear Dean Owen,

This email contains my appeal letter. As well as 4 screenshots of my NBMEs that I mentioned in the letter.

My psychotherapist and psychiatrist stated that they have sent a separate letter to you as well.

Sincerely,

Oluwamuyiwa Awodiya

-----------------------------------------------------------------

If you have any additional questions pertaining to this case you may either reply to this email or login to myRoss and navigate to askRoss.

ref:_00D80cFjT._5008011Pi7n:ref

**Exhibit P-24**

Dear Dr. Owen,

Thank you and bless you for taking the time from your busy day to read my appeal letter. I am Oluwamuyiwa Awodiya and the purpose of this letter is to seek one more chance to take the NBME comp exam.

This year I was diagnosed with OCD. This finding for me was like a miracle. Not because I'm glad to have it, but because it explains so many parts of my life, financially, socially, and academically. There is something satisfying about knowing that I can take steps towards improving my quality of life, instead of feeling hopeless. Although OCD affects numerous aspects of my life, my objective is to keep this letter relevant to how OCD has influenced my academic performance.

I want to start by answering some questions that you may have, before I dive into my experience with my recent diagnoses. Why has the OCD started to affect me now? This has most certainly been something I have been dealing with since before I even knew what OCD really was, realistically for the last 6 years. Why have I waited so long to get help? Well if you look at my name, it may be obvious that I come from a very cultured family. Although I was born in America, my family is very Nigerian. Getting help for any emotional or behavioral imbalances would not look good for me and would likely be an embarrassment to my family. Honestly, I had rather try and deal with my "weird" feelings by myself than to risk people seeing me as crazy.

My biggest challenge with OCD is the extreme anxiety and urges that overwhelm me. I wish my anxiety was as easy as just washing my hands a million times but it's not that simple. Honestly, I don't fully understand everything about my OCD yet, but sometimes there isn't a solution to sooth my anxiety. Therefore, when I can't identify why I feel the way I do, I get hopelessly overwhelmed. Sometimes the solution is not even logical, like pulling out my eyelashes. I really do not like to explain my OCD, simply because it is one of the hardest things to convey; and even harder for many people to understand.

I'm the student who never finished an exam on time. I was compelled to back track my answers just to make sure they didn't disappear 5 seconds after I went to the next question. I had rather pick a wrong answer because of the fear that it may actually be the right answer. These are just some of the ways that OCD has influenced my academic performance.

Ever since I was diagnosed almost 2 months ago, I have been working extremely hard to improve myself now that I know what this is, what this was, and what I'm up against. I cannot tell you that I can fix this overnight, but I can tell you that progress can be made.

I have not and will not be fighting this challenge by myself. I am getting enormous help from my psychotherapist Denise H Unterman, (L.C.S.W.) and psychiatrist Earl J Mauricio, MD. I have already started CBT and will continue to do so **indefinitely**. They will also send a letter directly to you on my behalf.

**Exhibit**

**P-25**

The progress so far has been noticeable. I took my last COMP exam on March 30th, 2017 and my score was a 60. The day before my COMP, March 29th, 2017, I took a paid NBME online (form 13) and scored a 58% (84 incorrect answers). Knowing the high validity of these exams, I knew the exam indicated that I would fail COMP again. A month after my diagnose and getting help with my OCD I took another paid NBME online (form 15) and improved quite a bit. On April 25th, 2017, I scored a 67.5% (65 incorrect answers). I did not include this into my last appeal because I did not know how the promotion committee would feel about a borderline passing score, even if I significantly improved. Four days ago, June 8th, 2017, I took another paid NBME online (form 17) and scored a 72% (56 incorrect answers). These exams were taken under standard (timed) pace. I hope that these monthly increases in my score can adequately display that I can beat my OCD and continue to improve. I just need one more chance to take COMP to prove that I can do it.

Along with this letter, I will include the screenshots of each of my NBME exams mentioned above. I recorded myself taking NBME form 15 but the video was about 5 hours long so it cannot be emailed. But it is available if needed. The letter from my psychotherapist and psychiatrist will come directly from them.

I promise Dean Owen, that I will not let you down if I am granted one more chance to take COMP. I will continue my therapy for the rest of my medical career; and I promise that I will not let my OCD handicap me now or in the future ever again.


Sincerely, thank you and God bless you,

Oluwamuyiwa Awodiya



**ROSS UNIVERSITY**
SCHOOL OF MEDICINE

**William F. Owen, Jr. MD, FACP**
*Dean and Chancellor*
2300 SW 145th Avenue, Suite 200, Miramar, FL 33027
(t) 754-208-4743
(f) 754-208-4744
WOwen@RossU.edu

June 29, 2017

Oluwamuyiwa Awodiya
15005 Dahlia Drive
Bowie, MD 201721

Dear Oluwamuyiwa:

I have carefully reviewed your academic record, your appeal of the Student Promotions Committee's recommendation for dismissal, and your pre-matriculation credentials. I concur with the Promotion Committee's decision to dismiss you from Ross University School of Medicine effective April 13, 2017.

I hope you do not let this detour keep you from achieving your goal of helping people in need.

Sincerely,

William F. Owen

William F. Owen, Jr., MD, FACP
Dean and Chancellor

Cc:   Sandra Herrin, University Registrar
      Gary Belotzerkovsky, Associate Dean, Academic & Student Operations
      Jennifer Dennis, Senior Director of Student Finance
      Danielle McDonald, Assistant Director of Clinical Student Conduct and Development
      Dr. Vijay Rajput, Associate Dean, Academic & Student Affairs

**Exhibit
P-26**

RUSM 000069

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## CASE NO: 0:18-CV-60482-KMM

OLUWAMUYIWA AWODIYA,

      Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE,

      Defendant.

### RESPONSE TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION

Defendant ROSS UNIVERSITY SCHOOL OF MEDICINE, by and through its attorneys

Seyfarth Shaw LLP, hereby submits its Response To Plaintiff's First Set of Requests for

Admission.

### REQUEST FOR ADMISSION NO. 1:

Admit that the formal legal name of the organization that operates RUSM is Ross
University School of Medicine, School of Veterinary Medicine (St. Kitts) Limited.

### RESPONSE TO NO. 1:

Denied. The entity that operates Ross University School of Medicine (RUSM) is Ross

University School of Medicine, School of Veterinary Medicine Limited, a Dominican entity

different from Ross University School of Medicine, School of Veterinary Medicine (St. Kitts)

Limited, which is a Kittitian entity that operates Ross University School of Veterinary Medicine.

### REQUEST FOR ADMISSION NO. 2:

Admit that RUSM receives United States federal financial assistance through federal
student aid.


**Exhibit P-27**

**RESPONSE TO NO. 2:**

Defendant admits that some students who attend Ross University School of Medicine receive student loans from the United States of America and that Ross University School of Medicine participates in the William D. Ford Federal Direct Loan Program. To the extent that Request No. 2 requests an admission of anything else, it is objectionable because it is ambiguous, and Defendant is therefore unable to admit or deny the assertion.

**REQUEST FOR ADMISSION NO. 3:**

Admit that RUSM is approved to participate in the William D. Ford Federal Direct Loan (Direct Loan) Program.

**RESPONSE TO NO. 3:**

Admitted.

**REQUEST FOR ADMISSION NO. 4:**

Admit that RUSM received Plaintiff's CONNERS CPT3 ADHD assessment results. (See attached Exhibit 5).

**RESPONSE TO NO. 4:**

Defendant admits that the RUSM Counseling Center received a copy of Plaintiff's Conners CPT3 Assessment Report, which is reflected among the documents in Plaintiff's First Set of Requests for Admission, Exhibit 5. To the extent that Request No. 4 requests an admission of anything else, it is objectionable because it is ambiguous, and Defendant is therefore unable to admit or deny the assertion.

**REQUEST FOR ADMISSION NO. 5:**

Admit that RUSM administered the TOVA to Plaintiff. (See attached Exhibit 5).

**RESPONSE TO NO. 5:**

Defendant admits that the RUSM Counseling Center administered the TOVA to Plaintiff, as reflected in the documentation in Plaintiff's First Set of Requests for Admission, Exhibit 5. To

the extent that Request No. 5 requests an admission of anything else, it is objectionable because

it is ambiguous, and Defendant is therefore unable to admit or deny the assertion.

**REQUEST FOR ADMISSION NO. 6:**

Admit that RUSM administered the CAARS to Plaintiff. (See attached Exhibit 5).

**RESPONSE TO NO. 6:**

Defendant admits that the RUSM Counseling Center administered the CAARS to

Plaintiff, as reflected in the documentation in Plaintiff's First Set of Requests for Admission,

Exhibit 5. To the extent that Request No. 6 requests an admission of anything else, it is

objectionable because it is ambiguous, and Defendant is therefore unable to admit or deny the

assertion.

**REQUEST FOR ADMISSION NO. 7:**

Admit that the Plaintiff's TOVA and CAARS assessments indicated ADHD. (See
attached Exhibit 5).

**RESPONSE TO NO. 7:**

Defendant admits that McMillan Cuffy from the RUSM Counseling Center indicated the

following on a Note dated January 18, 2016, which is included in Plaintiff's First Set of Requests

for Admission, Exhibit 5: "The TOVA was administered. The results are not within the normal

limits and the overall pattern of performance suggests an attention problem, including ADHD.

The CAARS was also administered. The results indicated ADHD predominately Inattentive

presentation." To the extent that Request No. 7 requests an admission of anything else, it is

objectionable because it is ambiguous, and Defendant is therefore unable to admit or deny the

assertion.

**REQUEST FOR ADMISSION NO. 8:**

Admit that RUSM had knowledge of Plaintiff's ADHD. (See attached Exhibit 5 and
Exhibit 6).

3

**RESPONSE TO NO. 8:**

Defendant admits that McMillan Cuffy in the RUSM Counseling Center diagnosed

Plaintiff with Attention Deficit Disorder Without Mention of Hyperactivity, and that this is

reflected in a Note dated January 18, 2016, and included in Plaintiff's First Set of Requests for

Admission, Exhibit 5. Defendant denies that Exhibit 6 reflects any knowledge of Plaintiff's

alleged ADHD or any other medical condition by anyone, at RUSM or otherwise. To the extent

that Request No. 8 requests an admission of anything else, it is objectionable because it is

ambiguous, and Defendant is therefore unable to admit or deny the assertion.

**REQUEST FOR ADMISSION NO. 9:**

Admit that Plaintiff satisfied all the technical requirements for RUSM during his
enrollment.

**RESPONSE TO NO. 9:**

Denied.

**REQUEST FOR ADMISSION NO. 10:**

Admit that Plaintiff performed the essential functions required by RUSM during his
enrollment.

**RESPONSE TO NO. 10:**

Denied.

**REQUEST FOR ADMISSION NO. 11:**

Admit that Plaintiff requested accommodations. (See attached Exhibit 6).

**RESPONSE TO NO. 11:**

Defendant denies that Exhibit 6 reflects a request for accommodations. To the extent that

Request No. 11 requests an admission of anything else, it is objectionable because it is

ambiguous, and Defendant is therefore unable to admit or deny the assertion.

46502448v.1

**REQUEST FOR ADMISSION NO. 12:**

Admit that in the Plaintiff's' Release of Information form addressed to RUSM administration, a box is marked indicating that one purpose of the form is to provide information relevant to academic accommodations. (See attached Exhibit 6).

**RESPONSE TO NO. 12:**

Defendant admits that Exhibit 6 is a RUSM Counseling Center Consent to Release Confidential Information form signed by Plaintiff on December 9, 2015. Defendant admits that one box checked on the form is a box indicating that "[t]his information is released for the following purpose(s): . . . "To provide information relevant to academic accommodations and/or medical leave of absence." To the extent that Request No. 12 requests an admission of anything else, it is objectionable because it is ambiguous, and Defendant is therefore unable to admit or deny the assertion.

**REQUEST FOR ADMISSION NO. 13:**

Admit that it was obvious that Plaintiff needed accommodations.

**RESPONSE TO NO. 13:**

Denied.

**REQUEST FOR ADMISSION NO. 14:**

Admit that extended testing time for the NBME CBSE is a reasonable accommodation.

**RESPONSE TO NO. 14:**

Defendant denies that extended testing time for the NBME CBSE is a reasonable accommodation, *per se*. To the extent that Request No. 14 requests an admission of anything else, it is objectionable because it is ambiguous, and Defendant is therefore unable to admit or deny the assertion.

**REQUEST FOR ADMISSION NO. 15:**

Admit that RUSM has never provided Plaintiff with accommodations for any test.

**RESPONSE TO NO. 15:**

Defendant objects to this request because it appears to assume facts not in evidence,

including that Plaintiff was disabled, required accommodations to his disability(ies) during tests,

and requested such accommodations from RUSM. Subject to and without waiving that objection,

Defendant notes that it permitted Plaintiff to take the NBME CBSE a fifth time and denies

Request No. 15.

**REQUEST FOR ADMISSION NO. 16:**

Admit that RUSM did not provide Plaintiff with extended testing time for the NBME
CBSE.

**RESPONSE TO NO. 16:**

Admitted.

**REQUEST FOR ADMISSION NO. 17:**

Admit that extended testing time was an available accommodation for the NBME CBSE
exam. (See attached Exhibit 10 at page 2).

**RESPONSE TO NO. 17:**

Defendant admits that extended testing time for the NBME CBSE is an accommodation

sometimes provided to disabled students taking the exam and that Page 2 of Exhibit 10

references this possible accommodation. To the extent that Request No. 17 requests an admission

of anything else, it is objectionable because it is ambiguous, and Defendant is therefore unable to

admit or deny the assertion.

**REQUEST FOR ADMISSION NO. 18:**

Admit that the decision to provide students with test accommodations for the NBME
CBSE is made by RUSM. (See attached Exhibit 10 at page 2).

**RESPONSE TO NO. 18:**

Defendant admits that RUSM, not the NBME, is the entity that determines whether its

students require accommodations to a disability when taking the NBME CBSE and that this is

6

referenced at Page 2 of Exhibit 10. To the extent that Request No. 18 requests an admission of

anything else, it is objectionable because it is ambiguous, and Defendant is therefore unable to

admit or deny the assertion.

**REQUEST FOR ADMISSION NO. 19:**

Admit that Plaintiff was dismissed for failing to pass the NBME CBSE.

**RESPONSE TO NO. 19:**

Admitted.

**REQUEST FOR ADMISSION NO. 20:**

Admit that 99% of 2014-2015 RUSM graduates who passed their USMLE exams on the
first attempt attained a residency. (See Institutional Outcomes at
https://medical.rossu.edu/student-consumer-information.html ).

**RESPONSE TO NO. 20:**

Defendant admits that the referenced website states as follows as of June 3, 2018: "99%

of 2014-2015 RUSM graduates who passed their USMLE exams on the first attempt attained a

residency by April 2016." To the extent that Request No. 20 requests an admission of anything

else, it is objectionable because it is ambiguous, and Defendant is therefore unable to admit or

deny the assertion.

**REQUEST FOR ADMISSION NO. 21:**

Admit that the RUSM USMLE Step 1 first-time pass rate in 2016 was 93%. (See General
FAQ'S at https://medical.rossu.edu/about/faq.html).

**RESPONSE TO NO. 21:**

Defendant denies that the referenced website contains the statement in Request No. 21, as

of June 3, 2018. To the extent that Request No. 21 requests an admission of anything else, it is

objectionable because it is ambiguous, and Defendant is therefore unable to admit or deny the

assertion.

7

**REQUEST FOR ADMISSION NO. 22:**

Admit that the RUSM USMLE Step 2 CK first-time pass rate in 2016 was 87%. (See General FAQ'S at https://medical.rossu.edu/about/faq.html).

**RESPONSE TO NO. 22:**

Defendant denies that the referenced website contains the statement in Request No. 22, as of June 3, 2018. To the extent that Request No. 22 requests an admission of anything else, it is objectionable because it is ambiguous, and Defendant is therefore unable to admit or deny the assertion.

**REQUEST FOR ADMISSION NO. 23:**

Admit that the RUSM USMLE Step 2 CS first-time pass rate in 2016 is 94%. (See General FAQ'S at https://medical.rossu.edu/about/faq.html).

**RESPONSE TO NO. 23:**

Defendant denies that the referenced website contains the statement in Request No. 23, as of June 3, 2018. To the extent that Request No. 23 requests an admission of anything else, it is objectionable because it is ambiguous, and Defendant is therefore unable to admit or deny the assertion.

**REQUEST FOR ADMISSION NO. 24:**

Admit that both the websites for Ross University School of Medicine and Ross University School of Veterinary Medicine are both hosted by www.rossu.edu.

**RESPONSE TO NO. 24:**

Defendant admits that the website www.rossu.edu contains a link by which viewers may proceed to the website for Ross University School of Medicine (https://medical.rossu.edu/) and Ross University School of Veterinary Medicine (https://veterinary.rossu.edu/). To the extent that Request No. 24 requests an admission of anything else, it is objectionable because it is ambiguous, and Defendant is therefore unable to admit or deny the assertion.

### REQUEST FOR ADMISSION NO. 25:

Admit that Ross University School of Medicine and Ross University School of Veterinary Medicine are registered as the same corporation.

### RESPONSE TO NO. 25:

Denied.

### REQUEST FOR ADMISSION NO. 26:

Admit that RUSM asserts that "Title III of the Americans with Disabilities Act of 1990 ("ADA") does not extend to conduct occurring outside the United States, and it follows that it does not extend to the Defendant's activities in Dominica." (See Dkt. No. 30).

### RESPONSE TO NO. 26:

Admitted.

### REQUEST FOR ADMISSION NO. 27:

Admit that Ross University School of Medicine, School of Veterinary Medicine (St. Kitts) Limited with Adtalem Global Health, Inc., asserted that Title III of the ADA is applicable only in the United States and its territories. (See Galligan v. Adtalem Global Education, Inc. et al). (See also Archut v. Ross Univ. Sch. of Veterinary Med., CIVIL ACTION NO. 10-1681 (MLC) (D.N.J. Nov. 19, 2012)).

### RESPONSE TO NO. 27:

Admitted.

### REQUEST FOR ADMISSION NO. 28:

Admit that RUSM made the following statement on the admission requirements page of the RUSM website "It is the policy and practice of the University to comply with the Americans with Disabilities Act as applicable and practical in Dominica."

### RESPONSE TO NO. 28:

Admitted.

### REQUEST FOR ADMISSION NO. 29:

Admit that it is false that RUSM will comply with the Americans with Disabilities Act in Dominica.

**RESPONSE TO NO. 29:**

Defendant objects to this Request because it is ambiguous (in that there are multiple

provisions in the ADA, some of which apply outside the United States under some circumstances

and some of which do not) and also apparently premised on the legal fallacy that Title III of the

ADA applies in Dominica. Subject to that objection, Defendant admits that RUSM is not

required to comply with Title III of the ADA in Dominica but also denies that it is "false" that its

conduct in Dominica would comply with the ADA if the statute were to apply there.

**REQUEST FOR ADMISSION NO. 30:**

Admit that it is false that the Americans with Disabilities Act is applicable to RUSM in
Dominica.

**RESPONSE TO NO. 30:**

Defendant objects to this Request because it is ambiguous (in that there are multiple

provisions in the ADA, some of which apply outside the United States under some circumstances

and some of which do not). Subject to this objection, Defendant admits that Title III of the ADA

does not apply to RUSM in Dominica.

**REQUEST FOR ADMISSION NO. 31:**

Admit that RUSM made a false statement regarding a material fact posted on the
admission requirements page of the RUSM website.

**RESPONSE TO NO. 31:**

Denied.

**REQUEST FOR ADMISSION NO. 32:**

Admit that RUSM had knowledge that the representation of the applicability and
compliance with the Americans with Disabilities Act in Dominica was false.

**RESPONSE TO NO. 32:**

Denied.

46502448v.1

**REQUEST FOR ADMISSION NO. 33:**

Admit that RUSM intended for prospective students to rely on the statements posted on the admission requirements page of the RUSM website.

**RESPONSE TO NO. 33:**

Defendant objects to this Request because it is ambiguous in that it does not identify the

statements in question. Defendant is therefore unable to admit or deny the assertion in Request

No. 33.

**REQUEST FOR ADMISSION NO. 34:**

Admit that in the month of September 2016, the RUSM Academic Catalog of 2015-2016, VOL. 7 stated that "Students receiving a score of 66 or higher on the CBSE are certified to take the USMLE Step 1." (See attached Exhibit 12 at page 1).

**RESPONSE TO NO. 34:**

Defendant admits that the RUSM Academic Catalog of 2015-2016, VOL. 7, which was

published in September 2015, states as follows: "Students receiving a score of 66 or higher on

the CBSE are certified to take the USMLE Step 1." Defendant admits that this portion of the

Academic Catalog is reflected in Exhibit 12 at Page 1. Defendant denies that this statement was

still the rule in September 2016, given that RUSM changed the passing score to 68, effective in

November 2015, and notified students, including Plaintiff, of this change. Defendant denies any

remaining assertions in Request No. 34.

**REQUEST FOR ADMISSION NO. 35:**

Admit that Plaintiff scored higher than a 66 on one of his NBME CBSE attempts.

**RESPONSE TO NO. 35:**

Admitted.

**REQUEST FOR ADMISSION NO. 36:**

Admit that the RUSM Student Handbook states "The Dean will respond within 15 calendar days of receipt of the appeal. The Dean's decision is final." (See attached Exhibit 14 at page 41).

11

**RESPONSE TO NO. 36:**

Admitted.

**REQUEST FOR ADMISSION NO. 37:**

Admit that the RUSM Dean did not respond to Oluwamuyiwa Awodiya within 15 calendar days of his second appeal.

**RESPONSE TO NO. 37:**

Defendant admits that the Dean responded to Plaintiff's appeal of his second dismissal

from school on the 16th day after receipt, which was not within 15 days of receipt of his appeal.

Defendant denies any remaining assertions in Request No. 37.

**REQUEST FOR ADMISSION NO. 38:**

Admit that the RUSM Academic Catalog is an express or implied contract between RUSM and its students.

**RESPONSE TO NO. 38:**

Denied.

**REQUEST FOR ADMISSION NO. 39:**

Admit that the RUSM Student Handbook is an express or implied contract between RUSM and its student.

**RESPONSE TO NO. 39:**

Denied.

**REQUEST FOR ADMISSION NO. 40:**

Admit that the Defendant has no basis to assert as a defense or affirmative defense the lack of subject matter jurisdiction or the lack of personal jurisdiction.

**RESPONSE TO NO. 40:**

Defendant admits that, in this particular lawsuit, based on the allegations made by

Plaintiff in his Second Amended Complaint, the Court possesses subject matter jurisdiction over

Plaintiff's claims (as they are currently articulated), and Defendant will not challenge the Court's

personal jurisdiction over Defendant. Defendant denies any remaining assertions in Request No.

40.

## REQUEST FOR ADMISSION NO. 41:

Admit that Defendant has currently relocated the named persons, in the Second Amended Complaint, to outside of Dominica following a natural disaster.

## RESPONSE TO NO. 41:

Defendant admits that McMillan Cuffy and Davendra Sharma are no longer living or

working in Dominica, as a result of a hurricane. Defendant denies that Plaintiff has relocated

from Dominica as a result of the hurricane but admits that he is no longer in Dominica.

Defendant denies any remaining allegations in Request No. 41.

## REQUEST FOR ADMISSION NO. 42:

Admit that attached documents, Exhibit 5 RUSM ADHD Counseling Documents, are authentic.

## RESPONSE TO NO. 42:

Defendant objects to this Request because it is ambiguous. FRE 901(a) states that an item

is authentic if "the item is what the proponent claims it is." Because Plaintiff does not articulate

what he claims the items are, Defendant cannot admit or deny the assertion in Request No. 42.

Subject to this objection, Defendant admits that the documents contained in Exhibit 5 are

authentic copies of records pertaining to Plaintiff that are possessed by the RUSM Counseling

Center.

## REQUEST FOR ADMISSION NO. 43:

Admit that attached document, Exhibit 6 RUSM Release of Information to RUSM administration, is authentic.

**RESPONSE TO NO. 43:**

Defendant objects to this Request because it is ambiguous. FRE 901(a) states that an item

is authentic if "the item is what the proponent claims it is." Because Plaintiff does not articulate

what he claims the items are, Defendant cannot admit or deny the assertion in Request No. 43.

Subject to this objection, Defendant admits that the document reflected in Exhibit 6 is an

authentic copy of an RUSM Consent To Release Confidential Information signed by Plaintiff

and McMillan Cuffy on December 9, 2015.

**REQUEST FOR ADMISSION NO. 44:**

Admit that attached document, Exhibit 10 Administration of NBME Examinations at
Prometric Test Centers, is authentic.

**RESPONSE TO NO. 44:**

Defendant objects to this Request because it is ambiguous. FRE 901(a) states that an item

is authentic if "the item is what the proponent claims it is." Because Plaintiff does not articulate

what he claims the items are, Defendant cannot admit or deny the assertion in Request No. 44.

**REQUEST FOR ADMISSION NO. 45:**

Admit that attached documents, Exhibit 12 Excerpts of 2015-2016, VOL. 7 Ross
University School of Medicine Academic Catalog, are authentic.

**RESPONSE TO NO. 45:**

Defendant objects to this Request because it is ambiguous. FRE 901(a) states that an item

is authentic if "the item is what the proponent claims it is." Because Plaintiff does not articulate

what he claims the items are, Defendant cannot admit or deny the assertion in Request No. 45.

Subject to this objection, Defendant admits that the documents contained in Exhibit 12 are

authentic copies of excerpts from the 2015-2016 RUSM Academic Catalog.

**REQUEST FOR ADMISSION NO. 46:**

Admit that attached documents, Exhibit 14 Excerpts of RUSM Student Handbook May
2016, are authentic.

14

**RESPONSE TO NO. 46:**

Defendant objects to this Request because it is ambiguous. FRE 901(a) states that an item is authentic if "the item is what the proponent claims it is." Because Plaintiff does not articulate what he claims the items are, Defendant cannot admit or deny the assertion in Request No. 46. Subject to this objection, Defendant admits that the documents contained in Exhibit 14 are authentic copies of excerpts from the 2015-2016 RUSM Student Handbook.

**REQUEST FOR ADMISSION NO. 47:**

Admit that attached documents, Exhibit 17 Excerpts of RUSM Student Handbook September 2014, are authentic.

**RESPONSE TO NO. 47:**

Defendant objects to this Request because it is ambiguous. FRE 901(a) states that an item is authentic if "the item is what the proponent claims it is." Because Plaintiff does not articulate what he claims the items are, Defendant cannot admit or deny the assertion in Request No. 47. Subject to this objection, Defendant admits that the documents contained in Exhibit 17 are authentic copies of excerpts from the 2014-2015 RUSM Student Handbook.

46502448v.1

DATED:  June 8, 2018

Respectfully submitted,

ROSS UNIVERSITY SCHOOL OF
MEDICINE

By: _____

Christina Forte Meddin
cmeddin@seyfarth.com
Brian Stolzenbach
bstolzenbach@seyfarth.com

SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, GA  30309-3958
Telephone:     (404) 885-1500
Facsimile:     (404) 892-7056

Attorneys for Defendant

16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 0:18-CV-60482-KMM

OLUWAMUYIWA AWODIYA,

      Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE,

      Defendant.

## DEFENDANT'S RESPONSE TO PLAINTIFF'S
## SECOND SET OF REQUESTS FOR ADMISSION

      Defendant, ROSS UNIVERSITY SCHOOL OF MEDICINE, by and through

its attorneys, Seyfarth Shaw LLP, and in response to Plaintiff's Second Set of

Requests for Admission, states as follows:

### Preliminary Objection

      Defendant objects to Plaintiff's Instructions 1-4, 14, and 18 to the extent they

seek to impose more or different requirements than the applicable Federal Rule(s)

of Civil Procedure and Local Rule(s) of the Court. Defendant will answer in

accordance with those rules and not Plaintiff's Instructions.

      Defendant objects to Plaintiff's Definitions 10 and 15 because they create

ambiguity and may seek to impose requirements on Defendant that are inconsistent

with applicable rules. Defendant will interpret the terms "you" and "your" to refer to

Defendant and the term "its," when referring to Defendant, as Defendant alone.

**Exhibit
P-28**

Defendant will interpret the terms identified in Instruction 15 in accordance with standard English usage.

**REQUEST NO. 48:**

Admit that McMillan Cuffy is a counselor at RUSM.

**RESPONSE:**

Defendant admits that Mr. Cuffy is counselor who provides counseling services to RUSM students through the RUSM Counseling Center. To the extent the Request seeks the admission of anything more or different, Defendant denies the Request.

**REQUEST NO. 49:**

Admit that Dr. Davendranand Sharma is a psychiatrist at RUSM.

**RESPONSE:**

Denied.

**REQUEST NO. 50:**

Admit that Dr. Davendra Sharma is a professor at RUSM.

**RESPONSE:**

Admitted.

**REQUEST NO. 51:**

Admit that Dr. Davendra Sharma had knowledge of Plaintiff's ADHD. (See attached Exhibit 8.)

**RESPONSE:**

Admitted.

**REQUEST NO. 52:**

Admit that Plaintiff's Conners CPT3 Assessment Report was furnished by Plaintiff to the RUSM Counseling Center in January 2016.

**RESPONSE:**

Admitted.

**REQUEST NO. 53:**

Admit that Plaintiff did not have any accommodations for his ADHD on his first NBME CBSE attempt.

**RESPONSE:**

Admitted.

**REQUEST NO. 54:**

Admit that Plaintiff did not have any accommodations for his ADHD on his second NBME CBSE attempt.

**RESPONSE:**

Admitted.

**REQUEST NO. 55:**

Admit that Plaintiff did not have any accommodations for his ADHD on his third NBME CBSE attempt.

**RESPONSE:**

Admitted.

**REQUEST NO. 56:**

Admit that Plaintiff did not have any accommodations for his ADHD on his fourth NBME CBSE attempt.

**RESPONSE:**

Admitted.

**REQUEST NO. 57:**

Admit that Plaintiff did not have any accommodations for his ADHD on his fifth NBME CBSE attempt.

**RESPONSE:**

Admitted.

**REQUEST NO. 58:**

Admit that extended testing time for the NBME CBSE is a reasonable accommodation for some disabled students that need extended testing time.

**RESPONSE:**

Admitted.

**REQUEST NO. 59:**

Admit that RUSM intended for prospective students to rely on the following statement posted on the Admissions Requirements page of the RUSM website: "It is the policy and practice of the University to comply with the Americans with Disabilities Act as applicable and practical in Dominica. No qualified individual with a disability will be denied access to or participation in services, programs, or activities of Ross University School of Medicine."

**RESPONSE:**

Defendant admits that its current website contains this statement, but

Defendant is without knowledge or information sufficient to admit or deny that the

website contained the same statement when Plaintiff applied to RUSM.

**REQUEST NO. 60:**

Admit that in 2015, the first-attempt residency attainment rate for RUSM students was 88%. (See *Institutional Outcomes* at https://medical.rossu.edu/student-consumer-information.html).

**RESPONSE:**

Admitted.

**REQUEST NO. 61:**

Admit that 91% of RUSM 2014-2015 graduates attained residency placements by July 1, 2016 after single or multiple USMLE exam attempts or residency placement attempts. (See *Institutional Outcomes* at https://medical.rossu.edu/student-consumer-information.html)[.]

4

**RESPONSE:**

Defendant admits that 91% of RUSM 2014-2015 graduates attained

residency placements by July 1, 2016, with residency attainment calculated after

single or multiple USMLE exam attempts or residency placement attempts. To the

extent the Request seeks the admission of anything more or different, Defendant

denies the Request.

**REQUEST NO. 62:**

Admit that the first-time residency attainment rate for Ross graduates in
2016 was 86%. (See attached Exhibit 35, *RUSM Know Before You Go Fact Sheet*).

**RESPONSE:**

Admitted.

**REQUEST NO. 63:**

Admit that the first-time USMLE Step 1 pass rate for Ross-2016 graduates
was 93%. (See attached Exhibit 35, *RUSM Know Before You Go Fact Sheet*).

**RESPONSE:**

Admitted.

**REQUEST NO. 64:**

Admit that the first-time USMLE Step 2 CK pass rate for Ross-2016
graduates was 87%. (See attached Exhibit 35, *RUSM Know Before You Go Fact
Sheet*).

**RESPONSE:**

Admitted.

**REQUEST NO. 65:**

Admit that the first-time USMLE Step 2 CS pass rate for Ross-2016
graduates was 94%. (See attached Exhibit 35, *RUSM Know Before You Go Fact
Sheet*).

5

**RESPONSE:**

Admitted.

**REQUEST NO. 66:**

Admit that the RUSM USMLE Step 1 first-time pass rate in 2017 was 85%. (See *General FAQs* at https://medical.rossu.edu/about/faq.html).

**RESPONSE:**

Admitted.

**REQUEST NO. 67:**

Admit that the RUSM USMLE Step 2 CK first-time pass rate in 2017 was 85%. (See *General FAQs* at https://medical.rossu.edu/about/faq.html).

**RESPONSE:**

Admitted.

**REQUEST NO. 68:**

Admit that the RUSM USMLE Step 2 CS first-time pass rate in 2017 was 91%. (See *General FAQs* at https://medical.rossu.edu/about/faq.html).

**RESPONSE:**

Admitted.

**REQUEST NO. 69:**

Admit that Adtalem Global Education is registered with the Florida Department of State to do business as Ross University School of Medicine. (See *Ross University School of Medicine Academic Catalog 2017-2018, VOL. 9* at page ii).

**RESPONSE:**

Admitted.

**REQUEST NO. 70:**

Admit that Plaintiff's first NBME CBSE attempt was in Dominica.

6

**RESPONSE:**

Admitted

**REQUEST NO. 71:**

Admit that Plaintiff's second, third, fourth, and fifth NBME attempts were in Prometric Test Centers in the Unites States of America.

**RESPONSE:**

Defendant objects to the term "NBME" as ambiguous. To the extent Plaintiff

means the NBME **CBSE**, Defendant admits that Plaintiff's second through fifth

attempts occurred at Prometric Test Centers in the United States of America.

**REQUEST NO. 72:**

Admit that RUSM granted Plaintiff's fifth NBME CBSE attempt based on an academic judgment that involved his "academic history."

**RESPONSE:**

Admitted.

**REQUEST NO. 73:**

Admit that it is obvious that a student with an "attention problem" could have problems paying attention during test examinations.

**RESPONSE:**

Denied.

**REQUEST NO. 74:**

Admit that it is obvious that a student with an "inattentive presentation" could have problems staying attentive during test examinations.

**RESPONSE:**

Denied.

46670927v.1

**REQUEST NO. 75:**

Admit that it is obvious that a student with an "attention problems" could benefit from extended testing time on test examinations.

**RESPONSE:**

Denied.

**REQUEST NO. 76:**

Admit that it is obvious that a student with an "inattentive presentation" could benefit from extended testing time on test examinations.

**RESPONSE:**

Denied.

**REQUEST NO. 77:**

Admit that the ROSS UNIVERSITY SCHOOL OF MEDICINE ACADEMIC CATALOG 2015-2016, VOL. 7 states that "It does not discriminate on the basis of race, color, national origin, gender, religion, disability, sexual orientation, age, political affiliation or belief in administration of its educational programs." (See attached Exhibit 12 at page ii).

**RESPONSE:**

Admitted.

8

DATED: June 13, 2018

Respectfully submitted,

ROSS UNIVERSITY SCHOOL OF
MEDICINE

By:  */s/ Christina Forte Meddin*
     Christina Forte Meddin
     cmeddin@seyfarth.com
     Brian Stolzenbach
     bstolzenbach@seyfarth.com

SEYFARTH SHAW LLP
1075 Peachtree Street, N.E., Suite 2500
Atlanta, GA 30309-3958
Telephone:  (404) 885-1500
Facsimile:  (404) 892-7056

9

**ROSS UNIVERSITY**
SCHOOL OF MEDICINE

Alumni   Current Students   Gainful Employment   Student Consumer Info

ADMISSIONS   MD PROGRAM   STUDENT LIFE   ABOUT



🏠 ▶ MD Program ▶ Faculty ▶ WilliamOwen

# WILLIAM F. OWEN , MD

**DEAN AND CHANCELLOR OF ROSS UNIVERSITY SCHOOL OF MEDICINE**

**CONTACT INFORMATION**

**William F. Owen, MD**
wowen@rossu.edu

William F. Owen, Jr., MD, FACP, was appointed Dean and Chancellor of Ross University School of Medicine (Ross) in March, 2017. He is an accomplished medical academician, experienced clinician, highly respected scientific researcher, and a leader in global health-sciences education. Immediately prior to joining Ross, Dr. Owen was the Dean of Medical Sciences at American University of the Caribbean School of Medicine (AUC), a sister medical school in DeVry Education Group.

A native of Memphis, Tennessee, Dr. Owen is a graduate of Phillips Academy and Brown University. He earned his MD with high honors from Tufts University School of Medicine in 1980, and trained in internal medicine and nephrology at Harvard Medical School's Brigham and Women's Hospital, where he was a Robert Wood Johnson Foundation Fellow in the Minority Medical Faculty Development Program. At Harvard he was a full-time faculty member, and later went on to serve as a tenured professor at three institutions -- Duke University, the University of Tennessee, and AUC.  He was a Visiting Professor at Imperial College London in its Institute of Global Health Innovation, and at the National University of Singapore.

In a stellar career that has included many firsts, Dr. Owen served as the first African-American Chancellor and Senior Vice President of Health Affairs at the University of Tennessee, where he led the College of Medicine and five other health professions colleges. He then served for five years as President of the University of Medicine and Dentistry of New Jersey, the statewide health education and medical services component of Rutgers University, the largest publicly-funded academic health system in the US. In this role Dr. Owen was responsible for two allopathic medical schools and an osteopathic medical school, as well as colleges of nursing, public health, allied health, dentistry, graduate medical sciences, and several large magnet teaching hospitals and research institutes.

In 2012 he was appointed the inaugural Chief Executive Officer of Sidra Medical and Research Center in Qatar, the major international training site for Weill Cornell Medical College. He was also the inaugural health policy advisor to the President of the International Association of University Presidents, an NGO that advises the United Nations on matters of higher education.

## EDUCATION

| BROWN UNIVERSITY |
| TUFTS UNIVERSITY SCHOOL OF MEDICINE |
| HARVARD MEDICAL SCHOOL'S BRIGHAM AND WOMEN'S HOSPITAL |
| ROBERT WOOD JOHNSON FOUNDATION FELLOW |



**ROSS UNIVERSITY**
SCHOOL OF MEDICINE

2300 SW 145TH AVENUE, SUITE 200, MIRAMAR, FL 33027 ADMISSIONS: +855-MD-ROSSU EMAIL: ADMISSIONS@ROSSU.EDU

f  𝕏  ⓘ  ▸  P  ♠

**Exhibit P-29**

CONTACT ROSS    REQUEST INFORMATION    EMPLOYMENT    PRIVACY POLICY

Academic Catalog | Student Handbook

© 2018 Ross University School of Medicine. All rights reserved.

# ROSS UNIVERSITY
## SCHOOL OF MEDICINE

Alumni   Current Students   Gainful Employment   Student Consumer Info

ADMISSIONS     MD PROGRAM     STUDENT LIFE     ABOUT     APPLY NOW     INFO SESSION



 MD Program ▸ Faculty ▸ DavendranandSharma

# DAVENDRANAND SHARMA, DM, DPS

PROFESSOR BEHAVIOR SCIENCES, CONSULTANT PSYCHIATRIST HEALTH SERVICES

**AREAS OF EXPERTISE**

- Medical Psychology
- Clinical Psychiatry

## CONTACT INFORMATION

**Davendranand Sharma, DM, DPS | Behavioral Sciences**
Phone: 767-255-6317
dsharma@rossu.edu

**EDUCATION AND CERTIFICATION**

**HONORS AND AWARDS**

**AFFILIATIONS AND MEMBERSHIPS**


# ROSS UNIVERSITY
## SCHOOL OF MEDICINE

2300 SW 145TH AVENUE, SUITE 200, MIRAMAR, FL 33027 ADMISSIONS: +855-MD-ROSSU EMAIL: ADMISSIONS@ROSSU.EDU

   

CONTACT ROSS      REQUEST INFORMATION      EMPLOYMENT      PRIVACY POLICY

Academic Catalog | Student Handbook

© 2018 Ross University School of Medicine. All rights reserved.

# ROSS UNIVERSITY
## SCHOOL OF MEDICINE

**ADMISSIONS     MD PROGRAM     STUDENT LIFE     ABOUT     APPLY NOW     INFO SESSION**



 MD Program ▶ Faculty ▶ BryanHayse

# BRYAN  HAYSE

**ASSOCIATE DEAN, MEDICAL SCIENCES**

Dr. C. Bryan Hayse has served as the Associate Dean, Medical Sciences Student Affairs at Ross University School of Medicine since 2015. Areas of oversight include academic advising, student-faculty mentoring, student professionalism and integrity, academic accommodations, counseling and psychological services, campus life, new and continuing student orientation, housing, and campus level financial aid, immigration, and registrar services. Throughout his career Dr. Hayse has worked in close partnership with faculty, fellow administrators, and students to establish several student centered initiatives focused on enhancing overall academic and personal development by empowering students to achieve life-long goals.

**CONTACT INFORMATION**

**Bryan Hayse | Student Affairs**
Phone: 865-338-5719
bryanhayse@rossu.edu

Dr. Hayse earned his bachelor's and master's degrees in science from Murray State University and doctorate in higher education leadership and policy from Vanderbilt University. Prior to arriving at RUSM, Dr. Hayse served in a variety of student affairs and faculty roles at Young Harris College, GA; Belmont University, TN; Centenary College of Louisiana; and Murray State University, KY.

 **AREAS OF EXPERTISE**

Student Affairs, Academic Advising, Student Conduct and Professionalism, Student Orientation and Transition, Residence Life and Housing,

 **EDUCATION**


# ROSS UNIVERSITY
## SCHOOL OF MEDICINE

2300 SW 145TH AVENUE, SUITE 200, MIRAMAR, FL 33027 ADMISSIONS: +855-MD-ROSSU EMAIL: ADMISSIONS@ROSSU.EDU

    

**CONTACT ROSS     REQUEST INFORMATION     EMPLOYMENT     PRIVACY POLICY**

Academic Catalog | Student Handbook

© 2018 Ross University School of Medicine. All rights reserved.

# ROSS UNIVERSITY
## SCHOOL OF MEDICINE

ADMISSIONS     MD PROGRAM     STUDENT LIFE     ABOUT     APPLY NOW     INFO SESSION



> MD Program > Faculty > McMillanCuffy

# MCMILLAN U. CUFFY, MSC

**COUNSELOR**

Mc Millan Cuffy, MSc, earned his Bachelor of Arts (BA) in Psychology from the University of the Virgin Islands (UVI)-St. Thomas Campus in 1998, and his Masters of Science (MSc) in Counseling from the University of the West Indies (UWI) in 2005. He completed his final year of his bachelor's degree at the State University of New York (SUNY) in Buffalo, NY, where he completed an internship at the Margaret Stutzman Alcohol Treatment Center.

Cuffy has nearly 20 years of experience working as a counselor. Previous to joining Ross University School of Medicine in 2010, Cuffy worked in the public service with the Government of the Commonwealth of Dominica, and was also a counselor in the Acute Psychiatric Unit of the Princess Margaret Hospital. Prior to that, Cuffy worked at the Social Welfare Department as a counselor for several years.

Cuffy has also done extensive training throughout the Caribbean with the U.S. Office for Foreign Disaster Assistance for Latin America and the Caribbean (OFDALAC). Some of his areas of training include: shelter management, initial damage assessment, damage assessment & needs analysis, disaster risk reduction, risk program management and school safety.

Cuffy also serves on the RUSM Health Committee, Security Advisory Committee and the Disaster Preparedness Committee as the Hurricane Watch Officer.

**CONTACT INFORMATION**

McMillan U. Cuffy, MSc |
Health Services
Phone: 767-255-6209
mcuffy@rossu.edu

AREAS OF EXPERTISE

EDUCATION AND CERTIFICATION

AFFILIATIONS AND MEMBERSHIPS



# ROSS UNIVERSITY
## SCHOOL OF MEDICINE

2300 SW 145TH AVENUE, SUITE 200, MIRAMAR, FL 33027 ADMISSIONS: +855-MD-ROSSU EMAIL: ADMISSIONS@ROSSU.EDU



CONTACT ROSS     REQUEST INFORMATION     EMPLOYMENT     PRIVACY POLICY

Academic Catalog | Student Handbook

© 2018 Ross University School of Medicine. All rights reserved.

**ROSS UNIVERSITY**
SCHOOL OF MEDICINE

Alumni   Current Students   Gainful Employment   Student Consumer Info

**ADMISSIONS      MD PROGRAM      STUDENT LIFE      ABOUT**      APPLY NOW     INFO SESSION



🏠 ▶ MD Program ▶ Faculty ▶ MatthewStewart-Fulton

# MATTHEW  STEWART-FULTON , MSW

**ASSISTANT DIRECTOR, STUDENT CONDUCT AND INTEGRITY AND ACADEMIC ACCOMMODATIONS**

Matthew Stewart-Fulton, MSW, joined the Ross University School of Medicine Student Affairs team in 2014, when he moved to Dominica from Michigan. While working in public safety at the University of Michigan, Fulton entered the university's social work program. Specializing in interpersonal practice and mental health, he earned a master's degree in 2010. Fulton is currently a licensed clinical social worker in the state of Michigan.

Prior to coming to Ross University, Fulton worked as an adjunct therapist with the Women's Center of Southeastern Michigan. He has also completed training in conflict resolution, restorative justice facilitation, motivational interviewing, threat assessment, trauma informed interviewing, and stress management.

**CONTACT INFORMATION**

Matthew Stewart-Fulton, MSW | Student Affairs
Phone: 767-255-6524
matthewstewartfulton@rossu.edu

| AREAS OF EXPERTISE |

| EDUCATION AND CERTIFICATION |

| HONORS AND AWARDS |

| AFFILIATIONS AND MEMBERSHIPS |



**ROSS UNIVERSITY**
SCHOOL OF MEDICINE

2300 SW 145TH AVENUE, SUITE 200, MIRAMAR, FL 33027 ADMISSIONS: +855-MD-ROSSU EMAIL: ADMISSIONS@ROSSU.EDU



f   🐦   📷   📱   P   👤

**CONTACT ROSS      REQUEST INFORMATION      EMPLOYMENT      PRIVACY POLICY**

Academic Catalog | Student Handbook

© 2018 Ross University School of Medicine. All rights reserved.

Web Page 5



# NBME® National Board of Medical Examiners
## Subject Examination Program

### Examinee Performance Profile

### Comprehensive Basic Science

### 305010 - Ross University School of Medicine

ID: ▮▮▮

Name: Awodiya Oluwamuyiwa

Test Date(s): 08/26/2016
Total Scaled Score: 67

The score you received on this examination is shown above. This Performance Profile is provided to aid in self-assessment. The shaded area defines a borderline level of performance for each content area; borderline performance is comparable to a HIGH FAIL/LOW PASS on the total test of USMLE® Step 1. (See NOTE on Page 1.)

Performance bands indicate areas of relative strength and weakness. Some bands are wider than others. The width of a performance band reflects the precision of measurement: narrower bands indicate greater precision. A ◀▮ or ▮▶ symbol indicates that your performance band extends beyond the displayed portion of the scale. Small differences in the location of bands should not be over-interpreted. If two bands overlap, performance in the associated areas should be interpreted as similar. Because CBSE is designed to be integrative, many items contribute to more than one content area. Use caution when interpreting differences in performance across content areas.

Additional information about the topics covered in each content area can be found in the *USMLE Step 1 Content Description and Sample Test Materials* at www.usmle.org. An explanation of your score along with a table of approximate USMLE Step 1 performance equivalents for CBSE scores is included in the *Score Interpretation Guide for Students*.



**Exhibit P-30**

RUSM 000048



### ROSS UNIVERSITY SCHOOL OF MEDICINE
### ACADEMIC CATALOG
### 2015-2016, VOL. 7



i

## CONTACT INFORMATION

**Administrative Offices (Miramar):**
2300 SW 145th Ave.
Miramar, FL 33027
**Telephone:** 954-885-3700

**Dominica Address:**
Ross University School of Medicine
PO Box 266
Roseau, Commonwealth of Dominica, West Indies

**Shared Services and Office of Student Finance**
485 US Hwy 1 South
Building B, 4th Floor
Iselin, New Jersey 08830
**Telephone:** 732-509-3051
Toll-free telephone: 1-877-ROSS-EDU (877-767-7338)
On the Web: RossU.edu

**Address applications to:**
Ross University School of Medicine
Office of Admissions
485 US Hwy 1 South
Building B, 4th Floor
Iselin, New Jersey 08830
Fax: 732-509-4803
Email: Admissions@RossU.edu

**Disclaimer:**
This catalog supersedes all previous editions and is in effect until a subsequent version is published either in print or online. All information in this catalog is current at the time of printing. Statements regarding tuition and fees, curriculum, course offerings, admissions, and graduation requirements are subject to change at any time and are applicable to all enrolled students unless otherwise stated.

The online version of this catalog, found at RossU.edu, is the most current and accurate representation of Ross University School of Medicine's programs and policies. It is updated frequently to provide the most current information.
Date of Issue: September 1, 2015.

Ross University School of Medicine (RUSM) admits academically qualified students without regard to race, color, national origin, gender, religion, disability, or age and affords students all rights, privileges, programs, and activities generally made available to students at RUSM. It does not discriminate on the basis of race, color, national origin, gender, religion, disability, sexual orientation, age, political affiliation or belief in administration of its educational programs and other RUSM administered policies, or employment policies.

DeVry Education Group is the parent company of Ross University School of Medicine. *DeVry Education Group is a for-profit corporation registered with the FL Department of State to do business in Florida as Ross University School of Medicine.*
ii

## GENERAL INFORMATION

### Foreword

Students must be familiar with the policies and procedures of RUSM as stated in this catalog and the RUSM *Student Handbook.*

The contents of this catalog represent the most current information available at the time of publication. However, during the period of time covered by this catalog, it is reasonable to expect changes to be made without prior notice. The online version, found at RossU.edu, is the most current and accurate representation of RUSM's academic catalog. It is updated frequently to give you the most current information, and students are responsible for reviewing the changes.

RUSM reserves the right to change, modify or alter, without notice, all fees, charges, tuition expenses and costs of any kind. RUSM further reserves the right to add, modify or delete, without notice, any course offering or information contained in this catalog. Class and exam schedules published each semester will indicate additions or other changes.

Following a student's entry into the program, the curriculum may undergo modification(s). Students are held responsible for degree requirements in effect at the time of enrollment, plus any changes made during the student's progress toward the degree as long as such changes do not delay graduation.

This catalog describes the educational program and activities available at RUSM. RUSM makes no claims that enrolling in a particular class or following the course curriculum will produce a specific achievement, employment, qualification for employment, admission to postgraduate degree programs or licensure. It is understood that the ultimate responsibility for complying with degree requirements rests with the student. This publication is issued by RUSM as authorized and approved by the Dean and Chancellor.

### Introduction and Overview

RUSM is devoted to the education of medical professionals. Founded in 1978, RUSM is located in Dominica, West Indies, offers clinical rotations in teaching hospitals across the United States, Canada and United Kingdom and is supported by administrative offices located in Miramar, FL and Iselin, NJ.

RUSM offers a Doctor of Medicine (MD) degree program and has graduated more than 11,000 physicians during its 37-year history. Graduates are eligible for licensure in all 50 States, Canada and Puerto Rico after the successful completion of the requisite licensing examinations.

The Foundations of Medicine curriculum, conducted in Dominica, consists of a minimum of 64 credits of specifically prescribed coursework. All Foundations of Medicine coursework must be satisfactorily completed at the RUSM campus in Dominica.

At the end of the Foundations of Medicine curriculum, students are required to take the National Board of Medical Examiners (NBME) Comprehensive Basic Sciences examination (CBSE). Students receiving a score of 66 or higher on the CBSE are certified to take the USMLE Step 1. Students who do not pass the

1

In addition, the General Medical Council of Great Britain has granted the RUSM Doctor of Medicine degree Limited Registration status, and the World Health Organization includes RUSM in its listing of medical schools approved by recognized national authorities.

In addition, the Society for Simulation in Healthcare (SSH) granted full accreditation to Ross University School of Medicine's Simulation Institute in November 2013.

### California

The Medical Board of California has recognized that the resident course of instruction leading to the Doctor of Medicine degree awarded by the Ross University is equivalent to that required by Section 2089 and 2089.5 of the California Business and Professions Code. The medical education program is equivalent to that of a Liaison Committee on Medical Education (LCME) accredited school. This allows RUSM to conduct clinical clerkships in California and enables its graduates to apply for licensure. Many other states defer to California's recognition for the purpose of physician licensure because most do not have their own review and approval process.

### Florida

Under the provision of Chapter 1005, Florida Statutes and Chapter 6E of the Florida Administrative Code, the Commission for Independent Education of the Florida Department of Education licenses RUSM to offer programs of instruction. Additional information regarding this institution may be obtained by contacting the Commission at 325 W. Gaines Street, Suite 1414, Tallahassee, FL, 32399-0400, toll-free 888-224-6684.

### New Jersey

The New Jersey State Board of Medical Examiners has approved RUSM to offer clinical clerkship programs in New Jersey hospitals.

### New York

The New York State Education Department has approved the program of medical education at RUSM that seeks and places students in long-term clinical clerkships in affiliated hospitals in New York State.

3

Citizens and permanent residents of the United States applying for admission to RUSM, who are interested in obtaining financial aid, are encouraged to submit a Free Application for Federal Student Aid (FAFSA). The FAFSA serves as an application for all federal student aid programs and can be filed electronically at www.fafsa.ed.gov. The application should be filed at least 90 days in advance of the start date of the semester for which they are applying. Details are provided in *The Financial Planning Guide*.

In order to continue to receive student loans, students must meet the standards for satisfactory academic progress as detailed in the "Academic Policies and Procedures" section of this catalog. The Office of Student Finance assists students in applying to non-governmental lenders and guarantors of loans and scholarships for which they may be eligible. It is advisable for all students— including those who have applied for financial aid — to bring sufficient funds with them to cover the initial living and housing expenses in Dominica.

**Government-sponsored Loan Programs:** United States citizens and permanent residents attending RUSM may apply for Federal Student Loans under the William D. Ford Direct Loan Program.

**Federal Loans are offered in two forms:**

- *Federal Direct Unsubsidized Stafford Loan:* This is a non-need based loan; maximum $20,500 per two-semester academic year. The interest rate is fixed at 5.84%.

- *Federal Direct Graduate PLUS Loan:* This is a non-need based federal loan for which the student can borrow up to RUSM's cost of attendance. If a student does not demonstrate eligibility for the Stafford Loan(s), he/she may receive the full cost of attendance in the PLUS Loan program. The interest rate is fixed at 6.84%.

**Loan Deferment and Repayment:** Repayment begins six months after a student has graduated, or under federal definition, has otherwise ceased to be enrolled at least half time. Students who attend RUSM with outstanding loan obligations for undergraduate or graduate study at other institutions are eligible for "in-school" deferment(s).

**Canadian Students:** Students residing in Canada are eligible for private funding sources and government resources. Please review the *Canadian Financial Planning Guide* available at http://www.rossu.edu/documents/RUSM_Canadian_Planning_Guide_1516.pdf.

**Other Foreign Nationals:** Students that are not U.S. citizens or permanent residents are not eligible for U.S. federal student assistance and may apply for funding, if available, in their home countries.

**Veterans Benefits:** Eligible veterans of the United States Armed Forces may use benefits available through the Veterans Administration to help offset their educational costs. Please visit www.gibill.va.gov for more information.

## Scholarships

11

After successfully completing the Foundations of Medicine curriculum, student are in a vacation period (up to 12 weeks.) Some students use this time to study and sit for the USMLE Step 1, which is a requirement to begin IMF.

## Policy on Alcohol and Other Drugs
RUSM has developed an Alcohol and Substance Policy, with which all students must comply. See the *Student Handbook* for more details.

## Student Privacy Rights
RUSM follows the guidelines of the U.S. Family Educational Rights and Privacy Act (FERPA). More information is available in the *Student Handbook*.

## Disability Accommodations
RUSM is committed to ensuring that qualified students with disabilities are afforded reasonable accommodations. The RUSM curriculum represents a core curriculum essential to all physicians. Therefore, RUSM expects that each student admitted will be capable of completing the full curriculum of required courses and electives under the established RUSM policies. All students and applicants must be capable of meeting the RUSM Technical Standards (located in the RUSM application or in the *Student Handbook*), with or without reasonable accommodation, at each stage of their medical education. Our goal at RUSM is to provide equal opportunity without undermining the integrity of any course, clerkship, or program. Requests for accommodation should be made as soon as the need is known and within the guidelines described here. Requests are processed in Foundations of Medicine and Clinical Sciences by the appropriate Accommodation Coordinator in the Office for Student Affairs.

### Foundations of Medicine
Requests for accommodation during the Foundations of Medicine portion of the curriculum should be submitted in writing to the Accommodation Coordinator for Foundations of Medicine. For more information, send an email to MatthewStewartFulton@rossu.edu.

### Internal Medicine Foundations (IMF) and Clinical Sciences
It is the student's responsibility to ensure that all accommodation requests and materials are up to date prior to commencing the IMF clerkship and/or the Clinical Sciences curriculum. Requests for accommodation during the Clinical Sciences curriculum should be submitted to the Accommodations Coordinator for IMF/Clinical Sciences. Accommodations that were received during the Foundations of Medicine curriculum will be taken into consideration but cannot ensure similar accommodations in the Clinical Sciences curriculum. (see Clinical Sciences Accommodations section below). For more information, send an email to Jrobertson@rossu.edu.

### Timeframe
For recently-admitted students, requests for accommodation should be submitted within thirty days of acceptance. When the need for an accommodation arises after a student has begun medical studies, all documentation must be submitted at least fourteen days prior to the date the accommodation is needed

49



# ROSS UNIVERSITY
## SCHOOL OF MEDICINE

## *STUDENT HANDBOOK*

# 2015 – 2016

**January 1, 2016**

© 2016 Ross University School of Medicine.  All rights reserved.



RUSM 000326

37

Second Appeal: In cases of procedural irregularity, inappropriate decisions, or where additional data has become available that was not considered by the Student Promotions Committee – Foundations of Medicine Subcommittee, a final appeal may be made to the Dean of RUSM. Academic Dismissal Appeal form and letter must be emailed to the Dean at PromotionAppeals@Rossu.edu and the Office of the Registrar (Registrar@RossU.edu) within 15 calendar days of the date on the decision letter from the Student Promotions Committee – Foundations of Medicine Subcommittee and specifically address the rationale for the appeal. The Dean will respond within 15 calendar days of receipt of the appeal. The Dean's decision is final.

A student who successfully appeals a dismissal decision will be reinstated for the semester subsequent to the semester in which the decision regarding the appeal is made. For example, a student who is dismissed at the end of the September 2015 term, and is allowed to return, would be on inactive status for the January 2016 term and then resume his/her studies during the May 2016 term if his/her appeal is granted.

For a student who successfully appealed a dismissal for failure to pass the NBME CBSE will be notified of the conditions of reinstatement and provided a deadline to sit for the exam. Requests to change the conditions of the reinstatement are not granted, including an extension to sit for the exam. Students who are unable to meet the condition of their reinstatement have the option to withdraw. Failure to meet the condition of the reinstatement will result in a dismissal from RUSM.

**Appeals Process for Academic Dismissal: Clinical Sciences**
First Appeal: Any student dismissed from the Clinical Science curriculum may appeal the dismissal to the Student Promotions Committee – Clinical Sciences Subcommittee. Academic Dismissal Appeal form and letter should be emailed PromotionAppeals@RossU.edu and the Office of the Registrar (Registrar@RossU.edu) and must be made within 15 calendar days of the date on the dismissal notification letter. The appeal will be heard by the Student Promotions Committee – Clinical Science Subcommittee, which will then make an official decision to uphold or overturn the dismissal.

Second Appeal: In cases of procedural irregularity, inappropriate decisions, or where additional data has become available that was not considered by the Student Promotions Committee – Clinical Sciences Subcommittee, a final appeal may be made to the Dean of RUSM. Academic Dismissal Appeal form and letter must be emailed to the Dean via PromotionAppeals@Rossu.edu and the Office of the Registrar (Registrar@RossU.edu) within 15 calendar days of the date on the decision letter from the Student Promotions Committee – Clinical Sciences Subcommittee and specially address the rationale for the appeal. The Dean will respond within 15 calendar days of receipt of the appeal. The Dean's decision is final.

Academic Dismissal Appeal Form may be found on the student portal.

RUSM 000362

120

## NBME SUBJECT CLERKSHIP EXAM POLICY

In an effort to better prepare RUSM students to pass the USMLE Step 2 CK exam on their 'first attempt', the following apply to all clerkships that begin on or after September 1, 2015*:

1. The passing score for the SCE in each discipline will be equal to or greater than the 5th percentile on the NBME score report for that discipline/exam.

2. The minimum passing scores will be reviewed and modified annually. The review will occur during March of each year for implementation on July 1.

3. Students scoring below the minimum passing score on any subject clerkship examination will receive a grade of I in the clerkship and will be required to retake the examination after completion of all core rotations.

   a. The student will be placed on academic probation and must retake the exam.
   b. Upon successful remediation of exam, the student will receive a grade no higher than a C on the examination portion of the final grade (currently the SCE counts 25% toward the final grade).
   c. Once the examination is successfully passed, the I grade will be replaced with the final grade in the clerkship.

   Students failing two or three (2 or 3) clerkship examinations or receiving two or three (2 or 3) I grades are required to take at least six (6) weeks of independent study at the end of their core clerkships to prepare for and retake the failed subject clerkship examinations. The independent study is not a formal course, rather it is simply time off from all other curricular requirements to study for the failed subject clerkship examinations. Students will be in a Temporary Withdrawal status during the Independent Study period.

4. Students failing four (4) or more subject clerkship examinations or receiving four (4) or more I grades will be required to take an independent study for at least 12 weeks to prepare for and retake the failed subject clerkship examinations. Students will be in a Temporary Withdrawal status during the Independent Study period.

5. Students required to take independent study time will be placed in a TW status during remediation. Students in TW status are considered not enrolled and may be subject to repayment status depending on the policies of their lenders.

6. A student must pass at least five (5) core SCEs, including passing the SCEs to be eligible to sit for the NBME CCSE. Students will not be scheduled for the NBME CCSE until five (5) cores and their SCEs are passed.

7. Students failing any one (1) subject clerkship examination a second time will be required to take an additional six (6) weeks of study time off for each exam that has been failed twice. For example, failing one (1) subject clerkship exam twice will require a student to study for six (6) weeks, failing two (2) subject clerkship exams twice will require a student to study for 12 weeks, etc.

8. Students who fail two (2) or more subject clerkship examinations may not commence electives until all subject clerkship examinations are passed. If a student has started an elective rotation when he/she is notified of his/her second failed SCE, he/she will be permitted to complete the rotation and be placed in TW status once the elective rotation is completed.

9. Students failing any one (1) subject clerkship examination three (3) times will be required to repeat the clerkship.

10. Students failing any one (1) subject clerkship examination four (4) times will be recommended for dismissal.

*Students remediating SCEs for clerkships that started before January 1, 2015 will be subject to a grading scale with a minimum passing score of 55 for each SCE. Students remediating SCEs for clerkships that began between January 1, 2015 and August 31, 2015 will be subject to a grading scale with a minimum passing score of 58 for each SCE. Students are required to repeat the SCE until they pass and will receive a maximum grade of C for the exam portion of the grade.

RUSM 000446

 Gmail

Muyiwa Awodiya <drmuyiwa.a@gmail.com>

## Transfer Eligibility

**Bob Ryan** <BobRyan@sgu.edu>
To: Muyiwa Awodiya <drmuyiwa.a@gmail.com>

Wed, Jan 31, 2018 at 7:43 PM

Muyiwa

Thank you for your inquiry.  Unfortunately based on your dismissal by another medical school there are no options available to you at SGU

We wish you the best of luck

Bob Ryan

Get Outlook for iOS

**From:** Muyiwa Awodiya <drmuyiwa.a@gmail.com>
**Sent:** Wednesday, January 31, 2018 11:09:43 AM
**To:** Bob Ryan
**Subject:** Transfer Eligibility

Hello Mr. Bob Ryan,

I am requesting to see if I am eligible to transfer to SGU. I am coming from Ross and have already taken my STEP 1 and passed on the first attempt.

Undergraduate school name: Morgan State University

Graduation date: June 2013

GPA at time of graduation: 3.456

MCAT scores and test dates: I believe I took it in 2012. I tried to retrieve the score but I have forgotten the login credentials. I'm in the process of recovering them.

Name of medical school: Ross University School of Medicine

Medical school attendance dates: May 2014 to June 2017

Medical school GPA: 2.72

Concise reason for leaving medical school: Was dismissed for not passing COMP

Citizenship you are applying with: USA

STEP 1 score: ▮ on first attempt

**Exhibit P-33**

Best Regards,

Oluwamuyiwa Awodiya

================================================== This e-mail is intended to be a private and confidential communication. This message (and any attachments) contains information that is confidential and privileged and protected from disclosure. It is intended solely for the use of the individual (s) or entity(ies) to whom it is addressed and others authorized to receive it. If you are not the intended recipient of this message or any parts of it, please immediately contact the sender and delete the message from your system. No other person is authorized to copy, forward or disclose, distribute or retain this message in any form. The sender shall not be liable for the incomplete transmission of this message nor for any delay in its receipt and does not guarantee that this communication is free of viruses, interceptions or interference.

**From:**  Sargent-Rodriguez, Rebeca <RSargent-Rodriguez@rossu.edu>
**Sent:**  Wednesday, February 21, 2018 3:44 PM
**To:**  Carrillo, Katie; Herrin, Sandra; Belotzerkovsky, Gary; McDonald, Danielle
**Cc:**  Lue, Georgia; Tobier-Zardon, Jennifer
**Subject:**  RE: Oluwamuyiwa Awodiya

Good afternoon all!

I just spoke with Oluwamuyiwa Awodiya                    and would like to share the interaction with you.

The student was dismissed originally on 10/28/2016 and reinstated on 12/01/2016. He was later dismissed on 04/13/2017 for failure to pass the CBSE on 5 attempts. He went through two appeals for the 2017 dismissal and the DI was upheld in both instances, please see case 02149780. The student sat for COMP on the following dates, obtaining the following results:

04/22/2016 – 58
07/02/2016 – 64
08/26/2016 – 67
10/22/2016 – 61
03/30/2017 - 60

The student submitted a request to be reinstated on 02/21/2018, which was denied as he had exhausted all appeals, please see case 0355360. This request was submitted after the student called in regarding the possibility of re-applying to RUSM. It was explained at that time, that students who are dismissed have the opportunity to appeal, and that he had already done so. It was further explained that dismissed student cannot reapply. The student indicated he was submitting this request because he was apparently sponsored by another medical school for Step 1, which he sat for and passed. The student did not provide any additional information regarding this.

Today the student called back and was questioning how the Student Handbook and the Academic Catalog apply to students of a particular matriculation date when changes are made to policies after that date. So for example, this student matriculated 05/12/2014, and to his understanding, the COMP passing score at the time he matriculated should apply to all his attempts. The student was referred to the "Using the Student Handbook" section of the Student Handbook. Specifically, I referred him to the subsection on "Current Policies". The student was advised that the passing score for COMP was 68 from 11/15/2015-01/21/2018, and that this would be the score that applied to his attempts. The student did not seem comfortable with this information and kept referring to changes made to policies as "made on a whim" by the University. Additionally, he mentioned wanting to verify with the DOE what the procedure is regarding these matters. Although I attempted to assuage his concerns by providing the information in the Handbook as well as the passing COMP score at the time of his attempts, I did not feel comfortable going any further.

I apologize for the length of this email but wanted to keep you all informed of the situation while it was still very much present in my mind in case it is needed, for any reason, later on.

Thank you all for your kind attention.

1

**Exhibit**
**P-34**

RUSM 000107

Sincerely,

**Rebeca M. Sargent-Rodriguez**
*Registrar Advisor*

**Ross University School of Medicine**
2300 SW 145th Avenue
Suite 200
Miramar, FL 33027

Phone: 754-208-4591
Department: Registrar@rossU.edu
Email: RSargent-Rodriguez@RossU.edu
Web: Ross.edu


**ROSS UNIVERSITY**
SCHOOL OF MEDICINE

2

RUSM 000108

## Reinstatement Request

### Awodiya, Oluwamuyiwa

Tue 2/20/2018 3:34 PM

To: wowen@rossu.edu <wowen@rossu.edu>;

📎 1 attachments (44 KB)

Reinstatement Oluwamuyiwa Awodiya.pdf;

Dear Dean Owen,

Attached is a letter asking for a reinstatement status at the school after passing STEP 1 on my first attempt.

Sincerely,

Oluwamuyiwa Awodiya

Student ID: ▮▮▮▮▮▮



**From:** Student Services
**Sent:** Wednesday, February 21, 2018 10:31 AM
**To:** oluwamuyiwaawodiya@students.rossu.edu
**Subject:** askRoss Question Closed: Case #02355360

Dear Oluwamuyiwa,

Your question for Case #02355360 has been closed.

**Case Details:**
**Status:** Closed
**Subject:** FW: Reinstatement Request
**Department:** Registrar
**Department Email:** Registrar@rossu.edu
**Category 1:** Registrar
**Category 2:** General
**Date Created:** 2/20/2018
**Last Updated:** 2/21/2018

--------------------------------------------------------------

Dear Oluwamuyiwa,

Your request was received by the Office of the Dean. I inquired about your request and unfortunately you have used all your options for appeal.

We wish you luck in your future endeavors.

Regards,

Gary

Gary Belotzerkovsky | Associate Dean, Academic and Student Operations
2300 SW 145th Ave., Ste. 200 | Miramar, FL 33027 | medical.rossu.edu<http://medical.rossu.edu/>
P 754.208.4649 | E garyb@rossu.edu<mailto:wowen@rossu.edu>

[cid:image009.jpg@01D31051.11A09B90]
--------------------------------------------------------------

If you have any additional questions pertaining to this case you may either reply to this email or login to myRoss and navigate to askRoss.

ref:_00D80cFjT._5008018JmiB:ref

**Exhibit P-36**

# Internet Archive Collection Report

**Page Title**

Admissions Requirements

**URL**

http://www.rossu.edu/medical-school/admissions/getstarted.cfm

**Original Collection/Capture Location**

https://web.archive.org/web/20121031221133/http://www.rossu.edu/medical-school/admissions/getstarted.cfm

**Collection Date**

October 31, 2012 22:11:33 UTC

**Collected by**

Internet Archive (Wayback Machine)

**Accessed by**

Oluwamuyiwa Awodiya

**Accessed Date**

June 3, 2018 at 6:02PM EST



**Exhibit P-37**



ABOUT US    ACADEMICS    ADMISSIONS    STUDENTS    ALUMNI    NEWS + EVENTS    QUICK LINKS

myROSS  FAQs  Careers  Directory  Webmail    Search                                Gainful Employment
                                                                                    Disclosures

**ROSS UNIVERSITY**
SCHOOL OF MEDICINE

RESIDENCY APPOINTMENTS    FOUNDATIONS OF MEDICINE    CLINICAL PROGRAM    FACULTY & STAFF

### Admissions

**Welcome to Admissions**

**Contact Admissions**

**Apply to Ross**

**Attend an Information Seminar**

**Request Information**

**Admissions Requirements**
  International Students
  Transfer Applicants

**Meet Some Ross Students**

**Tuition and Fees**

**Financial Aid Information**

**Application and Deposit Fees**

**Scholarships**

**Partnerships**

Home / Admissions / Admissions Requirements

## Medical School Admissions Requirements

The Admissions Committee of the faculty gives serious consideration to all candidates showing the potential to meet the rigorous academic requirements of a highly structured curriculum. To be considered for admission to Ross University, our Admissions Committee will look at a variety of factors in determining suitability for our program including:



- Undergraduate cumulative GPA
- GPA in required pre-medical course work
- Performance in advanced biology and chemistry courses
- Competitiveness of undergraduate school and curriculum
- Graduate work and records
- MCAT scores
- Personal essay
- Pre-med committee evaluations
- Letters of recommendation from academic and/or professional references
- Extracurricular activities and accomplishments
- Work history and professional or volunteer experiences
- Personal qualities
- Personal interview

Applicants who have completed their undergraduate studies in countries having an educational system different from that of the United States or Canada will be evaluated on their merits but will be expected to have completed a pre-medical curriculum comparable to that described above.

### The Personal Interview

Ross University strongly believes in the value of a personal interview with prospective students. Applicants whose credentials are judged to be indicative of the potential for successful completion of the prescribed medical school curriculum will be invited for an interview, generally within two to four weeks after initial application materials have been received. The interview helps assess your overall personal and academic background, maturity, adaptability, character, aptitude, and most importantly, your motivation to become a doctor; however, applicants are advised that being granted an interview is not a guarantee of acceptance, though it does play a significant part in the decision by the Admissions Committee.

### MCAT

Ross University requires all scores for the Medical College Admission Test (MCAT) to be submitted by the applicant prior to the interview. Ross University's MCAT institutional code number is 906. To learn more about the MCAT, visit www.aamc.org/students/mcat/. Inquiries concerning application, test dates, and locations for the MCAT should be directed to:

Medical College Admission Test Registration
The American College Testing Program
PO Box 4056
Iowa City, IA 52243
319-337-1357

### Pre-requisites

Ross University requires at least 90 credits of college work, but strongly recommends that the applicant complete four years in a liberal arts college before entering medical school. Pre-requisite courses cannot be more than 10 years old. The coursework should include the following prerequisite courses:

**Inorganic or General Chemistry**
Two semesters of Inorganic or General Chemistry (eight semester hours) with laboratories

**Organic Chemistry**
Two semesters of Organic Chemistry (eight semester hours) with laboratories

**General Biology or Zoology**
Two semesters of Biology or Zoology (eight semester hours) with

Web Page 2

### Physics
Two semesters of Physics (eight semester hours) with laboratories

### Mathematics
(College-level, preferably to include Calculus or Statistics)
One semester of Mathematics (three semester hours)

### English
Two semesters of English (six semester hours)
Canadian students may satisfy the English requirements using 2 semesters of University humanities where essays composed at least 40% of the overall mark, those holding a grade 13 English credit in Ontario, International Baccalaureate English and Advanced Placement English.

### Application Checklist
All letters of recommendation and transcripts must be mailed to Ross University, Office of Admissions, 630 US Highway 1, North Brunswick, NJ 08902-3311. A complete application consists of the following documents:

* A completed Ross University School of Medicine application.

* Official transcript(s) from each college and/or professional school attended (transcripts must include the required minimum of 90 credits, and all prerequisite courses must be either completed or in progress). Degree-granting transcripts must contain a graduation date.

* Two official letters of recommendation, which become the property of Ross University: One academic letter from a pre-medical professor acquainted with the applicant's academic ability or a recommendation from a college pre-health advisory committee; one from a physician acquainted with the applicant's health care work experience, if applicable. All letters must be on proper letterhead with contact information included, and sent directly from the recommender to the Ross University Admissions Office.

* Medical College Admission Test (MCAT) scores.

* Official report of scores from the TOEFL, if applicable.

* A passport sized-photo (optional).

* $100.00 USD application fee (non-refundable).

### Notification
Persons whose applications are incomplete, or whose qualifications are not acceptable, will be so notified. The Admissions Committee's decision is communicated by letter to the applicant after the interview.

### Application Deadline
Since we operate under rolling admissions, there are no application deadlines. We continue to accept applications for each semester until all seats are filled. In the event that all seats are filled before an applicant receives a decision, the application is automatically considered for the next available semester.

### Policy on Non-discrimination
The University does not discriminate on the basis of race, color, national origin, gender, religion, disability, or age in admission to, access to, treatment in, or employment in its programs and activities. It is the policy and practice of the University to comply with the Americans with Disabilities Act as applicable and practical in Dominica. No qualified individual with a disability will be denied access to or participation in services, programs, or activities of Ross University.



ROSS UNIVERSITY SCHOOL OF MEDICINE
P.O. Box 266, Roseau, Commonwealth of Dominica, West Indies
Tel: 767.445.5355 | Fax: 767.445.5383

**School of Medicine**
Curriculum
Academic Catalog
Accreditation
Clinical Affiliations
Life on Dominica

**Admissions**
Apply
Information Seminar
Request Viewbook
Tuition and Fees
Financial Aid
Admissions Criteria

**Students**
Academic Calendar
Student Handbook
Housing
MyRoss Login
Student Services
Library
Ross Book Store
Ross Online Store

**Contact Information**
Toll Free: 855-MD-ROSSU
Email: Admissions@RossU.edu

Office Address: 630 US Highway 1
North Brunswick, New Jersey 08902

Contact Ross
Careers at Ross
Site Map

Terms of Service | Privacy Statement

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
## Washington, D.C. 20549

# Form 10-K

(Mark One)

☑

## ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

**For the fiscal year ended: June 30, 2012**

**OR**

☐

## TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

**For the transition period from          to**

**Commission file number: 1-13988**

# DeVry Inc.

*(Exact name of registrant as specified in its charter)*

| | |
|---|---|
| **DELAWARE** | **36-3150143** |
| *(State or other jurisdiction of incorporation or organization)* | *(I.R.S. Employer Identification No.)* |
| **3005 HIGHLAND PARKWAY DOWNERS GROVE, ILLINOIS** | **60515** |
| *(Address of principal executive offices)* | *(Zip Code)* |

**Registrant's telephone number; including area code:**
**(630) 515-7700**

**Securities registered pursuant to section 12(b) of the Act:**

| **Title of Each Class** | **Name of Each Exchange on Which Registered:** |
|---|---|
| Common Stock $0.01 Par Value | NYSE, CSE |
| Common Stock Purchase Rights | NYSE |

**Securities registered pursuant to Section 12(g) of the Act:**
**None**

Indicate by check mark if the Registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☑   No ☐

Indicate by check mark if the Registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐   No ☑

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☑   No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☑   No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☑      Accelerated filer ☐

Non-accelerated filer ☐ (Do not check if a smaller reporting company)      Smaller reporting company ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐   No ☑

State the aggregate market value of the voting and non-voting common equity held by nonaffiliates computed by reference to the price at which the common equity was last sold, or the average bid and asked price of such common equity, as of the last business day of the Registrant's most recently completed second fiscal quarter. Shares of common stock held directly or controlled by each director and executive officer have been excluded.
December 31, 2011 - $2,600,610,356

Indicate the number of shares outstanding of each of the registrant's classes of common stock, as of the latest practicable date.
August 24, 2012 — 64,123,380 shares of Common Stock, $0.01 par value

## DOCUMENTS INCORPORATED BY REFERENCE

Certain portions of the Registrant's definitive Proxy Statement for the Annual Meeting of Stockholders to be held on November 7, 2012, are incorporated into Part III of this Form 10-K to the extent stated herein.

**Exhibit P-38**

today: the development of today's knowledge-based economy; the rapid pace of technological change in the workplace; the emergence of e-learning tools that make continuing education more feasible; and a growing recognition of the importance of lifelong learning.

The NCES estimates that in 2011 approximately 41.7% of all college students were at least 25 years old. More than half of DeVry University's undergraduate students are at least 25 years old. Projections indicate that the percentage of this age group attending college will remain above 40% until 2020. The Bureau of Labor Statistics projects that through 2010, job categories requiring at least some postsecondary education (primarily bachelor's and associate degrees) will grow nearly twice as fast as those not requiring such education.

Another strong motivation for students considering a postsecondary education is the prospective income premium. According to the U.S. Census Bureau, in 2009 (the most recent date for which data are available), the average income of U.S. employees with a bachelor's degree was approximately $56,665 which was nearly 85% higher than the average for those with only a high school education. The wage gap is even larger for those with graduate degrees.

While the overall postsecondary student population continues to expand, DeVry University is experiencing declining enrollments. Management believes the decreases in enrollments are driven primarily by the negative impact on student decision making of the prolonged economic downturn and persistent unemployment, resulting in a reduction of interest from potential students. In addition, management believes a short-term distraction of DeVry University employees associated with the implementation of new regulations in July 2011, along with heightened competition also is contributing to the decreases in enrollments.

DeVry University's student body is diverse and many come from lower income families, or are the first in their family to attend college. Some DeVry University campuses rank near the top of the list of institutions in the number of degrees granted to minority students in the fields of computer and information science, business, and all academic disciplines combined.

Demographic information based on DeVry University's fall term enrollments follows.

| Total Population | Fall 2010 | Fall 2011 |
|---|---|---|
| Undergraduate | 77.4% | 74.5% |
| Graduate | 22.6% | 25.5% |

| Age | Fall 2010 | Fall 2011 |
|---|---|---|
| 24 and Under | 25.4% | 23.1% |
| 25 - 39 | 53.4% | 54.2% |
| 40 and Over | 21.1% | 22.7% |

| Gender | Fall 2010 | Fall 2011 |
|---|---|---|
| Male | 54.0% | 53.0% |
| Female | 46.0% | 47.0% |

| Race/Ethnicity | Fall 2010 | Fall 2011 |
|---|---|---|
| White | 41.1% | 38.5% |
| Black or African American | 29.6% | 26.9% |
| Hispanic (of any race) | 14.4% | 14.2% |
| Asian | 4.9% | 4.7% |
| American Indian or Alaska Native | 0.6% | 0.5% |
| Non-resident Alien | 1.3% | 1.8% |
| Two or More Races | 1.4% | 1.4% |
| Native Hawaiian or Other Pacific Islander | 0.6% | 0.6% |
| Race/Ethnicity Unknown | 6.1% | 11.4% |

## MEDICAL AND HEALTHCARE

DeVry's Medical and Healthcare segment includes DeVry Medical International, Chamberlain College of Nursing, and Carrington Colleges Group. Under the leadership of the president of DeVry's Medical and Healthcare Group, a management team works with each of the institutions in this segment.

## *DeVry Medical International*

DeVry Medical International operates three institutions:
- Ross University School of Medicine confers the Doctor of Medicine (M.D.) degree;
- Ross University School of Veterinary Medicine confers the Doctor of Veterinary Medicine (D.V.M.) degree; and
- American University of the Caribbean School of Medicine confers the Doctor of Medicine (M.D.) degree.

Together, the three schools had 5,944 students enrolled in the May 2012 semester.

### *Ross University School of Medicine*

Since 1978, Ross University School of Medicine has been providing high quality medical education to prospective physicians. Ross University School of Medicine has graduated over 9,200 physicians during its three decades of service, and these graduates practice medicine in the US, Canada and Puerto Rico. The mission of Ross University School of Medicine is to prepare highly dedicated students to become effective, successful physicians. Ross University School of Medicine accomplishes this by focusing on imparting the knowledge, skills, and values required for its students to establish a successful and satisfying career as a physician.

Ross medical students complete a four-semester (approximately 16 months) Foundations of Medicine curriculum in modern classrooms and laboratories at a campus located in Dominica. The four semesters are followed by a one-semester course entitled Advanced Introduction to Clinical Medicine at the Dominica campus, the Ross clinical location in Miami or at an affiliated hospital facility in Saginaw, Michigan. After students successfully complete Step 1 of the U.S. Medical Licensing Examination™, which assesses whether medical school students understand and can apply scientific concepts that are basic to the practice of medicine, they complete the remainder of the 10-semester program by participating in clinical rotations under Ross University direction, and conducted at 75 affiliated teaching hospitals or medical centers affiliated with accredited medical education programs in the United States.

Ross' medical educational program is comparable to the educational programs offered at U.S. medical schools. Ross' program consists of three academic semesters per year — beginning in January, May and September — which allows the medical students to complete their basic science instruction in less time than they would at a U.S. medical school. The program prepares students for general medical practice and provides the foundation for postgraduate specialty training, which is primarily received in the United States.

### *Ross University School of Veterinary Medicine*

Since its founding in 1982, Ross University School of Veterinary Medicine has graduated more than 2,900 veterinarians. The mission of Ross University School of Veterinary Medicine is to prepare highly dedicated students to become effective, successful veterinarians in the United States.

Ross veterinary students complete a seven-semester pre-clinical curriculum in a technologically advanced campus in St. Kitts. This program is structured to provide a veterinary education that is comparable to educational programs at U.S. veterinary schools. After completing their pre-clinical curriculum, Ross veterinary students enter a clinical clerkship lasting approximately 48 weeks under Ross University direction at one of 22 affiliated U.S. Colleges of Veterinary Medicine. At both the Medical and Veterinary schools, students are introduced to clinical experiences and clinical skills early in their respective curriculums.

### *American University of the Caribbean School of Medicine*

On August 3, 2011, DeVry acquired the American University of the Caribbean School of Medicine ("AUC") which was founded in 1978. AUC confers the Doctor of Medicine degree and its campus is located in the country of St. Maarten. Over 4,500 graduates have received AUC M.D. degrees and are licensed and practicing medicine throughout the world.

AUC medical students complete a two-year basic sciences program taught at AUC's St. Maarten campus, followed by two years of clinical sciences taught at affiliated hospitals in the United States and England. AUC's educational program is comparable to the educational programs offered at U.S. medical schools.

The acquisition of AUC was consistent with DeVry's growth and diversification strategy, increasing its presence in high quality medical and healthcare education and expanding its academic offerings at the post-baccalaureate level. DeVry was attracted to AUC because of its highly regarded faculty, commitment to academic excellence, and an accomplished network of alumni. In addition, AUC has strong partnerships with residency placement hospitals across the United States.

### *Medical and Healthcare*

#### *DeVry Medical International*

The Ross University School of Medicine and Ross University School of Veterinary Medicine focus their marketing efforts on attracting highly qualified, primarily U.S. and Canadian applicants, with the motivation and requisite academic ability to complete their educational programs and pass the United States Medical Licensing Exam and the North American Veterinary Licensure Examination, respectively. Each institution's marketing effort includes direct e-mail marketing, webinars, visits to undergraduate campuses to meet students and their pre-med/pre-vet advisors, targeted direct mail campaigns, information seminars in 40 major markets throughout the United States, Canada, and Puerto Rico, alumni referrals, a national undergraduate poster campaign, radio advertisements in select markets and print ads in major magazines and newspapers.

Ross University School of Medicine and Ross University School of Veterinary Medicine each employ regional admissions representatives in 12 cities throughout the U.S. and in Ontario, Canada, who seek out and pursue students interested in our two programs. Senior Associate Directors of Admission and Associate Directors of Admission recruit, interview, admit, and enroll all new students to each of our three entering cohorts. The successful applicant must have all prerequisite sciences (with labs), mathematics, and English courses as dictated by the admissions committee of both the medical and veterinary schools. All candidates for admission must interview with an associate director and all admission decisions are made by the admissions committees of the medical and veterinary schools.

AUC focuses its marketing efforts on attracting highly qualified, primarily U.S. applicants, with the motivation and ability to complete their medical programs and pass the applicable licensure examinations. Approximately one-third of AUC's applicants come from referrals, with the remainder primarily from general advertising, including print and Internet media, AUC's website and visits by admissions advisors to U.S. undergraduate institutions. AUC employs admissions advisors who are located at AUC's administrative offices in Coral Gables, Florida and remotely throughout the United States and Toronto, Canada.

#### *Chamberlain College of Nursing*

Chamberlain utilizes varied marketing approaches to generate interest from potential students. Chamberlain recruiters visit Arizona, Illinois, Indiana, Missouri, Ohio, Florida, Texas, Georgia and Washington, D.C. metro area high schools, employ targeted direct mail, cultivate alumni referrals and participate in information seminars and career fairs. Chamberlain holds open house events to attract local prospective students, and advertises on the Internet, in healthcare career publications, in newspapers, and on the radio. Chamberlain's extensive informational website generates nearly one-third of all prospective student applications.

Chamberlain employs regional admissions representatives who arrange for student interviews and campus tours. Admission requirements include a high school diploma or GED; minimum cumulative grade point average requirements vary depending upon the program. Applicants to the pre-licensure programs must pass the Chamberlain standard pre-admission exam to be eligible for admission. Admissions decisions are made by an admissions committee.

#### *Carrington College and Carrington College California*

Carrington College and Carrington College California each utilize varied marketing approaches to generate interest from potential students. Admissions advisors visit high schools in Arizona, California, New Mexico, Nevada, Oregon, Washington and Idaho. Each institution also conducts local advertising campaigns using broadcast media, print media, targeted direct mail and the internet. In addition, each institution holds open house events for local prospective students, cultivates alumni referrals, and participates in information seminars and career fairs.

#### *Becker Professional Education*

Becker Professional Education markets its courses directly to potential students and to selected employers, primarily the large global, national and regional public accounting firms. Alumni referrals, direct mail, print advertising, e-mail, digital and social media advertising and a network of student representatives at colleges and universities across the country also generate new students for Becker's review courses. The Becker web-site is another source of information for interested applicants.

Becker Professional Education has relationships with more than 2,000 public accounting firms, corporations, government agencies and universities. Becker delivers its CPA review courses on about 100 college campuses, recruiting students attending those institutions. Becker also is the preferred provider of CPA review for most of the country's largest public accounting firms, partnering with 99 of the top 100 public accounting firms, including each of the Big 4 Firms.



**PRESS FIRMLY TO SEAL**

U.S. POSTAGE
PAID
BOWIE, MD
20716
AUG 15 18
AMOUNT
$24.90
R2304M116083-08

1007    33128

---

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE (      )

Olucourniyms Atos y     BOWIE MD 20716

1505 Dehli 05,

Syscono, MD 20721     AUG 15 2018

**PAYMENT BY ACCOUNT (if applicable)**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13L © U.S. Postal Service; July 2015; All rights reserved.

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE (      )

Wilkie D. Ferguson, Jr. Courthouse

400 North Miami Avenue plain BNUt

Miami, FL 33128

ZIP + 4® (U.S. ADDRESSES ONLY)

3  3  1  2  8

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☐ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|
| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage | |
| | | $ | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON | Insurance Fee $ | COD Fee $ |
| Time Accepted ☐ AM ☐ PM | 10:30 AM Delivery Fee $ | Return Receipt Fee $ | Live Animal Transportation Fee $ |
| Weight ☐ Flat Rate | Sunday/Holiday Premium Fee $ | Total Postage & Fees | |
| lbs.     ozs. | Acceptance Employee Initials | $ | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
|---|---|---|
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, SEPTEMBER 2015    PSN 7690-02-000-9996    **3-ADDRESSEE COPY**

EL369471532US

EL369471532US

 

**UNITED STATES POSTAL SERVICE**®

**PRIORITY MAIL ★ EXPRESS™**

---

**ORDER FREE SUPPLIES ONLINE**

POSTAL SERVICE.

United States District Court
Southern District of Florida

Case Number: _18-CV-60482_

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to the supplemental paper "court file" in the division where the Judge is chambered. These attachments must <u>not</u> be placed in the "chron file".

☐ NOT SCANNED

   ☐ Due to Poor Quality

   ☐ Bound Extradition Papers

   ☐ Photographs

   ☐ Surety Bond (Original <u>or</u> Letter of Understanding)

   ☐ CD or DVD (Court Order <u>or</u> Trial Purposes only)

   ☐ Other:_____

☒ SCANNED

   ☒ But Poor Quality

   ☐ Habeas Cases (State Court Record/Transcript)

Date: _8/16/18_