

UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| OLUWAMUYIWA AWODIYA, | ) | Case No.   0:18-cv-60482-KMM |
| *Plaintiff,* | ) | |
| -v- | ) | Hon. Chief Judge: K. Michael Moore |
| | ) | Magistrate Judge: Barry S. Seltzer |
| ROSS UNIVERSITY SCHOOL OF MEDICINE, SCHOOL OF VETERINARY MEDICINE LIMITED | ) | |
| *Defendant.* | ) | |

**DECLARATION OF OLUWAMUYIWA AWODIYA IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR RELIEF UNDER RULE 56(d) OF THE FEDERAL RULES OF CIVIL PROCEDURE OR, ALTERNATIVELY, MOTION FOR EXTENSION OF TIME TO RESPOND TO SUMMARY JUDGMENT**

1. I, Oluwamuyiwa Awodiya, am the plaintiff in this case. I make this declaration from my personal knowledge of the facts stated herein. I am over 18 and competent to testify to the matters set forth herein in a court of law.

2. Ross University School of Medicine, School of Veterinary Medicine Limited's ("RUSM" or "Defendant") counsel and I conferred pursuant to Fed. R. Civ. P. 26(f) on May 3, 2018.

3. RUSM and I have exchanged initial disclosures.

4. I have served RUSM with four separate sets of discovery requests.

5. I served my first discovery request on RUSM on May 11, 2018.

6. I served my second discovery request on RUSM on June 6, 2018.

7. I served my third discovery request on RUSM on June 13, 2018.

8. I served my fourth discovery request on RUSM on July 9, 2018.

1

9. As a result of my discovery request, RUSM has produced over 500 pages of documents and responded to a total of 77 requests for admission.

10. On August 23, 2018, RUSM served me its first discovery requests. Six minutes later, RUSM served me with its Motion for Relief Under Rule 56(d) of the Federal Rules of Civil Procedure or, Alternatively, Motion for Extension of Time to Respond to Summary Judgment [ECF No. 63]. Copies of RUSM's service of its first discovery request and service of its Motion for Relief Under Rule 56(d) are attached hereto as Exhibit 01 and Exhibit 02, respectively.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 26th day of August, 2018:    Respectfully submitted,

By: Oluwamuyiwa Awodiya, *pro se* litigant
15005 Dahlia Dr.
Bowie, MD 20721
(240) 602-1836
Plaintiff, in Proper Person

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 26th day of August, 2018, I have caused a true and correct copy of the DECLARATION OF OLUWAMUYIWA AWODIYA IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR RELIEF UNDER RULE 56(d) OF THE FEDERAL RULES OF CIVIL PROCEDURE OR, ALTERNATIVELY, MOTION FOR EXTENSION OF TIME TO RESPOND TO SUMMARY JUDGMENT by delivering a copy to the Court, where the Court's CM/ECF system will send notification to the following:

>Ryan Roman
>Akerman Senterfitt
>Suntrust International Center
>1 SE 3rd Avenue
>25th Floor
>Miami, FL 33131-1714
>305-374-5600
>Fax: 305-374-5095
>Email: ryan.roman@akerman.com

_____
By: Oluwamuyiwa Awodiya, *pro se* litigant

**From:** ryan.roman@akerman.com
**Sent:** Thursday, August 23, 2018 4:33 PM
**To:** drmuyiwa.a@gmail.com
**Cc:** michael.marsh@akerman.com; octavia.green@akerman.com
**Subject:** SERVICE OF COURT DOCUMENTS: Awodiya v. Ross University School ofMedicine, School of Veterinary Medicine Limited, Case No.0:18-cv-60482-MOORE/SELTZER

Muyiwa,

Attached please find a service copy of:

- Defendant's First Request for Production of Documents to Plaintiff; and
- Defendant's First Set of Interrogatories to Plaintiff

Thank you,

--Ryan

**Ryan Roman**
Partner
Akerman LLP | 98 Southeast Seventh Street, Suite 1100 | Miami, FL 33131
D: 305.982.5543
ryan.roman@akerman.com

vCard | Profile

# akerman

700+ Lawyers
24 Offices
akerman.com

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**Exhibit 01**

From: cmecfautosender@flsd.uscourts.gov
Sent: Thursday, August 23, 2018 4:39 PM
To: flsd_cmecf_notice@flsd.uscourts.gov
Subject: Activity in Case 0:18-cv-60482-KMM Awodiya v. Ross University Schoolof Medicine Motion for Miscellaneous Relief

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

                              U.S. District Court

                           Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered by Roman, Ryan on 8/23/2018 at 4:38 PM EDT and filed on 8/23/2018
**Case Name:**        Awodiya v. Ross University School of Medicine
**Case Number:**      0:18-cv-60482-KMM
**Filer:**            Ross University School of Medicine
**Document Number:** 63

**Docket Text:**
**Defendant's MOTION for Relief Under Rule 56(d) of the Federal Rules of Civil Procedure or, Alternatively, Motion for Extension of Time to Respond to Summary Judgment re [61] MOTION for Partial Summary Judgment , MOTION for Extension of Time to File Response/Reply/Answer by Ross University School of Medicine. (Attachments: # (1) Affidavit (Declaration of Ryan Roman in Support of Defendant's Motion), # (2) Exhibit A to Declaration (First Request for Production of Documents), # (3) Exhibit B (First Set of Interrogatories))(Roman, Ryan)**

**0:18-cv-60482-KMM Notice has been electronically mailed to:**

Brian M. Stolzenbach    bstolzenbach@seyfarth.com

Christina Meddin    cmeddin@seyfarth.com, ATLLE-Docket@seyfarth.com, bstolzenbach@seyfarth.com, fwolf@seyfarth.com

**Exhibit 02**

Oluwamuyiwa Awodiya    DRmuyiwa.a@gmail.com

Ryan Roman    ryan.roman@akerman.com, dorothy.matheis@akerman.com

**0:18-cv-60482-KMM Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=8/23/2018] [FileNumber=17914731-
0] [9dee46f3218aed9484375669bdea827a2a64776d34b12b1d3a888a9dbf46b0ebe0
b595350964c331917d4d309d1c7cf9db265927024e32eb7e1fd36b34c03480]]
**Document description:** Affidavit (Declaration of Ryan Roman in Support of Defendant's Motion)
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=8/23/2018] [FileNumber=17914731-
1] [4aad94a039204979d9fdada40366a7875746abf6fa9d83e85b2987c8d24059d931
1cf23819c9973d3a17c62ab0937153e16440f39eb76127e15943e6bbfd2465]]
**Document description:** Exhibit A to Declaration (First Request for Production of Documents)
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=8/23/2018] [FileNumber=17914731-
2] [9466a8a2ac7dd44f434fb9937542aab1e69fb30e2b23cf53c8412ae893ddd51f07
4850d93ce8935bd78768425fc6e6ea8bdbb3f6b5f9403462fa526f3c22b704]]
**Document description:** Exhibit B (First Set of Interrogatories)
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=8/23/2018] [FileNumber=17914731-
3] [6adb7f88fbe4f359e239d5ef485645530af0a2fc35d729b88d2916b787793bf064
c004b112e58d29a7136c4463da6f68c4fbfb4764472bc2e15f246440c33230]]