

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| OLUWAMUYIWA AWODIYA,<br>*Plaintiff,*<br><br>-v-<br><br>ROSS UNIVERSITY SCHOOL OF MEDICINE, SCHOOL OF VETERINARY MEDICINE LIMITED<br>*Defendant.* | Case No.  0:18-cv-60482-KMM<br><br>Hon. Chief Judge: K. Michael Moore<br>Magistrate Judge: Barry S. Seltzer |

## DECLARATION OF OLUWAMUYIWA AWODIYA IN SUPPORT

## OF PLAINTIFF'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS

1.   I, Oluwamuyiwa Awodiya, am the plaintiff in this case. I make this declaration from my personal knowledge of the facts stated herein. I am over 18 and competent to testify to the matters set forth herein in a court of law.

2.   Attached as Exhibit A are true and correct copies of excerpts of the updated 2016 version of the Ross University School of Medicine Academic Catalog 2015-2016, VOL. 7 that was published in May 2016.

3.   Attached as Exhibit B are true and correct copies of excerpts of the March 1, 2016 RUSM Student Handbook.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 4th day of September, 2018:                          Respectfully submitted,

                                                             By: Oluwamuyiwa Awodiya, *pro se* litigant
                                                                                   15005 Dahlia Dr.
                                                                                        Bowie, MD 20721
                                                                                          (240) 602-1836
                                                                         Plaintiff, in Proper Person

## CERTIFICATE OF SERVICE

I do hereby certify that on this 4th day of September, 2018, I have caused a true and correct copy of the DECLARATION OF OLUWAMUYIWA AWODIYA IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS by delivering a copy to the Court, where the Court's CM/ECF system will send notification to the following:

                       Ryan Roman
                       Akerman Senterfitt
                       Suntrust International Center
                       1 SE 3rd Avenue
                       25th Floor
                       Miami, FL 33131-1714
                       305-374-5600
                       Fax: 305-374-5095
                       Email: ryan.roman@akerman.com

                                                                 By: Oluwamuyiwa Awodiya, *pro se* litigant



# ROSS UNIVERSITY
## SCHOOL OF MEDICINE

**ROSS UNIVERSITY SCHOOL OF MEDICINE**
**ACADEMIC CATALOG**
**2015-2016, VOL. 7**



Exhibit A

i

## CONTACT INFORMATION

**Administrative Offices (Miramar):**
2300 SW 145th Ave.
Miramar, FL 33027
Telephone: 954-885-3700

**Dominica Address:**
Ross University School of Medicine
PO Box 266
Roseau, Commonwealth of Dominica, West Indies

**Shared Services and Office of Student Finance**
485 US Hwy 1 South
Building B, 4th Floor
Iselin, New Jersey 08830
Telephone: 732-509-3051
Toll-free telephone: 1-877-ROSS-EDU (877-767-7338)
On the Web: RossU.edu

**Address applications to:**
Ross University School of Medicine
Office of Admissions
485 US Hwy 1 South
Building B, 4th Floor
Iselin, New Jersey 08830
Fax: 732-509-4803
Email: Admissions@RossU.edu

Disclaimer:
This catalog supersedes all previous editions and is in effect until a subsequent version is published either in print or online. All information in this catalog is current at the time of printing. Statements regarding tuition and fees, curriculum, course offerings, admissions, and graduation requirements are subject to change at any time and are applicable to all enrolled students unless otherwise stated. The online version of this catalog, found at RossU.edu, is the most current and accurate representation of Ross University School of Medicine's programs and policies. It is updated frequently to provide the most current information.
Date of Issue: September 1, 2015.

Ross University School of Medicine (RUSM) admits academically qualified students without regard to race, color, national origin, gender, religion, disability, or age and affords students all rights, privileges, programs, and activities generally made available to students at RUSM. It does not discriminate on the basis of race, color, national origin, gender, religion, disability, sexual orientation, age, political affiliation or belief in administration of its educational programs and other RUSM administered policies, or employment policies.

DeVry Education Group is the parent company of Ross University School of Medicine. *DeVry Education Group is a for-profit corporation registered with the FL Department of State to do business in Florida as Ross University School of Medicine.*

© 2016 Ross University School of Medicine. All rights reserved.

# GENERAL INFORMATION

**Foreword**

Students must be familiar with the policies and procedures of RUSM as stated in this catalog and the RUSM *Student Handbook*.

The contents of this catalog represent the most current information available at the time of publication. However, during the period of time covered by this catalog, it is reasonable to expect changes to be made without prior notice. The online version, found at RossU.edu, is the most current and accurate representation of RUSM's academic catalog. It is updated frequently to give you the most current information, and students are responsible for reviewing the changes.

RUSM reserves the right to change, modify or alter, without notice, all fees, charges, tuition expenses and costs of any kind. RUSM further reserves the right to add, modify or delete, without notice, any course offering or information contained in this catalog. Class and exam schedules published each semester will indicate additions or other changes.

Following a student's entry into the program, the curriculum may undergo modification(s). Students are held responsible for degree requirements in effect at the time of enrollment, plus any changes made during the student's progress toward the degree as long as such changes do not delay graduation.

This catalog describes the educational program and activities available at RUSM. RUSM makes no claims that enrolling in a particular class or following the course curriculum will produce a specific achievement, employment, qualification for employment, admission to postgraduate degree programs or licensure. It is understood that the ultimate responsibility for complying with degree requirements rests with the student. This publication is issued by RUSM as authorized and approved by the Dean and Chancellor.

**Introduction and Overview**

RUSM is devoted to the education of medical professionals. Founded in 1978, RUSM is located in Dominica, West Indies, offers clinical rotations in teaching hospitals across the United States, Canada and United Kingdom and is supported by administrative offices located in Miramar, FL and Iselin, NJ.

RUSM offers a Doctor of Medicine (MD) degree program and has graduated more than 11,000 physicians during its 37-year history. Graduates are eligible for licensure in all 50 States, Canada and Puerto Rico after the successful completion of the requisite licensing examinations.

The Foundations of Medicine curriculum, conducted in Dominica, consists of a minimum of 64 credits of specifically prescribed coursework. All Foundations of Medicine coursework must be satisfactorily completed at the RUSM campus in Dominica.

At the end of the Foundations of Medicine curriculum, students are required to take the National Board of Medical Examiners (NBME) Comprehensive Basic Sciences examination (CBSE). Students receiving a score of 66 or higher on the CBSE are certified to take the USMLE Step 1. Students who do not pass the CBSE are given two subsequent opportunities to take and pass the CBSE in order to certify for the USMLE Step 1.

1

Case 0:18-cv-60482-RKA   Document 67-1   Entered on FLSD Docket 09/05/2018   Page 6 of 7



# ROSS UNIVERSITY
## SCHOOL OF MEDICINE

*STUDENT HANDBOOK*

**2015 – 2016**

**March 1, 2016**

© 2016 Ross University School of Medicine. All rights reserved.



Exhibit B

37

Second Appeal: In cases of procedural irregularity, inappropriate decisions, or where additional data has become available that was not considered by the Student Promotions Committee – Foundations of Medicine Subcommittee, a final appeal may be made to the Dean of RUSM. Academic Dismissal Appeal form and letter must be emailed to the Dean at PromotionAppeals@Rossu.edu and the Office of the Registrar (Registrar@RossU.edu) within 15 calendar days of the date on the decision letter from the Student Promotions Committee – Foundations of Medicine Subcommittee and specifically address the rationale for the appeal. The Dean will respond within 15 calendar days of receipt of the appeal. The Dean's decision is final.

A student who successfully appeals a dismissal decision will be reinstated for the semester subsequent to the semester in which the decision regarding the appeal is made. For example, a student who is dismissed at the end of the September 2015 term, and is allowed to return, would be on inactive status for the January 2016 term and then resume his/her studies during the May 2016 term if his/her appeal is granted.

For a student who successfully appealed a dismissal for failure to pass the NBME CBSE will be notified of the conditions of reinstatement and provided a deadline to sit for the exam. Requests to change the conditions of the reinstatement are not granted, including an extension to sit for the exam. Students who are unable to meet the condition of their reinstatement have the option to withdraw. Failure to meet the condition of the reinstatement will result in a dismissal from RUSM.

**Appeals Process for Academic Dismissal: Clinical Sciences**
First Appeal: Any student dismissed from the Clinical Science curriculum may appeal the dismissal to the Student Promotions Committee – Clinical Sciences Subcommittee. Academic Dismissal Appeal form and letter should be emailed PromotionAppeals@RossU.edu and the Office of the Registrar (Registrar@RossU.edu) and must be made within 15 calendar days of the date on the dismissal notification letter. The appeal will be heard by the Student Promotions Committee – Clinical Science Subcommittee, which will then make an official decision to uphold or overturn the dismissal.

Second Appeal: In cases of procedural irregularity, inappropriate decisions, or where additional data has become available that was not considered by the Student Promotions Committee – Clinical Sciences Subcommittee, a final appeal may be made to the Dean of RUSM. Academic Dismissal Appeal form and letter must be emailed to the Dean via PromotionAppeals@Rossu.edu and the Office of the Registrar (Registrar@RossU.edu) within 15 calendar days of the date on the decision letter from the Student Promotions Committee – Clinical Sciences Subcommittee and specially address the rationale for the appeal. The Dean will respond within 15 calendar days of receipt of the appeal. The Dean's decision is final.

Academic Dismissal Appeal Form may be found on the student portal.