UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

OLUWAMUYIWA AWODIYA,    CASE NO. 0:18-cv-60482-KMM-BSS

    Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

    Defendant.
_____/

## UNOPPOSED MOTION FOR INSURANCE CLAIMS ADJUSTER TO APPEAR TELEPHONICALLY AT SETTLEMENT CONFERENCE

Defendant Ross University School of Medicine, School of Veterinary Medicine Limited ("RUSM"), by counsel, hereby moves the Court for an Order allowing its insurance claims adjuster to appear by telephone at the Settlement Conference scheduled for Monday, October 1, 2018, at 9:30 a.m., and in support thereof states as follows:

1. The Court entered an Order setting a Settlement Conference with Magistrate Judge Barry Seltzer for Monday, October 1, 2018, at 9:30 a.m. in the United States Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida, Courtroom 110 [ECF No. 60].

2. Pursuant to the Order entered on August 17, 2018, a representative of RUSM, as well as a representative from the party's insurance carrier, with full and final authority to authorize payment to settle the matter is required to be present.

3. A representative of RUSM will be present in person at the Settlement Conference.

4. The claims adjuster in this action is located out of state and has scheduling conflicts that would preclude appearance in person at the Settlement Conference. However, the claims adjuster is available to participate by telephone during the Settlement Conference.

46247705;3

5. No party will be prejudiced by the claims adjuster appearing telephonically.

WHEREFORE, defendant Ross University School of Medicine, School of Veterinary Medicine Limited respectfully requests that the Court enter an Order permitting RUSM's insurance claims adjuster to appear by telephone at the Settlement Conference set for Monday, October 1, 2018, at 9:30 a.m., and further requests that the Court grant such other relief as the Court deems just and proper.

**CERTIFICATE OF CONFERRAL PURSUANT TO LOCAL RULE 7.1(a)(1)(3)**

Undersigned counsel hereby certifies that he conferred with plaintiff Oluwamuyiwa Awodiya and that Mr. Awodiya states that he has no objection to RUSM's insurance claims adjuster appearing by telephone at the Settlement Conference.

Dated: September 7, 2018

Respectfully submitted,

**AKERMAN LLP**
Three Brickell City Centre
98 Southeast Seventh Street
Suite 1100
Miami, Florida 33131
Telephone: (305) 374-5600
Facsimile:  (305) 374-5095

By: *s/Ryan Roman*_____
Michael C. Marsh
Florida Bar No. 0072796
michael.marsh@akerman.com
simone.tobie@akerman.com
Ryan Roman
Florida Bar. No. 0025509
ryan.roman@akerman.com
dorothy.matheis@akerman.com
Octavia M. Green
Florida Bar No. 119179
octavia.green@akerman.com
simone.tobie@akerman.com

46247705;3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on September 7, 2018, a true and correct copy of the foregoing document was served via CM/ECF on:

Oluwamuyiwa Awodiya
15005 Dahlia Drive
Bowie, Maryland 20721
Telephone: (240) 602-1836
E-mail: drmuyiwa.a@gmail.com

*s/Ryan Roman*
Ryan Roman
