UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60482-CIV-MOORE/SELTZER

OLUWAMUYIWA AWODIYA,

    Plaintiff,

vs.

ROSS UNIVERSITY SCHOOL OF MEDICINE,

    Defendant.
_____/

## REPORT ON SETTLEMENT CONFERENCE

**THIS CAUSE** has come before the Court upon the Order of Referral [DE 53] referring the case to the undersigned for a settlement conference. The parties and counsel appeared for settlement conference on October 1, 2018, and despite making a good faith effort to negotiate a settlement, the parties were not able to reach an agreement.

**RESPECTFULLY SUBMITTED** in Chambers, Fort Lauderdale, Florida, this 1st day of October 2018.

BARRY S. SELTZER
United States Magistrate Judge

copies furnished via CM/ECF to:

Hon. K. Michael Moore
Counsel of Record