UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60482-CIV-MOORE/SELTZER

OLUWAMUYIWA AWODIYA,

    Plaintiff,

vs.

ROSS UNIVERSITY SCHOOL OF MEDICINE,

    Defendant.

_____/

## ORDER OF RECUSAL

The undersigned Magistrate Judge, to whom the above-styled case has been assigned hereby recuses himself and refers the case to the Clerk of the Court for reassignment.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 1st day of October 2018.

                BARRY S. SELTZER
                United States Magistrate Judge

In accordance with the Local Rules of the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to the calendar of United States Magistrate Judge _Alicia O. Valle_____.

By Order of this Court this _1st_ day of October 2018.

                Steven M. Larimore, Clerk
                Clerk of Court

Copies furnished counsel
and Hon. K. Michael Moore        By: A. Nobel
via CM/ECF

                _/s/ A. Noble_____
                Deputy Clerk