UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

OLUWAMUYIWA AWODIYA,                    CASE NO. 0:18-cv-60482-KMM-AOV

    Plaintiff,
v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

    Defendant.
_____/

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE**
**EXHIBIT TO MOTION TO COMPEL UNDER SEAL**

Pursuant to Local Rule 5.4(a) of the Local Rules of the United States District Court of the Southern District of Florida, defendant Ross University School of Medicine, School of Veterinary Medicine Limited ("RUSM") respectfully moves the Court for an order granting it permission to file Exhibit H to its Motion to Compel under seal. In support, RUSM states as follows:

**MEMORANDUM OF LAW**

A party seeking to file under seal must: (i) set forth the factual and legal basis for departing from the policy that Court filing be public; (ii) and describe the proposed sealed filing with sufficient particularity without revealing the confidential information. L.R. 5.4(a). "There is no common law right to public access to materials filed in connection with discovery motions." *Procaps S.A. v. Patheon Inc.*, No. 12-24356-CIV, 2013 WL 5928586, at *3 (S.D. Fla. Nov. 1, 2013) (citing *Romero v. Drummond Co., Inc.*, 480 F. 3d 1234, 1245-46 (11th Cir. 2007)). "When balancing the public's common-law right to access judicial records against a party's interest in keeping the information confidential, courts consider, among other factors, whether allowing access would impair court functions or harm legitimate privacy interests, the degree of and

46814674;2

likelihood of injury if made public, the reliability of the information, whether there will be an opportunity to respond to the information, whether the information concerns public officials or public concerns, and the availability of a less onerous alternative to sealing the documents." *Sec. Networks, LLC v. Vision Sec., LLC*, 14-80453-CIV, 2014 WL 12538975, at *1 (S.D. Fla. Apr. 8, 2014).

## I.  DESCRIPTION OF DOCUMENTS TO BE FILED UNDER SEAL AND FACTUAL BASIS FOR SEALING

Defendant seeks to file Exhibit H to Defendant's Motion to Compel under seal. This exhibit contains copies of Plaintiff's medical records that are relevant to determination of the Motion to Compel. Plaintiff has marked these documents as "Confidential." Because Defendant acknowledges that the attached medical records contain sensitive information, Defendant seeks to file them under seal.

## CONCLUSION

WHEREFORE, Defendant respectfully requests that the Court maintains under seal the materials described above for the duration of the lawsuit.

## LOCAL RULE 7.1 CERTIFICATION

The undersigned has conferred with Plaintiff prior to the filing of this motion. Plaintiff has stated that he does not oppose the relief requested herein.

Dated: October 30, 2018

Respectfully submitted,

*/s/Ryan Roman*
MICHAEL C. MARSH
Florida Bar Number:  0072796
Email:  michael.marsh@akerman.com
Secondary:  sharon.luesang@akerman.com
RYAN ROMAN
Florida Bar Number:  0025509
Email:  ryan.roman@akerman.com
Secondary:  dorothy.matheis@akerman.com
OCTAVIA M. GREEN
Florida Bar Number: 119179
Email: octavia.green@akerman.com
Secondary: simone.tobie@akerman.com
AKERMAN LLP
98 SE 7th Street, Suite 1100
Miami, FL 33131
Phone:  (305) 374-5600
Fax:  (305) 374-5095

*Attorneys for Defendant Ross University School of Medicine, School of Veterinary Medicine Limited*

3

46814674;2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 30, 2018 a true and correct copy of the foregoing document was served via CM/ECF on:

Oluwamuyiwa Awodiya
15005 Dahlia Drive
Bowie, Maryland 20721
Telephone: (240) 602-1836
E-mail: drmuyiwa.a@gmail.com

                                                    *s/Ryan Roman*
                                                    Ryan Roman

46814674;2