UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

OLUWAMUYIWA AWODIYA,           CASE NO. 0:18-cv-60482-KMM-AOV

     Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

     Defendant.
_____/

**ORDER GRANTING DEFENDANT'S
<u>UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL</u>**

THIS CAUSE coming before the Court upon the Unopposed Motion For Leave to File Under Seal (the "Motion") filed by defendant Ross University School of Medicine, School of Veterinary Medicine (the "Defendant"), and the Court having reviewed the Motion and being otherwise fully advised in the premises, hereby ORDERS AND ADJUDGES that:

1.     The Motion is GRANTED.

2.     Defendant shall file Exhibit H to its Motion to Compel under seal.

DONE and ORDERED in Chambers in Miami, Florida, this \_\_\_ day of November 2018.

                                       _____
                                       HONORABLE K. MICHAEL MOORE
                                       UNITED STATES DISTRICT COURT JUDGE

Copies to all counsel of record