UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-60482-MOORE/VALLE

OLUWAMUYIWA AWODIYA,

    Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

    Defendant.
_____/

## ORDER SETTING HEARING ON DISCOVERY MOTION

THIS CAUSE is before the Court upon Defendant's Motion to Compel Plaintiff's Production of Documents and Better Responses to Interrogatories (the "Motion"). (ECF No. 76). A hearing on the Motion is tentatively scheduled for **Friday, November 16, 2018 at 10:30 a.m.** in the Fort Lauderdale Division before U.S. Magistrate Judge Alicia O. Valle.

**Discovery Procedures**: Discovery matters before Judge Valle are handled on an expedited briefing schedule and with a shortened page limitation. *See* http://www.flsd.uscourts.gov/content/judge-alicia-o-valle. Thus Plaintiff's Response to the Motion is due by **November 6, 2018**. No reply is necessary. Moreover, the Court does not recognize generalized boilerplate objections. *See, e.g., Adelman v. Boy Scouts of Am.*, 276 F.R.D. 681, 688 (S.D. Fla. 2011) ("[J]udges in this District typically condemn boilerplate objections as legally inadequate or 'meaningless.'"); *Benfatto v. Wachovia Bank, N.A.*, No. 08–CV–60646, 2008 WL 4938418, at *2 (S.D. Fla. Nov. 19, 2008) ("[G]eneralized objections, which purport to object to each and every category of documents, are not recognized by this

Court."). Boilerplate objections may also border on a frivolous response to discovery requests. *Steed v. Everhome Mortg. Co.*, 308 F. App'x 364, 371 (11th Cir. 2009).

**Joint Status Report**: In advance of the hearing, the parties shall also meet and confer in person or telephonically in a good faith effort to resolve the issues in the Motions. By **Friday, November 9, 2018,** the parties shall file a Joint Status Report. The Joint Status Report must set forth the following information for the unresolved discovery issues: (i) the verbatim request; (ii) the verbatim response; (iii) a brief summary of each party's position; and (iv) the result of the parties' meet and confer. The parties may group the discovery requests by issue, as appropriate. This information must be presented in chart form as set forth in **Exhibit 1**. The parties shall file and separately e-mail the Joint Status Report, in Word format, to valle@flsd.uscourts.gov. Upon review of the Joint Status Report, the Court will make a final determination whether to proceed with the scheduled hearing. The parties will be notified of the courtroom location by separate order.

**DONE AND ORDERED** in Chambers, at Fort Lauderdale, Florida, on October 31, 2018.

_____
ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

cc: Chief District Judge K. Michael Moore
    All Counsel of Record

## JOINT STATUS REPORT

| Request No. [ ]: [VERBATIM REQUEST]<br><br>Response:        [VERBATIM RESPONSE] | | |
|---|---|---|
| Movant's Position: | Opponent's Position: | [LEAVE BLANK FOR COURT USE] |

| Request No. [ ]: [VERBATIM REQUEST]<br><br>Response:        [VERBATIM RESPONSE] | | |
|---|---|---|
| Movant's Position: | Opponent's Position: | [LEAVE BLANK FOR COURT USE] |

| Request No. [ ]: [VERBATIM REQUEST]<br><br>Response:        [VERBATIM RESPONSE] | | |
|---|---|---|
| Movant's Position: | Opponent's Position | [LEAVE BLANK FOR COURT USE] |

EXHIBIT 1