UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

OLUWAMUYIWA AWODIYA,                     CASE NO. 0:18-cv-60482-KMM-AOV

     Plaintiff,
v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

     Defendant.
_____/

**JOINT MOTION TO CONTINUE HEARING ON
DEFENDANT'S MOTION TO COMPEL**

Plaintiff Oluwamuyiwa Awodiya and defendant Ross University School of Medicine, School of Veterinary Medicine Limited (together, the "Parties") respectfully request that the Court continue the hearing set for November 16, 2018 [ECF No. 78] until the afternoon of November 21, 2018, if the Court is available at that time.

In support of this joint motion, the Parties state as follows:

    1.  On October 30, 2018, defendant filed its Motion to Compel Plaintiff's Production of Documents and Better Responses to Interrogatories (the "Motion"). [ECF No. 76].

    2.  By Order, the Court set a hearing on Defendant's Motion for November 16, 2018 at 10:30 a.m. [ECF No. 78].

    3.  Counsel for defendant is unavailable on this date. Mr. Roman and Ms. Green are traveling to California for an appellate hearing in the United States Court of Appeal for the Ninth Circuit in a separate matter. Mr. Marsh is currently in trial in Broward County, Florida on a separate matter.

4. The Parties jointly request that the hearing be continued to the afternoon of November 21, 2018, if the Court is available at that time, or some other time when the Court is available.

5. This Motion is made in good faith and is not being made to cause delay.

WHEREFORE, plaintiff Oluwamuyiwa Awodiya and defendant Ross University School of Medicine, School of Veterinary Medicine Limited respectfully request that the Court grant this joint motion, enter an Order continuing the hearing scheduled for November 16, 2018 until the afternoon of November 21, 2018, and grant such other and further relief as the Court deems just and proper.

| | |
|---|---|
| Dated: November 2, 2018 | Respectfully submitted, |
| Oluwamuyiwa Awodiya<br>15005 Dahlia Drive<br>Bowie, Maryland 20721<br>Telephone: (240) 602-1836 | **AKERMAN LLP**<br>Three Brickell City Centre<br>98 Southeast Seventh Street<br>Suite 1100<br>Miami, Florida 33131<br>Telephone: (305) 374-5600<br>Facsimile:  (305) 374-5095 |
| By: *s/ Oluwamuyiwa Awodiya*_____<br>Oluwamuyiwa Awodiya (*pro se*)<br>drmuyiwa.a@gmail.com | By: *s/ Michael C. Marsh*_____<br>Michael C. Marsh<br>Florida Bar No. 0072796<br>michael.marsh@akerman.com<br>simone.tobie@akerman.com<br>Ryan Roman<br>Florida Bar. No. 0025509<br>ryan.roman@akerman.com<br>dorothy.matheis@akerman.com<br>Octavia M. Green<br>Florida Bar No. 119179<br>octavia.green@akerman.com<br>simone.tobie@akerman.com |

46850044;1