# UNITED STATES DISTRICT COURT
для the
Southern District of Florida



FILED by PG D.C.

NOV 19 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

OLUWAMUYIWA AWODIYA,
*Plaintiff,*

-v-

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF
VETERINARY MEDICINE LIMITED
*Defendant.*

Case No.   0:18-cv-60482-KMM

Hon. Chief Judge: K. Michael Moore
Magistrate Judge: Alicia O. Valle

## PLAINTIFF'S SECOND MOTION FOR JUDICIAL NOTICE

Plaintiff Oluwamuyiwa Awodiya ("Plaintiff"), in proper person, hereby files his Second Motion for Judicial Notice ("Motion") pursuant to Fed. R. Evid. 201 and 44 U.S.C. § 1507.

## LEGAL STANDARD

"By statute, '[t]he contents of the Federal Register shall be judicially noticed.'" *Powers v. U.S.*, 996 F.2d 1121, 1126 n.3 (11th Cir. 1993) (quoting 44 U.S.C. § 1507). "Judicial notice must be taken of relevant contents of the Federal Register. This is by statute 44 U.S.C. § 1507. That the courts are allowed to take judicial notice of statutes is unquestionable. Furthermore the statute allows the taking of judicial notice of the regulations." *United States v. Coffman*, 638 F.2d 192, 194 (10th Cir. 1980).

Under Fed. R. Evid. 201(c)(2), courts shall take judicial notice of adjudicative facts if requested by a party and supplied with the necessary information. "The court may judicially notice a fact that is not subject to reasonable dispute because it (1) is generally known within the trial court's territorial jurisdiction or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

1

"Courts may take judicial notice of publicly filed documents…" *United States ex rel. Osheroff v. Humana, Inc.*, 776 F.3d 805, 812 n.4 (11th Cir. 2015) (citing Fed. R. Evid. 201). "[T]he court could take judicial notice of public documents filed … 'for the purpose of determining what statements the documents contain and not to prove the truth of the documents' contents.'" *Waterkeeper v. City of Gulfport*, CASE NO. 8:17-cv-35-T-24 MAP, at *6 (M.D. Fla. May. 1, 2017) (quoting *Bryant v. Avado Brands, Inc.*, 187 F.3d 1271, 1278 (11th Cir. 1999)).

## ARGUMENT

### I. Contents of the Federal Register.

Plaintiff respectfully requests this Court to take judicial notice of (1) the following content in the Federal Register (or its codified regulation):

#### A. All Title IV, HEA program regulations are applicable to participating foreign institutions unless there is a specific provision of inapplicability.

On November 1, 2010, the Department of Education published revised rules and regulations in the Federal Register. *See Federal Register*, 75 FR 67169 (2010). In regard to the "[a]pplicability" of Title IV, HEA program regulations, "[a] foreign institution **must** comply with all requirements for eligible and participating institutions." *Id.* at 67193, https://www.federalregister.gov/d/2010-26796/p-281 (emphasis added). This rule is codified as **34 C.F.R. §§ 600.51(c), 600.51(c)(1).**

The **only** exception to this is when the "HEA or when the Secretary, through publication in the Federal Register, <u>identifies specific provisions</u> as inapplicable to foreign institutions." *Id.* (emphasis added).

### II. Publicly Filed Document.

Plaintiff further respectfully requests this Court to take judicial notice of (2) the publicly filed document and (3) the statements within that document:

### A. Foreign School Program Participation Agreement for Ross University School of Medicine ("RUSM").

RUSM's Foreign School Program Participation Agreement ("PPA") is a public document filed with the U.S. Department of Education. "Records subject to the Freedom of Information Act constitute public records." *Haroun v. U.S. Dep't of Homeland Sec.*, No. 4:16-cv-01511-JAR, at *6 n.2 (E.D. Mo. Jul. 26, 2017). Plaintiff obtained this public document pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552. A copy of Plaintiff's FOIA Request and RUSM's PPA is attached as **Exhibit A and B**, respectively.

### B. Statements the document contains.

In RUSM's PPA, RUSM is referred to as the ("Institution"). Ex. B, at 1. Plaintiff respectfully requests the Court to take judicial notice that RUSM's PPA contains the following statements, first:

> The institution's Program Participation Agreement **extends** only to the institution's main campus location in Portsmouth, **Dominica** and approved clinical training locations.

*Id.* at 2 (emphasis added). Second:

> By entering into this Program Participation Agreement, the Institution agrees that (1) It will comply with all statutory provisions of or applicable to Title IV of the HEA, all applicable regulatory provisions prescribed under that statutory authority, and all applicable special arrangements, agreements, and limitations entered into under the authority of statutes applicable to Title IV of the HEA…

*Id.* at 3. And third:

> The Institution understands and agrees that it is subject to and will comply with the program statutes and implementing regulations as set forth in 34 C.F.R. Part 600 and for each Title IV, HEA program in which it participates …
>
> **The recitation of any portion of the statute or regulations in this Agreement does not limit the Institution's obligation to comply with other applicable statutes and regulations.**

*Id.* at 2-3 (emphasis in original). Within 34 C.F.R. Part 600 is 34 C.F.R. §§ 600.51(c), 600.51(c)(1) as mentioned above. *See* Contents of the Federal Register *supra* p. 2.

### III. Fact that is Not Subject to Reasonable Dispute.

Lastly, Plaintiff further respectfully requests this Court to take judicial notice that (4) RUSM has a Foreign School Program Participation Agreement to participate in a Title IV, HEA program and (5) that RUSM's PPA states that RUSM agreed that its main campus location in Portsmouth, **Dominica** is subject to and will comply with Title IV, HEA statutes and implementing regulations.

### OPPORTUNITY TO BE HEARD

RUSM opposes the relief sought. They will "timely request ... to be heard" pursuant to Fed. R. Evid. 201(e).

### CONCLUSION

Plaintiff Oluwamuyiwa Awodiya respectfully requests that the Court enter an Order taking judicial notice (1) of the content in the Federal Register or 34 C.F.R. §§ 600.51(c), 600.51(c)(1), stating, all Title IV, HEA program regulations are applicable to participating foreign institutions unless there is a specific provision of inapplicability; (2) of RUSM's Foreign School Program Participation Agreement; (3) of the statements contained within RUSM's PPA (not for their truth); (4) that RUSM has a Foreign School Program Participation Agreement to participate in a Title IV, HEA program; (5) that RUSM's PPA states that RUSM agreed that its main campus location in Portsmouth, **Dominica** is subject to and will comply with Title IV, HEA statutes and implementing regulations; and (6) granting Plaintiff such other and further relief as the Court deems just and proper.

DATED this 14th day of November, 2018:

Respectfully submitted,

_____
By: Oluwamuyiwa Awodiya, *pro se* litigant
15005 Dahlia Dr.
Bowie, MD 20721
(240) 602-1836
Plaintiff, in Proper Person

## CERTIFICATE OF SERVICE

I do hereby certify that on this 14th day of November, 2018, I have caused a true and correct copy of the PLAINTIFF'S SECOND MOTION FOR JUDICIAL NOTICE by mailing a copy to the Court, where the Court's CM/ECF system will send notification to the following:

**Ryan Roman**
Akerman Senterfitt
Suntrust International Center
1 SE 3rd Avenue
25th Floor
Miami, FL 33131-1714
305-374-5600
Fax: 305-374-5095
Email:
ryan.roman@akerman.com

**Octavia Monique Green**
Akerman LLP
Three Brickell City Centre
98 Southeast Seventh Street
Suite 1100
Miami, FL 33131
(305) 982-5670
Email:
octavia.green@akerman.com

_____
By: Oluwamuyiwa Awodiya, *pro se* litigant



**PRIORITY MAIL**

PRESS FIRMLY TO SEAL

U.S. POSTAGE PAID
PM 2-Day
BOWIE, MD
20716
NOV 14, 18
AMOUNT
**$6.70**
R2303S103654-03

1006   33128-1801

**PRIC** ★ MAIL ★

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:
Oluwamuyiwa Awodiya
15005 Dahlia Dr.
Bowie, MD 20721

USMS INSPECTED BY

TO:
Wilkie D Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue, Room 8N09
Miami, FL 33128

Label 228, March 2016   FOR DOMESTIC AND INTERNATIONAL USE