**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

OLUWAMUYIWA AWODIYA,   CASE NO. 0:18-cv-60482-KMM-AOV

    Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

    Defendant.
_____/

**NOTICE OF FILING THE PARTIES' PROPOSED STIPULATED**
**PROTECTIVE ORDER GOVERNING DISCOVERY MATERIAL**

    Defendant Ross University School of Medicine, School of Veterinary Medicine Limited ("RUSM"), by counsel, hereby files the parties' proposed Stipulated Protective Orders Governing Discovery Material.

    The Parties were unable to agree on the language in paragraph 8 and paragraph 11 of the Proposed Stipulated Protective Order Governing Discovery Material.  Pursuant to the Court's Order, RUSM have enclosed both proposed Orders hereto for the Court's consideration.  RUSM has conferred with Plaintiff Oluwamuyiwa Awodiya before submission of this Notice.  Plaintiff is requesting a telephonic hearing with the Court.

47102354;1

Dated: November 28, 2018

Respectfully submitted,

**AKERMAN LLP**
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, Florida 33131
Telephone: (305) 374-5600
Facsimile:  (305) 374-5095

By: *s/Michael C. Marsh*
Michael C. Marsh
Florida Bar No. 0072796
michael.marsh@akerman.com
simone.tobie@akerman.com
Ryan Roman
Florida Bar. No. 0025509
ryan.roman@akerman.com
dorothy.matheis@akerman.com
Octavia M. Green
Florida Bar No. 119179
octavia.green@akerman.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on November 28, 2018, a true and correct copy of the foregoing document was served via CM/ECF on:

Oluwamuyiwa Awodiya
15005 Dahlia Drive
Bowie, Maryland 20721
Telephone: (240) 602-1836
E-mail: drmuyiwa.a@gmail.com

*s/Michael C. Marsh*
Michael C. Marsh