UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

OLUWAMUYIWA AWODIYA,   CASE NO. 0:18-cv-60482-KMM-AOV

    Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

    Defendant.
_____/

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND MOTION FOR JUDICIAL NOTICE**

Defendant Ross University School of Medicine, School of Veterinary Medicine Limited ("Ross University" or "Defendant") respectfully requests a brief extension of time, through and including Monday, December 10, 2018 to respond to Plaintiff's Second Motion for Judicial Notice [DE 89] ("Plaintiff's Motion"). Plaintiff does not oppose the requested extension of time.

In support of this unopposed motion for extension of time (the "Motion"), Defendant states as follows:

    1.    Plaintiff's Motion was filed on November 20, 2018.

    2.    Ross University's deadline to respond to Plaintiff's Motion is December 3, 2018.

    3.    Ross University seeks a brief extension of time, through and including December 10, 2018, respond to Plaintiff's Motion. This extension is requested due to the recent press of business, and the Defendant's diligent efforts to complete fact discovery before the December 10, 2018 deadline.

    4.    This request is made in good faith and will not prejudice the parties in any way.

5. Plaintiff states that he does not oppose the extension requested herein.

WHEREFORE, defendant Ross University School of Medicine, School of Veterinary Medicine Limited respectfully requests that the Court grant this unopposed Motion, enter an Order allowing Ross University School of Medicine, School of Veterinary Medicine Limited an extension of time, through and including December 10, 2018, to respond to Plaintiff's Motion, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: November 30, 2018

**AKERMAN LLP**
Three Brickell City Centre
98 Southeast Seventh Street
Suite 1100
Miami, Florida 33131
Telephone: (305) 374-5600
Facsimile: (305) 374-5095

By: *s/ Ryan Roman*
Michael C. Marsh
Florida Bar No. 0072796
michael.marsh@akerman.com
simone.tobie@akerman.com
Ryan Roman
Florida Bar. No. 0025509
ryan.roman@akerman.com
dorothy.matheis@akerman.com
Octavia M. Green
Florida Bar No. 119179
octavia.green@akerman.com
simone.tobie@akerman.com

47138536;1

## CERTIFICATE OF CONFERRAL

The undersigned conferred with plaintiff Oluwamuyiwa Awodiya prior to the filing of this Motion. Plaintiff does not object to the relief being sought.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF on this 30th of November 2018 to:

>Oluwamuyiwa Awodiya
>15005 Dahlia Drive
>Bowie, Maryland 20721
>Telephone: (240) 602-1836
>Email: Drmuyiwa@gmail.com

                                           *s/Ryan Roman*
                                           Ryan Roman