UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

OLUWAMUYIWA AWODIYA,   CASE NO. 0:18-cv-60482-KMM-AOV

    Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

    Defendant.
_____/

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND MOTION FOR JUDICIAL NOTICE**

    The Court, having reviewed the Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Second Motion for Judicial Notice (the "Unopposed Motion") filed by Defendant Ross University School of Medicine, School of Veterinary Medicine Limited ("Ross University" or "Defendant") and finding good cause to grant the Unopposed Motion, hereby orders as follows:

    1.    The Unopposed Motion is Granted.

    2.    Defendant shall have until Monday, December 10, 2018 to respond to Plaintiff's Second Motion for Judicial Notice [DE 89].

    IT IS SO ORDERED this _____ day of _____, 2018.

                                      _____
                                      HONORABLE K. MICHAEL MOORE
                                      UNITED STATES DISTRICT COURT JUDGE

Copies to all parties.