UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

OLUWAMUYIWA AWODIYA,　　　　　　　CASE NO. 0:18-cv-60482-KMM-AOV

　　　　Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

　　　　Defendant.
_____/

**NOTICE OF FILING THE PARTIES' STIPULATED
PROTECTIVE ORDER GOVERNING DISCOVERY MATERIAL**

Defendant Ross University School of Medicine, School of Veterinary Medicine Limited ("RUSM"), by counsel, hereby files the parties' Stipulated Protective Order Governing Discovery Material, a copy of which is attached hereto as Exhibit 1.

Dated: December 3, 2018　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**AKERMAN LLP**
　　　　　　　　　　　　　　　　　　Three Brickell City Centre
　　　　　　　　　　　　　　　　　　98 Southeast Seventh Street, Suite 1100
　　　　　　　　　　　　　　　　　　Miami, Florida 33131
　　　　　　　　　　　　　　　　　　Telephone: (305) 374-5600
　　　　　　　　　　　　　　　　　　Facsimile:  (305) 374-5095

　　　　　　　　　　　　　　　　　　By: *s/Michael C. Marsh*_____
　　　　　　　　　　　　　　　　　　Michael C. Marsh
　　　　　　　　　　　　　　　　　　Florida Bar No. 0072796
　　　　　　　　　　　　　　　　　　michael.marsh@akerman.com
　　　　　　　　　　　　　　　　　　simone.tobie@akerman.com
　　　　　　　　　　　　　　　　　　Ryan Roman
　　　　　　　　　　　　　　　　　　Florida Bar. No. 0025509
　　　　　　　　　　　　　　　　　　ryan.roman@akerman.com
　　　　　　　　　　　　　　　　　　dorothy.matheis@akerman.com
　　　　　　　　　　　　　　　　　　Octavia M. Green
　　　　　　　　　　　　　　　　　　Florida Bar No. 119179
　　　　　　　　　　　　　　　　　　octavia.green@akerman.com

47141350;1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on December 3, 2018, a true and correct copy of the foregoing document was served via CM/ECF on:

Oluwamuyiwa Awodiya
15005 Dahlia Drive
Bowie, Maryland 20721
Telephone: (240) 602-1836
E-mail: drmuyiwa.a@gmail.com

                                            *s/Michael C. Marsh*
                                            Michael C. Marsh

47141350;1