# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

FILED by _PG_ D.C.

DEC 10 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

|  |  |
|---|---|
| OLUWAMUYIWA AWODIYA, <br> *Plaintiff,* <br><br> -v- <br><br> ROSS UNIVERSITY SCHOOL OF MEDICINE, SCHOOL OF VETERINARY MEDICINE LIMITED <br> *Defendant.* | Case No.   0:18-cv-60482-KMM <br><br> Hon. Chief Judge: K. Michael Moore <br> Magistrate Judge: Alicia O. Valle |

## DECLARATION OF OLUWAMUYIWA AWODIYA IN SUPPORT OF

## PLAINTIFF'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT

1.      Pursuant to 28 U.S.C. § 1746, I, Oluwamuyiwa Awodiya, as plaintiff, in proper person, of the above-captioned action, make this declaration in support of Plaintiff's Second Motion for Partial Summary Judgment. I am over 18 years of age and I am competent to testify about the matters discussed herein.

2.      I was a student at Ross University School of Medicine ("RUSM"). I was admitted into RUSM in April, 2014. I started my first semester at RUSM in May 2014.

3.      When I signed the ROI Agreement, I verbally asked Dr. Sharma and Mr. Cuffy to tell RUSM administration that I needed extended testing time for a suspected attention problem that needed to be diagnosed and that I needed an earlier flight home to help me emotionally with failing that semester.

4.      On December 10, 2015, I met with Dr. Bryan Hayse ("Dr. Hayse"). I asked him if I could retake any of the exams because I need more time answering questions. I told Dr. Hayse

1

that I have extreme difficulty paying attention during exams. I also told him that the RUSM

Counseling Center suspected an attention problem that needed to be diagnosed.

5.      Dr. Hayse responded that he could accommodate me for future exams but not for

exams that I had already taken because RUSM does not allow students to retake exams for my

semester.

6.      Dr. Hayse then told me that he would contact Mr. Cuffy so that I could receive

extended testing time for future exams.

7.      I am a U.S. citizen and a resident of Maryland.

8.      While searching for medical schools, I would go to the admissions sections of

their websites to learn about each school.

9.      Before I became a student at RUSM, I had serious concerns about attending a

medical school outside of the United States of America, especially for medical schools that were

located in a less developed nation than the U.S.

10.      I had googled pictures of Dominica and was discouraged about attending RUSM

because the island was substantially more "nature" than what I was used to in the U.S.

11.      A few of my many concerns about Dominica were how I would be treated there,

the safety risks of being on the island, and whether I could continue to use my Federal financial

aid to pay for my tuition.

12.      It was very important for me to be reassured that RUSM faculty would have an

obligation to provide me an opportunity to complete the medical program in any event that I got

hurt, became disabled, or learned of a disability in Dominica.

13.      My thoughts contained everything from less access to healthcare to falling off the

side of a mountain.

14.     Before I decided to enroll at RUSM, I read "It is the policy and practice of the University to comply with the Americans with Disabilities Act as applicable and practical in Dominica" (the "ADA-Statement") in the Admissions Requirements section of its website.

15.     The ADA-Statement about RUSM's ADA compliance was one of the most important factors in my decision to leave the U.S. to become a student at RUSM in Dominica.

16.     I of course thought the ADA-Statement was only applicable to U.S. students, as opposed to non-U.S. students, because of the word "Americans" in "Americans with Disabilities Act." Since I am a U.S. citizen, I believed it would have to be applicable to me.

17.     RUSM never told me that the school believed that the ADA was not applicable to any students in Dominica, even if the students were American citizens.

18.     I didn't know that the ADA had different divisions or parts and that geographical applicability could differ among any parts of the ADA. I don't even know all the laws in my state. Most of the laws that I did know at the time were just common sense because of moral reasons and tv shows.

**EXHIBITS**

19.     A true and correct copy of Dr. Earl John Mauricio's January 5, 2016 email received by Plaintiff is attached as Exhibit SJ-01.

20.     A true and correct copy of McMillan Cuffy's Counseling Note dated 1-18-2016 is attached as Exhibit SJ-02.

21.     A true and correct copy of excerpts from Dr. Earl John Mauricio's medical notes from Plaintiff's medical records are attached as Exhibit SJ-03.

22.     A true and correct copy of excerpts from Denise H. Unterman's medical notes from Plaintiff's medical records are attached as Exhibit SJ-04.

23.     A true and correct copy of Davendra Sharma's Counseling Note dated 3-11-2016 is attached as Exhibit SJ-05.

24.     A true and correct copy of McMillan Cuffy's Counseling Note dated 3-11-2016 is attached as Exhibit SJ-06.

25.     A true and correct copy of the Release of Information Consent Agreement between Plaintiff and the RUSM Counseling Center is attached as Exhibit SJ-07.

26.     A true and correct copy of Defendant's Responses to Plaintiff's Requests for Admission is attached as Exhibit SJ-08.

27.     A true and correct copy of Dr. Bryan Hayse's faculty profile on RUSM's website is attached as Exhibit SJ-09.

28.     A true and correct copy of Davendra Sharma's Counseling Note dated 12-09-2015 is attached as Exhibit SJ-10.

29.     A true and correct copy of McMillan Cuffy's Counseling Note dated 12-10-2015 is attached as Exhibit SJ-11.

30.     A true and correct copy of McMillan Cuffy's Counseling Note dated 12-13-2015 is attached as Exhibit SJ-12.

31.     A true and correct copy of McMillan Cuffy's Counseling Note Dated 1-11-2016 is attached as Exhibit SJ-13.

32.     A true and correct copy of RUSM's Promotions Committee June 1, 2017 letter received by Plaintiff is attached as Exhibit SJ-14.

33.     A true and correct copy of Plaintiff's psychiatrist and psychotherapist's June 12, 2017 email to Dean Owen is attached as Exhibit SJ-15.

34.     A true and correct copy of RUSM's June 13, 2017 email, confirming receipt of Plaintiff's Appeal Letter to Dean Owen, is attached as Exhibit SJ-16.

35.     A true and correct copy of Plaintiff's June 13, 2017 Appeal Letter to Dean Owen is attached as Exhibit SJ-17.

36.     A true and correct copy of Dean Owen's June 29, 2017 letter of his final grievance decision is attached as Exhibit SJ-18.

A true and correct copy of RUSM's Admissions Requirements section of its website on October 31, 2012 is attached as Exhibit SJ-19.

37.     A true and correct copy of excerpts of Adtalem's (formally known as Devry) 2012 Annual Report is attached as Exhibit SJ-20.

38.     A true and correct copy of excerpts of Davendra Sharma's deposition transcript is attached as Exhibit SJ-21.

39.     A true and correct copy of excerpts of Bryan Hayse's deposition transcript is attached as Exhibit SJ-22.

40.     A true and correct copy of excerpts of Matthew Stewart-Fulton's deposition transcript is attached as Exhibit SJ-23.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

EXECUTED ON this 7th day of December, 2018:

Respectfully submitted,

By: Oluwamuyiwa Awodiya, *pro se* litigant
15005 Dahlia Dr.
Bowie, MD 20721
(240) 602-1836

PRIORITY ★ MAIL EXPRESS
OUR FASTEST SERVICE

UNITED STATES POSTAL SERVICE
1007
33128-1801
U.S. POSTAGE PAID
PME 2-Day
BOWIE, MD
20716
DEC 08, 18
AMOUNT
$24.70
R2304M115731-05

EK 557426165US

UNITED STATES POSTAL SERVICE® | PRIORITY ★ MAIL ★ EXPRESS™

WRITE FIRMLY TO MAKE ALL COPIES LEGIBLE.

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE (240) 602-1836
Oluwamuyiwa Awodiya
15005 Dahlia Dr.
Bowie, MD 20721

PAYMENT BY ACCOUNT (if applicable)

DELIVERY OPTIONS (Customer Use Only)
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue, Room 8N09
Miami, FL 33128

ZIP + 4® (U.S. ADDRESSES ONLY)
33128-

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☐ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|
| PO ZIP Code: 20716 | Scheduled Delivery Date (MM/DD/YY): 12/10/18 | Postage: $ 24.70 | |
| Date Accepted (MM/DD/YY): 12/8/18 | Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON | Insurance Fee | COD Fee $ |
| Time Accepted: 10:17 ☐ AM ☐ PM | 10:30 AM Delivery Fee $ | Return Receipt Fee | Live Animal Transportation Fee $ |
| Weight: 1 lbs. 19.60 ozs. ☐ Flat Rate | Sunday/Holiday Premium Fee $ | Total Postage & Fees $ 24.70 | |
| | Acceptance Employee Initials | | |

USMS INSPECTED
RV

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| | ☐ AM ☐ PM | |

LABEL 11-B, JANUARY 2014 PSN 7690-02-000-9996 3-ADDRESSEE COPY

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

EMS

* Money Back Guarantee to U.S., select APO/FPO/DPO, and select International destinations. See DMM and IMM at pe.usps.com for complete details.
† Money Back Guarantee for U.S. destinations only.

EP13F July 2013 OD: 12.5 x 9.5

PS 10001000006

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE

