UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

OLUWAMUYIWA AWODIYA,    CASE NO. 0:18-cv-60482-KMM-AOV

    Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

    Defendant.
_____/

**[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION TO CONTINUE PRETRIAL DEADLINES**

THIS CAUSE coming before the Court upon the Motion to Continue Pretrial Deadlines (the "Motion") filed by defendant Ross University School of Medicine, School of Veterinary Medicine Limited ("RUSM"). The Court, having reviewed the Motion and being otherwise fully advised in the premises, and finding good cause for the requested relief having been shown therein, hereby ORDERS AND ADJUDGES that:

1. The Motion is GRANTED.

2. The deadline for discovery is extended through and including January 9, 2019, for the limited purpose of allowing RUSM to supplement and/or amend its expert report.

3. The deadline for filing of all dispositive motions, motions in limine and *Daubert* Motions is extended through and including January 28, 2019.

DONE and ORDERED in Chambers in Miami, Florida, this ___ day of December 2018.

_____
HONORABLE K. MICHAEL MOORE
UNITED STATES DISTRICT COURT JUDGE

Copies to all counsel of record

47231880;2