UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED by PG D.C.
DEC 17 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

OLUWAMUYIWA AWODIYA,
*Plaintiff,*

-v-

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF
VETERINARY MEDICINE LIMITED
*Defendant.*

Case No. 0:18-cv-60482-KMM

Hon. Chief Judge: K. Michael Moore
Magistrate Judge: Alicia O. Valle

## PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S SECOND MOTION FOR JUDICIAL NOTICE

Plaintiff Oluwamuyiwa Awodiya ("Plaintiff"), in proper person, hereby files his Reply to Defendant's Response in Opposition ("Opposition") [ECF No. 100] to Plaintiff's Second Motion for Judicial Notice ("Motion") [ECF No. 89].

### INTRODUCTION

Ross University School of Medicine, School of Veterinary Medicine Limited ("RUSM") is completely wrong in its assumption about Plaintiff's reason for requesting judicial notice. RUSM's argument is without merit because RUSM already dropped the 'applicability' affirmative defense after Plaintiff informed it that he was in possession of its contract with the U.S. Department of Education. Now, Plaintiff requests judicial notice to add factual context to his misrepresentation claims. The facts requested are necessary and relevant to add factual context to show that RUSM's fraudulent statement is material, RUSM had superior knowledge of its obligations to the U.S. in exchange for Federal financial aid, RUSM deliberately acted against those obligations, and that it knowingly perpetuated discrimination by doing so.

1

# ARGUMENT

### I. RUSM Dropped the Affirmative Defense from Its Answer and Therefore the Governing Law was Not Assumed to be in Dispute.

RUSM relies on a statement from *Toth v. Grand Trunk Railroad*, 306 F.3d 335, 349 (6th Cir. 2002), but that Court clarified the statement in the very next sentence ("judicial notice is generally not the appropriate means to establish the legal principles governing the case. **However,** whether a fact is adjudicative or legislative depends upon the manner in which it is used. **A legal rule may be a proper fact for judicial notice if it is offered to establish the factual context of the case, as opposed to stating the governing law**." (internal citation omitted)).

In Defendant's Answer to Plaintiff's Second Amended Complaint (the "Previous Answer") [ECF No. 40], one of RUSM's affirmative defenses was "[n]one of the federal or state laws or regulations mentioned in Plaintiff's Second Amended Complaint applies to Defendant's alleged conduct in the Commonwealth of Dominica." Previous Answer at page 32 ¶ 2. RUSM removed the affirmative defense from Defendant's Answer and Affirmative Defenses to Plaintiff's Third Amended Complaint (the "Final Answer") [ECF No. 58]. RUSM's affirmative defenses begin on page 15 of the Final Answer.

Because of this, Plaintiff assumed that there was no dispute about the governing federal laws and their applicability to RUSM for its actions in Dominica.

### II. Plaintiff Requests Judicial Notice to Add Factual Context to His Misrepresentation Claims.

More fully set out in Plaintiff's Second Motion for Partial Summary Judgment ("Summary Judgment") [ECF No. 102], the requested facts are relevant to show that RUSM's fraudulent statement was material because RUSM did not have a policy—or required in any fashion—for its faculty to comply with either Title III of the Americans with Disabilities Act or Title IV, HEA program statutes and implementing regulations. Summ. J. at 16. In turn, this will show how instead

of affording equal opportunity, RUSM used administrative methods to perpetuate discrimination of disabled students and their known limitations. The jury must understand the relevance of the regulations to understand the gravity of RUSM's misrepresentation when determining punitive damages because Plaintiff will also show that RUSM—a for-profit medical school—has received nearly one billion dollars in financial aid from the United States of America Department of Education.

*Longo v. Casino-Immokalee*, 813 F.3d 1348, 1350 n.2 (11th Cir. 2016) (quoting 44 U.S.C. § 1507) ("The contents of the Federal Register shall be judicially noticed"); *accord Denius v. Dunlap*, 330 F.3d 919, 926-927 (7th Cir. 2003) (internal citation omitted) ("appeals court is required to take judicial notice of information contained in agency regulations[]. The defendants have simply caused additional judicial work by contesting a factual issue that, according to information readily available in the public domain, cannot be reasonably disputed."). "Administrative regulations fall within the category of facts 'capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.'" *Toth v. Grand Trunk Railroad*, 306 F.3d 335, 349 (6th Cir. 2002) (quoting Fed. R. Evid. 201(b)).

DATED this 12th day of December, 2018:

Respectfully submitted,

_____
By: Oluwamuyiwa Awodiya, *pro se* litigant
15005 Dahlia Dr.
Bowie, MD 20721
(240) 602-1836
Plaintiff, in Proper Person

3

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 12th day of December, 2018, I have caused a true and correct copy of PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S SECOND MOTION FOR JUDICIAL NOTICE by mailing a copy to the Court, where the Court's CM/ECF system will send notification to the following:

| | |
|---|---|
| **Ryan Roman** | **Octavia Monique Green** |
| Akerman Senterfitt | Akerman LLP |
| Suntrust International Center | Three Brickell City Centre |
| 1 SE 3rd Avenue | 98 Southeast Seventh Street |
| 25th Floor | Suite 1100 |
| Miami, FL 33131-1714 | Miami, FL 33131 |
| 305-374-5600 | (305) 982-5670 |
| Fax: 305-374-5095 | Email: |
| Email: | octavia.green@akerman.com |
| ryan.roman@akerman.com | |

By: Oluwamuyiwa Awodiya, *pro se* litigant

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.

**PRIORITY MAIL**
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

PRIORITY ★ MAIL ★

FROM:
Oluwamuyiwa Awodiya
15005 Dahlia Dr.
Bowie, MD 20721

TO:
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue, Room 8N09
Miami, FL 33128

#RKA
NEXT DAY DELIVERY
ON WEEKENDS
BUSINESS

Label 228, March 2016

UNITED STATES POSTAL SERVICE®
FOR DOMESTIC AND INTERNATIONAL USE
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

PRIORITY MAIL ★
DATE OF DELIVERY SPECIFIED*
USPS TRACKING™ INCLUDED*

Retail
US POSTAGE PAID
$6.70
Origin: 20716
12/12/18
2309370716-03
PRIORITY MAIL 2-Day®
0 Lb 3.00 Oz
1006
C075
DELIVERY DAY: 12/15/18
MIAMI AVE
3128-1805

TRACKING NUMBER