UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED by PG D.C.
DEC 26 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

| | |
|---|---|
| OLUWAMUYIWA AWODIYA, <br> *Plaintiff,* <br><br> -v- <br><br> ROSS UNIVERSITY SCHOOL OF MEDICINE, SCHOOL OF VETERINARY MEDICINE LIMITED <br> *Defendant.* | Case No.  0:18-cv-60482-KMM <br><br> Hon. Chief Judge: K. Michael Moore <br> Magistrate Judge: Alicia O. Valle |

**<u>Plaintiff's Unopposed Motion for Clarification of the Court's</u>**
**<u>Order on Defendant's Motion to Continue Pretrial Deadlines</u>**

Plaintiff Oluwamuyiwa Awodiya ("Plaintiff"), in proper person, hereby files his Motion for Clarification of the Court's Order on Defendant's Motion to Continue Pretrial Deadlines (the "Order") [ECF No. 104]. Plaintiff respectfully requests clarification from the Court about the extended deadline to file pretrial motions.

1.  In the Order, Defendant was granted until December 28, 2018 to supplement and/or amend its expert report. It was further ordered that "Defendant" shall file any pretrial motions on or before January 4, 2019.

2.  Plaintiff would also need an extension to file pretrial motions, including his Daubert motion, when Defendant serves the amended expert report. Plaintiff's question is—does the Order also allow him until January 4, 2019 to file his remaining pretrial motions?

3.  Plaintiff may be prejudiced if Defendant serves the amended expert report without an opportunity for Plaintiff to move on the same report.

4.  Defendant does not oppose the relief requested.

1

DATED this 20th day of December, 2018:

Respectfully submitted,

By: Oluwamuyiwa Awodiya, *pro se* litigant
15005 Dahlia Dr.
Bowie, MD 20721
(240) 602-1836
Plaintiff, in Proper Person

## CERTIFICATE OF SERVICE

I do hereby certify that on this 20th day of December, 2018, I have caused a true and correct copy of the foregoing by mailing a copy to the Court, where the Court's CM/ECF system will send notification to the following:

**Ryan Roman**
Akerman Senterfitt
Suntrust International Center
1 SE 3rd Avenue
25th Floor
Miami, FL 33131-1714
305-374-5600
Fax: 305-374-5095
Email:
ryan.roman@akerman.com

**Octavia Monique Green**
Akerman LLP
Three Brickell City Centre
98 Southeast Seventh Street
Suite 1100
Miami, FL 33131
(305) 982-5670
Email:
octavia.green@akerman.com

By: Oluwamuyiwa Awodiya, *pro se* litigant

**PRIORITY MAIL**
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

**PRIORITY MAIL**

FROM:
Oluwamuyiwa Awodiya
15005 Dahlia Dr
Bowie, MD 20721

USPS INS-EUE

TO:
Wilkie D. Ferguson Jr. U.S. Courthouse
400 North Miami Avenue, Room 8N09
Miami, FL 33128

FOR DOMESTIC AND INTERNATIONAL USE

Label 228, March 2016



VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

Retail

US POSTAGE PAID
$6.70
Origin: 20716
12/20/18
2309370716-01

PRIORITY MAIL 2-Day

10 Lb 15.0 Oz
1006
C075

EXPECTED DELIVERY DAY: 12/24/18

SHIP TO:
400 NORTH MIAMI AVE
MIAMI FL 33128-1801

USPS TRACKING NUMBER

9505 5105 6956 8354 2875 15

EP14F July 2013
OD: 12.5 x 9.5

