UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

OLUWAMUYIWA AWODIYA,                     CASE NO.  0:18-cv-60482-KMM-AOV

    Plaintiff,
v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

    Defendant.
_____/

**JOINT MOTION TO EXCUSE MEDIATION OR,
ALTERNATIVELY, TO EXTEND DEADLINE TO CONDUCT MEDIATION**

Plaintiff Oluwamuyiwa Awodiya and defendant Ross University School of Medicine, School of Veterinary Medicine Limited (together, the "Parties") respectfully submit this Joint Motion to Excuse Mediation or, Alternatively, to Extend the Deadline to Conduct Mediation.

In support thereof, the Parties state as follows:

1. On May 14, 2018, the Court entered an Order Scheduling Trial [ECF No. 37] ("Order"), setting this case for trial on the docket commencing March 18, 2019, with Calendar Call scheduled for March 14, 2019.

2. That same day, the Court also entered an Order of Referral to Mediation [ECF No. 38], providing that mediation should be conducted 80 days before trial, or no later than December 28, 2018.

3. On August 7, 2018, the Parties sought leave to attend a settlement conference with Magistrate Judge Barry Seltzer and the Parties then attended a settlement conference on October 1, 2018, which ended in an impasse. [ECF No. 73].

4. The Parties believe that any further efforts to mediate this case would be fruitless and seek permission to excuse a private mediation.

5. If the Court denies the requested relief, then the Parties respectfully request a thirty (30) day extension, through and including January 28, 2019, to attend mediation.

WHEREFORE, plaintiff Oluwamuyiwa Awodiya and defendant Ross School of Medicine, School of Veterinary Medicine Limited respectfully request that the Court enter an Order (i) excusing the Parties from attending a mediation in this action or, alternatively, extending the deadline to attend mediation for thirty (30) days, through and including January 28, 2019, and (ii) granting such other and further relief as the Court deems just and proper.

| | |
|---|---|
| Dated: December 27, 2018 | Respectfully submitted, |
| Oluwamuyiwa Awodiya<br>15005 Dahlia Drive<br>Bowie, Maryland 20721<br>Telephone: (240) 602-1836 | **AKERMAN LLP**<br>Three Brickell City Centre<br>98 Southeast Seventh Street<br>Suite 1100<br>Miami, Florida 33131<br>Telephone: (305) 374-5600<br>Facsimile:  (305) 374-5095 |
| By: *s/ Oluwamuyiwa Awodiya*<br>Oluwamuyiwa Awodiya (*pro se*)<br>drmuyiwa.a@gmail.com | By: *s/ Octavia M. Green*<br>Michael C. Marsh<br>Florida Bar No. 0072796<br>michael.marsh@akerman.com<br>simone.tobie@akerman.com<br>Ryan Roman<br>Florida Bar. No. 0025509<br>ryan.roman@akerman.com<br>dorothy.matheis@akerman.com<br>Octavia M. Green<br>Florida Bar No. 119179<br>octavia.green@akerman.com<br>simone.tobie@akerman.com |

47378203;1