UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

OLUWAMUYIWA AWODIYA,               CASE NO. 0:18-cv-60482-KMM-AOV

    Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

    Defendant.
_____/

**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXCUSE MEDIATION**

THIS CAUSE coming before the Court upon the Joint Motion to Excuse Mediation (the "Motion") filed by plaintiff Oluwamuyiwa Awodiya and defendant Ross University School of Medicine, School of Veterinary Medicine Limited ("RUSM"). The Court, having reviewed the Motion and being otherwise fully advised in the premises, and finding good cause for the requested relief having been shown therein, hereby ORDERS AND ADJUDGES that:

1. The Motion is GRANTED.

2. The Parties, having already attended a settlement conference in this action, shall not be required to attend a further mediation.

DONE and ORDERED in Chambers in Miami, Florida, this ___ day of December 2018.

_____
HONORABLE K. MICHAEL MOORE
UNITED STATES DISTRICT COURT JUDGE

Copies to all counsel of record

47378867;2