| | |
|---|---|
| OLUWAMUYIWA AWODIYA | UNITED STATES DISTRICT COURT |
| | SOUTHERN DISTRICT OF FLORIDA |
| PLAINTIFF(S), | |
| vs. | CASE NO.: 0:18-cv-60482-KMM-AOV |
| ROSS UNIVERSITY SCHOOL OF MEDICINE, SCHOOL OF VETINERARY MEDICINE LIMITED | CORRECTED NOTICE OF APPOINTMENT OF MEDIATOR, AND SCHEDULED |
| DEFENDANT(S), | CONFERENCE DATE |
| | FLORIDA BAR NO. 354929 |

YOU ARE NOTIFIED that the undersigned is the Certified Mediator stipulated to in this action pursuant to F.S. 44.1011-201 and the applicable Fla.R.Civ.P.

The Mediation Conference has been set to be heard on the 3rd **day of January, 2018,** commencing at **10:00 A.M.** at the offices **Akerman, 350 East Las Olas Blvd., Suite, 1600, Ft. Lauderdale, FL 33301.** The agreed rate of compensation shall be $225.00 per party / per hour. Counsel and their respective parties agree that the mediator will be compensated for all mediation services, including scheduling, travel, preparation and follow up work, time, attorneys' fees and costs incurred in collection of fees, responding to subpoenas, discovery requests, filing court papers or attending any court proceeding. There is a two-hour minimum which is due seven (7) days prior to the conference. If there is a settlement, schedule change or cancellation made less than seven (7) business days before the scheduled mediation conference, then the minimum fee shall be charged to the party or apportioned equally among the parties responsible for the cancellation. Counsel for each party is responsible for financial arrangements with their clients and timely payment of said fees. Counsel and the parties agree to be jointly and severally responsible for their portion of the mediator's fee at the conclusion of each conference. Interest on any unpaid balances shall be at ten percent per annum.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this notice has been emailed on the **2nd day of January, 2019,** to:
MICHAEL C. MARSH, Esq., michael.marsh@akerman.com; sharon.luesang@akerman.com;
RYAN A. ROMAN, ESQ.,ryan.roman@akerman.com;
dorothy.matheis@akerman.com; DONNIE M. KING, Esq.; ; donnie.king@akerman.com;
simone.tobie@akerman.com; OCTAVIA M. GREEN, Esq.;
octavia.green@akerman.com; simone.tobie@akerman.com; Oluwamuyiwa Awodiya, drmuyiwa.a@gmail.com

Laurie L. Riemer, Esquire, Mediator/Arbitrator
20155 Northeast 38th Court, #3104
Aventura, Florida 33180
(305) 932-2200
Email: Lriemer@riemermediation.com