## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

OLUWAMUYIWA AWODIYA,                    CASE NO. 0:18-cv-60482-KMM-AOV

      Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

      Defendant.

_____/

## DECLARATION OF RYAN ROMAN IN SUPPORT OF
## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

I, Ryan Roman, declare as follows:

1.       I am a partner with the law firm of Akerman LLP, which represents defendant Ross University School of Medicine, School of Veterinary Medicine Limited ("RUSM") in this matter.

2.       I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would competently testify thereto.

3.       I submit this declaration in support of RUSM's Motion for Summary Judgment, filed simultaneously with this Declaration.

4.       Attached hereto as Exhibit 1 are excerpts from the Deposition Transcript of Oluwamuyiwa Awodiya dated December 5, 2018.

5.       Attached hereto as Exhibit 2 is a true and correct copy of Plaintiff's Academic Transcript from Morgan State University.

6.       Attached hereto as Exhibit 3 is Defendant's Response to Plaintiff's First Request for Admission.

7.     Attached hereto as Exhibit 4 is a true and correct copy of Plaintiff's Transcript from RUSM.

8.     Attached hereto as Exhibit 5 is a true and correct copy of RUSM's Counseling Note dated October 28, 2015.

9.     Attached hereto as Exhibit 6 is a true and correct copy of RUSM's Counseling Note dated November 5, 2015.

10.    Attached hereto as Exhibit 7 is a true and correct copy of RUSM's Counseling Note dated December 8, 2015.

11.    Attached hereto as Exhibit 8 are excerpts from the Deposition Transcript of McMillan Cuffy dated December 4, 2018.

12.    Attached hereto as Exhibit 9 is a true and correct copy of the Safety Plan executed by Plaintiff on December 8, 2015.

13.    Attached hereto as Exhibit 10 is a true and correct copy of RUSM's Counseling Note dated December 9, 2015.

14.    Attached hereto as Exhibit 11 is a true and correct copy of the Release of Information Consent form executed by Plaintiff on December 9, 2015.

15.    Attached hereto as Exhibit 12 are excerpts from the Deposition Transcript of Dr. Davendranand Sharma dated October 16, 2018.

16.    Attached hereto as Exhibit 13 are excerpts from the Deposition Transcript of Dr. Bryan Hayse dated November 5, 2018.

17.    Attached hereto as Exhibit 14 is a true and correct copy of RUSM's Counseling Note dated December 10, 2015.

2

18.     Attached hereto as Exhibit 15 is a true and correct copy of RUSM's Counseling Note dated December 11, 2015.

19.     Attached hereto as Exhibit 16 is a true and correct copy of RUSM's Counseling Note dated December 13, 2015.

20.     Attached hereto as Exhibit 17 is a true and correct copy of Dr. Earl John Mauricio's Medical Notes.

21.     Attached hereto as Exhibit 18 is a true and correct copy of RUSM's Counseling Note dated January 11, 2016.

22.     Attached hereto as Exhibit 19 is a true and correct copy of RUSM's Student Handbook.

23.     Attached hereto as Exhibit 20 are excerpts from the Deposition Transcript of Matthew Stewart-Fulton dated November 5, 2018.

24.     Attached hereto as Exhibit 21 is a true and correct copy of RUSM's Academic Catalog, 2015-2016, Volume 7.

25.     Attached hereto as Exhibit 22 is a true and correct copy of the Declaration of Sandra Herrin.

26.     Attached hereto as Exhibit 23 is a true and correct copy of Plaintiff's COMP Exam Results.

27.     Attached hereto as Exhibit 24 is a true and correct copy of Plaintiff's Personal Statement in Support of Appeal of Dismissal.

28.     Attached hereto as Exhibit 25 is a true and correct copy of Plaintiff's Amended Responses and Objections to Defendant's First Set of Interrogatories.

3

29.    Attached hereto as Exhibit 26 is a true and correct copy of Dr. Denise Unterman's Medical Notes.

30.    Attached hereto as Exhibit 27 is a true and correct copy of RUSM's letter to Plaintiff dated June 29, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 2, 2019.

_____
Ryan Roman

4

47398854;1