# EXHIBIT 1

Page 1

1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
2

3           CASE NO. 0:18-cv-60482-KMM-AOV

4

OLUWAMUYIWA AWODIYA,

5

          Plaintiff,

6

vs.

7

ROSS UNIVERSITY SCHOOL OF

8  MEDICINE, SCHOOL OF VETERINARY
   MEDICINE LIMITED,

9

          Defendant.

10  _____/

11

12

13                    Suite 1600
                      350 East Las Olas Boulevard
14                    Fort Lauderdale, Florida  33301
                      Wednesday, 10:19 A.M.-6:23 P.M.
15                    December 5, 2018

16

17     VIDEOTAPE DEPOSITION OF OLUWAMUYIWA AWODIYA

18

19     Taken before Carla D. Smith, RPR, RMR, Notary Public

20  in and for the State of Florida at Large, pursuant to

21  Notice of taking Deposition in the above cause.

22

23

24

25

Page 33

1    time do you have to just kind of, you know, get up and

2    go to the bathroom during the middle of an exam.  But

3    back yeah.  Honestly, I forgot what your question was.

4        Q.    Well, whether you had asked for any

5    accommodation for any of the symptoms.  Whether -- I

6    think you said you had not, is that correct?

7        A.    I don't -- I don't -- I don't see how I could

8    ask for accommodation if I didn't know -- if I didn't

9    know that these symptoms were the result of something or

10   was labeled as something.  There is no logical reason

11   why I would ask for an accommodation.

12       Q.    Because there had not been a diagnosis so you

13   didn't know what it was?

14       A.    Because I thought that I was normal.

15       Q.    When did you realize that that was not

16   normal?

17       A.    I guess people would make remarks about my

18   concentration I guess.  But, you know, it would be

19   general people.  No one really, a doctor or anybody like

20   that.

21             But when Dr. Sharma said that -- when

22   Dr. Sharma said that I have some type of concentration

23   problem, that's when I started to -- that's when --

24   that's when everything started to make a little bit more

25   sense.

Page 38

1      Q.     After high school after you graduated from

2   high school?

3      A.     Uh-huh.

4      Q.     Did you --

5             What other institutions did you attend after

6   high school?

7      A.     Morgan State University.

8      Q.     Did you attend any community college prior to

9   Morgan State?

10     A.     I think technically it would have been prior

11  but the day that I graduated high school I think the

12  next day during the summer I was going to the fall -- to

13  Morgan State but before I became a freshman in the fall

14  I took summer classes at the community college just

15  because like I don't know what to do with myself during

16  the summer.  So might as well just be in a class.

17            So I think technically it was before but I

18  was still my freshman, the typical freshman year was at

19  Morgan State.  I didn't -- I didn't -- I don't know how

20  to explain it.  I know it's like a weird thing that I

21  did but that's what I did.

22            Most people would take a break off after high

23  school and then start college in the fall.  I didn't do

24  that.  Kind of just took community college classes.  I

25  think that's what -- I'm pretty sure that's what I did,

Page 39

1    I think.  Yeah, I took some PG classes and then began my

2    freshman -- what I consider my freshman year at Morgan.

3    I don't know credit wise I think I was like a late

4    freshman type because I came in with some other grades.

5         Q.     When you say PG, that's Prince George

6    Community College?

7         A.     Yes.

8         Q.     You graduated Morgan State in three years,

9    right?

10        A.     Yes.

11        Q.     When you were at Morgan State, did you ever

12   receive any extra testing time so you could finish

13   exams?

14        A.     Officially or unofficially?

15        Q.     Either way.

16        A.     Either way?  Yes.

17        Q.     Do you recall in what courses?

18        A.     It would be random.  There is no like set

19   subject it would happen.  It would happen in anything;

20   biology, chemistry, math, English.  I really struggled

21   in classes that are very word based.  Yeah, word-based

22   classes.  What am I saying word based?

23             Classes that require you to read a lot of

24   like books and stuff in preparation for a test.  Those

25   classes I kind of had to get really creative because

Page 97

```
 1              THE WITNESS:  Yes.
 2   BY MR. ROMAN:
 3        Q.    After that contact from the counseling
 4   center, you went into the counseling center and met with
 5   Mr. Cuffy, correct?
 6        A.    Yes.
 7        Q.    And do you recall a safety plan that you
 8   signed with Ross University?
 9        A.    Uh-huh.
10        Q.    I'm going to show you what we'll mark as
11   Exhibit 2.
12              And is this the safety plan that you signed
13   with Ross on December 8, 2015?
14        A.    Yep.
15              (Thereupon, the document/item referred to was
16   marked for identification as Exhibit 2.)
17        Q.    And is that your handwriting in the middle?
18        A.    Yes.
19        Q.    Okay.  And is that your signature at the
20   bottom?
21        A.    Yes.
22        Q.    Was this --
23              Do you recall whether December 8th, 2015 was
24   the day you first got the call from the counseling
25   center asking you to come in?
```

1    But it was one December assessment that Dr. Mauricio

2    did.  And then there was a diagnostic test as well that

3    I gave to the school.

4         Q.    Did Dr. Mauricio make a diagnosis of ADHD in

5    December of 2015?

6         A.    He needed -- no, he needed my --

7               In December 2015?

8         Q.    Correct.

9         A.    No, he needed my CARS to come back.  Not my

10   CARS, sorry.  He needed my Conners to come back.  So

11   that was the last diagnostic test that he wanted.  He

12   did all the other stuff, the assessment part but then he

13   wanted -- before he could confirm it I guess that's like

14   protocol.  I don't know what it is, you know, but before

15   he could ultimately confirm it, he wanted a diagnostic

16   test, diagnostic computer test done as well, which that

17   one came back right before I went back to Dominica,

18   which I was able to get -- to get to the counseling

19   center.

20        Q.    With regards to Mr. Stewart-Fulton, did you

21   meet with him?

22        A.    Yes.

23        Q.    And how many times did you meet with him?

24        A.    I think once.

25        Q.    And during that meeting, did you make any

Page 122

1          Based on your response, I can conclude then
2     that Mr. Stewart-Fulton never gave you this document,
3     correct?
4          A.    No.  Didn't know this existed.
5          Q.    And do you know whether this document was
6     contained in the student portal?
7          A.    I have no idea.  This was -- if it did exist,
8     I didn't know it existed.
9          Q.    Did anyone ever tell you about this document?
10         A.    No.
11         Q.    In this document on page 3 it asks a student
12    who is submitting this form to attach a two-page
13    personal statement describing your disability and its
14    impact on your daily life and educational functioning.
15              Did you ever submit a personal statement like
16    that to anyone in the dean of student affairs office?
17         A.    Nobody asked me to.
18         Q.    And so you never did submit anything like
19    that, correct?
20         A.    Nobody asked me to.
21         Q.    Okay.  Sorry I also want to ask that question
22    though.  So nobody asked you to.  Can I then conclude
23    from that, that you never submitted a two-page personal
24    statement?
25         A.    A two-page statement?

Page 148

1    said something about --

2         Q.    Well, I'm asking -- let me ask this.

3              Earlier you said that until the litigation

4    you didn't know anything about the ADA.  You were going

5    to bring a breach of contract claim.  You didn't think

6    about the ADA until you read something about it.

7              Now, when it's convenient, you're saying when

8    I applied I cared very much about the ADA.  That was one

9    of the key statements I focused on and relied upon in

10   coming to Ross.  It just seems a little inconsistent.

11        A.    What you're saying is incorrect.

12        Q.    Okay.  Explain to me why I'm wrong.

13        A.    Pre-litigation or my preparations for

14   litigation, I didn't know what the ADA requirements,

15   obligations, the actual substance of the Americans with

16   Disability Act was.  I didn't know what I was

17   technically entitled to as a matter of law.

18              I wasn't a lawyer.  I didn't know how to look

19   up case law.  I didn't know how to look up -- to be

20   perfectly honest, I don't even -- I don't even know if

21   the normal citizens or if it's just me but I don't

22   really -- until this lawsuit I realized I didn't know

23   any laws.  I didn't know what a statute was.  I just

24   knew basic law stuff like for moral reasons like don't

25   steal and stuff like that or from like TV.

Page 149

1           So the Americans with Disability Act I knew

2      of it but I didn't know what -- beneath that I didn't

3      know what was actually technically required.  I just

4      knew that it was some type of thing that stopped

5      discrimination from disabled people.  And that was my

6      interpretation of it when I saw it on the website that

7      the Americans with Disability Act will prevent

8      discrimination against Americans.

9           Q.     When you enrolled at Ross, did you believe

10     you were disabled in anyway?

11          A.     No.  When I enrolled, no.

12                 When I enrolled in what, 2014?

13          Q.     That's correct?

14          A.     Yeah, no.  I didn't believe I was disabled.

15          Q.     Did you apply to any U.S. medical schools?

16          A.     I graduated undergrad in 2013.  Then I went

17     the rest of 2013 finished.  So I had applications and

18     everything -- no, no.  So the problem was with -- I had

19     applications and stuff done but I didn't follow -- two

20     things prevented me from going all the way around to the

21     next cycle.

22                 First, I missed a previous cycle.  So I was

23     considering whether I should wait to go to the next

24     cycle because Ross had the rolling admission.  So when I

25     had graduated in 2013 in order to start the next fall

Page 154

1            THE VIDEOGRAPHER:  We're now back on the

2       record at 3:44.  This marks the beginning of

3       Media 4.  You may proceed.

4            MR. ROMAN:  Thank you.

5   BY MR. ROMAN:

6       Q.    Mr. Awodiya, I'm going to show you what we'll

7   mark as I believe it's Exhibit 4 that we are up to and

8   this appears to be a letter dated March 15, 2013 from

9   the office of admission at Ross to you.

10           Have you seen this letter before?

11      A.    It sounds right.

12           (Thereupon, the document/item referred to was

13   marked for identification as Exhibit 4.)

14      Q.    Have you seen this before, do you recall?

15      A.    I can't confirm that I saw it.  I don't see

16  anything wrong with it but I can't recall specifically

17  that I saw it.

18      Q.    Did you receive a acceptance letter from Ross

19  in or around March of 2013?

20      A.    I must have but I can't say that this was the

21  exact letter that I received.  I don't remember.  It's

22  2013; yeah, it's five years ago.  That's -- that's -- I

23  can't remember the language of any -- of admissions.  I

24  don't know what this letter qualifies as but I certainly

25  can't remember the language specifically if this was

Page 155

1    that year.

2        Q.    Do you have any reason to believe this is not

3    an accurate depiction of the letter sent to you on

4    March 15, 2013 by Ross?

5        A.    No.

6        Q.    Okay.   Inside of this letter it references a

7    conditional acceptance to Ross.

8              Were you conditionally accepted to Ross

9    University?

10        A.    Yes.

11        Q.    And what was the condition?

12        A.    Complete MERP.

13        Q.    What's MERP?

14        A.    Medical Education Review Program.

15        Q.    What is that program?   Just describe for me.

16    You went through MERP, right?

17        A.    Uh-huh.

18        Q.    What is MERP?

19        A.    MERP was like -- MERP was like they gave us

20    like biochem class.   We had anatomy, anatomy stuff like

21    that.   So I think it was -- I think what it was supposed

22    to be was supposed to be like some type of -- it was

23    supposed to be a class that represents or would in some

24    way relate to what the first semester at Ross would be

25    like.   So I think the information that was introduced

Page 159

1      Q.    Sorry.  This letter as I look over it appears

2  to be a letter to you informing you of your admission to

3  Ross it says "for the class beginning May 5, 2014."

4          And in the second paragraph it says, "Your

5  completion of MERP has proven to our admissions

6  committee that you have the potential to be an

7  outstanding addition to our medical program."

8          So what I was asking was is this the followup

9  letter saying now that you have completed MERP, you're

10  admitted to Ross?

11      A.    Most likely.

12      Q.    And did you, in fact, start up at Ross on or

13  around May 5th, 2014?

14      A.    From what I can recall.

15      Q.    Do you recall what your best semester grade

16  point average wise was at Ross?

17      A.    I think it was the semester where I saw all

18  the information for the second time.  So that would be

19  my repeat fifth semester.

20      Q.    And is it safe to assume that your worse

21  semester was the first time you took that fifth semester

22  when you failed?

23      A.    My worse semester -- oh, I guess technically

24  yeah.  The other semesters -- my first semester I think

25  I got the minimum like one point less it was -- like

Page 160

1   literally there is like a one point difference between

2   my first semester and the semester that I failed.  So I

3   guess technically it's -- actually, I don't -- I

4   don't -- I can't testify because I don't know what the

5   actual percentage was for that -- because Ross changes

6   the minimum passing score.  So I don't know if my

7   minimum passing score that I received in first semester

8   was lower than my minimum passing score in the semester

9   that I failed.  So when you say "worse", I don't -- if

10  you mean worse just because I failed, then yes.

11          If you mean worse based on the score that I

12  received compared to my students, I can't say that

13  because I would have to look at the UPS for the other

14  semesters.

15      Q.   But is it fair to characterize that first

16  semester as a poor semester for you?

17      A.   The first semester?

18      Q.   Yes.

19      A.   I wouldn't say "poor".  It was acceptable but

20  not great.

21      Q.   You said it was very close to not passing,

22  correct?

23      A.   Yes.

24      Q.   Do you recall what your grade point average

25  was when you left Ross?

Page 199

1    the requirements.

2         Q.    Was there any additional classroom time

3    before taking the fifth exam?

4         A.    Yeah, I took a prep course at some point.  I

5    remember taking a prep course in something.

6         Q.    We'll mark this the next exhibit.  Sorry.

7               You can put some of those aside if you want.

8         A.    Yes.

9               (Thereupon, the document/item referred to was

10   marked for identification as Exhibit 12.)

11        Q.    I'm showing you a letter dated October 28,

12   2016 from Sandra Herrin to you.  Do you recall receiving

13   this letter?

14        A.    I think so.

15        Q.    And you were --

16               You were dismissed after the fourth attempt

17   to take the CBSE exam, correct?

18        A.    I guess you would call it a tentative

19   dismissal or --

20        Q.    Well, you appealed, right, and then you were

21   readmitted?

22        A.    Uh-huh.

23        Q.    Okay.  So ultimately you were readmitted

24   after this but it appears, according to the letter, they

25   reference a dismissal for failure to pass the NBME CBSE

Page 200

1    in four consecutive attempts.

2           Do you see that?

3       A.    Yes.  I'm sorry, you asked me if --

4       Q.    If this was the dismissal for failing to past

5    the CBSE exam in four consecutive attempts, right?

6       A.    Yes.

7       Q.    Okay.  And then I'm going to show you next

8    what we'll mark as Exhibit 13.  And this appears to be

9    an appeal that you submitted.  I'll just ask you to take

10   a look and tell me if that's what this document is?

11      A.    Correct.

12           (Thereupon, the document/item referred to was

13   marked for identification as Exhibit 13.)

14      Q.    Okay.  And it says under "Reason for Appeal"

15   on the first page.  It says "Failure to pass the

16   NBME" -- I'm sorry.

17           It says "Check the reasons you were

18   dismissed:"  And that says "Failure to pass the NBME

19   CBSE in three or more attempts", correct?

20      A.    Correct.

21      Q.    And when we turn to your statement, your

22   statement talks about financial stress or financial

23   issues that you are experiencing at that time, is that

24   correct?

25      A.    The document says that.

Page 206

1   stuff.  This is the only thing that would kind of make

2   this make sense as to why I was doing so many things.

3          Q.     There is no reference to ADHD in this, right?

4          A.     No, there is not.

5          Q.     And there is no mention of needing additional

6   testing time, right?

7          A.     No, because I didn't know that this was an

8   ADHD thing.  But now looking at it, it had to -- I

9   didn't know that this behavior was because of ADHD.

10  This is -- this is classic -- not only was I driving, I

11  was still studying and I put a tablet in my car to study

12  while I drive.  That's just too much going on.  It's --

13  it's -- that's just not concentrating on something.

14         Q.     All right.  Your appeal to be reinstated to

15  Ross after the failing the fourth time was granted,

16  right?  You were permitted to re-enroll at Ross?

17         A.     Yes.

18         Q.     And you were permitted to take the CBSE exam

19  for a fifth attempt, correct?

20         A.     Yes.

21         Q.     Do you recall you mentioned that there was

22  some sort of a review course that you took.

23                Do you recall a six-week review course?

24         A.     I'm sorry.  Can you repeat that?

25         Q.     Do you recall a six-week review course that

Page 207

1  you took prior to the fifth attempt?

2      A.    Vaguely.  I remember -- vaguely.  I remember

3  certain events around that time.  I definitely enrolled

4  and paid for a class, a review course.  I think that was

5  one of the conditions or something like that.  I think

6  it was Becker or something like that.  I can't -- I

7  can't remember.

8      Q.    The fifth time you took the CBSE exam, you

9  did not obtain a passing score, correct?

10      A.    No.

11      Q.    And you were then dismissed from Ross

12  University School of Medicine, is that correct?

13      A.    Yes.

14      Q.    You appealed that decision, correct?

15      A.    Ross used inconsistent language.  I don't

16  know if they considered it recommended for dismissal or

17  if it's dismissed at that moment.  So I -- I don't know

18  when they consider you actually dismissed.  I'm assuming

19  it's when it's finalized.

20      Q.    You submitted a document that's called an

21  "Academic Dismissal Appeal", correct?

22      A.    Yes.

23      Q.    All right.  We'll mark this one as the next

24  Exhibit 14.

25             Can I check if that one has any highlighting

Page 209

1    over the word limit that I was allowed.  So I had to

2    somehow take sentences out of this appeal.

3         Q.    Okay.  You'll agree anything you removed Ross

4    would not have seen, right?

5         A.    Would not have seen.

6         Q.    If you deleted it, it would not have gone,

7    that portion you deleted would not have gone to Ross to

8    review, right?

9         A.    Right.

10        Q.    So what they got, what they saw is the

11   information that's contained in Awodiya 14, right?

12        A.    Right.

13        Q.    So why don't we take a look then at the

14   written statement that starts at the bottom of the first

15   page and then continues on to the next page.

16              Do you want to take a moment to review that?

17        A.    Okay.  I read it.

18        Q.    There is no mention of extra testing time in

19   this submissions, right?

20        A.    No.

21        Q.    And you drafted this written statement,

22   right?

23        A.    Yes.

24        Q.    What is the isotretinoin?  It looks like a

25   medication that's referenced.

Page 211

1   administered those sessions that you reference here?

2       A.    I think -- I actually technically don't know

3   what they label as cognitive behavior therapy, but I

4   think I was referencing just general mental health

5   meetings.  But I don't know technically like

6   cognitive -- it's therapy.  But it's like mental therapy

7   for like behavioral.  It's -- I don't know.  That type

8   of thing.  It's just like therapy.  So I think I was

9   referencing just psychiatric mental health like

10  appointments.

11      Q.    Would that have been Dr. Mauricio and

12  Dr. Unterman at that point in time?

13      A.    I think that would fall under that.  But

14  technically it's -- it's -- I don't know if everyone

15  would label it the same.

16      Q.    I guess my question is, is there any other

17  doctor that these sessions would be a reference to other

18  than?

19      A.    No.

20      Q.    In response to this appeal that we just

21  looked at, the school did not allow you to be readmitted

22  at that time, correct?

23      A.    No.

24      Q.    They upheld the dismissal, is that right?

25      A.    The Promotions Committee?

Page 212

1      Q.     Correct.

2      A.     Yes.

3      Q.     And you were notified of that decision,

4   correct?

5      A.     Yes, yes.

6      Q.     I'll mark next as Exhibit 15?

7             I believe this is a document that you showed

8   to Dr. Owen yesterday.  It appears to be your appeal

9   letter to Dr. Owen following the decision of the

10   promotion committee?

11      A.     I'm sorry.  Can you repeat that?

12             (Thereupon, the document/item referred to was

13   marked for identification as Exhibit 15.)

14      Q.     Yes.  This appears to be an appeal letter

15   that you submitted to Dean Owen following your receipt

16   of the student Promotion Committee's letter upholding

17   your dismissal.

18             Does that appear to be what this is?

19      A.     This is not an appeal letter.  This is not

20   even my e-mail.  This is a e-mail from the student

21   service center -- Student Services to me telling me they

22   had received it.

23      Q.     If you go midway down the page, does that

24   appear to be forwarding an e-mail from you to Dean Owen?

25      A.     Why can't we just use the original e-mail?

Page 242

1   marked for identification as Exhibit 21.)

2        Q.    Yes.   It looks like it's the remainder after

3   the prior exhibit, which only goes through Spring 2012?

4        A.    Okay.   I would like to label this

5   confidential.   It has my Social Security number on it.

6        Q.    Sure.

7              Does that appear --

8              The GPA 3.45, does that seem to be what your

9   recollection is as to your GPA from undergrad?

10       A.    Yeah.

11             MR. ROMAN:   All right.   Thank you very much

12   for your time, Mr. Awodiya.   I don't have anymore

13   questions for you at this time and thank you very

14   much.   Have a great day.

15             THE WITNESS:   Thank you.

16             MR. ROMAN:   All right.   We'll go off the

17   record.

18             THE VIDEOGRAPHER:   We're now going off the

19   video record.   It's 6:23.

20        (This deposition was concluded at 6:23 P.M.)

21

22

23

24

25