# EXHIBIT 2

# Morgan State University
## Office of the Registrar

Date Issued: 19-SEP-2013
Extl External
Page: 1

Record of: Oluwamuyiwa Awodiya
Issued To: DEVRY MEDICAL INTERNATIONAL
630 US Highway 1
North Brunswick, NJ 08902-3311

Course Level: Undergraduate
High School: WALTER JOHNSON HIGH SCHOOL 17-JUN-2010

Current Program
College : Sch.of Comp.Math/Natural Sci
Major : Biology

Degrees Awarded Bachelor of Science 18-MAY-2013
Primary Degree
Major : Biology

| SUBJ NO. | COURSE TITLE | CRED GRD | PTS R |
|---|---|---|---|

TRANSFER CREDIT ACCEPTED BY THE INSTITUTION:

SUMMER 2010          PRINCE GEORGES CMTY COLLEGE

| BIOL 405 | MICROBIOLOGY BIO 2010 | 4.00 TR | 12.00 |

Ehrs: 3.00 GPA-Hrs: 0.00 QPts: 0.00 GPA: 0.00

INSTITUTION CREDIT:

Term: FALL 2010
Sch.of Comp.Math/Natural Sci
Biology

| BIOL 101 | Freshman Composition I | 4.00 A | 16.00 |
| ENGL 101 | Freshman Composition I | 3.00 B | 9.00 |
| ENGL 102 | Hist.of Thinking States I | 3.00 TR | |
| HIST 105 | Hist.of Thinking States I | 3.00 TR | |
| HIST 106 | Hist United States II | 3.00 TR | |
| MATH 114 | Intro to Math Anal II | 5.00 TR | |
| PHIL 109 | Intro to Logic | 3.00 TR | |
| SOCI 101 | Intro to Sociology | 3.00 TR | |
| SPAN 101 | ELEMENTARY SPANISH I | 3.00 TR | |

Ehrs: 30.00 GPA-Hrs: 0.00 QPts: 0.00 GPA: 0.00

SPAN 102 ELEMENTARY SPANISH II SPN 1010 3.00 TR
Ehrs: 3.00 GPA-Hrs: 0.00 QPts: 0.00 GPA: 0.00

Summer 2012          COMMUNITY CLG BALTIMORE COUNTY

| SPAN 102 | ELEMENTARY SPANISH II WLSP102 | 3.00 TR | |

Ehrs: 3.00 GPA-Hrs: 0.00 QPts: 0.00 GPA: 0.00

| SUBJ NO. | COURSE TITLE | CRED GRD | PTS |
|---|---|---|---|

Institution Information continued:

| PHBC 202 | BASKETBALL AND SOFTBALL | 1.00 A | |
Term: Ehrs: 3.00 GPA-Hrs: 13.00 QPts: 47.00 GPA: 3.61

Term: SPRING 2011
Sch.of Comp.Math/Natural Sci
Biology

| BIOL 106 | INTRO BIOLOGY FOR MAJORS II | 4.00 B | 12.00 |
| CHEM 106 | PRIN OF GEN CHEM II | 3.00 B | 9.00 |
| CHEM 106L | PRIN OF GEN CHEM II - LAB | 1.00 B | 3.00 |
| HED 103 | HEALTHFUL LIVING | 2.00 A | 8.00 |
| MATH 113 | PRIN OF MATH ANALYSIS I | 4.00 A | 16.00 |
| SPCH 101 | PRIN OF SPEECH COMMUNICATION | 3.00 B | 9.00 |
Term: Ehrs: 17.00 GPA-Hrs: 17.00 QPts: 57.00 GPA: 3.35

Term: FALL 2011
Sch.of Comp.Math/Natural Sci
Biology

| BIOL 204 | DEVELOPMENTAL BIOLOGY | 4.00 A | 16.00 |
| BIOL 205 | ECOLOGY AND ADAPTATIONS | 4.00 A | 16.00 |
| CHEM 203 | ORGANIC CHEMISTRY I | 3.00 A | 12.00 |
| CHEM 203L | ORGANIC CHEM I - LAB | 2.00 C | 4.00 |
| PHYS 203 | GEN PHYS: FUND OF PHYSICS I | 3.00 C | 6.00 |
| PHYS 203L | GEN PHYS: FUND PHYS I - LAB | 1.00 B | 3.00 |
Term: Ehrs: 17.00 GPA-Hrs: 17.00 QPts: 57.00 GPA:

Term: SPRING 2012
Sch.of Comp.Math/Natural Sci
Biology

| BIOL 303 | GENETICS | 4.00 B | 16.00 |
| CHEM 204 | ORGANIC CHEMISTRY II | 3.00 C | 12.00 |
| CHEM 204L | ORGANIC CHEM II - LAB | 2.00 C | 4.00 |
| HIST 350 | INTRO TO THE AFRICAN DIASPORA | 3.00 B | 12.00 |
| PHYS 204 | GEN PHYS: FUND OF PHYSICS II | 3.00 A | 12.00 |
| PHYS 204L | GEN PHYS: FUND PHYS II - LAB | 1.00 B | 3.00 |
Term: Ehrs: 16.00 GPA-Hrs: 16.00 QPts: 53.00 GPA: 3.31

CONTINUED ON PAGE 2

ACADEMIC TRANSCRIPT

This transcript is printed on security paper and contains the seal of Morgan State University and the signature of the University Registrar, Hans Cooper. This is an official sealed instrument if raised seal is not required. The student is in good academic standing unless otherwise noted.

RU\SM 000016

# TRANSCRIPT GUIDE

Effective July 1, 1976, Morgan State College became Morgan State University.

A  - Superior
B  - Good
C  - Satisfactory
D  - Passing
F  - Failure
I  - Incomplete
CR - Credit
CS - Continuing Satisfactory (Graduate School only)
FX - Unofficial Withdrawal
NA - Never Attended
NC - No Credit
NG - No grade reported from teacher
NR - No grade / No record
PE - Pass credit for experience
PS - Pass
PT - Pass credit for examination
R  - Course must be repeated
S  - Satisfactory
U  - Unsatisfactory

AW - Administrative Withdrawal
WA - Administrative Withdrawal
W  - Official Withdrawal
WF - Withdrawal Failing
WP - Withdrawal Passing
WX - Unofficial Withdrawal
TW - Total Withdrawal

TRANSCRIPT TERMINOLOGY
AHRS Attempted Hours
EHRS Earned Hours
QHRS Quality Hours
QPTS Quality Points

Note: The symbol I or E under the R Column indicates a repeated course
(I - Course is included in GPA)
(E - Course is Excluded from GPA)

**Test for Authenticity:  Alteration or forgery of this document may be a criminal offense.**

1) This document reveals repetitive images of the word "VOID" if an attempt is made to photocopy or color copy this document & submit it as an original.
2) This document reveals the word "VOID" in three languages if a chemical alteration is attempted.
3) The back of this document contains an artificial watermark, hold at an angle to view.
4) The back of this document contains parallel lines. If lines do not match, transcript is suspect.

This transcript cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974. If you have additional questions about this document, please contact our office at (443) 885-3300. Our address is 1700 E. Cold Spring Ln. Baltimore, MD 21251.

RUSM 000017

RUSM 000018

MSUM 000019

# TRANSCRIPT GUIDE

Effective July 1, 1976, Morgan State College became Morgan State University

| | | |
|---|---|---|
| A | - | Superior |
| B | - | Good |
| C | - | Satisfactory |
| D | - | Passing |
| F | - | Failure |
| I | - | Incomplete |
| CR | - | Credit |
| CS | - | Continuing Satisfactory (Graduate School only) |
| FX | - | Unofficial Withdrawal |
| NA | - | Never Attended |
| NC | - | No Credit |
| NG | - | No grade reported from teacher |
| NR | - | No grade / No record |
| PE | - | Pass credit for experience |
| PS | - | Pass |
| PT | - | Pass credit for examination |
| R | - | Course must be repeated |
| S | - | Satisfactory |
| U | - | Unsatisfactory |

| | | |
|---|---|---|
| AW | - | Administrative Withdrawal |
| WA | - | Administrative Withdrawal |
| W | - | Official Withdrawal |
| WF | - | Withdrawal Failing |
| WP | - | Withdrawal Passing |
| WX | - | Unofficial Withdrawal |
| TW | - | Total Withdrawal |

**TRANSCRIPT TERMINOLOGY**

AHRS Attempted Hours
EHRS Earned Hours
QHRS Quality Hours
QPTS Quality Points

Note: The symbol I or E under the R Column indicates a repeated course.

(I - Course is included in GPA)

(E - Course is Excluded from GPA)

**Test for Authenticity:   Alteration or forgery of this document may be a criminal offense.**

1) This document reveals repetitive images of the word "VOID" if an attempt is made to photocopy or color copy this document & submit it as an original.
2) This document reveals the word "VOID" in three languages if a chemical alteration is attempted.
3) The back of this document contains an artificial watermark, hold at an angle to view.
4) The back of this document contains parallel lines.  If lines do not match, transcript is suspect.

This transcript cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974. If you have additional questions about this document, please contact our office at (443) 885-3300. Our address is 1700 E. Cold Spring Ln, Baltimore, MD 21251.

THE FACE OF THIS DOCUMENT IS PRINTED IN BLUE ON WHITE PAPER

# Morgan State University
## Office of the Registrar

Student No:

Record of: Oluwamuyiwa Awodiya
Level: Undergraduate

Date Issued: 19-SEP-2013
ExTL External
Page: 2

| SUBJ | NO. | COURSE TITLE | CRED | GRD | PTS | R |
|------|-----|--------------|------|-----|-----|---|

Institution Information continued:

Term: FALL 2012
Sch of Comp,Math/Natural Sci
Biology

| BIOL | 310Q | CELL AND MOLECULAR BIOLOGY | 4.00 | A | 16.00 | |
| BIOL | 453 | SCIENTIFIC COMMUNICATION | 2.00 | A | 8.00 | |
| ENGL | 001 | ENGLISH WRITING PROFICIENCY | 0.00 | FL | | |
| HUMA | 201 | INTRO TO HUMANITIES I | 3.00 | B | 9.00 | |
| SPAN | 203 | INTERMEDIATE SPANISH I | 3.00 | C | 6.00 | |

Term: Ehrs: 12.00 GPA-Hrs: 12.00 QPts: 39.00 GPA: 3.25

Term: SPRING 2013
Sch of Comp,Math/Natural Sci
Biology

| BIOL | 006 | BIOLOGY SENIOR COMP EXAM | 0.00 | PS | 0.00 | |
| BIOL | 406 | IMMUNOLOGY AND SEROLOGY | 4.00 | A | 16.00 | |
| BIOL | 499 | SENIOR RSCH OR TCHG/TUTOR ASST | 4.00 | A | 16.00 | |
| ENGL | 001 | ENGLISH WRITING PROFICIENCY | 0.00 | PS | 0.00 | |
| HUMA | 202 | INTRO TO HUMANITIES II | 3.00 | A | 12.00 | |
| PHIL | 204 | ETHICS AND VALUES | 3.00 | A | 12.00 | |
| SPAN | 204 | INTERMEDIATE SPANISH II | 3.00 | B | 9.00 | |

Term: Ehrs: 17.00 GPA-Hrs: 17.00 QPts: 65.00 GPA: 3.80

************** TRANSCRIPT TOTALS **************

| | Earned Hrs | GPA Hrs | Points | GPA |
|---|---|---|---|---|
| TOTAL INSTITUTION | 92.00 | 92.00 | 318.00 | 3.45 |
| TOTAL TRANSFER | 33.00 | 0.00 | 0.00 | 0.00 |
| OVERALL | 125.00 | 92.00 | 318.00 | 3.45 |

************** END OF TRANSCRIPT **************

ACADEMIC TRANSCRIPT

This transcript is printed on special security paper and con-
tains the seal of Morgan State University and the signature of
the University Registrar, Hans Cooper. This is an official
sealed instrument; a raised seal is not required. The student is
in good academic standing unless otherwise noted.

UNIVERSITY REGISTRAR

IN ACCORDANCE WITH USC 438 (4) (B) (THE FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT OF 1974) YOU ARE HEREBY NOTIFIED THAT THIS INFORMATION IS PROVIDED UPON THE CONDITION THAT YOU, YOUR AGENTS OR EMPLOYEES, WILL NOT PERMIT ANY OTHER PARTY ACCESS TO THIS RECORD WITHOUT CONSENT OF THE STUDENT. ALTERATION OF THIS TRANSCRIPT MAY BE A CRIMINAL OFFENSE.

THE BACK OF THIS TRANSCRIPT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

RUSM 000021

# TRANSCRIPT GUIDE

Effective July 1, 1976, Morgan State College became Morgan State University.

A  -  Superior
B  -  Good
C  -  Satisfactory
D  -  Passing
F  -  Failure
I  -  Incomplete
CR -  Credit
CS -  Continuing Satisfactory (Graduate School only)
FX -  Unofficial Withdrawal
NA -  Never Attended
NC -  No Credit
NG -  No grade reported from teacher
NR -  No grade / No record
PE -  Pass credit for experience
PS -  Pass
PT -  Pass credit for examination
R  -  Course must be repeated
S  -  Satisfactory
U  -  Unsatisfactory

AW -  Administrative Withdrawal
WA -  Administrative Withdrawal
W  -  Official Withdrawal
WF -  Withdrawal Failing
WP -  Withdrawal Passing
WX -  Unofficial Withdrawal
TW -  Total Withdrawal

TRANSCRIPT TERMINOLOGY

AHRS  Attempted Hours
EHRS  Earned Hours
QHRS  Quality Hours
QPTS  Quality Points

Note: The symbol I or E under the R Column indicates a repeated course.

(I - Course is Included in GPA)

(E - Course is Excluded from GPA)

**Test for Authenticity:**   Alteration or forgery of this document may be a criminal offense.

1)  This document reveals repetitive images of the word "VOID" if an attempt is made to photocopy or color copy this document & submit it as an original.

2)  This document reveals the word "VOID" in three languages if a chemical alteration is attempted.

3)  The back of this document contains an artificial watermark, hold at an angle to view.

4)  The back of this document contains parallel lines.  If lines do not match, transcript is suspect.

This transcript cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974. If you have additional questions about this document, please contact our office at (443) 885-3300. Our address is 1700 E. Cold Spring Ln, Baltimore, MD 21251.

RUSM 000022