# EXHIBIT 4

# Ross University
## SCHOOL OF MEDICINE
PORTSMOUTH, DOMINICA
WEST INDIES

Date Printed: 5/21/18
Official Transcript

Name: Awodiya, Oluwamuyiwa
Student ID:
SSN / SIN: X
Matriculation Date: 05/12/2014
Date of Birth:
Program of Study: Doctor of Medicine

| Course | Course Title | Grade | Credit |
|---|---|---|---|

### Basic Science

**Summer 2014**  5/12/14 - 8/22/14

| Course | | Title | Grade | Credit |
|---|---|---|---|---|
| MIOB | 1101 | Foundations of Medicine 1 | P | 13.00 |
| MCLM | 1102 | Clinical Skills 1 | P | 2.00 |

| | Earned Credits | GPA QP | QP Credits | GPA |
|---|---|---|---|---|
| Semester: | 15 | 0 | 0 | 0.00 |
| Cumulative: | 15 | 0 | 0 | |

**Fall 2014**  9/08/14 - 12/19/14

| MIOB | 1201 | Foundations of Medicine 2 | C+ | 10.00 |
|---|---|---|---|---|
| MCLM | 1203 | Clinical Skills 2 | A | 4.00 |

| | Earned Credits | GPA QP | QP Credits | GPA |
|---|---|---|---|---|
| Semester: | 14 | 41 | 14 | 2.92 |
| Cumulative: | 29 | 41 | 14 | 2.92 |

**Spring 2015**  1/12/15 - 4/24/15

| MIOB | 2303 | Foundations of Medicine 3 | C | 10.00 |
|---|---|---|---|---|
| MCLM | 2304 | Clinical Skills 3 | B+ | 2.00 |

| | Earned Credits | GPA QP | QP Credits | GPA |
|---|---|---|---|---|
| Semester: | 12 | 27 | 12 | 2.25 |
| Cumulative: | 41 | 68 | 26 | 2.61 |

**Summer 2015**  5/11/15 - 8/21/15

| MIOB | 2404 | Foundations of Medicine 4 | C | 9.00 |
|---|---|---|---|---|
| MCLM | 2405 | Clinical Skills 4 | A | 2.00 |

| | Earned Credits | GPA QP | QP Credits | GPA |
|---|---|---|---|---|
| Semester: | 11 | 26 | 11 | 2.36 |
| Cumulative: | 52 | 94 | 37 | 2.54 |

**Fall 2015**  9/07/15 - 12/18/15

| MIOB | 2501 | Foundations of Medicine 5 | R | 0.00 |
|---|---|---|---|---|
| MCLM | 2502 | Clinical Skills 5 | A | 2.00 |

| | Earned Credits | GPA QP | QP Credits | GPA |
|---|---|---|---|---|
| Semester: | 2 | 8 | 2 | 4.00 |
| Cumulative: | 54 | 102 | 39 | 2.61 |

**Spring 2016**  1/11/16 - 4/22/16

| MIOB | 2501 | Foundations of Medicine 5 | B | 10.00 |
|---|---|---|---|---|
| MCLM | 2502 | Clinical Skills 5 | B+ | 2.00 |
| MDBS | 2503 | Essential Lifelong Learning 5 | P | 3.00 |

| | Earned Credits | GPA QP | QP Credits | GPA |
|---|---|---|---|---|
| Semester: | 15 | 37 | 12 | 3.08 |
| Cumulative: | 69 | 139 | 51 | 2.72 |

Total Attempted Credit Hours: 79
Total Earned Credit Hours: 69
No Entries Below This Line

**Comments:**  04/13/2017-Dismissed-LDA: 04/22/2016
**Enrollment Status as of 5/21/18: Dismissed**

RUSM 000032