# EXHIBIT 6

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | Oluwamuyiwa O Awodiya (M) | **DOB:** | | **Student ID:** | |
| **Diagnosis:** | | | | | |

**RUSM Counseling Center**
P.O. Box 266
Roseau, DM 11111
(767)255-6553

Oluwamuyiwa O Awodiya (M)                             Note Date: 11/05/2015 02:15 PM
[5597]
Pt. Phone:                         DOB:

**Summary of note:** Relationship Distress With Spouse or Intimate Partner
**Allergies:** No Entry
**Current Medications:** No Entry
**Semester:** Semester 1, Semester 5

**Subjective:**
Reports being happier, better able to study, less anxiety. Still seeing gf, they talk, text and study toghether. "I was not able to not talk to her." Has gone out to parties, realizes other girls are attracted to him. Wants to try to maintain rx w/ gf and asked for advice as how to do that given that she has lied numerous times to him.

He found out from friends that gf has lied about how many times she slept w/ other man. He reports the "went to the extreme of buying a cell phone and giving to a friend to use as an alibi when seeing other man.

Clt reports gf first told him she was pregant and took a test to verify, then later said she lied and did not take the test. He reports being confused and asked cln for advice.

Gf has medical condition AIP, was hospitalized in Roseau and had to repeat 4th sem.
 - Entered by Laura Cobb on Nov-05-2015 03:17 PM

**Objective:**
Cln prompted client to reflect on why he still wanted to be with gf after numerous lies as he reports this conflicts with his values. Cln prompted client to set clear expectations w/ gf.
 - Entered by Laura Cobb on Nov-05-2015 03:17 PM

**Assessment:**
1)Relationship Distress With Spouse or Intimate Partner - V61.10

Client is struggling with denial that his gf could have lied to him to this extent. He feels that she will change her behavior for him.
 - Entered by Laura Cobb on Nov-05-2015 03:17 PM

**Plan:**
Counseling 1 Hour (V61.10)

RTC in 1 week
 - Entered by Laura Cobb on Nov-05-2015 03:17 PM
Signed by: Laura Cobb on Nov/05/2015 03:17 PM

**Locked by:** Laura Cobb on Nov/05/2015 03:17 PM

1 of 2

This document has been signed electronically.

RUSM 000136

**Name:** Oluwamuyiwa O Awodiya (M)    **DOB:** ▮    **Student ID:** ▮

**Diagnosis:**

---

This document has been signed electronically.

2 of 2

RUSM 000137