# EXHIBIT 7

**Name:** Oluwamuyiwa O Awodiya (M)   **DOB:**    **Student ID:**
**Diagnosis:**

**RUSM Counseling Center**
**P.O. Box 266**
**Roseau, DM 11111**
**(767)255-6553**

Oluwamuyiwa O Awodiya (M) [5597]
Pt. Phone:                DOB:
Note Date: 12/08/2015 08:44 AM

**Summary of note:** Client admitted to thoughts of self harm but denied being suicidal or having a plan. He was seen by the consulting psychiatrist. Safety plan signed. Follow up appointments set up with the psychiatrist and counselor. Client to check in daily.
**Allergies:** No Entry
**Current Medications:** No Entry
**Semester:** Semester 1, Semester 5

**Progress:**
# Suicide Assessment

**Risk Factors: Suicidal behavior**
Do you have a history of suicide ideations?  No
Do you have a history of suicide attempts?  No
Are you having any self-harm ideations presently?  Yes
Are you having any suicidal ideations presently?  No
Have you had any aborted suicide attempts? No

**Current/past psychiatric disorders:**
Do you have any feelings of depressed/sad mood? Yes
Do you have any feelings of anxiety/panic Yes
Do you have a history of psychosis (auditory/visual hallucinations/delusions) No
Do you use alcohol or any other substance? No
Have you tried to cut down your alcohol/substance use?
Do you feel guilty about your alcohol/substance use?
Do you feel angry when people talk to you about your alcohol/substance use?
Do you feel that you need to have alcohol/substance to start your day?
Cluster B personality disorders & conduct disorders
Do you have difficulty controlling your anger? No
Do you experience significant mood changes? No
Do you plan ahead, or do you make decisions on the spot? plan ahead
Do you feel strong urges to do things that are hard to resist? No

**Key symptoms**
Do you have sleep difficulties? Yes Initial & middle insomnia
Have you lost interest in activities that you previously enjoyed? Yes
Have you felt down, depressed or hopeless recently? Yes

**Family history:**
Does anyone in your family have a history of suicide attempts? No
Does anyone in your family have a history of psychiatric disorder? No

**Precipitants/stressors/interpersonal**

**Name:** Oluwamuyiwa O Awodiya (M)   **DOB:**    **Student ID:**

**Diagnosis:**

---

Do you have any current stressors? Yes Academics, relationship
Do you have a mental health/psychiatric diagnosis? No
Are you presently using any psychotropic medication? No
Are you presently experiencing any psychosocial issues? Yes relationship issues
do you have a history of any form of abuse or assault? No
Have you experienced any traumatic events? No
Have you recently had a significant change in your treatment (provider, medication, recent hospitalization)? No
Have you experienced any significant loss? No  except for his girlfriend
Are you experiencing any guilt feelings? No
Have you had a change in your treatment? (inpatient discharge, provider, treatment type or medication change) No

### Misc. Factors
Do you have access to firearms?  No
Internal: ability to cope with stress, religious beliefs, frutration tolerance
External: responsibility to children or pets, + therapeutic relationships, social supports

### Suicide Inquiry
Ideation: Obtain information regarding frequency, intensity, duration, impact in last 48 hours, past month and worst ever. This morning he reported having intense frightening thoughts of harming himself which went on for about 45 mins. These thoughts are as a result of a call that he received from Student Affairs informing him that he failed he was one point shy of the mps for his class.  he did very well on the NBME exam with a grade of 80% but did poorly on at least 2 of his minis which resulted in his over all gade being 65% whereas the mps for semester 5C was 66%.
Do you have a history of suicide ideations?  Yes He admitted having similar thoughts around mini 1 of this semester when he found out that his girlfriend was being unfaithful.
Are you having any self-harm ideations presently?  Yes
Are you having any suicidal ideations presently?  No
Behaviors:  None
Plan:  None
Do you have a history of suicide attempts?  No
Have you had any aborted suicide attempts? No
Intent: Extent to which patient expects to carry out the plan:  NO plan, Degree of ambivalence regarding plan:  He does not have a plan, Reasons to live:  The life that I want, being a doctor and to have a loving wife & kids.
Do you have or have you ever engaged in any self-injurious behaviors?  No

### Risk level/Intervention
Assessment of risk level based on clinical judgment:  Client contemplated harming himself but does not have a plan.
Reassessment as patient or environmental circumstances change.


**Assessment:**
1)Academic or Educational Problem - V62.3
2)Adjustment Disorders - With mixed anxiety and depressed mood - 309.28


**Plan:**
Counseling Crisis (V62.3)
***Referral Orders:*** Referral To Psychiatry (V62.3)

Signed by: McMillan Cuffy on Dec/08/2015 10:50 AM

2 of  3
This document has been signed electronically.

RUSM 000139

**Name:** Oluwamuyiwa O Awodiya (M) **DOB:** ▇▇▇▇▇▇ **Student ID:** ▇▇▇▇▇▇

**Diagnosis:**

*Locked by: McMillan Cuffy on Dec/08/2015 10:50 AM*

This document has been signed electronically.

3 of 3

RUSM 000140