# EXHIBIT 9



**ROSS UNIVERSITY**
Department of Behavioral Sciences – Counseling Center

**INDIVIDUAL SAFETY PLAN**

## SAFETY PLAN

☒ I agree that I will not attempt to cause harm or injury to myself or engage in an activity with the intention of causing harm or injury to myself.

☒ I agree I will not attempt to kill myself, or engage in an activity with the intention of killing myself.

☒ I agree I will not drive a vehicle if I am upset, angry or having thoughts of harming or killing myself.

☒ I agree to participate in my mental health treatment, including medication (if indicated), medication management and regularly scheduled counseling appointments.

☒ I agree I will not use alcohol or non-prescription medications or illegal drugs.

☒ I do not have a fire arm in my home, nor do I have access to a fire arm.

☒ If I am having thoughts of suicide or feeling like I want to harm myself I will:

 1) Remind myself that _there is life after repeating_ and _family / mom & dad_ deeply care for me and love me.

 2) Call the following numbers: Ross Emergency 235-9111, 24-Hour Mental Health On-Call 275-1385

☒ I agree to call the following professionals for help and support when needed: _Mr. Cuffy_

☒ If all other steps have failed to keep me safe, I agree I will call Ross Security at 235-5387 and ask to be taken to the nearest hospital or emergency room and ask for assistance.

☐ _____

| Signature of Client | Client Printed Name | Date |
|---|---|---|
| _Muyiwa Awodiya_ | Oluwamuyiwa Awodiya | 12/8/15 |
| Signature of Counselor | Counselor Printed Name | Date |
| _[signature]_ | T. McCuffy, M.Sc. | 12/8/15 |

RUSM 000169