# EXHIBIT 11



# ROSS UNIVERSITY

Department of Behavioral Sciences – Counseling Center

222 2455

## Consent to Release Confidential Information

### RELEASE OF INFORMATION CONSENT

☐ **Introduction:**

By signing this form, you are authorizing the Ross University School of Medicine's (RUSM) Counseling Center to release otherwise confidential psychological information to one or more people whom you designate. Please read carefully. If you have any questions about signing this document and/or would like a copy of this form, please ask and we will provide you this information. Please understand that you may end this Agreement at any time.

☐ **I authorize the RUSM Counseling Center to: (Check all that pertain)**

☒ Discuss otherwise confidential information pertaining to my treatment
☐ Transmit a copy of my otherwise confidential health record
☐ Transmit a letter or treatment summary containing my otherwise confidential information

☐ **I authorize the release of the information specified above to:**

To: RUSM Administration
Street Address:
City, State and Zip Code:

☐ **This information is released for the following purpose(s):**

☒ To facilitate treatment planning
☒ To provide information relevant to academic accommodations and/or medical leave of absence
☐ Other:

☐ **If you have authorized us to discuss confidential information, specify the period during which we may communicate with the person(s) listed above, by checking the appropriate box below:**

☒ I authorize ongoing communication unless I revoke this consent.
☐ I authorize communication only until _____ (specify date).

☐ **Other restrictions or limitations on information to be released:**

Specify:
☒ No other limitations.

☐ **Statement of Acknowledgement:**

I understand that I do not have to agree to release confidential information, and that I may withdraw this consent at any time except insofar as action has already been taken in reliance thereupon. A facsimile of this form will be regarded as valid as the original.

| Signature of Client | Client Printed Name | Date |
|---|---|---|
| Muyiwa Awodiya | Oluwamuyiwa Awodiya | 12/9/15 |
| Signature of Counselor | Counselor Printed Name | Date |
| [signature] | McMillan Cuffy, M.Sc | 12/9/15 |

Release of Information    Page 1 of 1    Revised: 28 September 2010

RUSM 000168