# EXHIBIT 13

```
                                                              Page 1

 1              UNITED STATES DISTRICT COURT
 2          FOR THE SOUTHERN DISTRICT OF FLORIDA
 3
 4    OLUWAMUYIWA AWODIYA,
 5           Plaintiff
 6    vs.                                CASE NO.
                                         0:18-cv-60482-KMM
 7    ROSS UNIVERSITY SCHOOL OF
      MEDICINE, SCHOOL OF
 8    VETERINARY MEDICINE LIMITED,
 9           Defendant.
10
      ``````````````````````````````
11
12
13         VIDEO-CONFERENCED DEPOSITION OF
14                    BRYAN HAYSE
15
16                NOVEMBER 5, 2018
17                   3:07 P.M.
18
19        ROSS UNIVERSITY SCOOL OF MEDICINE
20              KNOXVILLE, TENNESSEE
21
22
23
24        Deborah West, LCR-314 (TN), CLR
25
```

1   necessary.
2          If you make changes in your
3   testimony that are inconsistent with the answers
4   given during the deposition, I will be entitled to
5   comment on those discrepancies at trial to question
6   your truthfulness.
7          Do not guess when providing your
8   responses.  Instead, please provide your best
9   estimate based on your recollection.  If you need
10  to take a break at any time, please let me know.
11  All I ask is we not take a break while there is a
12  question pending.
13         Are you here today under the
14  influence of any medication or suffering from any
15  physical, mental, or emotional condition that would
16  affect your ability to hear my questions or to give
17  truthful answers?
18      A    I am not.
19      Q    When did you first hear about this
20  lawsuit?
21      A    Earlier this semester.  I don't know
22  that I can recall a specific date.
23      Q    When did this semester start?
24      A    In September.
25      Q    Do you remember ever seeing

Page 8

1    plaintiff in December of 2015?
2         A    I do.
3         Q    Can you tell me about your encounter
4    with him?
5         A    I can. I vaguely remember meeting
6    with plaintiff, and I don't recall what the meeting
7    was about. Since the lawsuit has come to my
8    attention, I was shown documents that were from
9    Mr. Cuffy referring to mine and your, plaintiff's
10   meeting, which jogged my memory from it.
11              So that's all I remember from this
12   meeting. I don't remember specifics. I remember
13   meeting after December, but I don't remember the
14   specifics of the December meeting.
15        Q    You said the document has jogged
16   your memory. Do you know what it caused you to
17   remember?
18        A    Only that my memory that you and I
19   met in January was inaccurate and that you and I
20   had met previously in December.
21        Q    What is your position at Ross
22   University?
23        A    I am currently the Associate Dean
24   for Medical Science Student Affairs.
25        Q    As part of that position, have you