# EXHIBIT 14

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | Oluwamuyiwa O Awodiya (M) | **DOB:** | ▇ | **Student ID:** | ▇ |

**Diagnosis:**

**RUSM Counseling Center**
**P.O. Box 266**
**Roseau, DM 11111**
**(767)255-6553**

Oluwamuyiwa O Awodiya (M) [5597]  
Pt. Phone:                    DOB: ▇

Note Date: 12/10/2015 09:27 AM

**Summary of note:** At 4:00 p.m, client was seen again with the consulting psychiatrist. He was prescribed meds and part of his plan was to get him back home sooner than his scheduled 12/19/15 flight. Dr. Sharma engaged Mr. Didier to assist with flight arrangements to get
**Allergies:** No Entry
**Current Medications:** No Entry
**Semester:** Semester 5

**Intake:**

**Subjective:**

**Objective:**

# Counseling Crisis Note

Contact start time:
Contact end time:

Referral Source:

Presenting Concerns:   Client returned to office after talking to Dr. Hayes in Student Affairs regarding his academic situation. I subsequently received an email from Dr. Hayes requesting that we talk at some point re: the client.   After the meeting with Dr. Hayes, the client was very disappointed but stable.

Self harm/Suicide/Homicide Screen:   self harm ideation present

Treatment/Interventions: Supportive-Expressive Psychotherapy, cognitive coping techniques, feeling identification, safety planning, support, comments Using a CBT appraoch

Impressions/recommendations:   adjustment disorder with mixed emotions.

**Assessment:**
1)Academic or Educational Problem - V62.3
2)Adjustment Disorders - With mixed anxiety and depressed mood - 309.28

**Plan:**
Counseling Crisis (V62.3)

Signed by: McMillan Cuffy on Dec/10/2015 09:27 AM

*Locked by: McMillan Cuffy on Dec/10/2015 09:27 AM*

1 of  2

This document has been signed electronically.

RUSM 000141

**Name:** Oluwamuyiwa O Awodiya (M)  **DOB:**  ▮▮▮▮▮▮▮  **Student ID:** ▮▮▮▮▮▮▮

**Diagnosis:**