# EXHIBIT 16

| | | | |
|---|---|---|---|
| **Name:** | Oluwamuyiwa O Awodiya (M) | **DOB:** | **Student ID:** |
| **Diagnosis:** | | | |

**RUSM Counseling Center**
**P.O. Box 266**
**Roseau, DM 11111**
**(767)255-6553**

Oluwamuyiwa O Awodiya (M) [5597]    Note Date: 12/13/2015 03:28 PM
Pt. Phone:    DOB:

**Summary of note:** Academic or Educational Problem, Persistent Depressive Disorder (Dysthymia)
**Allergies:** No Entry
**Current Medications:** No Entry
**Semester:** Semester 5

**Progress:**
**Followup**

Progress since last session: less severe symptoms

Session content: Client was seen on Friday for a follow up visit. His mom made flight reservations for him on LIAT to fly back on Sunday 12/13/15 but the hold on the ticket expired. He has agreed to stay on the island until his original flight on 12/19/12. However, he is stable and doing well. He denied having thoughts of harming himself. After exhausting all avenues of getting his grades changed, he is at the point where he is accepting to come back here in January to repeat semester 5.

Clinical assessment: Minor depessive episode.

Overall Impression: stable
Appearance: casual
Attention and Concentration: good
Interpersonal: cooperative
Mood: depressed
Affect: sad
Thought process: normal
Judgment: fair

Suicide/self-harm risk: no risk
Insight: adequate
Reaction to session: cooperative
Additional Comments: Client will continue checking in with counseling on a daily basisi until he leaves the island.

**Assessment:**
1) Academic or Educational Problem - V62.3
2) Persistent Depressive Disorder (Dysthymia) - 300.4

1 of 2

This document has been signed electronically.

RUSM 000145

| **Name:** | Oluwamuyiwa O Awodiya (M) | **DOB:** | | **Student ID:** | |
|---|---|---|---|---|---|

**Diagnosis:**

**Plan:**
Counseling 20 - 30 Minutes (V62.3)

Signed by: McMillan Cuffy on Dec/13/2015 03:28 PM

**Locked by: McMillan Cuffy on Dec/13/2015 03:28 PM**

This document has been signed electronically.

RUSM 000146