# EXHIBIT 18

| | | | |
|---|---|---|---|
| **Name:** | Oluwamuyiwa O Awodiya (M) | **DOB:** | **Student ID:** |
| **Diagnosis:** | | | |

**RUSM Counseling Center**
**P.O. Box 266**
**Roseau, DM 11111**
**(767)255-6553**

Oluwamuyiwa O Awodiya (M) [5597]
Pt. Phone:          DOB:

Note Date: 01/11/2016 11:10 AM

**Summary of note:** see client in one wk
**Allergies:** No Entry
**Current Medications:** No Entry
**Semester:** Semester 5

**Progress:**
**Followup**

Session content: Client is stable and doing well. He reported that he is on buproprion and doing very well. Client was assessed in the U.S. for ADHD; he provided us with a copy of the results which are scanned in his file. He is scheduled to take the TOVA next week. He was advised to do an EKG and is also scheduled to see the psychiatrist next week.

Clinical assessment: Academic problems; repeating semester 5.

Overall Impression: stable
Appearance: appropriate
Attention and Concentration: good
Interpersonal: cooperative
Mood: normal/stable
Affect: bright
Thought process: normal
Judgment: good

Suicide/self-harm risk: no risk
Insight: good
Reaction to session: active/eager

**Assessment:**
1)Academic or Educational Problem - V62.3

**Plan:**
Counseling 1 Hour (V62.3)
***Referral Orders:*** Referral To Medical Clinic (V62.3)

Signed by: McMillan Cuffy on Jan/11/2016 11:10 AM

1 of  2

This document has been signed electronically.

RUSM 000147

**Name:** Oluwamuyiwa O Awodiya (M)  **DOB:**  **Student ID:**

**Diagnosis:**

*Locked by: McMillan Cuffy on Jan/11/2016 11:10 AM*

This document has been signed electronically.

RUSM 000148