# EXHIBIT 20

Page 1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

OLUWAMUYIWA AWODIYA,
    Plaintiff
vs.                                    CASE NO.
                                      0:18-cv-60482-KMM
ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF
VETERINARY MEDICINE LIMITED,
    Defendant.

~~~~~~~~~~~~~~~~~~~~~~~~~~

VIDEO-CONFERENCED DEPOSITION OF
MATTHEW STEWART-FULTON

NOVEMBER 5, 2018
1:06 P.M.

ROSS UNIVERSITY SCOOL OF MEDICINE
KNOXVILLE, TENNESSEE

Deborah West, LCR-314 (TN), CLR

```
                                                        Page 8
 1          Q     Okay.  What is your job position at
 2   Ross University?
 3          A     Would you like my job title?  What
 4   specifically would you like to know?
 5          Q     We can start with your job title.
 6          A     My job title is assistant director
 7   for student conduct and integrity in academic
 8   accommodations.
 9          Q     In regard to academic
10   accommodations, what is your role as an academic
11   accommodations coordinator?
12          A     I manage the accommodations process.
13          Q     Who makes the final determination --
14          A     I'm sorry, you got cut off.
15          Q     Who makes the final determination?
16          A     I make the final determination.
17          Q     Has it always been like that?
18          A     In the time that I have been working
19   in this role, it has.
20          Q     Do you ever remember meeting the
21   plaintiff in person?
22          A     I do not.
23          Q     Just to be clear, you do not
24   remember --
25                (Reporter clarification.)
```

Page 12

1   student doing so?
2           Q    No.  Let me rephrase.  How is a
3   faculty member recommending academic accommodations
4   different than a faculty member requesting academic
5   accommodations on behalf of the student?
6           A    I don't see a significant difference
7   for our process.
8           Q    Can you define what a request is to
9   you?
10          A    Under what circumstances?
11          Q    What do you consider a request?
12  Does the student have to use specific words?
13          A    To request accommodations, a student
14  has to submit an application for academic
15  accommodations.  It will be noted as supporting
16  documentation that is referenced in the
17  application.
18          Q    Let's go to one step before that.
19  When a student asks for accommodations -- let's
20  separate for right now, the packet, the
21  documentation, the evidence, simply focusing on the
22  request, not -- not the investigation into whether
23  or not an accommodation is needed or appropriate
24  or -- you know, that seems more to just like
25  exploring a possible accommodation.

```
                                                   Page 13

 1                  In the absence of that, a student
 2   simply asking you for academic accommodations, does
 3   that trigger anything?
 4        A    Yes.
 5        Q    What does it trigger?
 6        A    A request to meet.  And if they
 7   haven't already received a copy, sending them a
 8   copy of the application form.
 9        Q    So would you consider asking for
10   academic accommodations a request?
11        A    In the context of what?
12        Q    Let me clarify.  When -- I am
13   assuming you're talking about a request packet; is
14   that correct?
15        A    It's an application package.
16        Q    Okay.  In this package you ask for
17   what information?
18        A    Demographic information about the
19   student.  There is a personal statement.  And
20   there's supporting documentation from a healthcare
21   provider.
22        Q    So until that is completed, you do
23   not consider any prior statements a request?
24        A    I would like you to clarify what you
25   mean by a request in the context of this line of
```

Page 14

1    questioning.
2        Q    I have my own definition, but I want
3    you to put yourself in the shoes of a student.  And
4    if he reads somewhere that a request needs to be
5    made, and they don't have knowledge of a packet, a
6    student might just simply define a request as they
7    need help with a certain aspect of their education.
8             So what I am asking you is do you
9    only consider a student asking for help a request
10   once you have received all of their medical
11   documents and background information?
12       A    A verbal request would be the first
13   step of the process.
14       Q    So you accept verbal requests?
15       A    To trigger the process for applying
16   for accommodations.
17       Q    Can a family member of a student
18   recommend academic accommodations on behalf of the
19   student?
20       A    Yes.
21       Q    Would you also accept that
22   recommendation if it was verbal?
23       A    To clarify, you mean if a family
24   member were to recommend to me that a student they
25   were related to should receive academic

```
 1   Consultation Support Services will make a
 2   recommendation to the associate dean students of
 3   affairs or the senior associate dean students of
 4   affairs.  The decision of the associate dean,
 5   senior associate dean students of affairs or his or
 6   her designee will then be communicated in writing
 7   to the student."
 8            So I want to ask you, was the final
 9   decision always yours?
10        A    Based on that paragraph, no.
11        Q    If a student's disability is
12   obvious, will you help that student get academic
13   accommodations?
14        A    If the student's disability is
15   obvious, will I help them get accommodations?
16   Okay.
17        Q    Yes.
18        A    If a student has an obvious physical
19   disability, I will work with them through the
20   accommodation process.
21        Q    How would you initiate that?
22        A    The student would request
23   accommodations.  They would provide appropriate
24   documentation.  And we would figure out, if they
25   are approved, what appropriate accommodations there
```

1    are to address their particular disability.
2         Q    If it is obvious as in you notice
3    that the student has a disability, how would you
4    initiate the academic accommodations process?
5         A    The student needs to initiate the
6    application process.
7         Q    Even if the disability is obvious?
8         A    That's correct.
9         Q    This question right here will be a
10   hypothetical.  If a student who obviously cannot
11   climb a flight of stairs, would you accommodate
12   that student only after he requests for an
13   accommodation?
14        A    I would like you to clarify the
15   circumstances that you're inquiring about.
16        Q    If a student -- if you noticed that
17   a student needs an accommodation because it is
18   obvious, you still will not accommodate the student
19   unless he requests for an accommodation?
20        A    Students who would like to receive
21   accommodations must initiate the request.
22        Q    Is that a yes to my question?
23        A    I can't answer your question as a
24   yes or no question.
25        Q    Are students required to have a

Page 39

1       Q       Did Mr. Awodiya ever submit this
2    packet of information to you?
3       A       I do not have a record of this in my
4    files.
5       Q       If one had been submitted by
6    Mr. Awodiya, would it have been kept in your files?
7       A       It would have, yes.
8       Q       Earlier in the direct in the
9    examination by Mr. Awodiya, you were asked
10   questions regarding what we have marked as
11   Composite Exhibit Fulton 1.  I am going to put that
12   back in front of you.
13              In particular, I would like for you
14   to turn to the student handbook excerpt which is --
15   sorry, the academic catalog excerpt, which is pages
16   RUSM 183 is the first page and then it skips to
17   242.  Do you see that?
18      A       Yes, sir.
19      Q       On page 242 under the Foundations of
20   Medicine header, do you see that?
21      A       I do.
22      Q       Can you take a moment to review that
23   section?
24      A       All right.
25      Q       What is this section advising