# EXHIBIT 21



## ROSS UNIVERSITY SCHOOL OF MEDICINE
## ACADEMIC CATALOG
## 2015-2016, VOL. 7

i

AWOD004614

## CONTACT INFORMATION

**Administrative Offices (Miramar):**
2300 SW 145th Ave.
Miramar, FL 33027
**Telephone:** 954-885-3700

**Dominica Address:**
Ross University School of Medicine
PO Box 266
Roseau, Commonwealth of Dominica, West Indies

**Shared Services and Office of Student Finance**
485 US Hwy 1 South
Building B, 4th Floor
Iselin, New Jersey 08830
**Telephone:** 732-509-3051
Toll-free telephone: 1-877-ROSS-EDU (877-767-7338)
On the Web: RossU.edu

**Address applications to:**
Ross University School of Medicine
Office of Admissions
485 US Hwy 1 South
Building B, 4th Floor
Iselin, New Jersey 08830
Fax: 732-509-4803
Email: Admissions@RossU.edu

Disclaimer:
This catalog supersedes all previous editions and is in effect until a subsequent version is published either in print or online. All information in this catalog is current at the time of printing. Statements regarding tuition and fees, curriculum, course offerings, admissions, and graduation requirements are subject to change at any time and are applicable to all enrolled students unless otherwise stated. The online version of this catalog, found at RossU.edu, is the most current and accurate representation of Ross University School of Medicine's programs and policies. It is updated frequently to provide the most current information. Date of Issue: September 1, 2015.

Ross University School of Medicine (RUSM) admits academically qualified students without regard to race, color, national origin, gender, religion, disability, or age and affords students all rights, privileges, programs, and activities generally made available to students at RUSM. It does not discriminate on the basis of race, color, national origin, gender, religion, disability, sexual orientation, age, political affiliation or belief in administration of its educational programs and other RUSM administered policies, or employment policies.

DeVry Education Group is the parent company of Ross University School of Medicine. **DeVry Education Group is a for-profit corporation registered with the FL Department of State to do business in Florida as Ross University School of Medicine.**

© 2016 Ross University School of Medicine. All rights reserved.

ii

AWOD004615

# CONTENTS

| | |
|---|---|
| PAGE IV | RUSM at a Glance |
| PAGE VII | Message from the Dean |
| PAGE IX | Academic Calendar |
| PAGE X | Hippocratic Oath |
| PAGE 1 | General Information |
| PAGE 4 | Admissions Information |
| PAGE 9 | RUSM Financial Information |
| PAGE 13 | Curriculum Overview |
| PAGE 39 | Affiliated Hospitals |
| PAGE 41 | Post-Graduate Training |
| PAGE 54 | Academic Policies and Procedures |
| PAGE 63 | Qualifications for Doctor of Medicine Degree Candidates |
| PAGE 64 | Degree and Licensure Requirements |
| PAGE 64 | Facilities and Support Services |
| PAGE 67 | Student Life and Services |
| PAGE 70 | School of Medicine Academic Administration |
| PAGE 72 | Foundations of Medicine Faculty |
| PAGE 156 | Executive Administration |

iii

AWOD004616

## RUSM AT A GLANCE

### Year Founded: 1978

### Location:
**Dominica:** Foundations of Medicine

### Graduates: 11,000+

### Clinical Rotations: Performed in the US, Canada, and UK

### Enrollment: Approximately 3,500 students; 98% are US or Canadian residents.

### Facilities:
**Dominica:** 26-acre fully equipped, technologically advanced campus in Picard, Dominica; hospital, classroom and clinical examination rooms at Princess Margaret Hospital.

**Florida:** Five classrooms ranging in capacity from 32 to 150 seats, all wireless and technologically advanced; 4 clinical simulation laboratory rooms; 2 Harvey rooms; study and student lounge areas; and a Learning Resource Center.

### Faculty Members:
**Dominica:** 90+ member faculty with MD and/or PhD credentials.

**Florida: In collaboration with the Center for Haitian studies (University of Miami)** 2 full-time faculty, 2 part-time faculty and 8 junior faculty, with MD credentials, in addition to 50+ community preceptors.

### Course of Study: Students complete the foundational basic science courses in Dominica through the Foundations of Medicine curriculum.

iv

AWOD004617

Because RUSM operates on a year-round schedule (new classes start in September, January and May) students can complete their pre-clinical courses in either 16 or 20 months, depending on which curricular track they select. The IMF clerkship is completed in the US through our affiliation with the Center for Haitian Studies. Students then continue their clinical education at one of more than 29 teaching hospitals in the US that are affiliated with RUSM. Upon completion of the program of medical education and passing Step 1, Step 2 Clinical Knowledge and Step 2 Clinical Skills of the United States Medical Licensing Examination®(USMLE), students earn their MD degree from RUSM.

**Residencies:** RUSM graduates enter US residency programs in virtually every specialty of medicine.

**Licensing:** RUSM graduates can obtain licenses in all 50 US states, Canada and Puerto Rico. Some states require approval for international medical schools. RUSM is proud to be approved in each of the states that have a process to do so.

**To Apply:** Use our online application at www.rossu.edu/medical-school/apply.

**Waitlist:** A waitlist is established when the number of accepted students exceeds the number of students who can be adequately accommodated at the time of acceptance. Waitlisted students are automatically accepted for the following semester. There is no need to reapply.

**Financial Aid:** Current U.S. and Canadian students who meet the criteria for US financial aid (i.e., the student is a US citizen or eligible non-citizen) may be eligible for US/Canadian government and private loan programs.

v

AWOD004618

**Housing:** A wide range of housing options is available within a short distance of the campus.

Housing options in Dominica can be found at:   http://ross.och101.com/

Housing options during clinical semesters can be found at: http://www.rusmclinicalhousing.och101.com/

**Learn More:** Visit our website, RossU.edu, for more information, to apply online or to learn about the next Information Seminar near you. Email us at Admissions@RossU.edu or call 855-MDROSSU (855-637-6778).

For comprehensive consumer information, visit www.rossu.edu/medical-school/student-consumer-info.cfm.

vi

AWOD004619

## MESSAGE FROM THE DEAN

Welcome to Ross University School of Medicine (RUSM). At RUSM, providing students with a dynamic and comprehensive medical education is the top priority. While most medical schools have other competing priorities in the areas providing clinical care and research, education remains the major focus for our faculty and administration.

Another significant differentiator between RUSM and other medical schools is its student body. We have an incredibly diverse group of students that includes many first generation immigrants to the U.S. and Canada and great diversity by age, language, religion and ethnic origin.

It is, however, the attitude of the students themselves that makes the RUSM mission so gratifying. Clearly, this is a group of students who have pursued their dream to become physicians even when the odds were against them.  Many of our students endured loss and experienced the possibility of never becoming a doctor.  From these experiences, they have moved forward with a renewed personal sense of mission and commitment. They have developed a profound sense of resilience that will serve them well in their practice of medicine.

As an RUSM student, you will have the benefit of taking part in our Foundations of Medicine curriculum, which our faculty and students have spent a great deal of time creating. Our organ systems-based curriculum incorporates all the basic sciences into an integrated whole, which is more aligned with the way the human body works and medicine is practiced. In short, this curriculum—which provides more student-centered, small-group learning with peer feedback and an earlier introduction to clinical cases—will make medicine "come alive" for you. In addition, we have strengthened our clinical programs around the US, Canada, and the UK and have created a solid set of objectives for all clinical rotations to supplement your clinical experiences.

vii

AWOD004620

Finally, we have a very gifted and committed faculty who have been recruited from medical schools around the US and world. Our faculty stand out for their commitment to our students, and for the passion they have in education as shown by their commitment of time to direct teaching, advising and finding innovative ways of teaching.

Right now, you are heading toward a very critical part of your journey in becoming a physician. I invite you to join us at RUSM and see how we can prepare you for your life's work in medicine.

Warmest regards,

Joseph A. Flaherty, MD
Dean and Chancellor

AWOD004621

## ACADEMIC CALENDAR

RUSM is dedicated to providing students with the educational opportunity to accelerate their professional careers. Our academic year is divided into three semesters each calendar year. Students may begin their enrollment in any of the three semesters without waiting for a new academic year.

| 2015-2016 Academic Year | | |
|---|---|---|
| **Semester** | **Start Date** | **Finish Date** |
| Fall Term 2015 | September 7, 2015 | December 18, 2015 |
| Spring Term 2016 | January 11, 2016 | April 22, 2016 |
| Summer Term 2016 | May 9, 2016 | August 19, 2016 |

| 2016-2017 Academic Year | | |
|---|---|---|
| **Semester** | **Start Date** | **Finish Date** |
| Fall Term 2016 | September 5, 2016 | December 16, 2016 |
| Spring Term 2017 | January 9, 2016 | April 21, 2017 |
| Summer Term 2017 | May 8, 2017 | August 18, 2017 |

ix

AWOD004622

## HIPPOCRATIC OATH
## (MODERNIZED)

*I swear to fulfill, to the best of my ability and judgment, this covenant:*

*I will respect the hard-won scientific gains of those physicians in whose steps I walk, and gladly share such knowledge as is mine with those who are to follow.*

*I will apply, for the benefit of the sick, all measures [that] are required, avoiding those twin traps of overtreatment and therapeutic nihilism.*

*I will remember that there is art to medicine as well as science, and that warmth, sympathy, and understanding may outweigh the surgeon's knife or the chemist's drug.*

*I will not be ashamed to say "I know not," nor will I fail to call in my colleagues when the skills of another are needed for a patient's recovery.*

*I will respect the privacy of my patients, for their problems are not disclosed to me that the world may know. Most especially must I tread with care in matters of life and death. If it is given me to save a life, all thanks. But it may also be within my power to take a life; this awesome responsibility must be faced with great humbleness and awareness of my own frailty.*

*Above all, I must not play at being God. I will remember that I do not treat a fever chart, a cancerous growth, but a sick human being, whose illness may affect the person's family and economic stability. My responsibility includes these related problems, if I am to care adequately for the sick. I will prevent disease whenever I can, for prevention is preferable to cure.*

*I will remember that I remain a member of society, with special obligations to all my fellow human beings, those sound of mind and body as well as the infirm.*

*If I do not violate this oath, may I enjoy life and art, respected while I live and remembered with affection thereafter.*

*May I always act so as to preserve the finest traditions of my calling and may I long experience the joy of healing those who seek my help.*

x

AWOD004623

# GENERAL INFORMATION

## Foreword

Students must be familiar with the policies and procedures of RUSM as stated in this catalog and the RUSM *Student Handbook.*

The contents of this catalog represent the most current information available at the time of publication. However, during the period of time covered by this catalog, it is reasonable to expect changes to be made without prior notice. The online version, found at RossU.edu, is the most current and accurate representation of RUSM's academic catalog. It is updated frequently to give you the most current information, and students are responsible for reviewing the changes.

RUSM reserves the right to change, modify or alter, without notice, all fees, charges, tuition expenses and costs of any kind. RUSM further reserves the right to add, modify or delete, without notice, any course offering or information contained in this catalog. Class and exam schedules published each semester will indicate additions or other changes.

Following a student's entry into the program, the curriculum may undergo modification(s). Students are held responsible for degree requirements in effect at the time of enrollment, plus any changes made during the student's progress toward the degree as long as such changes do not delay graduation.

This catalog describes the educational program and activities available at RUSM. RUSM makes no claims that enrolling in a particular class or following the course curriculum will produce a specific achievement, employment, qualification for employment, admission to postgraduate degree programs or licensure. It is understood that the ultimate responsibility for complying with degree requirements rests with the student. This publication is issued by RUSM as authorized and approved by the Dean and Chancellor.

## Introduction and Overview

RUSM is devoted to the education of medical professionals. Founded in 1978, RUSM is located in Dominica, West Indies, offers clinical rotations in teaching hospitals across the United States, Canada and United Kingdom and is supported by administrative offices located in Miramar, FL and Iselin, NJ.

RUSM offers a Doctor of Medicine (MD) degree program and has graduated more than 11,000 physicians during its 37-year history. Graduates are eligible for licensure in all 50 States, Canada and Puerto Rico after the successful completion of the requisite licensing examinations.

The Foundations of Medicine curriculum, conducted in Dominica, consists of a minimum of 64 credits of specifically prescribed coursework. All Foundations of Medicine coursework must be satisfactorily completed at the RUSM campus in Dominica.

At the end of the Foundations of Medicine curriculum, students are required to take the National Board of Medical Examiners (NBME) Comprehensive Basic Sciences examination (CBSE). Students receiving a score of 66 or higher on the CBSE are certified to take the USMLE Step 1. Students who do not pass the CBSE are given two subsequent opportunities to take and pass the CBSE in order to certify for the USMLE Step 1.

1

AWOD004624

The Clinical Science curriculum in the United States begins with a 6-week clerkship: Internal Medicine Foundations (IMF), conducted through our affiliation agreement with the Center for Haitian Studies in South Florida. Following IMF, students complete 84 additional weeks of clinical . This clinical experience is designed to build on students' training in medical history and physical diagnostic skills, and better prepare them to meet the demands of their clinical studies. Students participate in patient care while rotating through various medical specialties in affiliated teaching hospitals and other approved healthcare facilities in the United States.

During clinical clerkships, students must complete and pass the USMLE Step 2 Clinical Knowledge (Step 2 CK) and the USMLE Step 2 Clinical Skills (Step 2 CS). RUSM requires students to pass both the USMLE Step 2 CK and Step 2 CS to be eligible for graduation.

## University Mission
Our mission is to prepare highly dedicated students to become competent and caring physicians.

## Accreditation and Approval
The government of the Commonwealth of Dominica authorizes RUSM to confer the Doctor of Medicine degree and graduates are also eligible for licensure in Dominica. The United States Department of Education, through its National Committee on Foreign Medical Education and Accreditation (NCFMEA), has determined that the accreditation standards employed by the Dominica Medical Board are comparable with those used to evaluate programs leading to the MD degree in the United States by the Liaison Committee on Medical Education.

This determination ensures that students enrolled at RUSM are eligible to participate in the US Federal Direct Loan Program. Students or applicants who wish to contact the Dominica Medical Board regarding any aspect of RUSM's medical education program can do so by writing to:

> **Dominica Medical Board Government Headquarters**
> Kennedy Avenue, Roseau, Commonwealth of Dominica, West Indies

RUSM students are eligible to take all of the United States Medical License Examinations (USMLE) by registering with the Educational Commission for Foreign Medical Graduates (ECFMG) and are eligible to apply for licensure in all states in the United States.

RUSM is also accredited by the Caribbean Accreditation Authority for Education in Medicine and other Health Professions (CAAM-HP). CAAM-HP is the legally constituted body established in 2003 under the aegis of the Caribbean Community (CARICOM), empowered to determine and prescribe standards and to accredit programs of medical, dental, veterinary and other health professions education on behalf of the contracting parties in CARICOM.

In addition, the General Medical Council of Great Britain has granted the RUSM Doctor of Medicine degree Limited Registration status, and the World Health Organization includes RUSM in its listing of medical schools approved by recognized national authorities.

In addition, the Society for Simulation in Healthcare (SSH) granted full accreditation to Ross University School of Medicine's Simulation Institute in November 2013.

2

AWOD004625

## California

The Medical Board of California has recognized that the resident course of instruction leading to the Doctor of Medicine degree awarded by the Ross University is equivalent to that required by Section 2089 and 2089.5 of the California Business and Professions Code. The medical education program is equivalent to that of a Liaison Committee on Medical Education (LCME) accredited school. This allows RUSM to conduct clinical clerkships in California and enables its graduates to apply for licensure. Many other states defer to California's recognition for the purpose of physician licensure because most do not have their own review and approval process.

## Florida

Under the provision of Chapter 1005, Florida Statutes and Chapter 6E of the Florida Administrative Code, the Commission for Independent Education of the Florida Department of Education licenses RUSM to offer programs of instruction. Additional information regarding this institution may be obtained by contacting the Commission at 325 W. Gaines Street, Suite 1414, Tallahassee, FL, 32399-0400, toll-free 888-224-6684.

## New Jersey

The New Jersey State Board of Medical Examiners has approved RUSM to offer clinical clerkship programs in New Jersey hospitals.

## New York

The New York State Education Department has approved the program of medical education at RUSM that seeks and places students in long-term clinical clerkships in affiliated hospitals in New York State.

3

AWOD004626

# ADMISSIONS INFORMATION

## Selection Criteria

The RUSM Admissions Committee, comprised of faculty members selected by the dean, gives serious consideration to all candidates showing the potential to meet the rigorous academic requirements of a highly structured medical curriculum.

The Admissions Committee considers each applicant for admission based on a combination of factors, including:

• Undergraduate cumulative grade point average (CGPA)
• GPA in required premedical course work (PGPA)
• Advanced science courses GPA (AGPA)
• Competitiveness of undergraduate school and curriculum
• Graduate coursework and records
• Research activities
• Medical College Admission Test (MCAT) scores
• Personal essay
• Pre-med committee evaluations
• Two letters of recommendation, at least one of which is from an academic reference*
• Extracurricular activities and accomplishments
• Professional experience
• Personal qualities
• Personal interview

*Substitutions and/or exceptions are made on a case by case basis at the discretion of the Admissions Dean and Faculty Admissions Committee

Applicants whose credentials are judged to be indicative of the potential for successful completion of the prescribed curriculum will be invited for an interview, generally within two to four weeks after initial application materials have been received. The personal interview helps assess the overall personal and academic background, maturity, adaptability, character, aptitude, and most importantly, the applicant's motivation to become a physician. Work history and professional or volunteer experience provides further evidence of the student's motivation. Persons whose applications are incomplete, or whose qualifications are not acceptable, will be so notified. The Admissions Committee's decision is communicated by letter to the applicant, after the interview and subsequent review.

## Educational Requirements

Matriculants to RUSM are required to have earned a bachelor's degree from a North American (or comparable) baccalaureate program. Applicants may apply with the final year of bachelor's coursework in progress. Prerequisite courses must have been completed within 10 years and should include the following:

| Biology (General or Zoology) |
|---|
| Two semesters of Biology (eight semester hours) with laboratory |

4

AWOD004627

| **Chemistry (General or Inorganic)** |
|---|
| Two semesters of Chemistry (eight semester hours) with laboratory |
| **Organic Chemistry** |
| Two semesters of Organic Chemistry (eight semester hours) with laboratory |
| **Physics** |
| Two semesters of Physics (eight semester hours) with laboratory |
| **English (or a humanities equivalent)** |
| Two semesters of English or a writing-intensive humanities equivalent (six semester hours) |
| **Mathematics (Calculus or Statistics recommended)** |
| One semester of College-level Mathematics (three semester hours) |

Applicants who have completed their undergraduate studies in countries having an educational system different from that of the United States or Canada will be evaluated on their merits but will be expected to have completed a premedical curriculum comparable to that described above. Canadian students may satisfy the English requirements using year 13 English or Composition.

## Examination Requirements
### Medical College Admission Test (MCAT)
RUSM requires the scores for the Medical College Admission Test (MCAT) to be submitted by all applicants, prior to the interview. If the applicant has taken the test more than once, all test results must be submitted prior to enrollment. RUSM's MCAT institutional code is 906. To learn more about the MCAT visit: www.aamc.org/students/mcat.

### Test of English as a Foreign Language (TOEFL®)
The Test of English as a Foreign Language (TOEFL) measures the ability of non-native English speakers use and understanding of English as it is spoken, written, and heard in college and university settings. If less than 60 upper-division credits were earned from an English language college or university, the applicant will need to provide all official records of scores for the TOEFL. The minimum acceptable score is 550 on the paper-based test, or 213 on the computer-based test. The TOEFL institutional code for RUSM is 9614.

5

AWOD004628

## Application Checklist

Applications for RUSM can be completed online via: www.rossu.edu/medical-school/apply. All letters of recommendation and transcripts must be mailed to:

Ross University School of Medicine
Office of Admissions
485 Route 1 South
Building B, 4th Floor
Iselin, NJ 08830

A complete application consists of the following documents:

• A completed RUSM application, submitted to http://www.rossu.edu/medical-school/apply/
• Official transcript(s) from each college and/or professional school attended (transcripts must include a minimum of 90 credits at the time of application, and all prerequisite courses must be either completed or in progress). Prior to enrollment, a final degree-granting transcript is required and must include a graduation date.
• At least two official letters of recommendation, which are confidential and become the property of RUSM: At least one academic letter from a pre-medical professor acquainted with the applicant's academic ability or a recommendation from a college pre-health advisory committee; a second academic letter or reference from a physician acquainted with the applicant's healthcare work experience, if applicable. The second letter may also be a character reference from an employer or volunteer activity.  All letters must be on appropriate letterhead with contact information included, and sent directly from the recommending party to the RUSM Admissions Office. *
• MCAT scores;
• Official report of scores from the TOEFL, if applicable;and
• $100 USD application fee (non-refundable).

**Note:** The state of Missouri requires that there be a period of at least three business days during which an application may be cancelled by the applicant, with the refund of all monies paid.

*Substitutions and/or exceptions are made on a case by case basis at the discretion of the Admissions Dean and Faculty Admissions Committee

## Transfer Applicants: Admission with Advanced Standing

Applicants who have completed their pre-clinical curriculum at an RUSM-approved school of medicine may apply for admission with advanced standing. Such transfer applicants must present evidence of completion of courses (or their equivalent) at an accredited school of medicine comparable to those offered in the pre-clinical curriculum at RUSM. Applicants must also arrange with the medical school they are currently attending for an official transcript of their academic record and a dean's letter to be sent to our Admissions Office. Applicants who have taken the USMLE Step 1 or Step 2 must also provide official copies of their test results. The minimum score required in order to be considered for an

AWOD004629

interview is 210 for the USMLE Step 1; students must have passed the USMLE Step 1 on their first attempt.

Additionally, transfer applicants must meet all of the requirements for admission to RUSM; they should have earned a bachelor's degree or equivalent from an American, Canadian, or other internationally recognized college or university. The premedical studies of transfer applicants must include the aforementioned prerequisite courses and MCAT scores. Students who have successfully completed all of the Foundations of Medicine coursework or its pre-clinical equivalent may be eligible to begin the IMF clinical clerkship. No advanced standing credit will be offered for previously completed clinical clerkships; all clinical clerkships must be completed at RUSM.  Candidates who have yet to complete the pre-clinical sciences or the USMLE Step I, will be considered for 1st semester admission only and are not eligible for advanced standing.  Admission with advanced standing and subsequent placement into the IMF clerkship will be determined by the Senior Associate Dean of Student Affairs and the Senior Associate Dean for Education.

Note: Applicants who have attempted the USMLE Step 1 and/or Step 2, successfully or not, must provide official copies of their results.
Note: Transfer credit will not be given for incomplete or failed courses (including courses with a "D" grade), or for courses taken more than four years prior to the time the applicant is accepted for enrollment to RUSM.

## Accepted Students

### Acceptance Deposits
Upon acceptance, students are required to pay a nonrefundable, $1,000 tuition deposit. The initial partial tuition deposit of $500 is required within two weeks of receiving the acceptance letter. The remaining nonrefundable tuition deposit balance of $500 is required 120 days prior to the start of the semester. The full $1,000 tuition deposit will be credited to the student's account. If the student fails to attend the semester for which the tuition deposit was paid, the deposit will be subject to forfeiture. If the student requests to defer his/her enrollment to a subsequent semester, and if the deferment is approved, the full $1,000 tuition deposit, if not already submitted, must be paid in full prior to the deferral being processed.

### New Student Welcome Packet Materials
Once accepted to RUSM, students will receive a welcome packet with information and forms pertaining to travel, Student Visa requirements, financial aid, housing, and pets to assist with their preparations for arrival and matriculation to RUSM on the island of Dominica.

The following items are required to obtain a Student Visa:
• One copy of round-trip flight itinerary.
• Two official (2''x 2'') identical passport photos.
• One copy of signed signature page and photo page of passport (also include one copy of your permanent resident card if you are not a US citizen).
• One original police report or background check or letter of good conduct (not more than six months old). The document must have an official signature, official stamp or official seal (this document can be obtained from any local law enforcement agency/police department).
• One original "Health Certificate for Student Visa" form (physician must sign and either stamp or attach a business card).
• One original "Medical Examination of Applicants for Residence/Work Permit" form (physician must sign and either stamp or attach a business card).
• Two original "Commonwealth of Dominica Visa Application" forms.

7

AWOD004630

• One copy of TB/PPD result within one year of your start date (accompanied by one of the following: immunization card or official physician's note).
• One copy of HIV result within one year of your start date (accompanied by one of the following: lab printout or official physician's note).
• One copy of Hepatitis A vaccination/Titer within 10 years of your start date (accompanied by one of the following: immunization card, lab printout, or official physician's note).
• One copy of Hepatitis B vaccination/Titer within five years of your start date (accompanied by one of the following: immunization card, lab printout, or official physician's note).
• One copy of imaging report from chest x-ray within one year of your start date (accompanied by one of the following: lab printout or official physician's note). Imaging report required regardless of TB/BCG/PPD result.

The Government of Dominica also requires a $190 fee to process the Student Visa, which will be automatically billed to your tuition account. You do not need to submit this payment.

The aforementioned items must be submitted to the RUSM Admissions Office in New Jersey, in addition to a copy of all health tests, lab results, and immunization records.

8

AWOD004631

# RUSM FINANCIAL INFORMATION

## Tuition and Fees

All tuition and fees are listed in United States currency. Amounts are subject to change and additional fees may be charged for special features and/or services.

**Application Fee:** The $100 application fee is nonrefundable and is payable with submission of the application.

*First-semester students will also be charged a non-refundable visa processing fee of $190.*

**Note:** Additional information may be found at www.rossu.edu/medical-school/admissions/Tuition-and-Fees.cfm.

| | |
|---|---|
| **Tuition Rates:** | |
| **The Foundations of Medicine Curriculum\*** | |
| $20,580 | Per semester tuition for full-time students for the 2015-2016 academic year |
| $50 | Per semester mandatory Student Government Association (SGA) fee |
| **$400** | **Per semester mandatory Educational Resource Fee** |
| **Clinical Science Curriculum** | |
| $22,710 | Per semester tuition for full-time students for the 2015-2016 academic year |

\*Note: Students participating in the five-semester Foundations of Medicine curriculum track receive a 25% savings on tuition for the fifth semester of the Foundations of Medicine curriculum *only*.

## Other Educational Expenses

**Educational Materials:** Students are responsible for purchasing required textbooks, supplies, equipment and clothing. The average cost for educational materials is approximately $1,045 per semester.

**Health Insurance:** Students must have health insurance while enrolled at RUSM. The health insurance fee per semester is $650—this price includes an administrative charge. If a student provides proof of health insurance coverage, the requirement to purchase this insurance can be waived annually at the start of the insurance period.

**Late fees:** Late payment fees of $75 may be assessed to the student's account if all tuition and fees are not paid by the billing due date, with the exception of those students who are enrolled in the University payment plan.

**Living Expenses:** During the Foundations of Medicine curriculum, students must plan on the cost of rent and utilities, which will vary based on factors such as location and whether or not the student has roommates. Food and incidental costs must also be budgeted.

9

AWOD004632

**Transportation to/from Dominica:** Travel to and from Dominica is by air; immigration requires students entering Dominica to have a valid passport, visa if required and a return airline ticket.

**Financial Obligations:** Tuition and fees are billed approximately 45 days in advance of each semester and are due, in full, 15 days before the start of the semester. Students who have submitted all required financial aid forms and have received a loan guarantee and/or approval may have tuition payment deferred until the funds are disbursed from the lender. Students whose financial aid processing remains incomplete through no fault of their own and/or their co-signer may register and begin classes but are still held responsible for full payment of all tuition charges.

Unless RUSM authorizes late payment, all balances must be paid before the start of classes. RUSM has the right to withhold services, records, academic certification and diploma from a student whose account is overdue.

**Refund Policy for Withdrawals:** A withdrawal occurs when a student's enrollment is permanently discontinued or, in some cases, temporarily interrupted. A withdrawal may be formal (when the student completes a withdrawal form) or informal (without written notification). In either case, the effective date of withdrawal is the student's last date of academically related activity attended.

For a withdrawal during the first 60 percent of a semester, as per US federal regulations, student loan entitlement is recalculated, and RUSM and the student are each proportionally responsible for returning "unearned" financial aid to the relevant lender(s). If a student withdraws after the first 60 percent of the semester (nine weeks), no refund is given.

The state of Missouri provides for a period during which admissions agreements with RUSM may be cancelled by the student with refund of all monies paid. This cancellation period shall not be less than (3) days, not including Saturdays, Sundays, and holidays.

## Financial Aid

The Office of Student Finance is committed to assisting students in obtaining necessary funding in order to pursue their education.

Detailed information on financial aid programs is published in the booklet, *The Financial Planning Guide*. This booklet is available at http://www.rossu.edu/medical-school/shared-content/documents/ROSSM_2014_Financial_Aid_Planning_Guide.pdf

Students applying for assistance must submit the application and supporting materials described in the *The Financial Planning Guide* by the deadlines indicated. Applications may be completed online. Typically, students finance the cost of their medical education by combining family resources and student loans from governmental agencies and/or private sources.

Financial aid is available to all eligible students. Approximately 70 percent of RUSM students receive some form of financial assistance.

### Free Application for Federal Student Aid (FAFSA)

Citizens and permanent residents of the United States applying for admission to RUSM, who are interested in obtaining financial aid, are encouraged to submit a Free Application for Federal Student Aid

10

AWOD004633

(FAFSA). The FAFSA serves as an application for all federal student aid programs and can be filed electronically at www.fafsa.ed.gov. The application should be filed at least 90 days in advance of the start date of the semester for which they are applying. Details are provided in *The Financial Planning Guide*.

In order to continue to receive student loans, students must meet the standards for satisfactory academic progress as detailed in the "Academic Policies and Procedures" section of this catalog. The Office of Student Finance assists students in applying to non-governmental lenders and guarantors of loans and scholarships for which they may be eligible. It is advisable for all students— including those who have applied for financial aid — to bring sufficient funds with them to cover the initial living and housing expenses in Dominica.

**Government-sponsored Loan Programs:** United States citizens and permanent residents attending RUSM may apply for Federal Student Loans under the William D. Ford Direct Loan Program.

**Federal Loans are offered in two forms:**

- *Federal Direct Unsubsidized Stafford Loan:* This is a non-need based loan; maximum $20,500 per two-semester academic year. The interest rate is fixed at 5.84%.

- *Federal Direct Graduate PLUS Loan:* This is a non-need based federal loan for which the student can borrow up to RUSM's cost of attendance. If a student does not demonstrate eligibility for the Stafford Loan(s), he/she may receive the full cost of attendance in the PLUS Loan program. The interest rate is fixed at 6.84%.

**Loan Deferment and Repayment:** Repayment begins six months after a student has graduated, or under federal definition, has otherwise ceased to be enrolled at least half time. Students who attend RUSM with outstanding loan obligations for undergraduate or graduate study at other institutions are eligible for "in-school" deferment(s).

**Canadian Students:** Students residing in Canada are eligible for private funding sources and government resources. Please review the *Canadian Financial Planning Guide* available at http://www.rossu.edu/documents/RUSM_Canadian_Planning_Guide_1516.pdf.

**Other Foreign Nationals:** Students that are not U.S. citizens or permanent residents are not eligible for U.S. federal student assistance and may apply for funding, if available, in their home countries.

**Veterans Benefits:** Eligible veterans of the United States Armed Forces may use benefits available through the Veterans Administration to help offset their educational costs. Please visit www.gibill.va.gov for more information.

## Scholarships

Making the decision to become a physician is a major life decision and a significant financial commitment. RUSM is committed to preventing financial concerns from keeping any student from pursuing his or her dream and offers several scholarships designed to recognize students who have shown exceptional community and academic achievements. RUSM students may qualify for institutional

11

AWOD004634

scholarships and/or grants: for general requirements, the scholarship application process, and other information on currently available funding please visit http://www.rossu.edu/medical-school/admissions/scholarships.cfm.

12

AWOD004635

## CURRICULUM OVERVIEW

### Competency Themes and Programs

The Doctor of Medicine (MD) degree is awarded upon successful completion of the Foundations of Medicine curriculum, the Clinical Science curriculum, and the US Medical Licensing Examination (USMLE) Step 1, USMLE Step 2 Clinical Knowledge (CK) and USMLE Step 2 Clinical Skills (CS). The Foundations of Medicine curriculum consists of a minimum of 64 credits of specifically prescribed coursework. All Foundations of Medicine coursework must be satisfactorily completed in Dominica.

### Foundations of Medicine Curriculum

The Foundations of Medicine curriculum is designed to:

• Offer an in-depth, comprehensive program of biomedical sciences that has traditionally been deemed appropriate for future medical practitioners.
• Provide patient case correlations and clinical competency learning throughout the instructional program of biomedical sciences.
• Present a physical diagnosis course that provides the practical experience needed by students to prepare adequately for their clinical clerkships.

The curriculum is designed so that the classes and examinations are based upon programmatic and module learning objectives designed to meet the core competencies established by the Accreditation Council for Graduate Medical Education (ACGME). ACGME competencies are presented throughout the medical school program, identified as patient care, medical knowledge, practice-based learning and improvement, systems-based practice, professionalism, and interpersonal skills and communication.

### The Clinical Science Curriculum

The Clinical Science curriculum consists of 90 weeks of clinical training (students may request additional weeks of clinical training with the permission of the Dean). It begins with the six week Internal Medicine Foundations (IMF) clerkship. The IMF clerkship is designed to enhance students' training in medical history taking and physical diagnostic skills, as well as students' critical thinking and problem-solving skills in addressing medical issues encountered in the clinical setting.

The remaining 84 weeks consist of 44 weeks of additional required core clerkships and 40 weeks of elective clerkships. Students participate in patient care while rotating through various medical specialties with teaching hospitals and other approved healthcare facilities in the United States and the United Kingdom. Students are required to complete core and elective clerkships in addition to passing the USMLE Step 2 Clinical Knowledge (CK) and the USMLE Step 2 Clinical Skills (CS) in order to be eligible for graduation. Graduating students may participate in the National Resident Matching Program® (NRMP), which is a paired choice system for matching applicants to available residencies that takes place every March. Students who train in a US residency program, typically sit for the USMLE Step 3 during residency. Upon completion of their residency and passing the USMLE Step 3, candidate physicians are prepared for licensure.

## Foundations of Medicine

During the foundational science semesters, students participate in an integrated organ systems-based curriculum. This curricular structure is intended to enhance learning relevant to how physicians think in

13

practice. Principles important to maintenance of health are emphasized, including the complexities of interaction between physicians, their patients and society. The basis for normal homeostasis is presented with examples of mechanisms of disease and the development of illness. Competencies for good medical practice (ACGME competencies) are introduced in lectures, with case-based small group learning (SGL), and through integrated case presentations incorporating concepts from multiple disciplines. Students develop understanding of the skills necessary to conduct the clinical interview, the primary skill of the clinician. Physical examination, medical ethics and the practice of medicine within a complex society are also introduced at this early stage in the curriculum. Students completing all semesters of the Foundations of Medicine have a unified knowledge of human biology as it relates to the major organ systems, and how this knowledge relates to medical practice.

RUSM commenced its two-track Foundations of Medicine curriculum with the May 2013 incoming class, offering two options for student success. The new track, Ross+, is a curriculum of five semesters in length, while the Standard Accelerated track is four semesters. The two tracks constitute the same program of study.  The five-semester track is considered Ross+ curriculum The four-semester track is known as the  Standard Accelerated curriculum, denoted with an "X" next to the course name on the transcript.

By the end of Semester 1, students choose between the 5-semester curriculum and the 4-semester accelerated curriculum. Students receive academic counseling to guide track placement. .  Students may not switch tracks mid-semester, nor may students switch from the Ross+ curriculum track  to the Standard Accelerated curriculum track in a subsequent semester.

A revised GPA calculation went into effect in May 2013.  A failing grade for a course that is subsequently passed will show up on the transcript as "R" indicating a repeated course and the R will not factor into the GPA calculation. Please note that credit hours of "R" grades are included in calculating the pace of progression as part of determining Satisfactory Academic Progress (SAP.)

The chart below compares the two tracks.

|  | Standard Accelerated Curriculum (Four-Semester Track) | Ross+ Curriculum (Five-Semester Track) |
|---|---|---|
| **Academics** | Same program of study; same semester 1; semesters 2, 3, 4 | Same program of study; same semester 1; semester 2, 3, 4, 5 with fewer modules per semester and integrated study breaks |
| **Tuition** | 4x semesters' tuition | 4x semesters' tuition and 25% savings on tuition for semester 5 only |
| **Timing** | Basic Sciences: 60 weeks Clerkships: 90 weeks Total: 150 weeks | Basic Sciences: 75 weeks Clerkships: 90 weeks Total: 165 weeks |

## Foundations of Medicine Curricular Tracks

Two curricular tracks are offered to students, entering RUSM in May of 2013 and beyond.  These tracks have a common first semester, which is graded high-pass/pass/fail, and an option to complete the Foundations of Medicine curriculum by the Ross+ or Standard Accelerated pace.

14

AWOD004637

**The Ross+ Curriculum:**  This Foundations of Medicine curriculum allows students the opportunity to complete requirements of the Foundations program in 20 months in Dominica, by completion of a minimum of 64 credit hours of coursework.

**The Standard Accelerated Curriculum:**  This Foundations of Medicine curriculum allows students the opportunity to complete requirements of the Foundations of Medicine curriculum in 16 months in Dominica, by completion of a minimum of 64 credit hours of coursework.

## Foundations of Medicine:
## Course Descriptions for Students Commencing in May 2013 or thereafter

### Semester 1 Course Descriptions

### 1. Foundations of Medicine 1 – MIOB #1101 (13 credits)

The **Foundations of Medicine 1 course** (FM 01) includes four sequential modules designed to introduce students to the pre-clinical education program. The entire FM 01 course encompasses tenets of medical science that are essential for understanding the integrated presentations of the organ systems-based modules which follow. The four modules are arranged to complement learning sessions within the Clinical Skills 1 course (CS 01) in semester 1.

The **Fundamentals of Biomedical Science module, part 1,** is designed to introduce students to coursework in semester 1 which provides core concepts for future learning in medical school. The main content-based themes are molecular biology, biochemistry, genetics, physiology, microscopic anatomy, and embryology. Concurrently, students learn gross anatomy in lectures and active-learning laboratories that continue throughout the semester 1 modules.  In general, this module proceeds from the microscopic, beginning with biochemistry and macromolecules, to macroscopic features of the human body with gross anatomy and physiology.

The **Hematopoietic & Lymphoreticular System module, part I,** begins the sequence of organ-system based modules which constitute the primary theme of the Foundations of Medicine curriculum.  The module emphasizes hematopoietic processes, as well as constituents and functional mechanisms of blood, with an introduction to common clinical disorders. The approach is multidisciplinary, involving microscopic anatomy, biochemistry, genetics, microbiology, immunology, pathology, pharmacology and clinical medicine.  Important clinical themes in the module are hematopoiesis, classification of anemia, blood clotting, immunologic function, and neoplasia.  In addition to didactic lectures in the basic science areas, concepts are linked with clinical relevance through patient presentations and clinical case discussions.

The **Musculoskeletal System module, part I,** emphasizes the origin and function of skeletal muscle, cartilage and bone, and includes practical laboratory sessions.  Multiple learning modalities reinforce gross anatomy and microscopic anatomy learning. Clinical presentations and treatments of musculoskeletal diseases are also introduced, supporting further learning in the second part of the musculoskeletal module in semester 3.

The **Integumentary System module, part I,** develops the themes of normal microscopic anatomy and function of skin, basic biological concepts and terminology related to basic skin

15

lesions. Topics in the module include the metabolism of heme, purines and pyrimidines, medical entomology with emphasis on vectors and mode of transmission, common clinical skin conditions, concepts of pharmacodynamics and pharmacokinetics and drugs affecting the adrenergic and cholinergic systems.  Topics presented in pathology will include cell pathology, inflammation and repair, immunopathology, infection, and environmental pathology.

## 2. Clinical Skills 1 – MCLM #1102 (2 credits)

This **Clinical Skills 1** course contains a single semester-long module of clinical learning:

> The **Clinical Skills 1** course creates clinical context for the Foundations of Medicine curriculum, and introduces students to a variety of clinical skills training in laboratory and small group format in preparation for preclinical simulated- and real-patient encounters.  Themes emphasized are physical examination skills, patient interviewing skills and ACGME competency awareness and skills. An integral component of the program is the Case-based Cognitive Skills activity which provides clinical context to a cumulative review of lecture content in small group format.  Students assess knowledge gaps through facilitated self-assessment and self-reflection during these activities.  Learning through medical simulation is also initiated in the first semester to continue throughout the Foundations of Medicine curriculum. Small group simulation sessions are designed to encourage student integration of basic science knowledge presented in organ systems-based modules of semester 1.

## Semester 2 Course Descriptions:
## Foundations of Medicine 2
## Ross+ Curricular Track

## 1. Foundations of Medicine 2 – MIOB #1201 (10 credits)

The **Foundations of Medicine 2 course** (FM 02) includes five sequential modules designed to enhance student understanding of the basic sciences relevant to organ-systems of the human body.  The entire FM 02 course is a well-integrated learning program which includes a time for students to strengthen and consolidate learning.  The five modules are arranged to complement learning sessions within the Clinical Skills 2 course (CS 02) in semester 2.

> The **Cardiovascular System module, part I**, focuses on the basic science concepts of physiology, gross anatomy, histology and introductory pathology, cell biology, embryology, biochemistry, and introductory pharmacology that are essential for understanding the causes of cardiac disease. Clinical training continues in this module with lectures on the doctor-patient relationship and ACGME competencies. In addition, clinical case presentations integrate all of these elements. Clinical presentations and treatments of cardiovascular diseases will be the focus of the Cardiovascular System module, part II, in semester 4.

> The **Respiratory System module, part I**, focuses on the basic science concepts of physiology, gross anatomy, histology, cell biology, embryology, biochemistry, immunology, as well as introductory pathology and introductory pharmacology, essential for understanding the causes and treatment of diseases of the respiratory tract. Clinical training continues in this module with lectures on the doctor-patient relationship, epidemiology, and ACGME competencies. Clinical

16

AWOD004639

presentations and treatments of pulmonary diseases will be the focus of the Respiratory System module, part II, in semester 5.

The **Digestive System module, part I**, introduces the basic science and functions of the gastrointestinal system. Important principles of the basic sciences are used to support early consideration of clinical cases in semester 2. Further understanding is developed by consideration of an SGL case, and clinical nutrition and sensitivity content. Clinical presentations and treatments of digestive system diseases will be the focus of the Digestive System module, part II, in semester 3.

The **Nervous & Psychiatric System module, part I**, presents a foundation for understanding the organization and function of the human nervous system. The neuroanatomy of each system is correlated with its physiology, function and relevant clinical applications, including behavioral aspects. Laboratory instruction includes detailed brain examination and exposure to neuroimaging modalities. This knowledge is expected to serve as a solid basis for future courses, for clinical rotations and for understanding the diagnoses of nervous system disease as seen in clinical settings. Students also participate in anatomic lectures and anatomical dissection labs, concurrently. Clinical training also continues in this module, with lectures and lab instruction in behavioral interviewing skills, clinical skills laboratory, ACGME competencies, and simulator demonstrations. Clinical presentations and treatments of nervous and psychiatric diseases will be the focus of the Nervous & Psychiatric System module, part II, in semester 5.

The **Endocrine System module, part I**, is organized to present integrated discussion of normal and abnormal endocrine function, pathologies and clinical presentations. Disease correlations will be given for normal and abnormal anatomic, physiologic and developmental processes for each of the endocrine systems. Clinical presentations and treatments of endocrine diseases will be the focus of the Endocrine System module, part II, in semester 4.

### 2. Clinical Skills 2 – MCLM #1203 (4 credits)

The **Clinical Skills 2** (CS 02) course contains a single semester-long module of clinical learning:

The **Clinical Skills 2** course continues to create clinical context for the Foundations of Medicine curriculum, and introduces students to even more clinical skills training in laboratory and small group format in preparation for preclinical simulated- and real-patient encounters.  Themes emphasized are physical examination skills, patient interviewing skills and ACGME competency awareness and skills. An integral component of the program is the Small Group Learning/Interview Skills Training activity which provides students the opportunity to gather patient information by interviewing a Standardized Patient and then working through a clinical case that applies basic science knowledge gained from the lecture curriculum. Students receive valuable feedback about their interviewing skills, learn how to present an oral summary of a patient interview, learn how to organize and document clinical information, and then identify and close knowledge gaps through facilitated self-assessment and research of appropriate resources.  Learning through medical simulation also continues in second semester, correlating with and enhancing the Foundations of Medicine curriculum.

17

AWOD004640

## Foundations of Medicine 2X curriculum:
## Standard Accelerated Curricular Track

Students enrolling into semester 2X of the Foundations of Medicine curriculum are given the option to proceed in an accelerated curriculum track, enabling students to complete the Foundations of Medicine curriculum in a total of four semesters.  The Standard Accelerated Curricular Track **Foundations of Medicine 2X course** (FM 2X) includes two additional modules with a total of 13 credit hours of required coursework.  The standard accelerated curriculum track Clinical Skills 2X course (CS 2X) is assigned 4 credit hours of required coursework.

### 1. Foundations of Medicine 2X – MIOB #1202 (13 credits)

For students choosing this track, the **Standard Accelerated Curriculum track Foundations of Medicine 2X course** (FM 2X) includes seven sequential modules designed to enhance student understanding of the basic sciences relevant to organ-systems of the human body.  The entire FM 2X course is a well-integrated learning program.  The seven modules are arranged to complement learning sessions within the Clinical Skills 2X course (CS 2X) in semester 2X.

> In addition to the required modules for the semester 2 Ross+ Curricular track, students in the Standard Accelerated Curriculum track 2X are required to complete the following additional organ-systems based modules:
>
> The **Renal System module, part I**, describes the structure, function and control of the human renal system, and its contribution to the maintenance of homeostasis. This module also introduces how the renal system is affected by common diseases, as well as the basic principles of assessment and treatment of common renal disorders. Clinical presentations and treatments of renal diseases will be the focus of the Renal System module, part II, in semester 4X.
>
> The **Reproductive System module, part I**, encompasses the anatomy, histology, and physiology of the male and female reproductive systems.  Included are lectures on genetics, the development of the male and female genitalia, and the gender-specific differences of the human sexual response cycle.   The changes associated with ovulation, fertilization, pregnancy and the postpartum period are included to provide a global perspective on women's health. Androgen replacement therapy and female contraceptive options are also discussed.  The module concludes with an integrated lecture that presents the clinical challenges of diagnosing persons afflicted with infertility and the treatment options offered with modern advanced reproductive technologies.  Clinical presentations and treatments of reproductive diseases will be the focus of the Reproductive System module, part II, in semester 4X.

### 2. Clinical Skills 2X – MCLM #1204(4 credits)

The **Standard Accelerated Curricular track Clinical Skills 2X course** (CS 2X) includes content as outlined above for CS 02 Ross+ and a Renal I module, with additional high fidelity simulation small group session to reinforce basic science concepts.

## Semester 3 Course Descriptions

18

**The Foundations of Medicine:**
**Ross+ Curricular Track**

**1. Foundations of Medicine 3 – MIOB #2303 (10 credits)**

The **Foundations of Medicine 3 course** (FM 03) includes four sequential modules designed to introduce themes of inflammation and infection, followed by presentations of the basic sciences relevant to organ-systems of the human body.  The entire FM 03 course is a well-integrated learning program which includes a time for students to strengthen and consolidate learning.  The four modules are arranged to complement learning sessions within the Clinical Skills 03 course (CS 03) in semester 3.

This course includes the following four modules:

> The **Fundamentals of Biomedical Science module, part II**, provides integrated foundational knowledge in pathology, behavioral science, pharmacology, and microbiology necessary for future organ systems module learning. Topics covered in behavioral science include medico-legal issues, epidemiology, and ethics. Microbiology and immunology will play a prominent role in this module and will cover cell and humoral-based immune responses as well as introductions to viruses, gram positive and gram negative bacteria, fungi, protozoans, and worms. Concepts of pharmacodynamics and pharmacokinetics as well as drugs affecting the adrenergic and cholinergic systems are introduced. Topics presented in pathology will include cell pathology, inflammation and repair, immunopathology, infection, and environmental pathology. In general, this module encompasses basic information that is necessary for understanding what is presented in the organ systems-based modules which follow.

> The **Renal System module, part I**, describes the structure, function and control of the human renal system, and its contribution to the maintenance of homeostasis. This module also introduces how the renal system is affected by common diseases, as well as the basic principles of assessment and treatment of common renal disorders. Clinical presentations and treatments of renal diseases will be the focus of the Renal System module, part II, in semester 4.

> The **Digestive System module, part II**, builds on the basic science foundation and clinical scenarios developed in part I of the module. Students develop deeper understanding of the importance of data use and interpretation of clinical values for optimal patient care. Presentations of common conditions provide opportunities for students to strengthen their understanding of digestive disease.

> The **Reproductive System module, part I**, is introduced by consideration of the development, histology, anatomy, physiology and endocrine control of the reproductive system. Lectures will provide discussion of fertility and infertility. Pregnancy in the first trimester will be presented in this module, with further learning of pregnancy to be continued later in semester 4. In parallel with these presentations, genetics, patient-centered approaches, and themes relevant to reproductive medical ethics are provided. Clinical presentations and treatments of reproductive diseases will be the focus of the Reproductive System module, part II, in semester 4.

19

AWOD004642

**2. Clinical Skills 3 – MCLM #2304 (2 credits)**

The **Clinical Skills 3** (CS 03) course contains a single semester-long module of clinical learning:

> The **Clinical Skills 3** course continues to create clinical context for the Foundations of Medicine curriculum, and now requires students to integrate their newly acquired interviewing and physical examination skills in realistic encounters with Standardized Patients in the Standardized Patient (SP) Program. Standardized patients are interviewed and examined by students in small group sessions with direct observation and feedback by MD faculty.  Differential diagnosis development and clinical reasoning are modeled and facilitated.  ACGME competency awareness and skills continue to be emphasized. A community clinic visit allows students to interview and examine an actual patient, perform an oral presentation and produce written documentation of the encounter. Students assess knowledge gaps through facilitated self-assessment and self-reflection during these activities and self-directed learning is promoted. Learning through medical simulation continues. Small group high fidelity simulation sessions continue to correlate with the basic science knowledge presented in organ systems-based modules of the lecture curriculum.

**Foundations of Medicine 3X Curriculum:**
**Standard Accelerated Curricular Track**

Students enrolling in semester 3X of the Foundations of Medicine curriculum who have previously completed semester 2X of the Standard Accelerated Curriculum track (FM 2X and CS 2X) are given the option to proceed in the semester 3X Standard Accelerated Curriculum track, enabling students to complete the Foundations of Medicine program in a total of 4 semesters.  The accelerated curriculum track **Foundations of Medicine 3X course** (FM 3X) includes two additional modules with a total of 13 credit hours of required coursework.  The Standard Accelerated Curriculum track Clinical Skills 3X course (CS 3X) includes 4 credit hours of required coursework.

**1. Foundations of Medicine 3X – MIOB #2306 (13 credits)**

For students choosing this track, the **Standard Accelerated Curriculum track Foundations of Medicine 3X course** (FM 3X) includes 5 sequential modules designed to enhance student understanding of the basic sciences relevant to organ-systems of the human body.  The entire FM 3X course is a well-integrated learning program.  The 5 modules are arranged to complement learning sessions within the accelerated Clinical Skills 3X course (CS 3X) in semester 3X.

> In addition to the two required modules of the semester 3 Ross+ curriculum, **Fundamentals of Biomedical Science, part II,** and the **Digestive System module, part II**, (described above); students in the accelerated curriculum track are required to complete the following additional organ-systems based modules:

> The **Hematopoietic & Lymphoreticular System module, part II**, is organized to present the major themes of hematology, neoplasia, and immunity. The presentation of clinical hematology will revisit many of the themes introduced in the first unit of the module, reinforcing basic science concepts to understand disease mechanisms. The presentation of immune mechanisms

20

AWOD004643

will be illustrated by disorders of the normal immune system and transplant immunity. Students will gain understanding of basic mechanisms and how they relate to pathology and treatment of neoplastic disease.

The **Musculoskeletal System module, part II**, emphasizes clinical diseases and treatment modalities at a more in-depth level. Students use their knowledge of normal processes to relate this to disease states and the mechanisms used to treat conditions of musculoskeletal pathology and disease.

The **Reproductive System module, part II**, introduces diseases of the child, diseases of female reproductive organs, breast cancer, polycystic ovarian syndrome, diseases of the male reproductive system including benign prostate hyperplasia and malignancies. Lectures and case studies will also include infectious and inflammatory diseases of the reproductive organs with STDs.

(Note - Students taking the Standard Accelerated Curriculum track of Foundations of Medicine 3X have previously completed requirements for the **Renal System module, part I**, and the **Reproductive System module, part I**.)

## 2. Clinical Skills 3X – MCLM #2307 (4 credits)

For students electing to enter this track, the **Standard Accelerated Curriculum track Clinical Skills 3X course** (CS 3X) includes content as outlined above for CS 03Ross+ with the following modifications.  All of the Standardized Patient Program occurs in CS 3X rather than being distributed between CS 0 Ross+and CS 04 Ross+.  All community clinic visits also occur in CS 3X.  High fidelity simulation small group sessions correlate with the Foundations of Medicine organ systems-based modules to enhance student integration and retention of course material.  The complexity of cases and expectations for performance continue to progress developmentally.

## Semester 4 Course Descriptions:

### The Foundations of Medicine 4:
### Ross+ Curriculum Track

### 1. Foundations of Medicine 4 – MIOB #2404 (9 credits)

The **Foundations of Medicine 4 course** (FM 04) includes five sequential modules designed to consolidate clinical and basic sciences learning of organ-systems of the human body.  The entire FM 04 course is a well-integrated learning program which is structured to support completion of the module-based curriculum, including the Basic Science Review and Integration (BSRI) module. The six modules are arranged to complement learning sessions within the Clinical Skills 4 course (CS 04) in semester 4.

This course includes the following six modules:

21

The **Cardiovascular System module, part II**, is focused on understanding the nature, patho-physiology, clinical presentation, and management of the common diseases affecting the heart and blood vessels. Many disciplines contribute to the module including behavioral sciences, microbiology, pathology, pharmacology and clinical medicine. The module integrates the basic biomedical sciences of cardiovascular anatomy, physiology, and general pathology with the clinical disciplines of cardiology and internal medicine. A significant proportion of the module learning activities are multidisciplinary clinical correlations, hospital visits, SGL and simulation sessions. Use of standardized patients and Harvey simulations will reinforce initial learning of diagnostic skills in cardiology, and internal and emergency medicine.

The **Renal System module, part II**, incorporates didactic classroom sessions coupled with the interpretation of urinalysis and renal function tests, recognition of imaging and microscopy features, and the introduction of clinical approaches for addressing the pathogenesis and patient management of underlying renal conditions. A comprehensive lecture series is presented which describes the etiology, pathogenesis, morphological and clinical changes, with pharmacological treatment options for renal disease and systemic diseases, such as diabetes mellitus and common urinary tract infections.

The **Hematopoietic & Lymphoreticular System module, part II**, is organized to present the major themes of hematology, neoplasia, and immunity. The presentation of clinical hematology will revisit many of the themes introduced in the first unit of the module, reinforcing basic science concepts to understand disease mechanisms. The presentation of immune mechanisms will be illustrated by disorders of the normal immune system and transplant immunity. Students will gain understanding of basic mechanisms and how they relate to pathology and treatment of neoplastic disease.

The **Musculoskeletal System module, part II**, emphasizes clinical diseases and treatment modalities at a deeper level than the semester 1 module. Students use their knowledge of normal processes to relate this to disease states and the mechanisms used to treat conditions of musculoskeletal pathology and disease.

The **Reproductive System module, part II**, introduces diseases of the child, diseases of female reproductive organs, breast cancer, polycystic ovarian syndrome, diseases of the male reproductive system including benign prostate hyperplasia and malignancies. Lectures and case studies will also include infectious and inflammatory diseases of the reproductive organs with Sexually Transmitted Infections.

## 2. Clinical Skills 4 – MCLM #2405 (2 credits)

The **Clinical Skills 4** (CS 04) course contains a single semester-long module of clinical learning:

The **Clinical Skills 4** course continues to create clinical context for the Foundations of Medicine curriculum, and introduces students to a variety of clinical skills training in laboratory and small group format in preparation for preclinical simulated- and real-patient encounters.  Students continue to combine their evolving patient interviewing and physical examination skills in the Standardized Patient program with direct observation and feedback by MD faculty in a small group format.  Students attend a community clinic, interview and examine a patient there, and

22

continue to practice oral presentation and written documentation skills. Themes emphasized are physical examination skills, patient interviewing skills, clinical reasoning, and ACGME competency awareness and skills. Students are encouraged to continue to assess knowledge gaps through facilitated self-assessment and self-reflection during all activities. Self-directed learning is promoted. Learning through medical simulation continues with an emphasis on high fidelity simulation cases with increasing medical complexity and performance expectations. Small group simulation sessions continue to emphasize student integration of basic science knowledge presented in organ systems-based modules.

**Foundations of Medicine 4X Curriculum:**
**Standard Accelerated Curricular Track**

Students enrolling into semester 4 of the pre-clinical program who have previously completed semester 3 of the Standard Accelerated Curriculum track (FM 3X and CS 3X) are given the option to proceed in the semester 4 Standard Accelerated Curriculum track, enabling students to complete the Foundations of Medicine curriculum in a total of 4 semesters.  The Standard Accelerated Curriculum track **Foundations of Medicine 4X course** (FM 4X) completes requirements for the Foundations of Medicine curriculum for students in the Standard Accelerated Curriculum track. The Standard Accelerated Curriculum track Clinical Skills 4X course (CS 4X) includes 2 credit hours of required coursework.

**1. Foundations of Medicine 4X – MIOB #2407 (13 credits)**

For students choosing this track, the Standard **Accelerated Curriculum track Foundations of Medicine 4X course** (FM 4X) includes 7 sequential modules designed to enhance student understanding of the basic sciences relevant to organ-systems of the human body.  The entire FM 4X course is a well-integrated learning program.  The 7 modules are arranged to complement learning sessions within the accelerated curriculum Clinical Skills 4X course (CS 4X) in semester 4X.

Students in the Standard Accelerated Curricular track of semester 4 have a curriculum which includes the following organ-systems based modules:

The **Cardiovascular System module, part II**, is focused on understanding the nature, patho-physiology, clinical presentation, and management of the common diseases affecting the heart and blood vessels. Many disciplines contribute to the module including behavioral sciences, microbiology, pathology, pharmacology and clinical medicine. The module integrates the basic biomedical sciences of cardiovascular anatomy, physiology, and general pathology with the clinical disciplines of cardiology and internal medicine. A significant proportion of the module learning activities are multidisciplinary clinical correlations, hospital visits, SGL and simulation sessions. Use of standardized patients and Harvey simulations will reinforce initial learning of diagnostic skills in cardiology, and internal and emergency medicine.

The **Respiratory System module, part II**, emphasizes learning related to common upper respiratory tract and pulmonary diseases, including those of developmental, infectious, and neoplastic origin. The module presents lecture-based learning in pathology, microbiology and pharmacology to support understanding of patient presentations. Clinical presentations common to respiratory diseases are explored, and students will work with a simulated patient. The module concludes with an interdisciplinary case-based active learning session which will facilitate integration of basic science, clinical presentation and clinical competencies.

23

The **Renal System module, part II**, incorporates didactic classroom sessions coupled with the interpretation of urinalysis and renal function tests, recognition of imaging and microscopy features, and the introduction of clinical approaches for addressing the pathogenesis and patient management of underlying renal conditions. A comprehensive lecture series is presented which describes the etiology, pathogenesis, morphological and clinical changes, with pharmacological treatment options for renal disease and systemic diseases, such as diabetes mellitus and common urinary tract infection.

The **Endocrine System module, part II**, presents a more detailed discussion of the complexity of endocrine diseases and their treatment. The relation between endocrine systems to other organ systems is developed in lectures. In this approach, the normal processes are revisited and clinical cases are used to further develop knowledge presented earlier in the Endocrine System module, part I, provided in semester 2.

The **Nervous & Psychiatric System module, part II**, will build on the basic knowledge of the nervous system to develop knowledge skills and attitudes necessary to understand the depth and complexity of clinical psychiatry. Further clinical skill development is emphasized allowing students to see how each of the competencies of good clinical practice are integrated together to support optimal patient care.

The **Integumentary System module, part II**, introduces diseases of the integumentary system. Disease categories include zoonoses; bacterial, fungal and viral infections; inflammatory and degenerative diseases; and systemic diseases with skin manifestations. Infections in immune-compromised host, trauma, burn and the sepsis syndrome are also presented.

The **Basic Science Review and Integration module** (BSRI) is comprised of two components.  The Becker Professional Education comprehensive USMLE systems-based review is a 2-week lecture-based capstone emphasizing integrated clinical case review of basic sciences, with review of best-practices for time-management and assessment guidance. Additionally, there are integrated daily assessments which review material covered in the lectures.  A second component of the module involves the student sitting for the National Board of Medical Examiners (NBME) Comprehensive Basic Science Examination (CBSE) to allow the opportunity to hone test taking skills in anticipation of the USMLE Step 1.

(Note - Students taking the Standard Accelerated Curricular track of Foundations of Medicine 3X have previously completed requirements for the Renal System module, part I, and the Reproductive System module, part I.)

**2. Clinical Skills 4X – MCLM #2408 (2 credits) –**

For students electing to enter this track, the **Standard Accelerated Curriculum track Clinical Skills 4X course** (CS 4X) includes content as outlined above for CS 04 Ross+, with the following modifications. Because students have completed the entire Standardized Patient program in CS 3X, they now integrate all of their basic interviewing skills and physical examination skills in real patient encounters in the Princess Margaret Hospital in Roseau.  Oral presentations and written documentation are required for these patient evaluations and are assessed by Department of Clinical Medicine (DCM) and adjunct

24

clinical faculty.  In addition, students continue to be trained by the Behavioral Science Department to develop and implement advanced interview skills, which they can also integrate into their patient encounters.  High fidelity simulation continues in the CS 4X course with increasing complexity of cases and expectations for performance.

## Semester 5 Course Descriptions:  RUSM September 2014

### The Foundations of Medicine 5:
### Ross+ Curricular Track

#### 1. Foundations of Medicine 5 – MIOB #2501 (10 credits)

The **Foundations of Medicine 5 course** (FM 05) includes five sequential modules designed to consolidate clinical and basic sciences learning of organ-systems of the human body.  The entire FM 05 course is a well-integrated learning program which is structured to support completion of the module-based curriculum, including the BSRI module. The five modules are arranged to complement learning sessions within the Clinical Skills 5 course (CS 05) in semester 5.

This course includes the following five modules:

The **Respiratory System module, part II**, emphasizes learning related to common upper respiratory tract and pulmonary diseases, including those of developmental, infectious, and neoplastic origin. The module presents lecture-based learning in pathology, microbiology and pharmacology to support understanding of patient presentations. Clinical presentations common to respiratory diseases are explored, and students will work with a simulated patient. The module concludes with an interdisciplinary case-based active learning session which will facilitate integration of basic science, clinical presentation and clinical competencies.

The **Endocrine System module, part II**, presents a more detailed discussion of the complexity of endocrine diseases and their treatment. The relation between endocrine systems to other organ systems is developed in lectures. In this approach, the normal processes are revisited and clinical cases are used to further develop knowledge presented earlier in the Endocrine System module, part I, provided in semester 2.

The **Nervous & Psychiatric System module, part II**, will build on the basic knowledge of the nervous system to develop knowledge skills and attitudes necessary to understand the depth and complexity of clinical psychiatry. Further clinical skill development is emphasized allowing students to see how each of the competencies of good clinical practice are integrated together to support optimal patient care.

The **Integumentary System module, part II**, introduces diseases of the integumentary system. Disease categories include zoonoses; bacterial, fungal and viral infections; inflammatory and degenerative diseases; and systemic diseases with skin manifestations. Infections in immune-compromised host, trauma, burn and the sepsis syndrome are also presented.

25

AWOD004648

The **Basic Science Review and Integration module** (BSRI) is comprised of two components.  The Becker Professional Education comprehensive USMLE systems-based review is a 2-week lecture-based capstone emphasizing integrated clinical case review of basic sciences, with review of best-practices for time-management and assessment guidance.  Additionally, there are integrated daily assessments which review material covered in the lectures.    A second component of the course involves the student sitting for the NBME CBSE to allow the opportunity to hone test taking skills in anticipation of the Step 1 board exam.

### 2. Clinical Skills 5 – MCLM #2502 (2 credits)

This **Clinical Skills 5** (CS 05) course contains a single semester-long module of clinical learning:

The **Clinical Skills 5** course continues to create clinical context for the Foundations of Medicine curriculum, and introduces students to a variety of clinical skills training in laboratory and small group format in preparation for preclinical simulated- and real-patient encounters.  Students continue to combine their evolving patient interviewing and physical examination skills in the Standardized Patient program with direct observation and feedback by MD faculty in a small group format.  Students attend a community clinic, interview and examine a patient there, and continue to practice oral presentation and written documentation skills. Themes emphasized are physical examination skills, patient interviewing skills, clinical reasoning, and ACGME competency awareness and skills. Students are encouraged to continue to assess knowledge gaps through facilitated self-assessment and self-reflection during all activities. Self-directed learning is promoted.  Learning through medical simulation continues with an emphasis on high fidelity simulation cases with increasing medical complexity and performance expectations.  Small group simulation sessions continue to emphasize student integration of basic science knowledge presented in organ systems-based modules.

**For students beginning prior to May 2013, and not subject to remediation requirements, the following curriculum will apply:**

## Foundations of Medicine (for students who began the curriculum prior to May 2013)

During these semesters, students experience a curriculum integrating the content of multiple disciplines within organ systems-based modules. This curriculum structure is intended to enhance learning relevant to how physicians think in practice. Principles important to maintenance of health are emphasized, including the complexities of interaction between physicians, their patients and society. The basis for normal homeostasis is presented with examples of mechanisms of disease and the development of illness. Competencies for good medical practice (ACGME competencies) are introduced in lectures, with case- based SGL, and through integrated case presentations incorporating concepts from multiple disciplines. Students develop understanding of the skills necessary to conduct the clinical interview (the primary skill of the clinician). Physical examination, medical ethics and the practice of medicine within a complex society are also introduced at this early stage in the curriculum. Students completing semesters 1 and 2 have a unified knowledge of human biology as it relates to the major organ systems, and how this knowledge relates to medical practice.

AWOD004649

## Block Descriptions

### Semester 1

#### MDBS 1101
#### Fundamentals of Biomedical Science I (5 credits)

This block includes a single module preparing students for future learning:

The Fundamentals of Biomedical Science module, part I, provides core concepts of cell and molecular biology, biochemistry, genetics, physiology, histology, and embryology in addition to an introduction to pharmacology and microbiology. Concurrently, students also receive gross anatomy lectures and participate in dissection labs that will continue throughout semesters 1 and 2. Students begin the PBL program which helps develop critical thinking, demonstrates the use of evidence-based medicine, and provides a clinical context to basic science learning. Clinical training also begins in this module, with lectures and lab instruction in the doctor-patient relationship, SPIRIT competencies, and simulator demonstrations. In general, this module encompasses basic information that is necessary for understanding what is presented in organ systems-based modules which follow.

#### MDBS 1102
#### Musculoskeletal and Hematopoietic & Lymphoreticular Systems I (4 credits)

This block includes two organ systems-based modules:

The Musculoskeletal System module, part I, emphasizes the origin and function of skeletal muscle, cartilage and bone, and includes practical laboratory sessions.
Multiple learning modalities are employed to provide students the opportunity for reinforcement of their learning. Clinical presentations and treatments of musculoskeletal diseases will be the focus of the Musculoskeletal System module, part II, in semester 3.

The Hematopoietic & Lymphoreticular System module, part I, presents the fundamentals of blood, its origin, constituents and functions with an introduction to disorders of blood. The approach is multidisciplinary, involving histology, biochemistry, genetics, microbiology, immunology, pathology, pharmacology and clinical medicine. In addition to didactic lectures in the basic science areas, concepts are linked with clinical relevance through patient presentations and clinical case discussions. Learning is further facilitated by supportive activities including, but not limited to, simulation, problem based learning and laboratory exercises. Clinical presentations and treatments of hematologic diseases will be the focus of the Hematopoietic & Lymphoreticular System module, part II, in semester 3.

#### MDBS 1103
#### Cardiovascular and Respiratory Systems I (4 credits)

This block includes two organ systems-based modules:

The Cardiovascular System module, part I, focuses on the basic science concepts of physiology, gross anatomy, histology and introductory pathology, cell biology, embryology, biochemistry, and introductory pharmacology that are essential for understanding the causes of cardiac disease. Clinical training continues in this module with lectures on the doctor-patient relationship and ACGME competencies. In addition, clinical case presentations integrate all of these elements. Clinical

27

presentations and treatments of cardiovascular diseases will be the focus of the Cardiovascular System module, part II, in semester 3.

The Respiratory System module, part I, focuses on the basic science concepts of physiology, gross anatomy, histology and introductory pathology, cell biology, embryology, biochemistry, introductory microbiology, and introductory pharmacology that are essential for understanding the causes of pulmonary disease. Clinical training continues in this module with lectures on the doctor-patient relationship, epidemiology, and ACGME competencies. In addition, clinical case presentations integrate all of these elements. Clinical presentations and treatments of pulmonary diseases will be the focus of the Respiratory System module, part II, in semester 3.

### MDBS 1104
### Clinical and Competencies Skills I (3 credits)
This block contains a single semester-long module of clinical learning:

The Clinical and Competencies Skills I module creates awareness of clinical themes, and introduces students to a variety of non-lecture-based learning. Themes emphasized are clinical skills, patient interviewing skills and ACGME competency awareness. An integral component spanning each organ-systems module within the CCS I block is the problem-based learning (SGL) curriculum. This SGL program continues throughout three semesters of the Foundations of Medicine program. Simulation learning is also initiated in the first semester to continue throughout the four semesters of Foundations of Medicine. Scheduled sessions are designed to encourage student integration of basic science knowledge presented in organ systems-based modules of semester 1.

## Semester 2
### MDBS 1201
### Nervous & Psychiatric and Endocrine Systems I (5 credits)
This block includes two organ systems-based modules:

The Nervous & Psychiatric System module, part I, presents a foundation for understanding the organization and function of the human nervous system. The neuroanatomy of each system is correlated with its physiology, function and relevant clinical applications, including behavioral aspects. Laboratory instruction includes detailed brain examination and exposure to neuroimaging modalities. This knowledge is expected to serve as a solid basis for future courses, for clinical rotations and for understanding the diagnoses of nervous system disease as seen in clinical settings. Students also participate in anatomic lectures and anatomical dissection labs, concurrently. Clinical training also continues in this module, with lectures and lab instruction in behavioral interviewing skills, clinical skills laboratory, SPIRIT competencies, and simulator demonstrations. Clinical presentations and treatments of nervous and psychiatric diseases will be the focus of the Nervous & Psychiatric System module, part II, in semester 4.

The Endocrine System module, part I, is organized to present integrated discussion of normal and abnormal endocrine function, pathologies and clinical presentations. Disease correlations will be given for normal and abnormal anatomic, physiologic and developmental processes for each of the endocrine systems. Clinical presentations and treatments of endocrine diseases will be the focus of the Endocrine System module, part II, in semester 4.

28

AWOD004651

**MDBS 1202**

**Digestive and Renal Systems I (4 credits)**

This block includes two organ systems-based modules:

The Digestive System module, part I, introduces the basic science and functions of the gastrointestinal system. Important principles of the basic sciences are used to support early consideration of clinical cases in semester 2. Further understanding is developed by consideration of a PBL case, and clinical nutrition and sensitivity content. Clinical presentations and treatments of digestive system diseases will be the focus of the Digestive System module, part II, in semester 4.

The Renal System module, part I, describes the structure, function and control of the human renal system, and its contribution to the maintenance of homeostasis. This module also introduces how the renal system is affected by common diseases, as well as the basic principles of assessment and treatment of common renal disorders. Clinical presentations and treatments of renal diseases will be the focus of the Renal System module, part II, in semester 4.

**MDBS 1203**

**Reproductive and Integumentary Systems I (4 credits)**

This block includes two organ systems-based modules:

The Reproductive System module, part I, is introduced by consideration of the development, histology, anatomy, physiology and endocrine control of the reproductive system. Lectures will provide discussion of fertility and infertility. Pregnancy in the first trimester will be presented in this module, with further learning of pregnancy to be continued later in semester 4. In parallel with these presentations, genetics, patient-centered approaches, and themes relevant to reproductive medical ethics are provided. Clinical presentations and treatments of reproductive diseases will be the focus of the Reproductive System module, part II, in semester 4.

The Integumentary System module, part I, covers the normal histology and function of skin, basic biological concepts and terminology related to basic skin lesions. The metabolism of heme, purines and pyrimidines will be described with reference to enzyme deficiencies. Medical entomology will be discussed with emphasis on vectors and mode of transmission. Common clinical skin conditions such as heat stroke, wound healing, burns, protozoans, and worms. Concepts of pharmacodynamics and pharmacokinetics as well as drugs affecting the adrenergic and cholinergic systems are introduced.

Topics presented in pathology will include cell pathology, inflammation and repair, immunopathology, infection, and environmental pathology. In general, this module encompasses basic information that is necessary for understanding what is presented in the organ systems-based modules which follow.

**MDBS 1204**

**Clinical and Competencies Skills II (3 credits)**

This block contains a single semester-long module of clinical learning:

The Clinical and Competency Skills II module introduces clinical themes related to process and outcomes of care. Themes emphasized are clinical skills, patient interviewing skills development, and emphasis on how the process of care relates to SPIRIT competencies. The course is designed to encourage student integration of basic science knowledge presented in organ systems-based modules spanning semester 2.

29

The sessions include several activities: three clinical skills labs which focus on components of neurological examination (vision and deep tendon reflexes), examination of the neck; sessions with the high fidelity simulators; standardized patient program; PBL sessions; and experience in a service project – the Community Medicine Reflective Practice. Software and classroom technologies are utilized to assist with evaluation during some components of the module (WebSP™ and Turnitin™).

### Semester 3

### MDBS 2301
### Fundamentals of Biomedical Science (5 credits)
This block includes a single module preparing students for future learning:

The Fundamentals of Biomedical Science module, part II, provides integrated foundational knowledge in pathology, behavioral science, pharmacology, and microbiology necessary for future organ systems module learning. Topics covered in behavioral science include medico-legal issues, epidemiology, and ethics. Microbiology and immunology will play a prominent role in this module and will cover cell and humoral-based immune responses as well as introductions to viruses, gram positive and gram negative bacteria, fungi, protozoans, and worms. Concepts of pharmacodynamics and pharmacokinetics as well as drugs affecting the adrenergic and cholinergic systems are introduced. Topics presented in pathology will include cell pathology, inflammation and repair, immunopathology, infection, and environmental pathology. In general, this module encompasses basic information that is necessary for understanding what is presented in the organ systems-based modules which follow.

### MDBS 2302
### Musculoskeletal and Hematopoietic & Lymphoreticular Systems II (4 credits)
This block includes two organ systems-based modules:

The Musculoskeletal System module, part II, emphasizes clinical diseases  and treatment modalities at a more in-depth level. Students use their knowledge of normal processes to relate this to disease states and the mechanisms used to treat conditions of musculoskeletal pathology and disease.

The Hematopoietic & Lymphoreticular System module, part II, is organized to present the major themes of hematology, neoplasia, and immunity. The presentation of clinical hematology will revisit many of the themes introduced in the first unit of the module, reinforcing basic science concepts to understand disease mechanisms. The presentation of immune mechanisms will be illustrated by disorders of the normal immune system and transplant immunity. Students will gain understanding of basic mechanisms and how they relate to pathology and treatment of neoplastic disease.

### MDBS 2303
### Cardiovascular and Respiratory Systems II (4 credits)
The Cardiovascular System module, part II, is focused on understanding the nature, patho-physiology, clinical presentation, and management of the common diseases affecting the heart and blood vessels. Many disciplines contribute to the module including behavioral sciences, microbiology, pathology, pharmacology and clinical medicine. The module integrates the basic biomedical sciences of cardiovascular anatomy, physiology, and general pathology with the clinical disciplines of cardiology and internal medicine. A significant proportion of the module learning activities are multidisciplinary clinical correlations, hospital visits, PBL and simulation sessions. Use of standardized patients and Harvey

30

AWOD004653

simulations will reinforce initial learning of diagnostic skills in cardiology, and internal and emergency medicine.

The Respiratory System module, part II, emphasizes learning related to common upper respiratory tract and pulmonary diseases, including those of developmental, infectious, and neoplastic origin. The module presents lecture-based learning in pathology, microbiology and pharmacology to support understanding of patient presentations. Clinical presentations common to respiratory diseases are explored, and students will work with a simulated patient. The module concludes with an interdisciplinary case-based active learning session which will facilitate integration of basic science, clinical presentation and clinical competencies.

### MDBS 2304
### Clinical and Competencies Skills III (3 credits)

This block contains a single semester-long module of clinical learning:

The Clinical and Competencies Skills III module is designed so that students continue to develop the professional, interviewing, and clinical skills and competencies necessary to succeed in the clinical years and in residency. Through practical training, students develop and apply the knowledge, skills and attitudes necessary to excel in the other curriculum modules, and in the USMLE licensing exams. A variety of non-lecture- based learning environments including visits to community clinics, ICM lab sessions, problem-based learning, standardized patient interviewing and simulator activities comprise the CCS III module. In the medical simulation sessions, the ICM and behavioral sessions students will be required to demonstrate their knowledge of cardiovascular, pulmonary, abdominal, immune systems and pharmacology. An emphasis will be on integration of basic science knowledge presented in organ systems-based modules of semester 3 with clinical activities.

## Semester 4

### MDBS 2401
### Nervous & Psychiatric and Endocrine Systems II (5 credits)
This block includes two organ systems-based modules:

The Nervous & Psychiatric System module, part II, will build on the basic knowledge of the nervous system to develop knowledge skills and attitudes necessary to understand the depth and complexity of clinical psychiatry. Further clinical skill development is emphasized allowing students to see how each of the competencies of good clinical practice are integrated together to support optimal patient care.

The Endocrine System module, part II, presents a more detailed discussion of the complexity of endocrine diseases and their treatment. The relation between endocrine systems to other organ systems is developed in lectures. In this approach, the normal processes are revisited and clinical cases are used to further develop knowledge presented earlier in the Endocrine System module, part I, provided in semester 2.

### MDBS 2402
### Digestive and Renal Systems II (4 credits)
This block includes two organ systems-based modules:

31

AWOD004654

The Digestive System module, part II, builds on the basic science foundation and clinical scenarios developed in part I of the module. Students develop deeper understanding of the importance of data use and interpretation of clinical values for optimal patient care. Presentations of common conditions provide opportunities for students to strengthen their understanding of digestive disease.

The Renal System module, part II, incorporates didactic classroom sessions coupled with the interpretation of urinalysis and renal function tests, recognition of imaging and microscopy features, and the introduction of clinical approaches for addressing the pathogenesis and patient management of underlying renal conditions. A comprehensive lecture series is presented which describes the etiology, pathogenesis, morphological and clinical changes, with pharmacological treatment options for renal disease and systemic diseases, such as diabetes mellitus and common urinary tract infection.

Clinical correlates discussing how patients with renal system disease present to the physician are provided to emphasize interpretations of physical signs, correct approaches to differential diagnosis, methods for making appropriate diagnoses, and basic principles of renal disease management.

### MDBS 2403
### Reproductive and Integumentary Systems II (4 credits)
This block includes two organ systems-based modules:

The Reproductive System module, part II, introduces diseases of the child, diseases of female reproductive organs, breast cancer, polycystic ovarian syndrome, diseases of the male reproductive system including benign prostate hyperplasia and malignancies. Lectures and case studies will also include infectious and inflammatory diseases of the reproductive organs with STDs.

The Integumentary System module, part II, introduces diseases of the integumentary system. Disease categories include zoonoses; bacterial, fungal and viral infections; inflammatory and degenerative diseases; and systemic diseases with skin manifestations. Infections in immune- compromised host, trauma, burn and the sepsis syndrome are also presented.

### MDBS 2404
### Clinical and Competencies Skills IV (3 credits)
This block contains a single semester-long module of clinical learning:

The Clinical and Competencies Skills IV module creates awareness of clinical themes, and introduces students to a variety of non-lecture-based learning. Themes emphasized are clinical skills, patient interviewing skills and linkage of ACGME competency classroom learning to clinical experience. Hospital visits including workups, and an emphasis on professionalism and skills learning create a basis for learning in this module. Scheduled sessions are designed to encourage student integration of lecture-based pre-clinical learning with hospital experiences of the semester 4 curriculum. Software and classroom technologies are utilized to assist with evaluation during some components of the module (WebSP™ and Turnitin™).

### MDBS 2405
### Basic Science Review and Integration (3 credits)

32

AWOD004655

The BSRI module is comprised of two components. The Becker Professional Education comprehensive USMLE systems-based review course is comprised of a 2-week, lecture-based capstone with a focus on integration of content in the basic sciences using a clinical case presentation format. Additionally, there are integrated daily assessments which review material covered in the lectures.  A second component of the course involves the student sitting for the NBME CBSE to allow the opportunity to hone test taking skills in anticipation of the USMLE Step 1 board exam.

33

AWOD004656

## Clinical Clerkships

The Office of Clinical Student Affairs is responsible for scheduling each student. Students are not permitted to enter a clerkship without written approval/consent from this department. Students may not contact an affiliated hospital for the purpose of soliciting placement or for general inquiry. After students have met all the requirements (academic, financial, and administrative) they will be permitted to begin clinical clerkships. Students are able to enter clinical clerkships in specific fields after passing the USMLE Step 1. Students are required to complete 50 weeks of required core clinical clerkships and 40 weeks of elective clerkships.

**Internal Medicine Foundations (IMF):** IMF is a required 6-week clinical clerkship that builds on the Foundations of Medicine curriculum. Emphasis is placed on improving techniques of the physical examination, physician-patient communication and diagnostic skills. Critical thinking is refined to strengthen the ability to formulate rational clinical hypotheses and differential diagnoses. By the end of the IMF clerkship, students will be able to demonstrate their improved diagnostic skills, their accrual of knowledge on mechanism of disease processes, and their clinical acumen by making cogent written and oral presentations in a patient-care setting.

The other required core clerkships are as follows:
Internal Medicine – 12 weeks
Surgery – 8 weeks
Pediatrics – 6 weeks
Family Medicine – 6 weeks
Obstetrics/Gynecology – 6 weeks
Psychiatry – 6 weeks

The core clerkships in medicine, surgery, pediatrics, family medicine, obstetrics/gynecology, and psychiatry are the basic areas of medical practice about which all physicians need to be knowledgeable. They are included in the curriculum of every medical school. Participation in these clerkships also provides students with an understanding of the various specializations in medicine.

**Medicine:** Students learn the steps necessary for proper diagnosis and treatment of patients. Students learn how to take complete medical, personal, and family histories; to perform diagnostic "work-ups"; and develop a plan for managing a patient's care. In addition, students participate in clinical conferences where they learn to report their findings and conclusions logically and succinctly.

**Surgery:** Students learn about conditions requiring surgical intervention and have opportunities to observe how surgical patients are managed. In the process, they become familiar with the policies and procedures followed in the operating room.

**Pediatrics:** Students acquire special skills and knowledge required for the examination, diagnosis, and treatment of infants, children and adolescents.

**Family Medicine:** Students acquire an understanding of the principles of family medicine and of how these principles apply in community practice. Emphasis is placed on continuous and comprehensive healthcare for people of both genders and all ages within the context of their families, social groups, and

34

AWOD004657

communities. Particular attention is paid to the diagnosis and treatment of common medical problems and to health maintenance, ambulatory care and continuity of care.

**Obstetrics/Gynecology:** Students learn about the changes that take place during pregnancy, labor, delivery and the postpartum period— both normal and pathologic. They also become familiar with diagnosis and treatment of major gynecological diseases and various methods of family planning.

**Psychiatry:** Students become familiar with the major categories of mental disorder, including diagnosis and some methods of therapy. In the process, they learn how to take a psychiatric history and to evaluate a patient's mental status.

35

AWOD004658

**Electives:** The 40 additional weeks are spent in elective clerkships; these must include eight additional weeks of medicine, which may be spent in general medicine or in medicine subspecialties.

## List of Clerkships

Required clerkships appear in CAPITAL letters; subspecialties in each area follow.

| | |
|---|---|
| CAIC 5008 | **INTERNAL MEDICINE FOUNDATION** |
| CMDC 5002 | **MEDICINE** |
| CMDS 5017 | Cardiology |
| CMDS 5115 | Critical Care Medicine |
| CMDS 5080 | Emergency Medicine |
| CMDS 5020 | Endocrinology |
| CMDS 5033 | Gastroenterology |
| CMDS 5027 | Hematology |
| CMDS 5016 | Infectious Disease |
| CMDS 5125 | Allergy and Immunology |
| CMDS 5045 | Nephrology |
| CMDS 5110 | Oncology |
| CMDS 5289 | Pulmonary Disease |
| CMDS 5130 | Rheumatology |
| CMDS 5135 | Rehabilitation Medicine |
| CMDS 5037 | Geriatrics |
| CMDS 5195 | Sports Medicine |
| CMDS 5185 | Tropical Medicine |
| CMDS 5233 | Medicine Sub-internship |
| COGC 5003 | **OBSTETRICS/GYNECOLOGY** |
| COGE 5030 | Obstetrics/Gynecology Sub-internship |
| CPDC 5004 | **PEDIATRICS** |
| CELE 5540 | Pediatrics Sub-internship |
| CPSC 5005 | **PSYCHIATRY** |
| CSRC 5006 | **SURGERY** |
| CSGS 5720 | Colon and Rectal Surgery |
| CSGS 5725 | Neurological Surgery |
| CSGS 5730 | Orthopedic Surgery |
| CSGS 5740 | Plastic Surgery |
| CSGS 5750 | Urology |
| CSGS 5755 | Vascular Surgery |
| CSGS 5760 | Otolaryngology |
| CSGS 5765 | Trauma Surgery |
| CSGS 5805 | Ophthalmology |
| CSGS 5828 | Hand Surgery |
| CSGS 5835 | Surgical Sub-internship |
| CSGS 5735 | Pediatric Surgery |
| CSGS 5787 | Burn Surgery |
| CSGS 5810 | Shock Trauma Surgery |
| CSGS 5790 | Cardiothoracic Surgery |

36

AWOD004659

CFPC 5001     **FAMILY MEDICINE**

**Electives:** Approval of any clerkship electives not listed here is at the discretion of the Senior Associate Dean of Education and/or the Senior Associate Dean of Student Affairs.

| | |
|---|---|
| CELE 5545 | Neonatology |
| CMDS 5102 | Neurological Pathology |
| CMDS 5288 | Ambulatory Internal Medicine |
| CMDS 5075 | Neurology |
| CSGS 5785 | Anesthesiology |
| CSGS 5080 | Emergency Room |
| CELE 5605 | Clinical Pathology |
| CELE 5630 | Clinical Radiology |
| CELE 5645 | Radiation Oncology |
| CELE 5014 | Radiology |
| CMDS 5120 | Dermatology |
| CMDS 5225 | Public Health/Community Medicine |
| CMDS 5331 | Electrocardiography |
| CMDS 5255 | Family Medicine Elective |
| CSGS 5797 | General Surgery Elective |
| CMDS 5275 | Hyperbaric Medicine/Wound Care |
| CSGS 5800 | Gynecologic Surgery |
| CELE 5910 | Perinatology |
| CMDS 5911 | Infertility |
| CMDS 5060 | Intensive Care Unit |
| CELE 5450 | OB/GYN Anesthesia |
| CELE 5912 | Medical Ethics |
| CELE 5640 | Nuclear Medicine |
| CELE 5022 | Pathology |
| CELE 5555 | Pediatric Infectious Disease |
| CELE 5019 | Pediatric Genetics |
| CMDS 5165 | Preventive Medicine |
| CMDS 5170 | Primary Care |
| CPSE 5011 | Psychiatry Elective |
| CMDS 5180 | Substance Abuse |
| CELE 5913 | Pediatric Orthopedics |
| CSGS 5820 | Surgical Elective |
| CMDS 5046 | Medicine Elective |
| CSGS 5822 | Podiatry |
| CELE 5430 | Neonatal Intensive Care Unit |
| CPDE 5009 | Pediatric Elective |
| CSGS 5825 | Surgical Oncology |
| CELE 5435 | OB/GYN Elective |
| CELE 5565 | Adolescent Medicine |
| CMDS 5140 | Physical Medicine and Rehabilitation |

**RESEARCH ELECTIVES**

| | |
|---|---|
| CELE 5914 | Pediatrics Research Elective |

37

CMDS 5360      Clinical Research Elective
CMDR 5010      Medical Research Elective
CSGS 5655      Surgical Research Elective

38

AWOD004661

## AFFILIATED HOSPITALS BY STATE OR COUNTRY

### CALIFORNIA

California Hospital Medical Center, Los Angeles
Kern Medical Center, Bakersfield

### FLORIDA

Center for Haitian Studies/Jackson Memorial Hospital/Jackson Health System, Miami
Cleveland Clinic, Weston
Memorial Regional Hospital, Hollywood

### GEORGIA

Atlanta Medical Center, Atlanta

### ILLINOIS

Mount Sinai Medical Center, Chicago
Norwegian American Hospital, Chicago
Saint Anthony Hospital, Chicago
MacNeal Hospital, Berwyn
West Suburban Hospital, Oak Park

### MARYLAND

Holy Cross Hospital, Silver Spring
Prince George's Hospital Center, Cheverly
St. Agnes Hospital, Baltimore

### MICHIGAN

St. Joseph's Hospital Mercy Oakland, Pontiac

### NEW JERSEY

Bergen Regional Medical Center, Paramus
Hoboken University Medical Center (formerly St. Mary Hospital of Hoboken), Hoboken
Raritan Bay Medical Center, Perth Amboy

### NEW YORK

Bronx-Lebanon Hospital Center, Bronx
Brookdale Hospital Medical Center, Brooklyn
Flushing Hospital, Flushing
Jamaica Hospital Center, Jamaica
New York Methodist Hospital, Brooklyn
South Nassau Communities Hospital, Oceanside
St. Barnabas Hospital, Bronx
St. John's Episcopal Hospital, Far Rockaway

### OHIO

39

AWOD004662

Western Reserve/Northside Medical Center, Youngstown

**WASHINGTON, DC**
St. Elizabeth Hospital, Washington, DC

**UNITED KINGDOM**
Queen's Hospital of Romford, Romford, Essex

40

AWOD004663

# POST-GRADUATE TRAINING

RUSM graduates are eligible for training in accredited United States residency programs, and Canadian students may be eligible for residency training in Canada.

To be eligible for residency, students must fulfill all graduation requirements, including passing USMLE Step 1, Step 2 CK, and Step 2 CS  and obtain ECFMG certification.  To be eligible for residency programs, which usually begin on July 1 of every year, students must graduate prior to June and have their ECFMG certification in hand by June 30 of that year. Most residency programs accept applications from August to December for entry the following July. Non–US citizens who are not permanent residents must obtain the appropriate visa in order to be eligible for US residencies.

ECFMG assesses the preparedness of foreign medical graduates for training in United States accredited residency programs.

The residency application process takes place from September through March, with US residency training to begin the following summer. Non–US citizens who are not permanent residents must obtain the appropriate visa in order to be eligible for US residencies.

## National Resident Matching Program (NRMP)

The primary avenue to securing a residency position is participation in the NRMP. Students and graduates of RUSM who are seeking postgraduate residency positions in the United States are eligible to enroll in the NRMP.

The NRMP is a system for matching applicants to available residencies that occurs annually in March. Detailed information about the NRMP can be obtained at www.nrmp.org. RUSM students are potentially eligible for all matching programs that are likewise open to any US medical student trained in an allopathic program, including, but not limited to, the Canadian Match (CaRMs), the San Francisco Match and the Urology Match.

## Residency Preparation Assistance

Approximately one year prior to graduation from RUSM, students begin planning in earnest for the residency process. The Office of Student and Professional Development (OSPD) is dedicated to helping students through this process. Assistance is also available for obtaining licensure to practice medicine, which is governed by state medical boards.

The pre-application process for residency includes written, electronic and in-person instruction, guidelines, workshops, and seminars on application preparation and best practices. OSPD oversees the writing of the Medical Student Performance Evaluation (MSPE) for participation in the matching process. Should a student desire a supplemental experience prior to residency or an alternative occupation pursuit, OSPD also provides information and career-related guidance.

41

AWOD004664

# ACADEMIC POLICIES AND PROCEDURES

## Registration of New Students

New students must register online using the myRoss web self-service tool, which is available at www.rossu.edu/myross. In addition, students must check-in in person on campus each semester prior to the first day of the semester. Students must present a picture ID (valid driver's license or passport) on campus in order to receive their official RUSM identification. **Students who do not check-in prior to the first day of the semester will not be permitted to check-in for the semester, and any financial aid disbursements received by RUSM will be returned to the lender.**

A student's enrollment is conditioned upon submission of all documentation required for admission. Any missing documentation that is specified in the offer of admission must be submitted to the RUSM Office of the Registrar by the end of the first semester. If the documentation is not received within that time, the student will be administratively withdrawn and will not be permitted to attend the subsequent semester.

At the time of registration, all tuition and fees must be paid in full unless the Director of Student Finance grants an exception based on one of the following:

• RUSM has received documentary evidence, satisfactory to the Director of Student Finance, indicating that payment is guaranteed and that the full tuition and fees will be paid within 30 days from the beginning of the semester.
• The Office of Student Finance has authorized delayed payment pursuant to a written and signed agreement that requires payment of the full tuition and fees not later than the beginning of the fifth week of the semester.

In the event the payment terms are not met, RUSM reserves the right to annul registration, in which case the student will not receive academic credit for that semester." For more information, please refer to the *Student Handbook.*

## Grading System

RUSM's Foundations of Medicine grading system is as follows:

| Grade | Grade Range | GPA |
|-------|-------------|-----|
| A = | 85–100 | 4.0 |
| B+ = | 80–84 | 3.5 |
| B = | 75–79 | 3.0 |
| C+ = | 70–74 | 2.5 |
| C = | Minimum Passing Score–69 | 2.0 |
| HP = | High Pass | 0.0 |
| P = | Pass | 0.0 |
| F = | Failing | 0.0 |
| NP = | No Pass | 0.0 |
| R = | Repeated Course | 0.0 |
| W = | Withdrawn Before Interim Exams | 0.0 |

42

AWOD004665

| WP = | Withdrawn Passing | 0.0 |
|------|-------------------|-----|
| WF = | Withdrawn Failing | 0.0 |
| I =  | Incomplete        | 0.0 |

Withdrawal from a single course during a semester is not permitted. A student electing to withdraw from RUSM prior to the time of the first exams will receive grades of "W" on his/her transcript. Those leaving after taking one or more interim examinations will receive grades of "WP" (withdrawn passing) or "WF" (withdrawn failing), based on their performance in the examination(s) taken. A student who is granted an emergency absence resulting in an Academic Leave of Absence prior to the time of the first exam will receive grades of "W." Those students who leave after taking one or more interim examinations will receive grades of "WP" (withdrawn passing) or "WF" (withdrawn failing), based on their performance in the examination(s) taken. An "I" (incomplete) grade is entered when a student is advanced, pending completion of a course requirement, as defined by the course director. In this case, the outstanding requirement must be completed the following semester and the "I" will be changed to a letter grade. Failure to do so will result in a grade of "F."

Students earning exemplary grades are recognized as follows:

**Dean's Honor Roll:** Students who earn a "HP" in Foundations of Medicine and a "P" in Clinical Skills of Semester 1 qualify for the Dean's Honor Roll.

**Dean's List:** During the Foundations of Medicine semesters, students who have maintained a 3.50 GPA in two successive Foundations of Medicine semesters qualify for the Dean's list. They remain on the Dean's list as long as they maintain a 3.50 GPA. The Dean's list is posted at the beginning of each semester, as soon as grades are available.

**Distinguished Scholar:** Students maintaining a 4.0 GPA during the Foundations of Medicine semesters are designated as Distinguished Scholars.

**Graduation with Honors:** Honors designees are published in the commencement program, and will be printed on those graduates' diplomas. To be eligible for Honors status, you must do the following:
- Be a student in good standing,
- Have not received an "F" in any course,
- Have a 3.00 cumulative GPA through the Foundations of Medicine semesters,
- Have passed USMLE Step 1 with a score of 210 or higher,
- Have passed USMLE Step 2 CK with a score of 200 or higher, (for students who completed first semester prior to May 2013) or with a score of 220 or higher (for students who completed first semester after May 2013),
- Passed Step 1, Step 2 CK, and/or CS in no more than 1 attempt, and
- Meet one of the following combined Foundations of Medicine and Clinical Science semesters cumulative GPA requirements:

  3.50 – 3.59 Honors
  3.60 – 3.79 High Honors
  3.80 – 4.00 Highest Honors

43

AWOD004666

The passing grade in all courses is "B"; "C" is marginally passing and "F" is a failing grade. Students should aim to maintain at least a "B" average during the Foundations of Medicine curriculum. This predicts high passing rates and high scores on the USMLE Step 1. Students who pass all of their required courses with grades of "A," "B+," "B," "C+, "C," or "P" are eligible for promotion.

During the Clinical Medicine curriculum, students are evaluated in four different categories on a scale of 1 to 5, where "1" is failing and "5" is excellent. Points are weighted and calculated into a letter grade. A "1" in any category will result in an "F" grade. Evaluations during the Clinical Medicine curriculum include an assessment not only of the student's fund of knowledge and ability to apply it to clinical problems, but also of those characteristics considered desirable in a good physician. These characteristics include: problem-solving ability; reliability; judgment; interpersonal relations with peers, patients and staff; professional skills (history taking and patient examination); and motivation. Students must complete a National Board of Medical Examiner's (NBME) Subject Exam at the conclusion of each core clerkship that begins on or after January 1, 2013.

## Examinations

Examinations are considered an integral part of the learning process and are designed to emphasize important concepts and develop problem-solving abilities. All Foundations of Medicine examinations must be taken in Dominica. A final examination, which is missed for any reason(s), cannot be "made-up." The student will receive an "I" grade and must take the examination at the end of the following semester.

## Electronic Books (eBooks)

Ross University School of Medicine uses electronic books (eBooks) for all of their semesters in Foundations of Medicine. Students are charged for the cost of their eBooks within the Educational Resource fee students pay every semester. In addition to the eBooks, the Educational Resource fee also includes additional course materials used throughout the student experience, online study materials, and covers fees required for background checks needed before students participate in clinical training. RUSM has developed relationships with the publishers of the books to offer the eBooks at a reduced price.

Students are given the ability to opt out using eBooks by logging onto the myRoss website and completing the opt out form, but will need to independently purchase the complete list of all required books. Students will only be able to opt out during a 2 week period at the start of the Foundations of Medicine curriculum in semester 1, the week prior to the start of classes and during the first week of classes. After the form is received by the Office of Student Accounts, it will be reviewed and a credit will be issued to the student's account. The credit will be the total cost of the books offered in the time period the student has decided to opt out in one sum. The student will continue to be required to pay the Educational Resource Fee.

Please note to students that decide to purchase their books from other providers; not all vendors offer all the required books as new, used, for rent or electronic; thus students may have to purchase books from several vendors. The cost of the books often exceeds the cost of the RUSM eBook option. Students will be required to pay sales tax, Dominica value added tax (VAT tax) and international shipping charges. The cost of the taxes and shipping alone can exceed the total cost of the books. Books may need to be shipped by the student and personally cleared by customs, as these options on vendor sites may not be available ship to the Caribbean islands (i.e. Amazon®).

44

AWOD004667

Books are required and essential for learning the material needed for the curriculums. A faculty member may request to review that a student has purchased all required materials.

## Monitoring of Student Progress

At appropriate points in the educational process, the faculty reviews the progress of each student in order to identify any academic difficulties that may exist or are developing.

To be in good standing, students in the Foundations of Medicine and Clinical Science semesters must comply with all academic rules and regulations and remain current in financial obligations.

Students successfully completing and passing all the Foundations of Medicine courses and the NBME CBSE, will be eligible for certification to take the USMLE Step 1. A student who does not pass the CBSE  is given two subsequent opportunities to take and pass the CBSE to certify for USMLE Step 1.

Students must take and pass all Foundations of Medicine courses, CBSE, and the USMLE Step 1, otherwise they cannot proceed into clinical clerkships. Students who are certified to take the USMLE Step 1 must register and take it within six months of becoming eligible. Extensions to this eligibility will not be approved. Students who do not pass the USMLE Step 1 are allowed up to two subsequent attempts to pass the exam within 12 months after they became eligible. RUSM's policies provide that students must pass the USMLE in no more than three attempts and within one year of eligibility. Students are required to pass the USMLE Step 1 and the USMLE Step 2 CK and CS examinations in order to be eligible to receive the MD degree from RUSM.

According to RUSM policy, to be eligible to take the USMLE Step 2 CK or Step 2 CS, a student must have successfully completed one clinical rotation. Students who do not pass USMLE Step 2 CK or CS on their first attempt are allowed up to two subsequent attempts to pass the exams within three years after they became eligible.

## Academic Standing

Students maintain good standing by complying with all academic policies and procedures and remaining current in financial obligations. RUSM reserves the right to withhold services, transcripts and grades from students who are not in good standing. To remain in good academic standing, students should maintain a cumulative grade point average of 2.0 or higher.

## Satisfactory Academic Progress

Satisfactory academic progress is a standard of acceptable performance in meeting degree requirements within specified time periods. It is used in both academic evaluation and determination of financial aid eligibility. Students maintain satisfactory academic progress by meeting the requirements listed in the *Student Handbook* under the section "Student Grading and Promotion Policies."

## Class Attendance

Attendance is mandatory at all classes, laboratory sessions, case studies/problem-based learning conferences and clinical clerkships. Any unauthorized absence or failure to report to a clinical clerkship will be grounds for dismissal. In addition, the student will receive a grade of "F" for that clerkship. RUSM is non-sectarian and does not close for the religious holidays of any specific denomination or group; however, there are occasions where a student may require special accommodation for religious reasons.

45

AWOD004668

In this case, the student must apply in writing to RUSM for special consideration. If the request poses an undue burden to RUSM, such requests will not be granted. Further information on RUSM attendance policies can be found in the *Student Handbook.*

## Professional Conduct, Ethics

RUSM students must adhere to high standards of ethical and professional behavior. Guidelines for such behavior are found in the "Professional Conduct" section of the *Student Handbook* and in the Honor Code (a copy of which is accepted and signed by matriculating students).  Significant deviation from the expected professional conduct may result in sanction by the Grievance Committee or the Honor Council. These disciplinary bodies may recommend sanctions of reprimand, probation, suspension or dismissal to the RUSM Dean.

## Probation

A student may be placed on probation for academic issues at the recommendation of the Promotions Committee or for "non-cognitive" issues at the recommendation of the Grievance Committee or Honor Council. Academic probation is based on course work and professional behavior and recommended by the respective committee to the RUSM Dean. Students are on academic probation while they are repeating one of the Foundations of Medicine semesters or Clinical Science semesters. Students on academic probation are also placed on financial aid probation for one semester. During this probationary semester, students may obtain financial aid. If they are not removed from probationary status the following semester, they will be ineligible to obtain any financial aid. Additional detailed information regarding financial aid eligibility is provided in the *Financial Planning Guide* or the Promotions Policies Section of the *Student Handbook.*

## Dismissal

Students may be dismissed from RUSM for poor academic performance, for violation of the Honor Code, and/or for violation of the expectations for student behavior outlined in the Academic Dismissal and Disciplinary Dismissal sections of the *Student Handbook*. This includes failure of the NBME Basic Science CBSE exam in three attempts or USMLE exams in six  attempts. As a general policy, dismissed students are not considered for readmission. A process for appeal is available to dismissed students and is outlined in the Appeals Process for Academic Dismissal section of the *Student Handbook*.

**Appeals Process:** The *Student Handbook* outlines the process for such appeals.

## Absences

**Emergency Absences:** Students may have unavoidable, nonacademic reasons for interrupting their enrollment during a semester. With the approval of the Senior Associate Dean for Student Affairs or his/her designee, a Foundations of Medicine student may be temporarily excused from classes during a semester due to documented emergency circumstances. An emergency absence is authorized only when a student intends to return within two weeks to complete all coursework for that semester. A student who is unable to return from an emergency absence within two weeks must request an approved leave of absence. Failure to request an approved leave of absence will result in an administrative withdrawal and the student must apply for readmission. The interrupted semester will not be counted when determining time limits for satisfactory academic progress.  In the case of an

46

AWOD004669

approved leave of absence following an emergency absence, students will not be charged tuition twice for the same semester.

**Approved Absence:** A student who needs a longer break between semesters for personal reasons may request an approved leave of absence (AA) as outlined in the *Student Handbook*. Generally, an AA will be granted for only one semester and the student must return in the following semester. A student who does not return from an AA at the specified time will be subject to administrative withdrawal, effective the last date of academically related activity attended. This may affect financial aid obligations as described in the *Financial Planning Guide.*

***Note:*** Although an academic leave of absence may be authorized in special circumstances, for students who received U.S. Federal Direct Loans the absence is considered a withdrawal as of the last academically related event.

## Withdrawals

A withdrawal occurs when a student's enrollment is permanently discontinued or, in some cases, temporarily interrupted. A withdrawal may be formal (when the student completes a withdrawal form) or informal (without written notification). In either case, the effective date of withdrawal is the student's last date of attendance. If the withdrawal is effective during the first semester, the student must reapply for admission to RUSM in order to be reinstated. See "RUSM Financial Information" section for refund information related to withdrawals.

### Administrative Withdrawals: Students are subject to Administrative Withdrawal if they:

- Do not register for Foundational Science semester by the prescribed deadline determined by the Office of the Registrar.
- Do not return to campus to check-in during the designated check-in period prior to the start of the semester. Check-in period is determined by the Office of the Registrar.
- Fail to report to a clinical rotation on the first day of the rotation .
- Do not return at the time specified as the end of an approved absence or take an unauthorized leave.
- Are not scheduled for a clinical rotation for a period of 180 days or more and have not applied for and received an approved absence.
- Do not sit for the NBME CBSEwithin three consecutive attempts.
- Do not sit for their first attempt of the USMLE Step 1 within six months of becoming eligible.
- Do not submit USMLE results within 30 days of receipt.
- Do not submit missing file documentation within one semester of being admitted, including but not limited to transcripts and immigration documents.

A student who is Administratively Withdrawn will be reported as withdrawn effective the last day he or she attended classes. The date of withdrawal will be reported to the U.S. Department of Education if the student has federal student financial aid loans. Students are subject to Temporary Withdrawal for absences longer than four weeks in duration (scheduled breaks between semesters do not apply). For more information, please refer to the *Student Handbook.*

## Deferrals

47

AWOD004670

Prior to the start of classes, students admitted to a specific semester may request to defer their admission to a subsequent semester. The following policies apply to deferrals:

- *Timeframe*. This privilege is limited to no more than the upcoming two semesters. Students who do not begin enrollment during that period are considered deactivated and must re-apply for admission.
- *Applications and Requirements*. Applications for deferrals must be made to the Admissions Office. Students deferring to a future semester must meet all the requirements in effect for that semester.
- *Week One Deferrals*. Entering students who, following their initial check-in on campus, wish to defer their enrollment to the following semester may do so through Student Affairs. This option is only available during week one of the semester.
- *Deactivation*. On occasion, students who are admitted for a given semester do not arrive on campus to check-in for that semester, and they do not request a deferral. These students are administratively withdrawn and are considered to have deactivated their applications. They must re-apply for admission.

## Vacations

After successfully completing the Foundations of Medicine curriculum, student are in a vacation period (up to 12 weeks.) Some students use this time to study and sit for the USMLE Step 1, which is a requirement to begin IMF.

## Policy on Alcohol and Other Drugs

RUSM has developed an Alcohol and Substance Policy, with which all students must comply. See the *Student Handbook* for more details.

## Student Privacy Rights

RUSM follows the guidelines of the U.S. Family Educational Rights and Privacy Act (FERPA). More information is available in the *Student Handbook*.

## Disability Accommodations

RUSM is committed to ensuring that qualified students with disabilities are afforded reasonable accommodations.  The RUSM curriculum represents a core curriculum essential to all physicians. Therefore, RUSM expects that each student admitted will be capable of completing the full curriculum of required courses and electives under the established RUSM policies. All students and applicants must be capable of meeting the RUSM Technical Standards (located in the RUSM application or in the *Student Handbook*), with or without reasonable accommodation, at each stage of their medical education. Our goal at RUSM is to provide equal opportunity without undermining the integrity of any course, clerkship, or program.  Requests for accommodation should be made as soon as the need is known and within the guidelines described here. Requests are processed in Foundations of Medicine and Clinical Sciences by the appropriate Accommodation Coordinator in the Office for Student Affairs.

## Foundations of Medicine

Requests for accommodation during the Foundations of Medicine portion of the curriculum should be submitted in writing to the Accommodation Coordinator for Foundations of Medicine. For more information, send an email to MatthewStewartFulton@rossu.edu.

## Internal Medicine Foundations (IMF) and Clinical Sciences

48

AWOD004671

It is the student's responsibility to ensure that all accommodation requests and materials are up to date prior to commencing the IMF clerkship and/or the Clinical Sciences curriculum. Requests for accommodation during the Clinical Sciences curriculum should be submitted to the Accommodations Coordinator for IMF/Clinical Sciences. Accommodations that were received during the Foundations of Medicine curriculum will be taken into consideration but cannot ensure similar accommodations in the Clinical Sciences curriculum.  (see Clinical Sciences Accommodations section below). For more information, send an email to Jrobertson@rossu.edu.

## Timeframe

For recently-admitted students, requests for accommodation should be submitted within thirty days of acceptance. When the need for an accommodation arises after a student has begun medical studies, all documentation must be submitted at least fourteen days prior to the date the accommodation is needed to allow time for an evaluation of the request and documentation. RUSM will make all reasonable efforts to review such requests in a timely manner, but cannot guarantee the disposition of requests prior to any specific examination or phase of the curriculum.

## Responsibility

To qualify for accommodation, a student must identify him/ herself to the Accommodation Coordinator, declare the disability or suspected disability in writing, and request accommodation. It is also the student's responsibility to obtain a thorough written evaluation from an appropriate professional, documenting the presence, extent, and ramifications of the disability. In addition, the documentation should explain what specific types of accommodation the evaluator believes might be most helpful in offsetting the effects of the disability to an acceptable extent (in a medical school environment, if possible). Responsibility for the timely submission of requests and supporting documentation rests upon the student seeking the accommodation.  Our goal at RUSM is to provide equal opportunity without undermining the integrity of any course, clerkship, or program. Requests not submitted with at least 14 days' notice or not accompanied by sufficient supporting documentation will impede RUSM's ability to respond in a timely manner.

## Confidentiality

RUSM keeps all accommodation requests confidential to the extent necessary to consider the request and implement the accommodations upon approval. RUSM reviews requests to determine whether they are supported by adequate and appropriate documentation. After careful review in consultation with appropriate professionals, the Accommodation Coordinator will make a recommendation to the Senior Associate Dean for Student Affairs. The decision of the Senior Associate Dean will then be communicated in writing to the student.

## Propriety

All accommodations will be reasonable and appropriate to the circumstances, allowing equal opportunity for students with disabilities. Accommodations must not infringe on or fundamentally alter the essential requirements of the medical education program, as outlined in the RUSM Technical Standards.

## Internal Medicine Foundations (IMF) and Clinical Sciences Accommodations

If an accommodation is required during the Clinical Sciences curriculum, the student is responsible for seeking that accommodation directly from the affiliated institution(s) at which he or she has undertaken clinical training. Requests, along with supporting documentation, should be submitted in a timely fashion,

49

in accordance with that facility's policies. Accommodations during the Clinical Sciences curriculum are determined by the disability accommodation policies and processes of the clinical training institutions. Although RUSM may have granted a student's request for accommodations during the Foundations of Medicine curriculum, this in no way assures that the clinical training institution can or will provide accommodations. The Accommodations Coordinator is available to advise and assist RUSM students with the accommodation request processes of the clinical training institutions, but has no role in the outcome of such requests.

## Accommodations and USMLE/NBME Testing

If a student with a disability requires an accommodation for any phase of the USMLE testing, it is the student's responsibility to seek that accommodation directly from the NBME and/or the Federation of State Medical Boards (FSMB) in compliance with their policies. Although RUSM previously may have granted accommodation requests for the student, disability accommodations for these examinations are determined solely by the policies or processes of the NBME or FSMB. The Accommodations Coordinator is available to assist students with the process governing requests for an accommodation for the USMLE, but RUSM has no role in the outcome of these requests.

## External Facilities

RUSM makes no guarantee that any facility outside of its campuses, including housing and other establishments, will provide accommodations for individuals with disabilities.

## Sexual Harassment

Sexual harassment undermines the character and purpose of RUSM. Sexual harassment includes sexual advances, verbal or physical conduct of a sexual nature and sexually explicit materials and/or behavior. It may involve women being harassed by men, men being harassed by women, or harassment between persons of the same gender. Sexual harassment is subject to disciplinary action within the RUSM community. Charges of sexual harassment can be filed by following RUSM's established grievance procedures for students, faculty and staff. For further information, please refer to the *Student Handbook.*

## Hazing Policy

RUSM is unequivocally opposed to hazing and pre-initiation activities, which do not contribute to the positive development and welfare of students. Students are not permitted to commit the act of hazing by initiating or disciplining another person with horseplay, practical jokes, tricks, or painful or humiliating ordeals.

50

## QUALIFICATIONS FOR DOCTOR OF MEDICINE DEGREE CANDIDATES

The Liaison Committee on Medical Education has recommended that all medical schools develop technical standards to assist them in determining whether applicants for admission to RUSM or candidates seeking the Doctor of Medicine degree are qualified to pursue a career in medicine. This document, *Qualifications for Doctor of Medicine Degree Candidates*, contains the technical standards for RUSM. The technical standards are based on guidelines produced by the Association of American Medical Colleges. This document is also published in the *Student Handbook*, which is distributed to all matriculating candidates. All applicants who reach the interview stage will be required to read the *Qualifications* and to sign a copy of the attached form to indicate that they understand the *Qualifications*. The signed form is kept as a permanent part of each matriculating candidate's record.

For more information, please refer to the *Student Handbook.*

51

AWOD004674

## DEGREE AND LICENSURE REQUIREMENTS

To be eligible to receive the Doctor of Medicine degree from RUSM, a student must have met the following requirements:

• Successful completion of all courses in the Foundations of Medicine curriculum.
• Successful completion of all courses and clerkships in the Clinical Sciences curriculum taken in approved hospitals.
• Passed USMLE Step 1, Step 2 Clinical Knowledge, and Step 2 Clinical Skills.
• Payment of all fees and charges owed to RUSM.
• Completion of a review of academic documents as well as an academic exit interview.
• Have met all standards or resolved any concerns regarding adherences to the *Student Handbook*.

### Transcript Requests
Official transcripts are available only from the Office of the Registrar in Miramar. Students may submit a transcript request electronically via myRoss. Transcript requests cannot be taken over the telephone or via email. Students may also view their unofficial grade report on myRoss. Official transcripts are not released until all financial and administrative obligations to RUSM have been met. Student will not be charged for additional transcripts.

### Commencement
Commencement exercises are held in the spring. Due to RUSM's three semesters per year schedule, students have the opportunity to complete their requirements for the MD degree at five different points throughout the year. Consequently, students will be considered RUSM graduates on one of the five graduation dates after which they have completed their graduation requirements. Diplomas will not be released unless all outstanding balances, administrative documents, clinical evaluations, and scores from the USMLE Steps 1 and 2 have been received.

### Licensure Requirements
In order to be licensed and practice medicine in the United States, the ECFMG requires students to take and pass Step 1 of the USMLE, the USMLE Step 2 CK, and the USMLE Step 2 CS. The final step for licensing, Step 3 of the USMLE, is taken after graduation, during or at the conclusion of residency training.

RUSM students must pass USMLE Step 1 and both portions of USMLE Step 2 to be eligible for graduation. Students must have their applications for these exams certified by the Office of the Registrar, located in Miramar, FL, before the exams are taken.

## FACILITIES AND SUPPORT SERVICES

### Instructional Sites
The Foundations of Medicine curriculum is conducted at RUSM's campus in Dominica. Students practice diagnostic and basic treatment skills in RUSM's simulation lab, featuring computerized patient simulators. The Princess Margaret Hospital and related clinics offer students an introduction to clinical medicine. The IMF clerkship rotations are held at teaching hospitals and clinics associated with the Center for Haitian Studies.

52

AWOD004675

The clinical rotations are conducted at more than 29 teaching hospitals in the United States, Canada and the United Kingdom. These affiliations host RUSM students, alongside those from other United States medical schools, for the clinical clerkship phase of their training.

## Dominica Campus

The campus of RUSM is located in Portsmouth, Dominica. The facilities housed on the campus include classrooms, basic science laboratories and computer laboratories, administrative and faculty offices, a library and a Center for Teaching and Learning that are both housed in the newly constructed Student Center. On campus, there are a number of rooms for small-group instruction and rooms for patient examination. Two-way audio and video equipment allows communication between the patient examination rooms and several of the main auditorium classrooms. Non-academic campus facilities include a campus activities center; health clinic; day care facility; preparatory school (pre-K through eighth grade); fitness center; playing fields for soccer, football, and volleyball; a bank and several food vendors including a SUBWAY®, and a small convenience store.  In addition a number of privately operated food service establishments, convenience stores and an IGA supermarket are located within walking distance of the campus. Each student is assigned an electronic mailbox for the purpose of sending and receiving email. Students have full access to their email from workstations located in the library. The campus wireless network can be accessed in public areas, classrooms and study spaces.

## Student Center

The Student Center houses the library and Center for Teaching and Learning offer a wide range of services, resources and facilities designed to enhance self-directed learning, group collaboration and academic excellence. There are PC workstations with full access to a variety of learning resources. The library collection includes current journal subscriptions, textbooks, audiovisual titles and multimedia programs. A staff of experienced paraprofessionals assists students with user services and a professional medical librarian is available to help students with research and/or search techniques. User-centered services include reference consultation, mediated searching, document delivery and informatics workshops. The library website allows access to many resources including databases, online journals, tutorials, and research information useful in the Program Based Learning (PBL) program. The library uses the DOCLINE system of the National Library of Medicine to acquire articles from other libraries in the United States and Canada when those articles are not available online or in the library collection.

## Anatomy Building and Laboratories

The anatomy building houses the gross anatomy laboratories and a full-service anatomy learning resource center. It also houses a conference room and three group study rooms furnished with audiovisual and computer equipment for instruction in basic and radiographic anatomy, including magnetic resonance imaging and computer tomography imaging. The computer stations in the anatomy center are linked to a dedicated server that contains various electronic resources and dissection demo videos. The gross anatomy laboratory combines traditional teaching, cadavers for student use, facilities for prosection and demonstration, and digital resources for the self-directed learner. Basic science research laboratory facilities are also available.

## Simulation Institute

Accredited by the Society for Simulation in Healthcare (SSH) in 2013, the RUSM Simulation Institute is a high-tech simulation laboratory facility that has been in existence since January 2011.  Equipped with 7

53

AWOD004676

Laerdaal SimMan 3G high fidelity simulators and 7 Harvey Cardiopulmonary simulators, the simulation laboratories and medical simulation program deliver approximately 10,000 student hours of medical simulation experience per semester. The center is also used to administer practical examinations for the RUSM Clinical Skills course, which are structured as "fitness to practice" proficiency examinations assessing basic clinical skills and clinical reasoning.  The Medical Simulation segment of the Clinical Skills course delivered at the Simulation Institute emphasizes a systematic approach to a patient with time sensitive medical needs (one of the AAMC Core Entrustable Professional Activities) and case content correlates with and reinforces basic science lecture content from the Foundations of Medicine curriculum.  Now included in the Medical Simulation Program is a high quality Standardized Patient Program wherein students practice clinical skills and reasoning in a wide variety of standardized patient encounters.

## Campus Safety

RUSM provides 24-hour, seven-day a week security for the Portsmouth campus. Security is also provided at the Princess Margaret Hospital clinical facility for students during their clinical assignments and clinical clerkships. Additional campus safety and security information is provided in the *Student Handbook.*

## Miramar, Florida

The facilities include 5 classrooms ranging in capacity from 32 to 200 seats, all wireless and technologically advanced; 4 clinical simulation laboratory rooms; 2 Harvey rooms; study and student lounge areas and a Learning Resource Center.

54

AWOD004677

## STUDENT LIFE AND SERVICES

### Orientation

Incoming students are required to participate in the week-long orientation prior to the beginning of classes. The orientation gives students an opportunity to meet the deans and support staff and hear about academic policies, student activities and services offered by RUSM. Expectations regarding professional behavior are discussed and medical ethics are introduced. In addition, students learn about Dominica and the local cuisine, and have an opportunity to visit the open market. Students can also participate in the many complimentary activities and island tours that take place throughout the week. In short, orientation is a good opportunity to begin to acclimate to campus and have some fun before the start of classes. An additional orientation for spouses, significant others, parents and family members is also offered.

### Housing

RUSM offers on-campus housing primarily for first semester students. Due to the limited number of available rooms, these residences are assigned on a "first come, first served" basis; however, students also have access to suitable housing options within walking distance of the campus in the towns of Picard and Glanvillia and the surrounding area. A limited number of apartments are available for students with special needs; particularly students with requirements for suitable accommodation for families and pet-friendly housing. Students should review the material provided in the Welcome Packet and on the housing database to arrange housing prior to their arrival in Dominica. RUSM's housing coordinators are well trained to assist students in finding appropriate accommodations.

### Food

On-campus food options include a SUBWAY® shop and a Pic'N Go convenience store located in the Seaside Building. In addition, a food court is located adjacent to the campus where vendors sell a variety of local and specialty foods, and there are several restaurants and grocery stores within walking distance of the campus.

### Climate and Dress

The climate in the Eastern Caribbean is semitropical, with temperatures ranging in the mid 80s to mid 90s during the day and the low 70s at night. Humidity levels average about 70 percent. Because of the warm climate, light cotton clothing is recommended. Showers occur quite often during summer and fall; therefore light rain gear is desirable. Casual clothes, such as shorts and sandals, are acceptable on campus. Appropriate, modest attire is expected in town and at some social events. Professional dress is required for participation in ceremonies such as the White Coat Ceremony and the clinical components of the curriculum.

### Travel

All students and other accompanying adults entering Dominica must have a valid passport from their home country. The government of Dominica further requires all adults entering the country for more than three weeks to submit a visa application prior to arrival. Accepted students should contact the Admissions Office in New Jersey for further information on obtaining a visa.

55

AWOD004678

## Air Travel

In order to comply with requirements set forth by the government of Dominica, all students living in Dominica are required to have a return airline ticket to their place of origin. Daily flights on several major carriers are available via Puerto Rico, Antigua, St. Maarten, Barbados, and Guadeloupe. American Airlines/ Sea Borne has a direct route from Puerto Rico to Dominica, which operates six days a week. From other Caribbean islands, travel connections must be made via other carriers such as LIAT. Specific information on air travel and available special RUSM rates is provided to accepted applicants.

## Local Travel

Public passenger vans are a popular mode of local travel, picking up and dropping off passengers on request for a small, variable fee. Official taxi fares are posted at the airport and are listed in Eastern Caribbean (XCD) dollars. Some students decide to purchase an automobile; however, most students live within walking distance of the campus. Proof of a valid license and automobile or motorcycle insurance is required. All driving is on the left, and helmets are required for motorcycle riders.

## Currency

Dominica uses Eastern Caribbean (XCD) currency, commonly referred to as EC dollars. The exchange rate officially hovers around 2.70 XCD dollars to one US dollar. Most business establishments readily accept US currency, but sometimes the exchange rate is lower than the official rate.

## Banking

Students are advised to open an account at one of the local banks, because local merchants will not accept personal checks drawn on American banks. Several major banks have branches located in Portsmouth and Roseau.  Banks are closed on weekends, however two automatic teller machines (ATMs) are available on campus. EC currency is distributed from most ATMs. Personal check deposits take three to four weeks before funds are available.

## Health Center

The Health Center on the Dominica campus is available to students from 7 am to 7 pm weekdays. On weekends, medical staff is available on an on-call basis.

## Religious Services

Most religious denominations are represented in Dominica. Religious holidays are not observed by RUSM, and all classes proceed as scheduled.

## Campus Life

**Student Body:** The student body of RUSM is multiethnic and multinational. Students are primarily US residents, but many have ethnic origins in, or are citizens of, other countries.

This diversity and the intrinsic experience of studying in a foreign country provide students with an opportunity for broadening their understanding of other cultures and outlooks.

**Student Government Association:** The student body elects class representatives and officers for the Student Government Association (SGA) each semester. The SGA is active in sponsoring and arranging educational and social activities on campus and bringing student issues to the attention of the Administration. The Associate Dean for Student Affairs (or his/her designee) sits on the SGA committees

56

and supervises operation of the SGA. During each semester of the Foundations of Medicine curriculum, students are required to pay an SGA fee, which is billed with tuition.

**White Coat Ceremony:** At the beginning of each semester, new students are welcomed as members of the medical profession during the White Coat Ceremony. This ceremony marks a student's entrance into RUSM and the medical profession. As an enduring symbol of a medical career, the white coat and the ceremony are intended to reinforce the concepts of professionalism and ethics in medical practice as well as the doctor–patient relationship.

The ceremony involves a formal presentation of white coats, traditionally worn by doctors of medicine, to first semester students. The keynote speakers at the ceremony are respected members of the profession. As part of the ceremony, students recite the Honor Pledge and the Morning Prayer of the Physician, a prayer first published in 1793 and attributed to Moses Maimonides, a twelfth century physician in Egypt. Professional dress is required.

**American Medical Student Association:** Students are strongly encouraged to join RUSM's chapter of the American Medical Student Association (AMSA). This organization provides its members with subscriptions to the AMSA magazine, which contains information on new developments in medicine, board reviews, clinical opportunities, and new programs. The organization also sponsors numerous community clinics.

**Student Groups:** Clubs and organizations within the SGA include, but are not limited to, the following:

Phi Delta Epsilon (Epsilon Beta Chapter)
Organization of African Students
Catholic Students Association
Indian Students Association
Jewish Students Association
Muslim Students Association
Organization for Latin American Students
Ross Christian Fellowship
The Church of Jesus Christ of Latter-day Saints
Ross Internal Medicine
Ross Emergency Medicine Association
Surgery Interest Group
Ross University Academic Research Society

A Student Group fair is held during the first week of classes for new students to see what student groups are available. There are also opportunities for students to create new groups.

**Alumni Relations:** RUSM is committed to building a strong and vibrant alumni program that includes continuing education, bi-annual reunions and outreach programs focused on connecting our alumni to their peers, their alma mater and most importantly, to current students. RUSM alumni play an important role in the future success of the institution through their active participation at information seminars for prospective students and at new student orientation.

57

AWOD004680

# SCHOOL OF MEDICINE ACADEMIC ADMINISTRATION

## Office of the Dean and Chancellor

**Joseph A. Flaherty, MD**
Dean and Chancellor

**Peter Goetz**
Vice Dean

**Alison Dobbie, MB, ChB**
Senior Associate Dean, Medical Education

**Paula S. Wales, EdD**
Senior Associate Dean, Student Affairs

**Stanley White, PhD**
Interim Senior Associate Dean, Dominica Campus

**Nicole Shillingford**
Chief of Staff

**Dean Shillinfgord**
Senior Director, Finance

## Administrative Offices/ Officers

**Gary Belotzerkovsky**
Assistant Dean, Clinical Student Affairs

**Iriana Hammel, MD**
Assistant Dean, Clinical Sciences – Miramar

**Sandra Herrin**
University Registrar

**Carey James**
Associate Dean of Operations, Analysis, and Admissions

**Jyotsna Pandey, MD, PhD**
Associate Dean, Faculty Affairs

**Kelly Tesselaar**
Director, Student Services

58

AWOD004681

## Foundations of Medicine Campus Administration

**Paul Abney, PhD, LPC, NCC**
Assistant Dean of Educational Assessment

**Alan Bateson, PhD**
Chair, Pharmacology

**Ryan Didier**
Executive Administrator, Dominica Campus

**Jolynne Drummlesmith, PhD**
Interim Chair, Microbiology

**Rosanna Emmanuel, BBA, MPH**
Director, Clinical and Community Affairs

**Gerald A.C. Grell, MB, MD, FRCP, FACP, JP**
Special Advisor to the Dean and Chancellor
**James Grogan, PhD**
Associate Dean of Curriculum

**Maureen Hall, MD**
Interim Director, Center for Teaching and Learning

**Janice Johnson, MD**
Interim Chair, Pathology

**Claire Joseph, MBA, MHRM, CFD**
Director, Faculty Affairs

**Niels Larsen, PhD**
Chair, Biochemisty

**Sheila Nunn, PhD**
Chair, Anatomy

**Robert Sasso, MD, FACOG**
Vice Chair, Clinical Medicine

**Nancy Selfridge, MD**
Chair, Clinical Medicine
Assistant Dean, Clinical Sciences - Dominica

**Hashim Shams, MD**
Chair, Physiology

59

AWOD004682

**Davendranand Sharma, MD, MBBS, DPS**
Interim Chair, Behavioral Sciences

**Nathalie Watty, MPM, BSc (Econ)**
Director, Academic Administration and Strategic Planning

**Laura Welke, PhD**
Vice Chair, Anatomy

## FOUNDATIONS OF MEDICINE FACULTY

### Dominica Campus

### Anatomy Department

**Sheila Nunn, PhD**
Chair, Anatomy and Professor
BSc, University of Newcastle-Upon Tyne (Hons) Microbiology
PhD, The Queen's University of Belfast (Anatomy)
University of Leeds Certificate in Learning and Teaching in Higher Education

**Laura Welke, PhD**
Vice Chair,Anatomy and Associate Professor
PhD, Boston University School of Medicine

**Zoe Brett, PhD**
Assistant Professor
PhD,  University of Sydney Medicine (Neurogenetics/Psychobiology)
Bachelor of Medical Science Honours I University of Sydney Anatomy Honours (Neuroscience/Genetics)
Bachelor of Medical Science University of Sydney Pharmacology, Physiology (Neuroscience)

**Rajdeo Kalliecharan, PhD**
Professor
PhD, Dalhousie University, Canada

**Mary Shannon Moore, PhD**
Associate Professor
PhD, University of Texas, Southwestern Medical School
**Gyorgy Nagy**
Professor
MD, University of Pecs
PhD, Semmelweis University of Medicine
DSc, Hungarian Academy of Sciences

**Aidi Yin, MB, MM**
Associate Professor
MM, Beijing Medical University
60

AWOD004683

## Behavioral Sciences

**Davendranand Sharma, MD, MBBS, DPS**
Interim Chair, Behavioral Science and Professor
DM, University of the West Indies
MBBS, Punjab University, India
DPS, University of the West Indies

**Paul Abney, PhD**
Assistant Dean, Educational Assessment and Associate Professor
AAS, Eastfield College
MEd, University of North Texas
PhD, University of North Texas

**Steven H. Fox, PhD**
Associate Professor
PhD, University of Colorado

**Robert Gee, EdD**
Associate Professor
EdD, Texas Tech University

**Matthew Kraybill, PhD**
Assistant Professor
MS, PhD, University of Utah
BA, University of Washington Summer 2003 Seattle Pacific University
University of Glasgow,Scotland

**Paul Ricketts, MBBS, MSc, DLSHTM**
Associate Professor
MBBS, University of the West Indies
MSc, London School of Tropical Medicine and Hygiene, UK
DLSHTM, London School of Tropical Medicine and Hygiene, UK

## Biochemistry Department

**Niels Larsen, PhD, MSc**
Chair, Biochemistry and Professor
PhD, Aarhus University
MSc, Odense University

**Santylal Daya, PhD**
Professor
PhD - MEDUNSA
MSc - Rhodes University (With Distinction)
BSc - University of Durban – Westville

61

AWOD004684

**James Grogan, PhD**
AssociateDean of Curriculum and Professor
PhD, University of California

**Eleanor Lambert**
Assistant Professor
Diploma, Dietetics and Applied Nutrition, Leeds Polytechnic Institute, UK
Diploma in Food and Nutrition Planning, University of the West Indies

**Gerhard Meisenberg, PhD, MSc**
Professor
MS, University of Bochum
PhD, University of Munich

**John Sands, PhD, MS**
Professor
MS, Walla Walla College
PhD, University of California, Davis

## Department of Clinical Medicine

**Nancy Selfridge, MD**
Chair, Clinical Medicine and Associate Professor
Assistant Dean, Clinical Sciences - Dominica
MD, Illinois State University

**Robert Sasso, MD**
Vice Chair, Clinical Medicine and Associate Professor
MD, Duke University

**Maurizio Bendandi, PhD, MD**
Associate Professor
PhD, Tor Vergata University of Rome, Italy
MD, University of Bologna, Italy

**Liris Benjamin, MBBS, MD, PhD, MPH**
Associate Professor
MBBS, University of Guyana
PhD, University of the West Indies
MPH, University of the West Indies

**Yasmin Burnett, MD, MBBS**
Associate Professor
DM, University of the West Indies
MBBS, University of the West Indies

62

**Jeffrey Chesnut, DO**
Assistant Professor
DO, Kirksville College of Osteopathic Medicine Kirksville, Missouri
BSc, Oral Roberts University

**Hedda Dyer, MB CHB (ED), MRCS (Ed), MBA**
Associate Professor
MB CHB (ED), MRCS (Ed), University of Edinburgh, UK

**Sean Fitzgerald, MD**
Assistant Professor
MD, University of Illinois

**Lyudmyla Golub, MD**
Associate Professor
MD, Vinnitsa State Medical University, Ukraine

**Gerald A.C. Grell, MD, FRCP, FACP, DTM&H, JP**
Special Advisor to the Dean and ChancellorMD,  MBBS , University of London

**Ricardo Hood,MD**
Associate Professor
MD, Meharry Medical College
BS Chemistry, Dillard University

**Ganendra Mallik, MBBS, MSc**
Associate Professor
MBBS, University of Calcutta
MSc, Royal College of Surgeons

**Sanghita Mallik, MBBS,BSc**
Assistant Professor
MBBS, Maiduguri University
BSc, Calcutta University

**Rhonda McIntyre-Francis, MD, MBBS, FAAP, FRCP(C)**
**Professor**
MBBS, University of the West Indies

**Robert Nasiiro, MBBS, DRCOG, DTM&H, MPH**
Professor
MBBS, University of Wales, UK MPH, University of Leeds, UK
DRGOG - Royal College of Obstecrics and Gynecology (UK)
DTM & H - University of Leeds, UK

**Miscilda Vital-Harrigan, MD, BSc**
Assistant Professor
63

AWOD004686

MD, Ross University School of Medicine
BSc, Midwestern State University

## Microbiology Department

**Jolyne Drummelsmith, PhD**
Interim Chair,  Microbiology and Associate Professor
PhD, Universitéy of Guelph

**Raymond F. Adebiyi, MSc, PhD**
Professor
PhD, University of Ibadan, Nigeria

**Marc Bergeron, PhD, MSc**
Associate Professor
PhD, Laval University, Canada

**Thomas Butler, MD**
Professor
B.A., Johns Hopkins University
MD, Vanderbilt University School of Medicine

**Sean Reid , PhD**
Associate Professor
PhD (Biology), Pennsylvania State University University Park, Pennsylvania
BS (Biology), Bucknell University Lewisburg, Pennsylvania

## Pathology Department

**Janice M. Johnson, MD**
Interim Chair, Pathology and Professor
MD, University of Pennsylvania
BSc, Howard University

**Savita Arya, MD, MBBS, DPB**
Associate Professor
MBBS, Bombay University, India
MD, Mumbai University, India
DPB, College of Physicians and Surgeons, India

**Peter A. Bellot, MD, FCAP, MBBS**
Professor
MBBS, University of the West Indies

**Timothy Loy, MD, AB**
Professor

64

AWOD004687

AB, Greenville College, IL
MD, Southern Illinois University

**Jyotsna Pandey, MD, PhD**
Associate Dean of Faculty Affairs and Professor
MD, Institute of Medical Sciences, Varanasi, India
PhD, Oakland University

**Michael M. Yakubovskyy, MD, PhD**
Professor
PhD, Leningrad Medical Postgraduate Institute
MD, Vinnitsa National Medical University, Ukraine

## Pharmacology Department

**Alan Bateson, PhD, BSc**
Chair, Pharmacology and Professor
PhD, Kings College
B.Sc, Brunel University

**Mario Babbini, MD, PhD**
Professor
MD, University of Bologna, Italy
PhD, University of Bologna, Italy

**Sandeep Bansal, MD, MBBS**
Associate Professor
MD - Maulana Azad Medical College, New Delhi
MBBS - University College of Medical Science, New Delhi

**Christopher Beevers, PhD**
Assistant Professor
PhD, Louisiana State University Health Sciences Center

**Vicki Coffin, PhD, BSc**
Associate Professor
PhD, University of Oklahoma Health Sciences Center
BSc, Pennsylvania State University

**Patrick Edsall, PharmD, MS, BS**
Assistant Professor
PharmD, University of California, San Francisco
MS, Computer Engineering, Michigan State University
BS, Computer Science, Western Michigan University

## Physiology Department

65

AWOD004688

**Hashim Shams, MD**
Chair, Physiology and Professor
MD, Ruhr University Bochum and University
Essen, Germany

**Jennifer Connolly, PhD**
Assistant Professor
PhD, Reproductive Physiology, NUI Galway
BSc, Biomedical Science, NUI Galway

**Simon Harrison, PhD**
Professor
PhD, Glasgow University, UK
B.Sc - Leeds University

**Stanley White, PhD, BSc**
Professor and Interim Senior Associate Dean, Dominica Campus
PhD, BSc, Manchester University

**Bruce Wright, PhD**
Professor
PhD, Physiology - Louisiana State University Health Sciences Center
BS, Biological Sciences - University of New Orleans

## Center for Teaching and Learning

**Maureen Hall, MD**
Assistant Professor
Interim Director, Center for Teaching and Learning and Assistant Professor
MD, St. George's University School of Medicine, Grenada

**Minakshi Bansal, MSc, BSc**
Instructor
MSc, Pediatric Nursing, College of Nursing All India Institute of Medical Sciences
BSc (Hons) Nursing, Ahilya Bai College of Nursing, Lok Nayak Hospital, New Delhi, India

**Jane Emma Bateson, BSc,PhD**
Assistant Professor
PhD, Council for National Academic Awards
BSc, University College of North Wales

**Lennon Bhagwandin, MSc, BSc**
Instructor
MSc, Texas Tech University
BSc, University of Guyana

66

**Mary Anne Campo, MAET**
Learning Technologist
Instructor, Center for Teaching & Learning
MA, Educational Technology - Pepperdine University - Malibu, California, USA
BSc, Education / Art Education - Louisiana State University - Baton Rouge, LA, USA

**Priyadarshini Prabhu, MD, MBBS**
Assistant Professor
MD, Katsurba Medical College
MBBS, Rajiv Gandhi University of Health Sciences

**Shani Shilingford, PhD, MA**
Instructor
PhD, Educational Psychology -University of Northern Colorado, Greely, CO
MA, Clinical / Counseling Psychology - Midwestern State University, Wichita Falls, TX

**Rose-Claire St. Hilaire, PhD**
Assistant Professor
PhD, Tulane University

**Aldrin Sweeney, PhD, EdS, BSc**
Associate Professor
PhD, Science Education, Florida State University, USA
EdS Educational Specialist (EdS), Science Education, Florida State University, USA
BSc (Hons), Biochemistry, University of Sussex, UK

**Valarie Thomas, DVM,MSc**
Assistant Professor
DVM, UNAH (Universidad Agraria de Le Habana)
MSc, University of Nottingham

## Internal Medicine Foundations (IMF) Administration

**Iriana Hammel, MD, FACP**
Assistant Dean, Clinical Sciences - Miramar
Senior Director, IMF Program

**Sean Gnecco, MD**
Associate Professor, IMF Miramar

**Eugen Bold**
IMF Program Supervisor, Miramar

## Clinical Sciences Administration

**Robert Dean, MD**
Clerkship Director, Obstetrics and Gynecology

67

AWOD004690

**Enrique S. Fernandez, MD, MS Ed, FAAFP**
ClinicalChair, Family Medicine

**Joseph Flaherty, MD**
Acting Chair, Psychiatry

**Edward Hall, MD**
Clerkship Director, Psychiatry

**Scott Ippolito, MD**
Associate Dean, Clinical Sciences

**Abbie Jacobs, MD**
Clerkship Direcor, Family Medicine

**Romeen Lavani, MD**
Clinical Chair, Pediatrics

**Robert N. Mucciola, MD, FACOG**
Clinical Chair, Obstetrics and Gynecology

**Vijay Rajput, MD, FACP, SFHM**
Clinical Chair, Medicine

**Wm. Lynn Weaver, MD, FACS**
Clinical Chair, Surgery

## Clerkship Directors – United States

**Nomi Traub, MD**
Clinical Associate Professor, Internal Medicine, Atlanta Medical Center

**Thomas Lall, MD**
Clinical Associate Professor, Internal Medicine, Atlanta Medical Center

**Anjula Gandhi, MD**
Clinical Instructor, Internal Medicine, Brookdale Hospital

**Zdzislaus Wanski, MD**
Clinical Professor, Internal Medicine, California Hospital

**Samora Cotterell, MD**
Clinical Assistant Professor, Internal Medicine, Center for Haitian Studies

**Josephine Dhar, MD**

68

AWOD004691

Internal Medicine, Central Michigan University

**Ariel Fernandez, DO**
Clinical Associate Professor, Internal Medicine, Cleveland Clinic

**Fortunato DiFranco, MD**
Internal Medicine, Flushing Hospital

**Stephanie Detterline, MD**
Internal Medicine, Good Samaritan

**Richard Williams, MD**
Clinical Professor, Internal Medicine, Harbor Hospital

**Kaushik Doshi, MD**
Clinical Assistant Professor, Internal Medicine, Jamaica Hospital Medical Center

**Saman Ratnayake, MD**
Clinical Assistant Professor, Internal Medicine, Kern Medical Center

**Dayton Daberkow, MD**
 Internal Medicine, Leonard Chabert Hospital

**Jennifer Sardone-Ponnappan, MD**
Internal Medicine, MacNeal Hospital

**Gaurav Agarwal, MD**
Clinical Assistant Professor, Internal Medicine, Mount Sinai Hospital

**Jon Arnott, MD**
Internal Medicine, Northside

**Qaisar Jamal, MD**
Clinical Assistant Professor, Internal Medicine, Norwegian American

**Farida Khan, MD**
Clinical Associate Professor, Internal Medicine, New York Methodist Hospital

**ElTayeb Marouf, MD**
Clinical Associate Professor, Internal Medicine, Queens Hospital (UK)

**Shuvendu Sen, MD**
Clinical Assistant Professor, Internal Medicine, Raritan Bay

**George Lawrence, MD**
Clinical Professor, Internal Medicine, St. Agnes

**Vedvati Patel, MD**
69

AWOD004692

Internal Medicine, St. Anthony

**Tessy Peter, MD**
Clinical Professor, Internal Medicine, St. John's Episcopal

**Benjamin Diaczok, MD**
Clinical Associate Professor, Internal Medicine, St. Joseph Mercy Oakland

**Jaime Moskowitz, MD**
Internal Medicine, St. Mary's Hospital

**Elizabeth Gibbings, MD**
Internal Medicine, University to Saskatchewan

**Max Harris, MD**
Clinical Professor, Internal Medicine, West Suburban Medical Center

**Lisa Perry-Gilkes, MD**
Clinical Associate Professor, Surgery, Atlanta Medical Center

**Jonathan Wong, MD**
Clinical Assistant Professor, Surgery, Brookdale Hospital

**Gudata Hinika, MD**
Clinical Associate Professor, Surgery, California Hospital

**Stephen Brooks, MD**
Clinical Professor, Surgery, Cape Cod

**Samuel Shaheen, MD**
Surgery, Central Michigan University

**Emanuele Lo Menzo, MD**
Clinical Associate Professor, Surgery, Cleveland Clinic

**Sang Choi, MD**
Clinical Assistant Professor, Surgery, Doctors' Hospital of Michigan

**Susan St. John, MD**
Surgery, Flushing Hospital

**Alfredo Wong, MD**
Clinical Assistant Professor, Surgery, Jamaica Hospital Medical Center

**Amir Berjis, MD**
Clinical Assistant Professor, Surgery, Kern Medical Center

**Thomas Weed, MD**
70

Surgery, Leonard Chabert Hospital

**Jeffrey Zawacki, MD**
Clinical Associate Professor, Surgery, MacNeal Hospital

**Seong Lee, MD**
Clinical Associate Professor, Surgery, Memorial Hospital

**Monica Lorimer, MD**
Surgery, Mount Sinai Hospital

**Michael Cicchillo, MD**
Clinical Assistant Professor, Surgery, Northside

**Jose DeLeon, MD**
Surgery, Norwegian American

**Piotr Gorecki, MD**
Clinical Associate Professor, Surgery, New York Methodist Hospital

**Gabriel Ryb, MD**
Clinical Associate Professor, Surgery, Prince George's Hospital Center

**Clive Hepworth, MD**
Clinical Associate Professor, Surgery, Queens Hospital (UK)

**Rajiv Datta, MD**
Clinical Associate Professor, Surgery, South Nassau

**Susan Behen, MD**
Clinical Assistant Professor, Surgery, St. Agnes

**Mitchell Goldflies, MD**
Clinical Associate Professor, Surgery, St. Anthony

**Daniel Lombardi, MD**
Surgery, St. Barnabas

**Jackie Battista, DO**
Surgery, St. John's Episcopal

**Amy Kirby, MD**
Clinical Assistant Professor, Surgery, St. Joseph Mercy Oakland

**John Palesty, MD**
Clinical Associate Professor, Surgery, St. Mary's Hospital

**Leon Josephs, MD**
71

AWOD004694

Clinical Professor, Surgery, St. Vincent

**Stephen Pooler, MD**
Surgery, University to Saskatchewan

**Fredrick Tiesenga, MD**
Surgery, West Suburban Medical Center

**Kelly Rich, MD**
Clinical Assistant Professor, Family Medicine, Atlanta Medical Center

**Russell Perry, MD**
Clinical Associate Professor, Family Medicine, Bronx Lebanon Hospital

**Michel Dodard, MD**
Adjunct-Clinical Associate Professor, Family Medicine, Center for Haitian Studies

**Bernard Noveloso, MD**
Clinical Assistant Professor, Family Medicine, Central Michigan University

**Nikhil Hemady, MD**
Clinical Associate Professor, Family Medicine, Doctors' Hospital of Michigan

**Marylin Pierre-Louis, MD**
Clinical Assistant Professor, Family Medicine, Hoboken University

**David Dovnarsky, MD**
Clinical Associate Professor, Family Medicine, Jamaica Hospital Medical Center

**Paul Miller, MD**
Clinical Associate Professor, Family Medicine, Kern Medical Center

**Steve Bartz, MD**
Clinical Associate Professor, Family Medicine, Mercy Hospital

**Kishore Bobba, MD**
Family Medicine, Mount Sinai Hospital

**Steven Swain, MD**
Family Medicine, Northside

**Ayman Jabr, MD**
Clinical Assistant Professor, Family Medicine, Norwegian American

**Nader Tavakoli, MD**
Clinical Professor, Family Medicine, Prince George's Hospital Center

**Scott Ippolito, MD**
72

AWOD004695

Clinical Professor, Family Medicine, South Nassau

**Chukwueloka Ikedionwu, MD**
Family Medicine, St. Anthony

**Albert Strojan, DO**
Clinical Associate Professor, Family Medicine, St. John's Episcopal

**Joseph Lajoie, DO**
Family Medicine, St. Joseph Mercy Oakland

**Rejina Kamrul, MD**
Family Medicine, University to Saskatchewan

**Scott Levin, MD**
Family Medicine, West Suburban Medical Center

**Yvonne Smith, MD**
Clinical Assistant Professor, Pediatrics, Atlanta Medical Center

**Franscene Oulds, MD**
Clinical Assistant Professor, Pediatrics, Brookdale Hospital

**Haiyan Lu, MD**
Clinical Assistant Professor, Pediatrics, Brookdale Hospital

**Beny Rub, MD**
Clinical Assistant Professor, Pediatrics, Center for Haitian Studies

**Lourdes Morales-Dopico, MD**
Pediatrics, Central Michigan University

**Fatema Meah, MD**
Pediatrics, Flushing Hospital

**Partha Chatterjee, MD**
Clinical Assistant Professor, Pediatrics, Jamaica Hospital Medical Center

**Parameswaran Aiylam, MD**
Pediatrics, Kern Medical Center

**Mark Goelzer, MD**
Clinical Assistant Professor, Pediatrics, Mercy Hospital

**Gopal Srinivasan, MD**
Pediatrics, Mount Sinai Hospital

**Nida Blankas-Hernaez, MD**
73

AWOD004696

Clinical Assistant Professor, Pediatrics, Norwegian American

**Nitin Ron, MD**
Clinical Associate Professor, Pediatrics, New York Methodist Hospital

**Fredrick Corder, MD**
Pediatrics, Prince George's Hospital Center

**Mas Ahmed, MD**
Clinical Associate Professor, Pediatrics, Queens Hospital (UK)

**Leilani Balagot-Chingcuanoco, MD**
Clinical Assistant Professor, Pediatrics, South Nassau

**Romeen Lavani, MD**
Clinical Associate Professor, Pediatrics, St. Anthony

**Paulo Pina, MD**
Pediatrics, St. Barnabas

**Amy Martin, MD**
Clinical Assistant Professor, Pediatrics, St. Joseph Mercy Oakland

**S. Holmes, MD**
Pediatrics, University to Saskatchewan

**Erin Taback, MD**
Pediatrics, West Suburban Medical Center

**Michael Perry, MD**
Clinical Assistant Professor, OB-GYN, Atlanta Medical Center

**Jean-Baptist Charlot, MD**
Clinical Assistant Professor, OB-GYN, Center for Haitian Studies

**Joe-La Dowdy, DO**
Clinical Assistant Professor, OB-GYN, Central Michigan University

**Henry Lam, MD**
OB-GYN, Flushing Hospital

**Imad Mufarrij, MD**
Clinical Professor, OB-GYN, Holy Cross

**Rashida N'Gouamba, MD**
Clinical Assistant Professor, OB-GYN, Jamaica Hospital Medical Center

**David Lujan, MD**
74

Clinical Associate Professor, OB-GYN, Kern Medical Center

**Carol Neuman, MD**
OB-GYN, Mercy Hospital

**Josef Blankstein, MD**
OB-GYN, Mount Sinai Hospital

**Max Izbicki, MD**
Clinical Instructor, OB-GYN, Norwegian American

**Gary Fiasconaro, MD**
Clinical Assistant Professor, OB-GYN, New York Methodist Hospital

**Henry Adegbulugbe, MD**
Clinical Assistant Professor, OB-GYN, Prince George's Hospital Center

**Akobundu Nnochiri, MD**
Clinical Assistant Professor, OB-GYN, Queens Hospital (UK)

**Robert Dean, MD**
Clinical Assistant Professor, OB-GYN, South Nassau

**Mukesh Patel, MD**
Clinical Associate Professor, OB-GYN, St. Anthony

**Bryon Myers, MD**
OB-GYN, St. John's Episcopal

**Anissa Mattison, MD**
Clinical Assistant Professor, OB-GYN, St. Joseph Mercy Oakland

**Farzaneh Nabizadeth, MD**
OB-GYN, St. Vincent

**Darrien Rattray, MD**
OB-GYN, University to Saskatchewan

**Elaine Biester, MD**
OB-GYN, West Suburban Medical Center

**Michael Conley, MD**
Clinical Associate ProfessorPsychiatry, Atlanta Medical Center

**Edward Hall, MD**
Clinical ProfessorPsychiatry, Bergen Regional

**Stephan Carlson, MD**
75

AWOD004698

Psychiatry, Brookdale Hospital

**Richard Douyon, MD**
Psychiatry, Center for Haitian Studies

**Ronald Bradley, MD**
Clinical ProfessorPsychiatry, Central Michigan University

**Yatinder Singhal, MD**
Psychiatry, Doctors' Hospital of Michigan

**Michael Short, MD**
Clinical Assistant ProfessorPsychiatry, Doctors' Hospital of Michigan

**Daniel Chen, MD**
Clinical Associate ProfessorPsychiatry, Flushing Hospital

**Glenn Kalash, DO**
Clinical Assistant ProfessorPsychiatry, Jamaica Hospital Medical Center

**Garth Olango, MD**
Psychiatry, Kern Medical Center

**Sanford Lefkowitz, MMS**
Psychiatry, Larkin Hospital

**William Ayetey, MD**
Clinical Assistant ProfessorPsychiatry, Mercy Hospital

**William Herbold, MD**
Clinical Associate ProfessorPsychiatry, Metropolitan State

**Jyoti Warikoo, MD**
Psychiatry, Mount Sinai Hospital

**Sangarapillai Mohan, MD**
Psychiatry, Norwegian American

**Jesse Colah, MD**
Psychiatry, New York Methodist Hospital

**Jeffrey Lafferman, MD**
Clinical Associate ProfessorPsychiatry, Prince George's Hospital Center

**David Helsel, MD**
Clinical ProfessorPsychiatry, Prince George's Hospital Center

**Roueen Rafeyan, MD**
76

AWOD004699

Clinical Associate ProfessorPsychiatry, Prince George's Hospital Center

**Farooq Mohyuddin, MD**
Psychiatry, Prince George's Hospital Center

**David Adler, MD**
Clinical ProfessorPsychiatry, St. John's Episcopal

**Neelakantam Jolepalem, MD**
Psychiatry, St. Joseph Mercy Oakland

**Dhanapal Natarajan, MD**
Clinical Assistant ProfessorPsychiatry, University to Saskatchewan

**Ramesh Doshi, MD**
Psychiatry, West Suburban Medical Center

## Clinical Faculty – United States

**Anan Abdelrahman, MD**
Clinical Professor, OB-GYN, St. Joseph Mercy Hospital Oakland

**Ira Abels, MD**
Clinical Associate Professor, Anesthesiology, Cleveland Clinic Florida

**Sunil Abrol, MD**
Clinical Associate Profesor, Surgery, Brookdale Hospital

**Mostafa Abudeid, MD**
Clinical Professor, OB-GYN, St. Joseph Mercy Hospital Oakland

**Barbara Ackerman, PhD, BS**
Clinical Instructor, Family Medicine, Riverside County Regional Medical Center

**Ernest Adadevoh, MD**
Clinical Associate Professor, OB-GYN, Prince George's Hospital Center

**Thomas Adamkiewicz, MD, MsCR, FRCP**
Clinical Professor, Pediatrics, Atlanta Medical Center

**Benjamin Adewale, MD**
Clinical Associate Professor, Psychiatry, St. Elizabeth Hospital

**Jesse Affonso, MD**
Clinical Instructor, Surgery, Cape Cod Healthcare

**Abha Agrawal, MD**

77

AWOD004700

Clinical Professor, Internal Medicine, Norwegian American Hospital

**Adolfo Aguilera, MD**
Clinical Associate Professor, Family Medicine, Riverside County Regional Medical Center

**Richard Ahuja, MD**
Clinical Associate Professor, Ophthalmology, Norwegian American Hospital

**Kanwaljit Ahuja, MD**
Clinical Assistant Professor, Internal Medicine, Prince George's Hospital Center

**Ayoade Akere, MD**
Clinical Assistant Professor, Family Medicine, St. Anthony Hospital

**Afshin Akhavan, DO**
Family Medicine, California Hospital Medical Center

**Jose Aldana, BIM**
Clinical Instructor, Internal Medicine, Princess Margaret Hospital

**Jamal Al-Fadul, MD**
Clinical Instructor, Family Medicine, Prince George's Hospital Center

**Fuad Alkhoury, MD**
Clinical Assistant Professor, Surgery, Memorial Healthcare System

**Vanessa  Allen, MD**
Family Medicine, Doctors' Hospital of Michigan

**Karen Alleyne, MD**
Clinical Associate Professor, Psychiatry, St. Elizabeth Hospital

**Eman Al-Samrrai, MD**
Clinical Assistant Professor, Family Medicine, Prince George's Hospital Center

**Arthur Altbuch, MD**
Clinical Associate Professor, Family Medicine, Mercy Health System

**Eva Altobelli, MD**
Clinical Assistant Professor, Psychiatry, Flushing Hospital Medical Center

**Navinchandra Amin, MD**
Clinical Professor, Family Medicine, Kern Medical Center

**Parham Amirmokri, MD**
Clinical Assistant Professor, Internal Medicine, Kern Medical Center

**Edy Amisial, MD**
78

AWOD004701

Clinical Assistant Professor, OB-GYN, Center for Haitian Studies

**Frederick Amog, MD**
Clinical Instructor, Surgery, Brookdale Hospital

**George Ampalloor, MD, FAAP**
Pediatrics, Norwegian American Hospital

**Paul Ananias, MD**
Clinical Assistant Professor, Psychiatry, Metropolitan State Hospital

**Gail Anderson, MD, BA**
Surgery, Prince George's Hospital Center

**Javier Andrade, MD**
Surgery, St. John's Episcopal Hospital

**Catherine Apaloo, MD**
Clinical Associate Professor, Internal Medicine, St. Vincent's Medical Center

**Peiman Arghavanifard, MD**
Internal Medicine, California Hospital Medical Center

**Rakesh Arora, MD**
Clinical Assistant Professor, Family Medicine, Prince George's Hospital Center

**Melissa Arthur, PhD**
Clinical Assistant Professor, Family Medicine, St Joseph's Hospital Health Center

**Kathleen Asas, MD, MPH**
Clinical Assistant Professor, Pediatrics, St. Barnabas Hospital

**Nicholas Athanasiou, MD, MBA**
Clinical Assistant Professor, Psychiatry, Kern Medical Center

**Arold Augustin, MD, MUFCCP**
Clinical Assistant Professor, Internal Medicine, Center for Haitian Studies

**Armaity Austin, MD, MPH, FAAFP**
Clinical Associate Professor, Family Medicine, California Hospital Medical Center

**David Avakian, MD**
Clinical Instructor, Psychiatry, Flushing Hospital Medical Center

**Hema Azad, MD**
Clinical Assistant Professor, Internal Medicine, West Suburban Medical Center

**Ihab Aziz, MD**
79

AWOD004702

Family Medicine, Mount Sinai Hospital

**Puneet Babbar, MD**
Clinical Associate Professor, Family Medicine, Hoboken University Medical Center

**Mohammad Babury, MD**
Clinical Associate Professor, Internal Medicine, Jamaica Hospital Medical Center

**Ira Bachman, MD**
Clinical Assistant Professor, OB-GYN, South Nassau Communities Hospital

**Vasantha Badhey, MD**
Clinical Assistant Professor, Psychiatry, Flushing Hospital Medical Center

**Amel Badr, MD, MSc**
Clinical Assistant Professor, Psychiatry, Bergen Regional Medical Center

**Harold Baer, MD**
Clinical Professor, Internal Medicine, Kern Medical Center

**Farshad Bagheri, MD**
Clinical Associate Professor, Internal Medicine, Jamaica Hospital Medical Center

**Bijan Bahmanyar, MD, FACS, FICS**
Surgery, Prince George's Hospital Center

**Pouya Bahrami, DO**
Ambulatory, California Hospital Medical Center

**Rudolph Baldeo, MD, FAAP, MA**
Clinical Assistant Professor, Pediatrics, South Nassau Communities Hospital

**Jerry Balentine, DO, FACEP, FACOEP**
Clinical Professor, Emergency Medicine, St. Barnabas Hospital

**Mehdi Baluch, MD**
Internal Medicine, St. Joseph Mercy Hospital Oakland

**Darryn Band, MD**
OB-GYN, Holy Cross Hospital of Silver Spring

**Supratim Banerjee, MD**
Clinical Associate Professor, Internal Medicine, Kern Medical Center

**Karen Barbosa, DO**
Clinical Assistant Professor, Surgery, St. John's Episcopal Hospital

**Michael Barsom, MD**
80

AWOD004703

Clinical Assistant Professor, Psychiatry, Metropolitan State Hospital

**James Barter, MD**
OB-GYN, Holy Cross Hospital of Silver Spring

**Gina Basello, DO**
Clinical Associate Professor, Family Medicine, Jamaica Hospital Medical Center

**Abhijeet Basoor, MD**
Clinical Instructor, Cardiology, St. Joseph Mercy Hospital Oakland

**Benjamin Bautista, MD**
Clinical Assistant Professor, Emergency Medicine -Internal Medicine, St. Anthony Hospital

**Eddie Beal, MD**
Clinical Instructor, Psychiatry, Atlanta Medical Center

**Ellis Beesley,  PhD, MD, FAAP, MS, FACOG, DO**
Pediatrics, California Hospital Medical Center

**Uri Belkind, MD, MS**
Clinical Instructor, Pediatrics, St. Barnabas Hospital

**Jose Benatar, MD**
Cardiology, Mount Sinai Hospital

**Victoria Bengualid, MD**
Clinical Associate Professor, Internal Medicine, St. Barnabas Hospital

**Griffin Benjamin, MD**
Clinical Associate Professor, Psychiatry, Princess Margaret Hospital

**Kerry Bennett, MD, MPH, FACS, CPCC**
Clinical Assistant Professor, Surgery, St. Vincent Hospital at Worcester Medical Center

**Irina Benyaminova, DO**
Clinical Assistant Professor, Family Medicine, Bronx-Lebanon Health Care System

**Peggy Bergrab, MD**
Family Medicine, Phoebe Putney Memorial Hospital

**Jorge Bertran, MD, FAAP**
Clinical Instructor, Pediatrics, Center for Haitian Studies

**Juma Bharadia, MD, FACC, FSCAI**
Cardiology, California Hospital Medical Center

**Cassann Blake, MD**
81

AWOD004704

Clinical Associate Professor, Surgery, Cleveland Clinic Florida

**Pierre Blemur, MD**
Clinical Assistant Professor, Family Medicine, Center for Haitian Studies

**Arnelle Blinderman, MD**
Clinical Instructor, OB-GYN, South Nassau Communities Hospital

**Bohdan Bodlak, MD**
Clinical Instructor, Pediatrics, Center for Haitian Studies

**Elliot Bondi, MD**
Clinical Professor, Internal Medicine, Brookdale Hospital

**Renee Bovelle, MD**
Clinical Assistant Professor, Ophthalmology, Prince George's Hospital Center

**Larry Bowes, MD**
Clinical Associate Professor, Ophthalmology, Riverside County Regional Medical Center

**Amy Braddock, MD**
Clinical Associate Professor, Surgery, St. Joseph Mercy Hospital Oakland

**Cynthia Bradley, MD**
Clinical Instructor, OB-GYN, Center for Haitian Studies

**Alande Brezault, MD**
Internal Medicine, Center for Haitian Studies

**Richard Bridgewater, MD**
Clinical Instructor, OB-GYN, Center for Haitian Studies

**Dawn Brink-Cymerman, MD**
Clinical Associate Professor, Family Medicine, St Joseph's Hospital Health Center

**Richard Broth, MD**
Clinical Assistant Professor, OB-GYN, Prince George's Hospital Center

**George Brown, MD**
Clinical Professor, Family Medicine, Atlanta Medical Center

**Sargine Brutus, MD, MPH**
Clinical Instructor, Emergency Medicine, Center for Haitian Studies

**Martina Burton, MD**
Clinical Instructor, OB-GYN, Princess Margaret Hospital

**David Butler, MD**
82

AWOD004705

Surgery -Gastroenterology, St. Anthony Hospital

**Milton Byrd, MD**
Clinical Associate Professor, Internal Medicine, Atlanta Medical Center

**Jorge Cabrera, MD, FAAP**
Clinical Assistant Professor, Pediatrics, Center for Haitian Studies

**Thomas Cachur, DO**
Clinical Assistant Professor, OB-GYN, California Hospital Medical Center

**Hadley Cadot, MD**
Clinical Instructor, Surgery, Brookdale Hospital

**Cornell Calinescu, MD**
Clinical Instructor, Internal Medicine, Center for Haitian Studies

**Pablo Calzada, DO, MPH**
Clinical Associate Professor, Family Medicine, Center for Haitian Studies

**Omobolaji Campbell-Yusufu, MD**
Clinical Assistant Professor, Internal Medicine, MacNeal Hospital

**Scott Capobianco, BSBE MD**
Clinical Assistant Professor, OB-GYN, Kern Medical Center

**Mayra Capote, MD, FAAP**
Clinical Associate Professor, Pediatrics, Center for Haitian Studies

**Laura Carinci, MD, FACOG**
Clinical Assistant Professor, OB-GYN, South Nassau Communities Hospital

**Lillian Carolina, MD**
Clinical Instructor, Family Medicine, South Nassau Communities Hospital

**Erik Carrasco, MD**
Clinical Instructor, Internal Medicine, Center for Haitian Studies

**Eddy Carrillo, MD**
Clinical Associate Professor, Surgery, Memorial Healthcare System

**Brett Carswell, MD**
Clinical Associate Professor, Surgery, St. Vincent Hospital at Worcester Medical Center

**Albert Caruana, MD**
Clinical Assistant Professor, Ophthalmology, Cleveland Clinic Florida

**Laida Casanova, MD, LLC**
83

AWOD004706

Clinical Instructor, OB-GYN, Center for Haitian Studies

**Celestino Castellon, MD**
Clinical Instructor, OB-GYN, Center for Haitian Studies

**Adriana Castro, MD**
Clinical Assistant Professor, Pediatrics, Center for Haitian Studies

**Fernando Castro-Pavia, MD**
Clinical Associate Professor, Internal Medicine, Cleveland Clinic Florida

**Jose Cervantes, MD**
Clinical Assistant Professor, Internal Medicine, Jamaica Hospital Medical Center

**Monisha Chadha, MD**
Clinical Assistant Professor, Internal Medicine, Leonard J Charbert Medical Center

**Hal Chadow, MD**
Clinical Associate Professor, Internal Medicine, Brookdale Hospital

**Laila Chagani, MD**
Clinical Assistant Professor, Family Medicine, Center for Haitian Studies

**Venkataraman Chandar, MD**
Clinical Assistant Professor, Internal Medicine, Prince George's Hospital Center

**Jayaraman Chandra Sekhar, MD, FCCP**
Clinical Associate Professor, Internal Medicine, Kern Medical Center

**Michael Charlet, MD**
Clinical Associate Professor, Neurology, Leonard J Charbert Medical Center

**Joseph Charyk, MD**
Clinical Assistant Professor, Family Medicine, Ross University School of Medicine

**Sudheer Chauhan, MD, FRCP, FACP**
Clinical Associate Professor, Internal Medicine, Jamaica Hospital Medical Center

**Kiran Chawla, MD**
Clinical Associate Professor, Radiology, Jamaica Hospital Medical Center

**Faiz Cheema, MD**
Clinical Assistant Professor, Psychiatry, Bergen Regional Medical Center

**Charlie Chen, DO**
Family Medicine, St. John's Episcopal Hospital

**Gary Chen, MD**
84

AWOD004707

Orthopedics, California Hospital Medical Center

**Adam Chester, DO**
Clinical Assistant Professor, Psychiatry, Jamaica Hospital Medical Center

**Lanna Cheuck, DO**
Clinical Instructor, Urology, South Nassau Communities Hospital

**Bob Chiang, MD**
Clinical Associate Professor, Family Medicine, Riverside County Regional Medical Center

**Maguy Chiha, MD**
Internal Medicine, Mount Sinai Hospital

**James Ching, MD**
Clinical Associate Professor, Radiology, Kern Medical Center

**William Chiu, MD**
Clinical Assistant Professor, Radiology, Jamaica Hospital Medical Center

**Mark Choh, MD**
Clinical Assistant Professor, Surgery, MacNeal Hospital

**Yen Chong, MD**
Clinical Assistant Professor, Psychiatry, New York Methodist Hospital

**Donovan Christie, MD, MS , CPE, FAAFM**
Clinical Assistant Professor, Pediatrics, Atlanta Medical Center

**Peter Chu, MD**
Clinical Associate Professor, Psychiatry, Flushing Hospital Medical Center

**Margarita Chudner, MD**
Clinical Instructor, OB-GYN, St. John's Episcopal Hospital

**Vishnu Chundi, MD**
Clinical Assistant Professor, Internal Medicine, West Suburban Medical Center

**Michael Ciencewicki, MD**
Clinical Assistant Professor, Internal Medicine, Raritan Bay Medical Center

**Maura Cintas, MD, FAAP**
Clinical Assistant Professor, Pediatrics, Center for Haitian Studies

**Jerry Ciocon, MD, FACP, AGSF, FACA**
Clinical Professor, Internal Medicine, Center for Haitian Studies

**Kaman Cipi, MD**
85

Clinical Assistant Professor, Surgery, St. Anthony Hospital

**Alejandro Clavier, MD, MPH**
Clinical Assistant Professor, Pediatrics, St. Anthony Hospital

**Stephen Co, MD**
Pediatrics, St. Anthony Hospital

**Lauren Cochran, MD, MPH**
Adjunct Clinical Assistant Professor, Pediatrics, St. Barnabas Hospital

**Maria Coganow, MD, FACEP**
Emergency Medicine, Brookdale Hospital

**Brett Cohen, MD**
Clinical Assistant Professor, Surgery, Memorial Healthcare System

**Joseph Colasacco, MD**
Clinical Assistant Professor, Internal Medicine, Jamaica Hospital Medical Center

**Inyanga Collins, MD**
Clinical Associate Professor, Family Medicine, Bronx-Lebanon Health Care System

**Arsenio Columbie, MD**
Clinical Assistant Professor, Internal Medicine, Center for Haitian Studies

**Luis Concepcion, DO**
Clinical Assistant Professor, Pediatrics, Center for Haitian Studies

**Nicole Cooper, MD , MPH**
Clinical Instructor, Family Medicine, Center for Haitian Studies

**Carnell Cooper, MD**
Clinical Associate Professor, Surgery, Prince George's Hospital Center

**Louis Cornacchia, MD, FACS**
Clinical Pofessor, Surgery, Brookdale Hospital

**Philip Corvo, MD, MA, FASC, DABS**
Clinical Associate Professor, Surgery, St. Mary's Hospital

**John Cotant, MD**
Clinical Professor, Internal Medicine, St. Joseph Mercy Hospital Oakland

**Tyla Courtney, MD**
Clinical Instructor, Internal Medicine, St. Anthony Hospital

**Allison Crichlow, MD**
86

AWOD004709

Clinical Associate Professor, Anesthesiology, University of Saskatchewan

**James Crowe, MD**
Clinical Instructor, Internal Medicine, Leonard J Charbert Medical Center

**Philip Cruz, DO**
Clinical Associate Professor, Family Medicine, Jamaica Hospital Medical Center

**Jose Cruz, MD**
Psychiatry, Larkin Community Hospital

**Mario Cuervo, MD**
Clinical Assistant Professor, Psychiatry, Larkin Community Hospital

**Andrea Culliford, MD**
Clinical Assistant Professor, Internal Medicine, St. Barnabas Hospital

**DeAnn Cummings, MD**
Clinical Assistant Professor, Family Medicine, St Joseph's Hospital Health Center

**David Czukerberg, MD**
OB-GYN, Mount Sinai Hospital

**Giovanna Da Silva-Southwick, MD**
Clinical Assistant Professor, Surgery, Cleveland Clinic Florida

**Nemer Dabage-Forzoli, MD**
Clinical Associate Professor, Internal Medicine, Cleveland Clinic Florida

**Dalia Dahan, Psy D**
Clinical Instructor, Psychiatry, Jamaica Hospital Medical Center

**Nausica D'Alfonso-Laghi, MD**
Clinical Assistant Professor, Infectious Disease Group, Norwegian American Hospital

**Dolcine Dalmacy, MD**
Clinical Assistant Professor, Internal Medicine, Brookdale Hospital

**Manash Das, MD**
Clinical Instructor, Internal Medicine, Prince George's Hospital Center

**Seannel David, MD**
Clinical Instructor, Medical Officer (APU)Acute Psychiatric Unit, Princess Margaret Hospital

**Malcolm Deam, MD**
Clinical Associate Professor, Internal Medicine, West Suburban Medical Center

**Julian DeArmas, MD**
87

AWOD004710

Clinical Associate Professor, Surgery-Orthopedic, Princess Margaret Hospital

**Donald Deering, PhD**
Psychiatry, St. Joseph Mercy Hospital Oakland

**Allan Detweiler, DO**
Clinical Assistant Professor, Family Medicine, St. John's Episcopal Hospital

**Richard Deucher, MD**
Clinical Assistant Professor, Psychiatry, Jamaica Hospital Medical Center

**Peter DeVito, MD, FACS**
Clinical Associate Professor, Surgery, Northside

**Vinod Dhar, MD**
Clinical Assistant Professor, Psychiatry, Jamaica Hospital Medical Center

**Yaritza Diaz, MD**
Clinical Instructor, Gastroenterology, Princess Margaret Hospital

**Maura Dickinson, DO**
Emergency Medicine, Holy Cross Hospital of Silver Spring

**Natalia Dolin, MD**
Clinical Associate Professor, Radiology, Jamaica Hospital Medical Center

**Jodine Donatien, MD**
Clinical Assistant Professor, Family Medicine, Center for Haitian Studies

**Stanley Dorfman, DO, MD**
Clinical Professor, OB-GYN, St. Joseph Mercy Hospital Oakland

**Harvey Dosik, MD**
Clinical Professor, Internal Medicine, New York Methodist Hospital

**Geoffrey Doughlin, MD, FACS**
Clinical Associate Professor, Surgery, Jamaica Hospital Medical Center

**Paul Douglass, MD, FACC, FSCAI**
Clinical Associate Professor, Internal Medicine, Atlanta Medical Center

**Svetlana Drcha, MD**
Clinical Assistant Professor, Internal Medicine, St. Anthony Hospital

**Mercedes Dullum, MD**
Clinical Associate Professor, Surgery, Ross University School of Medicine

**Titus Duncan, MD, FACS**
88

AWOD004711

Clinical Assistant Professor, Surgery, Atlanta Medical Center

**Leah Durst, MD**
Clinical Associate Professor, Internal Medicine, MacNeal Hospital

**Hedda Dyer, MD, MB, CHB (Ed), MRCS (Ed)**
Associate Professor, Surgery, Princess Margaret Hospital

**Jonathan Eckstein, DO**
Clinical Associate Professor, Family Medicine, St. John's Episcopal Hospital

**Martha Edelman, MD**
Clinical Assistant Professor, Psychiatry, Jamaica Hospital Medical Center

**Pierre-Richard Edouard, MD, FAAFP**
Clinical Instructor, Family Medicine, Center for Haitian Studies

**Gerry Edwards, MD**
Clinical Assistant Professor, Family Medicine, St Joseph's Hospital Health Center

**Petros Efthimiou, MD, FACR**
Internal Medicine, New York Methodist Hospital

**Chris Ekong, MB, BS, FRCSC, FACS, CCPE**
Clinical Associate Professor, Surgery, University of Saskatchewan

**Daniel Elsholz, MD**
Clinical Associate Professor, Internal Medicine, Central Michigan University

**Davina Elwin, MBBS**
Clinical Instructor, Internal Medicine, Princess Margaret Hospital

**Daniel Erichsen, MD**
Clinical Assistant Professor, Pediatrics, St. Barnabas Hospital

**David Estrada, MD**
Clinical Assistant Professor, Psychiatry, Metropolitan State Hospital

**Angela Evans, MD**
Clinical Instructor, Family Medicine, Atlanta Medical Center

**Randy Fabien, MD**
Clinical Instructor, Internal Medicine, Princess Margaret Hospital

**Elaheh Farhadian, MD**
Clinical Instructor, Family Medicine, California Hospital Medical Center

**Hassan Farhat, MD, FACP, FACEP**
89

AWOD004712

Clinical Assistant Professor, Emergency Medicine, Center for Haitian Studies

**Marc Fater, MD, BS**
Clinical Associate Professor, Plastic Surgery, Cape Cod Healthcare

**Samuel Feizi, MD**
Clinical Assistant Professor, Internal Medicine, California Hospital Medical Center

**Thomas Ferguson, MD**
Clinical Professor, Internal Medicine, Leonard J Charbert Medical Center

**Maria Fernandez, MD**
Clinical Assistant Professor, Pediatrics, Center for Haitian Studies

**Milagros Fernandez, MD**
Clinical Instructor, Pathology, Princess Margaret Hospital

**Enrique Fernandez, MD, MS, Ed, FAAFP**
Clinical Professor, Family Medicine, Ross University School of Medicine

**Hugo Ferrara, MD, FACOG**
Clinical Associate Professor, OB-GYN, Center for Haitian Studies

**Curvin Ferreira, MD, MBBS, MRCOG**
Clinical Instructor, OB-GYN, Princess Margaret Hospital

**Santo Fiasconaro, MD**
Clinical Instructor, OB-GYN, New York Methodist Hospital

**Conrad Fischer, MD, FACP**
Clinical Professor, Internal Medicine, Brookdale Hospital

**Chaim Fishfeld, MD, DO**
Clinical Assistant Professor, Surgery, South Nassau Communities Hospital

**Richard Footer, MD, ABOG, FACOG**
OB-GYN, Holy Cross Hospital of Silver Spring

**Tamilla Fork, MD**
Clinical Assistant Professor, OB-GYN, Cleveland Clinic Florida

**Ira Frankel, PhD, LCWS**
Clinical Associate Professor, Psychiatry, Flushing Hospital Medical Center

**George Fredrick, MD**
Clinical Associate Professor, Family Medicine, Southwest Georgia Regional Medical Center

**William Fricks, MD**
90

Clinical Associate Professor, Family Medicine, Phoebe Putney Memorial Hospital

**Joseph Friedman, MD**
Clinical Instructor, Radiology, Jamaica Hospital Medical Center

**Marc Futernick, MD**
Emergency Care, California Hospital Medical Center

**Michael Gallagher, MD**
OB-GYN, Holy Cross Hospital of Silver Spring

**Estevan Garcia, MD, MPA, CPE, FAAP**
Clinical Associate Professor, Pediatrics, Brookdale Hospital

**Alvaro Garcia, MD**
Clinical Assistant Professor, Surgery, Memorial Healthcare System

**Enrique Garcia-Sayan, MD**
Cardiology, Mount Sinai Hospital

**Alan Garely, MD**
Clinical Professor, OB-GYN, South Nassau Communities Hospital

**Medeia Gartel, MD**
Psychiatry, Mount Sinai Hospital

**Steven Gelman, MD**
Clinical Instructor, Pediatrics, New York Methodist Hospital

**Joseph Georges, MD**
Clinical Associate Professor, Psychiatry, Jamaica Hospital Medical Center

**Grygori Gerasymchuk, MD**
Clinical Instructor, Radiology, St. Joseph Mercy Hospital Oakland

**Marlon Gilbert, MD**
Family Medicine, Center for Haitian Studies

**Michael Gilinsky, MD,  FCFP, DABFP**
Clinical Assistant Professor, Family Medicine, Aventura Hospital and Medical Center

**Cadrin Gill, MD, FAAFP**
Family Medicine, California Hospital Medical Center

**Margaret Gilot, MD**
Clinical Assistant Professor, Surgery, Cleveland Clinic Florida

**Gregory Gilot, MD**
91

Clinical Associate Professor, Surgery, Cleveland Clinic Florida

**Harry Ginsberg, MD**
Internal Medicine, Mount Sinai Hospital

**Melissa Glasser-Caine, MD**
Clinical Instructor, OB-GYN, South Nassau Communities Hospital

**Anil Gogineni, MD**
Clinical Instructor, Family Medicine, Bronx-Lebanon Health Care System

**Martin Goldman, MD**
Clinical Professor, Radiology, Kern Medical Center

**Sreeram Gonnalagadda, MD**
Clinical Assistant Professor, Family Medicine, Central Michigan University

**Gabriel Gonzales, FRCS**
Clinical Instructor, Surgery, Princess Margaret Hospital

**Fermin Gonzalez, MD**
Clinical Instructor, Psychiatry, Jamaica Hospital Medical Center

**Víctor González-Quintero, MD, MPH**
Clinical Professor, OB-GYN, Center for Haitian Studies

**Cleopatra Gordon-Pusey, MD**
Clinical Assistant Professor, Family Medicine, Center for Haitian Studies

**Vladimir Gotlieb, MD**
Clinical Professor, Internal Medicine, Brookdale Hospital

**Marc Gottlieb, MD**
Clinical Assistant Professor, Surgery, Jamaica Hospital Medical Center

**Asha Goud, MD**
Clinical Assistant Professor, Radiology, Kern Medical Center

**Deborah Gracia, DO**
Clinical Instructor, Internal Medicine, Larkin Community Hospital

**Bala Grandhi, MD**
Clinical Associate Professor, Internal Medicine, Central Michigan University

**Linda Green, MD**
Clinical Associate professor, Internal Medicine, Prince George's Hospital Center

**Robert Greenbaum, MD**
92

Clinical Associate Professor, Radiology, Jamaica Hospital Medical Center

**Gerald Greenfield, PhD**
Clinical Assistant Professor, Psychiatry, Mercy Health System

**Rajinder Grewal, MD**
Clinical Assistant Professor, Internal Medicine, St. Joseph Mercy Hospital Oakland

**Heather Grey, MA, ATR-BC, LCAT**
Clinical Instructor, Psychiatry, Jamaica Hospital Medical Center

**Ephriam Grimes, MD,BA, MSPH**
Clinical Assistant Professor, Emergency Medicine, St. Anthony Hospital

**Charles Guidry, DO**
Clinical Assistant Professor, Surgery, California Hospital Medical Center

**Theresa Guinther, DO, BS**
Clinical Assistant Professor, Pediatrics, Central Michigan University

**Sarath Gunatilake, MD**
Clinical Professor, Psychiatry, Metropolitan State Hospital

**Shaminder Gupta, MD**
Clinical Associate Professor, Internal Medicine, Leonard J Charbert Medical Center

**Natasha Gupta, MD, MBBS**
OB-GYN, Mount Sinai Hospital

**Izabella Gurau, MD, FACP**
Clinical Assistant Professor, Internal Medicine, St. Anthony Hospital

**Pete Gutierrez, MD, MMS, PA-C**
Clinical Associate Professor, Internal Medicine, Center for Haitian Studies

**Dakshayani Guttal, MD**
Clinical Assistant Professor, Pediatrics, Jamaica Hospital Medical Center

**Wanda Guy-Craft, MD**
Family Medicine, Atlanta Medical Center

**Francine Guzman, MD, FACOG**
Clinical Assistant Professor, OB-GYN, South Nassau Communities Hospital

**Maya Haasz, BSc, MDCM**
Clinical Assistant Professor, Pediatrics, St. Barnabas Hospital

**Lawrence Hakim, MD**
93

AWOD004716

Clinical Associate Professor, Surgery, Cleveland Clinic Florida

**Ragaie Hakim, MD**
Pediatrics, California Hospital Medical Center

**George Haleblian, MD**
Clinical Associate Professor, Surgery, St. Vincent Hospital at Worcester Medical Center

**Wael Hamade, MD**
Clinical Assistant Professor, Family Medicine, Riverside County Regional Medical Center

**Clarissa Hamilton, MD**
Clinical Instructor, Internal Medicine, Princess Margaret Hospital

**Iriana Hammel, MD**
Clinical Associate Professor, Internal Medicine, Ross University School of Medicine

**Clayton Hann, PhD, MD, MPH**
Clinical Instructor, Surgery, St. Joseph Mercy Hospital Oakland

**Emad Hanna, MD**
Clinical Associate Professor, Family Medicine, South Nassau Communities Hospital

**Erica Harding, MD**
Internal Medicine, St. Joseph Mercy Hospital Oakland

**Peter Harvey, DO, FAAFP**
Clinical Professor, Family Medicine, Jamaica Hospital Medical Center

**Siddiq Hasan, MD**
Clinical Associate Professor, Surgery, St. Anthony Hospital

**Marilyn Haupt, MD**
Clinical Professor, Internal Medicine, Central Michigan University

**Ronald Hazen, MD, ACOG**
Clinical Associate Professor, OB-GYN, Central Michigan University

**Christopher Heckman, MD**
Clinical Assistant Professor, Psychiatry, Metropolitan State Hospital

**Vernon Henderson, MD, FACS**
Clinical Associate Professor, Surgery, Atlanta Medical Center

**Shannon Henning, DO**
Clinical Instructor, Pediatrics, South Nassau Communities Hospital

**Francisco Hernandez, MD**
94

AWOD004717

Clinical Assistant Professor, Internal Medicine, Center for Haitian Studies

**Aymara Hernandez Cardoso, MD**
Internal Medicine, Princess Margaret Hospital

**Carlos Herrera, MD**
OB-GYN, Mount Sinai Hospital

**Waldo Herrera-Novey, MD, MSc, FACP**
Internal Medicine, Mount Sinai Hospital

**Jason Hershberger, MD**
Clinical Professor, Psychiatry, Brookdale Hospital

**Mark Herskovits, PhD, DO**
Clinical Associate Professor, Radiology, Jamaica Hospital Medical Center

**Patricia Heywood, MD**
Clinical Professor, OB-GYN, St. Anthony Hospital

**Ausberto Hidalgo, MD**
Clinical Assistant Professor, Pediatrics, Center for Haitian Studies

**William Hill, MD**
Clinical Assistant Professor, Family Medicine, Doctors' Hospital of Michigan

**Shona Hillman, MD**
 Family Medicine, St. Anthony Hospital

**Vanessa Ho, MD, MPH**
Clinical Assistant Professor, Surgery, Jamaica Hospital Medical Center

**Stephen Hoag, MD**
Clinical Associate Professor, Family Medicine, St Joseph's Hospital Health Center

**Larry Hobson, MD**
Clinical Assistant Professor, Surgery, Atlanta Medical Center

**James Horton, MD, MPH**
Clinical Associate Professor, Family Medicine, Mercy Health System

**Asghar Hossain, MD, DFAPA**
Clinical Associate Professor, Psychiatry, Bergen Regional Medical Center

**Warren Hosseinion, MD**
Clinical Assistant Professor, Internal Medicine, California Hospital Medical Center

**Shushan Hovanesian, MD**
95

Clinical Assistant Professor, Psychiatry, Jamaica Hospital Medical Center

**Kimberly Howe, PhD**
Clinical Instructor, Family Medicine, Northside

**Albert Huang, MD**
Clinical Assistant Professor, Radiology, Jamaica Hospital Medical Center

**Bryan Hubbard, MD**
Clinical Assistant Professor, Surgery, California Hospital Medical Center

**Natalie Hubbard, MD**
Clinical Instructor, Surgery, Jamaica Hospital Medical Center

**Reginald Hughes, MD**
Clinical Associate Professor, Family Medicine, Jamaica Hospital Medical Center

**Lynne Humphrey, MD**
Clinical Assistant Professor, Family Medicine, St Joseph's Hospital Health Center

**Diego Illanes, MD**
Clinical Assistant Professor, OB-GYN, St. Vincent Hospital at Worcester Medical Center

**Steve Inglis, MD**
Clinical Professor, OB-GYN, Jamaica Hospital Medical Center

**Harry Intsiful, MD**
Clinical Assistant Professor, Surgery, Jamaica Hospital Medical Center

**Md Islam, MD**
Clinical Assistant Professor, Internal Medicine, Jamaica Hospital Medical Center

**Mohammed Islam, MD**
Clinical Assistant Professor, Internal Medicine, Raritan Bay Medical Center

**Abbie Jacobs, MD**
Clinical Associate Professor, Family Medicine, Hoboken University Medical Center

**Mohammad Jam, MD**
Clinical Assistant Professor, Pediatrics, Riverside County Regional Medical Center

**Farhad Jamali, MD**
Internal Medicine, Prince George's Hospital Center

**Joseph James, MD**
Clinical Assistant Professor, Psychiatry, Metropolitan State Hospital

**Thomas James, MD**
96

Clinical Professor, Internal Medicine, Northside

**Shahid Jamil, MD**
Psychiatry, St. Joseph Mercy Hospital Oakland

**Himani Janapana, MD**
Clinical Associate Professor, Psychiatry, Brookdale Hospital

**Fred (Farid Javedanfar) Javdan, MD**
Clinical Instructor, Internal Medicine, California Hospital Medical Center

**Maury Jayson, MD**
Clinical Assistant Professor, Surgery, Memorial Healthcare System

**Pierre Jean-Noel, MD**
Clinical Associate Professor, Psychiatry, Brookdale Hospital

**Lonnie Jenkins, MD**
Clinical Instructor, Internal Medicine, Atlanta Medical Center

**Sonia Jimenez-Victores, MD**
Clinical Instructor, Internal Medicine, Center for Haitian Studies

**Rosanna Johnson, DO**
Clinical Instructor, OB-GYN, Center for Haitian Studies

**Pierre Joseph, MD**
Clinical Assistant Professor, Psychiatry, Flushing Hospital Medical Center

**Sindhu Joseph, MD**
Clinical Assistant Professor, Internal Medicine, MacNeal Hospital

**Cheruserta Joseph, MD**
Clinical Instructor, Pediatrics, Princess Margaret Hospital

**Anise Joseph, MD**
Pediatrics, St. Barnabas Hospital

**Faheem Jukaku, MD**
Clinical Assistant Professor, Family Medicine, Riverside County Regional Medical Center

**Roberto Jurado-Iglesias, MD**
Clinical Assistant Professor, Radiology, Princess Margaret Hospital

**Srilakshmi Kadiyala, MD**
Clinical Instructor, Family Medicine, Bronx-Lebanon Health Care System

**Nandini Kalakota, MD**
97

Resident - Instructor, Internal Medicine, MacNeal Hospital

**Shelda Kalloo, MD**
Clinical Instructor, Pediatrics, South Nassau Communities Hospital

**Paul Kamin, MD**
Radiology, California Hospital Medical Center

**Seung Kang, DO**
Clinical Assistant Professor, Internal Medicine, Center for Haitian Studies

**Gabriel Kaplan, MD**
Clinical Professor, Psychiatry, Bergen Regional Medical Center

**Firas Karmo, MD**
Clinical Associate Professor, Surgery, St. Joseph Mercy Hospital Oakland

**Jon Katz, MD**
Clinical Associate Professor, OB-GYN, Prince George's Hospital Center

**Stephen Katz, MD, FACP**
Clinical Professor, Internal Medicine, Ross University School of Medicine

**Gary Kaufman, MD**
Internal Medicine, Mount Sinai Hospital

**Gurleen Kaur, MD**
Internal Medicine, MacNeal Hospital

**Selwyn Kay, MD**
Clinical Assistant Professor, Surgery, Kern Medical Center

**Emre Kayaalp, PhD, MD**
Clinical Assistant Professor, OB-GYN, Jamaica Hospital Medical Center

**Mary Keane, BSN, MSN**
Clinical Assistant Professor, Family Medicine, Central Michigan University

**Eugene Kercher, MD**
Clinical Professor, Psychiatry, Kern Medical Center

**Michael Kernan, MD**
Clinical Associate Professor, Family Medicine, St Joseph's Hospital Health Center

**Daniel Kesden, MD**
Clinical Associate Professor, Internal Medicine, Center for Haitian Studies

**Ahmed Khalil, MD**
98

Clinical Assistant Professor, Surgery, Jamaica Hospital Medical Center

**Nagy Khalil, MD**
Pediatrics, California Hospital Medical Center

**Kauseruzzaman Khan, MD**
Clinical Assistant Professor, Internal Medicine, Mercy Health System

**Muhammad Khan, MD**
Clinical Assistant Professor, Internal Medicine, St. Joseph Mercy Hospital Oakland

**Basem Khishfe, MD**
Emergency Medicine, Mount Sinai Hospital

**Sheryl Kho, MD**
Clinical Assistant Professor, Pediatrics, St. Barnabas Hospital

**Ronald Khoury, MD**
Clinical Associate Professor, Surgery, Northside

**Irfan Khudsia, MD**
Clinical Assistant professor, Family Medicine, St. Anthony Hospital

**Gurvir Khurana, MD**
Clinical Assistant Professor, Pediatrics, Kern Medical Center

**Chauniqua Kiffin, MD**
Clinical Assistant Professor, Surgery, Memorial Healthcare System

**Yasmeen Kirmani, MD**
Clinical Assistant Professor, Psychiatry, Jamaica Hospital Medical Center

**Norman Klein, MD**
Clinical Assistant Professor, Pediatrics, Brookdale Hospital

**Jeffrey Klopper, MD**
Clinical Associate Professor, Psychiatry, Atlanta Medical Center

**Jonathan Koehler, MD, BS**
Emergency Medicine, Mount Sinai Hospital

**David Kolva, MD**
Clinical Associate Professor, Family Medicine, St Joseph's Hospital Health Center

**Dina Kornblau, MD, BA**
Clinical Associate Professor, Pediatrics, St. Barnabas Hospital

**Ravi Kothuru, MD, FACS**
99

Clinical Associate Profesor, Surgery, Brookdale Hospital

**Daniel Kowal, MD**
Clinical Assistant Professor, Radiology, St. Vincent Hospital at Worcester Medical Center

**Gopal Kowdley, PhD, MD, FACS**
Clinical Professor, Surgery, St. Agnes Healthcare

**Narinder Kukar, MD**
Clinical Associate Professor, Internal Medicine, Jamaica Hospital Medical Center

**Manisha Kulshreshtha, MD, FACP**
Clinical Associate Professor, Internal Medicine, St. Barnabas Hospital

**Satish Kumar, MD**
Clinical Instructor, Pediatrics, Northside

**Ali Kutom, MD**
Clinical Associate Professor, Internal Medicine, Norwegian American Hospital

**Maureen Kwankam, MD, MPH**
Clinical Assistant Professor, Family Medicine, Bronx-Lebanon Health Care System

**Kapil Kwatra, MD**
Clinical Professor, Internal Medicine, Northside

**Manon Kwon, MD, FACEP**
Emergency Care, California Hospital Medical Center

**Charles La Punzina, MD**
Clinical Associate Professor, Surgery, Jamaica Hospital Medical Center

**Binta Lambert, MBBS**
Clinical Assistant Professor, Pediatrics, Princess Margaret Hospital

**L. Lang, MD**
Family Medicine, California Hospital Medical Center

**Bernard Lanter, MD, FACS**
Clinical Professor, Surgery, St. John's Episcopal Hospital

**Rolando Lara, MD**
Clinical Assistant Professor, Internal Medicine, St. Anthony Hospital

**Mette Larsen, DO**
Family Medicine, St. John's Episcopal Hospital

**Ana Lavernia Martinez, MD**
100

AWOD004723

Internal Medicine, Princess Margaret Hospital

**Alfred Lavi, MD**
Family Medicine, California Hospital Medical Center

**Herman Lebovitch, MD**
Clinical Assistant Professor, Internal Medicine, Brookdale Hospital

**Sanford Lederman, MD**
Clinical Professor, OB-GYN, New York Methodist Hospital

**Yating Lee, DO**
Family Medicine, St. John's Episcopal Hospital

**Faye Lee, MD**
Cardiology, California Hospital Medical Center

**Brian Leo, MD**
Clinical Associate Professor, Surgery, Cleveland Clinic Florida

**MaryBeth Leonard, MD**
Clinical Associate Professor, Surgery, MacNeal Hospital

**Marixie Leonore-Gilrane, MD**
Clinical Assistant Professor, Pediatrics- Neonatology, Atlanta Medical Center

**Keith Lerner, MD, FACP**
Clinical Associate Professor, Internal Medicine, Center for Haitian Studies

**Daniel Levin, MD, FACOG**
Clinical Instructor, OB-GYN, Center for Haitian Studies

**Shoshana Lewin, PhD**
Clinical Assistant Professor, Psychiatry, Jamaica Hospital Medical Center

**Kamica Lewis, DO**
Clinical Instructor, Family Medicine, Jamaica Hospital Medical Center

**Lazaro Lezcano, MD**
Clinical Assistant Professor, Pediatrics, St. Barnabas Hospital

**Olga Liberman, MD, FACOG, FACS**
Clinical Assistant Professor, OB-GYN, South Nassau Communities Hospital

**Irina Licea, MD**
Clinical Assistant Professor, Family Medicine, Center for Haitian Studies

**David Lichtenstein, MD**
101

AWOD004724

Clinical Associate Professor, Internal Medicine, St. John's Episcopal Hospital

**Charles Lieber, MD, FCCP**
Clinical Assistant Professor, Family Medicine, Center for Haitian Studies

**Oscar Linares, MD**
Clinical Associate Professor, Pediatrics, St. Anthony Hospital

**Neal Lisann, MD**
Clinical Associate Professor, Radiology, Jamaica Hospital Medical Center

**Charles Liu, MD**
Clinical Professor, Surgery, Kern Medical Center

**Gloria Lopez, MD**
Clinical Associate Professor, Pediatrics, Center for Haitian Studies

**Juan Lopez, MD**
Clinical Professor, OB-GYN, Kern Medical Center

**Wladimir Lorentz, MD**
Clinical Assistant Professor, Pediatrics, Center for Haitian Studies

**Donna Losco, MD**
Clinical Instructor, Internal Medicine, Jamaica Hospital Medical Center

**Ulhas Lotlikar, MD**
Clinical Associate Professor, Surgery, Brookdale Hospital

**Robin Lowman, MD**
Clinical Assistant Professor, Surgery, Atlanta Medical Center

**Dafney Lubin, MD**
Clinical Instructor, Surgery, Memorial Healthcare System

**Gregory Lunceford, MD**
Clinical Assistant Professor, Psychiatry, Atlanta Medical Center

**Elizabeth Lynn-Ong, MD**
Family Medicine, South Nassau Communities Hospital

**Mikhail Lyubich, MD, PC**
Clinical Assistant Professor, Internal Medicine, Atlanta Medical Center

**Christ-Ann Magloire, MD**
Clinical Instructor, OB-GYN, Center for Haitian Studies

**Srilakshmi Maguluri, MD**
102

Clinical Assistant Professor, Ophthalmology, Norwegian American Hospital

**John Maher, MD**
Clinical Assistant Professor, OB-GYN, New York Methodist Hospital

**Homayoon Mahjoob, MD, MSPH**
Clinical Assistant Professor, Internal Medicine, Prince George's Hospital Center

**Richard Majeste, MD, BA**
Clinical Professor, Pathology, Atlanta Medical Center

**Kamalendu Malaker, MD**
Clinical Professor, Oncology, Ross University School of Medicine

**Ryan Malcom, MD**
Clinical Associate Professor, Surgery, Norwegian American Hospital

**Anabelle Maldonado-Medina, MD**
Clinical Assistant Professor, Psychiatry, Center for Haitian Studies

**Komal Malik, MD**
Family Medicine, Prince George's Hospital Center

**Litos Mallare, MD**
Psychiatry, California Hospital Medical Center

**Larisa Mararenko, MD**
Clinical Assistant Professor, Internal Medicine, Brookdale Hospital

**Benjamin Margolis, MD, FCCP, FABSM**
Clinical Instructor, Internal Medicine, West Suburban Medical Center

**Mallet Marie, MBBS**
Clinical Instructor - Resident , A and E, Princess Margaret Hospital

**Midallia Marie, MD**
Medical Officer (OB/GYN), Princess Margaret Hospital

**Carlos Marill, MD, PA**
Clinical Assistant Professor, Family Medicine, Center for Haitian Studies

**Maureen Martin, MD**
Clinical Professor, Surgery, Kern Medical Center

**Manuel Martinez, MD**
Clinical Assistant Professor, Pediatrics, Norwegian American Hospital

**Mohammed Masri, MD**
103

Clinical Associate Professor, Surgery, Larkin Community Hospital

**Clara Mayoral, MD**
Clinical Assistant Professor, Pediatrics, South Nassau Communities Hospital

**Nathalie McCammon-Chase, MD**
Family Medicine, West Suburban Medical Center

**Jennifer McCaul, MD**
Clinical Assistant Professor, Family Medicine, St Joseph's Hospital Health Center

**Alison McElhone, MD**
Clinical Assistant Professor, Internal Medicine, Central Michigan University

**Irving McIntyre, MD**
Clinical Instructor, Family Medicine, Princess Margaret Hospital

**Rhonda McIntyre-Francis, MBBS, FRCP(C), FAAP**
Clinical Associate Professor, Pediatrics, Princess Margaret Hospital

**Andrew McLean, MD, MPH**
Clinical Professor, Psychiatry, Ross University School of Medicine

**Kristen McNamara, MD**
Clinical Assistant Professor, Family Medicine, St Joseph's Hospital Health Center

**Elizabeth McNany, MD**
Clinical Assistant Professor, Family Medicine, St Joseph's Hospital Health Center

**Portia Meade-Thomas, MD**
Internal Medicine, Princess Margaret Hospital

**Sohita Mehra, MD**
Clinical Instructor, Radiology, Jamaica Hospital Medical Center

**Asit Mehta, MD**
Clinical Associate Professor, Internal Medicine, Jamaica Hospital Medical Center

**Tulsi Mehta, MD**
Clinical Associate Professor, Internal Medicine, Prince George's Hospital Center

**Maged Melek, MD, ABFM**
Family Medicine, Mount Sinai Hospital

**Dawn Mellish, MD**
Clinical Professor, Medicine Clerkship Director, Ross University School of Medicine

**Luis Mendez-Mulet, MD, PA**
104

AWOD004727

Clinical Instructor, Internal Medicine, Center for Haitian Studies

**Margarita Mercado-Medina, MD**
Clinical Assistant Professor, OB-GYN, South Nassau Communities Hospital

**William Meyer, MD**
Clinical Associate Professor, Surgery, Kern Medical Center

**Rafiq Mian, MD**
OB-GYN, Holy Cross Hospital of Silver Spring

**Lesley Michel, MD**
Clinical Instructor, Pediatrics, South Nassau Communities Hospital

**Katina Miles, MD, FAAD**
Clinical Assistant Professor, Internal Medicine, Prince George's Hospital Center

**Imran Mir, MD**
Clinical Assistant Professor, Internal Medicine, Central Michigan University

**Elizabeth Mirkin, MD**
Psychiatry, Mount Sinai Hospital

**Tariq Mirza, MBBS, MD, MACP**
Clinical Assistant Professor, Internal Medicine, Atlanta Medical Center

**Sandra Mitjans, MD**
Clinical Assistant Professor, Pediatrics, Center for Haitian Studies

**Francisco Molina, MD**
Clinical Assistant Professor, Internal Medicine, Center for Haitian Studies

**Carmen Molina, MD**
Clinical Assistant Professor, Pediatrics, Center for Haitian Studies

**Marino Molina, MD, CPI**
Clinical Assistant Professor, Psychiatry, Center for Haitian Studies

**Manuel Montes De Oca, MD**
Clinical Assistant Professor, Psychiatry, Larkin Community Hospital

**David Moore, MD**
Clinical Professor, Family Medicine, Kern Medical Center

**Maximo Mora, MD**
Clinical Associate Professor, Pathology, Jamaica Hospital Medical Center

**Fernando Moreno, MD**
105

AWOD004728

Clinical Assistant Professor, Family Medicine, Jamaica Hospital Medical Center

**Donald Morrish, MD**
Clinical Associate Professor, OB-GYN, St. John's Episcopal Hospital

**William Morrone, DO, MS**
Clinical Assistant Professor, Family Medicine, Central Michigan University

**Sashidhar Movva, MD**
Clinical Assistant Professor, Internal Medicine, Prince George's Hospital Center

**Thomas Moxley, MD**
Clinical Assistant Professor, OB-GYN, Kern Medical Center

**Robert Mucciola, MD, FACOG**
Clinical Professor, OB-GYN Clerkship Director, Ross University School of Medicine

**Sami Mufarrij, MD**
OB-GYN, Holy Cross Hospital of Silver Spring

**Aman Mukhatarzad, MD**
Clinical Instructor, Psychiatry, Flushing Hospital Medical Center

**Jose Muniz, MD**
Clinical Professor, Internal Medicine, Cleveland Clinic Florida

**Carl Munro, MD**
Clinical Instructor, Surgery, Princess Margaret Hospital

**Christopher Murphy, MD**
Clinical Assistant Professor, Family Medicine, Albany Medical College

**Darrell Murray, MD**
Clinical Assistant Professor, Family Medicine, Atlanta Medical Center

**Nicolas Muruve, MD**
Clinical Associate Professor, Surgery, Cleveland Clinic Florida

**Madhavi Nagapaga, MD, MBBS**
Clinical Instructor, Family Medicine, Bronx-Lebanon Health Care System

**Mohammad Naheedy, MD**
Clinical Professor, Radiology, Kern Medical Center

**Sally Nalesnik, MD**
Clinical Assistant Professor, OB-GYN, Kern Medical Center

**Thambirajah Nandakumar, MD**
106

Clinical Professor, Internal Medicine, Jamaica Hospital Medical Center

**Syed Naqvi, MD**
Clinical Assistant Professor, Psychiatry, St. Elizabeth Hospital

**Maria Navarro, MD**
Clinical Instructor, Surgery, St. Anthony Hospital

**Gilda Nesty, MD**
Clinical Instructor, Physical Diagnosis and Embryology, Princess Margaret Hospital

**Ali Nezhad, MD, FACOG**
OB-GYN, St. Anthony Hospital

**Hoang Nguyen, DPM**
Clinical Assistant Professor, Surgery, Kern Medical Center

**Hong Nguyen, MD**
Cardiology, California Hospital Medical Center

**Monica Nicola, MD, FACP**
Clinical Assistant Professor, Internal Medicine, St. Joseph Mercy Hospital Oakland

**Cameron Nienaber, MD**
Clinical Instructor, Family Medicine, Jamaica Hospital Medical Center

**Ricardo Nieves, MD**
Clinical Associate Professor, Ophthalmology, Norwegian American Hospital

**Meri Nisimova, MD**
Clinical Assistant Professor, Psychiatry, Jamaica Hospital Medical Center

**Juan Nogueras, MD, MBA**
Clinical Professor, Surgery, Cleveland Clinic Florida

**Vincent Notar-Francesco, MD**
Internal Medicine, New York Methodist Hospital

**Larry Novak, MD**
Clinical Associate Professor, Family Medicine, St Joseph's Hospital Health Center

**Gian Novaro, MD**
Clinical Associate Professor, Internal Medicine, Cleveland Clinic Florida

**Viktoria Nurpeisov, MD**
Clinical Instructor, Family Medicine, Atlanta Medical Center

**Joseph Nussbaum, MD**
107

AWOD004730

Infectious Disease, California Hospital Medical Center

**Mercy Obamogie, MD, MPH, MBA, FAAFP**
Clinical Associate Professor, Family Medicine, Prince George's Hospital Center

**John O'Brien, MD**
Clinical Associate Professor, Family Medicine, St Joseph's Hospital Health Center

**Jennifer O'Day, MD**
Clinical Assistant Professor, Psychiatry, Metropolitan State Hospital

**Ricardo Odiamar, MD**
Clinical Associate Professor, OB-GYN, Princess Margaret Hospital

**Emem Okonkwo, MD, BSc**
Clinical Assistant Professor, Family Medicine, Bronx-Lebanon Health Care System

**Ikechi Okwara, MD**
Clinical Assistant Professor, Internal Medicine, Prince George's Hospital Center

**Juan Oms, MD**
Clinical Assistant Professor, Psychiatry, Larkin Community Hospital

**Godwin Onyeike, DO, FACOG, FACOOG, FACS**
OB-GYN, St. John's Episcopal Hospital

**Emmanuel Orelus, MD**
Clinical Instructor, Internal Medicine, Jamaica Hospital Medical Center

**Leo Orr, MD**
Hematology-Onc, California Hospital Medical Center

**Fidelia Osinubi, MD, DD, MBBS, MSPH**
Clinical Assistant Professor, Family Medicine, Atlanta Medical Center

**Amar Ouadi, MD**
Clinical Instructor, Family Medicine, Bronx-Lebanon Health Care System

**Jason Ouellette, MD, FACP**
Clinical Professor, Internal Medicine, St. Mary's Hospital

**Francisco Pages, MD**
Clinical Associate Professor, Psychiatry, Center for Haitian Studies

**Jessica Paisley, MD**
Emergency Medicine, West Suburban Medical Center

**Nicholas Pantaleo, MD**
108

AWOD004731

Clinical Instructor, Family Medicine, Jamaica Hospital Medical Center

**Joshua Partnow, MD**
Emergency Care, California Hospital Medical Center

**Irving Pascal, MBBS, FRCS**
Clinical Associate Professor, ENT, Princess Margaret Hospital

**Prem Patel, MD, MS, FRCS(EDIN), FACS**
Clinical Associate Professor, Surgery, Brookdale Hospital

**Avani Patel, MD**
Clinical Professor, Internal Medicine, Jamaica Hospital Medical Center

**Jagruti Patel, MD**
Clinical Associate Professor, Internal Medicine, Jamaica Hospital Medical Center

**Mahendra Patel, MD**
Clinical Assistant Professor, Internal Medicine, Jamaica Hospital Medical Center

**Yogita Patel, MD**
Clinical Assistant Professor, Radiology, Jamaica Hospital Medical Center

**Sundeep Patel, MD**
Clinical Instructor, Radiology, St. Joseph Mercy Hospital Oakland

**Carlos Patino, MD**
Clinical Assistant Professor, Pediatrics, Center for Haitian Studies

**Leif Paulsen, MD**
Clinical Assistant Professor, Family Medicine, Mercy Health System

**Narendra Pavuluri, MD, FRACP**
Pediatrics, West Suburban Medical Center

**Patrice Pearson, MD**
Clinical Assistant Professor, Family Medicine, Atlanta Medical Center

**Evan Peck, MD**
Clinical Assistant Professor, Internal Medicine, Cleveland Clinic Florida

**Lloyd Peckner, MD, FACP**
Clinical Assistant Professor, Internal Medicine, California Hospital Medical Center

**Baminihannadige Peiris, MD**
Internal Medicine, California Hospital Medical Center

**Victor Pelaez, MD**
109

Clinical Associate Professor, Internal Medicine, Norwegian American Hospital

**Arie Pelta, MD, BA, FACS, FASCRS**
Clinical Associate Professor, Surgery, Atlanta Medical Center

**Carlos Pena, MD**
Clinical Assistant Professor, Internal Medicine, Center for Haitian Studies

**Luis Penate, MD**
Clinical Instructor, Family Medicine, Center for Haitian Studies

**John Perch, MD**
Clinical Assistant Professor, OB-GYN, St. Anthony Hospital

**Margarita Perez, MD**
Clinical Instructor, Psychiatry, Flushing Hospital Medical Center

**Stephen Peterson, MD, MACP, FAHA**
Internal Medicine, New York Methodist Hospital

**Wipanee Phupakdi, MD**
Clinical Associate Professor, Pediatrics, St. Barnabas Hospital

**Anthony Pickett, MD**
OB-GYN, California Hospital Medical Center

**Matthew Picone, MD, MSEd**
Clinical Assistant Professor, Family Medicine, St Joseph's Hospital Health Center

**Richard Pinsker, MD, FACPM, FACE**
Clinical Associate Professor, Internal Medicine, Jamaica Hospital Medical Center

**Kathleen Pollock, MD**
Clinical Assistant Professor, OB-GYN, Kern Medical Center

**Richard Pomerantz, MD, BA**
Clinical Professor, Internal Medicine, St. Agnes Healthcare

**Alexandra Popescu, MD**
Rheumatology, Norwegian American Hospital

**Russell Porter, MD**
Clinical Associate Professor, Family Medicine, South Nassau Communities Hospital

**Fabio Potenti, MD, MBA**
Clinical Associate Professor, Surgery, Cleveland Clinic Florida

**Michael Potter, MD**
110

AWOD004733

Clinical Associate Professor, Surgery, St. Vincent Hospital at Worcester Medical Center

**D. Potts, MD**
Family Medicine, St. Vincent's Medical Center

**Rajiv Prasad, MD**
Clinical Associate Professor, Emergency Medicine, St. John's Episcopal Hospital

**Tikkisetty Prasad, MRCP(UK), FRCP**
Clinical Assistant Professor, Nephrology, University of Saskatchewan

**Kalyani Premkumar, PhD, MBBS, MD**
Clinical Associate Professor, Family Medicine, University of Saskatchewan

**Guillermo Pretel, MD**
Clinical Instructor, Internal Medicine, Center for Haitian Studies

**Ginari Price, MD**
Clinical Assistant Professor, Psychiatry, Atlanta Medical Center

**Erika Pritchett Mcafee, MD**
Clinical Instructor, Pediatrics, Northside

**Gonzalo Quesada, MD, FAAP**
Clinical Assistant Professor, Pediatrics, Center for Haitian Studies

**Milton Quinones-Carrero, MD**
Clinical Associate Professor, Internal Medicine, Mayaguez Medical Center

**Sharon Rabinovitz, MD**
Clinical Assistant Professor, Family Medicine, Atlanta Medical Center

**Suman Radhakrishna, MD**
Infectious Disease, California Hospital Medical Center

**Syed Rahman, MD**
Clinical Assistant Professor, Internal Medicine, Atlanta Medical Center

**Madhu Rajanna, MD**
Clinical Associate Professor, Psychiatry, Jamaica Hospital Medical Center

**Sanjeev Rajpal, MD**
Clinical Associate Professor, Surgery, Brookdale Hospital

**Usha Ram, MD**
Clinical Associate Professor, OB-GYN, St. Joseph Mercy Hospital Oakland

**Georges Ramalanjaona, MD**
111

AWOD004734

Clinical Associate Professor, Emergency Medicine, St. John's Episcopal Hospital

**M. Ramay, MD, DFAPA**
Clinical Associate Professor, Psychiatry, Bergen Regional Medical Center

**Sudhakar Rao, MD**
Clinical Professor, Pediatrics, Northside

**Sripathy Rao, MD, FAAP**
Clinical Associate Professor, Pediatrics, St. Anthony Hospital

**Sabiha Raoof, MD**
Clinical Professor, Radiology, Jamaica Hospital Medical Center

**Arpana Rayannavar, MD**
Clinical Instructor, Pediatrics, St. Barnabas Hospital

**Babak Razi, MD**
Clinical Assistant Professor, Internal Medicine, Prince George's Hospital Center

**Srikanth Reddy, MD**
Clinical Assistant Professor, Psychiatry, Bergen Regional Medical Center

**Habib Rehman, MBBS, FRCPC, FRCPI,  FRCP (Glas), FACP**
Clinical Professor, Internal Medicine, University of Saskatchewan

**Sanila Rehmatullah, MD**
Clinical Associate Professor, Psychiatry, Brookdale Hospital

**Ira Reiser, MD**
Clinical Professor, Internal Medicine, Brookdale Hospital

**George Resta, MD, FACOG**
OB-GYN, Holy Cross Hospital of Silver Spring

**Zully Reyes, MD**
Clinical Instructor, Radiology, Princess Margaret Hospital

**Felicia Rhaney, MD, FACOG, FPMRS**
OB-GYN, Atlanta Medical Center

**Jana Richards, MD**
Clinical Instructor, OB-GYN, Norwegian American Hospital

**Bonnie Richardson, MD, FRCP (C)**
Clinical Associate Professor, Internal Medicine, University of Saskatchewan

**Kenneth Richter, DO**
112

Clinical Professor, Palliative Medicine, St. Joseph Mercy Hospital

**Paul Ricketts, MD**
Clinical Associate Professor, Family Medicine, Princess Margaret Hospital

**Jorge Rios, MD, FACP, FACC**
Clinical Professor, Internal Medicine, Ross University School of Medicine

**Manjit Risam, MD**
OB-GYN, Holy Cross Hospital of Silver Spring

**Elvira Rives, MD, FAAP**
Clinical Assistant Professor, Pediatrics, Center for Haitian Studies

**Raul Roa, MD**
Clinical Assistant Professor, Family Medicine, Center for Haitian Studies

**Bianca Roberts, MD**
Clinical Instructor, OB-GYN, Princess Margaret Hospital

**Robert Robins, MD**
Clinical Assistant Professor, OB-GYN, St. Joseph Mercy Hospital Oakland

**Raul Rodriguez, MD**
Clinical Associate Professor, Psychiatry, Center for Haitian Studies

**Angelica Rodriguez, DO**
Clinical Assistant Professor, Internal Medicine, Cleveland Clinic Florida

**Linda Roethel, MD**
Clinical Associate Professor, Family Medicine, South nassau Communities Hospital

**Nicholas Rogers, MD**
OB-GYN, California Hospital Medical Center

**Juan Rojas, MD**
Resident - Instructor, Internal Medicine, MacNeal Hospital

**Egduina Rondon Madrigal, MD**
Internal Medicine, Princess Margaret Hospital

**Jonathan Rose, MD**
Clinical Assistant Professor, Pediatrics, Brookdale Hospital

**Raul Rosenthal, MD**
Clinical Professor, Surgery, Cleveland Clinic Florida

**Andrew Rosenthal, MD, MBA , FACS**
113

Clinical Associate Professor, Surgery, Memorial Healthcare System

**Frederick Ross, MD**
Clinical Instructor, Internal Medicine, Cleveland Clinic Florida

**Stacy Ross, MD, MS, FAAFP**
Clinical Associate Professor, Family Medicine, Prince George's Hospital Center

**Mourad Rostom, MD**
Clinical Assistant Professor, Internal Medicine, Northside

**Sohair Rostom, MD**
Clinical Assistant Professor, Internal Medicine, Northside

**Alan Roth, DO, FAAFP**
Clinical Professor, Family Medicine, Jamaica Hospital Medical Center

**Mazyar Rouhani, MD**
Clinical Associate Professor, Emergency Medicine, Cleveland Clinic Florida

**Leon Rovner, MD**
Internal Medicine, California Hospital Medical Center

**Alexander Rozin, MD**
Clinical Instructor, Internal Medicine, Brookdale Hospital

**David Rubin, MD**
Clinical Professor, Pediatrics, St. Barnabas Hospital

**Teresita Ruiz, MD**
Clinical Assistant Professor, Psychiatry, Jamaica Hospital Medical Center

**Andrew Russell, MD**
Clinical Associate Professor, Family Practice, Cleveland Clinic Florida

**Robyn Sachs, MD, FACS**
Clinical Assistant Professor, Surgery, Cape Cod Healthcare

**Kaveh Sadeghi, MD**
Family medicine, Prince George's Hospital Center

**Evgeny Sadikov, MD**
Clinical Associate Professor, Internal Medicine, University of Saskatchewan

**Anuraag Sahai, MD**
Clinical Instructor, Radiology, Jamaica Hospital Medical Center

**Maria Saiz, MD**
114

AWOD004737

Clinical Assistant Professor, Psychiatry, Bergen Regional Medical Center

**Dattatreya Sambare, MD**
Clinical Assistant Professor, Internal Medicine, West Suburban Medical Center

**Soheil Samvatian, MD**
Clinical Instructor, Family Medicine, Riverside County Regional Medical Center

**Angel San Roman, MD**
Clinical Assistant Professor, Pediatrics, Center for Haitian Studies

**Ronald Sancetta, MD, LLC, FACOG**
Clinical Instructor, OB-GYN, Center for Haitian Studies

**Rafael Sanchez, MD**
Clinical Associate Professor, Surgery, Memorial Healthcare System

**Jose Sanchez, MD**
Clinical Instructor, Internal Medicine, Princess Margaret Hospital

**Pedro Sanchez-Diaz, MD**
Clinical Instructor, Pediatrics, Center for Haitian Studies

**Amrita Sandhu, DO**
Family Medicine, California Hospital Medical Center

**Samuel Sandowski, MD**
Clinical Associate Professor, Family Medicine, South Nassau Communities Hospital

**Dana Sands, MD**
Clinical Associate Professor, Surgery, Cleveland Clinic Florida

**Worrel Sanford, MD**
Clinical Assistant Professor, Dermatology, Princess Margaret Hospital

**Howard Sankary, MD**
Surgery, St. Anthony Hospital

**Samir Sarkar, MD**
Clinical Professor, Internal Medicine, Jamaica Hospital Medical Center

**Mitchell Schare, PhD**
Clinical Professor, Psychiatry, St. John's Episcopal Hospital

**David Schatz, MD**
Clinical Associate Professor, Internal Medicine, West Suburban Medical Center

**Eduardo Scholcoff, MD, FAAFP**
115

AWOD004738

Family Medicine, Norwegian American Hospital

**Sebastian Schubl, MD**
Clinical Instructor, Surgery, Jamaica Hospital Medical Center

**Gary Schwartz, MD**
Clinical Associate Professor, Surgery, Memorial Healthcare System

**Natalie Schwartz, MD**
Clinical Associate Professor, Internal Medicine, St. John's Episcopal Hospital

**Garvin Seaman, MBBS**
Clinical Instructor, Surgery, Princess Margaret Hospital

**Scott Segan, MD**
Clinical Associate Professor, Neurology, St. Barnabas Hospital

**Raouf Seifeldin, MD**
Clinical Assistant Professor, Family Medicine, Doctors' Hospital of Michigan

**Debabrata Sen, MD**
Clinical Assistant Professor, Internal Medicine, Brookdale Hospital

**Minkailu Sesay, MD, MPH**
Clinical Assistant Professor, Family Medicine, Atlanta Medical Center

**Rushabh Shah, MD**
Clinical Instructor, Internal Medicine, Kern Medical Center

**Sapna Shah, MD, MSCI**
Internal Medicine, Mount Sinai Hospital

**Suhail Shaikh, MD**
Clinical Assistant Professor, Family Medicine, Mercy Health System

**Artur Shalanov, MD**
Clinical Associate Professor, Internal Medicine, Jamaica Hospital Medical Center

**Shukri Shami, MBBS, MS, FRCS**
Clinical Associate Professor, Surgery, Queen's Hospital

**Patrick Shanovich, MD**
Emergency Care, California Hospital Medical Center

**Warren Shapiro, MD**
Clinical Professor, Internal Medicine, Brookdale Hospital

**Louay Shawesh, MD**
116

AWOD004739

Clinical Assistant Professor, Internal Medicine, California Hospital Medical Center

**Clark Sherer, MD**
Clinical Professor, Internal Medicine, Trinitas Regional Medical Center

**Sandip Sheth, MD**
Clinical Assistant Professor, Psychiatry, Jamaica Hospital Medical Center

**Yogesh Sheth, MD**
Clinical Assistant Professor, Internal Medicine, Northside

**Rajendra Shetty, MD, FACC**
Cardiology, Prince George's Hospital Center

**Imran Siddiqi, MD**
Internal Medicine, Prince George's Hospital Center

**Tahseen Siddiqui, MD**
Clinical Associate Professor, Internal Medicine, Norwegian American Hospital

**Darby Sider, MD, FACP, FAAP**
Clinical Associate Professor, Internal Medicine, Cleveland Clinic Florida

**Allen Silanee, MD, FACOG**
Clinical Assistant Professor, OB-GYN, Center for Haitian Studies

**Allen Silbergleit, PhD, MD**
Clinical Professor, Surgery, St. Joseph Mercy Hospital Oakland

**Bennett Silver, MD**
Clinical Professor, Psychiatry, Bergen Regional Medical Center

**Roy Silver, MD**
OB-GYN, California Hospital Medical Center

**Robert Simon, MD**
Clinical Assistant Professor, PM and Rehab, Bronx-Lebanon Health Care System

**Todd Simon, MD**
Clinical Associate Professor, Internal Medicine, New York Methodist Hospital

**Bhupinder Singh, MD, FACP**
Clinical Assistant Professor, Internal Medicine, Jamaica Hospital Medical Center

**Jagdeep Singh, MD**
Clinical Assistant Professor, Internal Medicine, Prince George's Hospital Center

**Shilpa Singh, MD**
117

Clinical Instructor, Pediatrics, St. Anthony Hospital

**Steven Singh, MD**
Surgery, West Suburban Medical Center

**Rakhi Sinha, DO, MPH**
Clinical Instructor, Family Medicine, California Hospital Medical Center

**Robert Smith, MD**
Clinical Assistant Professor, Radiology, Jamaica Hospital Medical Center

**Alyson Smith, MD**
Clinical Associate Professor, Pediatrics, St. Barnabas Hospital

**Jeffery Snow, MD**
Clinical Associate Professor, Surgery, Memorial Healthcare System

**Ramon Snyder, MD**
Clinical Assistant Professor, Surgery, Kern Medical Center

**Pekka Soini, MD, FACOG**
Clinical Assistant Professor, OB-GYN, St. Anthony Hospital

**Brian Solberg, MD**
Clinical Associate Professor, Surgery-Orthopedic, Kern Medical Center

**Victor Sorensen, MD**
Clinical Associate Professor, Surgery, Kern Medical Center

**Natasha Soriano-Baron, MD, DABPN**
Clinical Assistant Professor, Psychiatry, Bergen Regional Medical Center

**Jose Soto, MD**
Clinical Instructor, Family Medicine, Center for Haitian Studies

**Mark Spence, MD**
Clinical Assistant Professor, OB-GYN, Center for Haitian Studies

**Emily Spengler, MD**
Clinical Instructor, Pediatrics, St. Barnabas Hospital

**Jeffrey Spillane, MD, BSc, FACS**
Clinical Associate Professor, Surgery, Cape Cod Healthcare

**Roseann Spiotta, MD, FAAP**
Clinical Associate Professor, Family Medicine, Jamaica Hospital Medical Center

**Rosemarie St. Victor, MD, FAAP**
118

AWOD004741

Clinical Associate Professor, Pediatrics, Brookdale Hospital

**Andy St. Hilaire, BSc (Hons), B Med Sci M Phil,  MBBS**
Clinical Instructor, Internal Medicine, Princess Margaret Hospital

**Spencer St. Luce, MBBS**
Clinical Instructor, Anesthesiology, Princess Margaret Hospital

**Spiros Stamelos, MD**
Surgery, Norwegian American Hospital

**Marshall Stauber, MD**
Clinical Associate Professor, Surgery, Memorial Healthcare System

**David Steinberg, MD**
Clinical Instructor, Family Medicine, California Hospital Medical Center

**John Stiller, MD**
Clinical Associate Professor, Psychiatry, St. Elizabeth Hospital

**Rosemond Stoute, MD**
Clinical Instructor, Radiology, Princess Margaret Hospital

**Hermann Stubbe, MD**
Clinical Assistant Professor, Internal Medicine, Cleveland Clinic Florida

**Mirella Suarez-Troccoli, MD**
Clinical Assistant Professor, Pediatrics, Center for Haitian Studies

**Sandra Sulik, MD**
Clinical Professor, Family Medicine, St Joseph's Hospital Health Center

**Sharmeen Sultana, MD, DABPN**
Clinical Assistant Professor, Psychiatry, Jamaica Hospital Medical Center

**Aerica Summers, MD, MPH**
Clinical Instructor, Family Medicine, Atlanta Medical Center

**Frank Suppa, DO**
Family Medicine, St. John's Episcopal Hospital

**Nipun Suri, MD**
Clinical Instructor, Internal Medicine, California Hospital Medical Center

**Javed Syed, MD**
Clinical Assistant Professor, Radiology, Kern Medical Center

**Ali Syed, MD**
119

Clinical Instructor, Internal Medicine, St. Joseph Mercy Hospital Oakland

**Leon Sykes, MD, FACS, BA**
Clinical Associate Professor, Surgery, Brookdale Hospital

**Georges Sylvestre, MD**
Clinical Associate Professor, OB-GYN, Jamaica Hospital Medical Center

**Samuel Szomstein, MD**
Clinical Associate Professor, Surgery, Cleveland Clinic Florida

**George Szygiel, MD**
Family Medicine, Bronx-Lebanon Health Care System

**Kareem Tabsh, MD**
Resident - Instructor, OB-GYN, Kern Medical Center

**Saeid Tafreshi, MD**
Clinical Instructor, Family Medicine, Bronx-Lebanon Health Care System

**Hesham Taha, MD, FACP, MRCP (UK)**
Clinical Associate Professor, Hematology, Brookdale Hospital

**Eden Takhsh, MD, FACOG**
Clinical Assistant Professor, OB-GYN, St. Anthony Hospital

**Tingting Tan, MD**
Hematology-Onc, California Hospital Medical Center

**Nicholas Tarricone, MD, MHA, FACOG**
Clinical Assistant Professor, OB-GYN, South Nassau Communities Hospital

**Thomas Taylor, MD, MBA**
Clinical Instructor, OB-GYN, Center for Haitian Studies

**Stephen Tee, MD**
Clinical Instructor, Internal Medicine, Prince George's Hospital Center

**Teshome Tegene, MD**
Clinical Assistant Professor, Internal Medicine, Prince George's Hospital Center

**Katerina Teller, MD, FACP**
Clinical Associate Professor, Internal Medicine, Jamaica Hospital Medical Center

**Hasit Thakore, MD**
Clinical Assistant Professor, Internal Medicine, Jamaica Hospital Medical Center

**Theodore Thomas, MD**
120

AWOD004743

Clinical Instructor, Surgery, Princess Margaret Hospital

**Anncy Thomas, DO**
Family Medicine, St. John's Episcopal Hospital

**Craig Thurm, MD, FCCP**
Clinical Professor, Internal Medicine, Jamaica Hospital Medical Center

**Jose Tiburcio, MD**
Clinical Assistant Professor, Family Medicine, Bronx-Lebanon Health Care System

**Vivian Torres, MD**
Clinical Instructor, Surgery, St. Joseph Mercy Hospital Oakland

**Daniel Torres, MD**
Clinical Assistant Professor, Internal Medicine, West Suburban Medical Center

**Craig Travis, MD, FACEP**
Clinical Associate Professor, Emergency Medicine, Center for Haitian Studies

**Shruti Trehan, MD, FAAP**
Clinical Assistant Professor, Pediatrics, St. Anthony Hospital

**Scott Trepeta, MD**
Clinical Assistant Professor, Radiology, Jamaica Hospital Medical Center

**Cory Trivax, MD**
Clinical Assistant Professor, Radiology, St. Joseph Mercy Hospital Oakland

**Po-Heng Tsai, MD**
Clinical Instructor, Internal Medicine, Cleveland Clinic Florida

**Shunling Tsang, MD, MPH**
Clinical Assistant Professor, Family Medicine, Riverside County Regional Medical Center

**James Tucker, MD**
Clinical Professor, Family Medicine, St Joseph's Hospital Health Center

**Luigi Tullo, MD**
Clinical Associate Professor, Family Medicine, Jamaica Hospital Medical Center

**John Tymchak, MD FACS**
Clinical Assistant Professor, Surgery, Brookdale Hospital

**Nash Uebelhart, MD**
Clinical Assistant Professor, OB-GYN, Ross University School of Medicine

**Muhammad Umar, MD**
121

AWOD004744

Clinical Instructor, Internal Medicine, Prince George's Hospital Center

**Irmute Usiene, MD**
Clinical Assistant Professor, Psychiatry, Bergen Regional Medical Center

**Vincent Patrick Uy, MD**
Pediatrics, St. Barnabas Hospital

**Hyacinth Uzoma, MD**
Clinical Instructor, Psychiatry, St. Elizabeth Hospital

**Rubi Valerio, MD**
Clinical Assistant Professor, Family Medicine, Bronx-Lebanon Health Care System

**John Vandemoer, MD, FACS**
Clinical Associate Professor, Otolaryngology, Cape Cod Healthcare

**Rocio Vargas Herrera, MD**
Internal Medicine (Radiology), Princess Margaret Hospital

**Vivek Variar, MD**
Clinical Assistant Professor, Internal Medicine, Central Michigan University

**Jolly Varki, MD**
Clinical Instructor, Internal Medicine, Center for Haitian Studies

**Adrian Vazquez, MD**
Clinical Assistant Professor, Internal Medicine, California Hospital Medical Center

**Manuel Vega, MD, FAAP**
Clinical Instructor, Pediatrics, Center for Haitian Studies

**Chitra Venkatraman, MD, PA**
Clinical Assistant Professor, Internal Medicine, Prince George's Hospital Center

**Michelle Ventura, MD, FACOG**
Clinical Assistant Professor, OB-GYN, St. Anthony Hospital

**MaryAnn Verardi, MD**
Clinical Assistant Professor, Internal Medicine, St. Joseph Mercy Hospital Oakland

**Silvia Villegas Van der Linde, MD, FACOG**
Clinical Instructor, OB-GYN, Center for Haitian Studies

**Diana Viravec, MD**
Clinical Associate Professor, Emergency Medicine, MacNeal Hospital

**Kusum Viswanathan, MD**
122

AWOD004745

Clinical Professor, Pediatrics, Brookdale Hospital

**Seeth Vivek, MD, DFAPA**
Clinical Professor, Psychiatry, Jamaica Hospital Medical Center

**John Vlad, MD**
Clinical Assistant Professor, Pediatrics, Northside

**Kenrick Waithe, MD, ABFM**
Family Medicine, Bronx-Lebanon Health Care System

**Dana Wallace, MD**
Clinical Associate Professor, Pediatrics, Center for Haitian Studies

**Albertine Wallace, MD**
Psychiatry, Princess Margaret Hospital

**Brett Walters, MD**
Emergency Medicine, Mount Sinai Hospital

**Edward Wang, PhD, MD**
Clinical Assistant Professor, Internal Medicine, Norwegian American Hospital

**Don Wasserman, MD, FACS**
Clinical Associate Professor, Surgery, Kern Medical Center

**Jonathan Watson, MD, BS**
Clinical Assistant Professor, Emergency Medicine, Cleveland Clinic Florida

**Eric Weiss, MD, FACS, FACG, FASCRS**
Clinical Professor, Surgery, Cleveland Clinic Florida

**Steven Wexner, MD**
Clinical Professor, Surgery, Cleveland Clinic Florida

**Gill White, MD, CCFP**
Clinical Professor, Family Medicine, University of Saskatchewan

**Antonio Williams, MD**
Clinical Assistant Professor, Family Medicine, Atlanta Medical Center

**Darryl Willoughby, MD**
Sports Medicine, California Hospital Medical Center

**Antonio Wong, MD, FAAFP**
Clinical Assistant Professor, Family Medicine, Center for Haitian Studies

**Frederick Work, MD**
123

AWOD004746

Clinical Associate Professor, Surgery, Atlanta Medical Center

**Rajyalakshmi Yalla, MD**
Clinical Associate Professor, Family Medicine, Bronx-Lebanon Health Care System

**Chou Yang, MD**
Clinical Associate Professor, Anesthesiology, Kern Medical Center

**Ibis Yarde, MD**
Clinical Assistant Professor, Emergency Medicine, St. John's Episcopal Hospital

**Scott Yen, MD**
Clinical Associate Professor, Internal Medicine, West Suburban Medical Center

**Gideon Yoeli, MD**
Clinical Instructor, Radiology, Jamaica Hospital Medical Center

**Abdallah Yousif, MD, FACP**
Clinical Assistant Professor, Internal Medicine, Raritan Bay Medical Center

**Kyi Yu, MD**
Family Medicine, St. John's Episcopal Hospital

**Tatyana Zagoruychenko, MD**
Clinical Assistant Professor, Internal Medicine, Brookdale Hospital

**Mohammad Zaman, MD, MBA, FACP, FCCP**
Clinical Associate Professor, Internal Medicine, Brookdale Hospital

**Carlos Zambrano, MD**
Clinical Assistant Professor, Internal Medicine, St. Anthony Hospital

**Parvin Zawahir, MD**
Clinical Assistant Professor, Internal Medicine, New York Methodist Hospital

**Thomas Zimmerman, DO**
Clinical Associate Professor, Family Medicine, South Nassau Communities Hospital

**Lawrence Zumo, MD**
Clinical Associate professor, Internal Medicine, Prince George's Hospital Center

**Leslie Zun, MD, MBA, FACEP, FAAEM**
Emergency Medicine, Mount Sinai Hospital

**Ramzi Zureikat, MD**
Clinical Instructor, Internal Medicine, West Suburban Medical Center

**Steven Zuska, MD**
124

AWOD004747

Clinical Instructor, Radiology, St. Joseph Mercy Hospital Oakland

125

AWOD004748

## EXECUTIVE ADMINISTRATION

### Board of Trustees

**Thomas G. Hollinger, PhD (Chairman)**
Emeritus Associate Professor
Department of Anatomy and Cell Biology
University of Florida, College of Medicine

**Steve Riehs, MBA (Vice-Chairman)**
President, International and Professional Education
DeVry Education Group

**Mark Siegler, MD, FACP (Vice-Chairman)**
Lindy Bergman Distinguished Service Professor of Medicine
Director, MacLean Center for Clinical Medical Ethics
Executive Director, The Bucksbaum Institute for Clinical Excellence
The University of Chicago

**Richard Carmona, MD, MPH, FACS**
17th Surgeon General of the United States
Distinguished Professor, University of Arizona

**John B. Payne, MBA**
CEO and Founder, Pet Health Innovations,

**Amy E. Pollack, MD, FACOG, FACPM**
VP Global Medical Affairs | Chief Medical Officer
Surgical Businesses| Developed Countries
Covidien

**Donald F. Smith, DVM,**
Professor of Surgery
Dean Emeritus, Cornell University

**Alvin R. Tarlov, MD**
Formerly Professorand Chairman, Department of Internal Medicine,
University of Chicago (Retired)

**Ronald L. Taylor**
Co-Founder and Senior Advisor
DeVry Education Group

**Lisa Wardell, JD**
Executive Vice President, COO
The RLJ Companies

126

AWOD004749

Ross University School of Medicine's physical campus location is located in Portsmouth, Commonwealth of Dominica (Dominica).

**Ross University School of Medicine Mailing Address:**
Ross University School of Medicine
P.O. Box 266
Roseau, Commonwealth of Dominica, West Indies

**Administrative Offices (Miramar):**
2300 SW 145th Ave.
Miramar, FL 33027
Telephone: 954-885-3700

**DeVry Medical International (Shared Services):**
485 US Highway 1 South
Building B, 4th Floor
Iselin, NJ 08830
Toll-free telephone: 877-ROSS-E DU (877-767 -733 8)
Telephone: 732 -509-4600
www.RossU.edu

**Student Application Services:**
Ross University School of Medicine
Office of Admissions
485 US Hwy 1 South
Building B, 4th Floor
Iselin, New Jersey 08830
Fax: 732-509-4803
Email: Admissions@RossU.edu

127

AWOD004750



AWOD004751