# EXHIBIT 22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

OLUWAMUYIWA AWODIYA,   CASE NO. 0:18-cv-60482-KMM-AOV

    Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

    Defendant.
_____/

### DECLARATION OF SANDRA HERRIN IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

I, SANDRA HERRIN, being of lawful age and otherwise competent to testify in a court of law, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an employee of Ross University School of Medicine, School of Veterinary Medicine Limited ("RUSM"), where I am currently employed as the University Registrar. I submit this declaration in support of the motion by RUSM for summary judgment in this action. Unless otherwise indicated, I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto.

2. At the time Plaintiff enrolled at RUSM in May 2014, the minimum required passing score for the National Board of Medical Examiners' Comprehensive Basic Science Examination (the "COMP" Exam) was a 66.

3. On September 8, 2015, the Curriculum Council and the Dean's Cabinet approved a renewed policy on the COMP Exam, increasing the minimum required passing score from a 66 to a 68.

2

4. An email advising students of the score change was circulated in September of 2015. A copy of the email circulated to faculty containing the text that was sent to the student body is attached hereto as **Exhibit A.** On September 11, 2015, I created a population list of all students who received the email advising them of the change. I have personal knowledge that the email was sent to Plaintiff's RUSM email address, thereby advising him of the score change from a 66 to a 68.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 28, 2018.

*/s/ Sandra Herrin*
Sandra Herrin

# EXHIBIT A

**To:** Rivera, Jorge[jrivera@rossu.edu]
**Cc:** Bawany, Aslam[ABawany@RossU.edu]; Tesselaar, Kelly[ktesselaar@RossU.edu]
**From:** Herrin, Sandra
**Sent:** Fri 9/11/2015 3:48:21 PM
**Subject:** RE: * TEST * Increase in Passing Score for the Comprehensive Basic Science Exam * TEST *

Looks good!!  Go for it!!

From: Rivera-Rodriguez, Jorge
Sent: Friday, September 11, 2015 11:42 AM
To: Herrin, Sandra
Cc: Bawany, Aslam; Tesselaar, Kelly
Subject: FW: * TEST * Increase in Passing Score for the Comprehensive Basic Science Exam * TEST *

Here is the email draft for your review!

I added all email addresses except for two older students that are Pending Graduation. I could not track their student email down.

Jorge Rivera
Student Advocate

From: The Office of Student Services [mailto:StudentServiceCenter@RossU.edu]
Sent: Friday, September 11, 2015 11:40 AM
To: Rivera-Rodriguez, Jorge
Subject: * TEST * Increase in Passing Score for the Comprehensive Basic Science Exam * TEST *


Ross University School of Medicine's Policy on the
National Board of Medical Examiner's Basic Science Comprehensive Examination
Approved by Curriculum Council and Dean's Cabinet 09/08/15

At Ross University School of Medicine (RUSM), and elsewhere, the National Board of Medical Examiners' (NBME) Comprehensive Basic Sciences Exam (CBSE) or "Comp" exam has proven to be a good predictor of student performance on the United States Medical Licensing Examination® (USMLE) Step 1 exam.  In an effort to assess the readiness of RUSM students to pass the Step 1 on their 'first attempt', RUSM requires that students first pass the National Board of Medical Examiners' (NBME) Comprehensive Basic Science Examination (CBSE).

According to the NBME, a CBSE score of 66 predicts a Step 1 score of approximately 190.  A CBSE score of 68 predicts a Step 1 approximate score of 195.  Since the current passing score on Step 1 is 192, RUSM believes it prudent to increase the RUSM passing score on the CBSE to 68.  Beginning November 15, 2015, the RUSM passing score on the CBSE will increase from 66 to 68.

To be eligible to sit for the USMLE Step 1 exam and to promote to the Internal Medicine Foundation (IMF) clerkship, all RUSM students are required to pass the CBSE with a score of 68 or higher within three attempts.  If unsuccessful after three attempts, then a student who has scored at least 62 on one of the three previous attempts is eligible for a fourth attempt.  Students who do not pass the CBSE within three (or four, if granted) attempts will be dismissed from RUSM.  Students who are dismissed have the right to appeal as outlined in the RUSM Student Handbook.

Paula S. Wales, Ed.D.
Senior Associate Dean, Student Affairs
Professor, Behavioral Sciences

©2015 Ross University School of Medicine. All rights reserved.


Ross University School of Medicine @ www.RossU.edu
Tel: 754.208.4595| Fax: 732 509 4820
Address: 2300 SW 145th Avenue Suite 200, Miramar, FL 33027

RUSM 001008