# EXHIBIT 23



# National Board of Medical Examiners
## Subject Examination Program
### Examinee Performance Profile
**Comprehensive Basic Science**
305010 - Ross University School of Medicine



**ID:**
**Name:** Awodiya Oluwamuyiwa

**Test Date(s):** 03/30/2017
**Total Scaled Score:** 60

The score you received on this examination is shown above. This Performance Profile is provided to aid in self-assessment. The shaded area defines a borderline level of performance for each content area; borderline performance is comparable to a HIGH FAIL/LOW PASS on the total test of USMLE® Step 1. (See NOTE on Page 1.)

Performance bands indicate areas of relative strength and weakness. Some bands are wider than others. The width of a performance band reflects the precision of measurement: narrower bands indicate greater precision. A ◄|| or ||► symbol indicates that your performance band extends beyond the displayed portion of the scale. Small differences in the location of bands should not be over-interpreted. If two bands overlap, performance in the associated areas should be interpreted as similar. Because CBSE is designed to be integrative, many items contribute to more than one content area. Use caution when interpreting differences in performance across content areas.

Additional information about the topics covered in each content area can be found in the *USMLE Step 1 Content Description and Sample Test Materials* at www.usmle.org. An explanation of your score along with a table of approximate USMLE Step 1 performance equivalents for CBSE scores is included in the *Score Interpretation Guide for Students*.



 **National Board of Medical Examiners**
**Subject Examination Program**

**Examinee Performance Profile**

Comprehensive Basic Science

305010 - Ross University School of Medicine

ID: ▇▇▇▇▇▇  
Name: Awodiya Oluwamuyiwa

Test Date(s): 10/22/2016  
Total Scaled Score: 61

The score you received on this examination is shown above. This Performance Profile is provided to aid in self-assessment. The shaded area defines a borderline level of performance for each content area; borderline performance is comparable to a HIGH FAIL/LOW PASS on the total test of USMLE® Step 1. (See NOTE on Page 1.)

Performance bands indicate areas of relative strength and weakness. Some bands are wider than others. The width of a performance band reflects the precision of measurement: narrower bands indicate greater precision. A ◁|| or ||▷ symbol indicates that your performance band extends beyond the displayed portion of the scale. Small differences in the location of bands should not be over-interpreted. If two bands overlap, performance in the associated areas should be interpreted as similar. Because CBSE is designed to be integrative, many items contribute to more than one content area. Use caution when interpreting differences in performance across content areas.

Additional information about the topics covered in each content area can be found in the *USMLE Step 1 Content Description and Sample Test Materials* at www.usmle.org. An explanation of your score along with a table of approximate USMLE Step 1 performance equivalents for CBSE scores is included in the *Score Interpretation Guide for Students*.

|  | Lower Performance | Borderline Performance | Higher Performance |
|---|---|---|---|
| **Discipline** | | | |
| Behavioral Sciences | ◁|| ▬▬▬▬ | | |
| Biochemistry | ◁|| | | |
| Gross Anatomy & Embryology | | ▬▬▬▬▬▬▬▬▬▬▬▬ | |
| Histology & Cell Biology | ◁|| ▬▬▬▬▬ | | |
| Microbiology & Immunology | | ▬▬▬▬▬▬▬▬ | |
| Pathology | ◁|| | | |
| Pharmacology | | ▬▬▬▬▬▬ | |
| Physiology | ◁|| ▬▬ | | |
| **System** | | | |
| General Principles of Foundational Science | | ▬▬▬▬▬▬▬ | |
| Behavioral Health and Nervous Systems/Special Senses | | ▬▬▬▬▬▬▬▬ | |
| Musculoskeletal, Skin, & Subcutaneous Tissue | ◁|| ▬▬ | | |
| Cardiovascular System | ◁|| ▬▬▬▬▬▬ | | |
| Respiratory System | | ▬▬▬▬▬▬▬▬▬ | |
| Gastrointestinal System | ◁|| ▬▬▬▬ | | |
| Renal/Urinary System | ◁|| ▬▬▬ | | |
| Multisystem Processes & Disorders | | ▬▬▬▬▬▬▬ | |

RUSM 000047



# National Board of Medical Examiners
## Subject Examination Program

### Examinee Performance Profile
**Comprehensive Basic Science**
305010 - Ross University School of Medicine

ID: ▓▓▓▓▓▓▓
Name: Awodiya Oluwamuyiwa

Test Date(s): 08/26/2016
Total Scaled Score: 67

The score you received on this examination is shown above. This Performance Profile is provided to aid in self-assessment. The shaded area defines a borderline level of performance for each content area; borderline performance is comparable to a HIGH FAIL/LOW PASS on the total test of USMLE® Step 1. (See NOTE on Page 1.)

Performance bands indicate areas of relative strength and weakness. Some bands are wider than others. The width of a performance band reflects the precision of measurement: narrower bands indicate greater precision. A ◀❙❙ or ❙❙▶ symbol indicates that your performance band extends beyond the displayed portion of the scale. Small differences in the location of bands should not be over-interpreted. If two bands overlap, performance in the associated areas should be interpreted as similar. Because CBSE is designed to be integrative, many items contribute to more than one content area. Use caution when interpreting differences in performance across content areas.

Additional information about the topics covered in each content area can be found in the *USMLE Step 1 Content Description and Sample Test Materials* at www.usmle.org. An explanation of your score along with a table of approximate USMLE Step 1 performance equivalents for CBSE scores is included in the *Score Interpretation Guide for Students*.



Page 2 of 2

RUSM 000048



 **National Board of Medical Examiners**
**Subject Examination Program**

Examinee Performance Profile

Comprehensive Basic Science

305010 - Ross University School of Medicine

ID: ▮▮▮▮▮▮▮▮  
Name: Awodiya Oluwamuyiwa

Test Date(s): 04/22/2016  
Total Scaled Score: 58

The score you received on this examination is shown above. This Performance Profile is provided to aid in self-assessment. The shaded area defines a borderline level of performance for each content area; borderline performance is comparable to a HIGH FAIL/LOW PASS on the total test of USMLE® Step 1. (See NOTE on Page 1.)

Performance bands indicate areas of relative strength and weakness. Some bands are wider than others. The width of a performance band reflects the precision of measurement: narrower bands indicate greater precision. A ◀ or ▶ symbol indicates that your performance band extends beyond the displayed portion of the scale. Small differences in the location of bands should not be over-interpreted. If two bands overlap, performance in the associated areas should be interpreted as similar. Because CBSE is designed to be integrative, many items contribute to more than one content area. Use caution when interpreting differences in performance across content areas.

Additional information about the topics covered in each content area can be found in the *USMLE Step 1 Content Description and Sample Test Materials* at www.usmle.org. An explanation of your score along with a table of approximate USMLE Step 1 performance equivalents for CBSE scores is included in the *Score Interpretation Guide for Students*.

| | Lower Performance | Borderline Performance | Higher Performance |
|---|---|---|---|
| **Discipline** | | | |
| Behavioral Sciences | ◀▬▬▬▬▬▬▬▬ | | |
| Biochemistry | ◀▬▬▬▬ | | |
| Gross Anatomy & Embryology | ◀▬ | | |
| Histology & Cell Biology | ◀ | | |
| Microbiology & Immunology | | ▬▬▬▬▬▬ | |
| Pathology | ▬▬▬▬▬ | | |
| Pharmacology | ◀▬▬▬▬▬ | | |
| Physiology | ◀▬▬▬▬ | | |
| **System** | | | |
| General Principles of Foundational Science | ◀▬▬▬▬▬ | | |
| Behavioral Health and Nervous Systems/Special Senses | | ▬▬▬▬▬ | |
| Musculoskeletal, Skin, & Subcutaneous Tissue | ◀▬▬ | | |
| Cardiovascular System | ◀▬▬▬▬ | | |
| Respiratory System | | ▬▬▬▬▬▬▬ | |
| Gastrointestinal System | ▬▬▬▬▬ | | |
| Renal/Urinary System | ◀▬▬▬▬▬ | | |
| Multisystem Processes & Disorders | ◀▬▬▬▬▬ | | |

RUSM 000050