# EXHIBIT 24



# Academic Dismissal Appeal

Students dismissed for failing to meet the standards of academic progress may appeal the dismissal by submitting this form and supporting documents to PromotionAppeals@RossU.edu and the Office of the Registrar (Registrar@RossU.edu ) within 15 calendar days of the date on the dismissal notification letter. Appeals are considered only when it is clearly established in a concise written statement by the appealing party. Please refer to the RUSM Student Handbook for additional information regarding the appeals process.

### SECTION A: STUDENT INFORMATION

Name: Oluwamuyiwa Awodiya    Student ID#: ▇▇▇▇▇

Email Address: oluwamuyiwaawodiya @rossu.edu   Phone Number: 2406021836

### SECTION B: LEVEL OF APPEAL

To whom are you directing your appeal?

✓ Student Promotions Committee          ✓ Dean (after Promotions Committee appeal)

### SECTION C: REASON FOR APPEAL

Check the reason (s) you were dismissed:

__ Failure of any course or semester after two attempts;
__ Failure of a remedial course;
__ Failure to achieve a cumulative GPA of 2.00 or above;
✓ Failure to pass the NBME CBSE in three or more attempts;
__ Failure to pass the USMLE Step 1 or Step 2 CK or CS in six (6) attempts;
__ Failure to pass any SCE in four (4) attempts;
__ Failure of two clinical clerkships (including IMF);
__ Failure of a clinical clerkship where a grade of R was awarded for the same clerkship;
__ Failure to abide by RUSM policies;
__ Student demonstrates the inability to meet the RUSM's technical standards;
__ Failure to meet the conditions of reinstatement on appeal; or
__ Failure to complete all required degree requirements within seven (7) years of matriculation or as otherwise noted on reacceptance or reinstatement.

### SECTION D: WRITTEN STATEMENT

clearly and concisely explain the circumstances that led to your dismissal below. Please explain how you have adequately identified and resolved the issues that resulted in poor academic performance or breach of professional standards. Provide an overview of how your circumstances have changes or will be different so that you can continue to make satisfactory academic progress and/or professional progress toward completing your academic program if you are permitted to continue your coursework and/or clinical training. Supplemental documentation may be added but is rarely necessary. Please note any documentation submitted after the appeal deadline will not be accepted.

*Appeal statements should not exceed 300 words.

Hello promotion committee. I had a version that could not meet the 300 word limit so this version that I am officially submitting is the condensed version. I sincerely hope it will suffice.

In the big picture of things, my COMP score was increasing to where I failed by 1 point. This was in June 2016.

In August 2016, I began a prescribed medication called Claravis (isotretinoin) also known as Accutane. Some greatly stressed side effects of this medication, especially to people susceptible to behavioral health issues, are "depressed mood, trouble concentrating, sleep problems, crying spells, aggression or agitation, changes in behavior, hallucinations, thoughts of suicide or hurting yourself."

Over the next 6 months I experienced a significant decline in my mental performance and very erratic emotional and behavior changes because of the medication side effects in combination with my susceptibility to anxiety and depression.

In March 2017 (3 weeks before my COMP exam) I was diagnosed with "adjustment disorder with mixed anxiety and depressed mood." Basically, a lot of focus shifted to getting myself back to baseline.

A couple weeks later (1 week before COMP) I was instructed to immediately stop taking isotretinoin.

In April 2017 I was diagnosed with Obsessive Compulsive Disorder and trichotillomania (I pull my eyelashes out to decrease my anxiety).

In mid-April 2017 I began cognitive behavioral therapy (CBT). After about 3 CBT sessions, my UWorld scores went from an average of 58.6% (10 exams ~400 questions) to 73.4% (10 exams ~400 questions) and every day I am improving. In summary, I will likely pass any future exam, specifically COMP with a full-on attack of my OCD, anxiety, and depression with the continuing cognitive behavioral therapy as well as with the cessation and withdrawal of isotretinoin and its side effects.

**FOR OFFICE USE ONLY**

Appeal Decision:    ☐ Granted
                    ☐ Denied

_____Date:_____
Senior Associate Dean of Academic and Student Affairs Signature

RUSM 000052