# EXHIBIT 27



**William F. Owen, Jr. MD, FACP**
*Dean and Chancellor*
2300 SW 145th Avenue, Suite 200, Miramar, FL 33027
(t) 754-208-4743
(f) 754 208 4744
WOwen@RossU.edu

June 29, 2017

Oluwamuyiwa Awodiya
15005 Dahlia Drive
Bowie, MD 201721

Dear Oluwamuyiwa:

I have carefully reviewed your academic record, your appeal of the Student Promotions Committee's recommendation for dismissal, and your pre-matriculation credentials. I concur with the Promotion Committee's decision to dismiss you from Ross University School of Medicine effective April 13, 2017.

I hope you do not let this detour keep you from achieving your goal of helping people in need.

Sincerely,

William F. Owen, Jr., MD, FACP
Dean and Chancellor

Cc:   Sandra Herrin, University Registrar
      Gary Belotzerkovsky, Associate Dean, Academic & Student Operations
      Jennifer Dennis, Senior Director of Student Finance
      Danielle McDonald, Assistant Director of Clinical Student Conduct and Development
      Dr. Vijay Rajput, Associate Dean, Academic & Student Affairs

RUSM 000069