# **EXHIBIT A**

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| OLUWAMUYIWA AWODIYA, <br> *Plaintiff,* <br><br> -v- <br><br> ROSS UNIVERSITY SCHOOL OF MEDICINE, SCHOOL OF VETERINARY MEDICINE LIMITED <br> *Defendant.* | Case No.   0:18-cv-60482-KMM <br><br> Hon. Chief Judge: K. Michael Moore <br> Magistrate Judge: Alicia O. Valle |

## THIRD AMENDED CALCULATION OF DAMAGES

**I.     Lost Earning Capacity[1]:**

- Latest average salary with bachelor's degree: $ 60,996.[2] Bureau of Labor Statistics Data, U.S. Bureau of Labor Statistics, https://data.bls.gov/timeseries/LEU0252919100 (Accessed on October 23, 2018) (make sure to tick the "include annual averages" box near the top).

- Latest average annual wage for a physician practicing in family medicine: $208,560. 29-1062 Family and General Practitioners, U.S. Department of Labor, Bureau of Labor Statistics, https://www.bls.gov/oes/current/oes291062.htm (Last Modified March 30, 2018).

- For a 26-year-old male, his expected years to work are 41 years. Retirement & Survivors Benefits: Life Expectancy Calculator, Social Security, https://www.ssa.gov/cgi-bin/longevity.cgi (Accessed on October 23, 2018).

---

[1] Value in loss of this contract (the medical degree), under Florida common law damages in contract actions. In other words, the loss of Plaintiff's earning power afforded by a Doctor of Medicine degree.
[2] $1,173 weekly wage x 52 weeks = $60,996 annually.

1

- Compounded Annual Growth Rate:
    - Using all the available data from the United States government, a **3.96%** compounded annual growth rate, based on the annual growth rate from 2000 - 2017 for "Family and General Practitioners," is reflected in the U.S. Bureau of Labor Statistics Occupational Employment Statistics, 2000 and May 2017, https://www.bls.gov/oes/tables.htm.
    - Using all the available data from the United States government a **2.08%** compounded annual growth rate, based on the annual growth rate from 2000 - 2017 for the average annual wage with only a bachelor's degree, is reflected in the Bureau of Labor Statistics Data, U.S. Bureau of Labor Statistics, https://data.bls.gov/timeseries/LEU0252919100.
- Discount Rate[3]
    - A discount rate of 3.375% is based on the most recent interest rates for long-term, thirty-year United States Treasury Bonds (attached as Exhibit B) (3-3/8% equals 3.375%).

Total lost earning capacity (*see* calculations attached as Exhibit A) = **$7,503,177**

II. **Emotional Distress as Compensatory Damages:**

One-third of the total lost earning capacity = **$2,476,048**

III. **Loans Purposed for RUSM's Cost of Attendance:**

Calculated from Award History in MyRoss = **$207,917**

---

[3] "The discount rate should be based on the rate of interest that would be earned on the best and safest investments." *Jones Laughlin Steel Corp. v. Pfeifer*, 462 U.S. 523, 537 (1983) (internal quotation marks omitted); *accord Fantastic Sams Franchise Corp. v. Pstevo, LLC*, No. 15 C 3008, at *5-6 (N.D. Ill. Mar. 22, 2017) (quoting *Pfeifer*) (finding that a 3% discount rate based on the interest rate for the most recent United States Treasury Bonds was the "best and safest" investment); *Nunn v. Witherell*, No. 12 C 3384, 2012 WL 4338889, at *3 (N.D. Ill. Sept. 20, 2012) (using interest rate for thirty-year treasury bonds to calculate discount rate for twenty-two-year future income stream).

**IV.     Punitive Damages for Fraud/Misrepresentation Claims:**

**<u>1% of Adtalem's net worth</u>** based on its reported cash equivalent of its total assets.

**V.      Punitive Damages for Breach of Fiduciary Duty Claim:**

**<u>1% of Adtalem's net worth</u>** based on its reported cash equivalent of its total assets.

DATED this 10th day of December, 2018:

                                  Respectfully submitted,

                                  */s/Oluwamuyiwa Awodiya*
                                  By: Oluwamuyiwa Awodiya, *pro se* litigant

# **Exhibit A**

(Lost Earning Capacity)

| | | Lost Earning Capacity | | | | | Cumulative Lost Earning Capacity | |
|---|---|---|---|---|---|---|---|---|
| Year | Ending Age[i] | Average Annual Wage for Physicians in Family Medicine[ii] | Average Annual Wage with Only a Bachelor's Degree[iii] | Future Lost Earning Capacity | Discount Factor[iv] | Present Value | Future Value | Present Value |
| | | a | b | a - b = c | d | c x d = e | Σc | Σe |
| 1 | 29 | $208,560 | $60,996 | $147,564 | 0.9835 | $145,135 | $147,564 | $145,135 |
| 2 | 30 | $216,819 | $62,265 | $154,554 | 0.9514 | $147,048 | $302,118 | $292,183 |
| 3 | 31 | $225,405 | $63,560 | $161,845 | 0.9204 | $148,957 | $463,963 | $441,140 |
| 4 | 32 | $234,331 | $64,882 | $169,449 | 0.8903 | $150,864 | $633,413 | $592,004 |
| 5 | 33 | $243,611 | $66,231 | $177,379 | 0.8613 | $152,768 | $810,792 | $744,772 |
| 6 | 34 | $253,258 | $67,609 | $185,649 | 0.8331 | $154,670 | $996,440 | $899,442 |
| 7 | 35 | $263,287 | $69,015 | $194,271 | 0.8059 | $156,570 | $1,190,712 | $1,056,011 |
| 8 | 36 | $273,713 | $70,451 | $203,262 | 0.7796 | $158,467 | $1,393,973 | $1,214,479 |
| 9 | 37 | $284,552 | $71,916 | $212,636 | 0.7542 | $160,363 | $1,606,609 | $1,374,841 |
| 10 | 38 | $295,820 | $73,412 | $222,408 | 0.7295 | $162,257 | $1,829,017 | $1,537,098 |
| 11 | 39 | $307,534 | $74,939 | $232,595 | 0.7057 | $164,149 | $2,061,612 | $1,701,247 |
| 12 | 40 | $319,713 | $76,498 | $243,215 | 0.6827 | $166,040 | $2,304,827 | $1,867,287 |
| 13 | 41 | $332,373 | $78,089 | $254,285 | 0.6604 | $167,929 | $2,559,112 | $2,035,216 |
| 14 | 42 | $345,535 | $79,713 | $265,822 | 0.6388 | $169,817 | $2,824,934 | $2,205,033 |
| 15 | 43 | $359,219 | $81,371 | $277,847 | 0.6180 | $171,704 | $3,102,781 | $2,376,737 |
| 16 | 44 | $373,444 | $83,064 | $290,380 | 0.5978 | $173,591 | $3,393,161 | $2,550,328 |
| 17 | 45 | $388,232 | $84,791 | $303,441 | 0.5783 | $175,476 | $3,696,602 | $2,725,804 |
| 18 | 46 | $403,606 | $86,555 | $317,051 | 0.5594 | $177,361 | $4,013,653 | $2,903,165 |
| 19 | 47 | $419,589 | $88,355 | $331,233 | 0.5411 | $179,245 | $4,344,886 | $3,082,410 |
| 20 | 48 | $436,205 | $90,193 | $346,011 | 0.5235 | $181,129 | $4,690,898 | $3,263,538 |
| 21 | 49 | $453,478 | $92,069 | $361,409 | 0.5064 | $183,012 | $5,052,307 | $3,446,551 |
| 22 | 50 | $471,436 | $93,984 | $377,452 | 0.4899 | $184,896 | $5,429,758 | $3,631,447 |
| 23 | 51 | $490,105 | $95,939 | $394,166 | 0.4739 | $186,780 | $5,823,924 | $3,818,227 |
| 24 | 52 | $509,513 | $97,935 | $411,578 | 0.4584 | $188,663 | $6,235,502 | $4,006,890 |
| 25 | 53 | $529,690 | $99,972 | $429,718 | 0.4434 | $190,547 | $6,665,220 | $4,197,437 |
| 26 | 54 | $550,665 | $102,051 | $448,614 | 0.4289 | $192,432 | $7,113,834 | $4,389,869 |
| 27 | 55 | $572,472 | $104,174 | $468,298 | 0.4149 | $194,317 | $7,582,132 | $4,584,186 |
| 28 | 56 | $595,142 | $106,341 | $488,801 | 0.4014 | $196,203 | $8,070,933 | $4,780,389 |
| 29 | 57 | $618,709 | $108,553 | $510,157 | 0.3883 | $198,089 | $8,581,090 | $4,978,479 |
| 30 | 58 | $643,210 | $110,810 | $532,400 | 0.3756 | $199,977 | $9,113,490 | $5,178,456 |
| 31 | 59 | $668,681 | $113,115 | $555,566 | 0.3634 | $201,866 | $9,669,056 | $5,380,321 |
| 32 | 60 | $695,161 | $115,468 | $579,693 | 0.3515 | $203,755 | $10,248,749 | $5,584,077 |
| 33 | 61 | $722,689 | $117,870 | $604,820 | 0.3400 | $205,647 | $10,853,568 | $5,789,723 |
| 34 | 62 | $751,308 | $120,321 | $630,986 | 0.3289 | $207,539 | $11,484,555 | $5,997,262 |
| 35 | 63 | $781,060 | $122,824 | $658,236 | 0.3182 | $209,433 | $12,142,790 | $6,206,696 |
| 36 | 64 | $811,990 | $125,379 | $686,611 | 0.3078 | $211,329 | $12,829,401 | $6,418,025 |
| 37 | 65 | $844,144 | $127,987 | $716,158 | 0.2977 | $213,227 | $13,545,559 | $6,631,252 |
| 38 | 66 | $877,573 | $130,649 | $746,924 | 0.2880 | $215,127 | $14,292,482 | $6,846,378 |
| 39 | 67 | $912,324 | $133,366 | $778,958 | 0.2786 | $217,028 | $15,071,440 | $7,063,407 |
| 40 | 68 | $948,452 | $136,140 | $812,312 | 0.2695 | $218,932 | $15,883,752 | $7,282,339 |
| 41 | 69 | $986,011 | $138,972 | $847,039 | 0.2607 | $220,838 | $16,730,791 | ==$7,503,177== |

[i] Plaintiff was born in 1992.
[ii] Applied a 3.96% compounded annual growth rate, based on the annual growth rate from 2000 - 2017 for "Family and General

Practitioners" as reflected in the U.S. Bureau of Labor Statistics Occupational Employment Statistics, 2000 and May 2017, https://www.bls.gov/oes/tables.htm. This average wage was $107,780 in 2000 and grew to $208,560 in 2017. *See also* https://www.investopedia.com/calculator/cagr.aspx (compounded annual growth rate calculator).

[iii] Applied a 2.08% compounded annual growth rate, based on the annual growth rate from 2000 - 2017 for the average annual wage with only a bachelor's degree, as reflected in the Bureau of Labor Statistics Data, U.S. Bureau of Labor Statistics, https://data.bls.gov/timeseries/LEU0252919100 (make sure to tick the "include annual averages" box near the top). This average wage was $43,004 in 2000 and grew to $60,996 in 2017. *See also* https://www.investopedia.com/calculator/cagr.aspx.

[iv] Discount factor = $1/(1 + r)^{n - .5}$

    r = discount rate of 3.375%, based on the most recent interest rates for a 30-year United States Treasury Bond. *See* https://www.treasurydirect.gov/instit/annceresult/press/preanre/2018/R_20181107_1.pdf; https://www.treasurydirect.gov/instit/annceresult/annceresult.htm (click on "bonds" to see the previous interests rates for the last few years); or https://www.treasurydirect.gov/instit/annceresult/press/press_auctionresults.htm (if pdfs are preferred).

    n = number of years until future earnings are assumed to be received.

    Discounting for n − 0.5 years reflects the midyear convention, assuming that, on average, annual earnings are received in the middle of the year.

*All money values were calculated after rounding the decimals to the nearest dollar amount. Pre-rounded calculations are available in the original excel file.

# **Exhibit B**

(Interest Rate on Treasury Bonds November 2018)

# TREASURY NEWS
Department of the Treasury • Bureau of the Fiscal Service

For Immediate Release  
November 07, 2018

CONTACT: Treasury Auctions  
202-504-3550

## TREASURY AUCTION RESULTS

| | |
|---|---|
| Term and Type of Security | 30-Year Bond |
| CUSIP Number | 912810SE9 |
| Series | Bonds of November 2048 |
| | |
| Interest Rate | 3-3/8% |
| High Yield [1] | 3.418% |
| Allotted at High | 72.32% |
| Price | 99.197082 |
| Accrued Interest per $1,000 | None |
| | |
| Median Yield [2] | 3.360% |
| Low Yield [3] | 3.270% |
| | |
| Issue Date | November 15, 2018 |
| Maturity Date | November 15, 2048 |
| Original Issue Date | November 15, 2018 |
| Dated Date | November 15, 2018 |

| | Tendered | Accepted |
|---|---|---|
| Competitive | $39,089,045,000 | $18,993,389,800 |
| Noncompetitive | $6,610,700 | $6,610,700 |
| FIMA (Noncompetitive) | $0 | $0 |
| **Subtotal [4]** | **$39,095,655,700** | **$19,000,000,500**[5] |
| | | |
| SOMA | $3,874,684,700 | $3,874,684,700 |
| | | |
| **Total** | **$42,970,340,400** | **$22,874,685,200** |

| | Tendered | Accepted |
|---|---|---|
| Primary Dealer [6] | $25,997,000,000 | $7,227,000,000 |
| Direct Bidder [7] | $1,225,000,000 | $550,000,000 |
| Indirect Bidder [8] | $11,867,045,000 | $11,216,389,800 |
| **Total Competitive** | **$39,089,045,000** | **$18,993,389,800** |

---

[1] All tenders at lower yields were accepted in full.

[2] 50% of the amount of accepted competitive tenders was tendered at or below that yield.

[3] 5% of the amount of accepted competitive tenders was tendered at or below that yield.

[4] Bid-to-Cover Ratio: $39,095,655,700/$19,000,000,500 = 2.06

[5] Awards to TreasuryDirect = $4,045,700.

[6] Primary dealers as submitters bidding for their own house accounts.

[7] Non-Primary dealer submitters bidding for their own house accounts.

[8] Customers placing competitive bids through a direct submitter, including Foreign and International Monetary Authorities placing bids through the Federal Reserve Bank of New York.