OLUWAMUYIWA AWODIYA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PLAINTIFF (S),

vs.

CASE NO.: 0:18-cv-60482-KMM-AOV

ROSS UNIVERSITY SCHOOL OF MEDICINE, SCHOOL OF VETINERARY MEDICINE LIMITED

MEDIATOR'S REPORT

NO AGREEMENT IMPASSE

DEFENDANT (S),

FLORIDA BAR NO.: 354929

This matter came before the undersigned Mediator on the 3rd day of January, 2019.

The Court is respectively advised that no settlement agreement was reached between the parties at the mediation.

Plaintiff agrees to pay outstanding mediation fees of $1,125.00.

Defendant and counsel agree to pay outstanding mediation fees of $1125.00-($450.00 paid)=$675.00

I hereby certify that a copy of this Mediator's Report has been emailed on the 8th day of January, 2019 to:

MICHAEL C. MARSH, Esq., michael.marsh@akerman.com; sharon.luesang@akerman.com; RYAN A. ROMAN, ESQ.,ryan.roman@akerman.com; dorothy.matheis@akerman.com;  DONNIE M. KING, Esq.; ; donnie.king@akerman.com; simone.tobie@akerman.com; OCTAVIA M. GREEN, Esq.; octavia.green@akerman.com; simone.tobie@akerman.com; Oluwamuyiwa Awodiya, drmuyiwa.a@gmail.com

Laurie L. Riemer, Esquire, Mediator/Arbitrator
20155 Northeast 38th Court, #3104
Aventura, Florida 33180
(305) 932-2200
lriemer@riemermediation.com