UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

OLUWAMUYIWA AWODIYA,                     CASE NO. 0:18-cv-60482-KMM-AOV

     Plaintiff,
v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

     Defendant.
_____/

**DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE**

     Defendant Ross University School of Medicine, School of Veterinary Medicine Limited ("RUSM"), by counsel, hereby responds to the Court's Order to Show Cause dated January 8, 2019 [ECF No. 122], and states as follows:

     1.     On December 28, 2018, the Court entered an Order requiring the Parties to attend mediation no later than January 4, 2019. [ECF No. 112]. The Order also required that a mediation report be filed with the Court within one day following the mediation conference. *Id.*

     2.     The Parties attended mediation on January 3, 2019, with Laurie Riemer serving as mediator. *See* [ECF No. 118]. The following individuals appeared at mediation *in person* on behalf of the parties:

          a.  Ryan Roman and Octavia Green, as counsel for RUSM;

          b.  Valarie Bomar, as representative for RUSM;

          c.  Christopher Wolfe, as representative for RUSM's insurance carrier; and

          d.  Oluwamuyiwa Awodiya, *pro se* plaintiff.

3. Following the mediation, Ms. Riemer prepared a report advising that the mediation ended in an *impasse* (the "Report"). Ms. Riemer advised that she was not able to file it on the docket and, on January 8, 2019, asked that RUSM's counsel file the Report.

4. The Report has now been filed on the docket. *See* [ECF No. 123].

WHEREFORE, defendant Ross University School of Medicine, School of Veterinary Medicine Limited respectfully requests that the Court refrain from imposing any sanction on RUSM since the parties attended the mediation in person on January 3, 2019.

Dated: January 9, 2019

Respectfully submitted,

s/Ryan Roman
MICHAEL C. MARSH
Florida Bar Number: 0072796
Email: michael.marsh@akerman.com
Secondary: sharon.luesang@akerman.com
RYAN A. ROMAN
Florida Bar Number: 0025509
Email: ryan.roman@akerman.com
Secondary: dorothy.matheis@akerman.com
DONNIE M. KING
Florida Bar Number: 101386
Email: donnie.king@akerman.com
Secondary: simone.tobie@akerman.com
OCTAVIA M. GREEN
Florida Bar Number: 119179
Email: octavia.green@akerman.com
Secondary: simone.tobie@akerman.com
**AKERMAN LLP**
98 SE 7th Street, Suite 1100
Miami, FL 33131
Phone: (305) 374-5600
Fax: (305) 374-5095

*Attorneys for Defendant Ross University School of Medicine, School of Veterinary Medicine Limited*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on January 9, 2019 a true and correct copy of the foregoing document was served via CM/ECF on:

Oluwamuyiwa Awodiya
15005 Dahlia Drive
Bowie, Maryland 20721
Telephone: (240) 602-1836
E-mail: drmuyiwa.a@gmail.com

                *s/Ryan Roman*
                Ryan Roman