UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

OLUWAMUYIWA AWODIYA,            CASE NO. 0:18-cv-60482-KMM-AOV

    Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

    Defendant.
_____/

**DEFENDANT'S EXPEDITED AND UNOPPOSED MOTION TO SEAL PURSUANT TO LOCAL RULE 5.4 AND ECF ADMINISTRATIVE PROCEDURE 5A**

Pursuant to Rule 5.4 (a) of the Local Rules of the United States District Court for the Southern District of Florida and ECF Administrative Procedure 5A, Defendant Ross University School of Medicine, School of Veterinary Medicine Limited ("RUSM") respectfully moves the Court for an expedited order to immediately (or as soon as practicable) seal Exhibit 5 [ECF No. 119-6], Exhibit 17 [ECF No. 119-18] and Exhibit 26 [ECF No. 119-27] to the Declaration of Ryan Roman ("Roman Declaration") filed in Support of RUSM's Motion for Summary Judgment [ECF No. 119-1].

RUSM filed its Motion for Summary Judgment [ECF No. 120] and Statement of Facts [ECF No. 119] on January 4, 2019. In support thereof, RUSM also filed the Roman Declaration and accompanying exhibits. [ECF No. 119].

RUSM was diligent about redacting and protecting Plaintiff's sensitive information. However, RUSM inadvertently filed as exhibits to the Roman Declaration: (i) a copy of Plaintiff's medical record from RUSM bearing Plaintiff's date of birth and student identification number

(Exhibit 5 [ECF No. 119-6]) ; and (ii) copies of Plaintiff's medical records from Kaiser Permanente (Exhibit 17 [ECF No. 119-18] and Exhibit 26 [ECF No. 119-27]).

Plaintiff Oluwawuyiwa Awodiya notified undersigned counsel of this inadvertent error on January 10, 2019. Defendant respectfully requests that these documents be sealed as soon as practical. An expedited ruling is needed, given the sensitive nature of the information contained within the identified documents.

## MEMORANDUM OF LAW

A party seeking to file under seal must: (i) set forth the factual and legal basis for departing from the policy that Court filing be public; (ii) and describe the proposed sealed filing with sufficient particularity without revealing the confidential information. L.R. 5.4(a). "In balancing the public's common-law right to access judicial records against a party's interest in keeping the information confidential, courts consider, among other factors, whether allowing access would impair court functions or harm legitimate privacy interests, the degree of and likelihood of injury if made public, the reliability of the information, whether there will be an opportunity to respond to the information, whether the information concerns public officials or public concerns, and the availability of a less onerous alternative to sealing the documents." *Romero v. Drummond Co., Inc.*, 480 F. 3d 1234, 1246 (11th Cir. 2007).

The balancing test weighs in favor of sealing Exhibit 5 [ECF No. 119-6], Exhibit 17 [ECF No. 119-18] and Exhibit 26 [ECF No. 119-27] to the Roman Declaration. These documents are Plaintiff's confidential medical records, containing sensitive and private information pertaining to Plaintiff. Given the sensitivity of Plaintiff's medical records, Plaintiff's legitimate privacy interests outweigh public access. Additionally, the information within the documents does not concern public officials or public concerns as they pertain to Plaintiff and his reports to his medical

providers.  There is also no less onerous alternative to sealing the documents because almost every page of the documents contains Plaintiff's medical information. Accordingly, Exhibit 5 [ECF No. 119-6], Exhibit 17 [ECF No. 119-18] and Exhibit 26 [ECF No. 119-27] to the Roman Declaration should be sealed and protected from public access.

## CONCLUSION

WHEREFORE, Defendant Ross University School of Medicine, School of Veterinary Medicine Limited respectfully requests that the Court immediately seal Exhibit 5 [ECF No. 119-6], Exhibit 17 [ECF No. 119-18] and Exhibit 26 [ECF No. 119-27] to the Declaration of Ryan Roman filed in Support of RUSM's Motion for Summary Judgment [ECF No. 119-1] until further order of this Court.

## LOCAL RULE 7.1 CERTIFICATION

The undersigned has conferred with Plaintiff prior to the filing of this motion.  Plaintiff has stated that he does not oppose the relief requested herein.

Dated: January 11, 2019

Respectfully submitted,

*/s/Octavia M. Green*
MICHAEL C. MARSH
Florida Bar Number:  0072796
Email:  michael.marsh@akerman.com
Secondary:  sharon.luesang@akerman.com
RYAN A. ROMAN
Florida Bar Number:  0025509
Email:  ryan.roman@akerman.com
Secondary:  dorothy.matheis@akerman.com
DONNIE M. KING
Florida Bar Number: 101386
Email: donnie.king@akerman.com
Secondary: simone.tobie@akerman.com
OCTAVIA M. GREEN
Florida Bar Number: 119179
Email: octavia.green@akerman.com
Secondary: simone.tobie@akerman.com
**AKERMAN LLP**
98 SE 7th Street, Suite 1100
Miami, FL 33131
Phone:  (305) 374-5600
Fax:  (305) 374-5095

*Attorneys for Defendant Ross University School of Medicine, School of Veterinary Medicine Limited*
---

47488549;1

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on January 11, 2019 a true and correct copy of the foregoing document was served via CM/ECF on:

Oluwamuyiwa Awodiya
15005 Dahlia Drive
Bowie, Maryland 20721
Telephone: (240) 602-1836
E-mail: drmuyiwa.a@gmail.com

                                      *s/Octavia M. Green*
                                      Octavia M. Green

47488549;1