UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

OLUWAMUYIWA AWODIYA,            CASE NO. 0:18-cv-60482-KMM-AOV

    Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

    Defendant.

_____/

## [PROPOSED] ORDER GRANTING DEFENDANT'S EXPEDITED AND UNOPPOSED MOTION TO SEAL

THIS CAUSE coming before the Court upon the Defendant's Expedited and Unopposed Motion to Seal (the "Motion") [ECF No. 128] filed by Defendant Ross University School of Medicine, School of Veterinary Medicine (the "Defendant"), and the Court having reviewed the Motion and being otherwise fully advised in the premises, hereby ORDERS AND ADJUDGES that:

1. The Motion is GRANTED.

2. Exhibit 5 [ECF No. 119-6], Exhibit 17 [ECF No. 119-18] and Exhibit 26 [ECF No. 119-27] to the Declaration of Ryan Roman filed in Support of the Defendant's Motion for Summary Judgment [ECF No. 119-1] shall be sealed.

3. The clerk is hereby directed to immediately seal Exhibit 5 [ECF No. 119-6], Exhibit 17 [ECF No. 119-18] and Exhibit 26 [ECF No. 119-27] until further Order from the Court.

DONE and ORDERED in Chambers in Miami, Florida, this ___ day of January 2019.

                                                _____
                                                HONORABLE K. MICHAEL MOORE
                                                UNITED STATES DISTRICT COURT JUDGE

Copies to all counsel of record

47491734;1