# Exhibit C

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | Oluwamuyiwa O Awodiya (M) | **DOB:** | ▮▮▮▮ | **Student ID:** | ▮▮▮▮ |

**Diagnosis:**

**RUSM Counseling Center**
**P.O. Box 266**
**Roseau, DM 11111**
**(767)255-6553**

Oluwamuyiwa O Awodiya (M)                          Note Date: 12/09/2015 04:29 PM
▮▮▮▮
Pt. Phone:                    DOB: ▮▮▮▮  (Age 23)

**Summary of note:** Academic or Educational Problem, Adjustment Disorders - With mixed anxiety and depressed mood
**Allergies:** No Entry
**Current Medications:** Diclofenac Sodium 75mg Delayed-Release Tablet, Losartan Potassium 25mg Tablet
**Semester:** Semester 1, Semester 5

**Progress:**
Saw Mr. Cuffy after he received a faliling grade for semester 5 and felt hopeless entertaining thoughts of ending his life.

I was called in to see him by Mr Cuffy

He admitted to feeling very sad about the failure.

He did not have a clear intent to self harm but felt the thoughts kept coming back to him about not living.

Felt he was treated unfairly because he failed by one point

No past repeats.

Additional stressors.

Poor relationship with his mother with whom he lives and feels she is closer to his sister but does not give him any emotional support.

Has abetter relationship with his father, who is separated from patient's mother.

Sister at Ross but they have a poor relationhsip as she does not understand him

He had a "relationship break up" this semester because the girl who has passed and is leaving had three affairs including one where he saw her going with a male student to his place to sleep over. When he had confronted her she said that she was going to go with the other student to spend the night.

He seems ambivalent about her as he says she does not understand why she does what she did.

He wanted to speak to the Dean about changing his grade.

He was advised to speak to the chair of promotions and student services.

At the end of the session yesterday he claimed to not have any intent to harm himself.

1 of  3
This document has been signed electronically.

RUSM 000125

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | Oluwamuyiwa O Awodiya (M) | **DOB:** | | **Student ID:** | |

**Diagnosis:**

---

Did not want his mother involved.

Was feeling sad but not severely depressed

Was not psychotic.

Was not suicidal or homicidal.

Came for follow with the counselor and myself today:

Is trying to see if he can have his grade changed. EMt with student affairs

Also will write to appeal for promotion.

Tried to get his mother on the phone and left a message for her to call

Called Ryan Didier to see if we can gt him out earlier

MSE

He feels lonely

Denies wanting to harm himself but does not like the thoughts of sadness.

Feels sad about what has happened.

Claims Mum is supporitve and wants him to appeal. Makes him feel btter but she does not want him to repeat.

no delusions

No hallucinations

Mood seems better at the end of our session which Mr Cuffy sat in.

 - *Entered by Davendra Sharma on Dec-09-2015 04:29 PM*

**Assessment:**
1) Academic or Educational Problem - V62.3
2) Adjustment Disorders - With mixed anxiety and depressed mood - 309.28

Still adjusting to the reality of his failure
 - *Entered by Davendra Sharma on Dec-09-2015 04:29 PM*

**Plan:**
to follow up daily

Spoke to Ryan about getting his Liat flight changed to Saturday to get him home

Left message for mother to call me on my cell or the counselor.

Need to talk to her with Miwa to let her know of the plan for him to repeat the semester.

2 of 3

This document has been signed electronically.

RUSM 000126

**Name:** Oluwamuyiwa O Awodiya (M)     **DOB:**     **Student ID:**

**Diagnosis:**

---

lorazepam 0.5 mg nocte and prn.

Spoke with his mother who is supportive of him coming home earlier.

Dear Ryan

Thanks for agreeing to help as much as you can to have Mr. Awodiya get to San Juan on Saturday instead of his schedule 19th departure date.

He does not have the resources to make the flight change and would also need to have the South West ticket changed to return to Maryland.

I greatly appreciate your help as it is hard for him to be here and seeing his colleagues study for the Comp. when he knows he may have to repeat and the impact on his emotional health has been pretty bad.

This plan which his mother is aware of, for him to return earlier, would be of great value in his clinical care developed for him.

Regards

Dr. Sharma
 - *Entered by Davendra Sharma on Dec-09-2015 04:29 PM*
Signed by: Davendra Sharma on Dec/09/2015 04:29 PM

**Locked by: Davendra Sharma on Dec/09/2015 04:29 PM**

3 of 3

This document has been signed electronically.