# Exhibit D

**Name:** Oluwamuyiwa O Awodiya (M)  **DOB:**  **Student ID:**
**Diagnosis:**

**RUSM Counseling Center**
**P.O. Box 266**
**Roseau, DM 11111**
**(767)255-6553**

Oluwamuyiwa O Awodiya (M)                          Note Date: 12/10/2015 09:27 AM

Pt. Phone:            DOB:            (Age 23)

**Summary of note:** At 4:00 p.m, client was seen again with the consulting psychiatrist.  He was prescribed meds and part of his plan was to get him back home sooner than his scheduled 12/19/15 flight.  Dr. Sharma engaged Mr. Didier to assist with flight arrangements to get
**Allergies:** No Entry
**Current Medications:** No Entry
**Semester:** Semester 5


**Intake:**

**Subjective:**

**Objective:**

# Counseling Crisis Note

Contact start time:
Contact end time:

Referral Source:

Presenting Concerns:   Client returned to office after talking to Dr. Hayes in Student Affairs regarding his academic situation.  I subsequently received an email from Dr. Hayes requesting that we talk at some point re: the client.   After the meeting with Dr. Hayes, the client was very disappointed but stable.

Self harm/Suicide/Homicide Screen:  self harm ideation present

Treatment/Interventions: Supportive-Expressive Psychotherapy, cognitive coping techniques, feeling identification, safety planning, support, comments Using a CBT appraoch

Impressions/recommendations:  adjustment disorder with mixed emotions.


**Assessment:**
1) Academic or Educational Problem - V62.3
2) Adjustment Disorders - With mixed anxiety and depressed mood - 309.28


**Plan:**
Counseling Crisis (V62.3)

Signed by: McMillan Cuffy on Dec/10/2015 09:27 AM

*Locked by: McMillan Cuffy on Dec/10/2015 09:27 AM*

1 of  2
This document has been signed electronically.

RUSM 000141

**Name:** Oluwamuyiwa O Awodiya (M) **DOB:** ▮▮▮▮▮▮▮▮ **Student ID:** ▮▮▮▮▮▮▮▮

**Diagnosis:**