# Exhibit E

| **Name:** | Oluwamuyiwa O Awodiya (M) | **DOB:** | ████ | **Student ID:** | ████ |

**Diagnosis:**

---

**RUSM Counseling Center**
**P.O. Box 266**
**Roseau, DM 11111**
**(767)255-6553**

Oluwamuyiwa O Awodiya (M)                         Note Date: 12/11/2015 07:48 AM
████
Pt. Phone:                         DOB: ████ (Age 23)

**Summary of note:** Client will meet with the consulting psychiatrist and myself today.
**Allergies:** No Entry
**Current Medications:** No Entry
**Semester:** Semester 5

**Progress:**
# Followup

Progress since last session: less severe symptoms

Session content: CLient stopped by yesterday afternoon after meeting with Dr. Hayes at Student Affairs. He came out of the meeting feeling disappointed but denied having negative thoughts or thoughts of self harm.  Later that evening,  I reached out to the student informing him that through the office of the Executive Director, an airline ticket could be purchased to get him home today (Friday, 12/11/15) but he sais that he couldn't leave just yet since he had not yet packed and moved his belongings in storage since he had already informed his landlord that he was leaving.  The plan now is that he will leave the island on Saturday, 12/19/15 which was his original date of departure but that he will continue to check in with Counseling on a daily basis which is part of his safety plan.

Clinical assessment: Adjustment disorder with mixed moods.

Overall Impression: stable

Suicide/self-harm risk: low

**Assessment:**
1)Adjustment Disorders - With mixed anxiety and depressed mood - 309.28

**Plan:**
Counseling Crisis (309.28)

Signed by: McMillan Cuffy on Dec/11/2015 07:48 AM

*Locked by: McMillan Cuffy on Dec/11/2015 07:48 AM*

This document has been signed electronically.

RUSM 000144