# Exhibit F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

OLUWAMUYIWA AWODIYA,            CASE NO. 0:18-cv-60482-KMM-AOV

    Plaintiff,
v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

    Defendant.
_____/

**STIPULATION REGARDING MEDICAL RECORDS PRODUCED IN DISCOVERY**

Plaintiff Oluwamuyiwa Awodiya ("Plaintiff") and defendant Ross University School of Medicine, School of Veterinary Medicine Limited ("Defendant" and, together with Plaintiff, the "Parties") hereby enter into this Stipulation regarding the below-referenced medical records produced in discovery:

1. The Parties stipulate that the medical records from Kaiser Permanente, produced by Plaintiff and bearing the Bates numbers AWOD004908-4955, are authentic, true and correct copies (pursuant to Federal Rule of Evidence 901 and otherwise) and are non-hearsay (pursuant to Federal Rule of Evidence 803(4) and otherwise).

2. The Parties further stipulate that the medical records from the Counseling Center at Ross University School of Medicine, produced by Defendant and bearing the Bates numbers RUSM000125-163 and RUSM000168-169, are authentic, true and correct copies (pursuant to Federal Rule of Evidence 901 and otherwise) and are non-hearsay (pursuant to Federal Rule of Evidence 803(4) and otherwise).

3. This Stipulation is entered into without waiver of any objection the Parties may have on the basis of relevance.

47184728;4

Dated: December 7, 2018

Oluwamuyiwa Awodiya
15005 Dahlia Drive
Bowie, Maryland 20721
Telephone: (240) 602-1836

By: _____
Oluwamuyiwa Awodiya (*pro se*)
drmuyiwa.a@gmail.com

Respectfully submitted,

**AKERMAN LLP**
Three Brickell City Centre
98 Southeast Seventh Street
Suite 1100
Miami, Florida 33131
Telephone: (305) 374-5600
Facsimile: (305) 374-5095

By: _____
Michael C. Marsh
Florida Bar No. 0072796
michael.marsh@akerman.com
simone.tobie@akerman.com
Ryan Roman
Florida Bar. No. 0025509
ryan.roman@akerman.com
dorothy.matheis@akerman.com
Octavia M. Green
Florida Bar No. 119179
octavia.green@akerman.com
simone.tobie@akerman.com

2