# Exhibit C

# Morgan State University
## Office of the Registrar

Student No: [REDACTED]

Date Issued: 19-SEP-2013
EXTL External

Record of: Oluwamuyiwa Awodiya
Issued To: DEVRY MEDICAL INTERNATIONAL
630 US Highway 1
North Brunswick, NJ 08902-3311

Page: 1

Course Level: Undergraduate
High School: WALTER JOHNSON HIGH SCHOOL 17-JUN-2010

Current Program
College : Sch of Comp,Math/Natural Sci
Major : Biology

Degrees Awarded Bachelor of Science 18-MAY-2013
Primary Degree
Major : Biology

| SUBJ | NO. | COURSE TITLE | CRED | GRD | PTS | R |
|---|---|---|---|---|---|---|

TRANSFER CREDIT ACCEPTED BY THE INSTITUTION:

SUMMER 2010          PRINCE GEORGES CMTY COLLEGE

| BIOL | 405 | MICROBIOLOGY BIO 2010 | 4.00 | TR | | |
| ENGL | 101 | Freshman Composition I | 3.00 | TR | | |
| ENGL | 102 | Fresh Composition II | 3.00 | TR | | |
| HIST | 105 | Hist of the United States I | 3.00 | TR | | |
| HIST | 106 | Hist United States II HIST1430 | 3.00 | TR | | |
| MATH | 114 | Intro to Math Anal II MAT1370 | 5.00 | TR | | |
| PHIL | 109 | Intro to Logic | 3.00 | TR | | |
| SOCI | 101 | Intro to Sociology | 3.00 | TR | | |
| SPAN | 101 | ELEMENTARY SPANISH I SPN 1010 | 3.00 | TR | | |

Ehrs: 30.00  GPA-Hrs: 0.00  QPts: 0.00  GPA: 0.00

Summer 2012          COMMUNITY CLG BALTIMORE COUNTY

| SPAN | 102 | ELEMENTARY SPANISH II WLSP102 | 3.00 | TR | | |

Ehrs: 3.00  GPA-Hrs: 0.00  QPts: 0.00  GPA: 0.00

INSTITUTION CREDIT:

Term:     FALL 2010
Sch of Comp,Math/Natural Sci
Biology

| BIOL | 105 | INTRO BIOLOGY FOR MAJORS I | 4.00 | A | 16.00 | |
| CHEM | 105 | PRIN OF GEN CHEM I | 3.00 | B | 9.00 | |
| CHEM | 105L | PRIN OF GEN CHEM I - LAB | 1.00 | C | 2.00 | |
| COSC | 110 | INTRODUCTION TO COMPUTING | 3.00 | A | 12.00 | |
| MATH | 113 | MATH ANAL I BIOL & CHEM MAJOR | 4.00 | D | 0.00 | E |
| ORNS | 106C | FR ORIE FOR BIOL STU ONLY | 1.00 | A | 4.00 | |

*************** CONTINUED ON NEXT COLUMN ***************

Institution Information continued:

| PHEC | 202 | BASKETBALL AND SOFTBALL | 1.00 | A | 4.00 | |

Term:  Ehrs: 13.00 GPA-Hrs: 13.00 QPts: 47.00 GPA: 3.61

Term:     SPRING 2011
Sch of Comp,Math/Natural Sci
Biology

| BIOL | 106 | INTRO BIOLOGY FOR MAJORS II | 4.00 | B | 12.00 | |
| CHEM | 106 | PRIN OF GEN CHEM II | 3.00 | B | 9.00 | |
| CHEM | 106L | PRIN OF GEN CHEM II - LAB | 1.00 | B | 3.00 | |
| HEED | 100 | HEALTHFUL LIVING | 2.00 | A | 8.00 | |
| MATH | 113 | INTRO TO MATH ANALYSIS I | 4.00 | A | 16.00 | I |
| SPCH | 101 | PRIN OF SPEECH COMMUNICATION | 3.00 | B | 9.00 | |

Term:  Ehrs: 17.00 GPA-Hrs: 17.00 QPts: 57.00 GPA: 3.35

Term:     FALL 2011
Sch of Comp,Math/Natural Sci
Biology

| BIOL | 204 | DEVELOPMENTAL BIOLOGY | 4.00 | A | 16.00 | |
| BIOL | 205 | ECOLOGY AND ADAPTATIONS | 4.00 | A | 16.00 | |
| CHEM | 203 | ORGANIC CHEMISTRY I | 3.00 | A | 12.00 | |
| CHEM | 203L | ORGANIC CHEM I - LAB | 2.00 | C | 4.00 | |
| PHYS | 203 | GEN PHYS: FUND OF PHYSICS I | 3.00 | C | 6.00 | |
| PHYS | 203L | GEN PHYS: FUND PHYS I - LAB | 1.00 | B | 3.00 | |

Term:  Ehrs: 17.00 GPA-Hrs: 17.00 QPts: 57.00 GPA: 3.35

Term:     SPRING 2012
Sch of Comp,Math/Natural Sci
Biology

| BIOL | 303 | GENETICS | 4.00 | A | 16.00 | |
| CHEM | 204 | ORGANIC CHEMISTRY II | 3.00 | A | 12.00 | |
| CHEM | 204L | ORGANIC CHEM II - LAB | 2.00 | C | 4.00 | |
| HIST | 350 | INTRO TO THE AFRICAN DIASPORA | 3.00 | A | 12.00 | |
| PHYS | 204 | GEN PHYS: FUND OF PHYSICS II | 3.00 | C | 6.00 | |
| PHYS | 204L | GEN PHYS FUND PHYS II - LAB | 1.00 | B | 3.00 | |

Term:  Ehrs: 16.00 GPA-Hrs: 16.00 QPts: 53.00 GPA: 3.31

******************** CONTINUED ON PAGE 2 ********************

RECEIVED
SEP 25 2013
Admissions Official
Document

ACADEMIC TRANSCRIPT

This transcript is printed on special security paper and contains the seal of Morgan State University and the signature of the University Registrar, Hans Cooper. This is an official sealed instrument; a raised seal is not required. The student is in good academic standing unless otherwise noted.

UNIVERSITY REGISTRAR

IN ACCORDANCE WITH USC 438 (6) (4) (8) (THE FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT OF 1974) YOU ARE HEREBY NOTIFIED THAT THIS INFORMATION IS PROVIDED UPON THE CONDITION THAT YOU, YOUR AGENTS OR EMPLOYEES, WILL NOT PERMIT ANY OTHER PARTY ACCESS TO THIS RECORD WITHOUT CONSENT OF THE STUDENT. ALTERATION OF THIS TRANSCRIPT MAY BE A CRIMINAL OFFENSE.

THE BACK OF THIS TRANSCRIPT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

RUSM 000020

# Morgan State University
Office of the Registrar

Student No: [REDACTED]

Record of: Oluwamuyiwa Awodiya
Level: Undergraduate

Date Issued: 19-SEP-2013
EXTL External

Page: 2

RUSM 000021

| SUBJ NO. | COURSE TITLE | CRED | GRD | PTS | R |
|---|---|---|---|---|---|

Institution Information continued:

Term: FALL 2012
Sch of Comp,Math/Natural Sci
Biology

| | | | | |
|---|---|---|---|---|
| BIOL 310 | CELL AND MOLECULAR BIOLOGY | 4.00 | A | 16.00 |
| BIOL 453 | SCIENTIFIC COMMUNICATION | 2.00 | A | 8.00 |
| ENGL 001 | ENGLISH WRITING PROFICIENCY | 0.00 | FL | 0.00 |
| HUMA 201 | INTRO TO HUMANITIES I | 3.00 | B | 9.00 |
| SPAN 203 | INTERMEDIATE SPANISH I | 3.00 | C | 6.00 |

Term: Ehrs: 12.00 GPA-Hrs: 12.00 QPts: 39.00 GPA: 3.25

Term: SPRING 2013
Sch of Comp,Math/Natural Sci
Biology

| | | | | |
|---|---|---|---|---|
| BIOL 001 | BIOLOGY SENIOR COMP EXAM | 0.00 | PS | 0.00 |
| BIOL 406 | IMMUNOLOGY AND SEROLOGY | 4.00 | A | 16.00 |
| BIOL 499 | SENIOR RSCH OR TCHG/TUTOR ASST | 4.00 | A | 16.00 |
| ENGL 001 | ENGLISH WRITING PROFICIENCY | 0.00 | PS | 0.00 |
| HUMA 202 | INTRO TO HUMANITIES II | 3.00 | A | 12.00 |
| PHIL 220 | ETHICS AND VALUES | 3.00 | A | 12.00 |
| SPAN 204 | INTERMEDIATE SPANISH II | 3.00 | B | 9.00 |

Term: Ehrs: 17.00 GPA-Hrs: 17.00 QPts: 65.00 GPA: 3.82

********************** TRANSCRIPT TOTALS **********************

| | Earned Hrs | GPA Hrs | Points | GPA |
|---|---|---|---|---|
| TOTAL INSTITUTION | 92.00 | 92.00 | 318.00 | 3.45 |
| TOTAL TRANSFER | 33.00 | 0.00 | 0.00 | 0.00 |
| OVERALL | 125.00 | 92.00 | 318.00 | 3.45 |

********************** END OF TRANSCRIPT **********************

ACADEMIC TRANSCRIPT

This transcript is printed on special security paper and contains the seal of Morgan State University and the signature of the University Registrar, Hans Cooper. This is an official sealed instrument; a raised seal is not required. The student is in good academic standing unless otherwise noted.

UNIVERSITY REGISTRAR

IN ACCORDANCE WITH USC 438 (5) (4) (8) (THE FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT OF 1974) YOU ARE HEREBY NOTIFIED THAT THIS INFORMATION IS PROVIDED UPON THE CONDITION THAT YOU, YOUR AGENTS OR EMPLOYEES, WILL NOT PERMIT ANY OTHER PARTY ACCESS TO THIS RECORD WITHOUT CONSENT OF THE STUDENT ALTERATION OF THIS TRANSCRIPT MAY BE A CRIMINAL OFFENSE.

THE BACK OF THIS TRANSCRIPT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

# TRANSCRIPT GUIDE

Effective July 1, 1976, Morgan State College became Morgan State University.

| | | |
|---|---|---|
| A - | Superior | |
| B - | Good | |
| C - | Satisfactory | |
| D - | Passing | |
| F - | Failure | |
| I - | Incomplete | |
| CR - | Credit | |
| CS - | Continuing Satisfactory (Graduate School only) | |
| FX - | Unofficial Withdrawal | |
| NA - | Never Attended | |
| NC - | No Credit | |
| NG - | No grade reported from teacher | |
| NR - | No grade / No record | |
| PE - | Pass credit for experience | |
| PS - | Pass | |
| PT - | Pass credit for examination | |
| R - | Course must be repeated | |
| S - | Satisfactory | |
| U - | Unsatisfactory | |

| | |
|---|---|
| AW - | Administrative Withdrawal |
| WA - | Administrative Withdrawal |
| W - | Official Withdrawal |
| WF - | Withdrawal Failing |
| WP - | Withdrawal Passing |
| WX - | Unofficial Withdrawal |
| TW - | Total Withdrawal |

TRANSCRIPT TERMINOLOGY

AHRS Attempted Hours
EHRS Earned Hours
QHRS Quality Hours
QPTS Quality Points

Note: The symbol I or E under the R Column indicates a repeated course.
(I - Course is included in GPA)
(E - Course is Excluded from GPA)

RUSM 000022

**Test for Authenticity:   Alteration or forgery of this document may be a criminal offense.**

1) This document reveals repetitive images of the word "VOID" if an attempt is made to photocopy or color copy this document & submit it as an original.
2) This document reveals the word "VOID" in three languages if a chemical alteration is attempted.
3) The back of this document contains an artificial watermark, hold at an angle to view.
4) The back of this document contains parallel lines. If lines do not match, transcript is suspect.

This transcript cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974. If you have additional questions about this document, please contact our office at (443) 885-3300. Our address is 1700 E. Cold Spring Ln, Baltimore, MD 21251.