# Exhibit C

# Morgan State University
### Office of the Registrar

Student No: ███████

Date Issued: 19-SEP-2013
EXTL External

Record of: Oluwamuyiwa Awodiya
Issued To: DEVRY MEDICAL INTERNATIONAL
630 US Highway 1
North Brunswick, NJ 08902-3311

Page: 1

Course Level: Undergraduate
High School: WALTER JOHNSON HIGH SCHOOL 17-JUN-2010

Current Program
College : Sch of Comp,Math/Natural Sci
Major : Biology

Degrees Awarded Bachelor of Science 18-MAY-2013
Primary Degree
Major : Biology

```
SUBJ   NO.          COURSE TITLE              CRED GRD       PTS R
-----------------------------------------------------------------
TRANSFER CREDIT ACCEPTED BY THE INSTITUTION:

SUMMER 2010           PRINCE GEORGES CMTY COLLEGE

BIOL 405      MICROBIOLOGY  BIO 2010          4.00 TR
ENGL 101      Freshman Composition I          3.00 TR
ENGL 102      Fresh Composition II            3.00 TR
HIST 105      Hist of the United States I     3.00 TR
HIST 106      Hist United States II HIST1430  3.00 TR
MATH 114      Intro to Math Anal II MAT1370   5.00 TR
PHIL 109      Intro to Logic                  3.00 TR
SOCI 101      Intro to Sociology              3.00 TR
SPAN 101      ELEMENTARY SPANISH I  SPN 1010  3.00 TR
 Ehrs:   30.00 GPA-Hrs:   0.00 QPts:    0.00 GPA:    0.00

Summer 2012          COMMUNITY CLG BALTIMORE COUNTY

SPAN 102      ELEMENTARY SPANISH II WLSP102   3.00 TR
 Ehrs:    3.00 GPA-Hrs:   0.00 QPts:    0.00 GPA:    0.00

INSTITUTION CREDIT:

 Term:       FALL 2010
  Sch of Comp,Math/Natural Sci
  Biology
BIOL 105       INTRO BIOLOGY FOR MAJORS I     4.00 A      16.00
CHEM 105       PRIN OF GEN CHEM I             3.00 B       9.00
CHEM 105L      PRIN OF GEN CHEM I - LAB       1.00 C       2.00
COSC 110       INTRODUCTION TO COMPUTING      3.00 A      12.00
MATH 113       MATH ANAL I BIOL & CHEM MAJOR  4.00 D       0.00 E
ORNS 106C      FR ORIE FOR BIOL STU ONLY      1.00 A       4.00
******************** CONTINUED ON NEXT COLUMN *********************
```

```
SUBJ   NO.          COURSE TITLE              CRED GRD       PTS R
-----------------------------------------------------------------
Institution Information continued:
PHEC 202       BASKETBALL AND SOFTBALL        1.00 A       4.00
 Term:    Ehrs: 13.00 GPA-Hrs: 13.00 QPts:   47.00 GPA: 3.61

 Term:       SPRING 2011
  Sch of Comp,Math/Natural Sci
  Biology
BIOL 106       INTRO BIOLOGY FOR MAJORS II    4.00 B      12.00
CHEM 106       PRIN OF GEN CHEM II            3.00 B       9.00
CHEM 106L      PRIN OF GEN CHEM II - LAB      1.00 B       3.00
HEED 100       HEALTHFUL LIVING               2.00 A       8.00
MATH 113       INTRO TO MATH ANALYSIS I       4.00 A      16.00 I
SPCH 101       PRIN OF  SPEECH COMMUNICATION  3.00 B       9.00
 Term:    Ehrs: 17.00 GPA-Hrs: 17.00 QPts:   57.00 GPA: 3.35

 Term:       FALL 2011
  Sch of Comp,Math/Natural Sci
  Biology
BIOL 204       DEVELOPMENTAL BIOLOGY          4.00 A      16.00
BIOL 205       ECOLOGY AND ADAPTATIONS        4.00 A      16.00
CHEM 203       ORGANIC CHEMISTRY I            3.00 A      12.00
CHEM 203L      ORGANIC CHEM I - LAB           2.00 C       4.00
PHYS 203       GEN PHYS: FUND OF PHYSICS I    3.00 C       6.00
PHYS 203L      GEN PHYS: FUND PHYS I - LAB    1.00 B       3.00
 Term:    Ehrs: 17.00 GPA-Hrs: 17.00 QPts:   57.00 GPA: 3.35

 Term:       SPRING 2012
  Sch of Comp,Math/Natural Sci
  Biology
BIOL 303       GENETICS                       4.00 A      16.00
CHEM 204       ORGANIC CHEMISTRY II           3.00 A      12.00
CHEM 204L      ORGANIC CHEM II - LAB          2.00 C       4.00
HIST 350       INTRO TO THE AFRICAN DIASPORA  3.00 A      12.00
PHYS 204       GEN PHYS: FUND OF PHYSICS II   3.00 C       6.00
PHYS 204L      GEN PHYS FUND PHYS II - LAB    1.00 B       3.00
 Term:    Ehrs: 16.00 GPA-Hrs: 16.00 QPts:   53.00 GPA: 3.31
******************** CONTINUED ON PAGE   2 *********************
```


RECEIVED
SEP 2 3 2013
Admissions Official
Document

**ACADEMIC TRANSCRIPT**
This transcript is printed on special security paper and contains the seal of Morgan State University and the signature of the University Registrar, Hans Cooper. This is an official sealed instrument: a raised seal is not required. The student is in good academic standing unless otherwise noted.

UNIVERSITY REGISTRAR

IN ACCORDANCE WITH USC 438 (6) (4) (8) (THE FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT OF 1974) YOU ARE HEREBY NOTIFIED THAT THIS INFORMATION IS PROVIDED UPON THE CONDITION THAT YOU, YOUR AGENTS OR EMPLOYEES, WILL NOT PERMIT ANY OTHER PARTY ACCESS TO THIS RECORD WITHOUT CONSENT OF THE STUDENT. ALTERATION OF THIS TRANSCRIPT MAY BE A CRIMINAL OFFENSE.

THE BACK OF THIS TRANSCRIPT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

# Morgan State University
### Office of the Registrar



Student No: ▮▮▮▮▮

Record of: Oluwamuyiwa Awodiya
Level: Undergraduate

Date Issued: 19-SEP-2013
EXTL External

Page: 2

RUSM 000021

```
SUBJ  NO.         COURSE TITLE              CRED GRD    PTS R
Institution Information continued:

Term:        FALL 2012
  Sch of Comp,Math/Natural Sci
  Biology
BIOL 310      CELL AND MOLECULAR BIOLOGY     4.00 A     16.00
BIOL 453      SCIENTIFIC COMMUNICATION       2.00 A      8.00
ENGL 001      ENGLISH WRITING PROFICIENCY    0.00 FL     0.00
HUMA 201      INTRO TO HUMANITIES I          3.00 B      9.00
SPAN 203      INTERMEDIATE SPANISH I         3.00 C      6.00
Term:    Ehrs: 12.00 GPA-Hrs: 12.00  QPts:  39.00 GPA:   3.25

Term:        SPRING 2013
  Sch of Comp,Math/Natural Sci
  Biology
BIOL 001      BIOLOGY SENIOR COMP EXAM       0.00 PS     0.00
BIOL 406      IMMUNOLOGY AND SEROLOGY        4.00 A     16.00
BIOL 499      SENIOR RSCH OR TCHG/TUTOR ASST 4.00 A     16.00
ENGL 001      ENGLISH WRITING PROFICIENCY    0.00 PS     0.00
HUMA 202      INTRO TO HUMANITIES II         3.00 A     12.00
PHIL 220      ETHICS AND VALUES              3.00 A     12.00
SPAN 204      INTERMEDIATE SPANISH II        3.00 B      9.00
Term:    Ehrs: 17.00 GPA-Hrs: 17.00  QPts:  65.00 GPA:   3.82
********************* TRANSCRIPT TOTALS *********************
                  Earned Hrs  GPA Hrs   Points     GPA
TOTAL INSTITUTION    92.00     92.00    318.00    3.45

TOTAL TRANSFER       33.00      0.00      0.00    0.00

OVERALL             125.00     92.00    318.00    3.45
******************** END OF TRANSCRIPT **********************
```

ACADEMIC TRANSCRIPT

This transcript is printed on special security paper and contains the seal of Morgan State University and the signature of the University Registrar, Hans Cooper. This is an official sealed instrument; a raised seal is not required. The student is in good academic standing unless otherwise noted.

*UNIVERSITY REGISTRAR*

IN ACCORDANCE WITH USC 438 (5) (4) (8) (THE FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT OF 1974) YOU ARE HEREBY NOTIFIED THAT THIS INFORMATION IS PROVIDED UPON THE CONDITION THAT YOU, YOUR AGENTS OR EMPLOYEES, WILL NOT PERMIT ANY OTHER PARTY ACCESS TO THIS RECORD WITHOUT CONSENT OF THE STUDENT ALTERATION OF THIS TRANSCRIPT MAY BE A CRIMINAL OFFENSE.

THE BACK OF THIS TRANSCRIPT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

# TRANSCRIPT GUIDE

Effective July 1, 1976, Morgan State College became Morgan State University.

| | | |
|---|---|---|
| A - | Superior | |
| B - | Good | |
| C - | Satisfactory | |
| D - | Passing | |
| F - | Failure | |
| I - | Incomplete | |
| CR - | Credit | |
| CS - | Continuing Satisfactory (Graduate School only) | |
| FX - | Unofficial Withdrawal | |
| NA - | Never Attended | |
| NC - | No Credit | |
| NG - | No grade reported from teacher | |
| NR - | No grade / No record | |
| PE - | Pass credit for experience | |
| PS - | Pass | |
| PT - | Pass credit for examination | |
| R - | Course must be repeated | |
| S - | Satisfactory | |
| U - | Unsatisfactory | |

| | |
|---|---|
| AW - | Administrative Withdrawal |
| WA - | Administrative Withdrawal |
| W - | Official Withdrawal |
| WF - | Withdrawal Failing |
| WP - | Withdrawal Passing |
| WX - | Unofficial Withdrawal |
| TW - | Total Withdrawal |

TRANSCRIPT TERMINOLOGY

AHRS Attempted Hours
EHRS Earned Hours
QHRS Quality Hours
QPTS Quality Points

Note: The symbol I or E under the R Column indicates a repeated course.
(I - Course is included in GPA)
(E - Course is Excluded from GPA)

RUSM 000022

**Test for Authenticity:** Alteration or forgery of this document may be a criminal offense.

1) This document reveals repetitive images of the word "VOID" if an attempt is made to photocopy or color copy this document & submit it as an original.
2) This document reveals the word "VOID" in three languages if a chemical alteration is attempted.
3) The back of this document contains an artificial watermark, hold at an angle to view.
4) The back of this document contains parallel lines. If lines do not match, transcript is suspect.

This transcript cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974. If you have additional questions about this document, please contact our office at (443) 885-3300. Our address is 1700 E. Cold Spring Ln, Baltimore, MD 21251.