## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

OLUWAMUYIWA AWODIYA,                          CASE NO.  0:18-cv-60482-KMM-AOV

Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

      Defendant.

_____/

### NOTICE OF FILING REQUEST TO STRIKE DOCKET ENTRY 132

Defendant Ross University School of Medicine, School of Veterinary Medicine Limited ("RUSM"), by counsel, hereby respectfully requests that the Court strike from the Docket RUSM's Response in Opposition to Docket Entry 126, filed on January 22, 2019 as Docket Entry 132.

As grounds for this request, RUSM states that it inadvertently mislabeled the document when filing Docket Entry 132.  RUSM has re-filed its Response in Opposition to Docket Entry 126 as DOCKET ENTRY 133.

WHEREFORE, for the reason set forth above, RUSM respectfully requests that the Court direct the Clerk to Strike Docket Entry 132 from the Court docket.

Dated: January 22, 2019

Respectfully submitted,

*/s/Octavia M. Green*
MICHAEL C. MARSH
Florida Bar Number: 0072796
Email: michael.marsh@akerman.com
Secondary: sharon.luesang@akerman.com
RYAN A. ROMAN
Florida Bar Number: 0025509
Email: ryan.roman@akerman.com
Secondary: dorothy.matheis@akerman.com
DONNIE M. KING
Florida Bar Number: 101386
Email: donnie.king@akerman.com
Secondary: simone.tobie@akerman.com
OCTAVIA M. GREEN
Florida Bar Number: 119179
Email: octavia.green@akerman.com
Secondary: simone.tobie@akerman.com

**AKERMAN LLP**
98 SE 7th Street, Suite 1100
Miami, FL 33131
Phone: (305) 374-5600
Fax: (305) 374-5095

*Attorneys for Defendant Ross University School of Medicine, School of Veterinary Medicine Limited*

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on January 22, 2019 a true and correct copy of the foregoing document was served via CM/ECF on:

Oluwamuyiwa Awodiya
15005 Dahlia Drive
Bowie, Maryland 20721
Telephone: (240) 602-1836
E-mail: drmuyiwa.a@gmail.com

*s/Octavia M .Green*
Octavia M. Green

3