

UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| OLUWAMUYIWA AWODIYA,<br>*Plaintiff,*<br><br>-v-<br><br>ROSS UNIVERSITY SCHOOL OF<br>MEDICINE, SCHOOL OF<br>VETERINARY MEDICINE LIMITED<br>*Defendant.* | Case No.   0:18-cv-60482-KMM<br><br>Hon. Chief Judge: K. Michael Moore<br>Magistrate Judge: Alicia O. Valle |

## PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF HIS RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Oluwamuyiwa Awodiya ("Plaintiff"), in proper person, hereby files his request for judicial notice in support of his Response in Opposition to Defendant's Motion for Summary Judgment [ECF No. 120], filed by defendant Ross University School of Medicine, School of Veterinary Medicine Limited ("RUSM"). Plaintiff respectfully request judicial notice of:

Request Nos. 1-3: Quotes from *Jones Laughlin Steel Corp. v. Pfeifer*, 462 U.S. 523 (1983);

Request No. 4: The present value formula from *Pfeifer*, $1/(1+i)^n$;

Request Nos. 5-9: Wage data from the Bureau of Labor Statistics;

Request No. 10: An average annual growth rate formula, $[(GDP_t / GDP_0)^{m/n} - 1] \times 100$;

Request No. 11: The 3.375% interest rate on the thirty-year (30) bonds; and

Request No. 12: A Life Expectancy Calculator.

### LEGAL STANDARD

Federal Rule of Evidence 201 governs the judicial notice of adjudicative facts. Adjudicative facts are "not subject to reasonable dispute" because they are "generally known

1

within the trial court's territorial jurisdiction" or "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Judicial notice is a means by which facts not seriously open to dispute are established as true without the normal requirement of proof by evidence. Fed. R. Evid. 201(a) and (b); *Dippin' Dots, Inc. v. Frosty Bites Distribution, LLC*, 369 F.3d 1197, 1204 (11th Cir. 2004). A court may take judicial notice on its own or "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c).

A court may take judicial notice of information publicly available from an official government website. *See Setai Hotel Acquisition, LLC v. Miami Beach Luxury Rentals, Inc.*, No. 16-cv-21296, 2017 WL 3503371, at *7 (S.D. Fla. Aug. 15, 2017); *Turbyfill v. Scottsdale Indem. Co.*, No. 14-cv-283, 2016 WL 741657, at *2 (N.D. Fla. Feb. 24, 2016) (taking judicial notice of information available to the public via the Department of Health official website).

## ARGUMENT

"[J]udicial review of a private educational institution's determination of academic performance in this context is limited to whether the challenged determination was arbitrary and capricious, irrational, made in bad faith, or in violation of constitution or statute." *Sharick v. Southeastern University*, 780 So. 2d 136, 138 (Fla. Dist. Ct. App. 2000), review granted, 804 So.2d 330 (Fla. 2001), 805 So.2d 809 (Fla. 2002), review dismissed, 822 So.2d 1290 (Fla. 2002).

In *Sharick*, after a jury found that the medical school wrongfully dismissed the medical student, the appeals court concluded that the trial court had erred in refusing to allow the medical student to plead and prove damages stemming from lost earning capacity and ordered a new trial on damages on remand. *Id.* The court in *Sharick* held:

> The **relationship** between the parties in this case was **essentially a contract** between the party who paid a fee for services, the student, and the provider of those services, the private university.
>
> ....
>
> In valuing the loss of this degree within the context of an arbitrary, capricious or bad faith deprivation of such, we conclude that it is appropriate to consider the possibility of lost future earnings. ... While we acknowledge the requirement for certainty of damages in a contract action, this court has recognized several modifying doctrines to this rule, which include:
>
>> (a) If the fact of damage is proved with certainty, **the extent or amount may be left to reasonable inference.**
>>
>> (b) Where the defendant's wrong has caused the difficulty of proof of damage, he cannot complain of the resulting uncertainty.
>>
>> (c) **Mere difficulty in ascertaining the amount of damage is not fatal**.
>>
>> (d) **Mathematical precision in fixing the exact amount is not required**.
>>
>> (e) If the best evidence of the damage of which the situation admits is furnished, this is sufficient.
>>
>> (f) The plaintiff may recover the **value of his contract**, and this may be measured by the value of the expected profits.
>>
>> (g) Profits may sometimes be proved as evidence of the damages, when they would not be directly recoverable.
>
> ....
>
> ... If the jury finds that it is no longer possible for Sharick to obtain a DO degree, then Southeastern would be **foreclosed from complaining of the resulting uncertainty in proof of damage caused by its wrongful actions**.
>
> ... Accordingly, **the extent or amount of the resulting impairment to [plaintiff's] earning capacity may be determined by a jury based upon reasonable inference.**

*Id.* at 139-140 (emphasis added).

Under Florida law, a party "can recover lost prospective profits regardless of whether it is established or has any 'track record.'" *In re Standard Jury Instructions—Contract & Business Cases*, 116 So. 3d 284, 334-335 (Fla. 2013) (quoting *W.W. Gay Mechanical Contractor, Inc. v. Wharfside Two, Ltd.*, 545 So.2d 1348, 1351 (Fla.1989); *accord Nebula Glass Intern., Inc. v. Reichhold*, 454 F.3d 1203, 1214 (11th Cir. 2006). "The purpose of a jury's award of future economic damages is to compensate a plaintiff for the loss of capacity to earn income as opposed to actual loss of future earnings." *Miami-Dade County v. Cardoso*, 963 So. 2d 825, 827 (Fla. Dist. Ct. App. 2007).

Here, Plaintiff requests judicial notice of facts that will assist the jury to reasonable infer the value of the MD degree that RUSM deprived Plaintiff from earning. The value of the contractual relationship is the difference between the earning power of the MD degree and the earning power of a bachelor's degree. The average United States Medical Licensing Examination ("USMLE") Step 1 score for RUSM students that attained a Family Medicine residency was a score of 209. *See* Plaintiff's Statement of Material Facts in Opposition to Defendant's Motion for Summary Judgment, at ¶ 104. Plaintiff passed the USMLE Step 1 with a score of 211. *Id.* at 105.

## I.   Quotes from The Supreme Court

"[C]ourts may take judicial notice of another court's opinions." *Sands v. McCormick*, 502 F.3d 263, 268 (3d Cir. 2007).

**Request No. 1**: "In calculating damages, it is assumed that if the injured party had not been disabled, he would have continued to work, and to receive wages at periodic intervals until retirement, disability, or death." *Jones Laughlin Steel Corp. v. Pfeifer*, 462 U.S. 523, 533 (1983).

**Request No. 2**: "[A]lthough the notion of a damages award representing the present value of a lost stream of earnings in an inflation-free economy rests on some fairly sophisticated economic concepts, the two elements that determine its calculation can be stated fairly easily. They

4

are: (1) the amount that the employee would have earned during each year that he could have been expected to work after the injury; and (2) the appropriate discount rate, reflecting the safest available investment. The trier of fact should apply the discount rate to each of the estimated installments in the lost stream of income, and then add up the discounted installments to determine the total award." *Jones Laughlin Steel Corp. v. Pfeifer*, 462 U.S. 523, 537-38 (1983).

**Request No. 3**: "The discount rate should be based on the rate of interest that would be earned on the best and safest investments." *Jones Laughlin Steel Corp. v. Pfeifer*, 462 U.S. 523, 537 (1983) (internal quotation omitted).

## II.     Formula from the Supreme Court and Eleventh Circuit

"It is well settled that the Court can take judicial notice of a formula for discounting future economic damages to present value." *Hargus v. Ferocious & Impetuous, LLC*, Civil No. 2013-111, at *4 (D.V.I. Apr. 14, 2015) (citing *Russell v. Wildwood*, 428 F.2d 1176, 1183 (3d Cir. 1970)). "*Pfiefer* explained that 'the arithmetic necessary for discounting can be simplified through the use of a so-called 'present value table.'" *Ayers v. Harrison*, No. 14-12250, at *29 (11th Cir. 2016) (alterations omitted) (quoting *Pfeifer*, 462 U.S. at 537 n.21).

**Request No. 4**: "These tables are based on the proposition that if $i$ is the discount rate, then 'the present value of \$1 due in $n$ periods must be $1/(1+i)^n$.' In this context, the relevant 'periods' are years; accordingly, if '$i$' is a market interest rate, it should be the effective *annual* yield." *Id.* (quoting *Pfeifer*, 462 U.S. at 537 n.21).

## III.    Earnings Data from Government Websites

"The Court may take judicial notice of government publications and website materials." *Coastal Wellness Ctrs., Inc. v. Progressive Am. Ins. Co.*, 309 F. Supp. 3d 1216, 1220 n.4 (S.D. Fla. 2018); *Setai Hotel Acquisition, LLC v. Miami Beach Luxury Rentals, Inc.*, No. 16-cv-21296, 2017 WL 3503371, at *7 (S.D. Fla. Aug. 15, 2017). *See also Varlesi v. Wayne State Univ.*, Case No. 10-

14793, at *8 (E.D. Mich. Jun. 24, 2014) ("the Court took judicial notice of the Bureau of Labor Statistics presented by Plaintiff. Courts have taken judicial notice of the publications of the Bureau of Labor Statistics of the U.S. Department of Labor.").

**Request No. 5**: In 2018, the "[m]edian usual weekly earnings" for people aged "25 years and over" with a "bachelor's degree only" was $1,198 ($1,198 x 52 weeks = $62,296 annually). *See* Bureau of Labor Statistics Data, available at https://data.bls.gov/timeseries/LEU0252919100 (please tick the "include annual averages" box near the top), an excerpt of which is attached hereto as **Exhibit A**.

**Request No. 6**: In 2017, the "[m]edian usual weekly earnings" for people aged "25 years and over" with a "bachelor's degree only" was $1,173 ($1,173 x 52 weeks = $60,996 annually). *Id.*

**Request No. 7**: In 2000, the "[m]edian usual weekly earnings" for people aged "25 years and over" with a "bachelor's degree only" was $827 ($827 x 52 weeks = $43,004 annually). *Id.*

**Request No. 8**: In 2017, the "[m]ean annual wage" for Family and General Practitioners was $208,560. *See* 29-1062 Family and General Practitioners, U.S. Department of Labor, Bureau of Labor Statistics, available at https://www.bls.gov/oes/current/oes291062.htm (Last Modified March 30, 2018), an excerpt of which is attached hereto as **Exhibit B.**

**Request No. 9**: In 2000, the mean annual wage for Family and General Practitioners was $107,780. *See* OES Data for year 2000, National, available at https://www.bls.gov/oes/tables.htm, (Once inside the excel file, see column "A" at "29-1062" for Family and General Practitioners. Then see column "G" for the mean annual wage).

## IV.     Formula from Government Websites

6

"If foreseeable real wage growth is shown, it may produce a steadily increasing series of payments, with the first payment showing the least increase from the wage at the time of injury and the last payment showing the most." *Pfeifer*, 462 U.S. at 536 n.19.

**Request No. 10**: The average annual growth rate formula, $[(GDP_t / GDP_0)^{m/n} - 1] \times 100$, where:

> $GDP_t$ is the level of activity in the later period;
>
> $GDP_0$ is the level of activity in the earlier period;
>
> *m* is the periodicity of the data (for example, 1 for annual data, 4 for quarterly data, or 12 for monthly data); and
>
> *n* is the number of periods between the earlier period and the later period (that is t-0).

*See* Bureau of Economic Analysis, U.S. Department of Commerce, available at https://www.bea.gov/help/faq/463, attached hereto as **Exhibit C**.

### V.   Interest Rates from Government Websites

The court may also take judicial notice of U.S. Treasury Bond rates. *See Citizens Southern Corp. v. Comm'r,* 91 T.C. 463, 503-04, 1988 WL 90987 (1988), *aff'd,* 919 F.2d 1492 (11th Cir. 1990) (Treasury Bond rate is a fact subject to judicial notice); *Maldonado v. AMS Servicing LLC,* Civil Action No. 11-40044-FDS, at *9 n.7 (D. Mass. Jan. 24, 2012) ("Generally, a court may take judicial notice under Fed. R. Ev. 201 of the Treasury security rates ….").

"In calculating damages, it is assumed that if the injured party had not been disabled, he would have continued to work, and to receive wages at periodic intervals until retirement, disability, or death." *Pfeifer,* 462 U.S. at 533. "[L]itigants frequently follow the relatively simple course of assuming that the worker would have continued to work up until a specific date certain." *Id.* at 534. "Once it is assumed that the injured worker would definitely have worked for a specific term of years, he is entitled to a risk-free stream of future income to replace his lost wages;

7

therefore, the discount rate should not reflect the market's premium for investors who are willing to accept some risk of default." *Id.* at 537. In other words, RUSM is free to add a risk of death or disability factor, but the "discount rate should be based on the rate of interest that would be earned on the best and safest investments" to avoid the risk of default. *Id.* (quotation marks omitted).

"[A]n investment in U.S. Treasury securities is safe because an investor will not lose the principal underlying the investment." *U.S. v. Certain Land Situated in City of Detroit*, 286 F. Supp. 2d 865, 871 (E.D. Mich. 2003). *See also Fantastic Sams Franchise Corp. v. Pstevo, LLC*, No. 15 C 3008, at *5-6 (N.D. Ill. Mar. 22, 2017) (quoting *Pfeifer*, 462 U.S. at 537) (finding that a 3% discount rate based on the interest rate for the most recent United States Treasury Bonds was the "best and safest" investment); *Nunn v. Witherell*, No. 12 C 3384, 2012 WL 4338889, at *3 (N.D. Ill. Sept. 20, 2012) (using interest rate for thirty-year treasury bonds to calculate discount rate for twenty-two-year future income stream); *Veasley v. United States*, 201 F. Supp. 3d 1190, 1215 (S.D. Cal. 2016) (quoting *Pfeifer*, 462 U.S. at 537) ("A five-year bond is an intermediate bond that is 'the best and safest investment'"); *Internal Revenue Service v. CM Holdings, Inc. (In re CM Holdings, Inc.)*, 254 B.R. 578, 630 (D. Del. 2000) ("The thirty-year term Treasury Bond rate qualifies as one of the best and safest investments").

**Request No. 11**: The 3.375% interest rate on the thirty-year (30) bonds issued on November 15, 2018, December 17, 2018, and January 15, 2019. *See* Bonds, available at https://www.treasurydirect.gov/instit/annceresult/annceresult.htm (click on "Bonds" tabs), attached hereto as **Exhibit D**.

## VI. Calculator from Government Websites

The Court may take judicial notice of federally maintained calculators. *See Smith v. Homecoming Financial*, 1:10cv52., at *1 n.4 (W.D.N.C. Oct. 7, 2010) ("The court takes judicial notice of such federally maintained calculator."); *Maldonado v. AMS Servicing LLC*, Civil Action

8

No. 11-40044-FDS, at *9 n.9 (D. Mass. Jan. 24, 2012) ("This Court takes judicial notice of the results of this government-provided calculator."); *In re Engle Cases*, 283 F. Supp. 3d 1174, 1254 n.71 (M.D. Fla. 2017) (same).

**Request No. 12**: The Retirement & Survivors Benefits: Life Expectancy Calculator, Social Security, *see* available at https://www.ssa.gov/cgi-bin/longevity.cgi.

Courts have used this calculator to calculate the amount of years a plaintiff is expected to work. *See Key v. Kight*, CIVIL ACTION NO.: 6:14-cv-39, at *12 (S.D. Ga. Mar. 8, 2017) ("If Plaintiff is released from prison next year, he will have twenty more years to work until he reaches retirement age. Retirement & Survivors Benefits: Life Expectancy Calculator, Social Security, https://www.ssa.gov/cgi-bin/longevity.cgi." (emphasis omitted)); *Harris v. Jiangsu ASG Earth Env't Prot. Sci. & Tech. Co.*, Civil No. 13-44-GFVT, at *3 (E.D. Ky. Jul. 13, 2017) (same calculator used in "the Court's independent research"); *Flick v. James Monfredo, Inc.*, 356 F. Supp. 1143, 1150 (E.D. Pa. 1973) ("To assist the jury in arriving at its verdict, they were provided with a life expectancy calculator and a present value calculator. … The plaintiff need not show that he is incapable of performing any kind of work in order to permit such tables to be admitted.").

## CONCLUSION

Plaintiff Oluwamuyiwa Awodiya respectfully requests that the Court take judicial notice of Requests Nos. 1-12 for his Response in Opposition to Defendant's Motion for Summary Judgment [ECF No. 120].

DATED this 20th day of January, 2019:

<div style="text-align: right;">

Respectfully submitted,

_____

By: Oluwamuyiwa Awodiya, *pro se* litigant
15005 Dahlia Dr.
Bowie, MD 20721
(240) 602-1836
Plaintiff, in Proper Person

</div>

## CERTIFICATE OF SERVICE

I do hereby certify that on this 22nd day of January, 2019, I have caused a true and correct copy of the foregoing by mailing a copy to the Court, where the Court's CM/ECF system will send notification to the following:

| **Ryan Roman** | **Octavia Monique Green** |
|---|---|
| Akerman Senterfitt | Akerman LLP |
| Suntrust International Center | Three Brickell City Centre |
| 1 SE 3rd Avenue | 98 Southeast Seventh Street |
| 25th Floor | Suite 1100 |
| Miami, FL 33131-1714 | Miami, FL 33131 |
| 305-374-5600 | (305) 982-5670 |
| Fax: 305-374-5095 | Email: |
| Email: | octavia.green@akerman.com |
| ryan.roman@akerman.com | |

_____

By: Oluwamuyiwa Awodiya, *pro se* litigant

# Exhibit A

```
Series Id:              LEU0252919100
Not Seasonally Adjusted
Series title:           (unadj)- Median usual weekly earnings (second quartile), Employed full time, Wage
Earnings:               Median usual weekly earnings - in current dollars (second quartile)
Industry:               All Industries
Occupation:             All Occupations
Sex:                    Both Sexes
Race:                   All Races
Ethnic origin:          All Origins
Age:                    25 years and over
Education:              Bachelor's degree only
Class of worker:        Wage and salary workers, excluding incorporated self employed
Labor force status:     Employed full time
```



**Download:** xlsx

| Year | Qtr1 | Qtr2 | Qtr3 | Qtr4 | Annual |
|------|------|------|------|------|--------|
| 2000 | 825  | 811  | 826  | 840  | 827    |
| 2001 | 854  | 846  | 868  | 863  | 858    |
| 2002 | 881  | 868  | 888  | 869  | 877    |
| 2003 | 903  | 902  | 892  | 901  | 900    |
| 2004 | 926  | 902  | 908  | 925  | 916    |
| 2005 | 931  | 920  | 941  | 958  | 937    |
| 2006 | 933  | 968  | 979  | 966  | 962    |
| 2007 | 956  | 1014 | 993  | 994  | 987    |
| 2008 | 1012 | 999  | 1020 | 1016 | 1012   |
| 2009 | 1024 | 1031 | 1026 | 1020 | 1025   |
| 2010 | 1024 | 1032 | 1044 | 1049 | 1038   |
| 2011 | 1054 | 1043 | 1047 | 1071 | 1053   |
| 2012 | 1051 | 1070 | 1071 | 1071 | 1066   |
| 2013 | 1095 | 1101 | 1101 | 1131 | 1108   |
| 2014 | 1102 | 1098 | 1068 | 1131 | 1101   |
| 2015 | 1134 | 1130 | 1143 | 1143 | 1137   |
| 2016 | 1155 | 1155 | 1152 | 1161 | 1156   |
| 2017 | 1179 | 1189 | 1164 | 1170 | 1173   |
| 2018 | 1169 | 1187 | 1232 | 1205 | 1198   |

# Exhibit B



## Occupational Employment and Wages, May 2017
### 29-1062 Family and General Practitioners

Physicians who diagnose, treat, and help prevent diseases and injuries that commonly occur the general population. May refer patients to specialists when needed for further diagnosis o treatment.

National estimates for this occupation
Industry profile for this occupation
Geographic profile for this occupation

**National estimates for this occupation: Top**

Employment estimate and mean wage estimates for this occupation:

| Employment (1) | Employment RSE (3) | Mean hourly wage | Mean annual wage (2) | Wage RSE (3) |
|---|---|---|---|---|
| 126,440 | 2.0 % | $100.27 | $208,560 | 1.0 % |

Percentile wage estimates for this occupation:

| Percentile | 10% | 25% | 50% (Median) | 75% | 90% |
|---|---|---|---|---|---|
| Hourly Wage | $35.21 | $66.39 | $95.55 | (5) | (5) |
| Annual Wage (2) | $73,240 | $138,100 | $198,740 | (5) | (5) |

**Industry profile for this occupation: Top**

Industries with the highest published employment and wages for this occupation are provide

# Exhibit C

An official website of the United States government

**bea**   Data ▾   Tools ▾   News ▾   Research ▾   Resources ▾   About ▾   Help ▾

Home | Help | Frequently Asked Questions | How is average annual growth calculated?

# How is average annual growth calculated?

The formula used by BEA to calculate the average annual growth is a variant of the compound interest formula:

$$r = \left[\left(\frac{GDP_t}{GDP_0}\right)^{m/n} - 1\right] \times 100$$

where

$GDP_t$ is the level of activity in the later period;

$GDP_0$ is the level of activity in the earlier period;

$m$ is the periodicity of the data (for example, 1 for annual data, 4 for quarterly data, or 12 for monthly data); and

$n$ is the number of periods between the earlier period and the later period (that is t-0).

Published: January 11, 2008

- Back to FAQs
- Ask us a question
- Need help?
- Guidelines for Citing BEA Information

Download Acrobat Reader    Page last modified on 4/25/18

**Bureau of Economic Analysis**  1441 Silver Hill Road • Suitland, MD 20746

Contact Us
Frequently Asked Questions
Our Policies

# Exhibit D

TreasuryDirect

Home | About | News | Glossary | Forms | Mailing Lists | FAQs | Contact Us | Help | Site Map

Home | Individuals | Financial Institutions | Government

Search GO

Home › Institutional › Announcements, Data & Results

Financial Institutions
Treasury Marketable Securities
Announcements, Data & Results
- Announcement and Results Press Releases
- Record Setting Auction Data
- Auction Query
- TIPS/CPI Data
- FRN Daily Indexes
- Treasury Buybacks
- SLGS Data and Savings Bond Data

Auction Fundamentals
Statutes, Regulations & Guidelines
Research Center
Savings Bonds
Forms for Institutions

**Most Popular**
- Upcoming Auctions
- Auction Query
- Auction Regulations (UOC)
- TIPS/CPI Data
- Tentative Auction Schedule

How do Auctions Work? Learn the Fundamentals
LEARN MORE

# Announcements, Data & Results

Treasury sells bills, notes, bonds, FRNs, and TIPS at regularly scheduled auctions. Refer to the **auction announcements & results press releases** for more information. Follow the links below to get the latest information on:

- **Tentative Auction Schedule of U.S. Treasury Securities (PDF)**
  The schedule of Treasury securities auctions is released at the Treasury's Quarterly Refunding press conference, usually held on the first Wednesday of February, May, August, and November.
- **Upcoming Auctions**
- **Useful Data for Research**
- Click to find **additional statistics** from May 5, 2003 through April 1, 2008, which includes information on bidding by primary dealers, direct bidders, and indirect bidders.

**Note:** The following table displays data for the 20 most recently auctioned securities that have not yet matured, for each security type. If you would like to see data for additional securities, please use our Auction Query.

Bills | CMBs | Notes | Bonds | TIPS | FRNs

| Security Term | CUSIP | Reopening | Issue Date | Maturity Date | High Yield | Interest Rate |
|---|---|---|---|---|---|---|
| 30-Year | 912810SE9 | Yes | 01/15/2019 | 11/15/2048 | 3.035% | 3.375% |
| 30-Year | 912810SE9 | Yes | 12/17/2018 | 11/15/2048 | 3.165% | 3.375% |
| 30-Year | 912810SE9 | No | 11/15/2018 | 11/15/2048 | 3.418% | 3.375% |
| 30-Year | 912810SD1 | Yes | 10/15/2018 | 08/15/2048 | 3.344% | 3.000% |
| 30-Year | 912810SD1 | Yes | 09/17/2018 | 08/15/2048 | 3.088% | 3.000% |
| 30-Year | 912810SD1 | No | 08/15/2018 | 08/15/2048 | 3.090% | 3.000% |
| 30-Year | 912810SC3 | Yes | 07/16/2018 | 05/15/2048 | 2.958% | 3.125% |
| 30-Year | 912810SC3 | Yes | 06/15/2018 | 05/15/2048 | 3.100% | 3.125% |
| 30-Year | 912810SC3 | No | 05/15/2018 | 05/15/2048 | 3.130% | 3.125% |
| 30-Year | 912810SA7 | Yes | 04/16/2018 | 02/15/2048 | 3.044% | 3.000% |
| 30-Year | 912810SA7 | Yes | 03/15/2018 | 02/15/2048 | 3.109% | 3.000% |
| 30-Year | 912810SA7 | No | 02/15/2018 | 02/15/2048 | 3.121% | 3.000% |
| 30-Year | 912810RZ3 | Yes | 01/16/2018 | 11/15/2047 | 2.867% | 2.750% |
| 30-Year | 912810RZ3 | Yes | 12/15/2017 | 11/15/2047 | 2.804% | 2.750% |
| 30-Year | 912810RZ3 | No | 11/15/2017 | 11/15/2047 | 2.801% | 2.750% |
| 30-Year | 912810RY6 | Yes | 10/16/2017 | 08/15/2047 | 2.870% | 2.750% |
| 30-Year | 912810RY6 | Yes | 09/15/2017 | 08/15/2047 | 2.790% | 2.750% |
| 30-Year | 912810RY6 | No | 08/15/2017 | 08/15/2047 | 2.818% | 2.750% |
| 30-Year | 912810RX8 | Yes | 07/17/2017 | 05/15/2047 | 2.936% | 3.000% |
| 30-Year | 912810RX8 | Yes | 06/15/2017 | 05/15/2047 | 2.870% | 3.000% |

**Account Login**
Select an Application
TreasuryDirect
LOGIN
Open an Account

**Resources & Tools**
- Auction Results
- Upcoming
- Research Data
- Debt to the Penny
- RSS Feeds
- Mailing Lists

**CUSIP Search**
Enter a CUSIP Number:
GO

**Savings Bond Rates**
EE Bonds: 0.10% Fixed
I Bonds: 2.83%
Rates effective through *April 30, 2019*. New rates will be posted *May 1, 2019*.

TreasuryDirect

About | News | Glossary | Forms | Help | Contact Us | Site Map | Mailing Lists

Individuals | My Accounts | Treasury Securities and Programs | Research Center | Planning and Giving | Tools | Forms

Financial Institutions | Treasury Marketable Securities | Announcements, Data & Results | Auction Fundamentals | Statutes & Regulations | Research Center | Savings Bonds | Forms

Government Agencies | Applications & Programs | Reports | Interest Rates & Prices | Charts & Analysis | Resources

Freedom of Information Act | Law & Guidance | Frauds, Phonies and Scams | Privacy & Legal Notices | Terms & Conditions | Plugins and Viewers | Accessibility | Data Quality | Bureau of the Fiscal Service

Financial Education for Americans | OPEN GOV Achieving Transparency in Government | USA.gov | Connect:

Translate

