# Exhibit 1

UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| OLUWAMUYIWA AWODIYA,<br>*Plaintiff,*<br><br>-v-<br><br>ROSS UNIVERSITY SCHOOL OF MEDICINE, SCHOOL OF VETERINARY MEDICINE LIMITED<br>*Defendant.* | Case No.   0:18-cv-60482-KMM<br><br>Hon. Chief Judge: K. Michael Moore<br>Magistrate Judge: Alicia O. Valle |

**PLAINTIFF'S EXHIBIT LIST**

Pursuant to Federal rule of Civil Procedure 26, Local Rule 16.1, plaintiff Oluwamuyiwa Awodiya, in proper person, hereby submits the Exhibit List as follows:

| <u>No.</u> | <u>Date</u> | Exhibit | Location/Label | Defendant's Objection |
|---|---|---|---|---|
| 1 | 6/22/2015 | RUSM Electronic Application to the Department of Education | RUSM000464 – 487 | R |
| 2 | 9/1/2015 | September 2015 iteration of RUSM Academic Catalog 2015-2016, Vol. 7 | RUSM000183 – 325 | |
| 3 | 9/30/2015 | RUSM Program Participation Agreement | RUSM000450 – 463 | R |
| 4 | 10/28/2015 | RUSM Counseling Note | RUSM000159 – 163 | |
| 5 | 11/5/2015 | RUSM Counseling Note | RUSM000136 – 137 | |

1

2

| <u>No.</u> | <u>Date</u> | <u>Exhibit</u> | <u>Location/Label</u> | <u>Defendant's Objection</u> |
|---|---|---|---|---|
| 6 | 11/11/2015 | Email from Bryan Hayse to O. Awodiya | AWOD002312 | |
| 7 | 12/9/2015 | Release of Information Agreement | RUSM000168 | R |
| 8 | 12/11/2015 | RUSM Counseling Note | RUSM000144 | |
| 9 | 12/13/2015 | RUSM Counseling Note | RUSM000145 – 146 | |
| 10 | 12/14/2015 | RUSM Counseling Note | RUSM000128 | |
| 11 | 12/28/2015 | Email from Sandra Herrin | RUSM000998 | C, F |
| 12 | 1/1/2016 | January 2016 iteration of RUSM Student Handbook 2015-2016 | RUSM000326 – 446 | |
| 13 | 1/5/2016 | Email - Dr. Mauricio to Awodiya | AWOD004613 | H, F, A |
| 14 | 1/11/2016 | RUSM Counseling Note | RUSM000147 – 148 | |
| 15 | 1/11/2016 | CAARS-Self-Report: Long Version | RUSM000113 – 116 | H |
| 16 | 1/18/2016 | RUSM Counseling Note | RUSM000149 | |
| 17 | 1/19/2016 | Email - Awodiya to Sharma | RUSM000817 | H |
| 18 | 2/29/2016 | Email from former Dean Joseph Flaherty to O. Awodiya | AWOD003459 | R, UP |
| 19 | 3/11/2016 | RUSM Counseling Note | RUSM000132 | |
| 20 | 3/11/2016 | RUSM Counseling Note | RUSM000151 | |
| 21 | 4/5/2016 | Email from Student Affairs to O. Awodiya | AWOD003566 – 3567 | R, UP |

2

3

| <u>No.</u> | <u>Date</u> | <u>Exhibit</u> | <u>Location/Label</u> | <u>Defendant's Objection</u> |
|---|---|---|---|---|
| 22 | 5/6/2016 | Republished May 2016 iteration of RUSM Student Handbook 2015-2016 with updated policies | AWOD005223 – 5360 | A, Rule 26 and Rule 37/Failure to Disclose |
| 23 | 5/12/2016 | Republished May 2016 iteration of RUSM Academic Catalog 2015-2016, Vol. 7 with policy updates | AWOD004614 – 4751; [ECF No. 119-22] | A |
| 24 | 12/22/2016 | Email from Office of the Registrar to O. Awodiya | AWOD003468 | R, F |
| 25 | 12/22/2016 | Email from O. Awodiya to Registrar | AWOD004595 | H, R, F |
| 26 | 1/2/2017 | Email chain — Emma Jane Bateson/O. Awodiya | AWOD000829 – 830 | H |
| 27 | 1/3/2017 | Email chain — O. Awodiya/Student Services | AWOD002800 | H |
| 28 | 1/9/2017 | Score Recheck Request Form for NBME CBSE (10/22/16 Test Date) | RUSM000033 | R, F |
| 29 | 4/13/2017 | Letter of Dismissal | RUSM000071 | |
| 30 | 4/27/2017 | Academic Dismissal Appeal Statement to Students Promotions Committee | RUSM000051 – 052 | H |
| 31 | 6/1/2017 | Letter from Niels Larsen upholding April 13, 2017 academic dismissal | RUSM000070 | |
| 32 | 6/1/2017 | Email chain - Niels Larsen/Awodiya/Maureen Hall (6/1/17 – 6/12/17) | RUSM000770 – 772 | H, R |
| 33 | 6/12/2017 | Letter from Denise H. Unterman to Dean William Owen | RUSM000059 | H, R |

| <u>No.</u> | <u>Date</u> | <u>Exhibit</u> | <u>Location/Label</u> | <u>Defendant's Objection</u> |
|---|---|---|---|---|
| 34 | 6/13/2017 | Academic Dismissal Appeal Letter to Dean William Owen | AWOD004990 – 4992; Owen Dep. (Composite Ex. 1 (Ex. P-25)) | H, Rule 26 and Rule 37/Failure to Disclose |
| 35 | 6/14/2017 | Email chain — Katie Carrillo/Danielle McDonald | RUSM000929 – 931 | C |
| 36 | 6/29/2017 | Letter from Dean William Owen upholding April 13, 2017 academic dismissal | RUSM000069 | |
| 37 | 12/23/2017 | United States Medical Licensing Examination – Step 1 Score Report | AWOD004755 – 756 | H, F, A |
| 38 | 1/31/2018 | Email chain — St. George's University/O. Awodiya; subject: Transfer Eligibility | AWOD004886 – 4887 | H, A |
| 39 | 2/20/2018 | Eligibility and Certification Approval Report | RUSM000488 – 506 | R |
| 40 | 2/20/2018 | Email from O. Awodiya to Dean Owen (wowen@ross.edu) attaching letter request for reinstatement | AWOD004999 – 5000 | H, Rule 26 and Rule 37/Failure to Disclose |
| 41 | 2/21/2018 | Email from Rebeca Sargent-Rodriguez to Katie Carrillo | RUSM000107 – 108 | R, UP, H |
| 42 | 2/21/2018 | Email from Student Services to O. Awodiya | AWOD005001 | R, Rule 26 and Rule 37/Failure to Disclose |
| 43 | 5/21/2018 | Official Transcript - Ross University (Summer 2014 through Summer 2015) | RUSM000032 | |
| 44 | 6/8/2018 | Defendant's Responses to Plaintiff's Requests for Admission | | R, H |

4

| <u>No.</u> | <u>Date</u> | <u>Exhibit</u> | Location/Label | Defendant's <u>Objection</u> |
|---|---|---|---|---|
| 45 | 6/13/2018 | Defendant's Responses to Plaintiff's Second Set of Requests for Admission | | R, H |
| 46 | 9/14/2018 | RUSM Mini and Lab Exam Scores (05/26/14 through 04/08/16) | AWOD004752 – 4754 | A |
| 47 | 9/22/2018 | RUSM Award History | AWOD004856 – 4857 | A, H |
| 48 | 11/7/2018 | Defendant's Responses to Plaintiff's Third Set of Requests for Admission | | R, H |
| 49 | 12/26/2018 | MCAT Score Reports (2012 through 2013) | AWOD004998 | H, R, A, Rule 26 and Rule 37/Failure to Disclose |
| 50 | 9/30/2019 | RUSM Program Participation Agreement | RUSM000508 – 525 | R |
| 51 | | Kaiser Permanente Medical Records | AWOD004908 – 4955 | R |
| 52 | | Bryan Hayse Faculty Profile from RUSM's Website | AWOD004989 | R, A, H, Rule 26 and Rule 37/Failure to Disclose |
| 53 | | 42 U.S.C. § 12182(b)(2)(A)(iii) | | I |
| 54 | | 34 C.F.R. § 104.44(d)(1) | | I |
| 55 | | 2014-2015 Award Year Direct Loan Volume by School | AWOD005361 | H, F, A, UP, R, Rule 26 and Rule 37/Failure to Disclose, Motion in Limine |

5

48082451;1

| No. | Date | Exhibit | Location/Label | Defendant's Objection |
|---|---|---|---|---|
| 56 | | 2015-2016 Award Year Direct Loan Volume by School | AWOD005362 | H, F, A, UP, R, Rule 26 and Rule 37/Failure to Disclose, Motion in Limine |
| 57 | | 2016-2017 Award Year Direct Loan Volume by School | AWOD005363 | H, F, A, UP, R, Rule 26 and Rule 37/Failure to Disclose, Motion in Limine |
| 58 | | 2017-2018 Award Year Direct Loan Volume by School | AWOD005364 | H, F, A, UP, R, Rule 26 and Rule 37/Failure to Disclose, Motion in Limine |
| 59 | | DeVry Inc. 2012 10-K SEC filing — www.sec.gov | | H, F, A, UP, R, Rule 26 and Rule 37/Failure to Disclose, Motion in Limine |
| 60 | | DeVry Inc. 2013 10-K SEC filing — www.sec.gov | | H, F, A, UP, R, Rule 26 and Rule 37/Failure to Disclose, Motion in Limine |
| 61 | | DeVry Education Group Inc. 2014 10-K SEC filing — www.sec.gov | | H, F, A, UP, R, Rule 26 and Rule 37/Failure to Disclose, Motion in Limine |
| 62 | | Adtalem Global Education Inc. 2017 10-K SEC filing — www.sec.gov | | H, F, A, UP, R, Rule 26 and Rule 37/Failure to Disclose, Motion in Limine |

48082451;1

| No. | Date | Exhibit | Location/Label | Defendant's Objection |
|---|---|---|---|---|
| 63 | | Adtalem Global Education Inc. 2018 10-K SEC filing — www.sec.gov | | H, F, A, UP, R, Rule 26 and Rule 37/Failure to Disclose, Motion in Limine |
| 64 | | Medical School Admission Requirements (MSAR) Advisor Report 2018 | AWOD004993 – 4997 | H, F, A, UP, R, Rule 26 and Rule 37/Failure to Disclose, Motion in Limine |
| 65 | | Windsor University School of Medicine — 2018 Student Handbook | AWOD004757 – 4846 | R, A, H, UP |
| 66 | | Results of the 2018 NRMP Program Director Survey | AWOD005003 – 5181 | H, F, A, UP, R, Rule 26 and Rule 37/Failure to Disclose, Motion in Limine |
| 67 | | RUSM Residency Planning Guide | AWOD005182 – 5222 | H, F, A, UP, R, Rule 26 and Rule 37/Failure to Disclose, Motion in Limine |
| 68 | | Defendant's Answer and Affirmative Defenses | [ECF No. 58] | |
| 69 | | Any Exhibits Judicially Noticed | | |
| 70 | | Any Rebuttal Exhibits | | |
| 71 | | Any Impeachment Exhibits | | |
| 72 | | Any Exhibits Identified by Any Other Party | | |
| 73 | | Screenshots of RUSM's Admission Requirements Sections of Its Website | [ECF No. 102 at SJ-19] | A, C |

7

48082451;1

8

| No. | Date | Exhibit | Location/Label | Defendant's Objection |
|---|---|---|---|---|
| 74 |  | RUSM Insurance Policy | RUSM000447 – 448 | R, UP, I |
| 75 |  | Maryland Department of Health — Medical License Application | AWOD005365 – 5393 | R, A, F |
| 76 | 8/26/2016 | NBME CBSE Score Report | AWOD004884 – 4885 | H, A |
| 77 | 1/3/2015 | Email chain | AWOD002283 | H, R |
| 78 | 9/22/2015 | Email | AWOD002940 | R |
| 79 | 12/31/2015 | Conners | RUSM000121 - 124 | H |