# Exhibit 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

OLUWAMUYIWA AWODIYA,                          CASE NO. 0:18-cv-60482-KMM-AOV

     Plaintiff,
v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

     Defendant.
_____/

**EXHIBIT LIST**

Pursuant to Federal Rule of Civil Procedure 26, Local Rule 16.1, and the Paperless Order Scheduling Trial [ECF No. 37] (the "Scheduling Order"), defendant Ross University School of Medicine, School of Veterinary Medicine Limited, by and through undersigned counsel, hereby makes the following disclosure of exhibits intended to be introduced at trial.

| No. | Date | Exhibit | Bates No./Depo. Exh. # |
|---|---|---|---|
| 1. | | Kaiser Permanente Records | AWOD004908 – 55 |
| 2. | | School of Medicine Interview Summary Form (by Michelle Coelho) | RUSM000003 |
| 3. | | Morgan State University Transcript | RUSM000016 – 0019; Awodiya Depo. Exh. 20 |
| 4. | | Update on student status for Spring 2016 (repeat of Semester 5) | RUSM000034 – 035 |
| 5. | | Academic Dismissal Appeal (Second) | RUSM000051 – 052; Awodiya Depo. Exh. 14 |
| 6. | | Academic Dismissal Appeal (First) | RUSM000061 – 062; Awodiya Depo. Exh. 13 |
| 7. | | RUSM Test Accommodations Application Packet | RUSM000179 – 182; Awodiya Depo. Exh. 3 |
| 8. | | Ross University School of Medicine | RUSM000183 – 325 |

1

47208114;4

| No. | Date | Exhibit | Bates No./Depo. Exh. # |
|---|---|---|---|
| | | Academic Catalog 2015-2016, Vol. 7 | |
| 9. | 2013-01-14 | Academic Transcript – Prince George's Community College | RUSM000025 – 028 |
| 10. | 2013-01-20 | Letter of Recommendation from Kenneth N. Geh, M.D. | RUSM000029 |
| 11. | 2013-01-25 | Application to Ross University School of Medicine | RUSM000006 – 015 |
| 12. | 2013-01-30 | Academic Transcript – The Community College of Baltimore County | RUSM000023 – 024 |
| 13. | 2013-01-31 | Letter of Recommendation from Simon Nyaga, Ph.D. | RUSM000030 |
| 14. | 2013-02-06 | MCAT Test History | RUSM000031 |
| 15. | 2013-02-21 | Interview Evaluation | RUSM000004 – 005 |
| 16. | 2013-03-15 | Letter of Conditional Acceptance | RUSM000002; Awodiya Depo. Exh. 4 |
| 17. | 2013-09-19 | Academic Transcript – Morgan State University | RUSM000020 – 022; Awodiya Depo. Exh. 21 |
| 18. | 2014-04-21 | Acceptance Letter | RUSM000001; Awodiya Depo. Exh. 5 |
| 19. | 2014-05-22 | Email chain: Pearl David, Awodiya and Laura Johnson; cc: Laura Welke, Sheila Nunn; Subject: Absences from Gross Lab – Axillary Region Dissection | AWOD000293 |
| 20. | 2014-05-27 | Email from Pearl David, Department of Anatomy, to O. Awodiya; Subject: Absent from demonstration of the Axillary Region May 27/14 | AWOD000173 |
| 21. | 2014-07-04 | Email from O. Awodiya to Sanghita Mallik; Subject: RE: PE skills session absence | AWOD004596 |
| 22. | 2014-10-08 | Chain: Liris Benjamin to O. Awodiya; Subject: RE: Lateness at PE Skills labs | AWOD001959 – 1961 |
| 23. | 2014-11-04 | Email from Melissa Remy to O. Awodiya; Subject SEM 2 Neuro 2 Lab Absence (Fri Oct 31) | AWOD003695 |
| 24. | 2014-12-05 | Email from student Services to O. Awodiya; Subject: Question Updated: Case #01321549 | AWOD002780 |

2

47208114;4

| <u>No.</u> | <u>Date</u> | <u>Exhibit</u> | <u>Bates No./Depo. Exh. #</u> |
|---|---|---|---|
| 25. | 2015-05-04 | Email exchange between O. Awodiya and Student Services; Subject: Question Updated:  Case #01440414 | AWOD002781 |
| 26. | 2015-08-04 | Email exchange between O. Awodiya and Student Services; Subject: Question Updated:  Case #01513459 | AWOD002784 – 2785 |
| 27. | 2015-09-11 | Email from The Office of Student Services to O. Awodiya; Subject: Increase in Passing Score for the Comprehensive Basic Science Exam | AWOD001862 |
| 28. | 2015-10-12 | Email from Valarie Thomas to O. Awodiya; Subject: Semester 5 Academic Enhancement Program Invitation | AWOD003751 – 3752 |
| 29. | 2015-10-28 | Medical Note (Counseling Psychosocial Intake)<br>(RUSM Counseling Center) | RUSM000159 – 163 |
| 30. | 2015-11-05 | Medical Note<br>(RUSM Counseling Center) | RUSM000136 – 137 |
| 31. | 2015-11-11 | Email from DeVryMedical to O. Awodiya; Subject: NBME COMP Exam  - Action Required | AWOD002312 |
| 32. | 2015-11-26 | Email to Awodiya from Hayse; Subject: COMP Meeting Action Required | RUSM 000534; Awodiya Depo. Exh. 9 |
| 33. | 2015-12-08 | Medical Note | RUSM000135; Cuffy Depo. Exh. 2 |
| 34. | 2015-12-08 | Medical Note<br>(RUSM Counseling Center) | RUSM000138 – 140; Cuffy Depo. Exh. 1 |
| 35. | 2015-12-08 | Consent to Release Confidential Information(Ross University, Dept. of Behavioral Sciences – Counseling Center) | RUSM000168; Awodiya Depo. Exh. 1; Sharma Depo Exh. 5; Cuffy Depo. Exh. 15 |
| 36. | 2015-12-08 | Individual Safety Plan (Ross University Dept. of Behavioral Sciences – Counseling Center) | RUSM000169; Awodiya Depo. Exh. 2; Cuffy Depo. Exh. 14 |
| 37. | 2015-12-09 | Medical Note<br>(RUSM Counseling Center) | RUSM000125 – 127; Sharma Depo. Exh. 6; Cuffy Depo. Exh. 4 |
| 38. | 2015-12-09 | Jeanie Robertson email to herself | RUSM000170; Cuffy |

47208114;4

| <u>No.</u> | <u>Date</u> | <u>Exhibit</u> | <u>Bates No./Depo. Exh. #</u> |
|---|---|---|---|
| | | memorializing telephone calls received from Plaintiff's mother | Depo. Exh. 3 |
| 39. | 2015-12-09 | Email exchange between Melanie Cheers and Davendra Sharma; cc: Joy Himmel; Subject: RE: High Interest Cases | RUSM000803 - 804 |
| 40. | 2015-12-10 | Medical Note (RUSM Counseling Center) | RUSM000141 – 142 |
| 41. | 2015-12-10 | Medical Note (RUSM Counseling Center) | RUSM000143; Cuffy Depo. Exh. 7 |
| 42. | 2015-12-10 | Email chain: Davendra Sharma, Ryan Didier, Stanley White; cc: Joy Himmel, McMillan Cuffy, Bryan Hayse, Melanie Jacobson; Subject: Re: Mr. Oluwamuyiwa Awodiya | RUSM000533 |
| 43. | 2015-12-11 | Medical Note (RUSM Counseling Center) | RUSM000144; Cuffy Depo. Exh. 8 |
| 44. | 2015-12-11 | Email from O. Awodiya to McMillan Cuffy; Subject: Fwd: LIAT Itinerary | RUSM000798 - 800 |
| 45. | 2015-12-13 | Medical Note (RUSM Counseling Center) | RUSM000145 – 146; Cuffy Depo. Exh. 6 |
| 46. | 2015-12-14 | Medical Note (RUSM Counseling Center) | RUSM000128; Sharma Depo. Exh. 1 |
| 47. | 2015-12-28 | Email from Office of the Registrar to O. Awodiya; Subject: IMPORTANT: Update on student status for Spring 2016 | AWOD001851 -1855 |
| 48. | 2015-12-28 | Promotions Committee Decision on Final Grades, Semester 5 (repeat of semester) | RUSM000036 – 037; Awodiya Depo. Exh. 7 |
| 49. | 2016-01-01 | Student Handbook 2015—2016 | RUSM000326 – 446 |
| 50. | 2016-01-09 | Email from Rose-Claire St. Hilaire to O. Awodiya; Subject ELLS orientation | AWOD001278 |
| 51. | 2016-01-11 | SAP Academic Plan Student Agreement | RUSM000038 – 044; Awodiya Depo. Exh. 8 |
| 52. | 2016-01-11 | Medical Note (RUSM Counseling Center) | RUSM000147 – 148 |
| 53. | 2016-01-18 | Email from Awodiya to Davendra Sharma re completion of all tests recommended by Mr. Cuffy and schedule to begin treatment | AWOD004611 |

| No. | Date | Exhibit | Bates No./Depo. Exh. # |
|---|---|---|---|
| | | for ADHD | |
| 54. | 2016-01-18 | Medical Note (RUSM Counseling Center) | RUSM000149 |
| 55. | 2016-01-18 | Medical Note (Referral Form) (RUSM Counseling Center) | RUSM000158; Cuffy Depo Exh. 9 |
| 56. | 2016-02-12 | Medical Note (RUSM Counseling Center) | RUSM000130 – 131; Sharma Depo. Exh. 3 |
| 57. | 2016-02-17 | Medical Note (RUSM Counseling Center) | RUSM000150; Cuffy Depo Exh. 5 |
| 58. | 2016-03-04 | Email exchange between O Awodiya and Rose-Claire St. Hilaire; Subject: RE: Today's meeting | AWOD004161 |
| 59. | 2016-03-11 | Medical Note (RUSM Counseling Center) | RUSM000132 – 133; Sharma Depo. Exh. 4 |
| 60. | 2016-03-11 | Medical Note (RUSM Counseling Center) | RUSM000151 |
| 61. | 2016-03-24 | Medical Note (RUSM Counseling Center) | RUSM000152; Cuffy Depo. Exh. 10 |
| 62. | 2016-04-05 | Counseling Note (RUSM Counseling Center) | RUSM000129; Sharma Depo. Exh. 7 |
| 63. | 2016-04-05 | Medical Note (RUSM Counseling Center) | RUSM000134 |
| 64. | 2016-04-11 | Medical Note (RUSM Counseling Center) | RUSM000153; Cuffy Depo. Exh. 11 |
| 65. | 2016-04-18 | Email from Office of the Registrar to O. Awodiya; Subject: Reminder-Important Enrollment Information | AWOD003154 |
| 66. | 2016-04-19 | Reflection for CS Course Absence by O. Awodiya | RUSM000745 – 747; Awodiya Depo. Exh. 10 |
| 67. | 2016-04-20 | Medical Note (RUSM Counseling Center) | RUSM000154; Cuffy Depo Exh. 12 |
| 68. | 2016-04-22 | Test Results from the National Board of Medical Examiners | RUSM000050; Awodiya Depo. Exh. 11 |
| 69. | 2016-05-03 | Grade Change Form | RUSM000045 |
| 70. | 2016-05-05 | Medical Note (RUSM Counseling Center) | RUSM000155 – 156; Cuffy Depo. Exh. 13 |

5

| No. | Date | Exhibit | Bates No./Depo. Exh. # |
|---|---|---|---|
| 71. | 2016-07-02 | Test Results from the National Board of Medical Examiners | RUSM000049; Awodiya Depo. Exh. 11 |
| 72. | 2016-07-06 | Email from Registrar General to O. Awodiya; Subject: Comprehensive Basic Science Exam Score Report [ ref:_00D80cFjT._50080sLNty:ref ] | AWOD000838 |
| 73. | 2016-08-26 | Test Results from the National Board of Medical Examiners | RUSM000048; Awodiya Depo. Exh. 11 |
| 74. | 2016-08-31 | Email from Registrar General to O. Awodiya; Subject: Comprehensive Basic Science Exam Score Report [ ref:_00D80cFjT.-50080tuDpg:ref ] | AWOD000839 |
| 75. | 2016-10-22 | Test Results from the National Board of Medical Examiners | RUSM000047; Awodiya Depo. Exh. 11 |
| 76. | 2016-10-26 | Email from Registrar General to O. Awodiya; Subject: Comprehensive Basic Science Exam Score Report [ ref:_00D80cFjT.-50080vH03P:ref ] | AWOD000840 |
| 77. | 2016-10-28 | Letter of Dismissal | RUSM000073; Awodiya Depo. Exh. 12 |
| 78. | 2016-12-01 | Email from Registrar General to Awodiya; Subject: Appeal Decision | AWOD000339 |
| 79. | 2016-12-01 | Email chain: Student Services to O. Awodiya; Subject: Question Updated: Case #01938542 | AWOD002794 |
| 80. | 2016-12-01 | Reinstatement letter | RUSM000072 |
| 81. | 2016-12-07 | Email from Emma Jane Bateson to O. Awodiya; Subject: COMP Prep Support | AWOD000831 |
| 82. | 2016-12-22 | Email from O. Awodiya to Registrar; Subject: Comp highlighting feature score recheck | AWOD004595 |
| 83. | 2017-01-09 | Email between O. Awodiya and Student Services; Subject: askRoss Question Closed: Case #02011295 | AWOD000386 – 387 |
| 84. | 2017-01-09 | Score Recheck Request form to National Board of Medical Examiners | RUSM000033 |
| 85. | 2017-01-12 | Email exchange between Melisa Sanchez and Subject Exams; cc: Jonathan Velez, | RUSM000996 – 997 |

| No. | Date | Exhibit | Bates No./Depo. Exh. # |
| --- | --- | --- | --- |
| | | Subject Exams, Cheri Kershen; Subject: RE: CBSE Recheck | |
| 86. | 2017-03-30 | Test Results from the National Board of Medical Examiners | RUSM000046; Awodiya Depo. Exh. 11 |
| 87. | 2017-04-05 | Email from Registrar General to O. Awodiya; Subject: Comprehensive Basic Science Exam Score Report [ ref:_00D80cFjT.-50080zDvTh:ref ] | AWOD000841 |
| 88. | 2017-04-13 | Letter of Dismissal | RUSM000071 |
| 89. | 2017-04-20 | Summary of Care (Kaiser Permanente Mid-Atlantic) | RUSM000054 – 056 |
| 90. | 2017-04-21 | Email chain: O. Awodiya and Niels Larsen; cc: Rose-Claire St. Hilaire, Maureen Hall; Subject: Forward Pertinent Information for Appeal letter | AWOD002557 – 2558 |
| 91. | 2017-04-21 | Email exchange between O. Awodiya and Niels Larsen; cc: Rose-Claire St. Hilaire, Maureen Hall; Subject: RE: Pertinent information for Appeal letter | AWOD004597 – 4599 |
| 92. | 2017-06-01 | Letter from Niels Larsen, Ph.D., upholding April 13, 2017 academic dismissal | RUSM000070; Owen Depo Exh. 1 |
| 93. | 2017-06-12 | Letter from Denise H. Unterman to William F. Owen, M.D. | RUSM000059 – 060 |
| 94. | 2017-06-13 | Letter to Dean Owen | Awodiya Depo. Exh. 15 |
| 95. | 2017-06-13 | Email exchange between O. Awodiya and Student Services; Subject: Question Updated: Case #02149780 | AWOD002805 – 2806 |
| 96. | 2017-06-29 | Letter from Dean William Owen upholding April 13, 2017 dismissal | RUSM000069 |
| 97. | 2017-12-23 | United States medical Licensing Examination – Step 1 Score Report | AWOD004755 –756; Awodiya Depo. Exh. 16 |
| 98. | 2018-02-20 | Email from O. Awodiya to Dean Owen (wowen@ross.edu) attaching letter request for reinstatement | Awodiya Depo. Exh. 17 |
| 99. | 2018-02-20 | Email from William Owen to Gary Belotzerkovsky, Stanley White, Vijay Rijput; Subject: Reinstatement Request | RUSM000957 – 958 |

47208114;4

| No. | Date | Exhibit | Bates No./Depo. Exh. # |
|---|---|---|---|
| 100. | 2018-02-21 | Email from Student Services | Awodiya Depo. Exh. 18 |
| 101. | 2018-03-19 | Medical Note (RUSM Counseling Center) | RUSM000157 |
| 102. | 2018-05-21 | Official Transcript - Ross University (Summer 2014 through Summer 2015) | RUSM000032; Awodiya Depo. Exh. 6 |
| 103. | 2018-05-21 | List of Tests / Review Tests | RUSM000057 – 058 |
| 104. | 2018-08-16 | Declaration in Support of Plaintiff's Motion for Partial Summary Judgment | [ECF No. 59] |
| 105. | 2018-09-14 | RUSM Mini and Lab Exam Scores (05/26/14 through 04/08/16) | AWOD004752 – 54 |
| 106. | 2018-09-24 | Plaintiff's Responses and Objections to Defendant's First Set of Interrogatories | |
| 107. | 2018-10-25 | Plaintiff's Amended Responses and Objections to Defendant's First Set of Interrogatories | |
| 108. | 2018-10-31 | Reinstatement letter from William F. Owen, Jr., MD, FACP to O. Awodiya | Awodiya Depo. Exh. 19; Owen Depo Exh. 2 |
| 109. | 2018-12-10 | Declaration in Support of Plaintiff's Second Motion for Partial Summary Judgment | [ECF No. 102] |
| 110. | 2018-12-28 | Updated Expert Report of Ronald G. Quintero of R.G. Quintero & Co. | |