# Exhibit 3

## UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| OLUWAMUYIWA AWODIYA, <br> *Plaintiff,* <br><br> -v- <br><br> ROSS UNIVERSITY SCHOOL OF MEDICINE, SCHOOL OF VETERINARY MEDICINE LIMITED <br> *Defendant.* | Case No.   0:18-cv-60482-KMM <br><br> Hon. Chief Judge: K. Michael Moore <br> Magistrate Judge: Alicia O. Valle |

## **PLAINTIFF'S WITNESS LIST**

Plaintiff Oluwamuyiwa Awodiya ("Plaintiff"), in proper person, hereby submits his witness list:

**A.     The following persons are fact witnesses intended to be called at trial:**

1. William Owen

2. Bryan Hayse

3. McMillian Cuffy (**must be in person**)

4. Davendranand Sharma (**must be in person**)

5. Matthew Stewart-Fulton (**must be in person**)

6. Oluwamuyiwa Awodiya

**B.     The following persons are fact witnesses who may be called at trial:**

1. Any and all witnesses disclosed by Defendant.

2. Any and all rebuttal or impeachment witnesses.

1