# Exhibit 4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

OLUWAMUYIWA AWODIYA,                         CASE NO.  0:18-cv-60482-KMM-AOV

    Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

    Defendant.
_____/

**DEFENDANT'S WITNESS LIST**

Pursuant to the Paperless Order Scheduling Trial [ECF No. 37] (the "Scheduling Order"), defendant Ross University School of Medicine, School of Veterinary Medicine Limited, by and through undersigned counsel, hereby make the following disclosure of witnesses intended to be called at trial pursuant to the applicable Federal Rules of Civil Procedure and the Scheduling Order.

A. The following persons are fact witnesses intended to be called at trial:

    1.    William Owen
          c/o RUSM's Counsel

    2.    Bryan Hayse (via deposition or in person)
          c/o RUSM's Counsel

    3.    McMillan Cuffy (via deposition or in person)
          c/o RUSM's Counsel

    4.    Davendranand Sharma (via deposition or in person)
          c/o RUSM's Counsel

    5.    Matthew Stewart-Fulton (via deposition or in person)
          c/o RUSM's Counsel

    6.    Oluwamuyiwa Awodiya

B. The following persons are fact witnesses who may be called at trial:

      1.      Sandra Herrin
             c/o RUSM's Counsel

      2.      Any and all witnesses disclosed by Plaintiff.

      3.      Any and all rebuttal or impeachment witnesses.

C. The following are expert witnesses intended to be called at trial:

      1.      Ronald Quintero, CPA, CFA
             Managing Director
             Chartered Capital Advisers, Inc.
             c/o RUSM's Counsel

47532884;3