# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

OLUWAMUYIWA AWODIYA,                    CASE NO.  0:18-cv-60482-KMM-AOV

      Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

      Defendant.

_____/

## DEFENDANT'S PROPOSED *VOIR DIRE* QUESTIONS

Defendant Ross University School of Medicine, School of Veterinary Medicine Limited ("RUSM") submits the following proposed *voir dire* questions in connection with the jury trial of this action beginning on March 18, 2019.

## PROPOSED *VOIR DIRE* QUESTIONS

1. The parties to this case are Mr. Awodiya and Ross University School of Medicine. Do any of you or, to the best of your knowledge, any of your relatives or friends know anything about:

    a.  Ross University School of Medicine?

    b.  Does anyone here have a negative opinion about Ross University School of Medicine?  If so, raise your hands (for follow-up questions).

        i.  What is your negative opinion?

        ii.  What is the basis for your negative opinion?

2. Have you or, to the best of your knowledge, any of your relatives or friends ever applied for admission to Ross University School of Medicine?  If so, raise your hand (for follow up questions).

48007328;3

    a.   When did you apply?

    b.   What was the outcome?

3.   Do any of you or, to the best of your knowledge, any of your relatives or friends suffer from:

    a.   Mental disabilities?

    b.   Learning disabilities?

    c.   Physical disabilities?

    d.   Attention-deficit/hyperactivity disorder, which is commonly known as ADHD?

    e.   Attention deficit disorder, which is commonly known as ADD?

    f.   Obsessive Compulsive Disorder, which is commonly known as OCD?

If so, please raise your hand (for follow-up questions).

        i.   Have you or to your knowledge, a relative or a friend ever had to request an accommodation because of any disability? If so, please raise your hand (for the follow-up question)

            1.   Did you receive an accommodation?

            2.   Were you denied an accommodation?

            3.   Have you ever been in a situation where you believed that you needed an accommodation but failed to receive it?

4.   Have you or, to your knowledge, a relative or a friend ever been the victim of discrimination.  If so, can you describe the situation?

    a.   Have you or to your knowledge, a relative or a friend ever filed a formal complaint or charge with an administrative agency such as the Equal Employment Opportunity Commission?

    b.   Have you or, to your knowledge, a relative or a friend ever filed a lawsuit because of discrimination?

2

    c.   What was the nature of the charge and/or lawsuit?

    d.   What was the outcome?

5.   Have any of you ever been in a situation where you needed to apply for assistance but failed to do so because you were either embarrassed or afraid of being stigmatized?  If so, raise your hand (for follow-up question).

    a.   If you failed to apply for assistance, do you believe an entity should be responsible for failing to provide you with assistance?

6.   Have you or, to your knowledge, any friends or relatives ever been dismissed from a university or terminated from a job? If so, raise your hand (for follow-up question).

    a.   Can you describe the nature of the situation?

7.   Do you believe that, as between individuals and corporations, such as Ross University School of Medicine, there should be any distinction in the kind of justice which they receive?

    a.   Do you feel that you can be as fair in this trial toward a corporation as you will be toward an individual person?  If not, please raise your hand.

8.   If the evidence and the rules of law indicate that a company has complied with its obligations under the law and under a contract, do you believe it can be held liable in a lawsuit?

9.   If the evidence and the rules of law indicate that the defendant should prevail in this cause of action, would you be able to put aside any sympathy you might have for the plaintiff and return a verdict in the defendant's favor?

10. The plaintiff in this case alleges to suffer from mental disabilities.  Does this in any way prevent anyone from serving as an impartial juror in this matter?  If so, please raise your hand (for follow-up questions.

    a.   Why do you feel that you are unable to be impartial?

Dated: February 28, 2019                    Respectfully submitted,

**AKERMAN LLP**
Three Brickell City Centre
98 Southeast Seventh Street
Suite 1100
Miami, Florida 33131
Telephone: (305) 374-5600
Facsimile:  (305) 374-5095

By: _s/ Ryan Roman_
Michael C. Marsh
Florida Bar No. 0072796
michael.marsh@akerman.com
simone.tobie@akerman.com
Ryan Roman
Florida Bar No. 0025509
ryan.roman@akerman.com
dorothy.matheis@akerman.com
Donnie M. King
Florida Bar No. 101386
donnie.king@akerman.com
simone.tobie@akerman.com
Octavia M. Green
Florida Bar No. 119179
octavia.green@akerman.com
simone.tobie@akerman.com

4

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 28, 2019 a true and correct copy of the foregoing

document was served via email on:


Oluwamuyiwa Awodiya
15005 Dahlia Drive
Bowie, Maryland 20721
Telephone: (240) 602-1836
E-mail: drmuyiwa.a@gmail.com


*/s/Ryan Roman*_____
Ryan Roman

48007328;3