**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

OLUWAMUYIWA AWODIYA,   CASE NO. 0:18-cv-60482-KMM-AOV

    Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

    Defendant.
_____/

**NOTICE OF FILING PLAINTIFF'S STATEMENT OF THE CASE TO BE INCLUDED IN THE PRETRIAL STIPULATION SUBMITTED ON FEBRUARY 28, 2019**

Defendant Ross University School of Medicine, School of Veterinary Medicine Limited ("RUSM") respectfully submits Plaintiff's Statement of the Case to be included in the Pretrial Stipulated submitted to the Court on February 28, 2019. [ECF No. 149]. RUSM files this document on behalf of Plaintiff, Oluwamuyiwa Awodiya, as a courtesy, since Mr. Awodiya does not have access to e-filing on CM/ECF. Plaintiff's Statement of the Case is attached as **Exhibit A.**

48123556;1

Dated: March 1, 2019 	Respectfully submitted,

**AKERMAN LLP**
Three Brickell City Centre
98 Southeast Seventh Street
Suite 1100
Miami, Florida 33131
Telephone: (305) 374-5600
Facsimile: (305) 374-5095

By: *s/ Ryan Roman*
Michael C. Marsh
Florida Bar No. 0072796
michael.marsh@akerman.com
simone.tobie@akerman.com
Ryan Roman
Florida Bar No. 0025509
ryan.roman@akerman.com
dorothy.matheis@akerman.com
Donnie M. King
Florida Bar No. 101386
donnie.king@akerman.com
simone.tobie@akerman.com
Octavia M. Green
Florida Bar No. 119179
octavia.green@akerman.com
simone.tobie@akerman.com

48123556;1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 1, 2019 a true and correct copy of the foregoing document was served via email on:

Oluwamuyiwa Awodiya
15005 Dahlia Drive
Bowie, Maryland 20721
Telephone: (240) 602-1836
E-mail: drmuyiwa.a@gmail.com

                                                  */s/Ryan Roman*
                                                  Ryan Roman