UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

OLUWAMUYIWA AWODIYA,    CASE NO.  0:18-cv-60482-KMM-AOV

    Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

    Defendant.
_____/

**JOINT MOTION FOR PERMISSION TO BRING
ELECTRONIC EQUIPMENT INTO COURTHOUSE**

Plaintiff Oluwamuyiwa Awodiya ("Plaintiff") and defendant Ross University School of Medicine, School of Veterinary Medicine Limited ("RUSM") (collectively, the "Parties"), pursuant to Local Rule 7.1 and Administrative Order 2018-79, hereby file this Joint Motion for Permission to Bring Electronic Equipment into the Wilkie D. Ferguson, Jr., United States Courthouse in Miami, Florida and the U.S. Federal Building and Courthouse in Fort Lauderdale, Florida for the upcoming pretrial conference, calendar call and trial in this matter.  In support thereof, the Parties state as follows:

    1. Pursuant to the Paperless Order Scheduling Trial [ECF No. 37] (the "Scheduling Order"), the Parties are set to appear for a Pretrial Conference on March 5, 2019 and Calendar Call on March 14, 2019 at the Wilkie D. Ferguson, Jr. United States Courthouse in Miami, Florida. [ECF No. 37].  Trial is on the Court's March 18, 2019 to March 29, 2019 trial docket and will be held at the U.S. Federal Building and Courthouse in Fort Lauderdale, Florida.  [ECF No. 37].

    2. Administrative Order 2018-79 prohibits the usage of cell phones and other electronic devices in the courthouse, except for where a written request is signed by a judge and

48100681;2

forwarded to the United States Marshal for verification. The Administrative Order also grants permission to attorneys permitted to practice law within the Southern District of Florida with a valid Florida Bar identification card to bring electronic devices into the courthouse.

3. Counsel for RUSM will be appearing at the Wilkie D. Ferguson, Jr. United States Courthouse in Miami, Florida on March 5, 2019 and March 14, 2019. Counsel will also be attending trial at the U.S. Federal Building and Courthouse in Fort Lauderdale, Florida during the assigned trial dates. Specifically, the aforementioned Counsel seek permission to bring four (4) laptop computers into the courthouses in Miami and Fort Lauderdale. In addition to the aforementioned counsel requiring permission, the undersign also requests permission for Valarie Bomar, Esq., to bring a cellular telephone and a laptop computer into the Wilkie D. Ferguson, Jr. United States Courthouse in Miami, Florida and the U.S. Federal Building and Courthouse in Fort Lauderdale, Florida.

4. Counsel for RUSM has also retained a trial technician to assist them during trial. RUSM respectfully requests permission for its trial technician to bring the following electronics into the U.S. Federal Building and Courthouse in Fort Lauderdale, Florida: two (2) Lenovo Thinkpad Laptops (Serial # PF-OTFXFX, Serial # PF-OTTAAO); two (2) Logitech Wireless Mice; one (1) Western Digital External Hard Drive; two to three SanDisk Thumb Drives; one (1) Extron 4-wat VGA Switch; one (1) Powerpoint Wireless Presenter; one (1) Brother B&W Laser Printer; one (1) Iphone 6 #C76RJT4XGRY5; and various cabling/power supplies.

5. Plaintiff also requests permission to bring his cellular telephone and laptop into the Miami and Fort Lauderdale courthouses for the Pretrial Conference, the Calendar Call and trial.

6. Plaintiff states that he lives in the state of Maryland and must travel to Florida in order to attend the court meetings. The last time that Plaintiff traveled to Florida for a court

appearance in this case, Plaintiff states that he was unable to rent a car because he does not own a credit card that it required of him. As a result, Plaintiff states that he uses his cellphone to use Uber or Lyft to travel back and forth from the airport. Once Plaintiff arrives at the courthouse, he has nowhere to place his laptop and cellphone.

     WHEREFORE, plaintiff Oluwamuyiwa Awodiya and defendant Ross University School of Medicine, School of Veterinary Medicine Limited respectfully request that the Court enter the attached order granting permission to bring electronic equipment into the Wilkie D. Ferguson, Jr. United States Courthouse in Miami, Florida and the U.S. Federal Building and Courthouse in Fort Lauderdale, Florida for the upcoming pretrial conference, calendar call and trial in this matter.

<table>
<tr><td>

Dated: March 1, 2019

Oluwamuyiwa Awodiya
15005 Dahlia Drive
Bowie, Maryland 20721
Telephone: (240) 602-1836

By: *s/ Oluwamuyiwa Awodiya*
Oluwamuyiwa Awodiya (*pro se*)
drmuyiwa.a@gmail.com

</td><td>

Respectfully submitted,

**AKERMAN LLP**
Three Brickell City Centre
98 Southeast Seventh Street
Suite 1100
Miami, Florida 33131
Telephone: (305) 374-5600
Facsimile:  (305) 374-5095

By: *s/ Ryan Roman*
Michael C. Marsh
Florida Bar No. 0072796
michael.marsh@akerman.com
simone.tobie@akerman.com
Ryan Roman
Florida Bar. No. 0025509
ryan.roman@akerman.com
dorothy.matheis@akerman.com
Donnie M. King
Florida Bar. No. 101386
donnie.king@akerman.com
simone.tobie@akerman.com
Octavia M. Green
Florida Bar No. 119179
octavia.green@akerman.com
simone.tobie@akerman.com

</td></tr>
</table>