**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

OLUWAMUYIWA AWODIYA,   CASE NO. 0:18-cv-60482-KMM-AOV

    Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

    Defendant.
_____/

**ORDER GRANTING THE JOINT MOTION FOR PERMISSION TO**
**BRING ELECTRONIC EQUIPMENT INTO COURTHOUSE**

THIS CAUSE coming before the Court upon the Joint Motion for Permission to Bring Electronic Equipment into the Courthouse (the "Joint Motion"), filed by plaintiff Oluwamuyiwa Awodiya and defendant Ross University School of Medicine, School of Veterinary Medicine Limited (the "Parties"), and finding good cause to grant the Joint Motion, accordingly, it is

**ORDERED and ADJUDGED as follows:**

1.    The Motion is GRANTED.

2.    The Parties are granted permission to bring the electronic equipment described below into the Wilkie D. Ferguson, Jr. United States Courthouse in Miami, Florida and the U.S. Federal Building and Courthouse in Fort Lauderdale, Florida for the upcoming pretrial conference, calendar call and trial in this matter.

3.    Plaintiff is permitted to bring his cellular telephone and laptop computer into the Wilkie D. Ferguson, Jr. United States Courthouse in Miami, Florida and the U.S. Federal Building and Courthouse in Fort Lauderdale, Florida.

4.    RUSM's counsel at Akerman LLP is permitted to bring four (4) laptop computers into the Wilkie D. Ferguson, Jr. United States Courthouse in Miami, Florida and the U.S. Federal Building and Courthouse in Fort Lauderdale, Florida.

5.       Valarie Bomar, Esq. is granted permission to bring a cellular telephone and a laptop computer into the Wilkie D. Ferguson, Jr. United States Courthouse in Miami, Florida and the U.S. Federal Building and Courthouse in Fort Lauderdale, Florida.

6.       RUSM's trial technician is granted permission to bring the following electronics into the U.S. Federal Building and Courthouse in Fort Lauderdale, Florida: two (2) Lenovo Thinkpad Laptops (Serial # PF-OTFXFX, Serial # PF-OTTAAO);  two (2) Logitech Wireless Mice; one (1) Western Digital External Hard Drive; two to three SanDisk Thumb Drives; one (1) Extron 4-wat VGA Switch; one (1) Powerpoint Wireless Presenter; one (1) Brother B&W Laser Printer; one (1) Iphone 6 #C76RJT4XGRY5; and various cabling/power supplies.

DONE and ORDERED in Chambers in Miami, Florida, this ___ day of March 2019.

_____
HONORABLE K. MICHAEL MOORE
UNITED STATES DISTRICT COURT JUDGE

Copies to all counsel of record

48126859;2