UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 0:18-cv-60482-KMM

OLUWAMUYIWA AWODIYA,

    Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

    Defendant.
_____/

**ORDER GRANTING THE JOINT MOTION FOR PERMISSION TO**
**BRING ELECTRONIC EQUIPMENT INTO COURTHOUSE**

    THIS CAUSE came before the Court upon a Joint Motion for Permission to Bring Electronic Equipment into the Courthouse ("Joint Motion") (ECF No. 153).

    UPON CONSIDERATION of the Joint Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that the Joint Motion (ECF No. 153) is GRANTED as follows:

    1.    The Parties are permitted to bring the electronic equipment described below into the Wilkie D. Ferguson, Jr. United States Courthouse in Miami, Florida for the upcoming pretrial conference scheduled for March 5, 2019; calendar call set for March 14, 2019; and trial set for the two-week period beginning March 18, 2019.

    2.    Plaintiff is permitted to bring his cellular telephone and laptop computer.

    3.    RUSM's counsel at Akerman LLP is permitted to bring four (4) laptop computers.

    4.    Valarie Bomar, Esq. is granted permission to bring a cellular telephone and a laptop computer.

    5.    RUSM's trial technician is granted permission to bring the following electronics: two (2) Lenovo Thinkpad Laptops (Serial # PF-OTFXFX, Serial # PF-OTTAAO); two (2) Logitech Wireless Mice; one (1) Western Digital External Hard Drive; two to three SanDisk Thumb Drives; one (1) Extron 4-wat VGA Switch; one (1) Powerpoint Wireless Presenter; one (1)

Brother B&W Laser Printer; one (1) iPhone 6 #C76RJT4XGRY5; and various cabling/power supplies.

It is FURTHER ORDERED that the Parties shall forward the signed Order to the United States Marshal.

DONE and ORDERED in Chambers at Miami, Florida, this  4th   day of March 2019.

                                                                                                _____
                                                                                                K. MICHAEL MOORE
                                                                                                UNITED STATES CHIEF DISTRICT JUDGE

c: All counsel of record