**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

OLUWAMUYIWA AWODIYA,            CASE NO.  0:18-cv-60482-KMM-AOV

      Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

      Defendant.
_____/

## NOTICE OF FILING DEFENDANT'S DEPOSITION DESIGNATIONS

Defendant Ross University School of Medicine, School of Veterinary Medicine Limited ("RUSM") respectfully submits its Deposition Designations, attached hereto as **Exhibit A**. On February 19, 2019, RUSM served its deposition designations to Plaintiff, Oluwamuyiwa Awodiya. Pursuant to Fed. R. Civ. P. 26(a)(3), Plaintiff was required to designate witnesses whose testimony he expects to present at trial at least thirty (30) days before trial. Further, Plaintiff's objections to RUSM's deposition designations were due fourteen (14) days following service, or no later than March 5, 2019. Plaintiff has failed to not only provide RUSM with his proposed deposition designations but he has also failed to timely serve any objections to **Exhibit A.** Given Plaintiff's failure to serve his proposed deposition designations and his failure to raise any objections to RUSM's deposition designations, Plaintiff's has waived his opportunity to make any deposition designations under Fed. R. Civ. P. 26(a)(3) or object to RUSM's deposition designations.

Dated: March 6, 2019                                    Respectfully submitted,

**AKERMAN LLP**
Three Brickell City Centre
98 Southeast Seventh Street
Suite 1100
Miami, Florida 33131
Telephone: (305) 374-5600
Facsimile:  (305) 374-5095

By: *s/ Ryan Roman*
Michael C. Marsh
Florida Bar No. 0072796
michael.marsh@akerman.com
simone.tobie@akerman.com
Ryan Roman
Florida Bar No. 0025509
ryan.roman@akerman.com
dorothy.matheis@akerman.com
Donnie M. King
Florida Bar No. 101386
donnie.king@akerman.com
simone.tobie@akerman.com
Octavia M. Green
Florida Bar No. 119179
octavia.green@akerman.com
simone.tobie@akerman.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 6, 2019 a true and correct copy of the foregoing document was served via email on:

Oluwamuyiwa Awodiya
15005 Dahlia Drive
Bowie, Maryland 20721
Telephone: (240) 602-1836
E-mail: drmuyiwa.a@gmail.com

                                                   */s/Ryan Roman*
                                                   Ryan Roman