**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

OLUWAMUYIWA AWODIYA,                     CASE NO.  0:18-cv-60482-KMM-AOV

      Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

      Defendant.

_____/

**DEFENDANT'S MOTION IN LIMINE**
**TO PRECLUDE PLAINTIFF FROM INTRODUCING DOCUMENTS**
**PRODUCED AFTER THE DISCOVERY DEADLINE INTO EVIDENCE**

Pursuant to Rules 26 and 37 of the Federal Rules of Civil Procedure, Defendant Ross University School of Medicine, School of Veterinary Medicine Limited ("RUSM"), respectfully moves the Court for an Order precluding plaintiff Oluwamuyiwa Awodiya ("Plaintiff") from introducing into evidence documents produced after the discovery deadline.

**I.    INTRODUCTION**

Plaintiff seeks to introduce into evidence, documents produced after the discovery deadline.  Although Plaintiff claims that several of the documents relate to his purported calculation of damages, such evidence should be excluded as Plaintiff only recently disclosed these documents to RUSM.  The discovery deadline in this matter has long passed.  Further, Plaintiff never supplied this information with his initial disclosures as required by the Federal Rules of Civil Procedure. Plaintiff only recently advised RUSM of his intent to rely on certain documents.  Such documents should be precluded and stricken from Plaintiff's proposed exhibit list.

## II.    LEGAL STANDARD

Rule 26 of the Federal Rules of Civil Procedure requires the parties to submit initial disclosures within fourteen (14) days after the parties' initial conference.  Within their initial disclosures, the parties are required to submit copies of all documents within their possession, custody or control that may be used to support their claims or defenses.  Fed. R. Civ. P. 26(a).  The parties are also required to provide any computation of damages along with any supporting documents in support of such computation.  *Id*.  The purpose of disclosing such information before and during the discovery period to allow the parties sufficient time to conduct discovery into the alleged facts and to avoid any surprises at trial.  *See Federal Deposit Ins. Corp. v. Cherry, Bekaert & Holland*, 131 F.R.D. 202, 204 (M.D. Fla. 1990) ("The aim of the liberal discovery rules is to make trial 'less a game of blindman's bluff and more a fair contest.'").  Moreover, under Rule 26(e), Plaintiff is required to supplement and produce any documents he may rely on to support his claims.  "If a party fails to provide information or identify a witness are required by Rule 26(a) or (e), the party is not allowed to use that information or witness to supply evidence on a motion, at a hearing, or at a trial . . . ." Fed. R. Civ. P. 37(c).

## III.    ARGUMENT

### A. Plaintiff Only Recently Advised RUSM of Its Intent To Use Certain Documents.

Plaintiff seeks to introduce documents that were not disclosed to RUSM until long after the December 28, 2018 discovery deadline and on the eve of trial.  In particular, Plaintiff has listed the following documents on his proposed exhibit list:

48221709;2

| No. | Date | Exhibit | Location/Label | Defendant's Objection |
|---|---|---|---|---|
| 55 | | 2014-2015 Award Year Direct Loan Volume by School | AWOD005361 | H, F, A, UP, R, Rule 26 and Rule 37/Failure to Disclose, Motion in Limine |
| 56 | | 2015-2016 Award Year Direct Loan Volume by School | AWOD005362 | H, F, A, UP, R, Rule 26 and Rule 37/Failure to Disclose, Motion in Limine |
| 57 | | 2016-2017 Award Year Direct Loan Volume by School | AWOD005363 | H, F, A, UP, R, Rule 26 and Rule 37/Failure to Disclose, Motion in Limine |
| 58 | | 2017-2018 Award Year Direct Loan Volume by School | AWOD005364 | H, F, A, UP, R, Rule 26 and Rule 37/Failure to Disclose, Motion in Limine |
| 59 | | DeVry Inc. 2012 10-K SEC filing — www.sec.gov | | H, F, A, UP, R, Rule 26 and Rule 37/Failure to Disclose, Motion in Limine |
| 60 | | DeVry Inc. 2013 10-K SEC filing — www.sec.gov | | H, F, A, UP, R, Rule 26 and Rule 37/Failure to Disclose, Motion in Limine |
| 61 | | DeVry Education Group Inc. 2014 | | H, F, A, UP, R, Rule 26 and |

3

| | | 10-K SEC filing — www.sec.gov | | Rule 37/Failure to Disclose, Motion in Limine |
|---|---|---|---|---|
| 62 | | Adtalem Global Education Inc. 2017 10-K SEC filing — www.sec.gov | | H, F, A, UP, R, Rule 26 and Rule 37/Failure to Disclose, Motion in Limine |
| 63 | | Adtalem Global Education Inc. 2018 10-K SEC filing — www.sec.gov | | H, F, A, UP, R, Rule 26 and Rule 37/Failure to Disclose, Motion in Limine |
| 64 | | Medical School Admission Requirements (MSAR) Advisor Report 2018 | AWOD004993 − 4997 | H, F, A, UP, R, Rule 26 and Rule 37/Failure to Disclose, Motion in Limine |
| 66 | | Results of the 2018 National Resident Matching Program Director Survey | AWOD005003 − 5181 | H, F, A, UP, R, Rule 26 and Rule 37/Failure to Disclose, Motion in Limine |

Federal Rule Civil Procedure 26(a) requires the parties to make initial disclosures and produce copies of all documents that a party may have in its possession that may be used in support of its claims/or defenses. Rule 26(a) also requires parties to exchange a computation of its damages and provide copies of any documents in support thereof. Plaintiff only recently produced many of these documents, long after the December 28, 2018 discovery cutoff.

Plaintiff's failure to provide these documents before the discovery cutoff also violates Fed. R. Civ. P. 26(e).  More specifically under Rule 26(e), Plaintiff is required to supplement and produce any documents he may rely on to support his claims.  Plaintiff simply failed to do so.  Thus, Plaintiff's exhibits numbered 55-64 and 66 should be stricken from Plaintiff's proposed exhibit list.

    a.  **Documents Used to Support Plaintiff's Damages Contentions**

In RUSM's request for production, RUSM sought the production of "all documents that evidence, reflect, relate to or support [Plaintiff's] claims for damages in this action."  A copy of RUSM's Request for Production to Plaintiff is attached hereto as **Exhibit A.**  Plaintiff had a duty to supplement his production of documents under Fed. R. Civ. P. 26(e).  Plaintiff simply failed to do so.

On February 11, 2019, Plaintiff for the first time advised RUSM of his intent to rely on document numbered 55-63.  A copy of Plaintiff's correspondence to RUSM is attached hereto as **Exhibit B.**  This correspondence was furnished well beyond the discovery deadline.  Even though Plaintiff contends that Adtalem's net worth will not be mentioned, the documents pertain to Adtalem and are excluded from evidence per the Court's recent ruling.  *See* [ECF No. 155].

Federal Rule of 37(c) precludes a party from using information to supply evidence at trial if a party fails to provide such information under Rule 26(a) and (e).  Items numbered 55-64 and 66 in Plaintiff's proposed exhibit list should be stricken.

### LOCAL RULE 7.1(a)(3) CERTIFICATE OF CONFERRAL

Counsel for RUSM certifies that he conferred with Plaintiff in an effort to resolve or narrow the issues set forth in this Motion.  The Motion includes those matters which the parties were unable to resolve after a good faith conferral effort.

### CONCLUSION

For the reasons stated herein, defendant Ross University School of Medicine, School of Veterinary Medicine Limited respectfully requests that the Court enter an Order precluding Plaintiff from introducing his exhibits numbered 55-64 and 66 into evidence and granting RUSM such other and further relief as the Court deems just and proper.

Dated: March 8, 2019

Respectfully submitted,

/s/Octavia M. Green
MICHAEL C. MARSH
Florida Bar Number:  0072796
Email:  michael.marsh@akerman.com
Secondary:  sharon.luesang@akerman.com
RYAN A. ROMAN
Florida Bar Number:  0025509
Email:  ryan.roman@akerman.com
Secondary:  dorothy.matheis@akerman.com
DONNIE M. KING
Florida Bar Number: 101386
Email: donnie.king@akerman.com
Secondary: simone.tobie@akerman.com
OCTAVIA M. GREEN
Florida Bar Number: 119179
Email: octavia.green@akerman.com
Secondary: simone.tobie@akerman.com

**AKERMAN LLP**
98 SE 7th Street, Suite 1100
Miami, FL 33131
Phone:  (305) 374-5600
Fax:  (305) 374-5095

*Attorneys for Defendant Ross University School of Medicine, School of Veterinary Medicine Limited*

48221709;2

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on March 8, 2019 a true and correct copy of the foregoing document was served via CM/ECF on:

Oluwamuyiwa Awodiya
15005 Dahlia Drive
Bowie, Maryland 20721
Telephone: (240) 602-1836
E-mail: drmuyiwa.a@gmail.com

*s/Octavia M .Green*
Octavia M. Green

48221709;2