**EXHIBIT B**

# Green, Octavia (Assoc-Mia)

| | |
|---|---|
| **From:** | Muyiwa Awodiya <drmuyiwa.a@gmail.com> |
| **Sent:** | Monday, February 11, 2019 9:50 AM |
| **To:** | Roman, Ryan (Ptnr-Mia); Green, Octavia (Assoc-Mia); Marsh, Michael (Ptnr-Mia) |
| **Subject:** | Punitive Damages |

Ryan,

In light of RUSM waiting until of recent to dispute Adtalem's net worth, the following evidence will be submitted to the jury and the jury will determine whatever amount is appropriate:

- https://studentaid.ed.gov/sa/about/data-center/student/title-iv;
- https://studentaid.ed.gov/sa/data-center.

To the extent that RUSM intends to argue any inability to pay, the following will also be used:
- https://www.sec.gov/Archives/edgar/data/730464/000114420418046216/tv500801_10k.htm;
- https://www.sec.gov/cgi-bin/browse-edgar?company=Adtalem&owner=exclude&action=getcompany.

Adtalem's net worth will not be mentioned.

Regards,

Oluwamuyiwa Awodiya