**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

OLUWAMUYIWA AWODIYA,            CASE NO.  0:18-cv-60482-KMM-AOV

      Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

      Defendant.
_____/

**DEFENDANT'S PROPOSED VERDICT FORM**

Defendant Ross University School of Medicine, School of Veterinary Medicine Limited ("Ross University"), pursuant to the Paperless Order Scheduling Trial [ECF No. 37], hereby submits its proposed verdict form.  Counsel for Ross University sent plaintiff a draft of the verdict form on Saturday, March 9, 2019.  Despite requesting any proposed revisions no later than Sunday, March 10, 2019 so that the parties could arrive at a joint submission, as of the time of this filing at approximately 11:00 p.m. on Tuesday, March 12, 2019, Ross University has not received any response from plaintiff with his proposed revisions or comments.  Ross University reserves the right to object to the timeliness of any verdict form proposed by plaintiff.  Further, Ross University reserves the right to modify or supplement this verdict form to conform to the evidence and rulings at trial and based upon a review of any verdict form submitted by plaintiff.

Dated: March 12, 2019

Respectfully submitted,

**AKERMAN LLP**
Three Brickell City Centre
98 Southeast Seventh Street
Suite 1100
Miami, Florida 33131
Telephone: (305) 374-5600
Facsimile: (305) 374-5095

By: *s/Ryan Roman*
Michael C. Marsh
Florida Bar No. 0072796
michael.marsh@akerman.com
simone.tobie@akerman.com
Ryan Roman
Florida Bar. No. 0025509
ryan.roman@akerman.com
dorothy.matheis@akerman.com
Donnie M. King
Florida Bar. No. 101386
donnie.king@akerman.com
simone.tobie@akerman.com
Octavia M. Green
Florida Bar No. 119179
octavia.green@akerman.com
simone.tobie@akerman.com

# **VERDICT FORM**

**Accommodation Claims**

1. Has Plaintiff proven by a preponderance of the evidence that he had a "disability"?

    Answer Yes or No     _____

    *If your answer is "No," you have reached a verdict as to Plaintiff's accommodation claims. Please skip to question 8.*

    *If your answer is "Yes," go to the next question.*

2. Has Plaintiff proven by a preponderance of the evidence that he was a "qualified individual?"

    Answer Yes or No     _____

    *If your answer is "No," you have reached a verdict as to Plaintiff's accommodation claims. Please skip to question 8.*

    *If your answer is "Yes," go to the next question.*

3. Has Plaintiff proven by a preponderance of the evidence that Ross University School of Medicine knew of Plaintiff's alleged disability?

    Answer Yes or No     _____

    *If your answer is "No," you have reached a verdict as to Plaintiff's accommodation claims. Please skip to question 8.*

    *If your answer is "Yes," go to the next question.*

4. Has Plaintiff proven by a preponderance of the evidence that Plaintiff requested an accommodation from Ross University School of Medicine?

    Answer Yes or No     _____

    *If your answer is "No," you have reached a verdict as to Plaintiff's accommodation claims. Please skip to question 8.*

    *If your answer is "Yes," go to the next question.*

5. Has Plaintiff proven by a preponderance of the evidence that a reasonable accommodation existed that would have allowed Plaintiff to perform the essential functions to obtain his medical degree?

      Answer Yes or No  _____

*If your answer is "No," you have reached a verdict as to Plaintiff's accommodation claims. Please skip to question 8.*

*If your answer is "Yes," go to the next question.*

6. Has Plaintiff proven by a preponderance of the evidence that Ross University School of Medicine failed to provide a reasonable accommodation?

      Answer Yes or No  _____

*If your answer is "No," you have reached a verdict as to Plaintiff's accommodation claims. Please skip to question 8.*

*If your answer is "Yes," go to the next question.*

7. Has Plaintiff proven by a preponderance of the evidence that Ross University School of Medicine violated his rights with discriminatory intent?

  Answer Yes or No  _____

*Please go to the next question.*

**Misrepresentation Claims**

8. Has Plaintiff proven by a preponderance of the evidence that Ross University School of Medicine made a misrepresentation of material fact?

      Answer Yes or No  _____

*If your answer is "No," you've reached a verdict as to Plaintiff's misrepresentation claims. Please skip to the section entitled "Damages" and follow the instructions provided before question 13.*

*If your answer is "Yes," go to the next question.*

9. Has Plaintiff proven by a preponderance of the evidence that Ross University School of Medicine knew or should have known of the falsity of the statement?

      Answer Yes or No  _____

*If your answer is "No," you've reached a verdict as to Plaintiff's misrepresentation claims. Please skip to the section entitled "Damages" and follow the instructions provided before question 13.*

*If your answer is "Yes," go to the next question.*

10. Has Plaintiff proven by a preponderance of the evidence that Ross University School of Medicine intended for the misrepresentation to induce Plaintiff to rely and act on it?

     Answer Yes or No   _____

*If your answer is "No," you've reached a verdict as to Plaintiff's misrepresentation claims. Please skip to the section entitled "Damages" and follow the instructions provided before question 13.*

*If your answer is "Yes," go to the next question.*

11. Has Plaintiff proven by a preponderance of the evidence that he relied on the misrepresentation?

     Answer Yes or No   _____

*If your answer is "No," you've reached a verdict as to Plaintiff's misrepresentation claims. Please skip to the section entitled "Damages" and follow the instructions provided before question 13.*

*If your answer is "Yes," go to the next question.*

12. Has Plaintiff proven by a preponderance of the evidence that he suffered injury by acting in justifiable reliance on the misrepresentation?

     Answer Yes or No   _____

*Please go to the next section entitled "Damages" and follow the instructions provided before question 13.*

**Damages**

***INSTRUCTIONS:*** *If you were not required to answer or your answer is "No" to questions 7 and 12, you've reached your verdict. Please do not answer any other questions. The Jury Foreperson shall sign and date where indicated below.*

*If your answer is "Yes" to either question 7 or 12 you are to proceed to the next question.*

13. Has Plaintiff proven by a preponderance of the evidence that he should be awarded damages to compensate for his tuition expenses?

    Answer Yes or No   _____

    If your answer is "Yes,"
    in what amount?   $_____

*Please go to the next question.*

14. Has Plaintiff proven by a preponderance of the evidence that he should be awarded damages to compensate for lost earning capacity to the date of your verdict?

    Answer Yes or No   _____

    If your answer is "Yes,"
    in what amount?   $_____

*Please go to the next question.*

15. Has Plaintiff proven by a preponderance of the evidence he should be awarded damages to compensate for emotional distress?

    Answer Yes or No   _____

    If your answer is "Yes,"
    in what amount?   $_____

*If you were not required to answer or your answer is "No" to question 12, you've reached your verdict. Please do not answer any other questions. The Jury Foreperson shall sign and date where indicated below.*

*If your answer is "Yes" to question 12, please go to the next question.*

16. Has Plaintiff proven by clear and convincing evidence that Ross University was guilty of intentional misconduct or gross negligence, which was a substantial cause of damages to Mr. Awodiya.

    Answer Yes or No   _____

*If your answer is "No," you've reached a verdict. Please do not answer any other questions. The Jury Foreperson shall sign and date where indicated below.*

*If your answer is "Yes," go to the next question.*

17. Has Plaintiff proven he should be awarded punitive damages by the clear and convincing evidence?

        Answer Yes or No      _____

        If your answer is "Yes,"
in what amount?      $_____

*You are finished and have reached your verdict. The Jury Foreperson shall sign where indicated and return this verdict slip to the bailiff.*

Date:_____      Signed:_____
                                                                                                Jury Foreperson

48274239;1