UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

OLUWAMUYIWA AWODIYA,   CASE NO. 0:18-cv-60482-KMM-AOV

    Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

    Defendant.
_____/

## DEFENDANT'S MOTION TO CONTINUE TRIAL

Defendant Ross University School of Medicine, School of Veterinary Medicine Limited ("RUSM"), by counsel, respectfully requests that the Court continue trial in this action until either the second week of the current trial period or until the next available trial period. As set forth below in the conferral certificate, plaintiff does not oppose the request to excuse the parties from the first week of the current trial period. In support thereof, RUSM states as follows:

1. Trial in this action was previously scheduled for the two-week trial period beginning on March 18, 2019.

2. On March 14, 2019, the Court *sua sponte* continued the trial and set it on the two-week trial calendar beginning on May 28, 2019. *See* Paperless Order Cancelling Calendar Call and Continuing Trial Period [ECF No. 164].

3. Undersigned counsel has learned that the representative for Ross University School of Medicine who will be attending the trial is unavailable on May 28, 2019 and the morning of May 29, 2019 due to her son's end of the school year award ceremony in Chicago, Illinois. In order to avoid any significant delay in trial, RUSM respectfully requests that trial be held during

48441069;4

the second week of the Court's trial docket, between June 3-7, 2019, if the Court is able to accommodate.

4. If the Court determines that trial cannot be set during the second week of the trial docket, RUSM respectfully requests that trial to be continued until the next available trial period.

5. The representative for RUSM has a vacation planned with her family from July 1, 2019 through July 5, 2019, and would respectfully request that trial not be set during these dates. Lead counsel for RUSM has a prepaid vacation out of the country from July 19, 2019 through August 1, 2019, and would respectfully request that the trial not be set during those dates.

6. This motion is filed in good faith and not for purposes of delay.

7. No party will be harmed by granting the relief requested.

WHEREFORE, defendant Ross School of Medicine, School of Veterinary Medicine Limited respectfully requests that this Court enter an Order: (i) excusing the parties from the first week of the Court's May 28, 2019 trial docket; (ii) alternatively, continuing the trial to the next available trial docket; and (iii) granting RUSM such other and further relief as the Court deems just and proper.

## LOCAL RULE 7.1(a)(3) CERTIFICATE OF CONFERRAL

Counsel for RUSM certifies that he conferred with Plaintiff in an effort to resolve or narrow the issues set forth in this Motion. Plaintiff states that he does not oppose excusing the parties from the first week of the current trial period. However, Plaintiff states that he opposes continuing the trial to the next available trial docket.

Dated: April 1, 2019

Respectfully submitted,

*/s/Ryan Roman*
MICHAEL C. MARSH
Florida Bar Number:  0072796
Email:  michael.marsh@akerman.com
Secondary:  sharon.luesang@akerman.com
RYAN A. ROMAN
Florida Bar Number:  0025509
Email:  ryan.roman@akerman.com
Secondary:  dorothy.matheis@akerman.com
DONNIE M. KING
Florida Bar Number: 101386
Email: donnie.king@akerman.com
Secondary: simone.tobie@akerman.com
OCTAVIA M. GREEN
Florida Bar Number: 119179
Email: octavia.green@akerman.com
Secondary: simone.tobie@akerman.com
**AKERMAN LLP**
98 SE 7th Street, Suite 1100
Miami, FL 33131
Phone:  (305) 374-5600
Fax:  (305) 374-5095

*Attorneys for Defendant Ross University School of Medicine, School of Veterinary Medicine Limited*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 1, 2019 a true and correct copy of the foregoing document was served via CM/ECF on:

Oluwamuyiwa Awodiya
15005 Dahlia Drive
Bowie, Maryland 20721
Telephone: (240) 602-1836
E-mail: drmuyiwa.a@gmail.com

                                              *s/Ryan Roman*
                                              Ryan Roman

48441069;4