**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

OLUWAMUYIWA AWODIYA,   CASE NO. 0:18-cv-60482-KMM-AOV

    Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

    Defendant.
_____/

**[PROPOSED] ORDER GRANTING DEFENDANT'S**
**MOTION TO CONTINUE TRIAL**

THIS CAUSE coming before the Court upon the Motion to Continue Trial (the "Motion") filed by defendant Ross University School of Medicine, School of Veterinary Medicine Limited ("RUSM"). The Court, having reviewed the Motion and being otherwise fully advised in the premises, and finding good cause for the requested relief having been shown therein, hereby ORDERS AND ADJUDGES that:

1. The Motion is GRANTED.

2. The parties shall be excused from trial during the first week of the trial docket beginning May 28, 2019.

DONE and ORDERED in Chambers in Miami, Florida, this ___ day of April 2019.

_____
HONORABLE K. MICHAEL MOORE
UNITED STATES DISTRICT COURT JUDGE

Copies to all counsel of record

48454902;1