UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

OLUWAMUYIWA AWODIYA,                           CASE NO.  0:18-cv-60482-KMM-AOV

      Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

      Defendant.
_____/

**DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S
MOTION FOR ORDER TO DESIGNATE METHOD OF DAMAGE CALCULATIONS**

      Defendant Ross University School of Medicine, School of Veterinary Medicine Limited ("RUSM"), by counsel, hereby responds in opposition to the Motion for Order to Designate Method of Damage Calculations [ECF No. 165] (the "Motion") filed by plaintiff Oluwamuyiwa Awodiya ("Plaintiff").

**I.   INTRODUCTION**

      As an initial matter, Plaintiff's Motion is untimely and should therefore be stricken.  This Court has also previously rejected the arguments raised in Plaintiff's Motion in its ruling denying Plaintiff's *Daubert* Motion to Exclude the Expert Testimony of Ronald Quintero [ECF No. 126].

      Plaintiff's Motion should also be denied on the merits.  Plaintiff relies on *Culver v. Slater Boat Co.*, 722 F.2d 114, 117 (5th Cir. 1984), an old Fifth Circuit cases that was overruled by the United States Supreme Court in *Monessen Southwestern Railway Co. v. Morgan*, 486 U.S. 330 (1988). Because *Culver* is no longer good law, and there is no legal support for the relief sought by Plaintiff, the Motion should be denied.

48477646;3

## II.  ARGUMENT

### A. Plaintiff's Motion is Untimely and Attempts to Circumvent this Court's Prior Ruling

The Motion is untimely and should be stricken.  Pursuant to the Paperless Order Scheduling Trial [ECF No. 37] (the "Scheduling Order") and the Court's Paperless Order granting RUSM's Motion for Extension of Time [ECF No. 104], all pretrial motions were due on January 4, 2019.  On March 5, 2019, at the final pretrial conference, the Court permitted the parties to file and serve certain additional motions no later than March 8, 2019.

The March 8, 2019 deadline passed without Plaintiff filing or serving any further motions.  This Motion was not mailed to the Court for filing until March 25, 2019, and it was not received by the Court or by RUSM until March 27, 2019 – nineteen (19) days after the March 8, 2019 deadline established by the Court.  This is not the first time Plaintiff has failed to comply with the deadlines established by the Court and the Local Rules.  *See* March 2, 2019 Omnibus Order [ECF No. 155] at 4, fn.2 ("The Court agrees that the response was untimely and implores Plaintiff to comply with the Court's deadlines moving forward.").  In fact, Plaintiff previously requested the same relief that it seeks here in a Motion for Judicial Notice [ECF No. 140], which the Court denied as untimely.  *See* Paperless Order [ECF No. 157] (denying Plaintiff's Motion for Judicial Notice as untimely because it was filed more than three weeks after the Court's deadline for pretrial motions).

Moreover, Plaintiff's *Daubert* Motion to Exclude the Expert Testimony of Ronald Quintero (the "*Daubert* Motion") also raises the exact same arguments Plaintiff raises here.  *See* [ECF No. 126] at 11-13.  This Court denied the *Daubert* Motion on the merits.  *See* Omnibus Order [ECF No. 155] at 11-14.

The Court should deny this Motion as duplicative of the prior motions, which were denied, on the merits and as untimely.  *See Enwonwu v. Fulton-Dekalb Hosp. Auth.*, 286 F. App'x 586,

2

595 (11th Cir. 2008) (finding that a district court has discretion in deciding how best to manage the cases before them, and that discretion extends to whether to consider untimely motions.)

### B. The Case Law Relied on By Plaintiff Has Been Overruled

Even if the Court entertains Plaintiff's proposed method for computing damages, Plaintiff's reliance on *Culver*, 722 F.2d 114, is inappropriate because *Culver* has been overruled. *See Monessen,* 486 U.S. at 342. *See also Ageloff v. Delta Airlines Inc*., 860 F.2d 379, 389 (11th Cir. 1988) (finding that neither *Culver* nor *Monesson* "requires that determining the discount rate must be performed by use of the below-market discount method rather than by the case-by-case method or the total offset method"); *Beltran v. NCL Corp., Ltd*., 13-24566-CIV, 2017 WL 4270618, at *7 (S.D. Fla. Sept. 26, 2017) (finding that "the Supreme Court has essentially overruled 'the *Culver* mandatory requirement of a below-market-discount method'").

Contrary to Plaintiff's position, there is no mandatory requirement that the parties utilize the below-market discount method to calculate damages. In fact, dictating such a methodology would be entirely improper. *Id.* In *Monessen*, "the trial judge instructed the instructed the jury that a zero discount rate was to be applied as a matter of law." *Id.*, 486 U.S. at 342. The Supreme Court held that "[t]his instruction improperly took from the jury the essentially factual question of the appropriate rate at which to discount [the] award to present value, and therefore requires reversal." *Id.* Simply put, "[t]here is nothing in *Pfeifer* to suggest that the judge rather than the jury is to determine the discount rate." *Id.*

Plaintiff's Motion should be denied.

### CONCLUSION

WHEREFORE, Defendant Ross School of Medicine, School of Veterinary Medicine Limited respectfully requests that this Court enter an Order: (i) denying Plaintiff's Motion for

3

Order to Designate Method of Damage Calculations, and (ii) granting RUSM such other and further relief as this Court deems just and proper.

Dated: April 3, 2019

Respectfully submitted,

*/s/Donnie M. King*
MICHAEL C. MARSH
Florida Bar Number: 0072796
Email: michael.marsh@akerman.com
Secondary: sharon.luesang@akerman.com
RYAN A. ROMAN
Florida Bar Number: 0025509
Email: ryan.roman@akerman.com
Secondary: dorothy.matheis@akerman.com
DONNIE M. KING
Florida Bar Number: 101386
Email: donnie.king@akerman.com
Secondary: simone.tobie@akerman.com
OCTAVIA M. GREEN
Florida Bar Number: 119179
Email: octavia.green@akerman.com
Secondary: simone.tobie@akerman.com
**AKERMAN LLP**
98 SE 7th Street, Suite 1100
Miami, FL 33131
Phone: (305) 374-5600
Fax: (305) 374-5095

*Attorneys for Defendant Ross University School of Medicine, School of Veterinary Medicine Limited*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 3, 2019 a true and correct copy of the foregoing document was served via CM/ECF on:

Oluwamuyiwa Awodiya
15005 Dahlia Drive
Bowie, Maryland 20721
Telephone: (240) 602-1836
E-mail: drmuyiwa.a@gmail.com

                                                            */s/Donnie M. King*
                                                            Donnie M. King