UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

OLUWAMUYIWA AWODIYA,                    CASE NO. 0:18-cv-60482-KMM-AOV

      Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

      Defendant.
_____/

**DEFENDANT'S MOTION FOR LEAVE TO FILE
PARTIAL MOTION FOR SUMMARY JUDGMENT**

Defendant Ross University School of Medicine, School of Veterinary Medicine Limited ("RUSM"), by counsel, hereby seeks leave to file a motion for partial summary judgment on Counts VIII and IX of the Third Amended Complaint [ECF No. 47] (the "Complaint") filed by plaintiff Oluwamuyiwa Awodiya, and in support thereof states as follows:

1.    On March 14, 2019, the Court *sua sponte* continued the trial in this action from the two-week trial docket beginning on March 28, 2019 to the two-week trial docket beginning on May 28, 2019.  *See* [ECF No. 164].

2.    Given the additional time before trial and in an effort to simplify the matters to be tried to a jury in this action, RUSM seeks leave to file a brief partial motion for summary judgment addressing a single argument that Counts VIII and IX for fraudulent inducement and negligent misrepresentation in the inducement, respectively, should be dismissed as a matter of law because there is no false statement.

3.    Permitting RUSM to raise this matter before trial will result in a speedy disposition of the case and will eliminate from trial extraneous issues such as punitive damages, which are only pertinent to these two remaining state law claims.

48459944;3

4. On January 4, 2019, RUSM filed a Motion for Summary Judgment [ECF No. 120] (the "Original Motion"), which moved for summary judgment on Plaintiff's claim for fraudulent inducement and negligent misrepresentation, in part, because: 1) there is no evidence that the statement was false; and 2) RUSM stands by the statement made on its website.

5. On March 2, 2019, the Court entered an *Omnibus Order on Motions for Summary Judgment* (the "Order") [ECF No. 154], granting in part and denying in part RUSM's Motion for Summary Judgment. The remaining causes of action against RUSM are: (i) violation of Section 504 of the Rehabilitation Act of 1973 (the "Rehabilitation Act"); (ii) violation of Title III of the Americans with Disabilities Act ("ADA"); (iii) fraudulent inducement; and (iv) negligent misrepresentation.

6. In denying Defendant summary judgment on Plaintiff's fraudulent inducement and negligent misrepresentation claims, the Court reasoned that: "while Defendant 'stands by' the statement on its website, Defendant provides no evidence why the statement is true." *See* Order at 19.

7. RUSM requests leave to file a partial motion for summary judgment to address the Court's stated concern and to present an additional argument that, as a matter of law, the statement cannot be false because the ADA and the Rehabilitation Act do not apply in Dominica, where RUSM is located. *See Archut v. Ross Univ. Sch. of Veterinary Med.*, Civil Action No. 10-1681 (MLC), 2012 WL 5867148, at *4 (D.N.J. Nov. 19, 2012) (citing *Morrison v. Nat'l Austl. Bank, Ltd.*, 130 S.Ct. 2869, 2877 (2010).

8. A copy of the partial motion for summary judgment and the accompanying statement of facts are attached hereto as Exhibit Nos. 1 and 2, respectively.

9. Undersigned counsel has conferred with Plaintiff who states that he opposes the relief requested herein.

**WHEREFORE,** defendant Ross University School of Medicine, School of Veterinary Medicine Limited respectfully requests that the Court enter an Order granting it leave to file its partial motion for summary judgment on Counts VIII and IX of the Complaint and granting RUSM such other and further relief as the Court deems just and proper.

Dated: April 11, 2019

                                              Respectfully submitted,

                                              *s/Ryan Roman*
MICHAEL C. MARSH
Florida Bar Number: 0072796
Email: michael.marsh@akerman.com
Secondary: sharon.luesang@akerman.com
RYAN A. ROMAN
Florida Bar Number: 0025509
Email: ryan.roman@akerman.com
Secondary: dorothy.matheis@akerman.com
DONNIE M. KING
Florida Bar Number: 101386
Email: donnie.king@akerman.com
Secondary: simone.tobie@akerman.com
OCTAVIA M. GREEN
Florida Bar Number: 119179
Email: octavia.green@akerman.com
Secondary: simone.tobie@akerman.com
**AKERMAN LLP**
98 SE 7th Street, Suite 1100
Miami, FL 33131
Phone: (305) 374-5600
Fax: (305) 374-5095

*Attorneys for Defendant Ross University School of Medicine, School of Veterinary Medicine Limited*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 11, 2019 a true and correct copy of the foregoing document was served via CM/ECF on:

Oluwamuyiwa Awodiya
15005 Dahlia Drive
Bowie, Maryland 20721
Telephone: (240) 602-1836
E-mail: drmuyiwa.a@gmail.com

                                                  *s/Ryan Roman*
                                                  Ryan Roman

48459944;3