## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

In the matter of: Civil Case Transfers to
**District Judge Roy K. Altman**

| Case | | Case No. |
|---|---|---|
| Federal Trade Commission v. Dluca et al | (Plaintiff v. Defendant), Case No: | 0:18-cv-60379-KMM |
| Awodiya v. Ross Univ. School of Med. | (Plaintiff v. Defendant), Case No: | 0:18-cv-60482-KMM |
| Katz v. Festival Fun Parks, LLC | (Plaintiff v. Defendant), Case No: | 0:18-cv-62420-KMM |
| Morgan v. The GEO Group, Inc. | (Plaintiff v. Defendant), Case No: | 0:18-cv-62774-KMM |
| Cohan v. First Coast Energy, LLP | (Plaintiff v. Defendant), Case No: | 0:18-cv-62777-KMM |
| Fuller v. Hibiscus Beach Kids, LLC | (Plaintiff v. Defendant), Case No: | 0:19-cv-60674-KMM |
| Cruz v. Green et al | (Plaintiff v. Defendant), Case No: | 0:18-cv-60995-KMM |
| Spinelli v. Tower Resorts Realty, Inc. | (Plaintiff v. Defendant), Case No: | 0:18-cv-62835-KMM |
| Expansion Church Corp. v. Lloyd's London | (Plaintiff v. Defendant), Case No: | 0:18-cv-62914-KMM |
| Raskin v. Southeast Frozen Foods Company | (Plaintiff v. Defendant), Case No: | 0:18-cv-62990-KMM |
| Pearl Holding Group, Inc. v. Doxo, Inc. | (Plaintiff v. Defendant), Case No: | 0:19-cv-60442-KMM |
| Cox v. American Security Insurance Co. | (Plaintiff v. Defendant), Case No: | 0:19-cv-60520-KMM |
| Griffith v. USAA Casualty Insurance Co. | (Plaintiff v. Defendant), Case No: | 0:19-cv-60525-KMM |
| Corrodus et al v. GeoVera Specialty | (Plaintiff v. Defendant), Case No: | 0:19-cv-60620-KMM |
| W1 Optimum Partners, LLC v. White Rock FZE | (Plaintiff v. Defendant), Case No: | 0:19-cv-60777-KMM |
| Chambers v. Lehman Property Management, Inc. | (Plaintiff v. Defendant), Case No: | 0:19-cv-60844-KMM |
| Dillworth v. Beach Haus Bal Harbour, LLC | (Plaintiff v. Defendant), Case No: | 0:19-cv-60453-KMM |
| Gottlieb v. Berryhill | (Plaintiff v. Defendant), Case No: | 0:19-cv-60681-KMM |
| Lemus et al v. Certified Health Care | (Plaintiff v. Defendant), Case No: | 0:19-cv-60488-KMM |
| Henry v. Commissioner of Social Security | (Plaintiff v. Defendant), Case No: | 0:19-cv-60349-KMM |
| Rodriguez v. 111 SW 2nd Ave, LLC | (Plaintiff v. Defendant), Case No: | 0:19-cv-60061-KMM |
| Kennedy v. Karishma Riya Inc. | (Plaintiff v. Defendant), Case No: | 0:19-cv-60764-KMM |
| Cohan v. Countyline Auto Center, Inc. | (Plaintiff v. Defendant), Case No: | 0:19-cv-60277-KMM |

## ORDER OF REASSIGNMENT

The above-styled cases have been selected by the Clerk of Court utilizing a random

selection procedure to insure the fair and impartial reassignment of cases from the undersigned

District Judge to the newly appointed **District Judge Roy K. Altman.**

Prior to executing this Order, the undersigned has reviewed the files and has ruled upon all pending ripe motions that have not been referred to the paired Magistrate Judge, and which are fully briefed, in accordance with the policy established by the Judges of the Southern District of Florida   (See Internal Operating Procedures, Section 2.05.03 -2.05.04).   It is hereby

ORDERED that the above-styled actions are hereby REASSIGNED to the calendar of the **Honorable Roy K. Altman** as of *April 11th, 2019* for all further proceedings.   It is further

ORDERED that all pleadings hereafter filed shall bear the assigned case number followed by the initials **RKA** in lieu of the present initials.

DONE and ORDERED at *Miami*, Florida, in chambers this *11th* day of *April*, 2019.

_____
United States District Judge

c: All counsel of record/<u>pro se</u> parties