UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

OLUWAMUYIWA AWODIYA,          CASE NO. 0:18-cv-60482-RKA

    Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

    Defendant.
_____/

## DEFENDANT'S MOTION TO CONTINUE TRIAL

Defendant Ross University School of Medicine, School of Veterinary Medicine Limited ("RUSM"), by counsel, respectfully requests that the Court continue trial in this action until the next available trial period. In support thereof, RUSM states as follows:

1. Trial in this action was previously scheduled for a two-week trial period beginning on March 18, 2019.

2. On March 14, 2019, the Court *sua sponte* continued the trial and set it on the two-week trial calendar beginning on May 28, 2019. *See* Paperless Order Cancelling Calendar Call and Continuing Trial Period [ECF No. 164].

3. This matter was transferred to Your Honor's docket on April 11, 2019 by an Order of Reassignment. *See* [ECF No. 176].

4. On April 22, 2019, the Court *sua sponte* set this matter for the trial period commencing on June 24, 2019. *See* Amended Scheduling Order [ECF No. 180].

5. Counsel for RUSM, Michael C. Marsh and Octavia M. Green, each have a pre-planned vacation out of the country during the June 24, 2019 trial period. Mr. Marsh is not planned

to return to the country before July 4, 2019 and, therefore is not available for the entirety of the trial period.

6. RUSM's corporate representative who will be attending trial also has a pre-planned family vacation from July 1, 2019 through July 5, 2019.

7. RUSM respectfully requests that the trial date be continued in light of these scheduling conflicts.

8. RUSM respectfully requests that trial be continued to the next available trial docket. Out of an abundance of caution and in order to avoid any further scheduling conflicts, the undersigned advises the Court that counsel for RUSM, Ryan Roman, also has a pre-planned vacation out of the country from July 19, 2019 through August 1, 2019, and would respectfully request that the trial not be set during those dates.

9. This motion is filed in good faith and not for purposes of delay.

10. No party will be harmed by granting the relief requested.

WHEREFORE, defendant Ross School of Medicine, School of Veterinary Medicine Limited respectfully requests that this Court enter an Order: (i) continuing the trial to the next available trial docket; and (ii) granting RUSM such other and further relief as the Court deems just and proper.

### LOCAL RULE 7.1(a)(3) CERTIFICATE OF CONFERRAL

Counsel for RUSM certifies that he conferred with Plaintiff in an effort to resolve or narrow the issues set forth in this Motion. Plaintiff has indicated that he opposes the relief being sought herein.

Dated: April 26, 2019                    Respectfully submitted,

/s/Ryan Roman
MICHAEL C. MARSH
Florida Bar Number:  0072796
Email:  michael.marsh@akerman.com
Secondary:  sharon.luesang@akerman.com
RYAN A. ROMAN
Florida Bar Number:  0025509
Email:  ryan.roman@akerman.com
Secondary:  dorothy.matheis@akerman.com
DONNIE M. KING
Florida Bar Number: 101386
Email: donnie.king@akerman.com
Secondary: simone.tobie@akerman.com
OCTAVIA M. GREEN
Florida Bar Number: 119179
Email: octavia.green@akerman.com
Secondary: simone.tobie@akerman.com
**AKERMAN LLP**
98 SE 7th Street, Suite 1100
Miami, FL 33131
Phone:  (305) 374-5600
Fax:  (305) 374-5095

*Attorneys for Defendant Ross University School of Medicine, School of Veterinary Medicine Limited*

3

48666264;3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 26, 2019 a true and correct copy of the foregoing document was served via CM/ECF on:

Oluwamuyiwa Awodiya
15005 Dahlia Drive
Bowie, Maryland 20721
Telephone: (240) 602-1836
E-mail: drmuyiwa.a@gmail.com

                                                  *s/Ryan Roman*
                                                  Ryan Roman