**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

OLUWAMUYIWA AWODIYA,                          CASE NO.  0:18-cv-60482-RKA

      Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

      Defendant.
_____/

**ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE TRIAL**

THIS CAUSE coming before the Court upon the Motion to Continue Trial (the "Motion") filed by defendant Ross University School of Medicine, School of Veterinary Medicine Limited. The Court, having reviewed the Motion and being otherwise fully advised in the premises, and finding good cause for the requested relief having been shown therein, hereby ORDERS AND ADJUDGES that:

1. The Motion is GRANTED.

2. This matter is continued to the next available trial docket for the period beginning _____, 2019.

DONE and ORDERED in Chambers in Miami, Florida, this \_\_\_ day of April 2019.

                                              _____
                                              HONORABLE ROY K. ALTMAN
                                              UNITED STATES DISTRICT COURT JUDGE

Copies to all counsel of record and *pro se* parties