**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-60482-CIV-ALTMAN/Hunt**

**OLUWAMUYIWA AWODIYA**,

    Plaintiff,

v.

**ROSS UNIVERSITY SCHOOL**
**OF MEDICINE, SCHOOL OF**
**VETERINARY MEDICINE LIMITED**,

    Defendant.

_____/

**ORDER**

**THIS CAUSE** came before the Court on the Defendant's Motion to Continue Trial [ECF No. 182]. The Court has carefully considered the Motion and, finding good cause, hereby

**ORDERS AND ADJUDGES** that the Motion **[ECF No. 182]** is **GRANTED**. The trial date set forth in the Court's Amended Scheduling Order [ECF No. 180] is continued. Trial is set for the Court's two-week calendar beginning **July 8, 2019**. Calendar call remains set for **9:00 a.m. on June 11, 2019**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 30th day of April 2019.

                                                                 _____
                                                                 **ROY K. ALTMAN**
                                                                 **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record