UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| OLUWAMUYIWA AWODIYA,<br>*Plaintiff,*<br><br>-v-<br><br>ROSS UNIVERSITY SCHOOL OF<br>MEDICINE, SCHOOL OF<br>VETERINARY MEDICINE LIMITED<br>*Defendant.* | Case No.   0:18-cv-60482-RKA<br><br>Hon. Judge: Roy K. Altman<br>Magistrate Judge: Patrick M. Hunt |

## PLAINTIFF'S MOTION TO CONTINUE THE MOTION HEARING

*Pro se* plaintiff Oluwamuyiwa Awodiya ("Plaintiff") hereby requests that the Court continue the Motion Hearing [ECF No. 186], until May 21, 22, or 23 of 2019. As set forth below in the conferral certificate, defendant Ross University School of Medicine, School of Veterinary Medicine Limited's ("RUSM") does not oppose the relief sought.

1. On May 3, 2019, the Court set a Motion Hearing for May 8, 2019. *See* Paperless Order Setting Oral Argument [ECF No. 186].

2. Plaintiff lives and works in the state of Maryland as an Uber/Lyft driver. Despite his efforts this past weekend, he is unable to obtain travel plans from Maryland to Florida in time for the Motion Hearing on May 8, 2019 due to his financial circumstances. Plaintiff respectfully requests more time to make the financial arrangements necessary for travel to Florida.

3. Counsel for RUSM has indicated that they are available for a hearing between May 21 through 23.

4. **WHEREFORE**, Plaintiff respectfully requests that the Court continue the hearing until May 21, 22, or 23 of 2019.

1

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that Plaintiff has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues. RUSM does not oppose the relief sought in this motion.

DATED this 7th day of May, 2019:

Respectfully submitted,

*/s/Oluwamuyiwa Awodiya*
By: Oluwamuyiwa Awodiya, *pro se* litigant
15005 Dahlia Dr.
Bowie, MD 20721
(240) 602-1836
Plaintiff, in Proper Person

## CERTIFICATE OF SERVICE

I do hereby certify that on this 7th day of May, 2019, I have caused a true and correct copy of the foregoing by emailing a copy to the following:

| **Ryan Roman** | **Octavia Monique Green** |
|---|---|
| Akerman Senterfitt | Akerman LLP |
| Suntrust International Center | Three Brickell City Centre |
| 1 SE 3rd Avenue | 98 Southeast Seventh Street |
| 25th Floor | Suite 1100 |
| Miami, FL 33131-1714 | Miami, FL 33131 |
| 305-374-5600 | (305) 982-5670 |
| Fax: 305-374-5095 | Email: |
| Email: | octavia.green@akerman.com |
| ryan.roman@akerman.com | |

*/s/Oluwamuyiwa Awodiya*
By: Oluwamuyiwa Awodiya, *pro se* litigant
