

FILED BY _CBK_ D.C.

MAY 22 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

|  |  |  |
|---|---|---|
| OLUWAMUYIWA AWODIYA, | ) | Case No.   0:18-cv-60482-RKA |
| *Plaintiff,* | ) | |
| | ) | |
| -v- | ) | Hon. Judge: Roy K. Altman |
| | ) | Magistrate Judge: Patrick M. Hunt |
| ROSS UNIVERSITY SCHOOL OF | ) | |
| MEDICINE, SCHOOL OF | ) | |
| VETERINARY MEDICINE LIMITED, | ) | |
| *Defendant.* | ) | |
| | ) | |

## PLAINTIFF'S RESPONSE TO THE COURT'S MAY 16, 2019 ORDER [ECF NO. 191]

*Pro se* plaintiff Oluwamuyiwa Awodiya ("Plaintiff") hereby files his response to the Court's May 16, 2019 Order [ECF No. 191].

## I.      INTRODUCTION

Regarding a private, for-profit, postgraduate institution of higher education, engaged in the commerce of Federal financial assistance, the United States Congress, as evidenced by the statutes and Federal regulations, has indicated extraterritorial effect of the antidiscrimination statutes.

## II.      FACTUAL BACKGROUND

Defendant Ross University School of Medicine, School of Veterinary Medicine Limited ("RUSM") is a private school that operates for profit. *See* Defendant's Answer to Third Amended Complaint ¶ 2 [ECF No. 58]. Since 2014, the United States has disbursed over $850 million of taxpayers' money to RUSM for its medical program. *See* true and correct excerpts of Title IV Program Volume Reports, attached hereto as Exhibit 1. In order to receives these funds, RUSM executed a Foreign School Program Participation Agreement ("PPA") with the United States Secretary of Education. *See* PPA at 1–2, Exhibit B to [ECF No. 89-1]. The United States allows

1

RUSM to receive Federal financial assistance "in order to provide U.S. students with access to financial assistance to receive postsecondary education outside of the United States." *Id*. at 2.

RUSM administration testified that the university does not require its employees and faculties to comply with the ADA and the Rehabilitation Act. *See* Hayse Dep. 14:11–18, Ex. RJ-04 [ECF No. 138]. RUSM administration further testified that RUSM faculty was not provided with "any guidance," "any policy" or "any rules" on how to comply with requests for accommodations. *See* Hayse Dep. 33:11–16.

## III.    ARGUMENT

RUSM's reliance on a "Not for Publication" opinion from *Archut v. Ross Univ. Sch. of Veterinary Med.*, CIVIL ACTION NO. 10-1681 (MLC) (D.N.J. Nov. 19, 2012), is inappropriate because it is no longer good law. In its ruling, the *Archut* court stated that: "Examining each of these sections [of the statutes] reveals that there is no clear statement that this law applies abroad.... Without an express extension of the statute to foreign institutions receiving federal financial aid, it cannot be implied that Congress actually intended such extraterritorial application." *Id*. at \*22–24 (internal quotation mark omitted). The *Archut* court's constricted interpretation of extraterritorially was recently overruled by the Supreme Court of the United States.

"The presumption against extraterritoriality does not require us to adopt such a constricted interpretation. While the presumption can be overcome only by a clear indication of extraterritorial effect, **an express statement of extraterritoriality is not essential**," and "context can be consulted as well." *RJR Nabisco, Inc. v. European Cmty.*, 136 S. Ct. 2090, 2102 (2016) (emphasis added) (citing *Morrison v. National Australia Bank Ltd.*, 561 U.S. 247, 265 (2010)).

For example, in *RJR Nabisco*, the Supreme Court found that "[t]he most obvious textual clue is that RICO defines racketeering activity to include a number of predicates that plainly apply to at least some foreign conduct." *RJR Nabisco*, 136 S. Ct. at 2101. Here, the Rehabilitation Act

defines institutions of higher education to include institutions outside of the United States—and Title III of the ADA defines private entities to include ones affecting commerce between any foreign country and the United States. "The scope of an extraterritorial statute thus turns on the limits Congress has (or has not) imposed on the statute's foreign application, and not on the statute's 'focus.'" *RJR Nabisco*, 136 S. Ct. at 2101. Here, Congress enacted that nothing should be construed to limit the rights and responsibilities under the Rehabilitation Act and the ADA for programs under the Higher Education Act.

### A.     The Statutes Indicate Extraterritorially

####         i.      Indications of Congressional Intent Regarding Antidiscrimination

Congress enacted the Rehabilitation Act under 29 U.S.C. Chapter 16 (the "Rehabilitation Act"). The purpose of the Rehabilitation Act is to prevent discrimination against American citizens with disabilities. *See* 29 U.S.C. § 701(a) ("Congress finds that — (1) millions of Americans have one or more physical or mental disabilities and the number of Americans with such disabilities is increasing" and "(6) the goals of the Nation properly include the goal of providing individuals with disabilities with the tools necessary to ... achieve equality of opportunity, full inclusion and integration in society, employment, independent living, and economic and social self-sufficiency, for such individuals.").

Congress stated that "[t]he purposes of this chapter are ... to maximize opportunities for individuals with disabilities" and "to ensure, to the greatest extent possible, that youth with disabilities and students with disabilities ... under section 794 of this title have opportunities for postsecondary success." 29 U.S.C. §§ 701(b)(2), (5). "It is the policy of the United States that **all programs, projects, and activities receiving assistance** under this chapter shall be carried out in a manner consistent with the principles of ... inclusion, integration, and full participation of the individuals." 29 U.S.C. § 701(c)(3) (emphasis added).

Under the Americans with Disabilities Act (the "ADA"), Congress also found that "the Nation's proper goals regarding individuals with disabilities are to assure equality of opportunity, full participation, independent living, and economic self-sufficiency for such individuals." 42 U.S.C. § 12101(a)(7). A purpose of this chapter is "to provide clear, strong, consistent, enforceable standards addressing discrimination against individuals with disabilities" and "to invoke the sweep of congressional authority … and to regulate commerce." 42 U.S.C. §§ 12101(b)(2), (4).

The ADA provides that "nothing in this chapter shall be construed to apply a lesser standard than the standards applied under title V of the Rehabilitation Act of 1973 (29 U.S.C. 790 et seq.) or the regulations issued by Federal agencies pursuant to such title." 42 U.S.C. § 12201(a). "Nothing in this chapter shall be construed to invalidate or limit the remedies, rights, and procedures of any Federal law or law of any State or political subdivision of any State or jurisdiction that provides greater or equal protection for the rights of individuals with disabilities than are afforded by this chapter." 42 U.S.C. § 12201(b). "Because the same standards govern discrimination claims under the Rehabilitation Act and the ADA, we discuss those claims together and rely on cases construing those statutes interchangeably." *Allmond v. Akal Security, Inc.*, 558 F.3d 1312, 1316 n.3 (11th Cir. 2009).

      ii.    Indications of Congressional Intent Regarding Institutions Outside of the United States

Title III of the ADA prohibits discrimination in "any place of public accommodation." 42 U.S.C. § 12182(a). Congress enacted that "private entities are considered public accommodations … if the operations of such entities affect commerce." 42 U.S.C. § 12181(7). Under Title III of the ADA, Congress enacted that "[t]he term 'commerce' means travel, **trade**, traffic, **commerce**, transportation, or communication … between any **foreign country** or any territory or possession and any State." 42 U.S.C. § 12181(1)(B) (emphasis added). This includes "postgraduate private

school[s]." 42 U.S.C. § 12181(7)(J). The United States allows RUSM to receive Federal financial assistance "in order to provide U.S. students with access to financial assistance to receive postsecondary education outside of the United States." *See* Factual Background *supra* Part II.

The General Provisions of the Rehabilitation Act provides that it applies to "all programs, projects, and activities receiving assistance." 29 U.S.C. § 701(c). The General Provisions of the Rehabilitation Act also states: "For the purposes of this chapter ... [t]he term 'institution of higher education' has the meaning given the term in section 1002 of title 20." 29 U.S.C. § 705(23). Section 1002 of title 20 pertains to institutions of higher education that receive Federal financial assistance under the Higher Education Act of 1965 (the "HEA"), enacted by Congress. *See* 20 U.S. Code Chapter 28.

In order to determine the applicability of the Rehabilitation Act and the ADA, Congress tells us that we must turn to its HEA definitions of an "institution" of higher education. 29 U.S.C. § 705(23). Thus, within the meaning of the Rehabilitation Act, Congress expressly defined "institutions" of higher education to include "institutions outside the United States." 20 U.S.C. § 1002(a)(2); *accord* 20 U.S.C. § 1002(a)(1)(C) (same). Like RUSM, Congress expressly includes "graduate medical school[s] located outside the United States." 20 U.S.C. § 1002(a)(2)(A)(i). Congress further enacted that "**Nothing in this chapter shall be construed to limit the rights or responsibilities of any individual under the Americans with Disabilities Act** of 1990 [42 U.S.C. 12101 et seq.], **the Rehabilitation Act** of 1973 [29 U.S.C. 701 et seq.], or any other law." 20 U.S.C. § 1011 (brackets in original; bold added).

### iii.   Further Indications of Congressional Intent by Statutory Nexus of Connections Between Foreign Countries (Institutions) and the United States

In *Comparelli v. Republica Bolivariana De Venez., , S.A., an Agency Or Instrumentality of the Bolivarian Republic of Venez., Int'l Petrochemical Sales, Ltd.*, 891 F.3d 1311, 1324 (11th Cir.

2018), the defendant argued that a "[statute] does not have extraterritorial effect if there is no connection whatsoever to the United States." The Eleventh Circuit held, "but the argument ignores that the [statute] contains a nexus requirement providing a requisite connection to the United States sufficient to allow extraterritorial application." *Id.*

Here, under Title III of the ADA, Congress enacted that "[t]he term 'commerce' means travel, **trade**, traffic, **commerce**, transportation, or communication ... between any **foreign country** or any territory or possession and any State." 42 U.S.C. § 12181(1)(B) (emphasis added). Similarly, under the Rehabilitation Act, Congress expressly defined "institutions" of higher education to include "institutions outside the United States." 20 U.S.C. §§ 1002(a)(2), (a)(1)(C); 29 U.S.C. § 705(23).

Back to *Comparelli*, the Eleventh Circuit held: "That nexus requirement was enough to rebut the presumption against extraterritoriality in *RJR Nabisco*, and we hold that the nexus requirement of [a statute] similarly rebuts that presumption here." 891 F.3d 1311, 1324.

**B.     The Federal Regulations are Controlling Authority and They Indicate Extraterritorially**

Even assuming, *arguendo*, that Congressional intent is still not clear, the Federal regulations are controlling law in this case.

i.     Controlling Authority

"Where Congress has not merely failed to address a precise question, but has given an 'express delegation of authority to the agency to elucidate a specific provision of the statute by regulation,' the agency's 'legislative regulations are given controlling weight unless they are arbitrary, capricious, or manifestly contrary to the statute." *Scheerer v. United States Attorney General*, 445 F.3d 1311, 1319 (11th Cir. 2006) (quoting *Chevron U.S.A. v. Natural Res. Def. Council*, 467 U.S. 837, 843-44 (1984)).

6

Title V of the Rehabilitation Act expressly states that "The head of each such agency shall promulgate such regulations as may be necessary to carry out the amendments to this section made by the Rehabilitation ... Act." 29 U.S.C. § 794. The Secretary "means the Secretary of Education." 29 U.S.C. § 705(33)(a). "The Secretary, in order to carry out functions otherwise vested in the Secretary by law or by delegation of authority pursuant to law, and subject to limitations as may be otherwise imposed by law, is authorized to make, promulgate, issue, rescind, and amend rules and regulations governing the manner of operation of, and governing the applicable programs administered by, the Department." 20 U.S.C. § 1221e–3.

The ADA provides that "nothing in this chapter shall be construed to apply a lesser standard than the standards applied under title V of the Rehabilitation Act of 1973 (29 U.S.C. 790 et seq.) or the regulations issued by Federal agencies pursuant to such title." 42 U.S.C. § 12201(a).

      ii.     <u>Congressional Intent Indicated by Delegated Authority</u>

As stated above, within the meaning of the antidiscrimination statutes, Congress expressly defined "institutions" of higher education to include "institutions outside the United States." 20 U.S.C. §§ 1002(a)(2), (a)(1)(C); 29 U.S.C. § 705(23); 42 U.S.C. §§ 12181(1)(B), (7), (7)(J). Regarding these institutions located outside of the United States, Congress further enacted that "[t]he Secretary may ... issue proposed regulations establishing criteria for the eligibility of graduate medical schools described in such subclause to participate in the loan programs" and "issue final regulations establishing such criteria for eligibility." 20 U.S.C. §§ 1002(a)(2)(B)(iii)(IV)(aa)–(bb). "The Secretary shall promulgate regulations regarding the recertification requirements applicable to an institution of higher education outside of the United States ...." 20 U.S.C. § 1099c(g)(3).

The Federal regulations set forth that "[a] foreign institution must comply with all requirements for eligible and participating institutions." 34 C.F.R. § 600.51(c)(1). "Covered

institution: Any institution of higher education, proprietary institution of higher education, postsecondary vocational institution, or institution outside the United States, as these terms are defined in 34 CFR part 600, that receives any Federal funding or assistance." 34 C.F.R. § 601.2(b); *accord* 20 U.S.C. § 1019(2). "An institution may participate in any Title IV, HEA program ... only if the institution enters into a written program participation agreement with the Secretary, on a form approved by the Secretary." 34 C.F.R. § 668.14(a)(1); *accord* 20 U.S.C. § 1094(a). By entering into a program participation agreement, "[i]t will comply with all statutory provisions of or applicable to Title IV of the HEA, all applicable regulatory provisions prescribed under that statutory authority, and all applicable special arrangements, agreements, and limitations entered into under the authority of statutes applicable to Title IV of the HEA." 34 C.F.R. § 668.14(b)(1).

The Federal regulations further provide that "[n]o qualified handicapped person shall, on the basis of handicap, be excluded from participation in, be denied the benefits of, or otherwise be subjected to discrimination under any program or activity which receives Federal financial assistance." 34 C.F.R. § 104.4. "The purpose of this part is to effectuate section 504 of the Rehabilitation Act of 1973, which is designed to eliminate discrimination on the basis of handicap in any program or activity receiving Federal financial assistance." 34 C.F.R. § 104.1. "This part applies to each recipient of Federal financial assistance from the Department of Education and to the program or activity that receives such assistance." 34 C.F.R. § 104.2; 34 C.F.R. § 104.41.

### C. The Impact on Plaintiff's Claims

#### i. Claims Under the ADA and the Rehabilitation Act in Counts I and II

Because the issue of extraterritorially was irrelevant to the parties' motions for summary judgment concerning the failure to accommodate claims, the evidence offered may have miscommunicated to the Court the location of the acts in this case, some of which occurred in Dominica—most of which occurred in the United States or produced effects within the United

States. This may explain why RUSM omitted certain arguments—because RUSM's omitted argument would fail under the "two-step framework for analyzing extraterritoriality issues." *RJR Nabisco, Inc. v. European Cmty.*, 136 S. Ct. 2090, 2101 (2016). However, as the Court has pointed out, after the recent position that RUSM has taken in its Motion for Leave [ECF No. 175], the ADA and Rehabilitation Act claims conflate with the fraud claims and thus the question of extraterritorially must be answered.

"If the statute is not extraterritorial, then at the second step we determine whether the case involves a domestic application of the statute, and we do this by looking to the statute's 'focus.'" *RJR Nabisco*, 136 S. Ct. at 2101. "Because a finding of extraterritoriality at step one will obviate step two's 'focus' inquiry, it will usually be preferable for courts to proceed in the sequence that we have set forth." *Id.* at 2101 n.5.

In the Order, the Court limited the parties' briefs to ten pages. S. D. FLA. L. R. 7.1(c)(2) provides that the title page is not counted toward the length of pleadings. If the Court finds that an answer to "step two" is warranted, Plaintiff needs an estimated five additional pages to fully brief the depth of the mix questions of fact and law regarding the second step of the two-step framework for analyzing extraterritoriality issues. At this stage, the record evidence before the Court is not developed to answer, "step two." Moreover, it is unclear who bears the burden under Fed. R. Civ. P. 56(f)(3) as there is no "movant" on the issue before us. Plaintiff disputes that all the events in this case—or the effects of those events—took place in Dominica. *See, i.e.*, Defendant's Answer to Third Amended Complaint ¶ 23 (RUSM admitting that Plaintiff took his exams in both Dominica and the United States) [ECF No. 58]; Plaintiff's Request for Admission No. 18 (RUSM admitting that it is solely RUSM's decision to provide accommodations on those exam) [ECF No. 113 at 109].

ii.     <u>Claims Under Fraudulent and Negligent Misrepresentation in the Inducement in Counts VIII and IX</u>

In this case, Plaintiff claims that RUSM fraudulently induced prospective students into enrolling at the university. Plaintiff made two claims under fraudulent misrepresentation in the inducement: (1) for fraud by commission of a false statement regarding a material fact; and (2) for fraud by omission of a material fact. *See* Third Amended Complaint ¶ 109 ("In addition to making a false statement, RUSM also committed fraud by omission ....") [ECF No. 47]. RUSM advertised a false statement in the Admissions Requirements section of its website claiming that the university had a policy requiring its faculty to comply with the Americans with Disabilities Act in Dominica. And even if it wasn't false—to be clear, the statement is false—then RUSM omitted a material truth about the advertised statement.

1.     Fraud by Commission of a False Statement

Under Florida law, "[t]he requirements for a claim of fraud or fraudulent inducement are: (1) a false statement regarding a material fact; (2) the statement maker's knowledge that the representation is false [or should have known to be false]; (3) intent that the representation induces another's reliance; and (4) consequent injury to the party acting in reliance." *Thompkins v. Lil' Joe Records, Inc.*, 476 F.3d 1294, 1315 (11th Cir. 2007); *White Holding Co. v. Martin Marietta*, 423 Fed. Appx. 943, 945 (11th Cir. 2011) ("or should have known of the falsity").

"[T]o maintain a fraudulent-inducement claim" "in the context of fraud, demonstrating 'justifiable reliance' is not necessary." *Dem. Rep. Congo v. Air Capital Grp., LLC*, CASE NO. 12-20607-CIV-ROSENBAUM/SELTZER, at *10 (S.D. Fla. Jun. 24, 2013) (citing *Butler v. Yusem*, 44 So. 3d 102, 105 (Fla. 2010)); *accord Bank of Am., N.A. v. Grec Homes IX, LLC*, CASE NO. 13-21718-CIV-ALTONAGA/Simonton, at *11 (S.D. Fla. Jan. 23, 2014) (Noting that *Butler* clarified justifiable reliance, "a claim for fraudulent inducement pursuant to Florida law" only

requires "consequent injury to the party acting in reliance."); *G Barrett LLC v. Ginn Co.*, Case No. 5:09-cv-374-Oc-10TBS, at \*8–9 (M.D. Fla. Dec. 23, 2011) (applying *Butler*, "for a claim of fraudulent misrepresentation/inducement ... consequent injury by the party acting in reliance").

    2.    Fraud by Omission of a Material Fact

    "And then, of course, there can be concealment or omission with no statement at all ... In either circumstance, it would be inaccurate to instruct a jury to look for reliance on a statement to fulfill the obligation of proof because no statement was made." *Philip Morris USA, Inc. v. Duignan*, 243 So. 3d 426, 440–441 (Fla. Dist. Ct. App. 2017).

    Even if a statement is true, the omission of a material fact is tantamount to fraud by omission. "Florida law recognizes that fraud can occur by omission, and places a duty on one who undertakes to disclose material information to disclose that information fully." *ZC Insurance Co. v. Brooks*, 847 So. 2d 547, 551 (Fla. Dist. Ct. App. 2003) (Holding that "providing [plaintiff] with documents that define coverage while failing to provide documents that set forth the exclusions to that coverage is tantamount to fraud by omission."); *see also Woods v. On Baldwin Pond, LLC*, No. 15-13082, at \*4 (11th Cir. 2015) ("Florida law does not recognize a stark distinction between fraud by commission and fraud by omission."); *Philip Morris USA, Inc. v. Duignan*, 243 So. 3d 426, 440 (Fla. Dist. Ct. App. 2017) ("Although the seller's statement was true, the plaintiff might still claim fraud on the theory that having chosen to speak about the condition of the transmission, the seller had a duty to disclose the transmission defect that had not yet manifested itself to the buyer.... The buyer here was not misled by the content of a statement; he was misled regarding an unstated truth the seller became obligated to disclose by virtue of having decided to speak.").

    Thus, Plaintiff's claims for fraud by omission would survive in any scenario.

DATED this 19th day of May, 2019:

Respectfully submitted,

By: Oluwamuyiwa Awodiya, *pro se* litigant
15005 Dahlia Dr.
Bowie, MD 20721
(240) 602-1836
Plaintiff, in Proper Person

## CERTIFICATE OF SERVICE

I do hereby certify that on this 20th day of May, 2019, I have caused a true and correct

copy of the foregoing by mailing a copy to the Court, where the Court's CM/ECF system will send

notification to the following:

**Ryan Roman**
Akerman Senterfitt
Suntrust International Center
1 SE 3rd Avenue
25th Floor
Miami, FL 33131-1714
305-374-5600
Fax: 305-374-5095
Email:
ryan.roman@akerman.com

**Octavia Monique Green**
Akerman LLP
Three Brickell City Centre
98 Southeast Seventh Street
Suite 1100
Miami, FL 33131
(305) 982-5670
Email:
octavia.green@akerman.com

By: Oluwamuyiwa Awodiya, *pro se* litigant

12

# Exhibit 1

**Volume by School**

quarter ending 6/30/2015

| OPE ID | School | State | Zip Code | School Type | Recipients | # of Loans Originated | $ of Loans Originated | # of Disbursements | $ of Disbursements |
|---|---|---|---|---|---|---|---|---|---|
| 02242400 | HENRICO COUNTY-SAINT MARY'S HOSPITAL SCHOOL OF PRACTICAL NURSING | VA | 232942201 | Public | 709 | - | $ - | - | $ - |
| 02242500 | BASTYR UNIVERSITY | WA | 980286966 | Private-Nonprofit | 709 | 1,550 | $ 28,200,126.00 | 4,257 | $ 28,200,126.00 |
| 02242700 | BERKELEY CITY COLLEGE | CA | 947041183 | Public | - | - | $ - | - | $ - |
| 02242900 | UNITED TRIBES TECHNICAL COLLEGE | ND | 585047596 | Private-Nonprofit | - | - | $ - | - | $ - |
| 02244300 | ACADEMY OF HAIR DESIGN #3 | MS | 392045008 | Proprietary | - | - | $ - | - | $ - |
| 02244400 | AMERICAN UNIVERSITY OF THE CARIBBEAN | | 061198980 | Foreign-For-Profit | 1,533 | 2,208 | $ 50,410,630.00 | 2,984 | $ 50,559,380.00 |
| 02244900 | GOODWIN COLLEGE | CT | 061188980 | Private-Nonprofit | - | - | $ - | - | $ - |
| 02245400 | KEENE BEAUTY ACADEMY | NH | 034311513 | Proprietary | - | - | $ - | - | $ - |
| 02245500 | FORTIS COLLEGE | FL | 327894679 | Proprietary | - | - | $ - | - | $ - |
| 02245600 | WARREN COUNTY CAREER CENTER | OH | 450361095 | Public | - | - | $ - | - | $ - |
| 02246000 | ROSS UNIVERSITY SCHOOL OF MEDICINE | | 452463317 | Foreign-For-Profit | 3,004 | 3,969 | $ 65,763,715.00 | 6,481 | $ 65,577,315.00 |
| 02246300 | ROSS MEDICAL EDUCATION CENTER | OH | 437043003 | Proprietary | - | - | $ - | - | $ - |
| 02247000 | NEW ENGLAND SCHOOL OF HAIR DESIGN | NH | 037043003 | Proprietary | - | - | $ - | - | $ - |
| 02248200 | MILAN INSTITUTE OF COSMETOLOGY | TX | 791034306 | Proprietary | - | - | $ - | - | $ - |
| 02248600 | COOPER HEALTH SYSTEM THE - CENTER FOR ALLIED HEALTH EDUCATION | NJ | 081031489 | Private-Nonprofit | 6 | 6 | $ 106,500.00 | 12 | $ 106,500.00 |
| 02250600 | EVEREST COLLEGE | MO | 636072446 | Private-Nonprofit | - | - | $ - | - | $ - |
| 02251200 | SCHUYLKILL TECHNOLOGY CENTERS | PA | 179812100 | Public | - | - | $ - | - | $ - |
| 02251500 | TREND SETTERS' ACADEMY OF BEAUTY CULTURE | KY | 402585755 | Proprietary | - | - | $ - | - | $ - |
| 02251600 | ACADEMY OF HAIR DESIGN #6 (THE) | MS | 394017581 | Proprietary | - | - | $ - | - | $ - |
| 02251700 | FOSTER'S COSMETOLOGY COLLEGE | MS | 386630066 | Proprietary | - | - | $ - | - | $ - |
| 02253700 | INTELITEC COLLEGE | CO | 809096096 | Proprietary | - | - | $ - | - | $ - |

**Award Year Summary**

Excerpt of Direct Loan Program "AY 2014–2015 Q4," Title IV Program Volume Reports, available at

https://studentaid.ed.gov/sa/about/data-center/student/title-iv [Bates AWOD005361].

| OPE ID | School | State | Zip Code | School Type | $ of Disbursements | Recipients | # of Loans Originated | $ of Loans Originated | # of Disbursements | $ of Disbursements |
|---|---|---|---|---|---|---|---|---|---|---|
| 0224340O | HENRICO COUNTY-SAINT MARY'S HOSPITAL SCHOOL OF PRACTICAL NURSING | VA | 232042201 | Public | $ - | | | $ - | | $ - |
| 0224500 | BASTYR UNIVERSITY | WA | 980284966 | Private-Nonprofit | $ 534,939.00 | 466 | 580 | $ 15,712,915.00 | 1,733 | $ 15,712,915.00 |
| 0224770O | BERKELEY CITY COLLEGE | CA | 947041183 | Public | $ 2,652.00 | | | $ - | | $ - |
| 0224300O | UNITED TRIBES TECHNICAL COLLEGE | ND | 585047996 | Private-Nonprofit | $ - | | | $ - | | $ - |
| 0224430O | ACADEMY OF HAIR DESIGN #5 | MS | 392045008 | Proprietary | $ - | | | $ - | | $ - |
| 0224440O | AMERICAN UNIVERSITY OF THE CARIBBEAN | | | Foreign-For-Profit | $ - | 1,535 | 2,225 | $ 68,517,681.00 | 2,995 | $ 68,458,531.00 |
| 0224900 | GOODWIN COLLEGE | CT | 061189980 | Private-Nonprofit | $ 726,056.00 | | | $ - | | $ - |
| 0225400 | KEENE BEAUTY ACADEMY | NH | 034311513 | Proprietary | $ 57,650.00 | | | $ - | | $ - |
| 0225050 | FORTIS COLLEGE | FL | 327894679 | Proprietary | $ - | | | $ - | | $ - |
| 0225600O | WARREN COUNTY CAREER CENTER | OH | 450061099 | Public | $ 54,946.00 | | | $ - | | $ - |
| 0246000O | ROSS UNIVERSITY SCHOOL OF MEDICINE | | | Foreign-For-Profit | $ - | 3,024 | 4,056 | $ 142,524,728.00 | 7,205 | $ 141,965,297.00 |
| 0246300O | ROSS MEDICAL EDUCATION CENTER | OH | 452463317 | Proprietary | $ 27,115.00 | | | $ - | | $ - |
| 0247000O | NEW ENGLAND SCHOOL OF HAIR DESIGN | NH | 037842003 | Proprietary | $ 9,500.00 | | | $ - | | $ - |
| 0248200 | MILAN INSTITUTE OF COSMETOLOGY | TX | 791034306 | Proprietary | $ 91,746.00 | | | $ - | | $ - |
| 0248600O | COOPER HEALTH SYSTEM THE - CENTER FOR ALLIED HEALTH EDUCATION | NJ | 081031489 | Private-Nonprofit | $ - | | | $ - | | $ - |
| 0250600 | EVEREST COLLEGE | MO | 630072446 | Private-Nonprofit | $ 29,406.00 | | | $ - | | $ - |
| 0251200 | SCHUYLKILL TECHNOLOGY CENTERS | PA | 179512100 | Public | $ 8,076.00 | | | $ - | | $ - |
| 0251500 | TREND SETTERS ACADEMY OF BEAUTY CULTURE | KY | 402585755 | Proprietary | $ - | | | $ - | | $ - |
| 0251600O | ACADEMY OF HAIR DESIGN #6 (THE) | MS | 394017581 | Proprietary | $ - | | | $ - | | $ - |
| 0251700 | FOSTER'S COSMETOLOGY COLLEGE | MS | 386550066 | Proprietary | $ - | | | $ - | | $ - |
| 0255700 | INTELLITEC COLLEGE | CO | 809096096 | Proprietary | $ 132,241.00 | | | $ - | | $ - |

Award Year Summary

Excerpt of Direct Loan Program "AY 2014–2015 Q4," Title IV Program Volume Reports, available at

https://studentaid.ed.gov/sa/about/data-center/student/title-iv [Bates AWOD005361].

**Direct Loan Volume by School**

thru through Quarter ending 6/30/2016

thru 4/1/2018

| OPE ID | School | State | Zip Code | School Type | $ of Disbursements | Recipients | # of Loans Originated | $ of Loans Originated | # of Disbursements | $ of Disbursements |
|---|---|---|---|---|---|---|---|---|---|---|
| 02244900 | GOODWIN COLLEGE | CT | 061180990 | Private-Nonprofit | $ 18,796,738.00 | - | - | $ - | - | $ - |
| 02245400 | KEENE BEAUTY ACADEMY | NH | 034311513 | Proprietary | $ 155,743.00 | - | - | $ - | - | $ - |
| 02245500 | FORTIS COLLEGE | FL | 327894679 | Proprietary | $ 3,255,765.00 | - | - | $ - | - | $ - |
| 02245600 | WARREN COUNTY CAREER CENTER | OH | 450561099 | Public | $ 431,156.00 | - | - | $ - | - | $ - |
| 02246000 | ROSS UNIVERSITY SCHOOL OF MEDICINE | | 452465317 | Foreign-For-Profit | $ - | 2,889 | 3,826 | $ 68,412,189.00 | 6,747 | $ 68,412,189.00 |
| 02246300 | ROSS MEDICAL EDUCATION CENTER | OH | 057843009 | Proprietary | $ 3,661,322.00 | - | - | $ - | - | $ - |
| 02247000 | NEW ENGLAND SCHOOL OF HAIR DESIGN | NH | 037843009 | Proprietary | $ 89,992.00 | - | - | $ - | - | $ - |
| 02248200 | MILAN INSTITUTE OF COSMETOLOGY | NV | 895022177 | Proprietary | $ 4,105,671.00 | - | - | $ - | - | $ - |
| 02248600 | COOPER HEALTH SYSTEM THE - CENTER FOR ALLIED HEALTH EDUCATION | NJ | 081051489 | Private-Nonprofit | $ 24,500.00 | - | - | $ - | - | $ - |
| 02249900 | DELTA BEAUTY COLLEGE | MS | 387014501 | Proprietary | $ 66,000.00 | - | - | $ - | - | $ - |
| 02250600 | EVEREST COLLEGE | MO | 658072446 | Private-Nonprofit | $ 473,412.00 | - | - | $ - | - | $ - |
| 02251200 | SCHUYLKILL TECHNOLOGY CENTERS | PA | 179513100 | Public | $ 261,279.00 | - | - | $ - | - | $ - |
| 02251500 | TREND SETTERS' ACADEMY OF BEAUTY CULTURE | KY | 402585735 | Proprietary | $ 229,005.00 | - | - | $ - | - | $ - |
| 02251600 | ACADEMY OF HAIR DESIGN #6 (THE) | MS | 394017561 | Proprietary | $ 81,685.00 | - | - | $ - | - | $ - |
| 02251700 | FOSTER'S COSMETOLOGY COLLEGE | MS | 386630066 | Proprietary | $ 127,890.00 | - | - | $ - | - | $ - |
| 02253700 | INTELLITEC COLLEGE | CO | 809206096 | Proprietary | $ 1,797,514.00 | - | - | $ - | - | $ - |
| 02255800 | BERKS TECHNICAL INSTITUTE | PA | 196101168 | Proprietary | $ 9,121,014.00 | - | - | $ - | - | $ - |
| 02254000 | NEW ENGLAND CULINARY INSTITUTE | VT | 056026115 | Proprietary | $ 1,099,076.00 | - | - | $ - | - | $ - |

Award Year Summary

Excerpt of Direct Loan Program "AY 2015–2016 Q4," Title IV Program Volume Reports, available at

https://studentaid.ed.gov/sa/about/data-center/student/title-iv [Bates AWOD005362].

| OPE ID | School | State | Zip Code | School Type | Recipients | # of Loans Originated | $ of Loans Originated | # of Disbursements | $ of Disbursements |
|---|---|---|---|---|---|---|---|---|---|
| 02244900 | GOODWIN COLLEGE | CT | 061189980 | Private-Nonprofit | - | - | $ - | - | $ - |
| 02245400 | KEENE BEAUTY ACADEMY | NH | 034511513 | Proprietary | - | - | $ - | - | $ - |
| 02245500 | FORTIS COLLEGE | FL | 327894679 | Proprietary | - | - | $ - | - | $ - |
| 02245600 | WARREN COUNTY CAREER CENTER | OH | 450361099 | Public | - | - | $ - | - | $ - |
| 02246000 | ROSS UNIVERSITY SCHOOL OF MEDICINE | | 452465317 | Foreign-For-Profit | 2,928 | 3,917 | $ 157,987,187.00 | 7,777 | $ 157,987,187.00 |
| 02246300 | ROSS MEDICAL EDUCATION CENTER | OH | 057842003 | Proprietary | - | - | $ - | - | $ - |
| 02247000 | NEW ENGLAND SCHOOL OF HAIR DESIGN | NH | 895022177 | Proprietary | - | - | $ - | - | $ - |
| 02248200 | MILAN INSTITUTE OF COSMETOLOGY | NV | | Proprietary | - | - | $ - | - | $ - |
| 02248600 | COOPER HEALTH SYSTEM THE - CENTER FOR ALLIED HEALTH EDUCATION | NJ | 081031489 | Private-Nonprofit | - | - | $ - | - | $ - |
| 02249900 | DELTA BEAUTY COLLEGE | MS | 387014501 | Proprietary | - | - | $ - | - | $ - |
| 02250600 | EVEREST COLLEGE | MO | 650072446 | Private-Nonprofit | - | - | $ - | - | $ - |
| 02251200 | SCHUYLKILL TECHNOLOGY CENTERS | PA | 179312100 | Public | - | - | $ - | - | $ - |
| 02251500 | TREND SETTERS ACADEMY OF BEAUTY CULTURE | KY | 402583755 | Proprietary | - | - | $ - | - | $ - |
| 02251600 | ACADEMY OF HAIR DESIGN #6 (THE) | MS | 394017581 | Proprietary | - | - | $ - | - | $ - |
| 02251700 | FOSTER'S COSMETOLOGY COLLEGE | MS | 386630066 | Proprietary | - | - | $ - | - | $ - |
| 02253700 | INTELLITEC COLLEGE | CO | 809096096 | Proprietary | - | - | $ - | - | $ - |
| 02253900 | BERKS TECHNICAL INSTITUTE | PA | 196101168 | Proprietary | - | - | $ - | - | $ - |
| 02254000 | NEW ENGLAND CULINARY INSTITUTE | VT | 056023115 | Proprietary | - | - | $ - | - | $ - |

**Award Year Summary**

Excerpt of Direct Loan Program "AY 2015–2016 Q4," Title IV Program Volume Reports, available at

https://studentaid.ed.gov/sa/about/data-center/student/title-iv [Bates AWOD005362].

**Volume by School**

enter ending 6/30/2017

| OPE ID | School | State | Zip Code | School Type | Recipients | # of Loans Originated | $ of Loans Originated | # of Disbursements | $ of Disbursements |
|---|---|---|---|---|---|---|---|---|---|
| 02242700 | BERKELEY CITY COLLEGE | CA | 947041183 | Public | - | - | $ - | - | $ - |
| 02244300 | Mississippi Barber Academy | MS | 392114052 | Proprietary | - | - | $ - | - | $ - |
| 02244400 | AMERICAN UNIVERSITY OF THE CARIBBEAN | | 0611185980 | Foreign-For-Profit | 1,296 | 1,776 | $ 30,171,615.00 | 2,993 | $ 30,171,615.00 |
| 02244900 | GOODWIN COLLEGE | CT | 0611185980 | Private-Nonprofit | - | - | $ - | - | $ - |
| 02245400 | KEENE BEAUTY ACADEMY | NH | 034311513 | Proprietary | - | - | $ - | - | $ - |
| 02245500 | FORTIS COLLEGE | FL | 327894679 | Proprietary | - | - | $ - | - | $ - |
| 02245600 | WARREN COUNTY CAREER CENTER | OH | 450961099 | Public | - | - | $ - | - | $ - |
| 02246000 | ROSS UNIVERSITY SCHOOL OF MEDICINE | | | Foreign-For-Profit | 2,492 | 3,162 | $ 59,004,979.00 | 5,832 | $ 58,994,729.00 |
| 02246300 | ROSS MEDICAL EDUCATION CENTER | OH | 452463317 | Proprietary | - | - | $ - | - | $ - |
| 02247000 | NEW ENGLAND SCHOOL OF HAIR DESIGN | NH | 037842003 | Proprietary | - | - | $ - | - | $ - |
| 02248200 | MILAN INSTITUTE OF COSMETOLOGY | NV | 895022177 | Proprietary | - | - | $ - | - | $ - |
| 02249900 | DELTA BEAUTY COLLEGE | MS | 387014501 | Proprietary | - | - | $ - | - | $ - |
| 02250600 | EVEREST COLLEGE | MO | 658072446 | Private-Nonprofit | - | - | $ - | - | $ - |
| 02251200 | SCHUYLKILL TECHNOLOGY CENTERS | PA | 179312100 | Public | - | - | $ - | - | $ - |
| 02251500 | TREND SETTERS' ACADEMY OF BEAUTY CULTURE | KY | 402583755 | Proprietary | - | - | $ - | - | $ - |

Excerpt of Direct Loan Program "AY 2016–2017 Q4," Title IV Program Volume Reports, available at

https://studentaid.ed.gov/sa/about/data-center/student/title-iv [Bates AWOD005363].

| OPE ID | School | State | Zip Code | School Type | Recipients | # of Loans Originated | $ of Loans Originated | # of Disbursements | $ of Disbursements |
|---|---|---|---|---|---|---|---|---|---|
| 02242700 | BERKELEY CITY COLLEGE | CA | 947041183 | Public | - | - | $    - | - | $    - |
| 02244300 | Mississippi Barber Academy | MS | 392114052 | Proprietary | - | - | $    - | - | $    - |
| 02244400 | AMERICAN UNIVERSITY OF THE CARIBBEAN | | 061189980 | Foreign-For-Profit | 1,319 | 1,807 | $ 68,715,564.00 | 3,021 | $ 68,715,564.00 |
| 02244900 | GOODWIN COLLEGE | CT | 061189980 | Private-Nonprofit | - | - | $    - | - | $    - |
| 02245400 | KEENE BEAUTY ACADEMY | NH | 034311513 | Proprietary | - | - | $    - | - | $    - |
| 02245500 | FORTIS COLLEGE | FL | 327834679 | Proprietary | - | - | $    - | - | $    - |
| 02245600 | WARREN COUNTY CAREER CENTER | OH | 450361059 | Public | - | - | $    - | - | $    - |
| 02246000 | ROSS UNIVERSITY SCHOOL OF MEDICINE | | | Foreign-For-Profit | 2,519 | 3,233 | $ 146,401,632.00 | 6,964 | $ 146,375,402.00 |
| 02246300 | ROSS MEDICAL EDUCATION CENTER | OH | 452463317 | Proprietary | - | - | $    - | - | $    - |
| 02247000 | NEW ENGLAND SCHOOL OF HAIR DESIGN | NH | 037842003 | Proprietary | - | - | $    - | - | $    - |
| 02248200 | MILAN INSTITUTE OF COSMETOLOGY | NV | 895022177 | Proprietary | - | - | $    - | - | $    - |
| 02249900 | DELTA BEAUTY COLLEGE | MS | 387014501 | Proprietary | - | - | $    - | - | $    - |
| 02250600 | EVEREST COLLEGE | MO | 658072446 | Private-Nonprofit | - | - | $    - | - | $    - |
| 02251200 | SCHUYLKILL TECHNOLOGY CENTERS | PA | 179312100 | Public | - | - | $    - | - | $    - |
| 02251500 | TREND SETTERS' ACADEMY OF BEAUTY CULTURE | KY | 402363755 | Proprietary | - | - | $    - | - | $    - |
| | Award Year Summary | | | | | | | | |

Excerpt of Direct Loan Program "AY 2016–2017 Q4," Title IV Program Volume Reports, available at

https://studentaid.ed.gov/sa/about/data-center/student/title-iv [Bates AWOD0005363].

...an Volume by School
h Quarter ending 6/30/2018
018

| OPE ID | School | State | Zip Code | School Type | Recipients | # of Loans Originated | $ of Loans Originated | # of Disbursements | $ of Disbursements |
|---|---|---|---|---|---|---|---|---|---|
| 02242500 | BASTYR UNIVERSITY | WA | 980284966 | Private-Nonprofit | 747 | 1,555 | $ 28,786,356.00 | 4,267 | $ 28,613,034.00 |
| 02242700 | BERKELEY CITY COLLEGE | CA | 947041183 | Public | - | - | $ - | - | $ - |
| 02244300 | Mississippi Barber Academy | MS | 392114052 | Proprietary | - | - | $ - | - | $ - |
| 02244400 | AMERICAN UNIVERSITY OF THE CARIBBEAN | | | Foreign-For-Profit | 1,214 | 1,727 | $ 29,831,971.00 | 2,957 | $ 29,659,549.00 |
| 02244900 | GOODWIN COLLEGE | CT | 061189980 | Private-Nonprofit | 18 | 27 | $ 240,813.00 | 44 | $ 240,813.00 |
| 02245400 | KEENE BEAUTY ACADEMY | NH | 034311513 | Proprietary | - | - | $ - | - | $ - |
| 02245600 | WARREN COUNTY CAREER CENTER | OH | 450361099 | Public | - | - | $ - | - | $ - |
| 02246000 | ROSS UNIVERSITY SCHOOL OF MEDICINE | OH | 452463317 | Foreign-For-Profit | 2,524 | 3,500 | $ 63,790,575.00 | 6,301 | $ 64,284,314.00 |
| 02246300 | ROSS MEDICAL EDUCATION CENTER | OH | | Proprietary | - | - | $ - | - | $ - |
| 02247000 | NEW ENGLAND SCHOOL OF HAIR DESIGN | NH | 037842003 | Proprietary | - | - | $ - | - | $ - |
| 02248200 | MILAN INSTITUTE OF COSMETOLOGY | NV | 895022177 | Proprietary | - | - | $ - | - | $ - |
| 02249900 | DELTA BEAUTY COLLEGE | MS | 387004501 | Proprietary | - | - | $ - | - | $ - |
| 02251200 | SCHUYLKILL TECHNOLOGY CENTERS | PA | 179312100 | Public | - | - | $ - | - | $ - |
| 02251500 | TREND SETTERS' ACADEMY OF BEAUTY CULTURE | KY | 402583755 | Proprietary | - | - | $ - | - | $ - |
| 02251600 | ACADEMY OF HAIR DESIGN #6 (THE) | MS | 394017581 | Proprietary | - | - | $ - | - | $ - |

Award Year Summary

Excerpt of Direct Loan Program "AY 2017–2018 Q4," Title IV Program Volume Reports, available at

https://studentaid.ed.gov/sa/about/data-center/student/title-iv [Bates AWOD005364].

| OPE ID | School | State | Zip Code | School Type | Recipients | # of Loans Originated | $ of Loans Originated | # of Disbursements | $ of Disbursements |
|---|---|---|---|---|---|---|---|---|---|
| 02242500 | BASTYR UNIVERSITY | WA | 980284966 | Private-Nonprofit | 564 | 728 | $ 18,746,972.00 | 2,175 | $ 18,643,830.00 |
| 02242700 | BERKELEY CITY COLLEGE | CA | 947041183 | Public | - | - | $ - | - | $ - |
| 02244300 | Mississippi Barber Academy | MS | 392114052 | Proprietary | - | - | $ - | - | $ - |
| 02244400 | AMERICAN UNIVERSITY OF THE CARIBBEAN | | | Foreign-For-Profit | 1,246 | 1,771 | $ 64,065,298.00 | 3,563 | $ 63,719,437.00 |
| 02244900 | GOODWIN COLLEGE | CT | 061185980 | Private-Nonprofit | - | - | $ - | - | $ - |
| 02245400 | KEENE BEAUTY ACADEMY | NH | 034311513 | Proprietary | - | - | $ - | - | $ - |
| 02245600 | WARREN COUNTY CAREER CENTER | OH | 450361099 | Public | - | - | $ - | - | $ - |
| 02246000 | ROSS UNIVERSITY SCHOOL OF MEDICINE | | | Foreign-For-Profit | 2,554 | 3,910 | $ 152,861,359.00 | 8,594 | $ 148,552,990.00 |
| 02246300 | ROSS MEDICAL EDUCATION CENTER | OH | 452463317 | Proprietary | - | - | $ - | - | $ - |
| 02247000 | NEW ENGLAND SCHOOL OF HAIR DESIGN | NH | 037842003 | Proprietary | - | - | $ - | - | $ - |
| 02248200 | MILAN INSTITUTE OF COSMETOLOGY | NV | 895022177 | Proprietary | - | - | $ - | - | $ - |
| 02249900 | DELTA BEAUTY COLLEGE | MS | 387014501 | Proprietary | - | - | $ - | - | $ - |
| 02251200 | SCHUYLKILL TECHNOLOGY CENTERS | PA | 179312100 | Public | - | - | $ - | - | $ - |
| 02251500 | TREND SETTERS' ACADEMY OF BEAUTY CULTURE | KY | 402583755 | Proprietary | - | - | $ - | - | $ - |
| 02251600 | ACADEMY OF HAIR DESIGN #5 (THE) | MS | 394017581 | Proprietary | - | - | $ - | - | $ - |

Award Year Summary

Excerpt of Direct Loan Program "AY 2017–2018 Q4," Title IV Program Volume Reports, available at

https://studentaid.ed.gov/sa/about/data-center/student/title-iv [Bates AWOD005364].

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE

Retail

**P**

US POSTAGE PAID

**$7.35**

Origin: 20716
05/20/19
2308370716-06

PRIORITY MAIL 2-Day ®

0 Lb 6.40 Oz

**1006**

EXPECTED DELIVERY DAY: 05/22/19

C019

SHIP
TO:
299 E BROWARD BLVD
STE 108
FORT LAUDERDALE FL 33301-1922

**USPS TRACKING NUMBER**



9505 5105 6956 9140 3354 96

P S00001000014

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

U.S. Marshal Service
Contents X-RAYED
Post ?

**PRIORITY**
★ **MAIL** ★

UNITED STATES POSTAL SERVICE

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:
Oluwamuyiwa Awodiya
15005 Dahlia Dr.
Bowie, MD 20721

**TO:**
U.S. Federal Building and Courthouse
299 East Broward Boulevard
Room 108
Fort Lauderdale, FL 33301

To schedule free
Package Pickup,
scan the QR code.



USPS.COM/PICKUP

Label 228, March 2016          FOR DOMESTIC AND INTERNATIONAL USE

★ Domestic only.   ✕ For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.