

FILED BY ___ D.C.

JUN - 3 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

|  |  |
|---|---|
| OLUWAMUYIWA AWODIYA, <br> *Plaintiff,* <br><br> -v- <br><br> ROSS UNIVERSITY SCHOOL OF MEDICINE, SCHOOL OF VETERINARY MEDICINE LIMITED, <br> *Defendant.* | Case No.   0:18-cv-60482-RKA <br><br> Hon. Judge: Roy K. Altman <br> Magistrate Judge: Patrick M. Hunt |

## DECLARATION OF OLUWAMUYIWA AWODIYA IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE PREJUDICIAL EVIDENCE AND THEORIES

Plaintiff respectfully requests the Clerk's Office of the Court to file this document as a docket "attachment" to the Plaintiff's Motion in Limine to Preclude Prejudicial Evidence and Theories, that is being filed simultaneously herewith.

1.      Pursuant to 28 U.S.C. § 1746, I, Oluwamuyiwa Awodiya, *pro se* plaintiff of the above-captioned action, make this declaration in support of Plaintiff's Motion in Limine to Preclude Prejudicial Evidence and Theories. I am over 18 years of age and I am competent to testify about the matters discussed herein.

2.      A true and correct excerpt of Defendant's Reponses to Plaintiff's Requests for Admission is attached as **Exhibit A**.

3.      A true and correct copy of "Exhibit 10," thereto Plaintiff's Requests for Admission No. 18, is attached hereto as **Exhibit B**. Also available at https://www.nbme.org/PDF/SubjectExams/AT_A_GLANCE_WBT_at_PROMETRIC_final.pdf.

1

4.      A true and correct copy of RUSM's Test Accommodations Application Packet is attached hereto as **Exhibit C**.

5.      A true and correct excerpt of RUSM's Student Handbook 2015-2016, is attached hereto as **Exhibit D**.

6.      A true and correct excerpt of RUSM's Academic Catalog 2015-2016, is attached hereto as **Exhibit E**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

EXECUTED ON this 31st day of May, 2019:

Respectfully submitted,

By: Oluwamuyiwa Awodiya, *pro se* litigant
15005 Dahlia Dr.
Bowie, MD 20721
(240) 602-1836
Plaintiff, in Proper Person

## CERTIFICATE OF SERVICE

I do hereby certify that on this 31st day of May, 2019, I have caused a true and correct copy of the foregoing by mailing a copy to the Court, where the Court's CM/ECF system will send notification to the counsel of record.

By: Oluwamuyiwa Awodiya, *pro se* litigant

# Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 0:18-CV-60482-KMM**

OLUWAMUYIWA AWODIYA,

        Plaintiff,

   v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE,

        Defendant.

_____

## RESPONSE TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION

Defendant ROSS UNIVERSITY SCHOOL OF MEDICINE, by and through its attorneys

Seyfarth Shaw LLP, hereby submits its Response To Plaintiff's First Set of Requests for

Admission.

### REQUEST FOR ADMISSION NO. 1:

Admit that the formal legal name of the organization that operates RUSM is Ross
University School of Medicine, School of Veterinary Medicine (St. Kitts) Limited.

### RESPONSE TO NO. 1:

Denied. The entity that operates Ross University School of Medicine (RUSM) is Ross

University School of Medicine, School of Veterinary Medicine Limited, a Dominican entity

different from Ross University School of Medicine, School of Veterinary Medicine (St. Kitts)

Limited, which is a Kittitian entity that operates Ross University School of Veterinary Medicine.

### REQUEST FOR ADMISSION NO. 2:

Admit that RUSM receives United States federal financial assistance through federal
student aid.

**RESPONSE TO NO. 15:**

Defendant objects to this request because it appears to assume facts not in evidence, including that Plaintiff was disabled, required accommodations to his disability(ies) during tests, and requested such accommodations from RUSM. Subject to and without waiving that objection, Defendant notes that it permitted Plaintiff to take the NBME CBSE a fifth time and denies Request No. 15.

**REQUEST FOR ADMISSION NO. 16:**

Admit that RUSM did not provide Plaintiff with extended testing time for the NBME CBSE.

**RESPONSE TO NO. 16:**

Admitted.

**REQUEST FOR ADMISSION NO. 17:**

Admit that extended testing time was an available accommodation for the NBME CBSE exam. (See attached Exhibit 10 at page 2).

**RESPONSE TO NO. 17:**

Defendant admits that extended testing time for the NBME CBSE is an accommodation sometimes provided to disabled students taking the exam and that Page 2 of Exhibit 10 references this possible accommodation. To the extent that Request No. 17 requests an admission of anything else, it is objectionable because it is ambiguous, and Defendant is therefore unable to admit or deny the assertion.

**REQUEST FOR ADMISSION NO. 18:**

Admit that the decision to provide students with test accommodations for the NBME CBSE is made by RUSM. (See attached Exhibit 10 at page 2).

**RESPONSE TO NO. 18:**

Defendant admits that RUSM, not the NBME, is the entity that determines whether its students require accommodations to a disability when taking the NBME CBSE and that this is

46502448v.1

referenced at Page 2 of Exhibit 10. To the extent that Request No. 18 requests an admission of anything else, it is objectionable because it is ambiguous, and Defendant is therefore unable to admit or deny the assertion.

**REQUEST FOR ADMISSION NO. 19:**

Admit that Plaintiff was dismissed for failing to pass the NBME CBSE.

**RESPONSE TO NO. 19:**

Admitted.

**REQUEST FOR ADMISSION NO. 20:**

Admit that 99% of 2014-2015 RUSM graduates who passed their USMLE exams on the first attempt attained a residency. (See Institutional Outcomes at https://medical.rossu.edu/student-consumer-information.html ).

**RESPONSE TO NO. 20:**

Defendant admits that the referenced website states as follows as of June 3, 2018: "99% of 2014-2015 RUSM graduates who passed their USMLE exams on the first attempt attained a residency by April 2016." To the extent that Request No. 20 requests an admission of anything else, it is objectionable because it is ambiguous, and Defendant is therefore unable to admit or deny the assertion.

**REQUEST FOR ADMISSION NO. 21:**

Admit that the RUSM USMLE Step 1 first-time pass rate in 2016 was 93%. (See General FAQ'S at https://medical.rossu.edu/about/faq.html).

**RESPONSE TO NO. 21:**

Defendant denies that the referenced website contains the statement in Request No. 21, as of June 3, 2018. To the extent that Request No. 21 requests an admission of anything else, it is objectionable because it is ambiguous, and Defendant is therefore unable to admit or deny the assertion.

**REQUEST FOR ADMISSION NO. 22:**

Admit that the RUSM USMLE Step 2 CK first-time pass rate in 2016 was 87%. (See General FAQ'S at https://medical.rossu.edu/about/faq.html).

**RESPONSE TO NO. 22:**

Defendant denies that the referenced website contains the statement in Request No. 22, as of June 3, 2018. To the extent that Request No. 22 requests an admission of anything else, it is objectionable because it is ambiguous, and Defendant is therefore unable to admit or deny the assertion.

**REQUEST FOR ADMISSION NO. 23:**

Admit that the RUSM USMLE Step 2 CS first-time pass rate in 2016 is 94%. (See General FAQ'S at https://medical.rossu.edu/about/faq.html).

**RESPONSE TO NO. 23:**

Defendant denies that the referenced website contains the statement in Request No. 23, as of June 3, 2018. To the extent that Request No. 23 requests an admission of anything else, it is objectionable because it is ambiguous, and Defendant is therefore unable to admit or deny the assertion.

**REQUEST FOR ADMISSION NO. 24:**

Admit that both the websites for Ross University School of Medicine and Ross University School of Veterinary Medicine are both hosted by www.rossu.edu.

**RESPONSE TO NO. 24:**

Defendant admits that the website www.rossu.edu contains a link by which viewers may proceed to the website for Ross University School of Medicine (https://medical.rossu.edu/) and Ross University School of Veterinary Medicine (https://veterinary.rossu.edu/). To the extent that Request No. 24 requests an admission of anything else, it is objectionable because it is ambiguous, and Defendant is therefore unable to admit or deny the assertion.

46502448v.1

**REQUEST FOR ADMISSION NO. 25:**

Admit that Ross University School of Medicine and Ross University School of Veterinary Medicine are registered as the same corporation.

**RESPONSE TO NO. 25:**

Denied.

**REQUEST FOR ADMISSION NO. 26:**

Admit that RUSM asserts that "Title III of the Americans with Disabilities Act of 1990 ("ADA") does not extend to conduct occurring outside the United States, and it follows that it does not extend to the Defendant's activities in Dominica." (See Dkt. No. 30).

**RESPONSE TO NO. 26:**

Admitted.

**REQUEST FOR ADMISSION NO. 27:**

Admit that Ross University School of Medicine, School of Veterinary Medicine (St. Kitts) Limited with Adtalem Global Health, Inc., asserted that Title III of the ADA is applicable only in the United States and its territories. (See Galligan v. Adtalem Global Education, Inc. et al). (See also Archut v. Ross Univ. Sch. of Veterinary Med., CIVIL ACTION NO. 10-1681 (MLC) (D.N.J. Nov. 19, 2012)).

**RESPONSE TO NO. 27:**

Admitted.

**REQUEST FOR ADMISSION NO. 28:**

Admit that RUSM made the following statement on the admission requirements page of the RUSM website "It is the policy and practice of the University to comply with the Americans with Disabilities Act as applicable and practical in Dominica."

**RESPONSE TO NO. 28:**

Admitted.

**REQUEST FOR ADMISSION NO. 29:**

Admit that it is false that RUSM will comply with the Americans with Disabilities Act in Dominica.

personal jurisdiction over Defendant. Defendant denies any remaining assertions in Request No. 40.

**REQUEST FOR ADMISSION NO. 41:**

Admit that Defendant has currently relocated the named persons, in the Second Amended Complaint, to outside of Dominica following a natural disaster.

**RESPONSE TO NO. 41:**

Defendant admits that McMillan Cuffy and Davendra Sharma are no longer living or working in Dominica, as a result of a hurricane. Defendant denies that Plaintiff has relocated from Dominica as a result of the hurricane but admits that he is no longer in Dominica. Defendant denies any remaining allegations in Request No. 41.

**REQUEST FOR ADMISSION NO. 42:**

Admit that attached documents, Exhibit 5 RUSM ADHD Counseling Documents, are authentic.

**RESPONSE TO NO. 42:**

Defendant objects to this Request because it is ambiguous. FRE 901(a) states that an item is authentic if "the item is what the proponent claims it is." Because Plaintiff does not articulate what he claims the items are, Defendant cannot admit or deny the assertion in Request No. 42. Subject to this objection, Defendant admits that the documents contained in Exhibit 5 are authentic copies of records pertaining to Plaintiff that are possessed by the RUSM Counseling Center.

**REQUEST FOR ADMISSION NO. 43:**

Admit that attached document, Exhibit 6 RUSM Release of Information to RUSM administration, is authentic.

46502448v.1

DATED:  June 8, 2018

Respectfully submitted,

ROSS UNIVERSITY SCHOOL OF
MEDICINE

By:  *Ch Meddin*

Christina Forte Meddin
cmeddin@seyfarth.com
Brian Stolzenbach
bstolzenbach@seyfarth.com

SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, GA  30309-3958
Telephone:     (404) 885-1500
Facsimile:      (404) 892-7056

Attorneys for Defendant

16

46502448v.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 0:18-CV-60482-KMM

OLUWAMUYIWA AWODIYA,

      Plaintiff,

  v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE,

      Defendant.

## DEFENDANT'S RESPONSE TO PLAINTIFF'S SECOND SET OF REQUESTS FOR ADMISSION

Defendant, ROSS UNIVERSITY SCHOOL OF MEDICINE, by and through its attorneys, Seyfarth Shaw LLP, and in response to Plaintiff's Second Set of Requests for Admission, states as follows:

### Preliminary Objection

Defendant objects to Plaintiff's Instructions 1-4, 14, and 18 to the extent they seek to impose more or different requirements than the applicable Federal Rule(s) of Civil Procedure and Local Rule(s) of the Court. Defendant will answer in accordance with those rules and not Plaintiff's Instructions.

Defendant objects to Plaintiff's Definitions 10 and 15 because they create ambiguity and may seek to impose requirements on Defendant that are inconsistent with applicable rules. Defendant will interpret the terms "you" and "your" to refer to Defendant and the term "its," when referring to Defendant, as Defendant alone.

**RESPONSE:**

Admitted.

**REQUEST NO. 53:**

Admit that Plaintiff did not have any accommodations for his ADHD on his first NBME CBSE attempt.

**RESPONSE:**

Admitted.

**REQUEST NO. 54:**

Admit that Plaintiff did not have any accommodations for his ADHD on his second NBME CBSE attempt.

**RESPONSE:**

Admitted.

**REQUEST NO. 55:**

Admit that Plaintiff did not have any accommodations for his ADHD on his third NBME CBSE attempt.

**RESPONSE:**

Admitted.

**REQUEST NO. 56:**

Admit that Plaintiff did not have any accommodations for his ADHD on his fourth NBME CBSE attempt.

**RESPONSE:**

Admitted.

**REQUEST NO. 57:**

Admit that Plaintiff did not have any accommodations for his ADHD on his fifth NBME CBSE attempt.

**RESPONSE:**

Admitted.

**REQUEST NO. 58:**

Admit that extended testing time for the NBME CBSE is a reasonable accommodation for some disabled students that need extended testing time.

**RESPONSE:**

Admitted.

**REQUEST NO. 59:**

Admit that RUSM intended for prospective students to rely on the following statement posted on the Admissions Requirements page of the RUSM website: "It is the policy and practice of the University to comply with the Americans with Disabilities Act as applicable and practical in Dominica. No qualified individual with a disability will be denied access to or participation in services, programs, or activities of Ross University School of Medicine."

**RESPONSE:**

Defendant admits that its current website contains this statement, but

Defendant is without knowledge or information sufficient to admit or deny that the

website contained the same statement when Plaintiff applied to RUSM.

**REQUEST NO. 60:**

Admit that in 2015, the first-attempt residency attainment rate for RUSM students was 88%. (See *Institutional Outcomes* at https://medical.rossu.edu/student-consumer-information.html).

**RESPONSE:**

Admitted.

**REQUEST NO. 61:**

Admit that 91% of RUSM 2014-2015 graduates attained residency placements by July 1, 2016 after single or multiple USMLE exam attempts or residency placement attempts. (See *Institutional Outcomes* at https://medical.rossu.edu/student-consumer-information.html)[.]

4

**RESPONSE:**

Defendant admits that 91% of RUSM 2014-2015 graduates attained residency placements by July 1, 2016, with residency attainment calculated after single or multiple USMLE exam attempts or residency placement attempts. To the extent the Request seeks the admission of anything more or different, Defendant denies the Request.

**REQUEST NO. 62:**

Admit that the first-time residency attainment rate for Ross graduates in 2016 was 86%. (See attached Exhibit 35, *RUSM Know Before You Go Fact Sheet*).

**RESPONSE:**

Admitted.

**REQUEST NO. 63:**

Admit that the first-time USMLE Step 1 pass rate for Ross-2016 graduates was 93%. (See attached Exhibit 35, *RUSM Know Before You Go Fact Sheet*).

**RESPONSE:**

Admitted.

**REQUEST NO. 64:**

Admit that the first-time USMLE Step 2 CK pass rate for Ross-2016 graduates was 87%. (See attached Exhibit 35, *RUSM Know Before You Go Fact Sheet*).

**RESPONSE:**

Admitted.

**REQUEST NO. 65:**

Admit that the first-time USMLE Step 2 CS pass rate for Ross-2016 graduates was 94%. (See attached Exhibit 35, *RUSM Know Before You Go Fact Sheet*).

**RESPONSE:**

Admitted.

**REQUEST NO. 66:**

Admit that the RUSM USMLE Step 1 first-time pass rate in 2017 was 85%. (See *General FAQs* at https://medical.rossu.edu/about/faq.html).

**RESPONSE:**

Admitted.

**REQUEST NO. 67:**

Admit that the RUSM USMLE Step 2 CK first-time pass rate in 2017 was 85%. (See *General FAQs* at https://medical.rossu.edu/about/faq.html).

**RESPONSE:**

Admitted.

**REQUEST NO. 68:**

Admit that the RUSM USMLE Step 2 CS first-time pass rate in 2017 was 91%. (See *General FAQs* at https://medical.rossu.edu/about/faq.html).

**RESPONSE:**

Admitted.

**REQUEST NO. 69:**

Admit that Adtalem Global Education is registered with the Florida Department of State to do business as Ross University School of Medicine. (See *Ross University School of Medicine Academic Catalog 2017-2018, VOL. 9* at page ii).

**RESPONSE:**

Admitted.

**REQUEST NO. 70:**

Admit that Plaintiff's first NBME CBSE attempt was in Dominica.

6

46670927v.1

**RESPONSE:**

Admitted

**REQUEST NO. 71:**

Admit that Plaintiff's second, third, fourth, and fifth NBME attempts were in Prometric Test Centers in the Unites States of America.

**RESPONSE:**

Defendant objects to the term "NBME" as ambiguous. To the extent Plaintiff

means the NBME **CBSE**, Defendant admits that Plaintiff's second through fifth

attempts occurred at Prometric Test Centers in the United States of America.

**REQUEST NO. 72:**

Admit that RUSM granted Plaintiff's fifth NBME CBSE attempt based on an academic judgment that involved his "academic history."

**RESPONSE:**

Admitted.

**REQUEST NO. 73:**

Admit that it is obvious that a student with an "attention problem" could have problems paying attention during test examinations.

**RESPONSE:**

Denied.

**REQUEST NO. 74:**

Admit that it is obvious that a student with an "inattentive presentation" could have problems staying attentive during test examinations.

**RESPONSE:**

Denied.

7

46670927v.1

DATED:  June 13, 2018

Respectfully submitted,

ROSS UNIVERSITY SCHOOL OF
MEDICINE


By:   */s/ Christina Forte Meddin*
       Christina Forte Meddin
       cmeddin@seyfarth.com
       Brian Stolzenbach
       bstolzenbach@seyfarth.com

SEYFARTH SHAW LLP
1075 Peachtree Street, N.E., Suite 2500
Atlanta, GA 30309-3958
Telephone:   (404) 885-1500
Facsimile:   (404) 892-7056

9

46670927v.1

# Exhibit B



# Administration of NBME Examinations at Prometric Test Centers

The comprehensive and clinical science web-based subject examinations and the Emergency Medicine Advanced Clinical examination may be ordered for administration at Prometric's worldwide network of 350 secure, convenient test centers. Prometric testing may be preferred for students serving on clinical rotations in a distributed hospital network or for those located at sites without web-based test delivery.

This document provides basic information on ordering, fees, and related information to request administration of an NBME subject examination to your students at Prometric Test Centers. If you have any questions, please contact us at **subjectexams@nbme.org**.

## Examinations Available at Prometric Test Centers

- ▶ Clinical Neurology
- ▶ Comprehensive Basic Science
- ▶ Comprehensive Clinical Science
- ▶ Emergency Medicine Advanced Clinical
- ▶ Family Medicine Modular

- ▶ Medicine
- ▶ Ob/Gyn
- ▶ Pediatrics
- ▶ Psychiatry
- ▶ Surgery

> You must place your order *no later than 28 days prior to the start of the testing window.*
>
> **But plan ahead—place your order as far in advance of your anticipated testing window as possible.**
>
> Even at 28 days, there may be a risk that your students will not be able to test within the window due to Prometric seat availability.

## Ordering

The online ordering system allows you to provide information for Prometric test administration. Testing at Prometric centers requires some more advanced planning to allow students sufficient time to schedule testing appointments.

- ▶ When you order a web-based exam for administration, you will select Prometric Test Centers as the testing location.
- ▶ *You will set a testing window of a minimum of 7 to a maximum of 14 calendar days.* This is necessary because your students may have trouble finding a seat on a single test date.
- ▶ The order will lock 21 days prior to the start of the testing window. You cannot make changes to your order after that.

## Populating Your Test Administration Roster

The NBME roster system, which supports the administration and scoring of its web-based exams, has two components: a master roster for maintaining the records of all students and a test administration roster specific to the test date or window. If you have not used NBME web-based exams before, you must create your master roster first.

*June 2016*

- An e-mail address is required for every student. You will have the option to enter the e-mail address for each record individually, or to upload a file with e-mail addresses to the master roster.
- You must create your test administration roster *no later than* 21 days prior to the start of the testing window.

## Scheduling a Testing Appointment

After you submit the test administration roster, the NBME will generate a scheduling permit for each student on the roster in about 2 to 3 business days. There are exceptions if the student requires test accommodations (see Arranging for Test Accommodations below).

Your students:

- will receive an e-mail with a link to a web page where they can print/download their scheduling permits and view policies and procedures for the testing session.
- will schedule their testing appointment online through Prometric's website and receive a confirmation notice from Prometric.
- can reschedule their testing appointments (only within the testing window) or cancel them, but if the request is made *less than 15 days prior to the scheduled appointment*, Prometric will charge a fee. Fees for rescheduling/cancellation appear on the confirmation notice.

## Arranging for Test Accommodations

It is essential that you follow the specific procedure outlined below in order for the NBME to make arrangements for your students to take an examination with test accommodations at a Prometric Test Center. Please note that the decision to provide an accommodation is still yours, as it is with locally-delivered NBME web-based examinations.

To notify the NBME about students who need test accommodations, you will:

- enter the number of students who need extra testing time along with the appropriate pacing (1.25x, 1.5x, or 2x) into the online order.
- edit the related student records on the test administration roster by setting the pacing and/or clicking in the "other accommodations" field and selecting a Prometric testing region (e.g., US, Asia).
- download an Excel file from this roster.  It will be pre-populated with these records.
- send the file to the NBME as instructed.

> *Students who need accommodations will not be able to schedule their testing appointments online.*  Their permits will provide instructions to call Prometric (based on the testing region) to schedule their testing appointments.

NBME staff will review the file and send the information to Prometric. *Scheduling permits for these students will not be generated until this process is complete.* Depending on the nature of the accommodation, this process could take as long as 2 weeks, so please enter your order as far in advance of the testing window as possible.

Please note that Prometric test centers are secure facilities and that students are prohibited from bringing personal items into the secure testing room. If an examinee requires use of a personal item for medical reasons during the testing session, you will need to approve this as a test accommodation and enter specific information about the item you are approving on the Excel file that you send to the NBME. Note that Prometric has administrative policies about certain types of items that are not permitted for use in the regular testing room, even with your authorization, and the student may be required to test in a separate testing room. Items that require use of a separate testing room at Prometric generally include food, drink, and injectables (glucometer with fingerstick, syringes, etc).

## Exam Fees

Fees are posted on the NBME website (www.nbme.org) and are subject to change.

## Assigning Different Examination Forms to Enhance Security

As you know, the NBME has multiple forms of each exam available during an academic year. These forms have been scaled and equated so that your students' performance is directly comparable across the different forms.

When you order subject exams for local administration, form assignment is made at the order level, so all students take the same form. However, since your students will be taking these exams at Prometric test centers during a 7 to 14 day window, form assignment will be made at the examinee level. This means that your students will see different forms of an exam during the window, which minimizes the risk of sharing test content.

## Viewing Score Reports

Score reports will be posted to the NBME Services Portal  within 2 to 3 days AFTER the end of the testing window.

If you have any questions, please contact us at **subjectexams@nbme.org**.

# Exhibit C



**ROSS UNIVERSITY**
SCHOOL OF MEDICINE

## GUIDELINES TO REQUEST TEST ACCOMMODATIONS

Ross University School of Medicine provides reasonable and appropriate accommodations. Application for testing accommodations should be made using the Student Request Form found below, and must be accompanied by <u>all</u> necessary documentation; including a written summary of assessment and evaluation results and signed by your healthcare provider along with their recommended accommodations based on your diagnosis.

Please note, however, that RUSM has no control over whether you will obtain similar, if any, accommodations from the United States Medical Licensing Board (USMLE) or from clinical affiliates where you will participate in clinical training during your Clinical Science years. It is your responsibility to seek and obtain accommodations from the USMLE and/or clinical affiliates where you intend to perform clinical rotations as necessary.

Remember to <u>sign</u> and <u>date</u> the application form. <u>Applications should be submitted prior to the beginning of the semester and take approximately 4 weeks to be processed.</u> Incomplete documentation will further delay the administration of your application.

**Completed applications should be sent to:**

**Matthew Stewart-Fulton**
**Assistant Director, Student Conduct & Integrity & Academic Accommodations**
**Ross University School of Medicine**
**MatthewStewartFulton@rossu.edu**

1

RUSM 000179

## STUDENT REQUEST FOR TEST ACCOMMODATIONS

**Date of Request:**

Name_____   _____   _____
Last                    First                             M.I.
Date of Birth_____        Gender:   Male_____ Female_____

Semester: Winter - Summer – Fall   20____

**Permanent Address:**
Street_____
City_____
State/Province_____
Zip/Postal Code _____
Country_____
Phone:_____

**Current Address:**
Street_____
City_____
State/Province_____
Zip/Postal Code _____
Phone:_____

**Nature of the Disability:  Check all that apply**
Sensory Impairment:        Hearing Disability_____        Visual Disability_____

Learning Impairment:       Reading Disability_____      Writing Disability_____
                           Mathematics Disability___      Other: _____

Language Impairment:       Receptive Language ___         Expressive Language____

Medical Impairments:       Mobility/Motor__               Diabetes/Thyroid_____
                           Epilepsy/Neuro__               Other___
Mental Health/Executive:
Function Impairments:      Anxiety Disorder____           Mood Disorder/Depression__

                           Attention Deficit___           Other :( Specify)____
                           Hyperactivity Disorder

2

RUSM 000180

In order to document your need for accommodation as completely as possible, **please attach,** in addition to professional documentation, a **two-page personal statement** (word processed, not hand written) describing your disability and its impact on your daily life and educational functioning.
*Do not confine your comments to standardized test performance; rather discuss your overall day-to-day functioning.*

### How long ago was your disability first professionally diagnosed?

Less than 1 year_____   1-2 years_____   2-4 years_____   5 or more years_____

### What accommodation(s) are you requesting? Accommodation(s) must be appropriate to the disability:

Extra time:_____
Enlarged print:_____
Less distracting environment:_____
Use of special equipment:_____
Other (specify):_____

### Prior classroom or test accommodations that you have received:

Medical College Admission Test (MCAT)

Accommodation Received:_____
(If extra time, note amount given):_____
Other Accommodation received:_____
(If extra time, note amount given):_____

### My disability has been quantitatively evaluated by:

Physician: _____  Psychiatrist:_____  Psychologist: _____Optometrist: _____

Audiologist:_____  Physical Therapist: _____  Other: (specify)_____

Provide name and credentials of evaluator:_____

3

RUSM 000181

# REMINDER****

## *THE APPROPRIATE REPORT IS ATTACHED:

## *PERSONAL STATEMENT DESCRIBING MY DISABILITY IS ATTACHED:

I DO HEREBY CERTIFY THAT ALL THE DOCUMENTS AND OTHER
INFORMATION SUBMITTED BY ME IS ACCURATE AND FACTUAL TO THE
BEST OF MY KNOWLEDGE.

Signature:_____

Date:_____

**DO NOT SUBMIT**

- Original documents; keep the original and submit a copy
- Research articles, resumes, curriculum vitas
- Handwritten letters from physicians or evaluators
- Documentation previously submitted
- Previous correspondence
- Multiple copies of documentation (i.e. faxed and mailed copies of a document)

**DO SUBMIT**

- Legible copies
- All documents in English. You are responsible for providing certified English translations of foreign language documentation
- Typed or printed letters and reports from evaluators
- Documentation from childhood, if you are requesting accommodations based on a developmental disorder, i.e. LD, ADHD, Dyslexia
- Documentation of functional impairment in activities beyond test-taking
- Documentation of functional impairment beyond self-report

4

RUSM 000182

# Exhibit D



# *STUDENT HANDBOOK*

# **2015 – 2016**

**May 6, 2016**

© 2016 Ross University School of Medicine.  All rights reserved.

50

## ACCOMMODATIONS FOR STUDENTS WITH DISABILITIES

**Qualifying for Disability Accommodations**

RUSM expects that each student admitted will be capable of completing the full curriculum of required courses, clerkships, and electives under the established RUSM policies. All students and applicants must be capable of meeting the RUSM Technical Standards (as outlined in the **Technical Standards** section of the Student Handbook) with or without reasonable accommodation, at each stage of their medical education. Our goal at RUSM is to provide equal opportunity without undermining the integrity of any course, clerkship, or program. Requests for accommodation should be made as soon as the need is known and within the guidelines described here. Requests are processed in Foundations of Medicine and Clinical Sciences by the appropriate Accommodation Coordinator in the Office for Student Affairs.

RUSM adheres to the guidelines set forth in the USMLE and NBME websites (www.USMLE.org or www.NBME.org ) for testing accommodations.

**Accommodation Request Packet**

The Accommodation Request packet may be downloaded from the Portal or can be obtained from the Accommodations Coordinator.  Review the packet carefully to ensure you are aware of all the requirements. Further, it is important to ensure that all components of the packet have been completed, including all supporting documents, are submitted to the Accommodations Coordinator.    Incomplete or missing documentation may delay the evaluation and final determination of your request.

RUSM reserves the right to request additional documentation.  RUSM reserves the right to determine which tests are acceptable for diagnosis and requires that standardized tests are based on adult norms.

It is the sole responsibility of the person applying for accommodation to ensure the timely submission of any required documentation and to ensure their treatment provider provides all necessary information.

Please review the packet carefully and contact the appropriate Accommodations Coordinator, Foundations of Medicine or Clinical Sciences, with any questions.

RUSM will make all reasonable efforts to review requests in a timely manner, but cannot guarantee that any requests will be fully reviewed and granted prior to any specific examination or phase of the curriculum.

All accommodations will be confidential, reasonable, and appropriate to the circumstances, allowing equal opportunity for students with disabilities, and will not infringe on the essential requirements of, or fundamentally alter, the medical education program of RUSM.

**Application Process**

*Foundations of Medicine*

Requests for accommodation during the foundational science portion of the curriculum are to be submitted in writing to the Accommodations Coordinator for Foundations of Medicine. The submission must include all the completed documents from the Accommodation Request packet as well as any supporting documentation.

51

It is recommended that students prepare the Accommodation Request packet and gather the required supporting documentation prior to matriculation and submit their completed packet at least four (4) weeks prior to matriculation or the date accommodation will be needed.  Please note that packets may not be reviewed until they are complete as a determination on the accommodation may not be made until all necessary information has been submitted.  RUSM reserves the right to request additional documentation in support of a request for accommodation at any time.

RUSM recognizes that sometimes the need for accommodation may arise after a student has begun medical studies and is already in Dominica and may present a need for provisional accommodation.  Under these circumstances, due to the limited resources available on the island of Dominica, the Counseling Center or Health Clinic may provide the documentation required to submit a Request for Accommodation packet in support of granting provisional accommodation.  If approved, provisional accommodations can be provided for the remainder of the semester during which they were requested.  However, any provisional accommodation granted will not extend beyond the end of that semester.  Prior to the start of the subsequent semester it is the student's responsibility to work with an appropriate health care provider, independent of RUSM, to provide supporting documents in order submit a complete Request for Accommodations packet in order for the provisional accommodations to extend beyond the semester in which they were granted.

The Accommodations Coordinator will communicate in writing to the person applying for the accommodation all decisions made with respect to their Request for Accommodation.


*Clinical Sciences*

Requests for accommodation during the Clinical Sciences portion of the curriculum are made separately from the request made during the Foundations of Medicine portion of the curriculum.  Requests for accommodation during the clinical sciences portion of the curriculum, are to be submitted in writing to the Accommodations Coordinator for Clinical Sciences.  Please be advised that accommodations that were approved and or received during the Foundations of Medicine may not be approved or received during the clinical portion of the program.

RUSM applies the guidelines set forth both in the USMLE and NBME websites (www.USMLE.org or www.NBME.org) for requests for reasonable testing accommodations during the clinical semesters.
These are the same standards USMLE and NBME will require a student to meet when requesting accommodations for their Step examinations.  Students are advised that USMLE and NBME may adhere to stricter standards and documentation requirements than students have encountered previously during the course of their education.  Students should not expect that accommodations granted during foundations of medicine will necessarily be granted during the clinical portion of the curriculum.  Only students who are in the process of appealing a denial of accommodation from NBME may be granted for the requested accommodation during clinical exams, pending the outcome of the appeal to NBME.

Requests for accommodation for physical impairments, or other impairments that are not testing related, are also submitted to the Accommodations Coordinator for Clinical Sciences.  However, the clinical site shall be responsible for reviewing and granting requests for accommodation for any physical impairments.  RUSM has no decision making authority with respect to the outcome of these requests.

It is the student's responsibility to ensure that all accommodation requests and materials are up to date prior to commencing Clinical Sciences, and to submit this request to the Accommodations Coordinator for Clinical Sciences.  It is recommended that students prepare the Accommodation Request packet and gather any supporting documentation at least four (4) weeks prior to beginning Clinical Sciences or the date accommodation will be needed.  Please note that packets may not be reviewed until they are complete as a determination on the accommodation may not be made until all necessary information has been submitted.  Additional documentation in support of a request for accommodation may be requested by RUSM or the clinical site at any time.

AWOD005273

# Exhibit E



**ROSS UNIVERSITY SCHOOL OF MEDICINE**
**ACADEMIC CATALOG**
**2015-2016, VOL. 7**

i

RUSM 000183

After successfully completing the Foundations of Medicine curriculum, student are in a vacation period (up to 12 weeks.) Some students use this time to study and sit for the USMLE Step 1, which is a requirement to begin IMF.

## Policy on Alcohol and Other Drugs

RUSM has developed an Alcohol and Substance Policy, with which all students must comply. See the *Student Handbook* for more details.

## Student Privacy Rights

RUSM follows the guidelines of the U.S. Family Educational Rights and Privacy Act (FERPA). More information is available in the *Student Handbook*.

## Disability Accommodations

RUSM is committed to ensuring that qualified students with disabilities are afforded reasonable accommodations. The RUSM curriculum represents a core curriculum essential to all physicians. Therefore, RUSM expects that each student admitted will be capable of completing the full curriculum of required courses and electives under the established RUSM policies. All students and applicants must be capable of meeting the RUSM Technical Standards (located in the RUSM application or in the *Student Handbook*), with or without reasonable accommodation, at each stage of their medical education. Our goal at RUSM is to provide equal opportunity without undermining the integrity of any course, clerkship, or program. Requests for accommodation should be made as soon as the need is known and within the guidelines described here. Requests are processed in Foundations of Medicine and Clinical Sciences by the appropriate Accommodation Coordinator in the Office for Student Affairs.

### Foundations of Medicine

Requests for accommodation during the Foundations of Medicine portion of the curriculum should be submitted in writing to the Accommodation Coordinator for Foundations of Medicine. For more information, send an email to MatthewStewartFulton@rossu.edu.

### Internal Medicine Foundations (IMF) and Clinical Sciences

It is the student's responsibility to ensure that all accommodation requests and materials are up to date prior to commencing the IMF clerkship and/or the Clinical Sciences curriculum. Requests for accommodation during the Clinical Sciences curriculum should be submitted to the Accommodations Coordinator for IMF/Clinical Sciences. Accommodations that were received during the Foundations of Medicine curriculum will be taken into consideration but cannot ensure similar accommodations in the Clinical Sciences curriculum. (see Clinical Sciences Accommodations section below). For more information, send an email to Jrobertson@rossu.edu.

### Timeframe

For recently-admitted students, requests for accommodation should be submitted within thirty days of acceptance. When the need for an accommodation arises after a student has begun medical studies, all documentation must be submitted at least fourteen days prior to the date the accommodation is needed

49

to allow time for an evaluation of the request and documentation. RUSM will make all reasonable efforts to review such requests in a timely manner, but cannot guarantee the disposition of requests prior to any specific examination or phase of the curriculum.

## Responsibility

To qualify for accommodation, a student must identify him/ herself to the Accommodation Coordinator, declare the disability or suspected disability in writing, and request accommodation. It is also the student's responsibility to obtain a thorough written evaluation from an appropriate professional, documenting the presence, extent, and ramifications of the disability. In addition, the documentation should explain what specific types of accommodation the evaluator believes might be most helpful in offsetting the effects of the disability to an acceptable extent (in a medical school environment, if possible). Responsibility for the timely submission of requests and supporting documentation rests upon the student seeking the accommodation. Our goal at RUSM is to provide equal opportunity without undermining the integrity of any course, clerkship, or program. Requests not submitted with at least 14 days' notice or not accompanied by sufficient supporting documentation will impede RUSM's ability to respond in a timely manner.

## Confidentiality

RUSM keeps all accommodation requests confidential to the extent necessary to consider the request and implement the accommodations upon approval. RUSM reviews requests to determine whether they are supported by adequate and appropriate documentation. After careful review in consultation with appropriate professionals, the Accommodation Coordinator will make a recommendation to the Senior Associate Dean for Student Affairs. The decision of the Senior Associate Dean will then be communicated in writing to the student.

## Propriety

All accommodations will be reasonable and appropriate to the circumstances, allowing equal opportunity for students with disabilities. Accommodations must not infringe on or fundamentally alter the essential requirements of the medical education program, as outlined in the RUSM Technical Standards.

## Internal Medicine Foundations (IMF) and Clinical Sciences Accommodations

If an accommodation is required during the Clinical Sciences curriculum, the student is responsible for seeking that accommodation directly from the affiliated institution(s) at which he or she has undertaken clinical training. Requests, along with supporting documentation, should be submitted in a timely fashion, in accordance with that facility's policies. Accommodations during the Clinical Sciences curriculum are determined by the disability accommodation policies and processes of the clinical training institutions. Although RUSM may have granted a student's request for accommodations during the Foundations of Medicine curriculum, this in no way assures that the clinical training institution can or will provide accommodations. The Accommodations Coordinator is available to advise and assist RUSM students with the accommodation request processes of the clinical training institutions, but has no role in the outcome of such requests.

## Accommodations and USMLE/NBME Testing

If a student with a disability requires an accommodation for any phase of the USMLE testing, it is the student's responsibility to seek that accommodation directly from the NBME and/or the Federation of
50

RUSM 000243