**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

OLUWAMUYIWA AWODIYA,                    CASE NO. 0:18-cv-60482-RKA

    Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

    Defendant.
_____/

**NOTICE OF WITHDRAWAL OF DEFENDANT'S MOTION IN LIMINE
TO PRECLUDE PLAINTIFF FROM INTRODUCING DOCUMENTS
PRODUCED AFTER THE DISCOVERY DEADLINE INTO EVIDENCE**

PLEASE TAKE NOTICE that defendant Ross University School of Medicine, School of Veterinary Medicine Limited ("Ross University"), by counsel, hereby withdraws its Motion in Limine to Preclude Plaintiff from Introducing Documents Produced After the Discovery Deadline into Evidence [ECF No. 161] (the "Motion"). Given the continuance of the trial date and the additional time Ross University has had to review the late-produced documents, the Motion is now moot.

Dated: June 4, 2019                              Respectfully submitted,

**AKERMAN LLP**
Three Brickell City Centre
98 Southeast Seventh Street
Suite 1100
Miami, Florida 33131
Telephone: (305) 374-5600
Facsimile:  (305) 374-5095

By: *s/ Ryan Roman*
Michael C. Marsh
Florida Bar No. 0072796
michael.marsh@akerman.com
simone.tobie@akerman.com
Ryan Roman
Florida Bar No. 0025509
ryan.roman@akerman.com
dorothy.matheis@akerman.com
Donnie M. King
Florida Bar No. 101386
donnie.king@akerman.com
simone.tobie@akerman.com
Octavia M. Green
Florida Bar No. 119179
octavia.green@akerman.com
simone.tobie@akerman.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 4, 2019 a true and correct copy of the foregoing document was served via email on:

Oluwamuyiwa Awodiya
15005 Dahlia Drive
Bowie, Maryland 20721
Telephone: (240) 602-1836
E-mail: drmuyiwa.a@gmail.com

                                            */s/Ryan Roman*
                                            Ryan Roman