UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| OLUWAMUYIWA AWODIYA,<br>*Plaintiff,*<br><br>-v-<br><br>ROSS UNIVERSITY SCHOOL OF MEDICINE, SCHOOL OF VETERINARY MEDICINE LIMITED,<br>*Defendant.* | Case No.   0:18-cv-60482-RKA<br><br>Hon. Judge: Roy K. Altman<br>Magistrate Judge: Patrick M. Hunt |

**PLAINTIFF'S UNOPPOSED MOTION FOR PERMISSION TO
BRING ELECTRONIC DEVICES INTO THE COURTHOUSE**

*Pro se* plaintiff Oluwamuyiwa Awodiya ("Plaintiff") hereby requests for permission to bring his cellular telephone and laptop computer into the U.S. Federal Building and Courthouse in Fort Lauderdale, Florida during the upcoming calendar call and Motion Hearing set for June 11, 2019. As set forth below in the conferral certificate, defendant Ross University School of Medicine, School of Veterinary Medicine Limited's ("RUSM") does not oppose the relief sought.

1.  Administrative Order 2018-79 prohibits the usage of cell phones and other electronic devices in the courthouse, except for where a written request is signed by a judge and forwarded to the United States Marshal for verification. The Administrative Order also grants permission to attorneys permitted to practice law within the Southern District of Florida with a valid Florida Bar identification card to bring electronic devices into the courthouse.

2.  On March 4, 2019, the Court entered an Order Granting the Joint Motion for Permission to Bring Electronic Equipment into Courthouse ("Order") [ECF No. 156]. In the Order, the Court granted Plaintiff permission "to bring his cellular telephone and laptop computer" into

the courthouse for the pretrial conference and calendar call that was previously set for March 14, 2019. Order ¶¶ 1–2.

3.     A Motion Hearing has been reset for June 11, 2019, *see* [ECF No. 190], and the calendar call has been reset for June 11, 2019, *see* Order Granting Defendant's Motion to Continue Trial [ECF No. 184].

4.     RUSM has indicated that it may agree to a separate joint motion for electronic devices for the two-week trial period commencing July 8, 2019. See [ECF No. 184] (continuing trial date).

5.     **WHEREFORE**, Plaintiff respectfully requests that the Court enter an Order granting Plaintiff permission to bring his cellular telephone and laptop computer into the U.S. Federal Building and Courthouse in Fort Lauderdale, Florida during the upcoming calendar call and Motion Hearing set for June 11, 2019.

DATED this 10th day of June, 2019:

Respectfully submitted,

*/s/Oluwamuyiwa Awodiya*
By: Oluwamuyiwa Awodiya, *pro se* litigant
15005 Dahlia Dr.
Bowie, MD 20721
(240) 602-1836
Plaintiff, in Proper Person

### CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that Plaintiff has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues. RUSM does not oppose the relief sought in this motion.

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 10th day of June, 2019, I have caused a true and correct copy of the foregoing by emailing a copy to the counsel of record.

                                                  */s/Oluwamuyiwa Awodiya*
                                                  By: Oluwamuyiwa Awodiya, *pro se* litigant