**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

OLUWAMUYIWA AWODIYA,                           CASE NO.  0:18-cv-60482-RKA

      Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

      Defendant.
_____/

**NOTICE OF FILING DEPOSITION**
**DESIGNATIONS AND COUNTER-DESIGNATIONS**

      Pursuant to Federal Rule of Civil Procedure 26(a)(3), plaintiff Oluwamuyiwa Awodiya ("Plaintiff") and defendant Ross University School of Medicine, School of Veterinary Medicine Limited ("RUSM") (collectively, the "Parties"), hereby jointly submit: (i) Plaintiff's Deposition Designations with RUSM's Counter-Designations, attached hereto as **Exhibit A**; and (ii) RUSM's Deposition Designations with Plaintiff's Counter-Designations, attached hereto as **Exhibit B.**

49141362;1

| | |
|---|---|
| Dated: June 10, 2019 | Respectfully submitted, |
| Oluwamuyiwa Awodiya<br>15005 Dahlia Drive<br>Bowie, Maryland 20721<br>Telephone: (240) 602-1836 | **AKERMAN LLP**<br>Three Brickell City Centre<br>98 Southeast Seventh Street<br>Suite 1100<br>Miami, Florida 33131<br>Telephone: (305) 374-5600<br>Facsimile:  (305) 374-5095 |
| By: *s/ Oluwamuyiwa Awodiya*<br>Oluwamuyiwa Awodiya (*pro se*)<br>drmuyiwa.a@gmail.com | By: *s/ Ryan Roman*<br>Michael C. Marsh<br>Florida Bar No. 0072796<br>michael.marsh@akerman.com<br>simone.tobie@akerman.com<br>Ryan Roman<br>Florida Bar. No. 0025509<br>ryan.roman@akerman.com<br>dorothy.matheis@akerman.com<br>Donnie M. King<br>Florida Bar. No. 101386<br>donnie.king@akerman.com<br>simone.tobie@akerman.com<br>Octavia M. Green<br>Florida Bar No. 119179<br>octavia.green@akerman.com<br>simone.tobie@akerman.com |