# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

OLUWAMUYIWA AWODIYA,                         CASE NO.  0:18-cv-60482-RKA

    Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

    Defendant.
_____/

## PLAINTIFF'S DEPOSITION DESIGNATIONS WITH DEFENDANT'S OBJECTIONS AND COUNTER DEPOSITION DESIGNATIONS

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(ii), S. D. FLA. L. R. 16.1(d), and the Amended Scheduling Order [ECF No. 180], plaintiff Oluwamuyiwa Awodiya and defendant Ross University School of Medicine, School of Veterinary Medicine Limited ("RUSM"), hereby notice: (i) plaintiff's deposition designations; and (ii) RUSM's objections and counter deposition designation to plaintiff Oluwamuyiwa Awodiya's deposition designations for trial.

### A. October 16, 2018 Transcript — Deposition of Davendranand Sharma

| **Plaintiff's Designation(s)** | **Defendant's Objection(s)** | **Defendant's Counter Designation(s)** | **Plaintiff's Objections to Counter Designation(s)** |
|---|---|---|---|
| 4:15–24 | | 18:14-22:17 | 18:14–20:10 (Best evidence rule, UP)<br>21:3–6 (I, R, UP)<br>22:7–8 (R, Speculation) |
| 20:11–22 | | 25:5-9 | Best evidence rule, R, UP |
| 23:7–23 | | 28:5-18 | 28:15–18 (Speculation, Improper lay opinion, R, UP, F, C) |
| 27:1–3 | | 36:14-38:5 | 36:24–37:8 (Non-responsive answer, Speculation, I, R, UP) |

| | | | |
|---|---|---|---|
| | | | 38:4–5 (Speculation, Improper lay opinion, R, UP) |
| 36:4–13 | | | |
| 37:9–22 | | | |

### B.     November 5, 2018 Transcript — Deposition of Bryan Hayse

| **Plaintiff's Designation(s)** | **Defendant's Objection(s)** | **Defendant's Counter Designation(s)** | **Plaintiff's Objections to Counter Designation(s)** |
|---|---|---|---|
| 14:11–18 | | 9:20-13:19 | I, R, F |
| 33:11–16 | | 33:17-34:17 | Best evidence rule, I, R, UP, F |

2

49142203;1