# Exhibit B

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

OLUWAMUYIWA AWODIYA,                          CASE NO.  0:18-cv-60482-RKA

Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

      Defendant.

_____/

## DEFENDANT'S DEPOSITION DESIGNATIONS AND PLAINTIFF'S OBJECTIONS TO DEFENDANT'S DEPOSITION DESIGNATIONS

      Pursuant to Federal Rule of Civil Procedure 26, Local Rule 16.1, and the Paperless Order Scheduling Trial [ECF No. 37] (the "Scheduling Order"), plaintiff Oluwamuyiwa Awodiya ("Plaintiff") and defendant Ross University School of Medicine, School of Veterinary Medicine Limited ("RUSM"), hereby notice: (i) RUSM's deposition designations; and (ii) Plaintiff's counter-designations and objections to RUSM's deposition designations.

      Plaintiff objects to defendant's, Ross University School of Medicine, School of Veterinary Medicine Limited ("RUSM"), witness list and use of depositions at trial. RUSM has indicated in its most recent witness list that the witnesses mentioned herein, are available to appear "in person." "Without a showing that the requirements of Fed. R. Civ. 32(a)(4), governing unavailable witnesses are met, this deposition is not admissible." *White v. United States*, Case No. 8:11-cv-1355-T-33EAJ, at \*5 (M.D. Fla. Jul. 8, 2013).

      Plaintiff further objects to RUSM's attempt to, now, introduce its rebuttal expert witness as an affirmative expert witness, while Plaintiff is not offering any expert witness testimony in this case. *See* Fed. R. Civ. 26(a)(2)(B), (D)(ii).

49142411;1

| **DEFENDANT'S DESIGNATIONS** | **PLAINTIFF'S OBJECTION(S)** | **PLAINTIFF'S COUNTER DESIGNATION(S)** | **DEFENDANT'S OBJECTIONS TO COUNTER DESIGNATIONS** |
|---|---|---|---|
| | | **Transcript**<br>**December 4, 2018**<br>**Deposition of McMillan Cuffy** | |
| 9:12-16<br>10:11-11:2<br>13:12-20<br>13:24-14:5<br>16:11-17:12<br>19:14-19<br>24:10:-27:19<br>43:20-23<br>45:20-46:20<br>48:18-49:7<br>52:4-25<br>63:15-65:11<br>66:13-70:3<br>81:4-84:12<br>85:4-87:20<br>88:4-105:16<br>113:4-19 | On the date of this deposition, McMillan Cuffy was—and/or is still—an employee of RUSM. Thus, this witness is not an adverse party to RUSM; and RUSM has not provided any evidence showing that this witness is in fact unavailable, as required by Fed. R. Civ. 32.<br><br>Furthermore, in RUSM's proposed witness list, it lists McMillian Cuffy as available to appear "in person." | | |
| | | **Transcript**<br>**October 16, 2018**<br>**Deposition of Davendranand Sharma** | |
| 7:18-8:23<br>12:22-13:3<br>14:22-15:22<br>18:14-19:13<br>19:24-20:10<br>21:22-22:17 | On the date of this deposition, Davendranand Sharma was—and/or is still—an employee of | | |

49142411;1

| DEFENDANT'S DESIGNATIONS | PLAINTIFF'S OBJECTION(S) | PLAINTIFF'S COUNTER DESIGNATION(S) | DEFENDANT'S OBJECTIONS TO COUNTER DESIGNATIONS |
|---|---|---|---|
| 22:20-23:4<br>25:1-9<br>26:2-14<br>28:5-18<br>29:15-32:15<br>33:6-35:14<br>35:18-36:3<br>38:6-22<br>39:6-21<br>42:8-18<br>43:3-23<br>44:14-45:3<br>45:13-47:2<br>55:9-57:16<br>59:20-62:21<br>65:13-66:1<br>66:18-21<br>73:9-74:5<br>74:13-75:6<br>75:23-83:7<br>83:16-85:19<br>86:2-21 | RUSM. Thus, this witness is not an adverse party to RUSM; and RUSM has not provided any evidence showing that this witness is in fact unavailable, as required by Fed. R. Civ. 32.<br><br>Furthermore, in RUSM's proposed witness list, it lists Davendranand Sharma as available to appear "in person." | | |

| **Transcript**<br>**November 5, 2018**<br>**Deposition of Matthew Stewart-Fulton** | | | |
|---|---|---|---|
| 8:1-22<br>9:2-21<br>11:1-14<br>12:8-13:8<br>15:23-16:9<br>20:14-25<br>28:20-29:7<br>31:3-9<br>34:20-24<br>37:2-40:15 | On the date of this deposition, Matthew Stewart-Fulton was—and/or is still—an employee of RUSM. Thus, this witness is not an adverse party to RUSM; and RUSM has not | | |

| **DEFENDANT'S DESIGNATIONS** | **PLAINTIFF'S OBJECTION(S)** | **PLAINTIFF'S COUNTER DESIGNATION(S)** | **DEFENDANT'S OBJECTIONS TO COUNTER DESIGNATIONS** |
|---|---|---|---|
| 41:9-12 | provided any evidence showing that this witness is in fact unavailable, as required by Fed. R. Civ. 32.<br><br>Furthermore, in RUSM's proposed witness list, it lists Matthew Stewart-Fulton as available to appear "in person." | | |
| **Transcript**<br>**November 5, 2018**<br>**Deposition of Bryan Hayse** | | | |
| 5:7-9<br>8:21-24<br>9:3-19<br>21:18-23:21<br>24:18-25:7<br>26:6-19<br>27:3-11<br>37:13-38:5 | On the date of this deposition, Bryan Hayse was—and/or is still—an employee of RUSM. Thus, this witness is not an adverse party to RUSM; and RUSM has not provided any evidence showing that this witness is in fact unavailable, as required by Fed. R. Civ. 32.<br><br>Furthermore, in | | |

| DEFENDANT'S DESIGNATIONS | PLAINTIFF'S OBJECTION(S) | PLAINTIFF'S COUNTER DESIGNATION(S) | DEFENDANT'S OBJECTIONS TO COUNTER DESIGNATIONS |
|---|---|---|---|
| | RUSM's proposed witness list, it lists Bryan Hayse as available to appear "in person." | | |
| **Transcript**<br>**December 4, 2018**<br>**Deposition of William Owen** | | | |
| 4:10-12<br>7:17-10:17<br>10:23-11:6<br>14:14-16<br>15:9-11<br>15:18-21<br>16:11-17:3<br>19:18-20:1<br>20:21-21:19<br>43:12-44:3 | On the date of this deposition, William Owen was—and/or is still—an employee of RUSM. Thus, this witness is not an adverse party to RUSM; and RUSM has not provided any evidence showing that this witness is in fact unavailable, as required by Fed. R. Civ. 32.<br><br>Furthermore, in RUSM's proposed witness list, it lists William Owen as available to appear for trial. | | |

5