**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

OLUWAMUYIWA AWODIYA,   CASE NO. 0:18-cv-60482-RKA

    Plaintiff,
v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

    Defendant.
_____/

## NOTICE OF FILING PRETRIAL STIPULATION

Pursuant to Local Rule 16.1(e) of the United States District Court for the Southern District of Florida and the Court's Amended Scheduling Order [ECF No. 180], defendant Ross University School of Medicine ("Ross University") respectfully submits the attached pretrial stipulation. Ross University complied with this Court's instructions, including making a good faith effort to confer with plaintiff Oluwamuyiwa Awodiya to agree to a joint pretrial stipulation.

There is a disagreement as to the inclusion of several statements in the section titled Stipulation of Facts. Ross University does not agree to include those statements in the Stipulation of Facts and instructed Plaintiff to move those statements to his section titled Plaintiff's Issues of Fact. Plaintiff refuses to do so and refuses to agree to submit a joint pretrial stipulation. Ross University is surprised by Plaintiff's position given that Plaintiff removed proposed facts from the Joint Pretrial Stipulation submitted before the last trial date in front of Judge Moore [ECF No. 149], despite the fact that the proposed facts had been undisputed in summary judgment briefing. It is inequitable for Plaintiff to now insist on including irrelevant materials, statements lacking in context, or facts upon which it is Plaintiff's burden to prove at trial in the section titled Stipulation of Facts. Because Plaintiff objects to the joint submission of a pretrial stipulation and because the

parties cannot agree with respect to the non-stipulated facts, Ross University hereby submits a pretrial stipulation containing all of the other joint submissions required by the Court, as well as only those stipulated facts that are not in dispute. The submission is attached hereto as **Exhibit A.**

Dated: June 10, 2019

Respectfully submitted,

*/s/Ryan Roman*
MICHAEL C. MARSH
Florida Bar Number: 0072796
Email: michael.marsh@akerman.com
Secondary: sharon.luesang@akerman.com
RYAN A. ROMAN
Florida Bar Number: 0025509
Email: ryan.roman@akerman.com
Secondary: dorothy.matheis@akerman.com
DONNIE M. KING
Florida Bar Number: 101386
Email: donnie.king@akerman.com
Secondary: simone.tobie@akerman.com
OCTAVIA M. GREEN
Florida Bar Number: 119179
Email: octavia.green@akerman.com
Secondary: simone.tobie@akerman.com
**AKERMAN LLP**
98 SE 7th Street, Suite 1100
Miami, FL 33131
Phone: (305) 374-5600
Fax: (305) 374-5095

*Attorneys for Defendant Ross University School of Medicine, School of Veterinary Medicine Limited*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 10, 2019 a true and correct copy of the foregoing document was served via CM/ECF on:

Oluwamuyiwa Awodiya
15005 Dahlia Drive
Bowie, Maryland 20721
Telephone: (240) 602-1836
E-mail: drmuyiwa.a@gmail.com

                                                  *s/Ryan Roman*
                                                  Ryan Roman