# Exhibit 1

UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| OLUWAMUYIWA AWODIYA, <br> *Plaintiff,* <br><br> -v- <br><br> ROSS UNIVERSITY SCHOOL OF MEDICINE, SCHOOL OF VETERINARY MEDICINE LIMITED, <br> *Defendant.* | Case No.   0:18-cv-60482-RKA <br><br> Hon. Judge: Roy K. Altman <br> Magistrate Judge: Patrick M. Hunt |

**PLAINTIFF'S EXHIBIT LIST**

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(iii), S. D. FLA. L. R. 16.1(d), and the Amended Scheduling Order [ECF No. 180], *pro se* plaintiff Oluwamuyiwa Awodiya hereby submits the following exhibit list

| No. | | Description | Bates | Defendant's Objections |
|---|---|---|---|---|
| P-1 | Expects to offer | Conners CPT3 Assessment | RUSM000121–124 | H |
| P-2 | Expects to offer | RUSM Counseling Note (1/18/2016) | RUSM000149 | |
| P-3 | Expects to offer | Kaiser Permanente Medical Record (4/18/2017) | AWOD004941–4943 | R |
| P-4 | Expects to offer | Administration of NBME Examinations at Prometric Test Centers | Exhibit 10 to Def. Admission No. 18 | A, H |
| P-5 | Expects to offer | RUSM Academic Catalog 2015-2016 (may offer excerpts) | RUSM000183–325 | A, F, C |
| P-6 | Expects to offer | RUSM Student Handbook 2015-2016 (may offer excerpts) | AWOD005223–5360 | A, F, C |
| P-7 | Expects to offer | RUSM Counseling Note (1/11/2016) | RUSM000147–148 | |
| P-8 | Expects to offer | RUSM CAARS Form (1/11/2016) | RUSM000113–116 | H |

1

| No. | | Description | Bates | Defendant's Objections |
|---|---|---|---|---|
| P-9 | Expects to offer | RUSM Counseling Note (1/18/2016) | RUSM000158 | |
| P-10 | Expects to offer | Email — RUSM to Awodiya (1/18/2016) — AIST Orientation and Training session | AWOD002939 | R |
| P-11 | Expects to offer | Email — Awodiya to RUSM (1/19/2016) | RUSM000817 | H |
| P-12 | Expects to offer | Letter — RUSM to Awodiya (4/13/2017) | RUSM000071 | |
| P-13 | Expects to offer | Letter — RUSM to Awodiya (6/1/2017) | RUSM000070 | |
| P-14 | Expects to offer | Email Chain — Between RUSM and Awodiya (6/1/17 – 6/12/17) | RUSM000770–772 | H, R |
| P-15 | Expects to offer | Email — Psychiatrist and psychotherapist to Dean of RUSM concerning Awodiya's medical conditions | RUSM000059 | H, R |
| P-16 | Expects to offer | Academic Dismissal Appeal Letter to Dean of RUSM (6/13/2017) | AWOD004990–4992; Owen Dep. (Composite Ex. 1 (Ex. P-25)) | H |
| P-17 | Expects to offer | Letter — Dean of RUSM to Awodiya (6/29/2017) | RUSM000069 | |
| P-18 | Expects to offer | Archived Screenshot of RUSM's Admission Requirements Sections of Its Website | AWOD004849–4850 | A, C |
| P-19 | Expects to offer | Bryan Hayse Faculty Profile from RUSM's Website | AWOD004989; ECF No. 102 at SJ-09 | R, A, H |
| P-20 | Expects to offer | RUSM Parent Company — 2014 10-K SEC filing (may offer excerpts) (https://www.sec.gov/Archives/edgar/data/730464/000114420414052733/v386090_10k.htm) | | H, F, A, UP, R, C, Motion in Limine |
| P-21 | Expects to offer | RUSM Electronic Application (2017) (May offer excerpts) | | R, C |
| P-22 | Expects to offer | Email — RUSM to Awodiya (11/11/2015) | AWOD002312 | |
| P-23 | Expects to offer | United States Medical Licensing Examination – Step 1 Score Report | AWOD004755–4756 | H, F, A |
| P-24 | Expects to offer | RUSM Office of Career Attainment: Applying to Residency (may offer excerpts) | AWOD004956–4988; ECF No. 138 at RJ-14 | H, F, A, C |

2

| <u>No.</u> | | <u>Description</u> | <u>Bates</u> | <u>Defendant's Objections</u> |
|---|---|---|---|---|
| P-25 | Expects to offer | U.S. Department of Labor — Physicians and Surgeons annual wages (last visited May 15, 2019) (https://www.bls.gov/ooh/healthcare/physicians-and-surgeons.htm#tab-5) | | H, A, F, R, Motion in Limine |
| P-26 | Expects to offer | U.S. Department of Labor — Weekly Earnings of Current Population with Only a Bachelors Degree (last visited May 15, 2019) (https://data.bls.gov/timeseries/LEU0252919100) | | H, A, F, R, Motion in Limine |
| P-27 | Expects to offer | U.S. Social Security Administration — Life Expectancy Calculator Results (last visited May 15, 2019) (https://www.ssa.gov/cgi-bin/longevity.cgi) | | H, A, F, R, Motion in Limine |
| P-28 | Expects to offer | U.S. Social Security Administration — Average Wage Index: Automatic Increases (last visited May 15, 2019) (https://www.ssa.gov/cgi-bin/netcomp.cgi?year=2017) | | H, A, F, R, Motion in Limine |
| P-29 | Expects to offer | U.S. Social Security Administration — Average Wage Index: Latest Index (last visited May 15, 2019) (https://www.ssa.gov/oact/COLA/AWI.html) | | H, A, F, R, Motion in Limine |
| P-30 | Expects to offer | U.S. Treasury — Market interest rates on Thirty-Year Bonds (last visited May 15, 2019) (https://www.treasurydirect.gov/instit/annceresult/annceresult.htm) | | H, A, F, R, Motion in Limine |
| P-31 | Expects to offer | Uber 1099-K 2016 | AWOD004865 | |
| P-32 | Expects to offer | Lyft 1099-K 2016 | AWOD004862 | |
| P-33 | Expects to offer | Lyft 1099-K 2017 | AWOD004863 | |
| P-34 | Expects to offer | 2014-2015 Award Year Direct Loan Volume by School (may offer excerpts) | AWOD005361 | H, F, A, UP, R, C, Motion in Limine |

3

| No. | | Description | Bates | Defendant's Objections |
|---|---|---|---|---|
| P-35 | Expects to offer | 2015-2016 Award Year Direct Loan Volume by School (may offer excerpts) | AWOD005362 | H, F, A, UP, R, C, Motion in Limine |
| P-36 | Expects to offer | 2016-2017 Award Year Direct Loan Volume by School (may offer excerpts) | AWOD005363 | H, F, A, UP, R, C, Motion in Limine |
| P-37 | Expects to offer | 2017-2018 Award Year Direct Loan Volume by School (may offer excerpts) | AWOD005364 | H, F, A, UP, R, C, Motion in Limine |
| P-38 | Expects to offer | RUSM Parent Company — 2018 10-K SEC filing (may offer excerpts) (https://www.sec.gov/Archives/edgar/data/730464/000114420418046216/tv500801_10k.htm) | | H, F, A, UP, R, C, Motion in Limine |
| P-39 | Expects to offer | Kaiser Permanente Medical Record (8/11/2017) | AWOD004952–4953 | R |
| P-40 | May offer | Letter of Recommendation from Kenneth N. Geh, M.D. (1/20/2013) | RUSM000029 | H, R, F, A |
| P-41 | May offer | Letter of Recommendation from Simon Nyaga, Ph.D. (1/31/2013) | RUSM000030 | H, R, F, A |
| P-42 | May offer | Interview Evaluation (2/21/2013) | RUSM000004–005 | H, R, F, A |
| P-43 | May offer | Email Chain — Subject: Re: Monday Appointment (1/3/2016) | AWOD002283 | H, R |
| P-44 | May offer | RUSM Counseling Note (10/28/2015) | RUSM000159–163 | |
| P-45 | May offer | RUSM Counseling Note (11/5/2015) | RUSM000136–137 | |
| P-46 | May offer | RUSM Counseling Note (12/11/2015) | RUSM000144 | |
| P-47 | May offer | RUSM Counseling Note (12/13/2015) | RUSM000145–146 | |
| P-48 | May offer | RUSM Counseling Note (12/14/2015) | RUSM000128 | |
| P-49 | May offer | Email — RUSM to RUSM (12/28/2015) | RUSM000998 | C, F |
| P-50 | May offer | Email — Psychiatrist to Awodiya (1/5/2016) | AWOD004613 | H, F, A |
| P-51 | May offer | Email — RUSM to Awodiya (12/22/2016) | AWOD003468 | R, F |

4

| No. | | Description | Bates | Defendant's Objections |
|---|---|---|---|---|
| P-52 | May offer | Email — Awodiya to RUSM (12/22/2016) | AWOD004595 | H, R, F |
| P-53 | May offer | Email chain — RUSM/Awodiya (1/2/2017) | AWOD000829–830 | H |
| P-54 | May offer | Email chain — Awodiya/RUSM (1/3/2017) | AWOD002800 | H |
| P-55 | May offer | Score Recheck Request Form for NBME CBSE (10/22/16 Test Date) | RUSM000033 | R, F |
| P-56 | May offer | Email chain — RUSM/RUSM (6/14/2017) | RUSM000929–931 | C |
| P-57 | May offer | Email chain — St. George's University/Awodiya (1/31/2018) — Subject: Transfer Eligibility | AWOD004886–4887 | H, A |
| P-58 | May offer | Email — Student Loan Denial (2/6/2018) | AWOD004890–4981 | H, F, A, R |
| P-59 | May offer | Eligibility and Certification Approval Report (may offer excerpts) | RUSM000488–506 | R, C |
| P-60 | May offer | Email — Awodiya to Dean Owen attaching letter of request for reinstatement (2/20/2018) | AWOD004999–5000 | H |
| P-61 | May offer | Email — RUSM to RUSM (2/21/2018) | RUSM000107–108 | R, UP, H |
| P-62 | May offer | Email — RUSM to Awodiya (2/21/2018) | AWOD005001 | R |
| P-63 | May offer | RUSM Counseling Note (3/11/2016) | RUSM000132–133 | |
| P-64 | May offer | RUSM Counseling Note (3/11/2016) | RUSM000151 | |
| P-65 | May offer | Mental Status Exams | Exhibit RJ-13 to [ECF No. 138] | |
| P-66 | May offer | Official Transcript of Ross University (Summer 2014 through Summer 2015) | RUSM000032 | |
| P-67 | May offer | RUSM Mini and Lab Exam Scores (05/26/14 through 04/08/16) | AWOD004752–4754 | A |
| P-68 | May offer | RUSM Cost of Attendance from MyRoss | AWOD004856–4857 | A, H |
| P-69 | May offer | RUSM Program Participation Agreement (may offer excerpts) | RUSM000450–463 | R, C |
| P-70 | May offer | RUSM Program Participation Agreement (may offer excerpts) | RUSM000508–525 | R, C |
| P-71 | May offer | RUSM Academic Catalog 2017-2018 (may offer excerpts) | | R, A, C |
| P-72 | May offer | RUSM Student Handbook 2017-2018 (may offer excerpts) | | R, A, C |

5

49057478;5

| <u>No.</u> | | <u>Description</u> | <u>Bates</u> | <u>Defendant's Objections</u> |
|---|---|---|---|---|
| P-73 | May offer | Medical School Admission Requirements (MSAR) Advisor Report 2018 | AWOD004993–4997 | H, F, A, UP, R, Motion in Limine |
| P-74 | May offer | Windsor University School of Medicine — 2018 Student Handbook (may offer excerpts) | AWOD004757–4846 | R, A, H, UP, C |
| P-75 | May offer | Results of the 2018 NRMP Program Director Survey (may offer excerpts) | AWOD005003–5181 | H, F, A, UP, R, C, Motion in Limine |
| P-76 | May offer | RUSM Residency Planning Guide (may offer excerpts) | AWOD005182–5222 | H, F, A, UP, R, C, Motion in Limine |
| P-77 | May offer | RUSM Office of Career Attainment: Frequently Asked Questions | | F, A, R, H |
| P-78 | May offer | RUSM Insurance Policy | RUSM000447–448 | R, UP, I |
| P-79 | May offer | Maryland Department of Health — Medical License Application (may offer excerpts) | AWOD005365–5393 | R, A, F, C |
| P-80 | May offer | RUSM Parent Company — 2012 10-K SEC filing (may offer excerpts) (https://www.sec.gov/Archives/edgar/data/730464/000119312512372041/d365898d10k.htm) | | H, F, A, UP, R, C, Motion in Limine |
| P-81 | May offer | RUSM Parent Company — 2013 10-K SEC filing (may offer excerpts) (https://www.sec.gov/Archives/edgar/data/730464/000114420413048520/v352578_10k.htm) | | H, F, A, UP, R, C, Motion in Limine |
| P-82 | May offer | RUSM Parent Company — 2017 10-K SEC filing (may offer excerpts) (https://www.sec.gov/Archives/edgar/data/730464/000114420417044976/v472999_10k.htm) | | H, F, A, UP, R, C, Motion in Limine |
| P-83 | May offer | Defendant's Responses to Plaintiff's Requests for Admission (may offer excerpts) | | R, H, C |
| P-84 | May offer | Defendant's Answer and Affirmative Defenses (may offer excerpts) | ECF No. 58 | C |
| | | Any Rebuttal Exhibits | | |
| | | Any Impeachment Exhibits | | |

6

| No. | Description | Bates | Defendant's Objections |
|---|---|---|---|
| | Any Exhibits Identified by Any Other Party | | |

49057478;5