# Exhibit 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

OLUWAMUYIWA AWODIYA,            CASE NO. 0:18-cv-60482-RKA

    Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

    Defendant.
_____/

### DEFENDANT'S EXHIBIT LIST

Pursuant to Federal Rule of Civil Procedure 26, Local Rule 16.1, and the Paperless Order Scheduling Trial [ECF No. 180] (the "Scheduling Order"), defendant Ross University School of Medicine, School of Veterinary Medicine Limited hereby submits its exhibit list:

| No. | Date | | Exhibit | Bates No./ Depo. Exh. No. | Objections |
|---|---|---|---|---|---|
| D-1 | | Will Offer | Kaiser Permanente Records | AWOD004908 – 55 | Protective Order, I, R, UP, F, P |
| D-2 | | Will Offer | School of Medicine Interview Summary Form (by Michelle Coelho) | RUSM000003 | A, I, H, UP, F |
| D-3 | | Will Offer | Morgan State University Transcript | RUSM000016 – 0019; Awodiya Depo. Exh. 20 | I, R, UP |
| D-4 | | Will Offer | Update on student status for Spring 2016 (repeat of Semester 5) | RUSM000034 – 035 | A, R |
| D-5 | | Will Offer | Academic Dismissal Appeal (Second) | RUSM000051 – 052; Awodiya Depo. Exh. 14 | I, R, UP, F |
| D-6 | | Will Offer | Academic Dismissal Appeal (First) | RUSM000061 – 062; Awodiya Depo. Exh. 13 | I, R, UP, F |

1

| No. | Date | | Exhibit | Bates No./ Depo. Exh. No. | Objections |
|---|---|---|---|---|---|
| D-7 | | Will Offer | RUSM Test Accommodations Application Packet | RUSM000179 – 182; Awodiya Depo. Exh. 3 | A, I, R, UP, F |
| D-8 | | Will Offer | Ross University School of Medicine Academic Catalog 2015-2016, Vol. 7 | RUSM000183 – 325 | I, R, UP, F |
| D-9 | 2013-01-14 | Will Offer | Academic Transcript – Prince George's Community College | RUSM000025 – 028 | I, R, UP |
| D-10 | 2013-01-20 | May Offer | Letter of Recommendation from Kenneth N. Geh, M.D. | RUSM000029 | I, R, UP |
| D-11 | 2013-01-25 | Will Offer | Application to Ross University School of Medicine | RUSM000006 – 015 | I, R, UP, F |
| D-12 | 2013-01-30 | Will Offer | Academic Transcript – The Community College of Baltimore County | RUSM000023 – 024 | I, R, UP |
| D-13 | 2013-01-31 | Will Offer | Letter of Recommendation from Simon Nyaga, Ph.D. | RUSM000030 | I, R, UP |
| D-14 | 2013-02-06 | Will Offer | MCAT Test History | RUSM000031 | F |
| D-15 | 2013-02-21 | Will Offer | Interview Evaluation | RUSM000004 – 005 | I, R, H |
| D-16 | 2013-03-15 | Will Offer | Letter of Conditional Acceptance | RUSM000002; Awodiya Depo. Exh. 4 | R, H |
| D-17 | 2013-09-19 | Will Offer | Academic Transcript – Morgan State University | RUSM000020 – 022; Awodiya Depo. Exh. 21 | I, R, UP |
| D-18 | 2014-04-21 | Will Offer | Acceptance Letter | RUSM000001; Awodiya Depo. Exh. 5 | R |
| D-19 | 2014-05-22 | May Offer | Email chain: Pearl David, Awodiya and Laura Johnson; cc: Laura Welke, Sheila Nunn; Subject: Absences from Gross Lab – Axillary Region Dissection | AWOD000293 | I, R, H, UP, F |

2

48998558;2

| No. | Date | | Exhibit | Bates No./ Depo. Exh. No. | Objections |
|---|---|---|---|---|---|
| D-20 | 2014-05-27 | May Offer | Email from Pearl David, Department of Anatomy, to O. Awodiya; Subject: Absent from demonstration of the Axillary Region May 27/14 | AWOD000173 | I, R, H, UP, F |
| D-21 | 2014-07-04 | May Offer | Email from O. Awodiya to Sanghita Mallik; Subject: RE: PE skills session absence | AWOD004596 | I, R, UP, F |
| D-22 | 2014-10-08 | May Offer | Chain: Liris Benjamin to O. Awodiya; Subject: RE: Lateness at PE Skills labs | AWOD001959 – 1961 | I, R, H, UP, F |
| D-23 | 2014-11-04 | May Offer | Email from Melissa Remy to O. Awodiya; Subject SEM 2 Neuro 2 Lab Absence (Fri Oct 31) | AWOD003695 | I, R, H, UP, F |
| D-24 | 2014-12-05 | Will Offer | Email from student Services to O. Awodiya; Subject: Question Updated: Case #01321549 | AWOD002780 | I, R, H, UP, F |
| D-25 | 2015-05-04 | Will Offer | Email exchange between O. Awodiya and Student Services; Subject: Question Updated: Case #01440414 | AWOD002781 | I, R, UP, F |
| D-26 | 2015-08-04 | Will Offer | Email exchange between O. Awodiya and Student Services; Subject: Question Updated: Case #01513459 | AWOD002784 – 2785 | I, R, UP, F |
| D-27 | 2015-09-11 | Will Offer | Email from The Office of Student Services to O. Awodiya; Subject: Increase in Passing Score for the Comprehensive Basic Science Exam | AWOD001862 | R, F |
| D-28 | 2015-10-12 | May Offer | Email from Valarie Thomas to O. Awodiya; Subject: Semester 5 Academic Enhancement Program Invitation | AWOD003751 – 3752 | R, H |
| D-29 | 2015-10-28 | Will Offer | Medical Note (Counseling Psychosocial Intake) (RUSM Counseling Center) | RUSM000159 – 163 | I, R, F |

| No. | Date | | Exhibit | Bates No./ Depo. Exh. No. | Objections |
|---|---|---|---|---|---|
| D-30 | 2015-11-05 | Will Offer | Medical Note (RUSM Counseling Center) | RUSM000136 – 137 | R, F |
| D-31 | 2015-11-11 | Will Offer | Email from DeVry Medical to O. Awodiya; Subject: NBME COMP Exam - Action Required | AWOD002312 | R, F |
| D-32 | 2015-11-26 | Will Offer | Email to Awodiya from Hayse; Subject: COMP Meeting Action Required | RUSM 000534; Awodiya Depo. Exh. 9 | A, R, H, F |
| D-33 | 2015-12-08 | Will Offer | Medical Note | RUSM000135; Cuffy Depo. Exh. 2 | Limine Order, I, R, H, UP, F, |
| D-34 | 2015-12-08 | Will Offer | Medical Note (RUSM Counseling Center) | RUSM000138 – 140; Cuffy Depo. Exh. 1 | Limine Order, I, R, H, UP, F |
| D-35 | 2015-12-08 | Will Offer | Consent to Release Confidential Information(Ross University, Dept. of Behavioral Sciences – Counseling Center) | RUSM000168; Awodiya Depo. Exh. 1; Sharma Depo Exh. 5; Cuffy Depo. Exh. 15 | R |
| D-36 | 2015-12-08 | Will Offer | Individual Safety Plan (Ross University Dept. of Behavioral Sciences – Counseling Center) | RUSM000169; Awodiya Depo. Exh. 2; Cuffy Depo. Exh. 14 | I, R, UP, F |
| D-37 | 2015-12-09 | Will Offer | Medical Note (RUSM Counseling Center) | RUSM000125 – 127; Sharma Depo. Exh. 6; Cuffy Depo. Exh. 4 | I, R, UP, F |
| D-38 | 2015-12-09 | Will Offer | Jeanie Robertson email to herself memorializing telephone calls received from Plaintiff's mother | RUSM000170; Cuffy Depo. Exh. 3 | Limine Order, A, I, R, H, UP, F |
| D-39 | 2015-12-09 | Will Offer | Email exchange between Melanie Cheers and Davendra Sharma; cc: Joy Himmel; Subject: RE: High Interest Cases | RUSM000803 - 804 | I, R, H, UP, F |
| D-40 | 2015-12-10 | Will Offer | Medical Note (RUSM Counseling Center) | RUSM000141 – 142 | Limine Order, I, R, H, UP, F |

4

48998558;2

| No. | Date | | Exhibit | Bates No./ Depo. Exh. No. | Objections |
|---|---|---|---|---|---|
| D-41 | 2015-12-10 | Will Offer | Medical Note (RUSM Counseling Center) | RUSM000143; Cuffy Depo. Exh. 7 | R, UP, F |
| D-42 | 2015-12-10 | Will Offer | Email chain: Davendra Sharma, Ryan Didier, Stanley White; cc: Joy Himmel, McMillan Cuffy, Bryan Hayse, Melanie Jacobson; Subject: Re: Mr. Oluwamuyiwa Awodiya | RUSM000533 | A, R, H, F |
| D-43 | 2015-12-11 | Will Offer | Medical Note (RUSM Counseling Center) | RUSM000144; Cuffy Depo. Exh. 8 | R, F |
| D-44 | 2015-12-11 | Will Offer | Email from O. Awodiya to McMillan Cuffy; Subject: Fwd: LIAT Itinerary | RUSM000798 - 800 | R, F |
| D-45 | 2015-12-13 | Will Offer | Medical Note (RUSM Counseling Center) | RUSM000145 – 146; Cuffy Depo. Exh. 6 | R, F |
| D-46 | 2015-12-14 | Will Offer | Medical Note (RUSM Counseling Center) | RUSM000128; Sharma Depo. Exh. 1 | R |
| D-47 | 2015-12-28 | Will Offer | Email from Office of the Registrar to O. Awodiya; Subject: IMPORTANT: Update on student status for Spring 2016 | AWOD001851 -1855 | R, H, F |
| D-48 | 2015-12-28 | Will Offer | Promotions Committee Decision on Final Grades, Semester 5 (repeat of semester) | RUSM000036 – 037; Awodiya Depo. Exh. 7 | A, R, H, F |
| D-49 | 2016-01-01 | Will Offer | Student Handbook 2015—2016 | RUSM000326 – 446 | I, R, UP, F |
| D-50 | 2016-01-09 | May Offer | Email from Rose-Claire St. Hilaire to O. Awodiya; Subject ELLS orientation | AWOD001278 | R, H, F |
| D-51 | 2016-01-11 | Will Offer | SAP Academic Plan Student Agreement | RUSM000038 – 044; Awodiya Depo. Exh. 8 | R, F |
| D-52 | 2016-01-11 | Will Offer | Medical Note (RUSM Counseling Center) | RUSM000147 – 148 | |

48998558;2

| No. | Date | | Exhibit | Bates No./ Depo. Exh. No. | Objections |
|---|---|---|---|---|---|
| D-53 | 2016-01-18 | Will Offer | Email from Awodiya to Davendra Sharma re completion of all tests recommended by Mr. Cuffy and schedule to begin treatment for ADHD | AWOD004611 | |
| D-54 | 2016-01-18 | Will Offer | Medical Note (RUSM Counseling Center) | RUSM000149 | |
| D-55 | 2016-01-18 | Will Offer | Medical Note (Referral Form) (RUSM Counseling Center) | RUSM000158; Cuffy Depo Exh. 9 | F |
| D-56 | 2016-02-12 | Will Offer | Medical Note (RUSM Counseling Center) | RUSM000130 – 131; Sharma Depo. Exh. 3 | R |
| D-57 | 2016-02-17 | Will Offer | Medical Note (RUSM Counseling Center) | RUSM000150; Cuffy Depo Exh. 5 | |
| D-58 | 2016-03-04 | May offer | Email exchange between O Awodiya and Rose-Claire St. Hilaire; Subject: RE: Today's meeting | AWOD004161 | I, R, F |
| D-59 | 2016-03-11 | Will Offer | Medical Note (RUSM Counseling Center) | RUSM000132 – 133; Sharma Depo. Exh. 4 | R, F |
| D-60 | 2016-03-11 | Will Offer | Medical Note (RUSM Counseling Center) | RUSM000151 | R, F |
| D-61 | 2016-03-24 | Will Offer | Medical Note (RUSM Counseling Center) | RUSM000152; Cuffy Depo. Exh. 10 | R, UP, F |
| D-62 | 2016-04-05 | Will Offer | Counseling Note (RUSM Counseling Center) | RUSM000129; Sharma Depo. Exh. 7 | R |
| D-63 | 2016-04-05 | Will Offer | Medical Note (RUSM Counseling Center) | RUSM000134 | R, UP |
| D-64 | 2016-04-11 | Will Offer | Medical Note (RUSM Counseling Center) | RUSM000153; Cuffy Depo. Exh. 11 | R |

48998558;2

| No. | Date | | Exhibit | Bates No./ Depo. Exh. No. | Objections |
|---|---|---|---|---|---|
| D-65 | 2016-04-18 | Will Offer | Email from Office of the Registrar to O. Awodiya; Subject: Reminder- Important Enrollment Information | AWOD003154 | R, F |
| D-66 | 2016-04-19 | Will Offer | Reflection for CS Course Absence by O. Awodiya | RUSM000745 – 747; Awodiya Depo. Exh. 10 | I, R, H, UP, F |
| D-67 | 2016-04-20 | Will Offer | Medical Note (RUSM Counseling Center) | RUSM000154; Cuffy Depo Exh. 12 | R |
| D-68 | 2016-04-22 | Will Offer | Test Results from the National Board of Medical Examiners | RUSM000050; Awodiya Depo. Exh. 11 | R, C |
| D-69 | 2016-05-03 | Will Offer | Grade Change Form | RUSM000045 | A, R, F |
| D-70 | 2016-05-05 | Will Offer | Medical Note (RUSM Counseling Center) | RUSM000155 – 156; Cuffy Depo. Exh. 13 | R, H, F |
| D-71 | 2016-07-02 | Will Offer | Test Results from the National Board of Medical Examiners | RUSM000049; Awodiya Depo. Exh. 11 | R, C |
| D-72 | 2016-07-06 | Will Offer | Email from Registrar General to O. Awodiya; Subject: Comprehensive Basic Science Exam Score Report [ ref:_00D80cFjT._50080sLNty:ref ] | AWOD000838 | R, H |
| D-73 | 2016-08-26 | Will Offer | Test Results from the National Board of Medical Examiners | RUSM000048; Awodiya Depo. Exh. 11 | R, C |
| D-74 | 2016-08-31 | Will Offer | Email from Registrar General to O. Awodiya; Subject: Comprehensive Basic Science Exam Score Report [ ref:_00D80cFjT.-50080tuDpg:ref ] | AWOD000839 | R, H |
| D-75 | 2016-10-22 | Will Offer | Test Results from the National Board of Medical Examiners | RUSM000047; Awodiya Depo. Exh. 11 | R, C |
| D-76 | 2016-10-26 | Will Offer | Email from Registrar General to O. Awodiya; Subject: Comprehensive Basic Science Exam Score Report [ ref:_00D80cFjT.-50080vH03P:ref ] | AWOD000840 | R, H |

7

48998558;2

| <u>No.</u> | <u>Date</u> | | <u>Exhibit</u> | <u>Bates No./</u><br><u>Depo. Exh. No.</u> | <u>Objections</u> |
|---|---|---|---|---|---|
| D-77 | 2016-10-28 | Will Offer | Letter of Dismissal | RUSM000073; Awodiya Depo. Exh. 12 | R |
| D-78 | 2016-12-01 | Will Offer | Email from Registrar General to Awodiya; Subject: Appeal Decision | AWOD000339 | R, H |
| D-79 | 2016-12-01 | May Offer | Email chain: Student Services to O. Awodiya; Subject: Question Updated: Case #01938542 | AWOD002794 | R, H, F |
| D-80 | 2016-12-01 | Will Offer | Reinstatement letter | RUSM000072 | A, R, H |
| D-81 | 2016-12-07 | Will Offer | Email from Emma Jane Bateson to O. Awodiya; Subject: COMP Prep Support | AWOD000831 | R, H, F |
| D-82 | 2016-12-22 | Will Offer | Email from O. Awodiya to Registrar; Subject: Comp highlighting feature score recheck | AWOD004595 | R, UP, F |
| D-83 | 2017-01-09 | Will Offer | Email between O. Awodiya and Student Services; Subject: askRoss Question Closed: Case #02011295 | AWOD000386 – 387 | R, UP, F |
| D-84 | 2017-01-09 | Will Offer | Score Recheck Request form to National Board of Medical Examiners | RUSM000033 | I, R, F |
| D-85 | 2017-01-12 | Will Offer | Email exchange between Melisa Sanchez and Subject Exams; cc: Jonathan Velez, Subject Exams, Cheri Kershen; Subject: RE: CBSE Recheck | RUSM000996 – 997 | R, UP, F |
| D-86 | 2017-03-30 | Will Offer | Test Results from the National Board of Medical Examiners | RUSM000046; Awodiya Depo. Exh. 11 | R, C |
| D-87 | 2017-04-05 | Will Offer | Email from Registrar General to O. Awodiya; Subject: Comprehensive Basic Science Exam Score Report [ ref:_00D80cFjT.-50080zDvTh:ref ] | AWOD000841 | R, H |
| D-88 | 2017-04-13 | Will Offer | Letter of Dismissal | RUSM000071 | |

8

48998558;2

| <u>No.</u> | <u>Date</u> | | <u>Exhibit</u> | <u>Bates No./<br>Depo. Exh. No.</u> | <u>Objections</u> |
|---|---|---|---|---|---|
| D-89 | 2017-04-20 | May Offer | Summary of Care (Kaiser Permanente Mid-Atlantic) | RUSM000054 – 056 | A, I, R, H, UP, F, P |
| D-90 | 2017-04-21 | Will Offer | Email chain: O. Awodiya and Niels Larsen; cc: Rose-Claire St. Hilaire, Maureen Hall; Subject: Forward Pertinent Information for Appeal letter | AWOD002557 – 2558 | R, H, F |
| D-91 | 2017-04-21 | Will Offer | Email exchange between O. Awodiya and Niels Larsen; cc: Rose-Claire St. Hilaire, Maureen Hall; Subject: RE: Pertinent information for Appeal letter | AWOD004597 – 4599 | R, H, F |
| D-92 | 2017-06-01 | Will Offer | Letter from Niels Larsen, Ph.D., upholding April 13, 2017 academic dismissal | RUSM000070; Owen Depo Exh. 1 | R |
| D-93 | 2017-06-12 | Will Offer | Letter from Denise H. Unterman to William F. Owen, M.D. | RUSM000059 – 060 | |
| D-94 | 2017-06-13 | Will Offer | Letter to Dean Owen | Awodiya Depo. Exh. 15 | A, UP, C |
| D-95 | 2017-06-13 | Will Offer | Email exchange between O. Awodiya and Student Services; Subject: Question Updated: Case #02149780 | AWOD002805 – 2806 | H, C |
| D-96 | 2017-06-29 | Will Offer | Letter from Dean William Owen upholding April 13, 2017 dismissal | RUSM000069 | |
| D-97 | 2017-12-23 | Will Offer | United States medical Licensing Examination – Step 1 Score Report | AWOD004755 –756; Awodiya Depo. Exh. 16 | |
| D-98 | 2018-02-20 | Will Offer | Email from O. Awodiya to Dean Owen (wowen@ross.edu) attaching letter request for reinstatement | Awodiya Depo. Exh. 17 | R, F |
| D-99 | 2018-02-20 | Will Offer | Email from William Owen to Gary Belotzerkovsky, Stanley White, Vijay Rijput; Subject: Reinstatement Request | RUSM000957 – 958 | A, R, F |
| D-100 | 2018-02-21 | Will Offer | Email from Student Services | Awodiya Depo. Exh. 18 | A, R, H, F |

9

| No. | Date | | Exhibit | Bates No./ Depo. Exh. No. | Objections |
|---|---|---|---|---|---|
| D-101 | 2018-03-19 | May Offer | Medical Note (RUSM Counseling Center) | RUSM000157 | R, H, F |
| D-102 | 2018-05-21 | Will Offer | Official Transcript - Ross University (Summer 2014 through Summer 2015) | RUSM000032; Awodiya Depo. Exh. 6 | R |
| D-103 | 2018-05-21 | Will Offer | List of Tests / Review Tests | RUSM000057 – 058 | A, R, H, UP, F |
| D-104 | 2018-08-16 | Will Offer | Declaration in Support of Plaintiff's Motion for Partial Summary Judgment | [ECF No. 59] | I, R, UP, F |
| D-105 | 2018-09-14 | Will Offer | RUSM Mini and Lab Exam Scores (05/26/14 through 04/08/16) | AWOD004752 – 54 | I, R, UP, F |
| D-106 | 2018-09-24 | Will Offer | Plaintiff's Responses and Objections to Defendant's First Set of Interrogatories | | I, R, UP, H, F |
| D-107 | 2018-10-25 | Will Offer | Plaintiff's Amended Responses and Objections to Defendant's First Set of Interrogatories | | I, R, UP, H, F |
| D-108 | 2018-10-31 | Will Offer | Reinstatement letter from William F. Owen, Jr., MD, FACP to O. Awodiya | Awodiya Depo. Exh. 19; Owen Depo Exh. 2 | A, R, H, F |
| D-109 | 2018-12-10 | Will Offer | Declaration in Support of Plaintiff's Second Motion for Partial Summary Judgment | [ECF No. 102] | I, R, UP, F |
| D-110 | 2018-12-28 | Will Offer | Updated Expert Report of Ronald G. Quintero of R.G. Quintero & Co. | | Rule 26/Rule 37, A, I, R, H, UP, F |

48998558;2