# Exhibit 3

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| OLUWAMUYIWA AWODIYA, *Plaintiff,* -v- ROSS UNIVERSITY SCHOOL OF MEDICINE, SCHOOL OF VETERINARY MEDICINE LIMITED, *Defendant.* | Case No. 0:18-cv-60482-RKA  Hon. Judge: Roy K. Altman  Magistrate Judge: Patrick M. Hunt |

## PLAINTIFF'S WITNESS LIST 5-24-19

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(i), S. D. FLA. L. R. 16.1(d), and the Amended Scheduling Order [ECF No. 180], *pro se* plaintiff Oluwamuyiwa Awodiya, hereby submits the following witness list:

**A.  The following persons are fact witnesses intended to be called at trial:**

1. Davendranand Sharma of defendant RUSM (via deposition) — Contacts through RUSM Counsel.

2. Bryan Hayse of defendant RUSM (via deposition) — Contacts through RUSM Counsel.

3. William Owen of defendant RUSM (in person testimony) — Contacts through RUSM Counsel.

4. Oluwamuyiwa Awodiya — *Pro se* plaintiff.

**B.  The following persons are fact witnesses who may be called at trial:**

5. Sandra Herrin of defendant RUSM — Contacts through RUSM Counsel.

6. Any and all rebuttal or impeachment witnesses.

1