# Exhibit 4

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

OLUWAMUYIWA AWODIYA,                           CASE NO.  0:18-cv-60482-RKA

      Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

      Defendant.

_____/

## DEFENDANT'S WITNESS LIST

Pursuant to Federal Rule of Civil Procedure 26, Local Rule 16.1, and the Paperless Order Scheduling Trial [ECF No. 37] (the "Scheduling Order"), defendant Ross University School of Medicine, School of Veterinary Medicine Limited, by and through undersigned counsel, hereby makes the following disclosure of witnesses intended to be called at trial.

A. The following persons are fact witnesses intended to be called at trial:

1. William Owen
   c/o RUSM's Counsel

2. Bryan Hayse (via deposition or in person)
   c/o RUSM's Counsel

3. McMillan Cuffy (via deposition or in person)
   *Address Unknown*
   (767) 295-4530

4. Davendranand Sharma (via deposition or in person)
   *Address Unknown*
   +(592) 684-4526

5. Matthew Stewart-Fulton (via deposition or in person)
   Integrative Empowerment Group
   560 South Main Street
   Ann Arbor, Michigan 48104
   (734) 476-1600

      6.     Oluwamuyiwa Awodiya

B.  The following persons are fact witnesses who may be called at trial:

      1.     Sandra Herrin
              c/o RUSM's Counsel

      2.     Any and all witnesses disclosed by Plaintiff.

      3.     Any and all rebuttal or impeachment witnesses.

C.  The following are expert witnesses intended to be called at trial:

      1.     Ronald Quintero, CPA, CFA
              Managing Director
              Chartered Capital Advisers, Inc.
              c/o RUSM's Counsel

48998044;1