**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

OLUWAMUYIWA AWODIYA,					CASE NO. 0:18-cv-60482-RKA

    Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

    Defendant.
_____/

**NOTICE OF FILING PROPOSED JURY INSTRUCTIONS AND VERDICT FORMS**

Pursuant to the Amended Scheduling Order [ECF No. 180], defendant Ross University School of Medicine ("Ross University") respectfully submits a set of proposed jury instructions and verdict forms.

Ross University compiled the instructions, including the verbatim instructions sent to Ross University's counsel by plaintiff Oluwamuyiwa Awodiya, in the order that it believes would best assist the Court and the jury. Plaintiff insisted that Ross University submit the instructions only in the order he compiled them, including, for example, the punitive damages instruction being the second instruction in the set, or he refused to submit to a joint filing. Because the parties could not agree on the order, Ross University hereby submits a set of joint jury instructions over Plaintiff's objection. The joint jury instructions are attached hereto as **Exhibit A**. Ross University also takes the position that the Court would benefit from reviewing a redline comparison of those instructions that are submitted by both Plaintiff and Ross University where the parties cannot agree on the proposed language. A copy of the redline comparison is attached hereto as **Exhibit B**. Plaintiff also objects to the submission of the redline comparison.

49133228;2

Attached hereto as **Exhibits C** and **D**, respectively, are Plaintiff's Proposed Verdict Form and Defendant's Proposed Verdict Form.

Dated: June 10, 2019

Respectfully submitted,

*/s/Ryan Roman*
MICHAEL C. MARSH
Florida Bar Number: 0072796
Email: michael.marsh@akerman.com
Secondary: sharon.luesang@akerman.com
RYAN A. ROMAN
Florida Bar Number: 0025509
Email: ryan.roman@akerman.com
Secondary: dorothy.matheis@akerman.com
DONNIE M. KING
Florida Bar Number: 101386
Email: donnie.king@akerman.com
Secondary: simone.tobie@akerman.com
OCTAVIA M. GREEN
Florida Bar Number: 119179
Email: octavia.green@akerman.com
Secondary: simone.tobie@akerman.com
**AKERMAN LLP**
98 SE 7th Street, Suite 1100
Miami, FL 33131
Phone: (305) 374-5600
Fax: (305) 374-5095

*Attorneys for Defendant Ross University School of Medicine, School of Veterinary Medicine Limited*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 10, 2019 a true and correct copy of the foregoing document was served via CM/ECF on:

Oluwamuyiwa Awodiya
15005 Dahlia Drive
Bowie, Maryland 20721
Telephone: (240) 602-1836
E-mail: drmuyiwa.a@gmail.com

                                        *s/Ryan Roman*
                                        Ryan Roman