# Exhibit C

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| OLUWAMUYIWA AWODIYA,<br>*Plaintiff,*<br><br>-v-<br><br>ROSS UNIVERSITY SCHOOL OF MEDICINE, SCHOOL OF VETERINARY MEDICINE LIMITED,<br>*Defendant.* | Case No.   0:18-cv-60482-RKA<br><br>Hon. Judge: Roy K. Altman<br>Magistrate Judge: Patrick M. Hunt |

## PLAINTIFF'S PROPOSED VERDICT FORM

*Pro se* plaintiff Oluwamuyiwa Awodiya ("Plaintiff"), pursuant to the Amended Scheduling Order [ECF No. 180], hereby submits his proposed verdict form. Plaintiff reserves the right to modify or supplement this verdict form to conform to the evidence and rulings at trial.

DATED this 4th day of June, 2019:

Respectfully submitted,

*/s/Oluwamuyiwa Awodiya*
By: Oluwamuyiwa Awodiya, *pro se* litigant
15005 Dahlia Dr.
Bowie, MD 20721
(240) 602-1836
Plaintiff, in Proper Person

1

## VERDICT FORM

**Mr. Awodiya's Examination Accommodation Claim**

**Has Mr. Awodiya proven by a preponderance of the evidence:**

    1.    That Mr. Awodiya had a disability?

        Answer Yes or No    _____

**If your answer to Question 1 is "Yes," please proceed to Question 2.**

**If your answer to Question 1 is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.**

    2.    That Ross University knew that Mr. Awodiya had a disability?

        Answer Yes or No    _____

**If your answer to Question 2 is "Yes," please proceed to Questions 3a and 3b.**

**If your answer to Question 2 is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.**

    3a.    That Ross University knew of Mr. Awodiya's desire for examination accommodations?

        Answer Yes or No    _____

    3b.    That Mr. Awodiya's need for an examination accommodation was obvious?

        Answer Yes or No    _____

**If your answer to either Question 3a *OR* 3b is "Yes," please proceed to Question 4.**

**If your answer to both Question 3a *AND* 3b is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.**

4. That Mr. Awodiya was an "otherwise qualified" individual to participate in the examinations?

Answer Yes or No    _____

**If your answer to Question 4 is "Yes," please proceed to Question 5.**

**If your answer to Question 4 is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.**

5. That Ross University failed to provide a necessary examination accommodation with deliberate indifference?

Answer Yes or No    _____

**If your answer to Question 5 is "Yes," please proceed to Questions 6a through 6e.**

**If your answer to Question 5 is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.**

**Compensatory Damages – Lost Future Enhanced Earning Capacity**

6a. What is the amount of money that Mr. Awodiya would have had the power to earn per year, with the Doctor of Medicine (MD) degree?

Amount: $_____

6b. What is the amount of money that Mr. Awodiya has the power to earn per year, without the Doctor of Medicine (MD) degree?

Amount: $_____

6c. What is the remaining number of years that Mr. Awodiya is expected to work in his lifetime?

Years: _____

3

    6d.    What is the interest rate reflecting the safest available investment that Mr. Awodiya could make?

        Interest rate: _____%

    6e.    What is the rate of wage increase that will affect all individuals of society?

        Rate of wage increase: _____%

**Ross University's Affirmative Defense – Mitigation of Damages**

**Has Ross University proven by a preponderance of evidence:**

    7.    That Mr. Awodiya made no reasonable effort to obtain a Doctor of Medicine (MD) degree from another institution?

        Answer Yes or No    _____

**If your answer to Question 7 is "Yes," please proceed to Question 8.**

**If your answer to Question 7 is "No," please skip to Question 10.**

    8.    And the time period needed to acquire the MD degree at the other institution?

        Answer Yes or No    _____

        If your answer is "Yes,"
how long:    _____

**If your answer to Question 8 is "Yes," please proceed to Question 9.**

**If your answer to Question 8 is "No," please skip to Question 10.**

    9.    And the tuition and associated costs incurred at the other institution?

        Answer Yes or No    _____

        If your answer is "Yes,"

how long: _____

**Compensatory Damages – Emotional Distress**

**Has Mr. Awodiya proven by a preponderance of the evidence:**

10. That Mr. Awodiya should be awarded damages to compensate for emotional pain and mental anguish?

        Answer Yes or No    _____

        If your answer is "Yes,"
in what amount:    _____

**Mr. Awodiya's Fraud in the Inducement Claim**

**Has Mr. Awodiya proven by a preponderance of the evidence:**

11a. That the statement published by Ross University is a false statement regarding a material fact?

        Answer Yes or No    _____

11b. That Ross University omitted a material fact about the statement?

        Answer Yes or No    _____

**If your answer to either Question 11a *OR* 11b is "Yes," please proceed to Question 12a and 12b.**

**If your answer to both Question 11a *AND* 11b is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.**

12a. That Ross University knew the statement was false when it made it?

        Answer Yes or No    _____

  12b. That Ross University made the statement knowing it did not know whether it was true or false?

      Answer Yes or No  _____

**If your answer to either Question 12a *OR* 12b is "Yes," please proceed to Question 13.**

**If your answer to both Question 12a *AND* 12b is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.**

  13. That Ross University intended that prospective students would rely on the statement?

      Answer Yes or No  _____

**If your answer to Question 13 is "Yes," please proceed to Question 14.**

**If your answer to Question 13 is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.**

  14. That Mr. Awodiya relied on the statement?

      Answer Yes or No  _____

**If your answer to Question 14 is "Yes," please proceed to Question 15.**

**If your answer to Question 14 is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.**

  15. Consequent injury to Mr. Awodiya acting in reliance on the statement?

      Answer Yes or No  _____

**If your answer to Question 15 is "Yes," please proceed to Question 16.**

**If your answer to Question 15 is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.**

16. That punitive damages should be assessed against Ross University?

        Answer Yes or No      _____

        If your answer is "Yes,"
        in what amount:      _____

SO SAY WE ALL.

                                               _____
                                               Foreperson's Signature

DATE: _____