UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

OLUWAMUYIWA AWODIYA,                     CASE NO.  0:18-cv-60482-RKA

      Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

      Defendant.
_____/

**NOTICE OF FILING RECORD EVIDENCE**

Defendant Ross University School of Medicine, School of Veterinary Medicine Limited ("RUSM") respectfully submits this Notice of Filing Record Evidence pursuant to this Court's Order during the Pretrial Conference held on June 11, 2019. Pursuant to the Court's request for citations to record evidence regarding efforts made to provide accommodations to students, RUSM sets forth the following:

1. Exhibit 5 to Declaration of Ryan Roman in Support of Defendant's Opposition to Plaintiff's Second Motion for Partial Summary Judgment, Deposition Transcript of Matthew Stewart-Fulton, November 5, 2018 at 31:20-32:10, [ECF No. 107-2].

2. Exhibit 7 to Declaration of Ryan Roman in Support of Defendant's Opposition to Plaintiff's Second Motion for Partial Summary Judgment, Deposition Transcript of Bryan Hayse, November 5, 2018 at 10:2-7, [ECF No. 107-2];

3. Exhibit 8 to Declaration of Ryan Roman in Support of Defendant's Motion for Summary Judgment, Deposition Transcript of McMillian Cuffy, December 4, 2018 at 81:8-22, [ECF No. 119-9]; and

4. Exhibit 3 to Declaration of Ryan Roman in Support of Defendant's Opposition to Plaintiff's Second Motion for Partial Summary Judgment, Deposition Transcript of Davendrand Sharma, October 16, 2018 at 29:22-25, 73:19-74:5 [ECF No. 107-2].

49161846;1

Dated: June 11, 2019

Respectfully submitted,

*/s/Ryan Roman*
MICHAEL C. MARSH
Florida Bar Number: 0072796
Email: michael.marsh@akerman.com
Secondary: sharon.luesang@akerman.com
RYAN A. ROMAN
Florida Bar Number: 0025509
Email: ryan.roman@akerman.com
Secondary: dorothy.matheis@akerman.com
DONNIE M. KING
Florida Bar Number: 101386
Email: donnie.king@akerman.com
Secondary: simone.tobie@akerman.com
OCTAVIA M. GREEN
Florida Bar Number: 119179
Email: octavia.green@akerman.com
Secondary: simone.tobie@akerman.com
**AKERMAN LLP**
98 SE 7th Street, Suite 1100
Miami, FL 33131
Phone: (305) 374-5600
Fax: (305) 374-5095

*Attorneys for Defendant Ross University School of Medicine, School of Veterinary Medicine Limited*

2

49161846;1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 11, 2019 a true and correct copy of the foregoing document was served via CM/ECF on:

Oluwamuyiwa Awodiya
15005 Dahlia Drive
Bowie, Maryland 20721
Telephone: (240) 602-1836
E-mail: drmuyiwa.a@gmail.com

                                              *s/Ryan Roman*
                                              Ryan Roman