**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

OLUWAMUYIWA AWODIYA,   CASE NO. 0:18-cv-60482-RKA

    Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

    Defendant.
_____/

## DEFENDANT'S AMENDED PROPOSED *VOIR DIRE* QUESTIONS

Defendant Ross University School of Medicine, School of Veterinary Medicine Limited ("RUSM") submits the following proposed *voir dire* questions in connection with the jury trial of this action beginning on July 8, 2019. RUSM has amended its prior submission in accordance with the Court's instructions at Calendar Call on June 11, 2019 to limit the submission to five (5) proposed questions. By removing proposed questions, RUSM does not waive the right to request that the Court ask those questions as part of the Court's voir dire, to the extent that the Court does not already intend to cover such questions.

## PROPOSED *VOIR DIRE* QUESTIONS

1. Do any of you or, to the best of your knowledge, any of your relatives or friends suffer from any mental impairments such as Attention Deficit Disorder (also known as ADD), Attention-Deficit/Hyperactivity Disorder (also known as ADHD), or Obsessive Compulsive Disorder (also known as OCD)?

2. Have you or, to your knowledge, a relative or a friend ever been the victim of discrimination? If so, can you describe the situation?

3. Have any of you ever been in a situation where you needed to ask for assistance but failed to do so because you were either embarrassed or afraid of being stigmatized?

4. Do you believe that, as between individuals and corporations, such as Ross University School of Medicine, there should be any distinction in the kind of justice which they receive?

5. The plaintiff in this case alleges that he suffers from mental disabilities. Does this in any way prevent you from serving as an impartial juror in this matter?

| | |
|---|---|
| Dated: June 14, 2019 | Respectfully submitted, |

**AKERMAN LLP**
Three Brickell City Centre
98 Southeast Seventh Street
Suite 1100
Miami, Florida 33131
Telephone: (305) 374-5600
Facsimile: (305) 374-5095

By: *s/ Ryan Roman*
Michael C. Marsh
Florida Bar No. 0072796
michael.marsh@akerman.com
simone.tobie@akerman.com
Ryan Roman
Florida Bar No. 0025509
ryan.roman@akerman.com
dorothy.matheis@akerman.com
Donnie M. King
Florida Bar No. 101386
donnie.king@akerman.com
simone.tobie@akerman.com
Octavia M. Green
Florida Bar No. 119179
octavia.green@akerman.com
simone.tobie@akerman.com

48007328;5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 14, 2019 a true and correct copy of the foregoing document was served via email on:

Oluwamuyiwa Awodiya
15005 Dahlia Drive
Bowie, Maryland 20721
Telephone: (240) 602-1836
E-mail: drmuyiwa.a@gmail.com

                                                */s/Ryan Roman*
                                                Ryan Roman