**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

OLUWAMUYIWA AWODIYA,                    CASE NO. 0:18-cv-60482-RKA

    Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

    Defendant.
_____/

**JOINT NOTICE OF FILING JOINT PRETRIAL STIPULATION**

Pursuant to Local Rule 16.1(e) of the United States District Court for the Southern District of Florida, the Court's Amended Scheduling Order [ECF No. 180] and this Court's Order during the Calendar Call held on June 11, 2019, plaintiff Oluwamuyiwa Awodiya and defendant Ross University School of Medicine respectfully submit the attached joint pretrial stipulation. The submission is attached hereto as **Exhibit A.**

49193015;1

<table>
<tr><td>

Dated: June 14, 2019

Oluwamuyiwa Awodiya
15005 Dahlia Drive
Bowie, Maryland 20721
Telephone: (240) 602-1836




By: *s/ Oluwamuyiwa Awodiya*
Oluwamuyiwa Awodiya (*pro se*)
drmuyiwa.a@gmail.com

</td><td>

Respectfully submitted,

**AKERMAN LLP**
Three Brickell City Centre
98 Southeast Seventh Street
Suite 1100
Miami, Florida 33131
Telephone: (305) 374-5600
Facsimile:  (305) 374-5095

By: *s/ Ryan Roman*
Michael C. Marsh
Florida Bar No. 0072796
michael.marsh@akerman.com
simone.tobie@akerman.com
Ryan Roman
Florida Bar. No. 0025509
ryan.roman@akerman.com
dorothy.matheis@akerman.com
Octavia M. Green
Florida Bar No. 119179
octavia.green@akerman.com
simone.tobie@akerman.com

*Attorneys for Defendant Ross University
School of Medicine, School of Veterinary
Medicine Limited*

</td></tr>
</table>