## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

OLUWAMUYIWA AWODIYA,   CASE NO. 0:18-cv-60482-RKA

    Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

    Defendant.
_____/

## JOINT NOTICE OF FILING PROPOSED JURY INSTRUCTIONS AND VERDICT FORMS

Pursuant to the Amended Scheduling Order [ECF No. 180], and this Court's Order during the Calendar Call held on June 11, 2019, plaintiff Oluwamuyiwa Awodiya and defendant Ross University School of Medicine respectfully submit a joint set of proposed jury instructions and verdict forms. The submissions are attached hereto as **Exhibit A** and **Exhibit B**, respectively.

49197105;1

| | |
|---|---|
| Dated: June 14, 2019 | Respectfully submitted, |
| Oluwamuyiwa Awodiya<br>15005 Dahlia Drive<br>Bowie, Maryland 20721<br>Telephone: (240) 602-1836 | **AKERMAN LLP**<br>Three Brickell City Centre<br>98 Southeast Seventh Street<br>Suite 1100<br>Miami, Florida 33131<br>Telephone: (305) 374-5600<br>Facsimile: (305) 374-5095 |
| By: *s/ Oluwamuyiwa Awodiya*<br>Oluwamuyiwa Awodiya (*pro se*)<br>drmuyiwa.a@gmail.com | By: *s/ Ryan Roman*<br>Michael C. Marsh<br>Florida Bar No. 0072796<br>michael.marsh@akerman.com<br>simone.tobie@akerman.com<br>Ryan Roman<br>Florida Bar. No. 0025509<br>ryan.roman@akerman.com<br>dorothy.matheis@akerman.com<br>Octavia M. Green<br>Florida Bar No. 119179<br>octavia.green@akerman.com<br>simone.tobie@akerman.com<br><br>*Attorneys for Defendant Ross University School of Medicine, School of Veterinary Medicine Limited* |