# Exhibit B

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

|  |  |  |
|---|---|---|
| OLUWAMUYIWA AWODIYA, | ) | Case No.   0:18-cv-60482-RKA |
| *Plaintiff,* | ) | |
| | ) | |
| **-v-** | ) | Hon. Judge: Roy K. Altman |
| | ) | Magistrate Judge: Patrick M. Hunt |
| ROSS UNIVERSITY SCHOOL OF | ) | |
| MEDICINE, SCHOOL OF | ) | |
| VETERINARY MEDICINE LIMITED, | ) | |
| *Defendant.* | ) | |

## PLAINTIFF'S PROPOSED VERDICT FORM

*Pro se* plaintiff Oluwamuyiwa Awodiya ("Plaintiff"), pursuant to the Amended Scheduling Order [ECF No. 180], hereby submits his proposed verdict form. Plaintiff reserves the right to modify or supplement this verdict form to conform to the evidence and rulings at trial.

DATED this 4th day of June, 2019:

Respectfully submitted,

*/s/Oluwamuyiwa Awodiya*
By: Oluwamuyiwa Awodiya, *pro se* litigant
15005 Dahlia Dr.
Bowie, MD 20721
(240) 602-1836
Plaintiff, in Proper Person

1

## <u>VERDICT FORM</u>

**<u>Mr. Awodiya's Examination Accommodation Claim</u>**

**Has Mr. Awodiya proven by a preponderance of the evidence:**

      1.     That Mr. Awodiya had a disability?

              Answer Yes or No        _____

**If your answer to Question 1 is "Yes," please proceed to Question 2.**

**If your answer to Question 1 is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.**

      2.     That Ross University knew that Mr. Awodiya had a disability?

              Answer Yes or No        _____

**If your answer to Question 2 is "Yes," please proceed to Questions 3a and 3b.**

**If your answer to Question 2 is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.**

      3a.    That Ross University knew of Mr. Awodiya's desire for examination accommodations?

              Answer Yes or No        _____

      3b.    That Mr. Awodiya's need for an examination accommodation was obvious?

              Answer Yes or No        _____

**If your answer to either Question 3a *OR* 3b is "Yes," please proceed to Question 4.**

**If your answer to both Question 3a *AND* 3b is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.**

2

4.      That Mr. Awodiya was an "otherwise qualified" individual to participate in the examinations?

Answer Yes or No          _____

**If your answer to Question 4 is "Yes," please proceed to Question 5.**

**If your answer to Question 4 is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.**

5.      That Ross University failed to provide a necessary examination accommodation with deliberate indifference?

Answer Yes or No          _____

**If your answer to Question 5 is "Yes," please proceed to Questions 6a through 6e.**

**If your answer to Question 5 is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.**

## Compensatory Damages – Lost Future Enhanced Earning Capacity

6a.     What is the amount of money that Mr. Awodiya would have had the power to earn per year, with the Doctor of Medicine (MD) degree?

Amount: $_____

6b.     What is the amount of money that Mr. Awodiya has the power to earn per year, without the Doctor of Medicine (MD) degree?

Amount: $_____

6c.     What is the remaining number of years that Mr. Awodiya is expected to work in his lifetime?

Years: _____

6d.    What is the interest rate reflecting the safest available investment that Mr. Awodiya could make?

Interest rate: _____%

6e.    What is the rate of wage increase that will affect all individuals of society?

Rate of wage increase: _____%


**<u>Ross University's Affirmative Defense – Mitigation of Damages</u>**

**Has Ross University proven by a preponderance of evidence:**

7.    That Mr. Awodiya made no reasonable effort to obtain a Doctor of Medicine (MD) degree from another institution?

Answer Yes or No        _____

**If your answer to Question 7 is "Yes," please proceed to Question 8.**

**If your answer to Question 7 is "No," please skip to Question 10.**


8.    And the time period needed to acquire the MD degree at the other institution?

Answer Yes or No        _____

If your answer is "Yes,"
how long:        _____

**If your answer to Question 8 is "Yes," please proceed to Question 9.**

**If your answer to Question 8 is "No," please skip to Question 10.**


9.    And the tuition and associated costs incurred at the other institution?

Answer Yes or No        _____

If your answer is "Yes,"

how long:                      _____


**Compensatory Damages – Emotional Distress**

**Has Mr. Awodiya proven by a preponderance of the evidence:**

10.     That Mr. Awodiya should be awarded damages to compensate for emotional pain

and mental anguish?

Answer Yes or No          _____

If your answer is "Yes,"
in what amount:               _____


**Mr. Awodiya's Fraud in the Inducement Claim**

**Has Mr. Awodiya proven by a preponderance of the evidence:**

11a.    That the statement published by Ross University is a false statement regarding a

material fact?

Answer Yes or No          _____


11b.    That Ross University omitted a material fact about the statement?

Answer Yes or No          _____

**If your answer to either Question 11a *OR* 11b is "Yes," please proceed to Question
12a and 12b.**

**If your answer to both Question 11a *AND* 11b is "No," this ends your deliberations,
and your foreperson should sign and date the last page of this verdict form.**


12a.    That Ross University knew the statement was false when it made it?

Answer Yes or No          _____

5

12b.     That Ross University made the statement knowing it did not know whether it was true or false?

Answer Yes or No          _____

**If your answer to either Question 12a *OR* 12b is "Yes," please proceed to Question 13.**

**If your answer to both Question 12a *AND* 12b is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.**

13.     That Ross University intended that prospective students would rely on the statement?

Answer Yes or No          _____

**If your answer to Question 13 is "Yes," please proceed to Question 14.**

**If your answer to Question 13 is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.**

14.     That Mr. Awodiya relied on the statement?

Answer Yes or No          _____

**If your answer to Question 14 is "Yes," please proceed to Question 15.**

**If your answer to Question 14 is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.**

15.     Consequent injury to Mr. Awodiya acting in reliance on the statement?

Answer Yes or No          _____

**If your answer to Question 15 is "Yes," please proceed to Question 16.**

**If your answer to Question 15 is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.**

6

16.     That punitive damages should be assessed against Ross University?

        Answer Yes or No          _____

        If your answer is "Yes,"
        in what amount:          _____

SO SAY WE ALL.

                         _____
                         Foreperson's Signature

DATE: _____

7

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

OLUWAMUYIWA AWODIYA,                    CASE NO.  0:18-cv-60482-RKA

      Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

      Defendant.

_____/

**DEFENDANT'S PROPOSED VERDICT FORM**

Defendant Ross University School of Medicine, School of Veterinary Medicine Limited

("Ross University"), pursuant to the Paperless Order Scheduling Trial [ECF No. 180], hereby

submit its proposed verdict form.

Dated: June 10, 2019

Respectfully submitted,

**AKERMAN LLP**
Three Brickell City Centre
98 Southeast Seventh Street
Suite 1100
Miami, Florida 33131
Telephone: (305) 374-5600
Facsimile:  (305) 374-5095

By: *s/ Ryan Roman*
Michael C. Marsh
Florida Bar No. 0072796
michael.marsh@akerman.com
simone.tobie@akerman.com
Ryan Roman
Florida Bar. No. 0025509
ryan.roman@akerman.com
dorothy.matheis@akerman.com
Donnie M. King
Florida Bar No. 101386
donnie.king@akerman.com
simone.tobie@akerman.com
Octavia M. Green
Florida Bar No. 119179
octavia.green@akerman.com
simone.tobie@akerman.com

2

## VERDICT FORM

### Accommodation Claims

1. Has Plaintiff proven by a preponderance of the evidence that he had a "disability"?

    Answer Yes or No          _____

    *If your answer is "No," you have reached a verdict as to Plaintiff's accommodation claims.  Please skip to question 8.*

    *If your answer is "Yes," go to the next question.*

2. Has Plaintiff proven by a preponderance of the evidence that he was a "qualified individual?"

    Answer Yes or No          _____

    *If your answer is "No," you have reached a verdict as to Plaintiff's accommodation claims.  Please skip to question 8.*

    *If your answer is "Yes," go to the next question.*

3. Has Plaintiff proven by a preponderance of the evidence that Ross University School of Medicine knew of Plaintiff's alleged disability?

    Answer Yes or No          _____

    *If your answer is "No," you have reached a verdict as to Plaintiff's accommodation claims.  Please skip to question 8.*

    *If your answer is "Yes," go to the next question.*

4. Has Plaintiff proven by a preponderance of the evidence that Plaintiff requested an accommodation from Ross University School of Medicine?

    Answer Yes or No          _____

    *If your answer is "No," you have reached a verdict as to Plaintiff's accommodation claims.  Please skip to question 8.*

    *If your answer is "Yes," go to the next question.*

5. Has Plaintiff proven by a preponderance of the evidence that a reasonable accommodation existed that would have allowed Plaintiff to perform the essential functions to obtain his medical degree?

3

Answer Yes or No                    _____

*If your answer is "No," you have reached a verdict as to Plaintiff's accommodation claims.  Please skip to question 8.*

*If your answer is "Yes," go to the next question.*

6.  Has Plaintiff proven by a preponderance of the evidence that Ross University School of Medicine failed to provide a reasonable accommodation?

Answer Yes or No                    _____

*If your answer is "No," you have reached a verdict as to Plaintiff's accommodation claims.  Please skip to question 8.*

*If your answer is "Yes," go to the next question.*

7.  Has Plaintiff proven by a preponderance of the evidence that Ross University School of Medicine violated his rights with discriminatory intent?

Answer Yes or No                    _____

*Please go to the next question.*

## Misrepresentation Claims

8.  Has Plaintiff proven by a preponderance of the evidence that Ross University School of Medicine made a misrepresentation of material fact?

Answer Yes or No                    _____

*If your answer is "No," you've reached a verdict as to Plaintiff's misrepresentation claims.  Please skip to the section entitled "Damages" and follow the instructions provided before question 13.*

*If your answer is "Yes," go to the next question.*

9.  Has Plaintiff proven by a preponderance of the evidence that Ross University School of Medicine knew or should have known of the falsity of the statement?

Answer Yes or No                    _____

*If your answer is "No," you've reached a verdict as to Plaintiff's misrepresentation claims.  Please skip to the section entitled "Damages" and follow the instructions provided before question 13.*

4

*If your answer is "Yes," go to the next question.*

10. Has Plaintiff proven by a preponderance of the evidence that Ross University School of Medicine intended for the misrepresentation to induce Plaintiff to rely and act on it?

Answer Yes or No      _____

*If your answer is "No," you've reached a verdict as to Plaintiff's misrepresentation claims.  Please skip to the section entitled "Damages" and follow the instructions provided before question 13.*

*If your answer is "Yes," go to the next question.*

11. Has Plaintiff proven by a preponderance of the evidence that he relied on the misrepresentation?

Answer Yes or No      _____

*If your answer is "No," you've reached a verdict as to Plaintiff's misrepresentation claims.  Please skip to the section entitled "Damages" and follow the instructions provided before question 13.*

*If your answer is "Yes," go to the next question.*

12. Has Plaintiff proven by a preponderance of the evidence that he suffered injury by acting in justifiable reliance on the misrepresentation?

Answer Yes or No      _____

*Please go to the next section entitled "Damages" and follow the instructions provided before question 13.*

**Damages**

***INSTRUCTIONS:***  *If you were not required to answer or your answer is "No" to questions 7 and 12, you've reached your verdict. Please do not answer any other questions. The Jury Foreperson shall sign and date where indicated below.*

*If your answer is "Yes" to either question 7 or 12 you are to proceed to the next question.*

5

13. Has Plaintiff proven by a preponderance of the evidence that he should be awarded damages to compensate for his tuition expenses?

               Answer Yes or No        _____

               If your answer is "Yes,"
               in what amount?        $_____

*Please go to the next question.*

14. Has Plaintiff proven by a preponderance of the evidence that he should be awarded damages to compensate for lost earning capacity to the date of your verdict?

               Answer Yes or No        _____

               If your answer is "Yes,"
               in what amount?        $_____

*Please go to the next question.*

15. Has Plaintiff proven by a preponderance of the evidence he should be awarded damages to compensate for emotional distress?

               Answer Yes or No        _____

               If your answer is "Yes,"
                in what amount?        $_____

*If you were not required to answer or your answer is "No" to question 12, you've reached your verdict.  Please do not answer any other questions.  The Jury Foreperson shall sign and date where indicated below.*

*If your answer is "Yes" to question 12, please go to the next question.*

16. Has Plaintiff proven by clear and convincing evidence that Ross University was guilty of intentional misconduct or gross negligence, which was a substantial cause of damages to Mr. Awodiya.

               Answer Yes or No        _____

*If your answer is "No," you've reached a verdict. Please do not answer any other questions. The Jury Foreperson shall sign and date where indicated below.*

*If your answer is "Yes," go to the next question.*

17. Has Plaintiff proven he should be awarded punitive damages by the clear and convincing evidence?

Answer Yes or No       _____

If your answer is "Yes,"
in what amount?       \$_____

*You are finished and have reached your verdict.  The Jury Foreperson shall sign where indicated and return this verdict slip to the bailiff.*

Date:_____      Signed:_____
                                                                    Jury Foreperson

7