**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-60482-CIV-ALTMAN/Hunt**

**OLUWAMUYIWA AWODIYA**,

      Plaintiff,

v.

**ROSS UNIVERSITY SCHOOL**
**OF MEDICINE**,

      Defendant.

_____/

**<u>FINAL JUDGMENT</u>**

**THIS CAUSE** came before the Court on the June 17, 2019 Order granting summary judgment in favor of the Defendant, Ross University School of Medicine ("Order") [ECF No. 210].

Pursuant to Federal Rule of Civil Procedure 58, the Court hereby

**ORDERS** and **ADJUDGES** that judgment is entered in favor of the Defendant and against the Plaintiff, Oluwamuyiwa Awodiya, on all counts of the Plaintiff's Amended Complaint [ECF No. 47]. The Plaintiff shall take nothing from the Defendant, and this action is **DISMISSED** on the merits. The Clerk is directed to **CLOSE** this case, all pending hearings and deadlines are **CANCELLED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 19th day of June 2019.

_____

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record