FILED BY _____ D.C.

JUN 2 6 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

|  |  |  |
|---|---|---|
| OLUWAMUYIWA AWODIYA, | ) | Case No.   0:18-cv-60482-RKA |
| *Plaintiff,* | ) | |
|  | ) | |
| -v- | ) | Hon. Judge: Roy K. Altman |
|  | ) | Magistrate Judge: Patrick M. Hunt |
| ROSS UNIVERSITY SCHOOL OF | ) | |
| MEDICINE, SCHOOL OF | ) | |
| VETERINARY MEDICINE LIMITED, | ) | |
| *Defendant.* | ) | |

## DECLARATION OF OLUWAMUYIWA AWODIYA
## IN SUPPORT OF PLAINTIFF'S MOTION FOR AMENDED AND
## ADDITIONAL FINDINGS IN THE COURT'S ORDER CLOSING CASE

Plaintiff respectfully requests the Clerk's Office of the Court to file this document as a docket attachment to the Plaintiff's Motion for Amended and Additional Findings in the Court's Order Closing Case, that is being filed concurrently herewith.

1. Pursuant to 28 U.S.C. § 1746, I, Oluwamuyiwa Awodiya, *pro se* plaintiff of the above-captioned action, make this declaration in support of Plaintiff's Motion for Amended and Additional Findings in the Court's Order Closing Case. I am over 18 years of age and I am competent to testify about the matters discussed herein.

2. A true and correct copy of an email from RUSM's Office of Student Services sent to Plaintiff dated April 6, 2016 is attached hereto as **Exhibit A**.

3. A true and correct copy of an email from RUSM's Director of Student Affairs sent to Plaintiff dated March 31, 2016 is attached hereto as **Exhibit B**.

4. A true and correct copy of an email from RUSM's Office of the Registrar - Exam Administration sent to Plaintiff is attached hereto as **Exhibit C**.

1

5.      A true and correct copy of an RUSM Counseling Note is attached hereto as **Exhibit D**.

6.      A true and correct copy of a letter from RUSM to Plaintiff, is attached hereto as **Exhibit E**.

7.      A true and correct copy of an email chain between RUSM and Plaintiff, is attached hereto as **Exhibit F**.

8.      A true and correct copy of an email/letter from Plaintiff's psychotherapist and psychiatrist to RUSM, is attached hereto as **Exhibit G**.

9.      A true and correct copy of a Plaintiff's Appeal Letter to the Dean of RUSM is attached hereto as **Exhibit H**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.


EXECUTED ON this 25th day of June, 2019:

Respectfully submitted,

By: Oluwamuyiwa Awodiya, *pro se* litigant
15005 Dahlia Dr.
Bowie, MD 20721
(240) 602-1836
Plaintiff, in Proper Person

## CERTIFICATE OF SERVICE

I do hereby certify that on this 25th day of June, 2019, I have caused a true and correct

copy of the foregoing by mailing a copy to the Court, where the Court's CM/ECF system will send

notification to the counsel of record.

By: Oluwamuyiwa Awodiya, *pro se* litigant

# Exhibit A

| | |
|---|---|
| **From:** | The Office of Student Services |
| **To:** | Awodiya, Oluwamuyiwa |
| **Subject:** | RUSM Miramar Office Availability: Thursday, April 7, 2016 |
| **Date:** | Wednesday, April 6, 2016 4:46:44 PM |

Dear Oluwamuyiwa ,

Please note that the Miramar Administrative offices will be unavailable Thursday, April 7, 2016 from 3:00 PM to 4:00 PM EST. This includes the Office of Clinical Student Affairs, the Office of Student and Professional Development, the Office of the Registrar, the Office of Student Services, the Licensing and Credentialing Department and the Exam Administration Department.

We will not be available to take phone inquiries during this time.

Please contact our associates via myRoss, or contact the Office of Student Services at StudentServices@RossU.edu with any questions or concerns.

Sincerely,

The Office of Student Services
Ross University School of Medicine

© 2016 Ross University School of Medicine. All rights reserved.

**Ross University School of Medicine @ www.RossU.edu**
Tel: 754.208.4595| Fax: 732 509 4820
Address: 2300 SW 145th Avenue Suite 200, Miramar, FL 33027

AWOD003452

# Exhibit B

| | |
|---|---|
| **From:** | Jacobson, Melanie |
| **To:** | DM Semester 4x Jan 2016; DM Semester 5 Jan 2016 |
| **Cc:** | Semester 4 Class Rep DM; Semester 5 Class Rep DM |
| **Subject:** | Class Meeting Follow up |
| **Date:** | Thursday, March 31, 2016 5:20:04 PM |
| **Attachments:** | image001.png |

Good afternoon 4x and 05 students!

Wow, yesterday was the last day of Foundations of Medicine lectures for the 4x/05 spring 2016 semester.  Man does time fly!!!  I know everyone has a lot of studying to do, so I'll make this brief.

At the class meeting I promised I would get back with you regarding some information for transitioning to Clinical Semesters.

- Comp retake dates, STEP seating deadlines, and IMF dates – An email containing all of this information will be coming to you just after you have taken your final. The **Subject is Important Enrollment Information**.  This is an IMPORTANT email please read it, as it contains all the information you need for preparing for Comp retakes, ECFMG, STEP 1, and IMF

- Passport photos for your form 186 -  Radiant Photo Studios information is as follows, Contact # 225-7541, Hours of Operation - Mondays - Fridays 8:30 am - 3:45 pm. The studio is located on Bay street in Portsmouth.

- The Class meeting mediasite is in the miscellaneous folder

- Other tidbits of knowledge as you prepare for post comp:

  - Your name and registry information must be exactly the same with the National Board of Medical Examiners (NBME), Educational Commission for Foreign Medical Graduates (ECFMG) and your state issued ID.

  - COMP 1st attempt:  Exam Scores will be sent to students within 5-10 business days after taking the exam

  - COMP Retakes:
    - 2nd & 3rd attempts Exam Scores will be sent to students within 5- 10 business days after the retake window closes

  - COMP retakes – The Office of Exam Administration will register you for the next retake testing window if were to fail your first attempt. Your testing permit will then be sent to yours RUSM email by NBME to be used for schedule your sitting date for the exam (via a link provided on the permit).

  - Schedule your COMP retake as early as possible as Prometric sites fill-up

AWOD000695

quickly

- Rescheduling a COMP sitting date: Must be within the prescribed testing window. If you need to reschedule the original sitting date you selected, you must go through the Prometric website at least 48hr prior to your scheduled sitting date.  Changes cannot be made on the day of the scheduled exam

- You will need a valid state issued ID to present at the Prometric site for comp retakes and STEP exams (RUSM IDs are not accepted)

- If you decided to stay in Dominica to take your retake exam, please advise the Office of Exam Administration via askRoss so they can work with you.

We wish you the best on your upcoming exams and some very productive studying until then.

Best regards,

**Melanie Jacobson, MSpEd**
Director of Student Affairs

**Ross University**
P.O. Box 266
Roseau,
**Commonwealth of Dominica**
Phone: 1 767-255-6339 (Dominica)
1 732-640-5400 x6339 (US)
Fax: 767-445-6965
Email: Mjacobson@RossU.edu

www.RossU.edu



# Exhibit C

| | |
|---|---|
| **From:** | Registrar General |
| **To:** | Awodiya, Oluwamuyiwa |
| **Subject:** | Comprehensive Basic Science Exam Score Report [ ref:_00D80cFjT._50080sLNty:ref ] |
| **Date:** | Wednesday, July 6, 2016 2:17:46 PM |
| **Attachments:** | awodiya_oluwamuyiwa_10061369.pdf |

Dear Oluwamuyiwa

We regret to inform you that you did not pass the National Board of Medical Examiners® (NBME) Comprehensive Basic Science Exam (CBSE).

Attached please find your individual profile from your NBME CBSE which should guide you with your next CBSE preparation/study. To access the document, you will need your RUSM student identification number (not including the @symbol).

The minimum passing score on the CBSE is 68 as of November 15, 2015

You will take the next CBSE as a web-based exam at a Prometric Testing Center.  Your two-week testing window to sit for your  3rd attempt is August 14 – August 27, 2016.   Details for scheduling your next web-based exam at a Prometric Testing Center will be provided by the Office of Exam Administration within the week.

If you have any other questions or concerns regarding CBSE, please do not hesitate to contact us via askROSS.


Best Wishes,

Office of the Registrar - Exam Administration
Ross University School of Medicine
2300 SW 145th Avenue Suite 200
Miramar, FL 33027
Office Number: 754-208-4597
ref:_00D80cFjT._50080sLNty:ref

AWOD000838

# Exhibit D

**Name:** Oluwamuyiwa O **DOB:** ███████ **Student ID:** ███████
Awodiya (M)

**Diagnosis:**

---

**RUSM Counseling Center**
**P.O. Box 266**
**Roseau, DM 11111**
**(767)255-6553**

Oluwamuyiwa O Awodiya (M) Note Date: 04/19/2016 03:27 PM
[5597]
Pt. Phone: DOB: ███████ (Age 23)

**Summary of note:** Relationship Distress With Spouse or Intimate Partner
**Allergies:** No Entry
**Current Medications:** Ambien 5mg Tablet, Ritalin 5mg Tablet, Ritalin 10mg Tablet, Wellbutrin XL
300mg Extended-Release Tablet, Diclofenac Sodium 75mg Delayed-Release Tablet, Losartan Potassium
25mg Tablet
**Semester:** Semester 5


**Progress:**
Finished

Preparing for the Com

Made good progress

needs to take his medications

Will be followed up by his PCP in Maryland
 *- Entered by Davendra Sharma on Apr-19-2016 03:27 PM*

**Assessment:**
1)Relationship Distress With Spouse or Intimate Partner - V61.10

Has done well
 *- Entered by Davendra Sharma on Apr-19-2016 03:27 PM*

**Plan:**
Ritalin 15 mg tid

Discharge from tmt.
 *- Entered by Davendra Sharma on Apr-19-2016 03:27 PM*
Signed by: Davendra Sharma on Apr/19/2016 03:27 PM

*Locked by: Davendra Sharma on Apr/19/2016 03:27 PM*

1 of 1

This document has been signed electronically.

# Exhibit E

**Ross University**
**School of Medicine**

Office of the Registrar
2300 SW. 145th Ave., Suite 200
Miramar, FL. 33027
Phone 754-208-4591
Fax 732-509-4820
Registrar@RossU.edu



**ROSS UNIVERSITY**
SCHOOL OF MEDICINE

June 1, 2017

Oluwamuyiwa Awodiya
15005 Dahlia Drive
Bowie, MD 201721

Dear Oluwamuyiwa:

The Ross University School of Medicine Student Promotions Committee – Foundations of Medicine Sub-committee has reviewed your letter of appeal and academic history. After careful consideration, I regret to inform you the academic dismissal on April 13, 2017, is upheld.

If additional information has become available or if you believe university procedure wasn't followed, you may appeal this decision by submitting an appeal to the Dean. Appeal letters must state the reason for the appeal and be emailed to Dean Owen at PromotionAppeals@RossU.edu within 15 calendar days of the date on this notification letter, June 16, 2017. The Dean or his designee will make a final decision on each appeal within 15 calendar days of the Dean's receipt of the written appeal. Please refer to the RUSM Student Handbook for additional information regarding the appeals process.

Please be advised that if you are a recipient of federal student loans, RUSM must inform your lender(s) that you have not attended RUSM since the last day you attended classes. The impact of your status on your federal student loans will depend on your specific situation, applicable regulations and the terms and conditions of your loan(s). Please visit www.studentloans.gov to complete your exit interview as required by federal regulations.

Should you have questions or need additional assistance, please contact the Office of the Registrar at Registrar@RossU.edu.

Sincerely,

Niels Larsen, PhD
Professor, Department of Physiology and Biochemistry
Chair, Student Promotions Committee-Foundations of Medicine Sub-committee

cc:     Academic & Student Affairs
        Academic & Student Operations
        Student Finance
        Registrar

# Exhibit F

**To:** Awodiya, Oluwamuyiwa [OluwamuyiwaAwodiya@students.rossu.edu]
**From:** Larsen, Niels
**Sent:** Mon 6/12/2017 2:40:58 PM
**Subject:** RE: Appeal Letter Decision

Hello **Oluwamuyiwa**,
I am sorry to say that your email got stuck under some other urgent matter and I thereafter forgot about it until today. I would not have been able to help with your request anyway, no other student I have been aware of have received such a service.

Good luck
Niels Larsen

**From:** Awodiya, Oluwamuyiwa [mailto:OluwamuyiwaAwodiya@students.rossu.edu]
**Sent:** Thursday, June 08, 2017 10:06 AM
**To:** Larsen, Niels <NLarsen@RossU.edu>
**Cc:** Hall, Maureen PM. <mpmhall@RossU.edu>
**Subject:** RE: Appeal Letter Decision

Hello Dr. Larsen,

I was hoping to see if there was a possible update to the questions that I asked in my last email?

I apologize for resending this email. Its only because I have under a week left to prepare before submitting my letter to the Dean.

Best regards,
Oluwamuyiwa Awodiya

**From:** Awodiya, Oluwamuyiwa
**Sent:** Friday, June 2, 2017 12:57 PM
**To:** Larsen, Niels
**Cc:** Hall, Maureen PM.
**Subject:** RE: Appeal Letter Decision

Good morning Dr. Larsen,

Thank you very much for taking the time to respond to my email and for your advice.

I would also want to ask if it is possible for Ross to set up a proctored NBME exam of any fashion.

I have been working diligently on addressing my recent diagnosis and have made remarkable progress.

With this, for the first time ever I passed my first NBME a couple of weeks ago and plan on taking another one very soon to (next few days) to measure my growth and progress.

Because these exams are highly accurate and because of my relentless, continuous treatment I am confident that I will pass any exam as of today.

It would be great if I could take the next unofficial NBME in an environment that Ross considers adequate enough so that there is no doubt that I can now pass these exams.

So my questions are:

Is there anyway that I can have Ross unofficially or officially send an exam for me to take in a Prometric center around me? My family will take care of any cost if there is any associated with setting this up.

If not possible then do you think it is good enough to just record myself, my environment, and my screen when taking another NBME?

Also, I just wanted to confirm if all the previous submitted documents will be handed to the Dean or should I resubmit them?

Gratefully,

Oluwamuyiwa Awodiya

**From:** Larsen, Niels
**Sent:** Friday, June 2, 2017 11:41 AM
**To:** Awodiya, Oluwamuyiwa
**Cc:** Hall, Maureen PM.
**Subject:** RE: Appeal Letter Decision

Dear Oluwamuyiwa,
The committee decisions are made by secret ballot so I cannot know what swayed the different members of the committee in one direction or another. However, I may be able to give you some other advise, hope this helps.

The most important advise is that if there was something you were shy about and did not want to share, this is definitely the time to come out with it. I realize it can be difficult to share very private details, but this is the time.

Another thing is that you have a few more words to provide details in the appeal to the Dean. Use those wisely: try to avoid repetitions but use them to make sure you give a reasonably complete description of those things you do describe.

Lastly, make sure you have a clear, coherent description of what you will to differently if allowed back.

Sincerely

**Niels Larsen, PhD**
*Professor, Department of Physiology and Biochemistry*
*Chair, Student Promotions Committee*

**Ross University School of Medicine**
*Dominica Campus*:
P.O. Box 266
Roseau
Commonwealth of Dominica

*Miramar Location*:
2300 SW 145th Avenue, Suite 200
Miramar, FL 33027

Phone: **767-255-6323**
Mobile: **767-235-2431**
Email: nlarsen@rossu.edu
Web: RossU.edu

ROSS UNIVERSITY

**From:** Hall, Maureen PM.
**Sent:** Thursday, June 01, 2017 7:34 PM
**To:** Awodiya, Oluwamuyiwa <OluwamuyiwaAwodiya@students.rossu.edu>
**Cc:** Larsen, Niels <NLarsen@RossU.edu>
**Subject:** Re: Appeal Letter Decision

Dear Oluwamuyiwa:

Please be aware that I am sorry about the outcome of your appeal to the committee which was upheld.  Please be aware that Dr. Niels Larsen is now the Chair of the Committee and is best able to help you.  I ave copied him for your convenience.

Respectfully,
Dr. Hall

Sent from my iPad
On Jun 1, 2017, at 7:24 PM, Awodiya, Oluwamuyiwa <OluwamuyiwaAwodiya@students.rossu.edu> wrote:

Good afternoon Dr. Hall,

I am really sorry to bother you but I just received the email about my Appeal decision which stated that it was upheld. I plan on following the directions on getting a decision from the Dean.

I am reaching out to you because I was hoping maybe I could receive some advice about why the decision to uphold the appeal may have occurred. So that I can possibility address those issues in my letter to the dean. Anything, no matter how small will be appreciated.

Thank you for your time.

Sincerely,

Oluwamuyiwa Awodiya
█████████

# Exhibit G

--------------- Original Message ---------------

From:  [denise.h.unterman@kp.org]

Sent: 6/12/2017 1:47 PM

To: promotionappeals@rossu.edu

Subject: Oluwanuyiw Awodiya, Student I.D ████████

William F. Owen, M.D.

Dean, Ross University Medical School

Dear Dean Owen:

We are writing on behalf of Oluwanuyiw Awodiya, a student in your program.
We have been treating Mr. Awodiya for the past several months for ADHD
and Obsessive Compulsive Disorder.  He has had symptoms of the latter for
the past 4-6 years but did not understand the nature of the diagnosis
until recently.  We believe that the anxiety and checking rituals inherent
to this condition have been adversely affecting his academic performance
in medical school.  Mr. Awodiya is currently in CBT therapy and is
acquiring strategies for managing his symptoms.  He is considering
psychotropic medication, as well.  He is very engaged in and committed to
treatment, dedicated to the pursuit of a career in medicine, and we hope
that his high level of motivation will be considered in the appeal
process.

Sincerely,

Denise H. Unterman, LCSW-C

Adult Psychotherapist

Earl John Mauricio, M.D.

Adult Psychiatrist

# Exhibit H

7/26/2018                                   Mail - OluwamuyiwaAwodiya@students.rossu.edu

# Question Received: SubjectAppeal Dismissal Case #02149780

Student Services <studentservices@rossu.edu>

Awodiya, Oluwamuyiwa <OluwamuyiwaAwodiya@students.rossu.edu>;

Thank you for your inquiry.

Your question for Case #02149780 has been received.

Case Details:
    Status: New
    Subject: Appeal Dismissal
    Department: Registrar
    Department Email: PromotionAppeals@rossu.edu
    Category 1: Promotion Appeals
    Category 2: General
    Date Created: 6/13/2017
    Last Updated: 6/13/2017

-----------------------------------------------------------

Dear Dean Owen,

This email contains my appeal letter. As well as 4 screenshots of my NBMEs that I mentioned in the letter.

My psychotherapist and psychiatrist stated that they have sent a separate letter to you as well.

Sincerely,

Oluwamuyiwa Awodiya

-----------------------------------------------------------

If you have any additional questions pertaining to this case you may either reply to this email or login to myRoss and navigate to askRoss.

ref:_00D80cFjT._5008011Pi7n:ref

Dear Dr. Owen,

Thank you and bless you for taking the time from your busy day to read my appeal letter. I am Oluwamuyiwa Awodiya and the purpose of this letter is to seek one more chance to take the NBME comp exam.

This year I was diagnosed with OCD. This finding for me was like a miracle. Not because I'm glad to have it, but because it explains so many parts of my life, financially, socially, and academically. There is something satisfying about knowing that I can take steps towards improving my quality of life, instead of feeling hopeless. Although OCD affects numerous aspects of my life, my objective is to keep this letter relevant to how OCD has influenced my academic performance.

I want to start by answering some questions that you may have, before I dive into my experience with my recent diagnoses. Why has the OCD started to affect me now? This has most certainly been something I have been dealing with since before I even knew what OCD really was, realistically for the last 6 years. Why have I waited so long to get help? Well if you look at my name, it may be obvious that I come from a very cultured family. Although I was born in America, my family is very Nigerian. Getting help for any emotional or behavioral imbalances would not look good for me and would likely be an embarrassment to my family. Honestly, I had rather try and deal with my "weird" feelings by myself than to risk people seeing me as crazy.

My biggest challenge with OCD is the extreme anxiety and urges that overwhelm me. I wish my anxiety was as easy as just washing my hands a million times but it's not that simple. Honestly, I don't fully understand everything about my OCD yet, but sometimes there isn't a solution to sooth my anxiety. Therefore, when I can't identify why I feel the way I do, I get hopelessly overwhelmed. Sometimes the solution is not even logical, like pulling out my eyelashes. I really do not like to explain my OCD, simply because it is one of the hardest things to convey; and even harder for many people to understand.

I'm the student who never finished an exam on time. I was compelled to back track my answers just to make sure they didn't disappear 5 seconds after I went to the next question. I had rather pick a wrong answer because of the fear that it may actually be the right answer. These are just some of the ways that OCD has influenced my academic performance.

Ever since I was diagnosed almost 2 months ago, I have been working extremely hard to improve myself now that I know what this is, what this was, and what I'm up against. I cannot tell you that I can fix this overnight, but I can tell you that progress can be made.

I have not and will not be fighting this challenge by myself. I am getting enormous help from my psychotherapist Denise H Unterman, (L.C.S.W.) and psychiatrist Earl J Mauricio, MD. I have already started CBT and will continue to do so **indefinitely**. They will also send a letter directly to you on my behalf.

AWOD004991

The progress so far has been noticeable. I took my last COMP exam on March 30th, 2017 and my score was a 60. The day before my COMP, March 29th, 2017, I took a paid NBME online (form 13) and scored a 58% (84 incorrect answers). Knowing the high validity of these exams, I knew the exam indicated that I would fail COMP again. A month after my diagnose and getting help with my OCD I took another paid NBME online (form 15) and improved quite a bit. On April 25th, 2017, I scored a 67.5% (65 incorrect answers). I did not include this into my last appeal because I did not know how the promotion committee would feel about a borderline passing score, even if I significantly improved. Four days ago, June 8th, 2017, I took another paid NBME online (form 17) and scored a 72% (56 incorrect answers). These exams were taken under standard (timed) pace. I hope that these monthly increases in my score can adequately display that I can beat my OCD and continue to improve. I just need one more chance to take COMP to prove that I can do it.

Along with this letter, I will include the screenshots of each of my NBME exams mentioned above. I recorded myself taking NBME form 15 but the video was about 5 hours long so it cannot be emailed. But it is available if needed. The letter from my psychotherapist and psychiatrist will come directly from them.

I promise Dean Owen, that I will not let you down if I am granted one more chance to take COMP. I will continue my therapy for the rest of my medical career; and I promise that I will not let my OCD handicap me now or in the future ever again.


Sincerely, thank you and God bless you,

Oluwamuyiwa Awodiya