# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

FILED BY ____AP____ D.C.

**Jul 29, 2019**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 29, 2019

Oluwamuyiwa Awodiya
15005 DAHLIA DR
BOWIE, MD 20721

Appeal Number: 19-12832-D
Case Style: Oluwamuyiwa Awodiya v. Ross University School of Medi
District Court Docket No: 0:18-cv-60482-RKA

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days. Application for Admission to the Bar and Appearance of Counsel Form are available on the Internet at www.ca11.uscourts.gov. The clerk may not process filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-6.

Every motion, petition, brief, answer, response and reply filed must contain a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). Appellants/Petitioners must file a CIP within 14 days after the date the case or appeal is docketed in this court; Appellees/Respondents/Intervenors/Other Parties must file a CIP within 28 days after the case or appeal is docketed in this court, regardless of whether appellants/petitioners have filed a CIP. See FRAP 26.1 and 11th Cir. R. 26.1-1.

On the same day a party or amicus curiae first files its paper or e-filed CIP, that filer must also complete the court's web-based CIP at the Web-Based CIP link on the court's website. Pro se filers (except attorneys appearing in particular cases as pro se parties) are **not required or authorized** to complete the web-based CIP.

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of (14) days from this date, this appeal will be dismissed by the clerk without further notice unless the default(s) noted below have been corrected:

File a Transcript Information Form, as required by Fed.R.App.P. 10(b)(1); a Transcript Information Form is available from the district court clerk. Appellant is required to file and serve copies of the form in accordance with the instructions included on the form. UNLESS A TRANSCRIPT IS ORDERED, APPELLANT'S BRIEF MUST BE SERVED AND FILED WITHIN 40 DAYS FROM 07/18/2019. See 11th Cir. R. 12-1 and 31-1.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Scott O'Neal, D
Phone #: (404) 335-6189

DKT-2 Appeal WITH Deficiency

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

|  |  |
|---|---|
| OLUWAMUYIWA AWODIYA,<br>*Plaintiff,*<br><br>-v-<br><br>ROSS UNIVERSITY SCHOOL OF<br>MEDICINE, SCHOOL OF<br>VETERINARY MEDICINE LIMITED,<br>*Defendant.* | Case No.  0:18-cv-60482-RKA<br><br>Hon. Judge: Roy K. Altman<br>Magistrate Judge: Patrick M. Hunt |

**NOTICE OF APPEAL**

FILED BY ___ D.C.
JUL 17 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

Notice is hereby given that *pro se* plaintiff Oluwamuyiwa Awodiya ("Plaintiff") in the above named case hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order Closing Case [ECF No. 210] that granted summary judgment in favor of the defendant Ross University School of Medicine, School of Veterinary Medicine Limited, entered in this action on the 18th day of June, 2019 and the corresponding Final Judgment order [ECF No. 211] entered in this action on the 20th day of June, 2019.

Please take further notice that in this action, the District Court previously granted Plaintiff leave to proceed in forma pauperis [ECF No. 10]. Therefore, "[a] party who was permitted to proceed in forma pauperis in the district-court action … may proceed on appeal in forma pauperis without further authorization." Fed. R. App. P. 24(a)(3).

1