<div align="center">

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

</div>

| | |
|---|---|
| OLUWAMUYIWA AWODIYA, | Case No. 0:18-cv-60482-RKA |
| *Plaintiff,* | |
| -v- | Hon. Judge: Roy K. Altman |
| | Magistrate Judge: Patrick M. Hunt |
| ROSS UNIVERSITY SCHOOL OF MEDICINE, SCHOOL OF VETERINARY MEDICINE LIMITED, | |
| *Defendant.* | |

FILED BY _____ D.C.
JUL 12 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT
S. D. OF FLA. - MIAMI

<div align="center">

### PLAINTIFF'S UNOPPOSED MOTION FOR ELECTRONIC FILING PRIVILEGES

</div>

*Pro se* plaintiff Oluwamuyiwa Awodiya ("Plaintiff") hereby requests for permission to electronically file through the Court's electronic case filing system in this case. As set forth below in the conferral certificate, defendant Ross University School of Medicine, School of Veterinary Medicine Limited's ("RUSM") does not oppose the relief sought.

1.    Regarding the eligibility to file electronically—effective December 1, 2020—Section 2C of the Southern District of Florida CM/ECF Administrative Procedures now states: "Pro se litigants will not be permitted to register as Users at this time and must file their documents in the conventional manner, ***unless otherwise allowed by court order*** or by local rule." (emphasis added).

2.    According to page 18 of the Federal Judiciary Covid-19 Recovery Guidelines published on the Court's website, "emphasis should be on accepting filings remotely to the greatest extent possible." According to the Centers for Disease Control and Prevention ("CDC"), there are some new variants of Covid-19, including the delta variant, that "seem to spread more easily and

<div align="center">

1

</div>

quickly than other variants, which may lead to more cases of COVID-19." *See* (www.cdc.gov/coronavirus/2019-ncov/variants/variant.html).

3. In the United States Court of Appeals for the Eleventh Circuit, Plaintiff was granted permission to electronically file through Circuit Court's electronic case filing system in his recent appeal. Plaintiff has experience complying with the rules and requirements governing the electronic case filing system in the Circuit Court. If granted permission, he will continue these efforts in the District Court's electronic case filing system.

4. **WHEREFORE**, Plaintiff respectfully requests that the Court enter an Order granting Plaintiff permission to electronically file through the Court's electronic case filing system in this case.

DATED this 8th day of July, 2021:

<div style="text-align: right;">

Respectfully submitted,

*/s/ Oluwamuyiwa Awodiya*

By: Oluwamuyiwa Awodiya, *pro se* litigant
15005 Dahlia Dr.
Bowie, MD 20721
(240) 602-1836
Plaintiff, in Proper Person

</div>

### CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that Plaintiff has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues. RUSM does not oppose the relief sought in this motion.

## CERTIFICATE OF SERVICE

I do hereby certify that on this 8th day of July, 2021, I have caused a true and correct copy of the foregoing by mailing a copy to the Court, where the Court's CM/ECF system will send notification to the following:

**Ryan Roman**
Akerman Senterfitt
Suntrust International Center
1 SE 3rd Avenue
25th Floor
Miami, FL 33131-1714
305-374-5600
Fax: 305-374-5095
Email:
ryan.roman@akerman.com

By: Oluwamuyiwa Awodiya, *pro se* litigant



PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE. Retail

P

US POSTAGE PAID
$7.95
Origin: 48047
07/09/21
2566500047-25

PRIORITY MAIL 2-DAY®

0 Lb 3.00 Oz
1004

EXPECTED DELIVERY DAY: 07/12/21

C075

SHIP TO:
400 NORTH MIAMI AVE
RM 8N09
Miami FL 33128-1805

USPS TRACKING® #

9505 5116 0919 1190 5119 22

- Expected deliv
- Most domestic ...ns apply).*
- USPS Tracking ...nations.
- Limited interna
- When used inte

*Insurance does not c...e
Domestic Mail Manua...
** See International M... coverage.

FLAT RA
ONE RATE ■ A

TRACKED ■ INSURED

PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PRIORITY® ★ MAIL ★

UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:
Oluwamuyiwa Awodiya
15005 Dahlia Dr.
Bowie, MD 20721

TO:
Wilkie D. Ferguson, Jr. US Courthouse
400 North Miami Avenue, Room 8N09
Miami, FL 33128

Label 228, March 2016

FOR DOMESTIC AND INTERNATIONAL USE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.