UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60482-CIV-ALTMAN/Hunt

OLUWAMUYIWA AWODIYA,

  Plaintiff,
v.

ROSS UNIVERSITY SCHOOL
OF MEDICINE,

  Defendant.
_____/

## ORDER

The Court held a status conference on July 23, 2021. For the reasons stated on the record, the Court hereby **ORDERS AND ADJUDGES** as follows:

By **June 30, 2021**, the parties shall conduct a one-hour *informal settlement conference*. By the same date, the parties shall file a Notice of Settlement (or Non-Settlement) on the docket, which shall indicate the following: (a) whether the parties have complied with this Order; (b) whether the parties have settled this case; and (c) if the parties have not settled the case, whether a formal settlement conference before a magistrate judge may prove fruitful.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 25th day of July 2021.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record