UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

OLUWAMUYIWA AWODIYA,   CASE NO. 0:18-cv-60482-RKA

    Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

    Defendant.
_____/

**JOINT MOTION FOR EXTENSION OF TIME TO
RESPOND TO COURT'S ORDER DATED JULY 25, 2021**

Plaintiff Oluwamuyiwa Awodiya and defendant Ross University School of Medicine, School of Veterinary Medicine Limited (together, the "Parties") respectfully request a brief one-week extension of time, through and including Friday, August 6, 2021, to file a Notice of Settlement (or Non-Settlement) on the docket as per the Court's Order dated July 25, 2021 [ECF No. 227].

In support of this joint motion for extension of time (the "Motion"), the Parties states as follows:

1.    On June 23, 2021, the United States Court of Appeals for the Eleventh Circuit issued its mandate in Case Number 19-12832-DD, thereby remanding the case back to this Court for further proceedings consistent with the Eleventh Circuit's opinion. *See* [ECF No. 221].

2.    On July 21, 2021, the Court scheduled a status conference for July 23, 2021. *See* [ECF No. 225]. At the status conference, the Court asked that the parties conduct an informal settlement conference to see if the matter can be resolved or if a trial date should be set.

59216419;1

3. The Court set a deadline of July 30, 2021 to conduct the informal settlement conference. *See* [ECF No. 227]. The Court's Order inadvertently states that the parties shall file a Notice of Settlement (or Non-Settlement) by June 30, 2021, although consistent with the Court's oral ruling the parties understand that the deadline is July 30, 2021.

4. Plaintiff and Defendant's counsel conducted a telephonic settlement conference on Tuesday, July 27, 2021.

5. Defendant's counsel requires additional time to confer with Defendant regarding Plaintiff's settlement demand. Because of the passage of time since the case was briefed before the Eleventh Circuit, there has been turnover amongst Defendant's staff and new individuals required additional time to become familiar with the litigation.

6. The Parties would like to continue to explore resolution and believe that an additional week will allow time for them to do so.

7. This request is made in good faith and will not prejudice the parties in any way.

WHEREFORE, plaintiff Oluwamuyiwa Awodiya and defendant Ross University School of Medicine, School of Veterinary Medicine Limited respectfully requests that the Court grant this joint Motion, enter an Order granting the Parties a one-week extension of time, through and including August 6, 2021, to file a Notice of Settlement (or Non-Settlement) on the docket as per

the Court's Order dated July 25, 2021 [ECF No. 227], and grant such other and further relief as the Court deems just and proper.

Dated: July 29, 2021

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| **OLUWAMUYIWA AWODIYA**<br>*Pro Se* | **AKERMAN LLP**<br>Three Brickell City Centre<br>98 Southeast Seventh Street<br>Suite 1100<br>Miami, Florida 33131<br>Telephone: (305) 374-5600<br>Facsimile: (305) 374-5095 |
| By: *s/ Oluwamuyiwa Awodiya*<br>Oluwamuyiwa Awodiya<br>drmuyiwa.a@gmail.com | |
| | By: *s/ Ryan Roman*<br>Michael C. Marsh<br>Florida Bar No. 0072796<br>michael.marsh@akerman.com<br>joan.davis@akerman.com<br>Ryan Roman<br>Florida Bar. No. 0025509<br>ryan.roman@akerman.com<br>lauren.chang-williams@akerman.com<br>Ashleigh C. McKenzie<br>Florida Bar No. 0123883<br>ashleigh.mckenzie@akerman.com<br>joan.davis@akerman.com |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 29 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

                                                *s/Ryan Roman*
                                                Ryan Roman

59216419;1