**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

OLUWAMUYIWA AWODIYA,   CASE NO. 0:18-cv-60482-RKA

    Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

    Defendant.

_____/

**[PROPOSED] ORDER GRANTING DEFENDANT'S JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COURT'S ORDER DATED JULY 25, 2021**

THIS CAUSE coming before the Court upon the parties' Joint Motion for Extension of Time to Respond to Court's Order Dated July 25, 2021 (the "Motion"), and the Court having reviewed the Motion, noting the agreement of the parties, and being otherwise fully advised in the premises, hereby ORDERS AND ADJUDGES that:

1.    The Motion is GRANTED.

2.    The parties shall have until Friday, August 6, 2021, to file a Notice of Settlement (or Non-Settlement) on the docket as per the Court's Order dated July 25, 2021 [ECF No. 227].

DONE and ORDERED in Chambers in Fort Lauderdale, Florida, this ___ day of _____ 2021.

                                                          HONORABLE ROY K. ALTMAN
                                                          UNITED STATES DISTRICT COURT JUDGE

Copies to all *pro se* parties and counsel of record

59217143;1