### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

OLUWAMUYIWA AWODIYA,                         CASE NO. 0:18-cv-60482-RKA

      Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

      Defendant.

_____/

## JOINT NOTICE OF NON-SETTLEMENT

Plaintiff Oluwamuyiwa Awodiya ("Awodiya") and defendant Ross University School of Medicine, School of Veterinary Medicine Limited ("RUSM") (together, the "Parties"), pursuant the Court's Orders dated July 25, 2021 [ECF No. 227] and August 3, 2021 [ECF No. 229], hereby file this Notice of Non-Settlement with the Court and state as follows:

1.     On July 21, 2021, the Court scheduled a status conference in this matter for July 23, 2021. *See* [ECF No. 225]. At the status conference, the Court asked that the Parties conduct an informal settlement conference to see if the matter can be resolved or if a trial date should be set.

2.     The Court set a deadline of July 30, 2021 to conduct the informal settlement conference. *See* [ECF No. 227].

3.     Plaintiff and Defendant's counsel conducted a telephonic settlement conference on Tuesday, July 27, 2021.

4.     The Parties requested [ECF No. 228], and the Court granted, an extension of time, through and including August 6, 2021 to continue to explore resolution. *See* [ECF No. 229].

5.      The Parties continued to discuss resolution of this matter but were unable to reach

a settlement.  The Parties believe that further settlement discussions would be futile and request

that this matter be set for trial on or after January 31, 2022.


Dated: August 9, 2021

Respectfully submitted,                          Respectfully submitted,

**OLUWAMUYIWA AWODIYA**                            **AKERMAN LLP**
*Pro Se*                                          Three Brickell City Centre
                                                  98 Southeast Seventh Street
                                                  Suite 1100
By: *s/ Oluwamuyiwa Awodiya*                      Miami, Florida 33131
Oluwamuyiwa Awodiya                               Telephone: (305) 374-5600
drmuyiwa.a@gmail.com                              Facsimile:  (305) 374-5095


                                                  By: *s/ Ryan Roman*
                                                  Michael C. Marsh
                                                  Florida Bar No. 0072796
                                                  michael.marsh@akerman.com
                                                  joan.davis@akerman.com
                                                  Ryan Roman
                                                  Florida Bar. No. 0025509
                                                  ryan.roman@akerman.com
                                                  lauren.chang-williams@akerman.com
                                                  Ashleigh C. McKenzie
                                                  Florida Bar No. 0123883
                                                  ashleigh.mckenzie@akerman.com
                                                  joan.davis@akerman.com

59341456;4

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on August 9, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

*s/Ryan Roman*\
Ryan Roman

59341456;4