UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60482-CIV-ALTMAN/Hunt

FILED BY ___PG___ D.C.

SEP 27 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

OLUWAMUYIWA AWODIYA,

    Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

    Defendant.

_____

## **PLAINTIFF'S UNOPPOSED MOTION TO REOPEN CASE ON THE DOCKET**

*Pro se* plaintiff Oluwamuyiwa Awodiya ("Plaintiff") hereby files his motion to reopen this case on the docket.

On June 18, 2019, this Court issued an Order Closing Case [ECF No. 210]. On June 23, 2021, the United States Court of Appeals for the Eleventh Circuit issued its Mandate [ECF No. 221], reversing the summary judgment on Plaintiff's fraudulent inducement claim. On August 16, 2021, this Court entered an Amended Scheduling Order [ECF No. 232], setting trial for February of 2022. However, the docket still reflects the case as "closed."

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an Order granting the Clerk's Office permission to change and update the status of this case so that it no longer reads as closed on the docket.

1

Dated: September 24, 2021

                                                Respectfully submitted,

                                                _____

                                                **Oluwamuyiwa Awodiya**
                                                Email: drmuyiwa.a@gmail.com
                                                15005 Dahlia Dr.
                                                Bowie, MD 20721
                                                Phone: (240) 602-1836
                                                *Pro Se* Plaintiff

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that Plaintiff has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues. RUSM does not oppose the relief sought in this motion.

# PRIORITY MAIL EXPRESS

**75**

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL EXPRESS
FLAT RATE
POSTAGE REQUIRED

USPS.COM/PICKUP

PS10001000006

To schedule free Package Pickup, scan the QR code.

**FROM:** (PLEASE PRINT) PHONE ( 240 ) 603-1836
Oluwamuyiwa Awodiya
15005 Dahlia Dr.
Bowie, MD 20721

**TO:** (PLEASE PRINT) PHONE ( )
Wilkie D. Ferguson, Jr. US courthouse
400 North Miami Avenue, Rm 8N09
Miami, FL 33128

ZIP+4® (U.S. ADDRESSES ONLY)
3 3 1 2 8




PO ZIP Code: 48047
Scheduled Delivery Date: 9-27-21
Postage: $26.35
Date Accepted: 9-25-21
Time Accepted: 12:52 PM
Flat Rate
Acceptance Employee Initials: CO
Total Postage & Fees: $26.35

EP13F Oct 2018
OD: 12 1/2 x 9 1/2

EJ 821 097 474 US

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; October 2018; All rights reserved.