UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA



CASE NO. 18-60482-CIV-ALTMAN/Hunt

OLUWAMUYIWA AWODIYA,

    Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

    Defendant.
_____/

## DECLARATION OF OLUWAMUYIWA AWODIYA

1.    Pursuant to 28 U.S.C. § 1746, I, Oluwamuyiwa Awodiya, *pro se* plaintiff of the above-captioned action, am over 18 years of age and I am competent to testify about the matters discussed herein.

2.    I was born in the United States and raised in the state of Maryland. Growing up in the Maryland public school system, I was taught about our country's history of inequality and discrimination towards women, individuals with disabilities, African Americans, and members of the LGBT community. I was also taught from a young age that it is morally wrong and against social norms in our country to willfully ignore discrimination against protected classes that I am not a member of. Even though I am a straight, African American man, I use the statements and/or actions of others in my decisions to associate myself with or disassociate myself from businesses and individuals based on their conformity to the American standards of antidiscrimination and equality for women, individuals with disabilities, members of the LGBT community, and any other protected class that I am not a member of.

3. The RUSM student handbooks and academic catalogs published on www.rossu.edu between 2013 through 2018 do not contain the terms "Americans with Disabilities Act" or "ADA."

4. RUSM required me to take classes in Dominica for approximately 2 years between May 2014 through April 2016.

5. A true and correct copy of excerpts from Defendant's Response to Plaintiff's First Set of Requests for Admission is attached as Exhibit 1.

6. A true and correct copy of excerpts from RUSM Academic Catalog 2013-2014, obtained from www.rossu.edu, is attached as Exhibit 2.

7. A true and correct copy of excerpts from RUSVM Academic Catalog 2013-2014, obtained from www.rossu.edu, is attached as Exhibit 3.

8. True and correct copies of excerpts from the 2014 through 2018 Award Year: Report excel files, obtained from https://studentaid.gov/data-center/school/proprietary and filtered for RUSM, are attached as Exhibit 4.

9. A true and correct copy of excerpts from Deposition Transcript of Oluwamuyiwa Awodiya dated December 5, 2018, is attached as Exhibit 5.

10. A true and correct copy of excerpts from Deposition Transcript of Matthew Stewart-Fulton dated November 5, 2018, is attached as Exhibit 6.

11. A true and correct copy of excerpts from Deposition Transcript of Bryan Hayse dated November 5, 2018, is attached as Exhibit 7.

12. A true and correct copy of excerpts from RUSM 2013-2014 Student Handbook, is attached as Exhibit 8.

13. A true and correct copy of excerpts from Deposition Transcript of Davendranand Sharma dated October 16, 2018, is attached as Exhibit 9.

14. A true and correct copy of Plaintiff's Account Details for Graduate PLUS Loans under RUSM, is attached as Exhibit 10.

15. A true and correct copy of Plaintiff's Account Details for Stafford Loans under RUSM, is attached as Exhibit 11.

16. A true and correct copy of Award History as reported by RUSM, is attached as Exhibit 12.

17. A true and correct copy of screenshots of the U.S. Bureau of Labor Statistics website obtained from https://data.bls.gov/timeseries/LEU0252919100 (with the "include annual averages" box ticked), is attached as Exhibit 13.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

EXECUTED ON this 12th day of September, 2021:

Respectfully submitted,

_____
**Oluwamuyiwa Awodiya**
Email: drmuyiwa.a@gmail.com
15005 Dahlia Dr.
Bowie, MD 20721
Phone: (240) 602-1836
*Pro Se* Plaintiff
