**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.  0:18-cv-60482-Altman/Hunt

OLUWAMUYIWA AWODIYA,

      Plaintiff,
v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

      Defendant.
_____/

**NOTICE OF CHANGE OF ADDRESSES**

PLEASE TAKE NOTICE that Michael C. Marsh, Esq., Ryan Roman, Esq., Donnie M. King, Esq., Ashleigh C. McKenzie, Esq., and Octavia M. Green, Esq. of the law firm of Akerman LLP hereby file this Notice of Change of Addresses in the above-captioned case.  All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

> Michael C. Marsh, Esq.
> Email:  michael.marsh@akerman.com
> Ryan Roman, Esq.
> Email:  ryan.roman@akerman.com
> Donnie M. King, Esq.
> Email:  donnie.king@akerman.com
> Ashleigh C. McKenzie, Esq.
> Email:  ashleigh.mckenzie@akerman.com
> AKERMAN LLP
> 201 E. Las Olas Boulevard, Suite 1800
> Fort Lauderdale, Florida 33301
> Telephone: (954) 463-2700
> Facsimile:  (954) 463-2224

*- and -*

60440000;1

        Octavia M. Green
        Email:  octavia.green@akerman.com
        AKERMAN LLP
        999 Peachtree Street, Suite 1700
        Atlanta, Georgia 30309
        Telephone: (404) 733-9800
        Facsimile:  (404) 733-9898

Dated: October 14, 2021

Respectfully submitted,

**AKERMAN LLP**

*/s/ Octavia M. Green*
MICHAEL C. MARSH
Florida Bar Number:  0072796
Email:  michael.marsh@akerman.com
RYAN ROMAN
Florida Bar Number:  0025509
Email:  ryan.roman@akerman.com
DONNIE M. KING
Florida Bar Number: 101386
Email:  donnie.king@akerman.com
ASHLEIGH C. MCKENZIE
Florida Bar Number: 123883
Email:  ashleigh.mckenzie@akerman.com
201 E. Las Olas Boulevard, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile:  (954) 463-2224

- and –

OCTAVIA M. GREEN
Florida Bar Number: 119179
Email: octavia.green@akerman.com
999 Peachtree Street, Suite 1700
Atlanta, Georgia 30309
Telephone: (404) 733-9800
Facsimile:  (404) 733-9898

*Attorneys for Defendant Ross University School of Medicine, School of Veterinary Medicine Limited*

3

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on October 14, 2021, a true and correct copy of the foregoing document was served via CM/ECF on:

Oluwamuyiwa Awodiya
15005 Dahlia Drive
Bowie, Maryland 20721
Telephone: (240) 602-1836
E-mail: drmuyiwa.a@gmail.com

                                        */s/Octavia M. Green*
                                        Octavia M. Green