# EXHIBIT A

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:18-cv-60482-RKA
Hon. Judge Roy K. Altman
Magistrate Judge Patrick M. Hunt

OLUWAMUYIWA AWODIYA,

    Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

    Defendant.

_____/

**PLAINTIFF'S CORRECTED COMPUTATION OF DAMAGES**

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, *pro se* plaintiff Oluwamuyiwa Awodiya ("Plaintiff") hereby submits a corrected computation of damages to supplement the Third Amended Calculation of Damages that he previously served on defendant Ross University School of Medicine, School of Veterinary Medicine Limited's ("RUSM"). Unless otherwise stated, Plaintiff's computations related to Part I of the Third Amended Calculation of Damages, "Lost [Future] Earning Capacity," are to remain intact and unaffected by the supplemental submission of this corrected computation of damages. Part II–V of the Third Amended Calculation of Damages are hereby corrected and recategorized as follows:

    A.    **Computation of Rescission**

- Current balance of Direct Grad PLUS loans under RUSM (as of August 2021) = $180,860.39

- Current balance of Direct Unsubsidized Stafford loans under RUSM (as of August 2021) = $80,628.15

1

- Private loan for MERP under RUSM (as reported by RUSM in "Award History") = $20,802
- Lost past wages while attending RUSM in Dominica between 2014–2016 based on the annual averages of weekly wages of individuals employed full-time with a bachelor's degree, as reported by the Bureau of Labor Statistics Data, U.S. Bureau of Labor Statistics, https://data.bls.gov/timeseries/LEU0252919100 (make sure to tick the "include annual averages" box near the top).
  - Half of year 2014: Annual average of weekly wages of $1,101 x 26 weeks = $28,626
  - All of year 2015: Annual average of weekly wages of $1,137 x 52 weeks = $59,124
  - Half of year 2016: Annual average of weekly wages of $1,156 x 26 weeks = $30,056
  - Total lost past wages = $28,626 + $59,124 + $30,056 = $117,806
- **Total cost of rescission** = $180,860.39 + $80,628.15 + $20,802 + $117,806 = **$400,096.54**

B.   **Emotional Distress Compensatory Damages**

To be determined at trial by a jury.

C.   **Punitive Damages**

$2,000,000 pursuant to Fla. Stat. § 768.73(1)(b).

DATED this 31st day of August, 2021:

        Respectfully submitted,

        **Oluwamuyiwa Awodiya**
        Email: drmuyiwa.a@gmail.com
        15005 Dahlia Dr.
        Bowie, MD 20721
        Phone: (240) 602-1836
        *Pro Se* Plaintiff

## CERTIFICATE OF SERVICE

I do hereby certify that on this 31st day of August, 2021, I have caused a true and correct copy of PLAINTIFF'S CORRECTED COMPUTATION OF DAMAGES and updated loan documents bates labeled AWOD600000–600005 by emailing a copy to the following:

**Ryan Roman**
Akerman Senterfitt
Suntrust International Center
1 SE 3rd Avenue
25th Floor
Miami, FL 33131-1714
305-374-5600
Fax: 305-374-5095
Email:
ryan.roman@akerman.com

                                              */s/Oluwamuyiwa Awodiya*
                                              By: Oluwamuyiwa Awodiya, *pro se* litigant