**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

OLUWAMUYIWA AWODIYA,             CASE NO.  0:18-cv-60482-RKA

      Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

      Defendant.
_____/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Oluwamuyiwa Awodiya and defendant Ross University School of Medicine, School of Veterinary Medicine hereby advise the Court that the parties have reached a settlement of the above-styled claim.  The parties are in the process of preparing a formal settlement agreement and will file a Joint Stipulation of Dismissal with Prejudice shortly.

| | |
|---|---|
| Dated: January 26, 2022 | Respectfully submitted, |
| | |
| Oluwamuyiwa Awodiya<br>15005 Dahlia Drive<br>Bowie, Maryland 20721<br>Telephone: (240) 602-1836 | **AKERMAN LLP**<br>Three Brickell City Centre<br>98 Southeast Seventh Street<br>Suite 1100<br>Miami, Florida 33131<br>Telephone: (305) 374-5600<br>Facsimile: (305) 374-5095 |
| By: *s/Oluwamuyiwa Awodiya*<br>Oluwamuyiwa Awodiya (*pro se*)<br>drmuyiwa.a@gmail.com | By: *s/Ryan Roman*<br>MICHAEL C. MARSH<br>Florida Bar Number: 0072796<br>Email: michael.marsh@akerman.com<br>RYAN ROMAN<br>Florida Bar Number: 0025509<br>Email: ryan.roman@akerman.com<br>SOWMYA BHARATHI<br>Florida Bar Number: 0081676<br>Email: sowmya.bharathi@akerman.com<br>201 E. Las Olas Boulevard, Suite 1800<br>Fort Lauderdale, Florida 33301<br>Telephone: (954) 463-2700<br>Facsimile: (954) 463-2224<br><br>*Attorneys for Defendant Ross University School of Medicine, School of Veterinary Medicine Limited* |

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on January 26, 2022, a true and correct copy of the foregoing document was served via CM/ECF on:

Oluwamuyiwa Awodiya
15005 Dahlia Drive
Bowie, Maryland 20721
Telephone: (240) 602-1836
E-mail: drmuyiwa.a@gmail.com

                                                  *s/Ryan Roman*
                                                  Ryan Roman