# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

OLUWAMUYIWA AWODIYA,  CASE NO.  0:18-cv-60482-RKA

    Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Oluwamuyiwa Awodiya and defendant Ross University School of Medicine, School of Veterinary Medicine Limited, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of all claims in the above-captioned matter upon execution by the Court of the attached Order of Dismissal, with both sides to bear their own fees and costs.  The parties respectfully request that the Court reserve jurisdiction to enforce the terms of the Settlement Agreement entered into between the parties.

STIPULATED AND AGREED this 14th day of February, 2022.

| | |
|---|---|
| Oluwamuyiwa Awodiya<br>15005 Dahlia Drive<br>Bowie, Maryland 20721<br>Telephone: (240) 602-1836 | **AKERMAN LLP**<br>Three Brickell City Centre<br>98 Southeast Seventh Street<br>Suite 1100<br>Miami, Florida 33131<br>Telephone: (305) 374-5600<br>Facsimile:  (305) 374-5095 |
| By: *s/Oluwamuyiwa Awodiya*<br>Oluwamuyiwa Awodiya (*pro se*)<br>drmuyiwa.a@gmail.com | By: *s/Ryan Roman*<br>MICHAEL C. MARSH<br>Florida Bar Number:  0072796<br>Email:  michael.marsh@akerman.com<br>RYAN ROMAN<br>Florida Bar Number:  0025509<br>Email:  ryan.roman@akerman.com<br>SOWMYA BHARATHI<br>Florida Bar Number:  0081676<br>Email: sowmya.bharathi@akerman.com<br>201 E. Las Olas Boulevard, Suite 1800<br>Fort Lauderdale, Florida 33301<br>Telephone: (954) 463-2700<br>Facsimile:  (954) 463-2224<br><br>*Attorneys for Defendant Ross University School of Medicine, School of Veterinary Medicine Limited* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 14, 2022, a true and correct copy of the foregoing document was served via CM/ECF on:

Oluwamuyiwa Awodiya
15005 Dahlia Drive
Bowie, Maryland 20721
Telephone: (240) 602-1836
E-mail: drmuyiwa.a@gmail.com

                                                  *s/Ryan Roman*
                                                  Ryan Roman