**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

OLUWAMUYIWA AWODIYA,    CASE NO. 0:18-cv-60482-RKA

    Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE LIMITED,

    Defendant.
_____/

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

    **THIS CAUSE** came before the Court on the Joint Stipulation of Dismissal with Prejudice filed on February 14, 2022, and the Court, having reviewed the record and being otherwise advised as to the premises, it is hereby **ORDERED AND ADJUDGED** that this case be **DISMISSED WITH PREJUDICE**, each party to bear its own attorneys' fees and costs.  This Court shall retain jurisdiction for the sole purpose of enforcing the terms of the underlying settlement agreement by and between the parties.

    DONE and ORDERED in Chambers in Fort Lauderdale, Florida, this ___ day of _____ 2022.

 

                                                              _____
                                                               HONORABLE ROY K. ALTMAN
                                                               UNITED STATES DISTRICT COURT JUDGE

Copies to all *pro se* parties and counsel of record